THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE PEPION COBELL et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BRUCE BABBITT, et al. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>96-1285 (RCL) |

FILED
SEP 1 4 2000
Clerk, U.S. District Court
District of Columbia

## ORDER

Pursuant to this Court's Order dated February 24, 1999 directing the Special Master to file reports with this Court on the first day of each month and in consideration of the attached monthly Report of the Special Master dated September 8, 2000, it is hereby

ORDERED that the Report of the Special Master be filed in the record of this case.

Upon review of the compensation request for services and expenses rendered by Alan Balaran, and upon finding it to be reasonable, it is hereby

ORDERED that the defendants pay Alan Balaran the sum of $6,674.82 no later than September 30, 2000; and it is further

ORDERED that the defendants pay the law firm of Bernabei & Katz the sum of $ 4,444.92 no later than September 30, 2000.

SO ORDERED.

Date: 9-14-00

Royce C. Lamberth
United States District Judge

cc: Alan L. Balaran, Esq.
Special Master
1717 Pennsylvania Ave., N.W.
Twelfth Floor
Washington, D.C. 20006

Dennis M. Gingold, Esq.
1275 Pennsylvania Ave., N.W.
Ninth Floor
Washington, DC 20004

Keith Harper Esq.
Lorna Babby
NATIVE AMERICAN RIGHTS FUND
1712 N Street, N.W.
Washington, DC 20036-2976

Charles W. Findlay, Esq.
Assistant Chief
Department of Justice
Environmental & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, DC 20044-0663

Terri Cahill
Budget Analyst
P.O. Box 7754
Washington, DC 20044