**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ELOUISE PEPION COBELL, et al.,     )
on their own behalf and on behalf of     )
all persons similarly situated,     )
     )
     Plaintiffs,     )
     )
     vs.     )     Case No.96CV1285 (RCL)
     )
GALE NORTON, Secretary of     )
the Interior, et al.,     )
     )
     Defendants.     )
     )
_____)

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
COMMENTS FILED BY PLAINTIFFS ON AUGUST 27, 2003 AND SEPTEMBER 10, 2003
REGARDING THIS COURT'S PRELIMINARY INJUNCTION[1]**

On November 24, 2003, Government Computing News reported that Interior officials

"developed a new evaluation format for IT Security." *See* Plaintiffs' Exhibit 1 at 1. As reported by

Interior Chief Information Officer, Hord Tipton:

> 'If you ask the Office of Management and Budget what our scorecard rating is, it
> **would be red**, because **the systems are not certified and accredited**,' Tipton
> said.  But according to Interior's own rating, its bureaus fall in the yellow zone.

*Id*. (emphasis added). Importantly, Norton and her senior managers and counsel never informed

this Court at any time that Interior had "developed a new evaluation format for IT Security," nor

did they inform the Court that their information technology systems would be rated red but for the

knowingly deceptive rating system.  It is also notable that Norton and her senior managers and

---

[1] In accordance with the Preliminary Injunction entered by this Court on July 28, 2003, plaintiffs filed two sets of comments: (1) *Plaintiffs' Comments on Interior Secretary Gale Norton's and Acting Assistant Aureen Martin's Willful Violations of Preliminary Injunction* (August 27, 2003); and, (2) *Plaintiffs' Comments on Interior Secretary Gale Norton's and Acting Assistant Secretary Aureen Martin's Proposed Procedures to Reconnect Information Technology Systems Which House or Access Individual Indian Trust Data* (September 10, 2003).

counsel concealed from this Court the existence of another Inspector General critical of Interior's "overall security program does not demonstrate that all information systems supporting its operations and assets are adequately protected." *Id*.

Respectfully submitted,

/s/ Dennis Gingold

Of Counsel:

JOHN ECHOHAWK
Native American Rights Fund
1506 Broadway
Boulder, Colorado 80302
303-447-8760

DENNIS M. GINGOLD
  D.C. Bar No. 417748
P.O. Box 14464
Washington, D.C. 20044-4464
  202 824-1448

/s/ Keith Harper

KEITH HARPER
  D.C. Bar No. 451956
  Native American Rights Fund
  1712 N Street, N.W.
  Washington, D.C. 20036-2976
  202 785-4166

Attorneys for Plaintiffs

December 1, 2003

CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF COMMENTS FILED BY PLAINTIFFS ON AUGUST 27, 2003 AND SEPTEMBER 10, 2003 REGARDING THIS COURT'S PRELIMINARY INJUNCTION was served on the following via facsimile, pursuant to agreement, on this day, December 1, 2003.

    Earl Old Person (*Pro se*)
    Blackfeet Tribe
    P.O. Box 850
    Browning, MT 59417
    406.338.7530 (fax)

        /s/ Geoffrey Rempel
        _____
        Geoffrey M. Rempel