UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE A. NORTON, Secretary of the )<br>Interior, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action Number 96-1285 (RCL) |

### ORDER

On December 10, 2003, defendants filed the Notice of Filing of "Fourth Report Card on Computer Security at Federal Departments and Agencies" Dated December 9, 2003, Published By Subcommittee on Technology, Information Policy, Intergovernmental Relations And The Census, United States House of Representatives ("Notice of Fourth Report Card"). Defendants attached as Exhibit A the "Fourth Report Card on Computer Security at Federal Department and Agencies." Defendants further stated: "The Congressional Report Card rates government agencies and departments based upon agency and Inspectors General's reports" and that "[t]he two reports upon which the Department of Interior's Congressional Report Card score contain sensitive security information but can be provided to the Court under seal if requested. These two reports contain the Department of Interior's detailed assessment of its information technology security status." Notice of Fourth Report Card at 1 & n.2.

In accordance with that offer, the Court hereby orders defendants to produce to the Court the reports identified in the Notice of Fourth Report Card. Each report shall be redacted by the defendants to remove any information that might jeopardize the security of data within the defendants information technology systems, including, but not limited to, identification of specific hosts or subnets, or any other particular technical specifications that might enable network penetration. Defendants are ordered to file the redacted reports in the public record of this case. Defendants shall file the original, unredacted reports, under seal, with both the Court

1

2

and with Special Master Alan Balaran. Copies of the unredacted reports are also to be served on Plaintiffs, who shall treat the reports as confidential and not disclose or reveal to anyone the contents therein.

    Defendants shall file both the redacted and unredacted reports by December 31, 2003.

    SO ORDERED.

Signed by Judge Royce C. Lamberth, United States District Judge, on December 11, 2003.