IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOUISE PEPION COBELL, et al., )
)
    Plaintiffs )
)
v. ) Case No.1:96CV01285
)
GALE NORTON, Secretary )
)
    Defendants. )
)
)
_____)

## NOTICE OF DEPOSITION

To:   Mark E. Nagle
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, NW, Room 10-403
Washington, DC 20001

J. Christopher Kohn
United States Department of Justice
Civil Division
1100 L Street, NW, Room 10036
Washington, DC 20005

Attorneys for Defendants

PLEASE TAKE NOTICE, that on November 14, 2003, at the offices of Dennis M. Gingold, ("Plaintiffs' Counsel"), 607 14th Street, N.W., 9th Floor, Washington, D.C. 20005, plaintiffs in this action will take the deposition of **David Longly Bernhardt** ("Bernhardt"), Director, office of Congressional and Legislative Affairs, Department of the Interior.

This deposition will commence at **10:00 a.m.** and will continue from day to day until completed. Testimony will be recorded by stenographic means.

OF COUNSEL:

JOHN ECHOHAWK
Native American Rights Fund
1506 Broadway
Boulder, Colorado 80302

*/s/*

_____
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street., N.W.
9th Floor
Washington, D.C. 20005
202 824-1448

*/s/*

_____
KEITH M. HARPER
D.C. Bar No. 451956
Native American Rights Fund
1712 N Street, N.W.
Washington, DC 20036-2976
202 785-4166

Attorneys for Plaintiffs

November 4, 2003

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF DEPOSITION was served on the following by facsimile, pursuant to agreement, on this day, November 4, 2003.

>Mark E. Nagle
>Assistant U.S. Attorney
>Judiciary Center Building
>555 Fourth Street, N.W. Room 10-403
>Washington, D.C. 20001
>202.514.8780 (fax)
>
>J. Christopher Kohn
>United States Department of Justice
>Civil Division
>1100 L Street, N.W. Room 10036
>Washington, D.C. 20005
>202.514.9163 (fax)
>
>Earl Old Person (*Pro se*)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT 59417
>406.338.7530 (fax)

_____
Geoffrey M. Rempel