# Exhibit 2

LAW OFFICE

ALAN L. BALARAN, P.L.L.C.

ADMITTED IN DC AND MD

1717 PENNSYLVANIA AVE., N.W.
THIRTEENTH FLOOR
WASHINGTON, D.C. 20006
TELEPHONE (202) 466-5010
FAX (202) 986-8477
E-MAIL abalaran@erols.com

Invoice submitted to:
Cobell, et al. v. Norton, et al.
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington DC 20001

April 04, 2004

Invoice #62

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/19/2003 | ALB | Review correspondence re: information provided by Norton to the Special Master | 0.10<br>200.00/hr | 20.00 |
| 9/22/2003 | ALB | Review requests to move documents from: Fish and Wildlife (1 set of "Inactive Non-Indian/Non-Trust Records"), Geological Survey (2 sets of "Inactive Non-Indian/Non-Trust Records"), Inspector General (4 sets of "Inactive Non-Indian/Non-Trust Records"), National Park (16 sets of "Inactive Non-Indian/Non-Trust Records"), and Minerals Management (1 set of "Inactive Non-Indian/Non-Trust Records") | 1.50<br>200.00/hr | 300.00 |
| 10/1/2003 | MK | Search database related to surnames and TAAMS | 7.30<br>60.00/hr | 438.00 |
| | ALB | Draft Monthly Report | 0.40<br>200.00/hr | 80.00 |
| | ALB | Review documents related to Gambrell Complaint regarding termination from Public employment | 2.20<br>200.00/hr | 440.00 |
| 10/2/2003 | ALB | Search database for documents related to surnames and TAAMS | 5.40<br>200.00/hr | 1,080.00 |
| 10/3/2003 | ALB | Draft Report to the Court regarding refusal to respond to letter regarding August 3, Beaverton Box memorandum | 1.50<br>200.00/hr | 300.00 |
| | ALB | Review Interior's motion to disgorge SM's funds | 0.60<br>200.00/hr | 120.00 |
| | ALB | Review Plaintiffs' consolidated Motion for TRO and PI regarding MMS documents | 0.90<br>200.00/hr | 180.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2003 | ALB | Review Notification of Proposed Records Movement regarding OIG/NPS/USFW/BOR/OTR and MMS documents - begin drafting letter regarding request to move MMS/MRM documents to NARA Archives or FRC | 1.00<br>200.00/hr | 200.00 |
| | ALB | Review requests to move 1 set of "Inactive Non-Indian/Non-Trust Records" by Inspector General, 3 sets of "Inactive Non-Indian/Non-Trust Records" by National Park, 5 sets of "Inactive Non-Indian/Non-Trust Records" by Fish and Wildlife, 2 sets of "Inactive Non-Indian/Non-Trust Records" and 2 sets of Inactive Indian/Non-Trust Records" by Reclamation, 1 set of "Inactive Trust Records within DOI" by Trust Records, and 11 sets of "Inactive Non-Indian/Non-Trust Records" and 4 sets of "Inactive Indian/Non-Trust Records" and 9 sets of "Inactive Trust Records to an FRC" by Minerals Management | 2.33<br>200.00/hr | 466.00 |
| 10/6/2003 | ALB | Review Curley correspondence regarding Beaverton boxes; respond requesting information with attachments | 0.30<br>200.00/hr | 60.00 |
| | ALB | Review Gingold letter to Spooner regarding ex parte modifications of agreements | 0.20<br>200.00/hr | 40.00 |
| | ALB | Draft additional section of report regarding fraud on the court | 4.60<br>200.00/hr | 920.00 |
| | ALB | Draft Letter to Vissicchio regarding request to move MMS documents | 1.00<br>200.00/hr | 200.00 |
| | ALB | Draft second letter to G. Vissicchio (DOJ) regarding MMS inventories for movement of Jicarilla documents | 0.80<br>200.00/hr | 160.00 |
| | ALB | Review Submission in Response to September 3, 2003 Order | 0.20<br>200.00/hr | 40.00 |
| 10/7/2003 | ALB | Review filings related to PI regarding movement of transfer of boxes; investigate Beaverton boxes; draft report to Court | 3.70<br>200.00/hr | 740.00 |
| | ALB | Review Response to Consolidated Petitions for Writ of Mandamus | 1.30<br>200.00/hr | 260.00 |
| 10/8/2003 | ALB | Review Plaintiffs' Reply regarding motion for enlargment of time | 0.20<br>200.00/hr | 40.00 |
| | ALB | Search database for documents related to surnames and TAAMS | 8.00<br>200.00/hr | 1,600.00 |
| 10/9/2003 | ALB | Review Plaintiffs' Opposition to Defendants' Motion to Strike and request for Sua Sponte Sanction | 0.30<br>200.00/hr | 60.00 |
| | ALB | Draft Memo to file regarding need for document retention in MMS files | 1.50<br>200.00/hr | 300.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2003 | ALB | Review Plaintiffs' Opposition to Motion for Expedited Resolution | 0.20<br>200.00/hr | 40.00 |
| | ALB | Review Plaintiffs' request for fees pursuant EAJA | 0.50<br>200.00/hr | 100.00 |
| | ALB | Search database for documents related to surnames and TAAMS | 7.50<br>200.00/hr | 1,500.00 |
| 10/14/2003 | ALB | Search database for documents related to surnames and TAAMS | 6.70<br>200.00/hr | 1,340.00 |
| | ALB | Review requests to move documents from: Inspector General (1 set of "Inactive Non-Indian/Non-Trust Records"), Minerals Management (1 set of "Inactive Indian/Non-Trust Records"), Indian Affiars (1 set of "Inactive Indian/Non-Trust Records") and National Park (1 set of "Inactive Non-Indian/Non-Trust Records") | 0.50<br>200.00/hr | 100.00 |
| | ALB | Review United States' Status Report to the Special Master | 0.30<br>200.00/hr | 60.00 |
| 10/15/2003 | ALB | Search database for documents related to surnames and TAAMS | 7.25<br>200.00/hr | 1,450.00 |
| 10/17/2003 | ALB | Search database for documents related to surnames and TAAMS | 6.90<br>200.00/hr | 1,380.00 |
| | ALB | Review requests to move 9 sets of "Inactive Trust Records to an FRC" and 1 set of "Inactive Indian Non-Trust Records" by Indian Affairs, 1 set of "Inactive Non-Indian/Non-Trust Records" and 1 set of "Inactive Indian/Non-Trust Records" by Reclamation, 1 set of "Inactive Non-Indian/Non-Trust Records" by Fish and Wildlife, and 1 set of "Inactive Non-Indian/Non-Trust Records" by National Park | 1.00<br>200.00/hr | 200.00 |
| 10/20/2003 | ALB | Review requests to move documents from: Minerals Management (7 sets of "Inactive Non-Indian/Non-Trust Records" and 1 set of "Inactive Indian/Non-Trust Records") and Surface Mining ( 1 set of "Inactive Non-Indian/Non-Trust Records") | 0.67<br>200.00/hr | 134.00 |
| 10/22/2003 | ALB | Review NAID Documents specifically related to TAAMS subproject | 7.50<br>200.00/hr | 1,500.00 |
| 10/24/2003 | ALB | Review NAID Documents specifically related to TAAMS subproject | 6.50<br>200.00/hr | 1,300.00 |
| 10/27/2003 | ALB | Review Plaintiffs' Reply Re Motion to Compel Anson Baker's Deposition and Production of Documents Related Thereto w/attachment | 0.20<br>200.00/hr | 40.00 |
| | ALB | Review requests to move documents from: Minerals Management (10 sets of "Inactive Non-Indian/ Non-Trust Records," 3 sets of "Inactive Indian/Non-Trust Records," 2 sets of "Inactive Indian Non-Trust Records," and 2 sets of "Inactive Trust Records to an FRC"), National | 1.33<br>200.00/hr | 266.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Park (1 set of "Inactive Non-Indian/Non-Trust Records"), and Reclamation (3 sets of "Inactive Non-Indian/Non-Trust Records") | | |
| 10/28/2003 | ALB | Review United States Status Report to the Special Master of October 28, 2003 including attachments | 0.30<br>200.00/hr | 60.00 |
| 10/29/2003 | ALB | Review Notice of Appeal and Order Issuing Structure Injunction | 0.40<br>200.00/hr | 80.00 |
| | ALB | Review requests to move documents from: National Park Service (1 "Inactive Non-Indian/Non-Trust Records") and Reclamation ( 1 "Inactive Non-Indian/Non-Trust Records") | 0.20<br>200.00/hr | 40.00 |
| 11/5/2003 | ALB | Review requests to move documents from: Minerals Management (1 set of "Inactive Indian/Non-Trust Records"), Inspector General (1 set of "Inactive Trust Records to an FRC"), and Office of Secretary (1 set of "Inactive Non-Indian /Non-Trust Records" and 1 set of "Inactive Indian/Non-Trust Records") | 0.25<br>200.00/hr | 50.00 |
| 11/10/2003 | ALB | Review requests to move documents from: Indian Affairs (7 sets of "Inactive Trust Records to an FRC"), Land Management (1 set of "Inactive Non- Indian /Non-Trust Records"), and Office of Secretary (1 set of "Inactive Non-Indian /Non-Trust Records" and 2 sets of "Inactive Trust Records to an FRC") | 1.08<br>200.00/hr | 216.00 |
| 11/12/2003 | ALB | Review United States' Status Report to the Special Master | 0.40<br>200.00/hr | 80.00 |
| 11/19/2003 | ALB | Review requests to move 1 set of "Inactive Non- Indian /Non-Trust Records" by Reclamation and 1 set of "Inactive Non-Indian /Non-Trust Records" by National Park Service | 0.17<br>200.00/hr | 34.00 |
| 11/25/2003 | ALB | Review United States' Status Report to the Special Master | 0.45<br>200.00/hr | 90.00 |
| 11/29/2003 | ALB | Review Notice of Deposition and Request for Production of Documents for James Cason | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review Defendants' Motion for Protective Order regarding request for production of documents and notice of deposition for D.G. Tschudy and L.J. Kimball and attachments | 0.60<br>200.00/hr | 120.00 |
| | ALB | Review Defendants' Memorandum in Opposition to Plaintiffs' Motion for Enlargement Regarding Motion for Reimbursement of "Improper" Special Master Fees | 0.50<br>200.00/hr | 100.00 |
| | ALB | Review Notice of Deposition and Request for Production regarding Donna Erwin | 0.10<br>200.00/hr | 20.00 |
| 11/30/2003 | ALB | Review Defendants' Opposition to Plaintiffs' Consolidated Motion to Compel Production of Documents and Request for Sanctions Pursuant to Rule 37 and attachments | 1.50<br>200.00/hr | 300.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2003 | ALB | Review Defendants' Response to Plaintiffs' Request for Production of Documents Dated October 1, 2003 | 0.30<br>200.00/hr | 60.00 |
| 12/2/2003 | ALB | Review requests to move 2 sets of "Inactive Non-Indian /Non-Trust Records" by Surface Mining, 3 sets of "Inactive Indian/Non-Trust Records" by Indian Affairs and 4 sets of "Inactive Trust Records to an FRC," 1 set of "Inactive Non-Indian/Non-Trust Records" and 1 set of "Inactive Trust Records to an FRC" by Office of Secretary, and 23 sets of "Inactive Non-Indian /Non-Trust Records" by Reclamation | 2.25<br>200.00/hr | 450.00 |
| 12/3/2003 | ALB | Review order discharging order to show cause | 0.10<br>200.00/hr | 20.00 |
| 12/8/2003 | ALB | Review requests to move 14 sets of "Inactive Non-Indian /Non-Trust Records" and 3 sets of "Inactive Trust Records to an FRC" by Minerals Management, 4 sets of "Inactive Non-Indian /Non-Trust Records" by Reclamation, 1 set of "Inactive Non-Indian /Non-Trust Records" by Fish and Wildlife, 5 sets of "Inactive Non-Indian /Non-Trust Records" by National Park Service, and 38 sets of "Inactive Non-Indian /Non-Trust Records" by Geological Survey | 2.75<br>200.00/hr | 550.00 |
| | ALB | Review requests to move 1set of "Inactive Non-Indian /Non-Trust Records" by Minerals Management, 7 sets of "Inactive Non-Indian /Non-Trust Records" by National Park Service and 1 set of "Inactive Non-Indian /Non-Trust Records" by Reclamation | 0.58<br>200.00/hr | 116.00 |
| 12/9/2003 | ALB | Review United States' Status Report to the Special Master | 0.25<br>200.00/hr | 50.00 |
| 12/10/2003 | ALB | Review correspondence re: Fourth Report Card on Computer Security | 0.10<br>200.00/hr | 20.00 |
| 12/11/2003 | ALB | Review supplemental authority re: Fourth Report Card on Computer Security at Federal Departments | 0.20<br>200.00/hr | 40.00 |
| 12/15/2003 | ALB | Review requests to move 3 sets of "Inactive Non-Indian /Non-Trust Records" by Reclamation and 5 sets of "Inactive Non-Indian /Non-Trust Records" by Fish and Wildlife | 0.33<br>200.00/hr | 66.00 |
| 12/19/2003 | ALB | Review requests to move 8 sets of "Inactive Indian /Non-Trust Records" and 38 sets of "Inactive Trust Records to an FRC" by Bureau of Indian Affairs | 2.33<br>200.00/hr | 466.00 |
| 12/22/2003 | ALB | Review correspondence re: RFP 7 Document Production | 0.10<br>200.00/hr | 20.00 |
| 12/23/2003 | ALB | Review United States' Status Report to the Special Master | 0.33<br>200.00/hr | 66.00 |
| 12/30/2003 | ALB | Review requests to move documents from: Reclamation (1 set of "Inactive Non-Indian/Non-Trust Records"), Fish and Wildlife ( 2 "Inactive Non-Indian/Non-Trust Records"), Minerals Management (1 "Inactive Indian/Non-Trust Records," 8 sets of "Inactive Trust Records | 2.58<br>200.00/hr | 516.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | to a FRC," and 22 "Inactive Non-Indian/Non-Trust Records"), Park Service (2 "Inactive Non-Indian/Non-Trust Records"), Solicitor (1 "Inactive Turst Records to a FRC") and Surface Mining (1 "Inactive Non-Indian/Non-Trust Records"), and Geological Survey (1 "Inactive Non-Indian/Non-Trust Records") | | |
| 1/6/2004 | ALB | Review United States' Status Report to the Special Master | 0.32<br>200.00/hr | 64.00 |
| 1/7/2004 | ALB | Review supplemental authority correspondence from E. Levitas | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review evaluation of the infromation security program of the Interior Dept | 0.40<br>200.00/hr | 80.00 |
| | ALB | Review supplemental authority re: "Fourth Report Card on Computer Security at Federal Departments and Agencies" | 0.20<br>200.00/hr | 40.00 |
| 1/8/2004 | ALB | Review requests to move documents from: Indian Affiars (6 "Inactive Trust Records to a FRC"), Reclamation (3 sets "Inactive Non-Indian/Non-Trust Records"), Fish and Wildlife ( 1 "Inactive Non-Indian/Non-Trust Records"), Surface Mining (2 "Inactive Non-Indian/Non-Trust Records" and 1 "Inactive Indian/Non-Trust Records") and the Office of the Solicitor (1 "Inactive Trust Records to a FRC") | 0.67<br>200.00/hr | 134.00 |
| 1/12/2004 | ALB | Review plaintiffs' emergency renewed motion to vacate the administrative stay | 0.10<br>200.00/hr | 20.00 |
| 1/13/2004 | ALB | Review Mineral Managements requests to move 11 sets of "Inactive Non-Indian/Non-Trust Records, 6 sets of "Inactive Trust Records" to a FRC, and 1 set of "Inactive Indian/Non-Trust Records" | 1.17<br>200.00/hr | 234.00 |
| 1/16/2004 | ALB | Review plaintiffs' reply emergency renewed motion to vacate the administrative stay | 0.10<br>200.00/hr | 20.00 |
| 1/20/2004 | ALB | Review United States' Status Report to the Special Master | 0.35<br>200.00/hr | 70.00 |
| 1/22/2004 | ALB | Review court order re: redacted copies of information technology reports | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review defendants motion for order modifying January 21, 2004 order | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review notice of supplemental authority in support of plaintiffs' order to show cause motion | 0.10<br>200.00/hr | 20.00 |
| | ALB | Telephone conference with J. Kerr re: report redactions | 0.50<br>200.00/hr | 100.00 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2004 | ALB | Review reports to be forwarded to Interior with redactions | 3.50<br>200.00/hr | 700.00 |
| 1/23/2004 | ALB | Meet with J. Kerr re: report redactions | 3.00<br>200.00/hr | 600.00 |
| 1/28/2004 | ALB | Review court order re: appellants' motion for stay pending appeal | 0.10<br>200.00/hr | 20.00 |
| | ALB | Meeting with counsel re: motion to disqualify. | 1.00<br>200.00/hr | 200.00 |
| 1/29/2004 | ALB | Meeting with counsel re: motion to disqualify. | 1.50<br>200.00/hr | 300.00 |
| 1/30/2004 | ALB | Meet with J. Kerr re: report redactions | 5.00<br>200.00/hr | 1,000.00 |
| 2/2/2004 | ALB | Review requests to move records from: Bureau of Land Management (5 sets of "Inactive Non-Indian/Non-Trust Records"), Reclamation (8 sets of "Inactive Non-Indian/Non-Trust Records"), Fish and Wildlife (3 sets of "Inactive Non-Indian/Non-Trust Records), Minerals Management (3 sets of "Inactive Non-Indian/Non-Trust Records" and 2 sets of "Inactive Trust Records to an FRC"), National Park Service (2 sets of "Inactive Non-Indian/Non-Trust Records"), and the Office of Insural Affairs (3 sets of "Inactive Non-Indian/Non-Trust Records") | 1.17<br>200.00/hr | 234.00 |
| | ALB | Meeting with J. Kerr: final redactions to reports | 4.00<br>200.00/hr | 800.00 |
| | ALB | Review redactions to reports before consulting with Kerr | 2.80<br>200.00/hr | 560.00 |
| 2/3/2004 | ALB | Review United States' Status Report to the Special Master | 0.20<br>200.00/hr | 40.00 |
| 2/4/2004 | ALB | Review final redactions of IBM reports | 1.60<br>200.00/hr | 320.00 |
| 2/5/2004 | ALB | Review requests to move records from: Bureau of Reclamation (1 set of "Inactive Non-Indian/Non-Trust Records"), National Park Service (2 sets of "Inactive Non-Indian/Non-Trust Records") | 0.30<br>200.00/hr | 60.00 |
| | ALB | Review correspondence from S. Spooner re: security reports | 0.10<br>200.00/hr | 20.00 |
| 2/9/2004 | ALB | Review Plaintiffs' reply in support of order to show cause why the Dept. of Interir should not be held in contempt | 0.50<br>200.00/hr | 100.00 |
| | ALB | Review copies of Information Technology Reports with redactions by Defendants | 0.70<br>200.00/hr | 140.00 |

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2004 | ALB | Review Plaintiffs' Emergency Motion for Expedited Briefing and Argument of this Appeal | 0.20<br>200.00/hr | 40.00 |
| | ALB | Review draft statement from counsel re: motion to disqualify | 1.60<br>200.00/hr | 320.00 |
| 2/11/2004 | ALB | Review requests to remove "Inactive Non-Indian Trust Records" from: Land Management (4 sets), Reclamation (12 sets), Minerals Management (11 sets), Inspector General (1 set), Geological Survey (5 sets), and 4 requests to move Inactive Trust Records to a FRC or Commercial Centere or to a NARA Archives Minerals Management (2 sets), Inspector General (1 set), Solicitor (1 set) | 2.25<br>200.00/hr | 450.00 |
| | ALB | Review Defendants' Emergency Motion to Strike Part 3 of Plaintiffs' Notice of Public Version of Plaintiffs' Reply Brief Regarding Show Cause Motion | 0.20<br>200.00/hr | 40.00 |
| | ALB | Review Defendants' Motion to File Under Seal Defendants' Emergency Motion to Place Under Seal Plaintiffs' Opposition to Defendants' Emergency Motion to Strike Part 3 of Plaintiffs' Notice of Public Version of Plaintiffs' Reply Brief Regarding Show Cause Motion | 0.20<br>200.00/hr | 40.00 |
| 2/13/2004 | ALB | Review surreply in opposition to Plaintiffs' order to show cause | 0.20<br>200.00/hr | 40.00 |
| | ALB | Review correspondence re: American Indian Records Repository, Lenexa Kansas Negotiations | 0.10<br>200.00/hr | 20.00 |
| 2/15/2004 | ALB | Meeting with counsel re: motion to disqualify. | 2.00<br>200.00/hr | 400.00 |
| 2/17/2004 | ALB | Review Bureau of Land Management's request to move 15 sets of Inactive Non-Indian/Non-Trust Records, Reclamations request to move 4 sets of the same and Office of the Secretary's request to move 1 set of the same | 1.33<br>200.00/hr | 266.00 |
| | ALB | Review Plaintiffs' Reply Brief on their emergency motion for expedited briefing and argument of this appeal | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review Plaintiffs' Brief in Response to Trustees Notice of Scheduling Moton Filed in Related Case No. 03-5314 | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review United States' Status Report to the Special Master | 0.34<br>200.00/hr | 68.00 |
| 2/18/2004 | ALB | Review Plaintiffs' Brief in Response to Trustee's Notice of Scheduling Motion | 0.10<br>200.00/hr | 20.00 |
| 2/20/2004 | ALB | Review request to move documents: "Inactive Non-Indian /Non-Trust Records" made by Bureau of Land Management (6 sets), U.S. Fish and Wildlife (1 set), Minerals Management Service (1 set), National Park Service (3 sets), and Office of Surface Mining (1 set) | 1.50<br>200.00/hr | 300.00 |

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2004 | ALB | Review Plaintiffs' reply brief on their emergency motion for expedited briefing | 0.10<br>200.00/hr | 20.00 |
| 2/22/2004 | ALB | Meeting with counsel re: motion to disqualify. | 1.20<br>200.00/hr | 240.00 |
| 2/23/2004 | ALB | Review Plaintiff-Appellees' Petition for Rehearing and Rehearing En Banc | 0.30<br>200.00/hr | 60.00 |
| | ALB | Review Defendants' reply brief in support of emergency motion to strike part 3 of Plaintiffs' notice of public version of Plaintiffs' reply brief re: show cause motion | 0.20<br>200.00/hr | 40.00 |
| | ALB | Review Response to Petition for Writ of Mandamus | 0.60<br>200.00/hr | 120.00 |
| 2/26/2004 | ALB | Review requests to move 1 set of Inactive Trust Records Within DOI by Indian Affairs, 9 sets of inactive Non-Indian/Non-Trust records by Land Management, 2 sets of Inactive Non-Indian/Non-Trust Records by Bureau of Reclamation, 15 sets of Inactive Non-Indian/Non-Trust Records by Fish and Wildlife, 1 set of Inactive Trust Records to a FRC or Commercial Center and 1 set of Inactive Indian/Non-Trust Records by Office of Trust Records | 1.75<br>200.00/hr | 350.00 |
| 2/27/2004 | ALB | Review motion to withdraw and substitute counsel to M. Rossetti | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review emails from counsel re: scheduling orders | 0.20<br>200.00/hr | 40.00 |
| 3/1/2004 | ALB | Review scheduling order filed February 26, 2004 | 0.10<br>200.00/hr | 20.00 |
| | ALB | Meeting with counsel re: motion to disqualify and supplemental statement | 1.20<br>200.00/hr | 240.00 |
| | ALB | Review email from counsel re: motion to disqualify draft supplemental statement | 0.10<br>200.00/hr | 20.00 |
| 3/2/2004 | ALB | Review requests to move "Inactive Non-Indian/Non-Trust Records" made by Fish and Wildlife (1 set), Minerals Management (3 sets), Inspector General (1 set), Surface Mining (3 sets), and Geological Survey (2 sets) | 0.50<br>200.00/hr | 100.00 |
| | ALB | Review United States' Status Report to the Special Master | 0.30<br>200.00/hr | 60.00 |
| 3/5/2004 | ALB | Review 4 requests to move "Inactive Non-Indian/Non-Trust Records" from Minerals Management (1 set), National Park Service (1 set) and U.S. Geological (2 sets) | 0.33<br>200.00/hr | 66.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2004 | ALB | Review correspondence re: oral argument for recusal | 0.10<br>200.00/hr | 20.00 |
| | ALB | Review and respond to email from counsel re: motion to disqualify supplemental filing | 0.30<br>200.00/hr | 60.00 |
| 3/7/2004 | ALB | Meeting with counsel re: motion to disqualify and supplemental statement | 1.30<br>200.00/hr | 260.00 |
| | ALB | Review email from counsel re: injunction | 0.20<br>200.00/hr | 40.00 |
| 3/8/2004 | ALB | Review request to move documents: Land Management (6 sets of Inactive Non-Indian/Non-Trust Records) and Reclamation (6 sets of Inactive Non-Indian/Non-Trust Records) | 0.58<br>200.00/hr | 116.00 |
| | ALB | Review praecipe re: change of address | 0.10<br>200.00/hr | 20.00 |
| 3/9/2004 | ALB | Review request of Bureau of Land Management to move 6 sets of Inactive Indian and Non-Trust records | 0.33<br>200.00/hr | 66.00 |
| | ALB | Review correspondence from D. Gingold to S. Spooner re: Lancaster deposition | 0.10<br>200.00/hr | 20.00 |
| 3/10/2004 | ALB | Review correspondence re: supplemental authority from William Austin | 0.10<br>200.00/hr | 20.00 |
| 3/11/2004 | ALB | Review supplemental authority re: motion to disqualify | 0.10<br>200.00/hr | 20.00 |
| 3/12/2004 | ALB | Review request to move documents from Reclamation (2 sets of "Inactive Non-Indian/Non-Trust Records") and Office of the Secretary (1 set of "Inactive Non-Indian/Non-Trust Records") | 0.33<br>200.00/hr | 66.00 |
| | ALB | Review Plaintiff-Respondents' Response in Opposition to Petitioner's Motion to Assign to a Specific Panel | 0.30<br>200.00/hr | 60.00 |
| 3/13/2004 | ALB | Finalize, edit contempt opinions re: 37 named individuals and 9 email named individuals | 6.80<br>200.00/hr | 1,360.00 |
| 3/14/2004 | AW | Review, edit, cite check and blue book contempt opinion | 6.20<br>250.00/hr | 1,550.00 |
| | ALB | Finalize, edit contempt opinions re: 37 named individuals and 9 email named individuals | 5.60<br>200.00/hr | 1,120.00 |
| 3/16/2004 | ALB | Review United States' Status Report to the Special Master of March 16, 2004 | 0.50<br>200.00/hr | 100.00 |
| | ALB | Meeting with counsel re: disqualification | 1.50<br>200.00/hr | 300.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2004 | ALB | Review requests to move records from: Indian Affairs (2 sets "Inactive Indian/Non-Trust Records" and 2 sets of "Inactive Trust Records to an FRC"), Reclamation (2 sets of "Inactive Non-Indian/Non-Trust Records) and National Parks (3 sets of "Inactive Non-Indian/Non-Trust Records") | 0.70<br>200.00/hr | 140.00 |
| | ALB | Review requests to move records from: Bureau of Indian Affairs (2 sets of "Inactive Indian/Non-Trust Records" and 2 sets of "Inactive Trust Records to an FRC", Bureau of Reclamation (2 sets of "Inactive Indian/Non-Trust"), and National Park Service (3 sets of "Inactive Non-Indian/Non-Trust Records") | 0.50<br>200.00/hr | 100.00 |
| 3/21/2004 | ALB | Meeting with counsel re: disqualification | 1.20<br>200.00/hr | 240.00 |
| 3/22/2004 | ALB | Review Plaintiffs' Motion for Expedited Consideration of Plaintiffs' Various Applications for Fees and Costs | 0.20<br>200.00/hr | 40.00 |
| 3/23/2004 | ALB | Review requests to move documents from: Reclamation (3 sets of "Inactive Non-Indian/Non-Trust Records and 1 set of "Inactive Indian Non-Trust Records"), Fish and Wildlife (7 sets of "Inactive Non-Indian/Non-Trust Records"), and National Park Service (3 sets of "Inactive Non-Indian/Non-Trust Records") | 0.80<br>200.00/hr | 160.00 |
| 3/27/2004 | ALB | Conference with counsel re: disqualification | 1.70<br>200.00/hr | 340.00 |
| 3/29/2004 | ALB | Review requests to move documents from: Indian Affairs (1 set of "Inactive Trust Records to an FRC"), Reclamation (1 set of "Inactive Non-Indian/Non-Trust Records"), Fish and Wildlife (9 sets of "Inactive Non-Indian/Non-Trust Records), National Park Service (2 sets of "Inactive Non-Indian/Non-Trust Records"), Office of the Secretary (2 sets of "Inactive Trust Records to an FRC" and 2 sets of "Inactive Non-Indian/Non-Trust Records"). | 0.70<br>200.00/hr | 140.00 |
| 3/30/2004 | ALB | Review United States' Status Report to the Special Master of March 30, 2004 | 0.25<br>200.00/hr | 50.00 |
| 4/3/2004 | ALB | Draft letter of resignation | 2.30<br>200.00/hr | 460.00 |
| 4/4/2004 | ALB | Draft letter of resignation | 2.00<br>200.00/hr | 400.00 |
| | ALB | Draft final report | 0.50<br>200.00/hr | 100.00 |
| | | For professional services rendered | 192.80 | $37,848.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 7/31/2003 | Copying cost | 12.71 |
| 1/12/2004 | Copying cost | 717.70 |
| 1/20/2004 | Annual Storage Fees for Cobell materials | 1,873.68 |
| | Total costs | $2,604.09 |
| | Total amount of this bill | $40,452.09 |
| | Previous balance | $27,806.34 |
| 10/13/2003 | Payment - thank you | ($27,806.34) |
| | Total payments and adjustments | ($27,806.34) |
| | Balance due | $40,452.09 |