**Exhibit 3**



Security **Assurance** Group

# INVOICE DETAILS

999 Coporate Blvd - STE 120  
Linthicum, MD 21090  
Phone 410-684-2915   Fax 410-850-5382

**DATE:** 2/11/2004  
**INVOICE #** 200417

**Bill To:**  
Law offices of Alan Balaran  
1717 Pennsylvania Ave  
Washington, DC  
202-466-5010

**Remit To:**  
999 Corporate Blvd - STE 120  
Linthicum, MD 21090  
Phone 410-684-2915   Fax 410-850-5382

| RESOURCE | TASK DESCRIPTION | HOURS | DATE |
|---|---|---|---|
| John Kerr | Conference Call with SM | 0.5 | 1/22/2004 |
| John Kerr | Meeting with Special Master | 3 | 1/23/2004 |
| John Kerr | Gather Reports for Redaction | 5 | 1/23/2004 |
| John Kerr | Gather Reports for Redaction | 4 | 1/24/2004 |
| John Kerr | Gather Reports for Redaction | 4 | 1/26/2004 |
| John Kerr | Redact Reports | 5 | 1/26/2004 |
| John Kerr | Gather IBM Reports from SM for redaction | 4 | 1/27/2004 |
| John Kerr | Redact Reports | 8 | 1/28/2004 |
| John Kerr | Redact Reports | 6 | 1/29/2004 |
| John Kerr | Meeting with SM | 5 | 1/30/2004 |
| John Kerr | Redact Reports | 4.25 | 1/30/2004 |
| John Kerr | Finalize Redaction of Reports | 4.5 | 1/31/2004 |
| John Kerr | Meeting with SM delivery of reports | 4 | 2/2/2004 |
| | **Total** | **57.25** | |

INTERPARKING
1747 PENNSYLVANIA AVE
WASHINGTON, DC 20006
202/637-8085

LANE: 12  CLERK: 2222

DATE: 02/02/04      TIME: 12:42 PM
ACCT #: 372717640671045  EXP: 04/05
STORE ID: PSII000205

CARD TYPE: AX
TRANS TYPE:       CREDIT PURCHASE
REF NUMBER:4532   AUTH #: 527282

TOTAL:      $      13.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

---

INTERPARKING
1747 PENNSYLVANIA AVE
WASHINGTON, DC 20006
202/637-8085

LANE: 12  CLERK: 2222

DATE: 01/30/04      TIME: 05:44 PM
ACCT #: 372717640671045  EXP: 04/05
STORE ID: PSII000205

CARD TYPE: AX
TRANS TYPE:       CREDIT PURCHASE
REF NUMBER:4498   AUTH #: 549425

TOTAL:      $      13.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT



**Security Assurance Group**

999 Corporate Blvd - STE 120
Linthicum, MD 21090
Phone 410-684-2915   Fax 410-850-5382

# INVOICE

DATE:   2/11/2004
INVOICE #   200417

**Bill To:**
Law offices of Alan Balaran
Alan Balaran
1717 Pennsylvania Ave., NW
Thirteenth Floor
Washington, DC 2006
United States
202-466-5010

**Remit To:**
999 Corporate Blvd - STE 120
Linthicum, MD 21090
Phone 410-684-2915   Fax 410-850-5382

**Comments or Special Instructions:**   None

| PROJECT | P.O. NUMBER | INVOICE PERIOD | TERMS |
|---|---|---|---|
| Balaran-Indian Trust | | 1/21/04 - 2/11/04 | Net 30 |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 57.25 | John Kerr - Project Manager | $ 225.00 | $ 12,881.25 |
| | Expense reimbursement | | $ 94.00 |
| | *** See attached documents for hourly details of engagement *** | | |
| | | TOTAL | $ 12,975.25 |

Make all checks payable to **Security Assurance Group**
If you have any questions concerning this invoice, contact **John Kerr, 410-684-2915, *jkerr@securityassurancegroup.com***

**SECURITY ASSURANCE GROUP THANKS YOU FOR YOUR BUSINESS!**

Wiring Instructions:
M&T Bank
255 East Ave
Rochester, NY 14604

Account Name: Security Assurance Group
Account Number:        8891642228
ABA#                              022000046
EIN#:                              412084387