IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, Secretary of the Interior, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:96CV01285<br>(Judge Lamberth) |

## NOTICE OF APPEAL

Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and the Memorandum Opinion entered in the above-named case on July 12, 2005, under Docket Numbers 3072 and 3076. A copy of the Order and a copy of the Memorandum Opinion are attached.

Dated: July 25, 2005

Respectfully submitted,

ROBERT McCALLUM, JR.
Associate Attorney General
PETER D. KEISLER
Assistant Attorney General
STUART E. SCHIFFER
Deputy Assistant Attorney General
J. CHRISTOPHER KOHN
Director

ROBERT E. KIRSCHMAN, Jr.
(D.C. Bar No. 406635)
Assistant Director
CYNTHIA L. ALEXANDER
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station

Washington, D.C. 20044-0875
Phone (202) 616-0328
Fax (202) 514-9163

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that, on July 25, 2005 I served the foregoing *Notice of Appeal* by facsimile in accordance with their written request of October 31, 2001 upon:

| | |
|---|---|
| Keith Harper, Esq.<br>Richard A. Guest, Esq.<br>Native American Rights Fund<br>1712 N Street, N.W.<br>Washington, D.C. 20036-2976<br>(202) 822-0068 | Dennis M. Gingold, Esq.<br>Mark Kester Brown, Esq.<br>607 - 14th Street, NW, Box 6<br>Washington, D.C. 20005<br>(202) 318-2372 |

Per the Court's Order of April 17, 2003,
by facsimile upon:

Earl Old Person (*Pro se*)
Blackfeet Tribe
P.O. Box 850
Browning, MT 59417
(406) 338-7530

_____
Kevin P. Kingston