UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GALE NORTON, )<br>Secretary of the Interior, et. al., )<br>)<br>Defendants. )<br>) | Civil Action No. 96-1285 (RCL) |

**ORDER**

Upon consideration of plaintiffs' motion [2627] for attorney fees pursuant to Equal Access to Justice Act through the Phase 1.0 Proceeding ("Interim Fee Petition") the record and the briefs presented and for the reasons stated in an accompanying memorandum opinion, it is hereby

ORDERED that plaintiffs' motion [2627] for attorney fees pursuant to Equal Access to Justice Act through the Phase 1.0 Proceeding is granted in part and denied in part.

The Court awards plaintiffs fees in the amount of $4,534,275.97 and expenses in the amount of $2,532,195.08, for a total Interim Fee Award of $7,066,471.05.

This Interim Fee Award shall be subject to further adjustment at the conclusion of this litigation. In the meantime, defendants are directed to make prompt payment.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 19, 2005.