IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:96CV01285 |
| | )   (Judge Robertson) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |
|_____|)|

## NOTICE OF FILING

The Department of the Interior respectfully files its Historical Accounting Project Document, dated May 31, 2007, consisting of the following attachments:

- Overview of the Historical Accounting Project Document, attached as Exhibit I;

- Part 1: 2007 Plan for Completing the Historical Accounting of Individual Indian Money Accounts, attached as Exhibit II;

- Part 2: Discussion of the Basis and Rationale for Changes to the January 6, 2003 Historical Accounting Plan for Individual Indian Money Accounts, attached as Exhibit III;

- Part 3: Department of the Interior Report entitled "Historical Accounting for Individual Indian Monies, A Progress Report," published in September 2005 and attached as Exhibit IV;

- Part 4: The Historical Accounting Plan for Individual Indian Money Accounts, filed with the Court on January 6, 2003 (Dkt. No. 1705), attached as Exhibit V.

Dated: May 31, 2007                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                MICHAEL F. HERTZ
                                                Deputy Assistant Attorney General

J. CHRISTOPHER KOHN
Director


 /s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
(D.C. Bar No. 406635)
Deputy Director
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Phone (202) 616-0328
Fax (202) 514-9163

CERTIFICATE OF SERVICE

     I hereby certify that, on May 31, 2007 the foregoing *Notice of Filing* was served by Electronic Case Filing, and on the following who is not registered for Electronic Case Filing, by facsimile:

>Earl Old Person (*Pro se*)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT 59417
>Fax (406) 338-7530

                                        /s/ Kevin P. Kingston
                                          Kevin P. Kingston