# Historical Accounting Project



U.S. Department of the Interior
May 31, 2007

Exhibit 1
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 1 of 2

# Historical Accounting Project
# Overview of the Document

This document contains four parts.  Part 1 is the *May 31, 2007, Plan for Completing the Historical Accounting of Individual Indian Money Accounts* (2007 Plan).  Part 1 incorporates the modifications to the 2003 Plan discussed in Part 2 and presents a description of the remaining tasks and a schedule to complete those tasks. The text includes an overview of the 2007 Plan, a description of the accounting methods to be used, a discussion of the mailing, a discussion of the appeal process, a work plan, the proposed schedule, and estimate of costs, along with an appendix describing the quality control program, and an appendix defining terms.

Part 2 describes the progress and results of the historical accounting to date, and serves as the basis for changes to the 2003 Plan that will allow Interior to complete the historical accounting. It includes a discussion of historical accounting objectives, lessons learned, a description of historical accounting work completed to date, an identification of historical accounting tasks remaining, and a comparison of the 2003 and 2007 Plans.

Part 3 is a copy of the *Historical Accounting for Individual Indian Monies: A Progress Report*, published in September 2005 by the Department of the Interior.

Part 4 is a copy of *January 6, 2003 The Historical Accounting Plan for Individual Indian Money Accounts*, submitted to the U.S. District Court for the District of Columbia by the Department of the Interior on (2003 Plan).

May 31, 2007

Exhibit 1
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 2 of 2