# Historical Accounting Project

# Part 2

## The Basis and Rationale for Changes to the January 6, 2003 Historical Accounting Plan For Individual Indian Money Accounts



## U.S. Department of the Interior
## May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 1 of 32

**The Basis and Rationale for Changes to January 6, 2003
Historical Accounting Plan For Individual Indian Money Accounts**

Part 2 of this document presents the basis and rationale for the changes made to the *January 6, 2003 Historical Accounting Plan for Individual Indian Money Accounts* (2003 Plan).  The changes are incorporated in Part 1, the *May 31, 2007 Plan for Completing the Historical Accounting of Individual Indian Money Accounts* (2007 Plan).  Interior has considered the historical accounting work performed, the results to date, and the lessons learned in framing this 2007 Plan.  The 2007 Plan represents Interior's proposed balance of the objectives of the historical accounting—Accuracy, Completeness, and Timing—with the fiscal resources made available to Interior through annual Congressional appropriations. This Part of the document also describes the modifications being made from the 2003 Plan (found in Part 4), including revisions to the schedule for completing the historical accounting in 2011.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 2 of 32

1

## I.  Introduction

The U.S. Department of the Interior (Interior) has prepared the *May 31, 2007 Plan for Completing the Historical Accounting of Individual Indian Money Accounts* (2007 Plan) to guide the historical accounting that is required to be performed by the American Indian Trust Fund Management Reform Act of 1994 (1994 Act).[1]  This 2007 Plan will describe the historical accounting to date and how the historical accounting will be completed for about 365,000 Individual Indian Money (IIM) accounts.

The 2007 Plan builds upon and replaces the January 6, 2003 *Historical Accounting Plan for Individual Indian Money Accounts* (2003 Plan) found in Part 4.  Part 2 describes modifications that are being made to the 2003 Plan.

It is important to note that the historical accounting being performed is *not* about "second guessing" what funds should have or could have been collected on behalf of account holders.  It is *not* about what could have happened if other, contemporaneous decisions were made regarding how the IIM Trust Fund was managed.  Rather, the historical accounting is about what happened in each account, and about providing information to each account holder in a historical statement of account (HSA) that reports what happened in their account, and provides additional information assessing the accuracy and completeness of that HSA.  The HSA package will consist of a transmittal letter, the accounting, and other information, as necessary.

Changes documented in Part 2, and incorporated into the 2007 Plan, are based on new information and resulting perspectives of the historical accounting in terms of what records exist, what accounting is possible, and what findings can be made.  Section II of this Part describes Interior's objectives and its efforts to balance accuracy, completeness, timing, and cost to achieve these objectives.  Section III presents a summary of the lessons learned based on the historical accounting work that has been performed to date.  Section IV describes what historical accounting work has been completed, the results of that work, and the insight gained from the results.  Section V summarizes the historical accounting work remaining to be performed as of this date, based upon what has been learned.  Section VI describes the specific modifications to the 2003 Plan.  Section VII presents conclusions.  Appendix A is a Definition of Terms used in this Part.  In the text in Part 2, all references to accounts, account holders, and transactions are "shorthand" for IIM accounts, IIM account holders, and IIM transactions.

A number of terms are used throughout this Part. The definition of these terms, as used in this Part, are identified below and arranged in alphabetical order.  Appendix A contains a more comprehensive list of defined terms.

<u>Accounting</u> – Used as a noun (most common usage in this 2007 Plan), an *accounting* is the statement provided to IIM account holders that shows the past transactions that have occurred in their account, accompanied by an assessment of the accuracy and completeness of the statement. Used as a verb, *accounting* comprises the ongoing activities that are used to maintain an accurate record of the transactions in an IIM account in a paper or electronic ledger, including collecting, investing, and disbursing funds.

---

[1] American Indian Trust Fund Management Reform Act of 1994, 25 USC § 4001 *et seq.*

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 3 of 32

2

<u>Actual Posting</u> – The amount of money received or distributed shown as a posted transaction in an IIM account.

<u>Difference/Error</u> – A *difference* or *error* would be noted when the actual transaction posting to an account is different from the amount expected to be posted based on the contemporaneous records.

<u>Difference Rate/Error Rate</u> – This is how often a *difference* or *error* is observed, such as one *difference/error* per 100 transactions, or expressed as a percentage, one percent.

<u>Dollar Difference</u> – The observed amount, in dollars, between the actual account transaction posted and the amount of the transaction supported by contemporaneously prepared documents. For receipt transactions, this could be a positive dollar difference for an overpayment to the account, or a negative dollar difference for an underpayment to the account. For disbursement transactions, this could be a positive dollar difference for an under-recording to the account, or a negative dollar difference for an over-recording charged to the account.

<u>Expected Posting</u> – The amount of money that should be posted to an IIM account as evidenced by contemporaneous records showing payment receipts based on contracts for fixed or production-based receipts, and the allocation of receipts to the individual IIM account. This term also applies to disbursements based on contemporaneous records supporting the disbursement amount.

<u>Reconciliation</u> – The process of testing whether a transaction posted in an account is accurate based on an examination of the contemporaneous documents that resulted in the posting.  For IIM account transactions, reconciliation examines the actual account posting versus the expected account posting based on the revenue collected from a lease or contract and allocated to an account.  The term *reconciliation* also applies to tests of allotted lands and a related lease or contract is examined to confirm that a collection was made and posted to an IIM account.

<u>Verification</u> – The process of comparing the recorded amount for a transaction to the supporting documentation.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 4 of 32

3

## II. Balancing the Objectives

Interior's objectives for the historical accounting are to provide account holders with HSAs and report to them on the completeness and accuracy of the HSAs they receive.  Interior is doing this to ensure that periodic statements, required by the 1994 Act, have an accurate opening balance. In working to achieve these objectives, Interior has to consider four trade-off components. Because each component has an impact on the other three, Interior must consider and balance all of the components when asking the following questions:

- Accuracy of the HSA – How accurate is accurate enough?  What degree of reconciliation and testing is sufficient to identify potential discrepancies and to consider that the HSAs are reasonably accurate?

- Completeness of the HSA – What does "complete" mean? How much documentation and evaluation are needed to provide a reasonable amount of information to trust beneficiaries?

- Timing of the HSAs – How timely is soon enough?  How long will the historical accounting take and how quickly can Interior get HSAs to account holders?

- Resources Available for the Historical Accounting – How should Interior best use the scarce resources made available by Congress for this task?

The challenge in meeting Interior's historical accounting obligation is to balance these trade-offs. For example, Interior rejected reconciling every IIM account transaction because early (and subsequently proven to be inaccurate) cost estimates of the historical accounting suggested it would have cost more than $2.5 billion and taken decades to complete.  It has since become clear that Congressional appropriations for such an "all transactions" historical accounting would not be forthcoming.  For fiscal years 2004, 2005, and 2006, the President's budgets requested a total of nearly $400 million for historical accounting, but Congress appropriated only about $170 million.  Even the 2003 Plan, which proposed to use statistical sampling, would have required Interior to reconcile nearly 500,000 transactions.  The cost of the accounting work set forth in the 2003 Plan is now estimated to cost about five times the original cost estimate.  At the current pace of appropriations, it would take decades to complete.

Overall, Interior seeks to adopt an approach to the historical accounting that uses accounting methods that can provide acceptable levels of accuracy and completeness, can be achieved in a reasonable amount of time, and can be achieved within the "scarce"[2] resource constraints of current appropriations.  Fortunately, the historical accounting results to date demonstrate that needed records exist and can be located, and that discrepancies in accounts are few and small. Therefore, Interior has altered the specifications of the accounting effort significantly, to achieve very dependable levels of accuracy and completeness, and in so doing expects to complete the task faster and more cost effectively.

---

[2] 428 F. 3d 1070 (D.C.Cir. 2005)

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 5 of 32

4

Interior believes the 2007 Plan achieves this balance and:

- Reflects what has been learned and accomplished to date

- Takes advantage of proven statistical sampling to expedite the historical accounting

- Recognizes the availability of limited fiscal resources needed to fund the historical accounting

- Provides complete HSAs to the account holders over the course of the next several years

Interior is modifying the 2003 Plan to achieve its accounting objectives and to achieve the balance described above. The prior four years of accounting work indicate that there are faster, equally accurate, more cost effective ways to complete and deliver the historical accounting to IIM account holders. The modifications bring more focus and priority to the tasks of gathering and organizing the needed IIM account documents, conducting quality assurance tests as to the accuracy and completeness of the account transactions, preparing HSAs, and distributing the HSAs to the account holders. Further, the 2007 Plan provides for a process that allows account holders to appeal the contents of their HSAs and for Interior to reach final decisions on the HSAs, if an appeal is lodged.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 6 of 32

5

### III. Lessons Learned to Date

As Interior implemented the historical accounting, it has become clear that some of the commonly held assumptions about the IIM Trust Fund were inaccurate.  What was commonly thought about missing records, account inaccuracies, and possible misfeasance and malfeasance in managing Indian trust monies played a significant role previously in designing how the accounting would be conducted.  In fact, certain Interior officials had even questioned the possibility of performing a historical accounting.  This section presents information on what has been learned that dispels these misconceptions. Evidence of these lessons is contained in the *Historical Accounting for Individual Indian Monies:  A Progress Report* found in Part 3.

#### Lesson 1 – Supporting Records Can Be Found

Despite some assertions to the contrary, most lease documents and contracts, IIM financial records, and ownership records exist and can be located—albeit at considerable cost. Consolidation of Indian records boxes at the American Indian Records Repository (AIRR) in Lenexa, Kansas, and the Box Index Search System (BISS) indexing (described below) allow identification of the boxes that may contain needed documents.  Diligent searching at the AIRR combined with field searches at Bureau of Indian Affairs (BIA) offices resulted in Interior locating the documents required to reconcile more than 99 percent of the transactions in the accounting work to date.

#### Lesson 2 – Functionality of the IRMS/TFAS Electronic Ledger Systems

The work to date demonstrates that the electronic ledger accounting systems in place since 1985—the Integrated Records Management System (IRMS) and the Trust Fund Accounting System (TFAS)—were very reliable.  There were suitable controls in place in these systems to safeguard accounting operations.  In conducting the Data Completeness Validation (DCV) project (described below) which analyzes the data in accounting systems and reconciles thousands of account transactions, none of the professional accounting firms engaged by Interior has encountered evidence of "hacking" the transactions in the electronic ledger systems to maliciously alter or delete account records.

#### Lesson 3 – Reconciliation of Account Transactions Shows Little Error

Interior tested the accuracy of the accounts by reconciling the post-1985 transactions in accounts. Differences have been noted in the historical accounting reconciliations; however, the difference rate is very small, as are the dollars in error. In the historical accounting work performed to date, Interior has observed that *less than one percent* of the reconciled transactions have differences. Further, *less than one-tenth of one percent* of the dollars reconciled is in error.[3]  This finding is consistent with other, earlier reconciliations of transactions in the IIM and Tribal Trust Funds (see Lesson 7).

---

[3] NORC Report, dated September 30, 2005.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 7 of 32

6

### Lesson 4 – Historical Statements of Account Can Be Assembled

The historical accounting completed to date demonstrates the ability of Interior to provide the account holders with a statement that shows the record of what has transpired in their account—the monies received, the interest earned, and the monies disbursed.  HSAs have been mailed to over 13,000 Judgment and Per Capita account holders.  From the existing electronic ledger records and the existing paper ledger records, Interior is examining and verifying the completeness of the account statements for each account.  *No statistical methods* are used to create the HSAs, only the existing electronic and hard copy transaction records are used to create statements.

### Lesson 5 – No Evidence of Systemic Error

In the historical accounting work to date, Interior has found that there is no bias in the observed differences. This means that underpayments and overpayments occur about equally and the dollar values are about equal.  Where differences have been observed, the differences result from minor mathematical errors, allocation errors, or, in very few instances, mis-postings.  The professional accountants performing the reconciliation and the statistical consultant analyzing the accounting results see no evidence of systemic accounting problems, and no evidence of fraud, such as funds improperly leaving accounts or the accounting systems.

### Lesson 6 – Statistical Sampling Can Yield Valid, Useful Results

Statistical sampling has allowed Interior to reach valid conclusions on the accuracy of the land-based IIM accounts in the electronic ledger era at a fraction of the cost and in a fraction of the time it would have taken under the 2003 Plan.  The accounting results have found that the observed difference rates are much smaller than what Interior had originally anticipated when the initial sampling plan was designed for the 2003 Plan.  From this, Interior has learned that the historical accounting can be completed by reconciling thousands, versus hundreds of thousands, of transactions and still obtaining robust and valid statistical results.  Interior's statistical consultants have concluded that the reconciliation project performed on accounts from the electronic ledger era was sufficient to draw statistical conclusions regarding the population of all land-based accounts for the post-1985 electronic ledger era.  Interior's statistical consultants concluded that some more precision might be achieved by doing more transaction reconciliations, but that the cost of the additional work would likely outweigh the benefit, and therefore little useful purpose would be served.[4]  This finding is key to balancing the accuracy of the historical accounting within reasonable time and available funds.

### Lesson 7 – Meta-Analysis

Meta-Analysis is a statistical technique that allows conclusions to be drawn from a number of related but different studies done on the same topic.  Interior's statistical consultants conducted a qualitative meta-analysis examining more than 900 historical audits and Indian trust account

---

[4] NORC Report, *Reconciliation of the High Dollar and National Sample Transactions from Land-Based IIM Accounts (All Regions), Litigation Support Accounting Project for the Electronic Records Era (1985 – 2000)*, dated September 30, 2005.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 8 of 32

7

reconciliations performed by government and non-governmental organizations, and including studies conducted as early as 1830.  The meta-analysis concludes that, while audits have identified potential *risks* associated with management of the Indian trust funds, actual account reconciliations *do not show that the risks have been realized*.  Further, the prior reconciliations indicate observed difference/error rates similar to what Interior has found to date in the historical accounting.[5]  This work suggests that accounting efforts involving the paper ledger era will yield similar results as those found to date.

### Lesson 8 – Historical Accounting Work Is Very Costly To Do

The cost of reconciling account transactions is far higher than Interior had anticipated when the historical accounting was started.  Early cost calculations estimated that the account transactions could be reconciled for approximately $100 per transaction.  However, four years of experience show that the current cost to reconcile a single transaction averages between $3,000 and $3,500, depending on how many documents must be located to support a transaction.  The major cost factors are searching for records, imaging and coding documents located, computer support, accounting services time, quality assurance review, and statistical analysis.  Thus, even with the use of smaller statistical samples, the historical accounting to date has cost approximately $127 million.  Combined with the other lessons learned, Interior believes that the historical accounting modifications allow a balance to be struck to achieve high accuracy at a cost more likely to be funded ($144 million), and in a reasonable time (four more years).

---

[5] NORC Report, *Qualitative Meta-Analysis of Audit and Reconciliation Studies on Indian Trust Accounts*, dated June 23, 2006.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 9 of 32

8

**IV. What Historical Accounting Work Has Been Done to Date**

**A. Organized the Indian Trust Records**

1. Consolidation of Records at the AIRR

In 2004, Indian records that had been stored in multiple warehouses in Albuquerque, New Mexico, and at Federal Records Centers around the United States began to be relocated to a new Federal records facility. Working with the National Archives and Records Administration (NARA), Interior established the AIRR at the NARA Federal Records Center in Lenexa, Kansas. The Federal Records Center, a state-of-the-art facility, is located underground and provides archival quality storage for the Indian records, including trust records, relocated there. Inactive records from the BIA and the Office of the Special Trustee for American Indians (OST) are now regularly transferred to AIRR. The Office of Trust Records (OTR) within OST manages the AIRR. Consolidating the records at the AIRR has minimized the number of places that must be searched to locate documents, saving time and cost for the historical accounting. Photos of the AIRR are contained in Part 3.

2. Box Indexing and Records Search

As part of the process of relocating boxes of Indian records to the AIRR, Indian record boxes were indexed for searching using the BISS. Every document in every box is examined and described at the folder level—indexed—in a systematic way within an electronic data base to facilitate retrieval. Newly arriving boxes of records from field locations continue to be indexed by OTR and are then accessioned by NARA and stored at the Federal Records Center at Lenexa. More than 155,000 boxes of Indian records, comprising over 300 million pages, have been indexed. Interior's Office of Historical Trust Accounting (OHTA) has a team of records searchers at the AIRR and works with OTR and NARA to retrieve relevant boxes to search for documents needed for the historical accounting. Utilizing the BISS significantly narrows the number of boxes to be searched to locate records, saving both time and cost, and helps balance Interior's objectives.

**B. Developed the Tools for the Historical Accounting**

1. Historical Accounting Defined

Interior worked with professional accounting firms and other experts to define what constitutes the HSA and what analysis and testing would be performed to assess the accuracy of the transactions that will be shown in the HSA. In addition, a number of tests were designed to verify the completeness of the HSAs.

2. Accounting Standards Manual

The *Accounting Standards Manual* (ASM) describes and provides examples of documents that are required to reconcile a transaction. The ASM supports the accuracy objective of the historical accounting by creating, in advance, definitive standards as a guide to performing and reviewing the reconciliations. The ASM was developed by Interior, working with the accounting firms engaged for the historical accounting, and continues to be updated as new documents and unique transaction types are encountered. The quality assurance review performed by Interior's quality control contractor determines whether the accounting practices used to reconcile

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 10 of 32

9

transactions comply with the standards in the ASM.  An earlier version of the ASM was provided to the Court along with the 2003 Plan.

3. Accounting Reconciliation Tool (ART)

The ART was developed in 2002 as a closed network computer system for use by the different accounting firms performing the historical accounting reconciliations.  ART serves several purposes: to ensure consistent accounting by the different firms; as a system to store, search for, retrieve, and link needed supporting document images to specific transactions, as indicated by the ASM; to provide a replicable accounting process; to facilitate quality control review by an independent certified public accounting firm; and to archive reconciliation results.  ART is now operating over a virtual private network, designed to provide a high degree of IT security, connecting accounting firms in Los Angeles and Albuquerque with accounting firms working at OHTA offices in Washington, DC, and at the AIRR.  ART facilitates several objectives, standardizing the accounting for accuracy and saving time and expense by allowing multiple accounting firms to operate securely from their respective office locations.  ART has never been connected to the Internet.

4. Coding and Imaging Manual

Processes were developed by Interior to create scanned images of retrieved Indian trust records and to code each image so that it can be loaded into ART and searched for using the coded fields. A *Coding and Imaging Manual* was developed to ensure consistency in coding and as a training reference.  To date, over 17 million images of Indian trust records have been imaged, coded, and loaded into ART.  In addition, Interior is digitizing documents such as paper transaction registers and account ledgers to create an electronic version of the paper ledgers on which account transactions were posted.

5. Quality Assurance Process

One of the accounting contractors engaged by Interior has the sole function of performing quality assurance tests of every major process and historical accounting product produced.  This work, which has been and is being performed at every phase of the accounting, includes assurance tests of all the accounting reconciliation results, examining the efficacy of the document search process, verifying the proper coding and digitizing of imaged documents, reviewing the results of systems tests such as DCV (described below), and testing the accuracy of the mailings of HSAs.  Quality assurance facilitates Interior's objective for providing account holders with complete and accurate HSAs.

## C. Historical Accounting Efforts

The historical accounting is examining three types of accounts—Judgment accounts, Per Capita accounts, and land-based accounts. When a tribe receives money as part of a legal judgment or negotiated settlement, the tribe may elect or be required to pass along some, or all, of the money to its enrolled members or their descendents. Similarly, other income to the tribe may be distributed as per capita payments to its members. In these instances, funds are distributed to individual tribal members in accordance with a tribal resolution specifying the amount of the payment and the eligibility of members to receive payment. In most cases, money is distributed

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 11 of 32

10

directly to tribal members; however, for minors or other tribal members who are not eligible to receive a payment, the money is deposited on their behalf into a Judgment or Per Capita account.

Land-based accounts are accounts of individual Indians who have ownership interest(s) in allotted lands and who receive revenues through their accounts from activities associated with the lands. Sources of revenue include surface leases for farming and grazing, sale of timber, subsurface leases (e.g., mining, oil and gas exploration and production), and rights-of-way for roads, power lines, and other utilities. Consequently, the historical accounting for land-based accounts is complex.

The accounting work described below includes three pilot projects conducted prior to initiating the IIM historical accounting. The Five Named Plaintiffs project (Number 1 below) and the Alaska and Eastern Region pilots (Number 4 below) expanded Interior's understanding of the Indian trust records and IIM accounts, facilitating the development of appropriate records search methods, accounting techniques, and the systems needed to support the historical accounting.

1. Five Named Plaintiffs and Their Agreed Upon Predecessors in Interest Analysis
In 2001, Interior, after gathering more than 165,000 documents related to the named plaintiffs and their predecessors performed an analysis of 37 accounts. The documents went back to 1914, since seven of the 37 accounts opened prior to 1920. This analysis reconciled more than 12,500 account transactions totaling $1.12 million at a cost of approximately $20 million.
The analyses found the following differences greater than one dollar.

- 86 percent of the transactions and 93 percent of the dollars were reconciled
- There were total overpayments with a value of nearly $3,500
- There were total underpayments with a value of nearly $250
- Net overpayment value was nearly $3,250
- The combined gross rate of the number of differences observed was 0.4 percent
- The overpayment difference rate was 0.3 percent of the dollars reconciled
- The underpayment difference rate was 0.02 percent of the dollars reconciled
- The net difference rate was 0.2 percent of the dollars reconciled
- A single posting error (funds deposited to the wrong account) of $60.94 was noted

The detailed results of this analysis were filed under seal with the Court. The ability to locate a very high percentage of records back to 1914 supports Interior's contention that the records exist for the historical accounting. The results also support what Interior has learned about low difference rates in the accounts examined and the low value of the dollars in error. Also, the high cost of this analysis has been a consideration in balancing the historical accounting objectives in the 2007 Plan.

2. Reconciliation of Judgment and Per Capita Accounts (J&P)
Groups of J&P accounts are usually established from a common source and have an identical initial balance, making these accounts more readily reconcilable. Even before the 2003 Plan, Interior had started a project to reconcile J&P accounts that were created to receive individual Indian shares of judgment awards or per capita payments from tribes (these are described more fully in Section V). The J&P project is reconciling all transactions in each J&P account within

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 12 of 32

11

the historical accounting population, including a recalculation of interest postings to the accounts.  Of the number reconciled, a small percentage had errors of one dollar or more.  The results as of March 31, 2007, follow:

- 83,711 J&P accounts have been reconciled, which represents 86 percent of 96,823 accounts
- Per Capita accounts – Based on more than 17,500 accounts reconciled:
  - Nine postings exceptions were observed
  - Have a transaction difference rate of 0.05 percent
  - Have dollar differences of less than $3,000
  - Have a total overpayment of $140
  - Have a total underpayment of $2,700
  - Recalculated interest showed an average underpayment of $2 for each account
  - Total net of $2,701 in error
  - Net error rate of 0.008 percent of the dollars reconciled
- Judgment Accounts – Based on nearly 66,000 accounts reconciled:
  - There were 822 posting exceptions greater than one dollar
  - Have a transaction error rate of 1.0 percent
  - Have total underpayments of less than $27,400
  - Have total overpayments of less than $8,300
  - Have a net underpayment of less than $19,100
  - Recalculated interest showed overpayments of $1 for each account
  - Total net of $45,084 in error
  - Net error rate of 0.03 percent of the dollars reconciled

Interior has begun mailing HSAs for J&P accounts with the approval of the Court.  To date, Interior has approval to mail 17,096 HSAs.  Interior has successfully mailed 12,281 HSAs.  An additional 822 HSAs have been mailed and returned because some current or former account holder's whereabouts are unknown.   Table 1 in Section VI.B. shows the status of mailings and mailing requests submitted to the Court.

3. Litigation Support Accounting (LSA) for the Electronic Ledger Era 1985-2000[6]
The FY 2004 Interior appropriation barred Interior from carrying out the structural injunction accounting issued by the Court in September 2003.[7]  However, appropriation language specifically allowed "litigation support" accounting, which Interior pursued starting in FY 2004, initially in support of *Cobell* settlement talks.  The LSA project reconciled transactions in land-based accounts—accounts which derive their revenue from use of allotted lands and resources—for the post-1985 period of electronic ledgers.  The LSA testing was specifically designed to provide factual information for ongoing settlement discussions, and do so in a timely manner.

---

[6] NORC Report, *Reconciliation of the High Dollar and National Sample Transactions from Land-Based IIM Accounts (All Regions), Litigation Support Accounting Project for the Electronic Records Era (1985 – 2000)*, dated September 30, 2005.
[7] Department of the Interior and Related Agencies Appropriations Act, 2004; PL 108–108, pg. 23, November 10, 2003.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 13 of 32

12

The LSA work continued into and was largely completed in FY 2005, with a small number of additional high dollar transactions completed in FY 2006.  In conducting the LSA work, trust records were located to support the reconciliation of more than 99 percent of nearly 6,600 transactions.

The LSA project reconciled all 2,099 transactions in a large-dollar "certainty stratum" of transactions equal to or greater than $100,000—$483 million in total.  (A certainty stratum consists of all credit or debit transactions, from land-based accounts in the electronic ledger era, that to be are fully reconciled.  The purpose of the certainty stratum is described later.)  The findings on the large dollar transactions follow:

- Large dollar *debit* (disbursement) transactions:
  - There were 13 observed differences—1.3 percent of transactions reconciled
  - There with eight overpayments totaling $21,174 and five underpayments totaling $9,298 for a net overpayment of $11,876
  - The observed underpayment rate for transactions was 0.5 percent
  - The underpayment rate for the dollars reconciled was 0.004 percent
- Large dollar *credit* (receipt) transactions:
  - There were 122 observed differences—11.4 percent of the transactions reconciled
  - There were 58 overpayments totaling $142,947 and 64 underpayments totaling $154,155, for a net underpayment of $11,208
  - The observed underpayment rate for transactions was 6 percent
  - The observed underpayment rate for the dollars reconciled was 0.062 percent

Also, a statistically valid sample of nearly 4,500 smaller value—each less than $100,000—transactions, representative of all accounts and types of revenue, was reconciled.  The findings for the sampled transactions follow.

- Sampled *debit* transactions:
  - There were no differences observed for debit transactions
  - Therefore, there were no underpayments or overpayments
- Sampled *credit* transactions:
  - There were 11 underpayment differences totaling $341, and 25 overpayments totaling $853.  The net overpayment was $512.
  - The estimated difference rate was 1.3 percent.

There were many lessons learned from the LSA work.  The LSA work confirmed that the more difficult land-based accounts can be effectively reconciled using these accounting methods. Reconciling 99 percent of transactions demonstrated that the records needed for the historical accounting exist and can be located for the electronic ledger era.  The LSA results support what has been learned about error rates and dollars in error. But of greatest import, the success of the LSA reconciliation showed that using smaller but statistically valid samples of transactions can achieve a high degree of confidence in the results, with no loss in accuracy compared with a transaction-by-transaction accounting.  This is because the shear volume of reconciling tens of millions transactions will introduce sufficient human error to affect the results.  Thus, Interior has concluded that no further reconciliation is necessary for the electronic ledger era.  This

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 14 of 32

13

lesson demonstrates that faster, less expensive methods can be used to obtain a high degree of accuracy, balancing most objectives.

4. Pilot Tests in Alaska and Eastern Regions of BIA[8]

Most of Interior's work begins with pilot projects to test accounting methods, verify that the work can be performed, and develop cost estimates for the work. In 2002, Interior initiated a pilot project in the Alaska Region that tested Interior's ability to collect IIM records; image, code, and load the images into ART; and to have the accountants reconcile the transactions in ART. Alaska Region was selected because it has shorter account histories and well-organized IIM records. More than 98 percent of transactions sampled for the test could be reconciled with supporting documents. A similar test, not using ART, was performed for the Eastern Region. These pilot projects confirmed many of Interior's assumptions on how to perform the historical accounting and caused Interior to reevaluate some planned methods. This work helped achieve all objectives by improving accuracy using more cost and time effective methods.

### D. Testing the Data in Historic Accounting and Related Systems

1. Land Title Records Office (LTRO) Test[9]

In 2002, as a precursor to beginning the historical accounting, Interior tested the land title records, as recorded on maps and contained in electronic and paper records, to verify the accuracy and suitability of these records for use in the historical accounting. Interior conducted tests at nine LTROs. Using statistical sampling, Interior examined randomly selected allotments and traced ownership histories, including probates, to verify the system records. The test found that the records at the LTROs—both paper records and electronic systems—were accurate and suitable to rely upon when examining ownership in reconciling account transactions.

2. Data Completeness Validation (DCV)

To ensure that HSAs are complete and contain all transactions recorded during the electronic ledger era, several tests are being performed on the electronic ledger accounting records. Interior has these electronic records dating back to February 1985, from two computer accounting systems, IRMS and TFAS.

The DCV project's goals are (1) identifying and resolving gaps in electronic data, (2) verifying the transfer of accounts and balances through system conversions (from paper ledgers to the IRMS and from IRMS to TFAS), and (3) assessing the integrity of the underlying electronic data. Additionally, in order to support the issuance of HSAs, the DCV project analyzes the use and reuse of account numbers and the association of account numbers to individuals.

The DCV project is mapping debit and credit transactions within and between the IRMS and TFAS systems. To date, more than 97% of all movements of money (approximately 51.4 million transactions) through IRMS and TFAS can be mapped and traced through the systems from receipts into Special Deposit Accounts (SDAs), distribution to individual accounts, payment of

---

[8] NORC Reports, *Analysis of the Alaska Sample*, dated June 25, 2004; *A Statistical Evaluation of Preliminary Eastern Region Sample Results*, dated March 29, 2002.
[9] NORC Report, *Statistical Summary for Land Title Pilot Projects*, dated May 30, 2002.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 15 of 32

14

interest, disbursements to account holders, and check clearance through the Department of the Treasury.

Additional data gaps are identified by:

- Analyzing accounts for which the system balance does not equal the transaction balance
- Identifying accounts for which interest cannot be appropriately recalculated (Interest Recalculation project)
- Identifying BIA agencies that do not have a complete set of transactions for a given day or month
- Analyzing irregularities or anomalies in the volume of transactions for an agency for each month of electronic data
- Comparing historical electronic account balance and transaction files

The DCV project, in part, implements the Electronic Data Gap and System Conversion Tests described in the 2003 Plan. This process includes restoring missing transaction data from historical paper transaction registers, which are contemporaneous printouts of account activity in the IRMS. Using these printouts, balance files and other hard copy evidence, the DCV project has restored missing transactions, accounts, and records that were no longer available in the electronically archived IRMS data.

The DCV project is also reviewing all changes to account numbers to ensure that all transactions for an individual's account are accurately reflected in the HSA. This analysis identifies all accounts that were combined during the conversion from IRMS to TFAS as well as those which were reused over time. After the accounts have been reviewed, all predecessor accounts, if any, that belong to an account holder in the historical accounting population are linked together.

The lessons from DCV are that, despite the common assumptions of how Indian trust accounts have been mismanaged and the vulnerability of the data, the data in the accounting systems have proven to have a high degree of integrity, allowing Interior to prepare HSAs that meet the accuracy and completeness objectives of the historical accounting.

3. Posting Test/Land-to-Dollars Test
To verify that funds collected by BIA actually made it into IIM or tribal accounts, Interior is conducting tests that trace receipts to accounts.  In this process, Interior is also examining income *expected to have been generated* from leased allotments (based on contemporaneous records) to verify that the money was in fact received and entered the IIM Trust Fund system. This testing began in 2006.  This test addresses the accuracy and completeness objective for the historical accounting using cost effective test methods.  To date, a pilot test indicates there is no evidence that money that should have been received was not. The test also showed that all the money received moved into IIM or Tribal Trust Fund Accounts.

4. Interest Recalculation
About one-third of all transactions in accounts during the electronic ledger era are postings of interest earned in the account.  Using the recorded interest factors, all interest postings are being recalculated for every account.  This work is ongoing, and findings to date show numerous,

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 16 of 32

15

recalculation differences, most of which are less than one dollar and often the result of rounding and arithmetical errors.  Interest recalculation also addresses the accuracy objective of the historical accounting.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 17 of 32

16

**V. What Work Remains**

### A. Judgment and Per Capita Accounts

1. Account Reconciliation

Interior has nearly 13,600 J&P accounts that remain to be reconciled.  A substantial body of work has already been completed with respect to reconciling these accounts, such as gathering most supporting documents and verifying transactions, and this effort has shown a very low error rate.  At least for the balance of 2007, Interior has deferred further work on reconciling the remaining J&P accounts to shift scarce resources to efforts related to land-based account historical accounting.

2. Mailing Judgment and Per Capita Account HSAs

As noted above, Interior has received approval to mail 17,096 and has successfully mailed nearly 13,600 HSAs.  Three additional motions to mail an additional 66,130 J&P HSAs are pending before the Court.  If the Court approves future mailings, Interior will obtain the most current addresses available and only then print out the HSAs.  This will be done on a rolling basis.

### B. Post-1985 Electronic Ledger Era Land-Based Accounts

Approximately three-quarters of all the land-based accounts open on or after October 25, 1994, originated after 1985 and have all of their transactions recorded in electronic ledgers.  The highest priority tasks are the first three below that complete all the steps necessary to mail land-based account HSAs:

1. Data Completeness Validation

The DCV project has been completed for four BIA regions and for all accounts that opened in the TFAS time period (i.e., in 1998 and after).  As the other regions are completed, Interior will propose additional HSA mailings.

2. Interest Recalculation

As the accounts in each region are completed in DCV, Interior is recalculating the periodic interest that was earned on the account balances.  The same interest factor that was declared for each interest period is being used to recalculate the actual interest postings.  Interest transactions are nearly complete for two BIA regions, with 10 additional regions to complete.

3. Land-to-Dollars Posting Test

This test assesses for each BIA region whether funds that should have been earned based on contract-specific or production-based receipts from the use of allotted lands were actually collected.  By starting from the allotted land base and tracing whether contract-specified or production-based receipts were posted to the accounting ledger systems, the test complements the reconciliation of sampled transactions that start from the known population of transactions posted in the accounting ledgers.  The test addresses funds that should have been collected.  A pilot land-to-dollars posting test has been completed for one region.  Additional tests will be completed for each BIA region as part of the historical accounting.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 18 of 32

17

4. Mailing Land-Based Account HSAs

Once the tests above have been completed and Interior is confident in the accuracy and completeness of the HSAs, Interior will request the permission of the Court to begin mailing HSAs for the land-based accounts.

5. Test of Restored Transactions

The DCV and Interest Recalculation projects are designed, in part, to identify transactions and accounts that were missing from the electronic record.  Once identified, these records are restored to the electronic record from historical system reports and financial documents. Because these transactions and accounts had not been identified in 2004, they could not have been selected in the sample drawn for the LSA reconciliation.  Interior plans to reconcile a sample of these restored transactions to determine if they have an error rate significantly different from that found in the LSA sample. This work can only be performed as a follow-up test after all other work has been completed and the full population of additional transactions and accounts is known.

## C. Pre-1985 Paper Ledger Era Land-Based Accounts

Approximately one-quarter of the land-based account population originated and have account activity prior to 1985 that is recorded in paper ledgers.  In order to produce HSAs for the paper ledger era, Interior must perform much of the work completed for LSA which examined the account transactions posted during the electronic ledger era.  The paper ledger era work addresses those land-based accounts that were opened in the paper ledger era prior to 1985. Interior plans to reconcile a sample of the account transactions that are presently recorded only in paper documents.  The statistical sample will test whether there is any significant difference in error rates between the electronic and paper ledger eras.

1. Paper Ledger Era Sample and Digitizing

There is no electronic system that contains the account transactions from prior to 1985.  For this reason, there are two components to the paper ledger era sample of transactions.

The first component is to identify which of the approximately 268,000 land-based accounts were opened prior to 1985, and remained open at least through October 25, 1994. Through DCV, Interior has identified approximately 65,000 accounts that originate in the paper ledger era. Interior's statistical consultant plans to draw a sample of accounts from those 65,000 accounts.

After the sample of accounts is identified, Interior will search for the paper ledgers—computer printouts, ledger cards, ledger books—that contain the transaction history for the sampled accounts.  Paper ledgers will be imaged, coded for retrieval, and the transactions on the ledgers will be keyed and loaded into Interior's ART data base to create a digital ledger of the recorded paper transactions.  Work has begun to digitize paper era ledgers.  These transactions, when assembled, form the basis of the paper ledger era HSAs.

The second component will be to draw a sample of transactions from the digitized account transactions from each of the accounts in the sample identified in the first component. Transaction samples will be stratified to ensure geographical and temporal representation, and

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 19 of 32

18

coverage of revenue types and transaction values. It is this sample of transactions that Interior plans to reconcile to test whether the error rates for the paper ledger era are statistically significantly different from the electronic ledger era error rates.

## 2. Reconciling the Paper Era Transaction Sample

After the ledgers are digitized and the account transaction sample has been drawn, Interior will test the accuracy of the transactions by reconciling each sample transaction with documents that were used and created at the time of the transactions. As with LSA, this will require extensive searches for financial records, land records, and leases/contracts needed to verify that the actual account transaction posting matches the expected posting. The sample results of reconciled paper era transactions will be used to compare the error rate for the paper ledger era with the error rate observed for the electronic ledger era.

## 3. Paper-to-Electronic Conversion

Interior will compare the paper ledger era ending balances with the electronic ledger era starting balances for the accounts in both periods. These balances should match. Taken together, the paper ledger era HSAs and electronic ledger era HSAs will constitute the historical accounting for an individual Indian account holder whose account began before 1985.

## 4. Test of Accounts Not in the Sample Population

Interior is drawing the paper ledger era account sample based on what is known *at this time* about the population of accounts that had their first transactions starting in the paper ledger era. However, as a consequence of continuing DCV work and after the sample has been drawn, Interior expects to identify additional accounts that started in the paper ledger era. Because these additional accounts were not part of the sample population, they will not be selected for the sample. Once all the paper era accounts are identified, accounts not in the original sampled population will be tested to determine if they have error rates different from the error rate observed for the original paper ledger era sample. This work can only be completed once all the accounts that opened in the paper era have been identified.

## 5. Mailing Paper Ledger Era HSAs

All of the approximately 268,000 land-based accounts will receive an HSA covering the electronic ledger portion of their account. Interior plans to send a second mailing of approximately 65,000 HSAs to those land-based account holders whose account histories originate in the paper ledger era.

### D. Rulemaking on Appeals Process

Interior plans to publish proposed and, after public comment, final rules on an administrative process that will allow account holders to question or challenge their HSAs or their current quarterly account statements received from OST. The intent of the rulemaking is to create an administrative appeals process to address account holders' issues. An appeals process was not included in the 2003 Plan.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 20 of 32

19

If an account holder requires additional information before they accept their HSA or quarterly statement, or wants to challenge what the HSA or quarterly statement is reporting, the rule would establish a defined process for account holders to follow.  This process will include response times for actions by the account holder and by the administrative office at Interior.  If the account holder is not satisfied by the appeal to the administrative office, the rule will provide for an appeal to the Interior Board of Indian Appeals (IBIA).

The goals of this appeals process are to ensure that the account holders receive accurate accountings of their trust funds managed by Interior, to provide an opportunity for account holders to share information with Interior, and to rectify administratively account holder issues whenever possible.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 21 of 32

20

## VI. Modifications to the 2003 Plan

After a review by Interior of issues and options, the 2003 Plan is modified as follows.

### A. Statistical Sampling Design

Interior has decided to use statistical sampling to determine the accuracy of the large number of accounts and transactions associated with land-based accounts.  The use of sampling techniques is supported, when conducted scientifically, by powerful mathematical theories that can predict how large a sample will be needed to achieve a desired level of accuracy—and these samples need not be huge.[10]

2003 Plan
The sampling design in the 2003 Plan chose a sample size based upon reporting to account holders the estimated results at a 99 percent confidence level.  For the era of electronic ledger records, 1985 to 2000, the 2003 Plan proposed to reconcile:

- A certainty stratum of all 73,000 transactions more than $5,000
- A sample stratum of 80,000 transactions less than $5,000 but more than $500
- A sample stratum of 80,000 transactions less than $500

The certainty stratum consists of all electronic ledger era transactions, in all land-based accounts, which are equal to or greater than a set threshold.  Because Interior could not know what the historical accounting might reveal, Interior sought to clarify the dollar exposure that might otherwise result from a purely statistical sampling of transactions to be reconciled.  Accordingly, Interior wanted to know the precise error rate for these large dollar transactions.  Specifically, if the historical accounting sample revealed a very high error rate, applying that error rate to very large dollar transactions could significantly increase the exposure of the government, *even if there were no errors in the large dollar transactions.*  The 2003 Plan, then, was designed to fully reconcile all transactions in the certainty stratum to determine actual errors observed.  In this way, the error *rate* would only be applied to the transactions at values below the certainty stratum.  For this same reason, the sample was divided into transactions between $500 and $5,000, and transactions less than $500.

Before electronic accounting ledger systems were in use, IIM accounts were maintained on machine imprinted ledger cards, hand written ledger cards, or earlier, in hand written ledger books.  Thousands of boxes of ledger cards and ledger books are stored at the AIRR.  For the paper ledger era, there is no way to know how many transactions existed in accounts.  This was not known in 2003 and will not be known until all the paper ledgers are examined.

The 2003 Plan proposed the identical mix of reconciling all large dollar transactions and sampling small dollar transactions for the paper ledger era.  The 2003 Plan estimated the number of transactions that might be reconciled:

---

[10] NORC Memorandum, *The Role of Statistics and Statistical Sampling in the Individual Indian Monies (IIM) Historical Accounting*, dated May 29, 2007; *Cobell v Norton* 428 F 3rd 1070 D.C.Cir. 2005)

Exhibit III

**May 31, 2007**                                    Notice of Filing of the Department of
                                                    the Interior's Historical Accounting          21
                                                    Project Document Dated May 31, 2007
                                                    Page 22 of 32

- A certainty stratum of all 100,000 transactions more than $5,000
- A sample stratum of 160,000 transactions less than $5,000

The sampling design for the 2003 Plan was based on what was then believed about accounts and the expected accuracy rate for transactions. Thus, a very large number of large value transactions and very large sample size was proposed; however, the design specifically included using adaptive strategies to adjust the sample design as the historical accounting proceeded and more was learned.

At the time the 2003 Plan was written, Interior was gaining knowledge on the data in the IRMS and TFAS systems, and had only limited experience with reconciliation of transactions in accounts. The cost estimate for the work outlined in the 2003 Plan was $335 million, and, based on annual appropriations of about $100 million, could be completed in about five years. However, with more than four years of reconciliation experience, Interior has learned that the cost of fulfilling the 2003 Plan, as originally envisioned, was seriously underestimated. Reconciling nearly 500,000 transactions, as called for in the 2003 Plan, at current costs per transaction, would cost about five times more and, at the current rate of appropriations, would take decades.

Moreover, Interior has learned from the LSA project that the transaction error rates and dollars in error are far less than "common knowledge" then prevailing implied and Interior anticipated. The remaining parts of the historical accounting can be modified to reconcile fewer transactions while still providing high levels of assurance about the accuracy and completeness of the HSAs.

<u>2007 Plan</u>

For the post-1985 era of electronic accounting records, and consistent with the approach used in the LSA project and the recommendations of Interior's statistical consultant, the National Opinion Research Center (NORC) at the University of Chicago, Interior's sampling design is to reconcile:

- All 2,099 transactions more than $100,000
- A sample of nearly 4,500 transactions less than $100,000

For the paper ledger era, Interior will evaluate whether the statistical results for the paper ledger era are statistically consistent with LSA results for the electronic era. This will be done by drawing a statistical sample from the approximately 65,000 accounts for which the account history begins in the paper ledger era. The paper ledgers for the sampled accounts will be located, imaged, and digitized to create a virtual electronic ledger of account transactions. A statistical sample of transactions will be drawn from each sampled account, stratified to ensure that the transaction sample is representative of the transaction types and dollar values in the accounts. Using the same reconciliation methods as for the LSA project, Interior will reconcile an appropriately-sized sample to test the hypothesis that the difference rate for the paper ledger era transactions is the same as what was observed for the electronic ledger era. The difference in the type of test being used for the paper ledger era allows Interior to use the conventional 95 percent confidence level in designing the appropriate sample size. If, upon reconciling the

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 23 of 32

22

sampled transactions, Interior finds the difference rates and confidence rates for the paper ledger era are the same or smaller than what was found for the electronic ledger era, Interior can then apply the difference rates for the electronic ledger era to all the account transactions in both the electronic and paper ledger eras.  However, if the difference rate for the paper ledger era is greater, additional sampling and reconciliation will be required to develop a separate difference rate for the paper ledger era transactions.  As a result, Interior expects to obtain high quality paper ledger era reconciliation results more quickly and at less cost than what had been proposed in the 2003 Plan.

Because Interior is testing a different hypothesis for the paper ledger era, there will be no large-dollar certainty stratum reconciled to test the accuracy of land-based account transactions from the paper ledger era.

### B. Judgment and Per Capita Accounts

2003 Plan
The 2003 Plan proposed to fully reconcile all the transactions in all the Judgment and Per Capita accounts for the more than 96,800 accounts in the historical accounting population.  Approximately 86 percent of the Judgment and Per Capita accounts have been reconciled as proposed.

2007 Plan
Interior intends to provide all of the more than 96,800 account holders with an HSA for their Judgment and Per Capita account.  However, Interior is deferring further reconciliation of the remaining Judgment and Per Capita accounts for the balance of 2007, and possibly beyond, to focus limited resources on completing more of the land-based account work.

A portion of the work required to reconcile the remaining nearly 13,600 has been completed.  The findings to date of very few errors and small dollar implications in the more than 83,226 accounts reconciled support the need for no further reconciliation.  Interior will revisit the decision regarding reconciliation and mailings at a future time.

Interior received permission to mail more than 17,000 HSAs which has been completed except for locating account holders whose whereabouts are unknown.  Interior has asked the Court for permission to mail an additional 66,130 HSAs (see Table 1).  Once permission is received, OHTA can begin the process of obtaining the most current address, printing the HSAs, and mailing them.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 24 of 32

23

**Table 1 – Requests to the Court for Mailing Judgment and Per Capita HSAs**

| | Number of HSAs | Date of Request | Date Court Approved | Status |
|---|---|---|---|---|
| First Mailing | 1,208[11] | NA | NA | Mailed All (returned = 24 ) |
| Second Mailing | 17,096 | 2/3/03 | 10/22/04 | Mailed 13,103[12]  (returned = 822 ) |
| Third Request | 28,107 | 3/24/05 | pending | |
| Fourth Request | 20,402 | 3/9/06 | pending | |
| Fifth Request | 17,621 | 1/26/07 | pending | |

### C. Historical Accounting Schedule

<u>2003 Plan</u>
The 2003 Plan called for the historical accounting being completed by fiscal year (FY) 2007.  It was based on a number of assumptions related to how long it would take to locate needed records, how much accounting work could be accomplished over a given period of time, and the availability of sufficient funding from Congress. The FY 2007 completion date was based on receiving appropriated funding of about $100 million each year for the historical accounting. The 2003 Plan schedule underestimated the time required for the historical accounting work, and actual appropriations have been about half of the amounts requested.

<u>2007 Plan</u>
The 2007 Plan shows the IIM historical accounting continuing through FY 2011.  The duration of this schedule depends on continuation of current annual funding levels of approximately $36 million for IIM historical accounting.  (The balance of the Interior's annual historical accounting appropriations also supports the historical accounting of Tribal trust accounts and SDAs). Within this schedule are significant milestones for Interior to reach so that it is ready to mail HSAs to land-based account holders.  These milestones are shown in Table 2 below.  Table 2 also shows HSAs ready to mail per year and the cumulative percentage.

**Table 2 - Mailing Schedule for Historical Statements of Account (HSAs)**

| Account Mailing Group | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|
| Judgment and Per Capita | 66,130 86% | The timing for the remaining 13,597 HSAs (100%) to be determined | | | |
| Electronic Ledger Era Land-Based IIM | 50,000 19% | 125,000 65% | 92,000 100% | -- | -- |
| Paper Ledger Era Land-Based IIM | -- | -- | 4,000 6% | 40,000 68% | 21,000 100% |

Mailing historical statements of account currently requires permission of the Court, a step that may affect the schedule shown in Table 3.

---

[11] Interior made an initial mailing of 1,208 HSAs without obtaining the approval of the Court.

[12] Because accounts had closed, Interior only had addresses to mail 13,103 HSAs.  Of these mailed, 822 were returned.  Interior is seeking valid addresses for the former account holders whose whereabouts are now unknown.

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 25 of 32

24

**Table 3 - Revised Historical Accounting Schedule for Land-Based IIM Accounts**
Targets Shown are Cumulative

| Activity | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|---|---|
| **Judgment and Per Capita Accounts by accounts** | 60% Complete | 82% Complete | 86% Complete | TBD | TBD | TBD | TBD |
| Ready to Mail J&P Historical Statements of Account* | 17% Complete | 50% Complete | 80% Complete | TBD | Locating Whereabouts unknown | Locating Whereabouts unknown | 100% Complete |
| | | | | | | | |
| **Eastern Region and Alaska Region** | Complete | | | | | | |
| | *About 203,000 +/- accounts are completely within the electronic period, post 1985* | | | | | | |
| **Electronic ledger era** | | | | | | | |
| 1. High Dollar Transactions | 95% Complete | Complete | | | | | |
| 2. National Sample | Complete | | | | | | |
| 3. Data Validation – 12 Regions | 1 Regions | 4 Regions | 7 Regions | 10 Regions | Complete | | |
| 4. Interest Recalculation – 12 Regions | 1 Regions | 4 Regions | 7 Regions | 10 Regions | Complete | | |
| 5. Completeness Testing | | Testing | Testing | Testing | Testing Complete | | |
| 6. Ready to Mail Historical Statements of Account* | | | 50,000 by the end of CY 2007 | 175,000 by the end of CY 2008 | 268,000 by the end of CY 2009 | | |
| | *About 65,000 +/- accounts start in the paper period, pre-1985* | | | | | | |
| **Paper ledger era** | | | | | | | |
| 1. Image & Digitize Paper Ledgers | | Begin Digitizing | Continue Digitizing | Continue Digitizing | Continue Digitizing | Complete Digitizing | |
| 2. Data Validation 12 Regions | | | | 3 Regions | 6 Regions | 10 Regions | Complete |
| 3. Strategy for Sampling and Reconciliation | | Sample Design | Pilot Test Design | Account Analysis | Account Analysis | Statistical Results | |
| 4. Reconciliation | | | | Reconcile Sample | Reconcile Sample | Complete Reconciliation | |
| 5. Interest Recalculation | | | | Recalculate | Recalculate | Recalculate | Complete |
| 6. Additional Tests | | | | Testing | Testing | Testing Complete | Testing Complete |
| 7. Ready to Mail Historical Statements of Account* | | | | | 3,000 by the end of CY 2009 | 39,000 by the end of CY 2010 | 65,000 by the end of CY 2011 |
| | | | | | | | |
| **Post-Accounting Response and Support** | | | | | Start | Continue Response | Continue Response |

* Numbers represent HSAs that can be printed and mailed to account holders.  However, all mailings must be approved by the Court.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 26 of 32

25

### D. Special Deposit Accounts

Special Deposit Accounts (SDAs) are used as temporary holding accounts for the receipt of trust funds that cannot be immediately or directly credited to the rightful account holders. Historically, after calculating how the principal payment and any interest was to be divided, based on ownership of the allotted lands, money was moved from the SDA to individual and for tribal accounts. Another use of SDAs was to hold bid deposits or performance bonds from third party lessees that were intended to be returned to the third parties, such as return of losing bids when a lease was issued or return of a performance bond, as appropriate.

2003 Plan
At the time Interior prepared the 2003 Plan, more than $67.9 million in residual balances were in SDAs awaiting distribution to the proper owner—individual Indians, tribes, or third parties. This money represented receipts and interest that had been deposited before December 31, 2002. Interior has reclassified SDA accounts or resolved the proper ownership of and distributed more than $51 million in residual SDA balances. Interior has spent approximately $48 million distributing residual balances from SDAs

2007 Plan
The 2007 Plan removes all references to the resolution and distribution of residual balances from SDAs. None of the more than $51 million distributed from residual balances in SDAs will appear on HSAs because the funds are part of current accounting distributions. Consequently, the SDA work, while related to trust reform, is not truly part of the historical accounting. OHTA will continue to report on SDA dollars distributed in the Quarterly Reports to the Court as part of the overall trust reform effort.

### E. Updating Numbers

While definition of the population of accounts in the historical accounting has not changed, better information is available on the number and type of accounts. Table 4 shows the current information on numbers of accounts.

**Table 4 - IIM Accounts in the Historical Accounting as of May 31, 2007**

| IIM  Account Type | Accounts Open on 12/31/00 | Accounts Open on or After 10/25/94 But Closed Before 12/31/00 | Totals |
|---|---|---|---|
| Judgment and Per Capita | 42,218 | 54,605 | 96,823 |
| Land-Based | 193,766 | 74,183[13] | 267,949 |
| Totals | 235,984 | 128,788 | 364,772 |

---

[13] Account types are identified by a letter in the account number. Upon examination of the account transactions during the ongoing historical accounting, particularly the DCV project, Interior is finding accounts that were initially established with an incorrect letter code. While this has no bearing on the accuracy of the transactions, it affects how Interior classifies accounts for the historical accounting. For this reason, Interior continues to adjust the number of land-based accounts.

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 27 of 32

26

These numbers are subject to change slightly as Interior does its accounting research, which can lead to identifying new accounts, reclassifying account types, etc.

### F. Asset Statements

2003 Plan

At the time the 2003 Plan was prepared, land-based IIM account holders were receiving quarterly account statements, but were not receiving information regarding their ownership interests in allotted lands.  The 2003 Plan stated that Interior intended to provide land-based account holders with a statement of the land assets they owned as of December 31, 2000.  To assist account holders in evaluating their HSA, Interior proposed to include a land asset statement as part of the HSA package sent to each land-based account holder.

2007 Plan

In 2005, OST completed a conversion of the land ownership records in the Land Records Information System (LRIS) to the title module of the Trust Assets Accounting Management System (TAAMS Title).  OST is also undertaking a data integrity review to verify or correct the LRIS land ownership information for use as part of TAAMS Title.

Currently, OST is in the process of converting the legacy leasing systems to the TAAMS lease management module. Once locations are converted to the TAAMS lease management module, ownership and encumbrance information will be reflected in TFAS. All regions and agencies are scheduled for conversion by September 30, 2007. The interface between TAAMS and TFAS will allow for quarterly account statements of performance, which include ownership and encumbrance information of trust assets managed at the converted agencies.  When this is completed, starting in October 2007, Interior will have met its intended goal.

An additional consideration in the original plan was to prepare land asset statements as of the end date of the historical accounting, December 31, 2000.  While it is possible to prepare a land asset statement showing interest ownership as of that date, such a statement would require new report writing capability, possible new computer code for TAAMS, and substantial quality assurance review of each statement generated for the December 31, 2000, date.

Because OST's more comprehensive land ownership, encumbrance, and financial statements are to be mailed to land-based IIM account holders in the last quarter of 2007, including a less comprehensive land asset statement in the HSA package will add little value and may, in fact, increase confusion on the part of recipients of the HSA package.  Accordingly, Interior has eliminated providing land asset statements to account holders as part of the HSA.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 28 of 32

27

## VII. Conclusions

Part 2 represents decisions made by Interior on how to complete the historical accounting given what has been learned from four years of accounting work; namely, that the Indian records exist and that the records can and are being used to perform the historical accounting.  Part 2 frames the decisions in terms of achieving the objectives of getting accurate and complete HSAs into the hands of account holders, and brings into focus balancing the trade-offs of achieving a high degree of accuracy and completeness, within reasonable timeframes, and doing so within the constraints of scarce fiscal and human resources.  Interior believes it can complete the historical accounting through the use of statistical methods to assure the accuracy of the accounts, completing the work within the next four years, at an additional cost of about $144 million.  This represents a careful and considered balancing of Interior's goals of achieving an acceptable, timely outcome, and at an achievable cost.

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 29 of 32

28

## APPENDIX A – DEFINITION OF TERMS

Accounting – Used as a noun (most common usage in this 2007 Plan), an *accounting* is the statement provided to IIM account holders that shows the past transactions that have occurred in their account, accompanied by an assessment of the accuracy and completeness of the statement. Used as a verb, *accounting* comprises the ongoing activities that are used to maintain an accurate record of the transactions in an IIM account in a paper or electronic ledger, including collecting, investing, and disbursing funds.

Actual Posting – The amount of money received or distributed shown as a posted transaction in an IIM account.

AIRR – American Indian Records Repository in Lenexa, KS.  AIRR is physically connected to a state-of-the-art Federal Records Center operated by the National Archives and Records Administration (NARA).  Interior's Indian Trust records are stored at this Records Center.

Accounting Standards Manual (ASM) – The compendium of standards used by OHTA and its contractors to provide uniform guidance on reconciliation of IIM accounts and transactions and examples of actual accounting and other documents is use in the historical accounting period.

BIA – Bureau of Indian Affairs

Box Indexing and Search System (BISS) – Software developed to allow the electronic search of Trust records (currently approximately 170,000 boxes) stored at the Federal Records Center in Lenexa, KS.

Completeness – Refers to inclusion in the accounting of all transactions that were posted during the historical accounting period.

Confidence Level – The assurance that statistical results in a randomly selected sample correspond to the population from which the sample was drawn. The confidence level is generally expressed as a percentage, e.g., 95%; in this case, there is only one chance in 20 that the sample results do not reflect the characteristics of the population.

Court – United States District Court for the District of Columbia

Data Completeness Validation (DCV) – Mathematical recomputation of posted transactions to determine the arithmetic total of transactions posted between time periods (e.g., month ends). If the transactions do not recomputed, a transaction may have been omitted from the database. A search of records is commenced to locate the missing transaction.

Difference/Error – A *difference* or *error* would be noted when the actual transaction posting to an account is different from the amount expected to be posted based on the contemporaneous records.

May 31, 2007

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 30 of 32

29

Difference Rate/Error Rate – This is how often a *difference* or *error* is observed, such as one *difference/error* per 100 transactions, or expressed as a percentage, one percent.

Dollar Difference – The observed amount, in dollars, between the actual account transaction posted and the amount of the transaction supported by contemporaneously prepared documents. For receipt transactions, this could be a positive dollar difference for an overpayment to the account, or a negative dollar difference for an underpayment to the account. For disbursement transactions, this could be a positive dollar difference for an under-recording to the account, or a negative dollar difference for an over-recording charged to the account.

Electronic Ledger Era – Beginning in February 1985, Interior retained an electronic back-up of IRMS transactions. Beginning in August 1998, and concluding in March 2000, the IRMS was converted to the TFAS, the current accounting system. The combined electronic IRMS and TFAS data comprise the electronic ledger era.

Expected Posting – The amount of money that should be posted to an IIM account as evidenced by contemporaneous records showing payment receipts based on contracts for fixed or production-based receipts, and the allocation of receipts to the individual IIM account. This term also applies to disbursements based on contemporaneous records supporting the disbursement amount.

Historic Accounting Period – For IIM accounts open as of October 25, 1994, or thereafter through December 31, 2000, the time from the later of the initial transaction in the IIM account or June 24, 1938 through December 31, 2000, or earlier closure of the account.

Historical Statement of Account (HSA) – The listing of transactions posted to an IIM account during the Historical Accounting Period. The listing, at minimum, will include the date the transaction was posted, the available reference, dollar amount, rolling-balance, and an indicator of what procedures, if any, were performed to evaluate each individual transaction.

HSA Package – The material that Interior will provide to each IIM account holder who had an account during the Historical Accounting Period. The HSA package consists of a transmittal letter, the HSA, a statement of assets, and other information as necessary.

IBIA – Interior Board of Indian Appeals

IIM – Individual Indian Money

IIM Account – An account in the IIM Trust Fund.

IIM Trust Fund – The fund that holds the undistributed balances of the IIM accounts managed within the IIM Trust Fund.

Interior – The U.S. Department of the Interior

IRMS – Integrated Records Management System

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 31 of 32

30

LRIS – Land Records Information System

LSA – Litigation Support Accounting

NORC – National Opinion Research Center at the University of Chicago

OHTA – Office of Historical Trust Accounting

OST – Office of the Special Trustee for American Indians

Paper Ledger Era – The period prior to February 1985. IIM accounts were maintained in a variety of methods ranging from manually posted cards to various bookkeeping machines.

Reconciliation – The process of testing whether a transaction posted in an account is accurate based on an examination of the contemporaneous documents that resulted in the posting.  For IIM account transactions, reconciliation examines the actual account posting versus the expected account posting based on the revenue collected from a lease or contract and allocated to an account.  The term *reconciliation* also applies to tests of allotted lands and a related lease or contract is examined to confirm that a collection was made and posted to an IIM account.

Special Deposit Account (SDA) – An account in the IIM Trust Fund in which receipts are held pending distribution to an IIM, tribal, or other account.

TFAS – Trust Fund Accounting System

Verification – The process of comparing the recorded amount for a transaction to the supporting documentation.

Whereabouts Unknown (WAU) – An IIM account holder for whom Interior has not current address.

1994 Act – American Indian Trust Fund Reform Act of 1994, Pub. L. No. 103-412

2003 Plan – *Historical Accounting Plan for Individual Indian Money Accounts*, dated January 6, 2003, and prepared for the U.S. District Court for the District of Columbia.

2007 Plan – *Plan for Completing the Historical Accounting of Individual Indian Money Accounts*, dated May 31, 2007

**May 31, 2007**

Exhibit III
Notice of Filing of the Department of
the Interior's Historical Accounting
Project Document Dated May 31, 2007
Page 32 of 32

31