**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELOUISE PEPION COBELL, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | **Civil Action No. 1:96 CV 01285 (JR)** |
| **DIRK KEMPTHORNE, Secretary of** ) | |
| **the Interior, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE**

Pursuant to the Scheduling Order [Dkt. No. 3359] that this Court entered on July 11, 2007, and subsequently modified during a telephonic meeting with both parties on August 16, 2007, plaintiffs hereby designate the following persons as expert witnesses: (1) Dwight Duncan; (2) Don Pallais; and, (3) Richard V. Fitzgerald.  Their Rule 26(a)(2)(B) reports are attached to this Notice.[1]

---

[1] Attachment 1 – Dwight Duncan's Rule 26(a)(2)(B) report; Attachment 2 – Don Pallais' Rule 26(a)(2)(B) report; Attachment 3 – Richard V. Fitzgerald's Rule 26(a)(2)(B) report.

Respectfully submitted,

/s/ Dennis M. Gingold
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street, N.W.
 9th Floor
Washington, D.C. 20005
202-824-1448

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
JUSTIN M. GUILDER
VA. Bar No. 72995
Admitted *Pro Hac Vice*
Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
202-508-5844

DAVID COVENTRY SMITH
N.C. Bar No. 12558
Admitted *Pro Hac Vice*
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
336-607-7392

WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted *Pro Hac Vice*
Kilpatrick Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309
404-815-6104


Attorneys for Plaintiffs

August 24, 2007

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' NOTICE was served on the following via facsimile, pursuant to agreement, on this day, August 24, 2007.

Earl Old Person (*Pro se*)
Blackfeet Tribe
P.O. Box 850
Browning, MT 59417
406.338.7530 (fax)

/s/ Geoffrey Rempel
Geoffrey Rempel