# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 03-5314                                                September Term, 2004

Elouise Pepion Cobell, et al.,
        Appellees

v.

Gale A. Norton, Secretary of the Interior, et al.,
        Appellants

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 1 0 2004

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 96cv01285)

Before: SENTELLE, TATEL, *Circuit Judges* and WILLIAMS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the "historical accounting" elements of the injunction are vacated and the remainder of the injunction, aside from the requirement that Interior complete its To-Be Plan, is vacated and remanded to the district court for revisions, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
             ___ Opinion
             ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: _____
Michael C. McGrail
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

Date: December 10, 2004
Opinion for the court filed by Senior Circuit Judge Williams.