IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1: 96CV01285 |
| v. ) | |
| ) | (Judge Robertson) |
| DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |

## REVISED DECLARATION OF DAVID L. BERNHARDT

I, David L. Bernhardt, to the best of my knowledge, information, and belief, declare as follows:

1. I am the Solicitor of the United States Department of the Interior (the Department).

2. Under the Federal Information Management Security Act, I am the agency official responsible for proper assessment of the level of security protection necessary for the information technology system known as SOLNET, after considering potential risks and the magnitude of harm.

3. I have been briefed by the Chief Information Officer for the Department and by the Chief Information Officer for the Office of the Solicitor with regard to the security measures in place for SOLNET. These Officers advised me that the security controls for SOLNET have been assessed using appropriate verification and validation techniques and procedures; and that the security controls have been implemented correctly and are effective.

1

ATTACHMENT 3
Interior Defendants' Reply Brief in Support of
Motion for Order Thatthe Office of the Solicitor Information
Technology SystemMay Be Reconnected to the Internet

Page 1 of 2

4. Based on the advice and recommendations of these two Officers, I have determined that the security controls and plans in place for SOLNET provide adequate security, commensurate with the risks and magnitude of the harm resulting from potential unauthorized access, to protect the information associated with the system.

12/20/2007
Date

David L. Bernhardt, Solicitor

2

ATTACHMENT 3
Interior Defendants' Reply Brief in Support of
Motion for Order That the Office of the Solicitor Information
Technology System May Be Reconnected to the Internet

Page 2 of 2