IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary of the Interior, et al., )<br>)<br>Defendants. ) | Case No. 1: 96CV01285<br><br>(Judge Robertson) |

### REVISED DECLARATION OF JAMES E. CASON

I, James E. Cason, to the best of my knowledge, information, and belief, declare as follows:

1. I am the Associate Deputy Secretary of the United States Department of the Interior (Department).

2. The Department of the Interior has established a Connection Approval Process (CAP) which provides a uniform process through which a Department bureau or office may seek approval for interconnection between information technology (IT) systems. The CAP is the standardized policy of the Department for requesting and granting authorization to establish such interconnections. It requires specific procedures for thorough analysis and testing of the risks and security measures of any IT system proposed for interconnection, and results in extensive documentation of the implementation and completion of those procedures.

3. The Office of the Solicitor proposed interconnection of its information technology system, known as SOLNET, to the Internet through the Department's Enterprise Network System (ESN). The Chief Information Officer of the Office of the Solicitor and the Chief

1

ATTACHMENT 4
Interior Defendants' Reply Brief in Support of
Motion for Order That the Office of the Solicitor Information
Technology System May Be Reconnected to the Internet
Page 1 of 2

Information Officer for the Department of the Interior, with the assistance of their staffs and contractors, undertook to accomplish the requirements of the CAP with regard to the proposed interconnection of SOLNET.

4. After careful review of documentation submitted to me by those Officers for the proposed SOLNET-ESN interconnection, and based upon their advice and recommendations, I have determined that the security controls and plans in place for SOLNET and ESN provide adequate security, commensurate with the risk and magnitude of the harm resulting from potential unauthorized access, to protect the information associated with those systems. Accordingly, I intend to authorize the proposed interconnection between SOLNET and ESN, subject to approval by the District Court.

_12/20/07_  
Date

_James E. Cason_  
James E. Cason  
Associate Deputy Secretary

2

ATTACHMENT 4  
Interior Defendants' Reply Brief in Support of  
Motion for Order That the Office of the Solicitor Information  
Technology System May Be Reconnected to the Internet  
Page 2 of 2