**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ELOUISE PEPION COBELL, *et al.*,  :
        Plaintiffs,  :
    v.  :  Civil Action No. 96-1285 (JR)
DIRK KEMPTHORNE, Secretary of  :
the Interior, *et al.*,  :
        Defendants.  :

### ORDER

      Pursuant to the findings of fact and conclusions of law set forth in memorandum opinions of this Court dated January 30, 2008 [dkt. # 3505] and August 7, 2008 [dkt. # 3573], it is **ORDERED** and **DECREED** that the plaintiff class recover from the defendants Four Hundred Fifty Five Million Six Hundred Thousand Dollars ($455,600,000).  Because this order involves controlling questions of law as to which there is substantial ground for difference of opinion, and because an immediate appeal may materially advance the ultimate termination of this litigation, it is **CERTIFIED** for immediate interlocutory appeal pursuant to 28 U.S.C. § 1292(b).


                                          JAMES ROBERTSON
                                United States District Judge