United States District Court
for the District of Columbia

ELouise Pepion Cobell, et al.,
                    Plaintiffs,

        v.

Dirk Kempthorne, et al.,
                    Defendants

Frederick Banks,
        Intervening Plaintiff

No. 1:96-cv-01285-JR

**RECEIVED**

OCT 19 2009

Clerk, U.S. District and
Bankruptcy Courts

<u>MOTION TO INTERVENE, AND Declaration</u>

Frederick Banks ("Banks"), intervening plaintiff moves this Court for an order that he may intervene as a plaintiff in this action as a matter of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure.

By intervening in this action Banks seeks to assert that he is entitled to an Indian Indian Account because the federal government recognizes him as an American Indian and the DOI thus far has failed to furnish him with an IIA to which he is entitled and a full accounting thereof.

Banks is entitled to intervene in this action as a matter of right because:

1. Banks has a legally protectable interest in the subject matter of this action as established by this Declaration.

2. Banks is an American Indian Lakota Sioux. Banks is classified and recognized by the federal bureau of prisons as an American Indian.

3. The office of the Trustee of the DOI failed to furnish Banks with an IIM account, stated that one did not exist and failed to provide an accounting to Banks even though he is an American Indian and by the DOI's own words "you do not have to be an enrolled member of an Indian tribe to participate in judgment fund payments."

WHEREFORE, the intervening plaintiff, Frederick Banks respectfully requests that the foregoing motion be granted.

Respectfully Submitted,

Executed this 15th day of October under the penalty for perjury.
28 USC § 1746.

Frederick Banks
No 5711-068, 11th
Po Box 5000
Yazoo City, MS 39194

Certificate of Service

I hereby certify that on this 13th day of October, 2009 I served a true and correct copy on all the parties in this action 'via electronic notification' and the following, via mail delivery;

Nancy Meyer Whittington
Clerk, US District Court
333 Constitution Ave, NW
Washington, DC 20001

Frederick Banks