IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ELOUISE PEPION COBELL, et al.,     )
     )
     Plaintiffs,     )
     )
     v.     )     Case No. 1:96cv01285-TFH
     )
KEN SALAZAR, Secretary of the     )
     Interior, et al.,     )
     )
     Defendants.     )
_____)

### NOTICE OF FILING OF INTERIOR DEFENDANTS'
### FORTY-FIRST STATUS REPORT

Interior Defendants hereby give notice of the filing of their forty-first report due in

accordance with the Order of December 21, 1999.

A copy of the report is attached hereto.

Dated: August 2, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General
MICHAEL F. HERTZ
Deputy Assistant Attorney General
J. CHRISTOPHER KOHN
Director

/s/ John J. Siemietkowski
ROBERT E. KIRSCHMAN, Jr.
Deputy Director
(D.C. Bar No. 406635)
JOHN R. KRESSE
JOHN J. SIEMIETKOWSKI
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Phone (202) 514-3368
Fax (202) 514-9163

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2010, the foregoing *Notice of Filing of Interior Defendants' Forty-First Status Report* was served by Electronic Case Filing, and on the following who is not registered for Electronic Case Filing, by facsimile:

Earl Old Person (*Pro se*)
Blackfeet Tribe
P.O. Box 850
Browning, MT 59417
Fax (406) 338-7530

/s/ Kevin P. Kingston
Kevin P. Kingston