IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., on their own behalf and on behalf of all persons similarly situated,  )<br>)<br>)<br>)<br>Plaintiffs,                                                     )<br>)<br>v.                                                                              )<br>)<br>)<br>KEN SALAZAR, Secretary of the Interior, et al.,       )<br>)<br>Defendants.                                                           )<br>)<br>) | Civil Action<br>No. 96-1285 (TH) |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT**

Pursuant to LCvR 15.1 and Fed. R. Civ. P. 15(a)(2), plaintiffs respectfully move that this Court grant them leave to amend their Complaint in accordance with the Settlement Agreement, as modified on November 17, 2010 ("Settlement Agreement") and the Claims Settlement Act of 2010, §101(d)(1) ("Settlement Act"). Defendants do not oppose this motion and consent to the Amended Complaint, which is attached hereto as Exhibit 1.

On June 10, 1996, plaintiffs filed their Complaint in this action. *See* Exhibit 2. The requested amendment is the first amendment proposed by plaintiffs in these proceedings and is mandated by the Settlement Agreement, § B.3, and the Settlement Act. The Amended Complaint includes claims for: (1) breach of trust and request for an historical accounting; (2) breach of trust seeking equitable restitution relating to the historical accounting; and (3) breach of trust relating to defendants' mismanagement of trust funds and other assets requesting damages, restitution and other monetary relief. The claims are plead as class actions on behalf of

the named plaintiffs and those individuals similarly situated with two plaintiff classes: (1) an Historical Accounting Class and (2) a Trust Administration Class. All jurisdictional issues have been affirmatively and dispositively resolved by the Settlement Act.

If this motion is not granted, the Settlement Agreement will terminate in accordance with its terms.[1] This Court has inherent authority and broad discretion to grant leave to amend the Complaint. Here, the parties expressly have agreed to the amendment and incorporated the terms of amendment into the Settlement Agreement. Congress, in turn, has approved such amendment by and through the Settlement Act. On December 8, the President signed the Settlement Act into law.

Accordingly, in the interest of justice and for the reasons stated above, plaintiffs respectfully request that the Court grant this motion.

---

[1] Defendants consent to this motion solely for the purpose of settlement, Settlement Agreement, B.3.d., and their consent to the "filing constitutes neither an admission of liability regarding any Funds Administration Claims and/or Land Administration Claims, nor a waiver of any defense to such claims in any form," *id.* B.3.a.

Respectfully submitted.

| | |
|---|---|
| December 10, 2010 | /s/ Dennis M. Gingold |
| | DENNIS M. GINGOLD |
| | D.C. Bar No. 417748 |
| | 607 14th Street, N.W. |
| | 9th Floor |
| | Washington, D.C. 20005 |
| | (202) 824-1448 |

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
JUSTIN GUILDER
D.C. Bar No. 979208
KILPATRICK STOCKTON, LLP
607 14th Street, N.W
Washington, D.C.  20005
(202) 508-5844

DAVID COVENTRY SMITH
N.C. Bar No. 12558
Admitted *Pro Hac Vice*
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7392

WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted *Pro Hac Vice*
ELLIOTT LEVITAS
D.C. Bar No. 384758
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia  30309
404-815-6500

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT was served on the following via facsimile, pursuant to agreement, on this day, December 10, 2010.

      Earl Old Person (*Pro se*)
      Blackfeet Tribe
      P.O. Box 850
      Browning, MT 59417
      406.338.7530 (fax)

      /s/ Shawn Chick