**Indian Trust Settlement**
c/o The Garden City Group, Inc.
P.O. Box 9577
Dublin, OH 43017-4877
Website: www.IndianTrust.com
Toll-Free: 1-800-961-6109  |  Email: Info@IndianTrust.com



IIM

# CLAIM FORM

> **IMPORTANT NOTE:** You do not need to fill out a Claim Form if you are currently receiving account statements for your IIM account unless you also believe you have a claim under sections A, B and/or C below.

## INSTRUCTIONS

To participate in the Indian Trust Settlement, you must fill out the information in "YOUR INFORMATION" below and sign the "SIGNATURE AND CERTIFICATION" on page 4. Also, please complete sections A, B, and/or C.

- **A.** **Complete section A below only** if you do not have a current individual Indian Money ("IIM") account, but believe you owned an interest in trust or restricted land on September 30, 2009; or

- **B.** **Complete section B below only** if you do not have a current individual Indian Money ("IIM") account, but believe you had an IIM account open sometime between 1985 and September 30, 2009; or

- **C.** **Complete section C below only** if you want to establish your status as an heir to a deceased IIM account holder or individual landowner.

The information that you provide on this Claim Form will only be used to process your claim. Please attach copies of the required documents for sections A, B, and/or C of this Claim Form when you mail your completed Claim Form.

☐  Check this box if you are currently receiving IIM account statements

## YOUR INFORMATION

> **NOTE:** Please fill out the information in the space provided below.

First Name: _____ Middle Initial: _____

Last Name: _____

Address: _____

_____

City: _____ State: _____ Zip Code: _____

Your Tribal Membership Number: _____

Your Social Security Number: ___ ___ ___ - ___ ___ - ___ ___ ___ ___

Your Date of Birth: ___ ___ / ___ ___ / ___ ___ ___ ___  *(mm/dd/yyyy)*

QUESTIONS?  PLEASE VISIT WWW.INDIANTRUST.COM OR CALL TOLL-FREE 1-800-961-6109

1



**SECTION A.   TRUST LAND INFORMATION**

> **NOTE: Complete section A <u>only</u> If you believe you may own trust land.**  Please fill out the information about trust or restricted land that you believe you owned in whole or part on September 30, 2009 in the space provided below.

Land Address: _____

_____

City: _____ State: _____ Zip Code: _____

Land Parcel Number: _____

Other Information that Helps to Identify the Land: _____

_____

_____

_____

_____

**Documentation Required:** Please include copies of any documents that help to show that you owned trust or restricted land on September 30, 2009.

**SECTION B.   IIM ACCOUNT OPEN ANYTIME BETWEEN 1985 AND SEPTEMBER 30, 2009**

> **NOTE: Complete section B <u>only</u> if you do not have a current IIM Account, but believe you had an IIM Account open anytime between 1985 and September 30, 2009.**  Please fill out the information in the space provided below.

Your former IIM Account or Native American Account Number(s), if known:

_____; _____; _____; _____;

_____; _____; _____; _____;

☐   Check this box if you do not know your IIM Account or Native American Account Number(s)

**Documentation Required:** Please include copies of any documents that help to show that you had an IIM account open anytime between 1985 and September 30, 2009.



**SECTION C.  <u>FOR HEIRS TO A DECEASED IIM ACCOUNT HOLDER OR INDIVIDUAL LANDOWNER</u>**

> **NOTE: Complete section C <u>only</u> if you believe that you are an heir to a deceased IIM account holder or individual landowner ("Deceased Individual").** Please fill out the information about the Deceased Individual in the space provided below.

First Name of Deceased Individual:_____

Middle Initial of Deceased Individual: _____

Last Name of Deceased Individual:_____

_____

Your Relationship to the Deceased Individual:_____

_____

Tribal Membership Number of Deceased Individual: _____

_____

IIM or Native American Account Number(s) of Deceased Individual: _____;
_____; _____; _____; _____;

Social Security Number of Deceased Individual: ___ ___ ___-___ ___-___ ___ ___ ___

Date of Birth of Deceased Individual:___ ___ /___ ___ /___ ___ ___ ___ *(mm/dd/yyyy)*

Date of Death: ___ ___ /___ ___ /___ ___ ___ ___ *(mm/dd/yyyy)*

If the Deceased Individual was deceased as of September 30, 2009, were the estate's IIM account(s) or trust interests in probate as of September 30, 2009?  (Probate means you have asked a court to transfer ownership of the Deceased Individual's property after he or she has died.)   ☐ Yes     ☐ No

---

**If you know of other heirs to a Deceased Individual, please fill out the following information as available:**

First Name: _____Middle Initial: _____

Last Name: _____

Address:_____

City: _____State: _____Zip Code: _____

Date of Birth: ___ / ___ / _____ *(mm/dd/yyyy)* SSN: _____ - _____ - _____ Percent Interest: _____%

**NOTE: Additional space is available on page 4.**

---

QUESTIONS?  PLEASE VISIT www.INDIANTRUST.COM OR CALL TOLL-FREE **1-800-961-6109**



**If you know of other heirs to a Deceased Individual, please fill out the following information as available:**

First Name: _____ Middle Initial: _____

Last Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Date of Birth: ___ / ___ / _____ (mm/dd/yyyy) SSN: _____ - _____ - _____ Percent Interest: _____%

First Name: _____

Last Name: _____ Middle Initial: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Date of Birth: ___ / ___ / _____ (mm/dd/yyyy) SSN: _____ - _____ - _____ Percent Interest: _____%

**If you need additional space to list other heirs of the Deceased Individual, please photocopy this page and check this box ☐**

Each heir to a Deceased Individual should fill out a Claim Form.

**Documentation Required:** Please provide documents that help to show that you are an heir of the above Deceased Individual such as: a death certificate, Power of Attorney, an obituary identifying you as a survivor, a Last Will and Testament, or similar documents that help to show your claim.

## SIGNATURE AND CERTIFICATION

By signing this document, I certify under penalty of perjury that the information I have provided on this Claim Form is accurate and complete.

_____
Signature

___ ___ /___ ___ /___ ___ ___ ___ (mm/dd/yyyy)
Date