IIM Trust Correction and Recovery Project
IIM Outreach and Education

| Date | Location | Presenters | Info Handed Out |
|---|---|---|---|
| March 7, 2010 | Pine Ridge Reservation – IIM<br>Oglala Lakota College<br>Pejuta Haka College Center<br>Kyle, South Dakota | Elouise Cobell<br>Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 8, 2010 | Pine Ridge Reservation – IIM<br>Little Wound School<br>Kyle, South Dakota | Elouise Cobell<br>Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 8, 2010 | Rosebud Reservation – IIM<br>Sinte Gleska University – Gym<br>Mission, South Dakota | Elouise Cobell<br>Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 9, 2010 | Cheyenne River Indian Agency – IIM<br>High School Auditorium<br>Eagle Butte, South Dakota | Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 9, 2010 | Standing Rock Indian Reservation – IIM<br>Sitting Bull College<br>Science & Technology Center | Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |

IIM Trust Correction and Recovery Project
IIM Outreach and Education

| Date | Location | Presenters | Materials |
|---|---|---|---|
| March 10, 2010 | Lake Traverse Reservation – IIM<br>SWO Community Center<br>Sisseton, South Dakota | Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 11, 2010 | Santee Sioux Reservation – IIM<br>Oyate Oyanke Community Center Santee, Nebraska | Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 11, 2010 | Yankton Sioux Reservation – IIM<br>Fort Randall Casino & Hotel<br>Pickstown, South Dakota | Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 11, 2010 | Winnebago Indian Reservation – IIM<br>Council Chambers<br>Winnebago, Nebraska | Dennis Gingold<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 17, 2010 | San Carlos Reservation – IIM<br>Apache Gold Casino Resort<br>The Geronimo Room<br>San Carlos, Arizona | Geoffrey Rempel<br>Justin Guilder | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |

## IIM Trust Correction and Recovery Project
## IIM Outreach and Education

| Date | Location | Presenters | Materials |
|---|---|---|---|
| March 17, 2010 | White Mountain Apache Reservation – IIM<br>Hon-Dah Resort Casino & Conference Center<br>Pinetop, Arizona | Geoffrey Rempel<br>Justin Guilder | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 18, 2010 | Navajo Reservation – IIM<br>Churchrock Allottee Association  Gallup, New Mexico | Geoffrey Rempel<br>Justin Guilder | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 19, 2010 | Navajo Reservation – IIM<br>New Mexico Civic Center<br>Farmington, New Mexico | Geoffrey Rempel<br>Justin Guilder | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 19, 2010 | Blackfeet Reservation – IIM<br>New Eagle Shield Center<br>Browning, Montana | David Smith<br>Elouise Cobell | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 22, 2010 | Flathead Reservation – IIM<br>Salish Kootenai College<br>Victor Charlo/Johnny Arlee Theater<br>Pablo, Montana | David Smith<br>Elouise Cobell | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |

IIM Trust Correction and Recovery Project
IIM Outreach and Education

| Date | Location | Presenters | Materials |
|---|---|---|---|
| March 23, 2010 | Fort Belknap Reservation – IIM<br>Little River Learning Lodge<br>Fort Belknap College<br>Harlem, Montana | Elouise Cobell<br>David Smith | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 24, 2010 | Fort Peck Reservation – IIM<br>Silver Wolf Casino<br>Wolf Point, Montana | Elouise Cobell | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 29, 2010 | Colville Reservation – IIM<br>Northeast Washington Ag & Trade Center<br>Northeast Washington Fairgrounds<br>Colville, Washington | Bill Dorris<br>Elouise Cobell<br>Steven Powell | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 29, 2010 | Nez Perce Reservation – IIM<br>Clearwater River Resort Events Center<br>Lewiston, Idaho | Geoffrey Rempel<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 30, 2010 | Crow Indian Reservation – IIM<br>Apsaalooke Center<br>Crow Agency, MT | Geoffrey Rempel<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |

IIM Trust Correction and Recovery Project
IIM Outreach and Education

| Date | Location | Presenters | Materials |
|---|---|---|---|
| March 30, 2010 | Yakama Indian Reservation – IIM<br>Smith Family Hall Arts & Sciences Center<br>Heritage University<br>Toppenish, Washington | Bill Dorris<br>Elouise Cobell<br>Steven Powell | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 30, 2010 | Northern Cheyenne Reservation – IIM<br>Lame Deer, Montana | Geoffrey Rempel<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 31, 2010 | Portland Indian Community – IIM<br>Native American Youth & Family Center<br>(NAYA) Gymnasium<br>Portland, Oregon | Elouise Cobell<br>Keith Harper<br>Justin Guilder<br>Steven Powell | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 31, 2010 | Wind River Reservation, WY – IIM<br>Northern Arapaho<br>Great Plains Hall<br>Arapahoe, Wyoming | Geoffrey Rempel<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |
| March 31, 2010 | Wind River Reservation, WY – IIM<br>Eastern Shoshone<br>Rocky Mountain Hall<br>Lander, Wyoming | Geoffrey Rempel<br>Alex Pearl | Settlement Agreement<br>Ask Elouise Letters<br>Cobell Settlement Briefing Paper<br>Lawsuit Web Address<br>Senators/Representatives Contact Info |

IIM Trust Correction and Recovery Project
IIM Outreach and Education

| April 1, 2010 | Seattle Indian Community – IIM Indian Heritage Cafeteria Wilson Pacific School Seattle, Washington | Elouise Cobell Keith Harper Justin Guilder Steven Powell | Settlement Agreement Ask Elouise Letters Cobell Settlement Briefing Paper Lawsuit Web Address Senators/Representatives Contact Info |
|---|---|---|---|
| April 1, 2010 | Fort Hall Reservation – IIM Shoshone-Bannock – Dome Room  Fort Hall, Idaho | Geoffrey Rempel Alex Pearl | Settlement Agreement Ask Elouise Letters Cobell Settlement Briefing Paper Lawsuit Web Address Senators/Representatives Contact Info |