IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., on their own behalf and on behalf of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KEN SALAZAR, Secretary of the Interior, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action<br>)　No. 96-1285 (TFH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before this Court on the plaintiffs' UNOPPOSED MOTION FOR ORDER AUTHORIZING THE QUALIFIED BANK TO PAY THE NOTICE CONTRACTOR ("Motion"). Upon consideration of Motion and the record of these proceedings, it is hereby

1.　ORDERED that the Motion is GRANTED. It is further

2.　ORDERED that Kinsella Media, LLC, the Notice Contractor, shall be paid $8,682,773.00. It is further

3.　ORDERED that the Settlement Account administrators shall arrange for such payment pursuant to this Order.

IT IS SO ORDERED.

This 14 day of January 2011

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

1