IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al.,        )<br>                                                               )<br>                          Plaintiffs,              )<br>                                                               )<br>            vs.                                              )<br>                                                               )<br>KEN SALAZAR, Secretary of the Interior, et al.,  )<br>                                                               )<br>                          Defendants.            )<br>                                                               )<br>                                                               ) | Civil Action No. 1:96 CV 01285<br>(TFH) |

### AFFIDAVIT OF WILLIAM E. DORRIS

1.    I represent the plaintiffs in this action along with co-counsel Dennis M. Gingold, Thaddeus Holt, and other attorneys at Kilpatrick Townsend & Stockton LLP (formerly known as Kilpatrick Stockton LLP) ("Kilpatrick"), including Keith M. Harper, Elliott H. Levitas, David C. Smith, Adam H. Charnes, G. William Austin and Justin M. Guilder.  Together, we are referred to in the Settlement Agreement at ¶ A.7 as "Class Counsel."  I make this Affidavit in support of Plaintiffs' Petition For Class Counsel's Fees, Expenses and Costs Through Settlement.

2.    I am Chairman of Kilpatrick, a law firm of 650 attorneys at present, and previously was its Managing Partner.  In those capacities, I have primary responsibility for the management and operation of the firm, including its billing practices and rates.  I began personally working on the *Cobell* litigation in February 2005 and have continued to work on it through the present.  As a result of my work on *Cobell*, I have had to decline other matters.  Prior to February 2005, I closely followed the developments in the *Cobell* case and our firm's work on it even though I was not personally working on the case.

3. Kilpatrick has been working on behalf of the plaintiffs since March, 1999. Because the plaintiffs did not have the financial resources to pay for our services, we agreed with Ms. Cobell to work on this matter on a contingent fee basis. Together with co-counsel, our contingent fee percentage now totals an aggregate amount of 14.75% of the recovery.

4. Over the years, Kilpatrick has committed substantial resources to this case. At various times, it has required the full-time attention of a number of attorneys, and largely precluded their engaging in other work. In committing to work on this case, the firm was undertaking significant risk, and we were aware that there was a substantial chance our firm would never be compensated for the work performed or the expenses advanced. However, we have always recognized the importance of this case to over 500,000 individual Indians across this country and have been committed to continue that representation until a fair resolution could be achieved.

5. During the past 12 years, over 200 attorneys and employees of the Firm have performed services on behalf of the plaintiffs, including partners, counsel, associates, government relations employees, paralegals, cases assistants, litigation support staff, research assistants, and others. Many of those individuals provided assistance on discrete tasks for a limited time, while others committed significant portions of their available time to the case.

6. Attached as <u>Exhibit A</u> are biographical descriptions of the firm's attorneys who are referenced as Class Counsel in the Settlement Agreement. Together with co-counsel, we had an experienced, talented and formidable legal team working for the plaintiffs.

7. Attached as <u>Exhibit B</u> is a list of Kilpatrick attorneys who have worked more than $5,000 in time charges on the *Cobell* litigation and the dates of their first admission to practice law. Attached as <u>Exhibit C</u> are additional Kilpatrick employees who have worked more than $5,000 in time charges on this litigation, along with their positions with the firm at the time the work

was performed and their current hourly rates. I have not included attorneys or staff who contributed less than $5,000 in work on those exhibits. Together, those excluded total approximately 100 individuals with an aggregate of approximately $150,000 in time charges.

8. Kilpatrick has policies and procedures to ensure accurate, reasonable and current records are maintained of work performed on client matters. Attorneys, paralegals and other staff are required to record their time and enter it on a current basis into the Firm's electronic recordkeeping system. Each month, the firm provides a record of those entries and any expenses charged to the matter to the supervising attorneys, who are required to review each time entry and expense to determine that it is properly charged to the matter and is reasonable given the tasks performed. Those policies and procedures were followed on this case.

9. On the same day my Affidavit is being filed, I am also having filed Class Counsel's Combined Time Records ("Combined Time Records"), which includes time entries for the firm's attorneys and personnel listed on Exhibits B and C for work on this case through December 7, 2009, the date the Class Action Settlement Agreement was executed. The Combined Time Records reflect on a daily basis the person performing the work, the nature of the work performed and the hours worked. In addition to the monthly review by the supervising attorney, these summaries have further been reviewed by Class Counsel to determine that the work is properly chargeable to this case and that the amount of time charged is reasonable for the tasks performed.

10. In addition to the Firm's work on this matter, Dennis M. Gingold, Thaddeus Holt and Geoffrey Rempel have provided me with their time summaries. Separate affidavits are being filed regarding each of their time summaries and rates. I have included their time records verbatim in the Combined Time Records.

11.     Rates charged by Kilpatrick for its attorneys, paralegals and other staff are determined on an annual basis by the firm's management committee. That committee reviews reports and studies of prevailing rates for attorneys and legal staff to ensure that fees charged are reasonable and in accordance with the legal market in which the attorney or other employee works. Prevailing rates are ascertained by reviewing annual independent third party surveys of law firms similar to our Firm in every region in the United States.  Citibank and Wells Fargo are two examples of firms that currently produce such survey data.  I personally participate in that process of setting rates for all our attorneys and personnel.

12.     The current hourly billing rates for the firm's attorneys and personnel involved in this case for whom time is included in the Combined Time Records are shown on Exhibits B and C. For individuals no longer with the firm, the rate shown is the firm's current rate for individuals presently with the firm who have similar experience as the person listed.  Based on my review of the rates shown on Exhibits B and C, I believe those rates are reasonable and, in most instances, are substantially lower than for individuals with similar experience in the D.C. area.

13.     Through December 7, 2009, based on the hourly rates on Exhibits B and C and the hourly rates of Mssrs. Gingold, Holt and Rempel as set forth in the supporting Affidavits, the total hours in the Combined Time Records are 140,710.24, representing a total of $90,223,933.90 at current rates.

14.      During the course of the litigation, the firm advanced expenses and incurred costs which were reasonably necessary for the prosecution of this action.  The total value of those expenses and costs is $1,276,598.22 and is summarized by expense and cost category on Exhibit D.  An itemized listing of the expenses and costs is being filed with the Combined Time Records.

Those expenses and costs were reasonable and necessary in prosecuting this case and are in keeping with customary billing practices to other clients.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2011.

/s/ William E. Dorris

_____
WILLIAM E. DORRIS

# EXHIBIT A TO
# AFFIDAVIT OF WILLIAM E. DORRIS

# BIOGRAPHICAL DESCRIPTIONS OF
# KILPATRICK CLASS COUNSEL

1.      **William E. Dorris** – Mr. Dorris is partner in Kilpatrick and is Chairman of the Firm. He has practiced law for over 31 years, principally representing parties involved in construction projects and government contracts, including extensive work in litigating cases against the federal government.  He has been licensed in the States of Kentucky (inactive) and Georgia since 1979 and has been admitted *pro hac vice* in this action since 2005.  He began working on this matter in February 2005, and has continued to do so until the present.  He has been listed in *The Best Lawyers in America* for the years 2007-2011.

2.      **Elliott H. Levitas** – Mr. Levitas is Senior Counsel with Kilpatrick.  He has been licensed to practice law in the State of Georgia since 1955 and the District of Columbia since 1984.  He is also admitted to practice before the United States Supreme Court.  He served as a Representative from DeKalb County in the Georgia General Assembly from 1966-1975, and served in the United States Congress, representing Georgia's 4th Congressional district, from 1975-1985. He has practiced principally in the areas of governmental relations and complex litigation, and for a number of years has been listed in *The Best Lawyers in America* for Governmental Relations. He has served as an Adjunct Professor of Law at Emory University School of Law. He has worked on this litigation since March 1999.

3.      **Keith M. Harper** – Mr. Harper is a partner with Kilpatrick and head of the Native American Practice Group. He began working on this litigation prior to its filing in 1996, while employed with the Native American Rights Fund (NARF).  Prior to NARF, Mr. Harper was law clerk to the Honorable Lawrence W. Pierce of the U.S. Court of Appeals for the Second Circuit. In July 2006 he joined Kilpatrick Townsend. Mr. Harper is a member of the Cherokee Nation of Oklahoma. He was licensed to practice law in the State of New York in 1995 and the District of Columbia in 1997.  He is admitted to practice before the Supreme Court of the United States, and numerous other federal trial and appellate courts.  He practices principally in the areas of litigation and Native American Affairs.  He is a Past President of the Native American Bar Association of Washington, D.C.  For a number of years he has been recognized in *The Best Lawyers in America* in Native American Law and is listed in the 2009 and 2010 editions of *Chambers USA: America's Leading Lawyers for Business.* In 2008, the National Law Journal recognized Mr. Harper as one of 50 "*Most Influential Minority Lawyers in America*" and in 2010 he was selected as a "LawDragon 500. "  He has also served as an Adjunct Professor of Law at Catholic University Columbus School of Law and American University Washington College of Law where he taught Federal Indian Law.

4.      **David C. Smith** – Mr. Smith is a partner with Kilpatrick. He has been licensed in the State of North Carolina since 1984 and the State of Maine since 1986. He has been admitted *pro hac vice* in this action since 2005.  He is also admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the DC Circuit, the United States Court

of Appeals for the Fourth Circuit, the federal district courts in the State of North Carolina and the Federal Court of Claims. He practices principally in the areas of Complex Business Litigation and Native American Affairs. He has been recognized in *The Best Lawyers in America* for Commercial Litigation for many years. He serves as an adjunct professor of law at Wake Forest University School of Law and Washington and Lee University School of Law where he teaches Native American Law.

**5.     Adam H. Charnes** – Mr. Charnes is a partner with Kilpatrick. He graduated summa cum laude from Princeton University in 1988 and magna cum laude from Harvard Law School in 1991. He clerked for the Honorable J. Harvie Wilkinson, III, on the U.S. Court of Appeals for the Fourth Circuit and Justice Anthony M. Kennedy on the United States Supreme Court. He was licensed in the State of Pennsylvania (currently inactive) in 1993, the District of Columbia in 1994 and the State of North Carolina in 2003. He was admitted to practice before the United States Supreme court in 1997 and the United States Court of Appeals for the D.C. Circuit in 1993, among others. From 2002 – 2003 he was the Principal Deputy Assistant Attorney General for the Office of Legal Policy at the United States Department of Justice. He was awarded the Attorney General's Distinguished Service Award in July 2003. He currently practices principally in the area of complex commercial litigation. Over the years he has worked on the *Cobell* litigation on appellate matters. For several years he has been recognized in *The Best Lawyers in America* for Appellate Law and Commercial Litigation as well as being listed in *Chambers USA*: *America's Leading Lawyers for Business* in the area of General Commercial Litigation.

**6.     G. William Austin –** Mr. Austin is a partner with Kilpatrick. He has been licensed to practice in the District of Columbia since 1980. He has extensive litigation experience on Indian and trust issues.

**7.     Justin M. Guilder –** Mr. Guilder is an associate with Kilpatrick. He was admitted to practice law in the State of Virginia in 2006 and the District of Columbia in 2008. He practices principally in the areas of complex commercial litigation and Native American Law. He has worked on the *Cobell* litigation beginning in 2005 while he was in law school at George Washington University.

## EXHIBIT B TO AFFIDAVIT OF
## WILLIAM E. DORRIS

| Name | Year First Admitted to Bar | Rate |
|---|---|---|
| Alexander, Miles J. | 1955 | $ 695 |
| Allen, Nicole Denise | 1998 | $ 215 |
| Andrews, Blair A. | 2000 | $ 450 |
| Austin, G. William | 1980 | $ 625 |
| Averitt, James I. | 2006 | $ 265 |
| Baker, Paige | 2002 | $ 275 |
| Beck, Joe | 1969 | $ 675 |
| Bertschi, Craig E. | 1990 | $ 580 |
| Beyah, Kali Wilson | 2000 | $ 515 |
| Bigelis, Frank L. | 2003 | $ 375 |
| Bosken, Christopher W. | 2006 | $ 375 |
| Bosken, Katherine M. Royal | 2006 | $ 335 |
| Brewster, William H. | 1987 | $ 625 |
| Brooks, Michael E. | 1994 | $ 535 |
| Carssow, Tim | 1970 | $ 600 |
| Charnes, Adam H. | 1993 | $ 545 |
| Clarkson, Ted H. | 1982 | $ 575 |
| Clay, A. Stephens | 1968 | $ 675 |
| Conlin, Sally Elizabeth | 1977 | $ 175 |
| Cooke, Charnan-Jessica | 2008 | $ 325 |
| Cunningham, J. Calvin III | 2000 | $ 450 |
| Dennehy, Roderick C. Jr. | 1975 | $ 625 |
| Dial, Audra A. | 1998 | $ 475 |
| Dietz, Richard D. | 2002 | $ 355 |
| Dorris, William E. | 1979 | $ 690 |
| Durkee, Christopher M. | 2003 | $ 395 |
| Elgin, Jennifer Leslie | 1994 | $ 365 |
| Estrin, Lauren T. | 2005 | $ 350 |
| Ferrario, Matias | 2000 | $ 425 |
| Fowler, Lynn E. | 1986 | $ 625 |
| Fried, Stewart D. | 1995 | $ 445 |
| Fus, Elliot A. | 1997 | $ 395 |
| Garber, Sheila R. | 2004 | $ 335 |
| Garcia, Maria Cristina | 2007 | $ 335 |
| Garrett, C. Allen | 1995 | $ 475 |
| Goodman, Anitra | 2002 | $ 425 |
| Gorinson, Stanley M. | 1973 | $ 655 |
| Green, Sean M. | 2006 | $ 295 |
| Greene, Dustin T. | 2008 | $ 290 |
| Greer, Laura | 2003 | $ 320 |

| Name | Year First Admitted to Bar | Rate |
|---|---|---|
| Guilder, Justin M. | 2006 | $ 335 |
| Hansen, Chad D. | 2004 | $ 360 |
| Harney, Thomas C. | 1972 | $ 625 |
| Harper, Keith | 1995 | $ 525 |
| Harris, Leetra J. | 2003 | $ 355 |
| Hefferan, James J. | 2003 | $ 355 |
| Heindel, Heather L. | 2007 | $ 295 |
| Hyman, Cindy | 2001 | $ 160 |
| Inman, Stephen T. | 1999 | $ 450 |
| Jolly, Vinay J. | 2003 | $ 425 |
| Kaeding, Michael Aubrey | 1997 | $ 415 |
| Leak, Frank W. Jr. | 2001 | $ 395 |
| Levitas, Elliott H. | 1955 | $ 725 |
| Levy, Mark I. | 1976 | $ 725 |
| Lick, Christopher S. | 2003 | $ 350 |
| Lierly, Julie A. | 1995 | $ 520 |
| Livingston, John C. | 2006 | $ 270 |
| Marcou, George T. | 1984 | $ 655 |
| Marcovitch, Robert P. | 1987 | $ 475 |
| Marti, Daniel | 1999 | $ 525 |
| McCoy, Amanda Louise | 2004 | $ 395 |
| McIlwain, Raymond H. | 2003 | $ 425 |
| Miller, Laura Craver | 2005 | $ 350 |
| Monaco, Jennifer Romero | 2002 | $ 375 |
| Moseley, Emily A. | 1998 | $ 375 |
| Moye, John M. | 2006 | $ 295 |
| Norris-McCluney, Corena Ann | 2000 | $ 375 |
| Parker, Wilmer | 1974 | $ 500 |
| Pearl, Michael Alexander | 2007 | $ 365 |
| Pierce, Jon R. | 2004 | $ 375 |
| Powell, Noel D. Jr. | 2006 | $ 325 |
| Raider, Ron L. | 1986 | $ 580 |
| Reeves, Mark Howard | 2005 | $ 335 |
| Roehrenbeck, Bradley A. | 2005 | $ 295 |
| Rothschild, Cynthia B. | 1999 | $ 450 |
| Seymour, Stanley | 2002 | $ 415 |
| Sheridan, Kimberly C. | 2006 | $ 425 |
| Singleton, Burleigh L. | 1996 | $ 475 |
| Smith, David C. | 1984 | $ 525 |
| Smith, Jerry N. | 1986 | $ 525 |
| Swaja, Daniel B. | 2006 | $ 295 |
| Taylor, Daniel R. Jr. | 1976 | $ 675 |

| Name | Year First Admitted to Bar | Rate |
|---|---|---|
| Telligman, Jessica R. Harris | 2004 | $ 360 |
| Tigges, Linda B. | 1999 | $ 300 |
| Tyler, Michael W. | 1982 | $ 640 |
| Waldrop, Jonathan K. | 2000 | $ 425 |
| Warner, Jill | 1995 | $ 525 |
| Wenker, Jason M. | 2001 | $ 405 |
| Wharton, Robin S. | 2000 | $ 350 |
| Wiggins, J. Michael | 1993 | $ 425 |
| Wooten, Alyson L. | 2007 | $ 350 |
| Zacks, David M. | 1967 | $ 730 |
| Zichella, Rachael L. | 2004 | $ 350 |
| Zimmerman, J. Jeff | 1973 | $ 425 |

# EXHIBIT C
# TO
# AFFIDAVIT OF WILLIAM E. DORRIS

### KILPATRICK NON-ATTORNEYS WHO WORKED ON COBELL

| Name | Title | Rate |
|---|---|---|
| Applegate, Alexis | Paralegal | $225 |
| Avant, Antonio | Trial Technology Supervisor | $150 |
| Beshaw, Denise H. | Paralegal | $210 |
| Burns, Joseph V. | Paralegal | $235 |
| Charbonneau, Lynn M. | Paralegal | $250 |
| Dawson, Kathy J. | Paralegal | $205 |
| Day, Betty Jean | Paralegal | $205 |
| Day, Dora | Litigation Applications Analyst | $200 |
| DeKeyser, David A. | Government Relations | $525 |
| Frankenfield, Christopher J. | Summer Associate – law student | $205 |
| Gold, Mark L. | Legal Technology Consultant | $150 |
| Hammett, Jimmy S. | Chief, Investigative Services | $295 |
| Hardman, Hilliard B. | Summer Associate – law Student | $295 |
| Hyman, Cindy | Summer Associate – law student | $160 |
| Loving, John-Claude F. | Government Relations | $395 |
| Lyons, Carrie N. | Summer Associate – law student | $205 |
| Nowell, Katie D. | Entry Recruiting Coordinator | $205 |
| Palreddy, Kranthi | Case Assistant | $200 |
| Perez, Sarah C. | Paralegal | $205 |
| Perry, Marie T. | Litigation Support Analyst | $150 |
| Pool, Timothy I. | Case Assistant | $200 |
| Rosier, Helen D. | Resource Center Operator | $130 |
| Roth, Katie | Paralegal | $255 |
| Sanders, Xayna | Case Assistant | $200 |
| Sandridge, Ellen B. | Paralegal | $220 |
| Sinclair, Howard K. II | Reference Librarian | $150 |
| Spruance, Darcie | Litigation Support Project Manager | $250 |
| Teschemaker, James | Case Assistant | $200 |

US2000 11985543.1

# EXHIBIT D
# AFFIDAVIT OF WILLIAM E. DORRIS

### KILPATRICK EXPENSES AND COSTS THROUGH 12/07/2009
### ON COBELL CASE BY CATEOGORY

| Cost Code | Description | Total |
|---|---|---|
| 2 | Long Distance Charges | $ 10,334.77 |
| 6 | Document Reproduction | $ 49,078.05 |
| 7 | Long Distance Charges for Facsimile | $ 641.52 |
| 20 | Document Reproduction | $ 8,605.20 |
| 34 | Lexis On-line Legal Research | $ 3,977.25 |
| 35 | Westlaw On-Line Legal Research | $ 380,588.75 |
| 36 | Databases On-Line Legal Research | $ 3,445.76 |
| 39 | Postage and/or Certified Mail | $ 153.51 |
| 40 | Staff Overtime | $ 9,126.25 |
| 43 | Federal Express | $ 4,954.32 |
| 47 | AutoTrack On-Line Database Research | $ 22.00 |
| 49 | Miscellaneous | $ 1,440.76 |
| 53 | Color Copies | $ 1,139.50 |
| 60 | Airfare | $ 167,688.78 |
| 62 | Auto Rental | $ 1,469.61 |

| | | | |
|---|---|---|---:|
| 64 | Hotel | $ | 17,519.15 |
| 65 | Meals | $ | 31,000.55 |
| 66 | Travel Miscellaneous | $ | 229,995.03 |
| 67 | Outside Photocopies | $ | 232,021.52 |
| 68 | Messenger/Courier | $ | 2,784.43 |
| 69 | Document Retrieval | $ | 99.12 |
| 70 | Filing Fees | $ | 677.00 |
| 71 | Filing Fees-Court | $ | 15.00 |
| 73 | Deposition/Transcripts | $ | 918.37 |
| 74 | Interpreters | $ | 8.97 |
| 75 | Witness Fees | $ | 80.00 |
| 77 | Photographs/Video/Drawings | $ | 5,928.49 |
| 80 | Professional Services | $ | 54,863.08 |
| 81 | Miscellaneous | $ | 53,013.59 |
| 82 | Publications | $ | 83.96 |
| 86 | Good Standing Certificate | $ | 15.00 |
| 87 | Court Reporter | $ | 355.68 |
| 88 | Telephone Call / Conference Call | $ | 133.41 |
| 90 | Investigative / Research Service | $ | 2.64 |
| 91 | Search Service | $ | 96.72 |
| 152 | U.P.S. | $ | 385.81 |
| 631 | Delivery Service | $ | 10.00 |

| | | | |
|---|---|---|---:|
| **642** | **Parking Expense** | **$** | **976.00** |
| **643** | **Taxi Expense** | **$** | **2,688.42** |
| **668** | **Facsimile Charges** | **$** | **199.75** |
| **680** | **Facsimile Charges** | **$** | **60.50** |
| | **Total** | | **$ 1,276,598.22** |

US2000 11985543.1