IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELOUISE PEPION COBELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:96CV01285 (TFH) |
| | ) | |
| KEN SALAZAR, Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF DOCUMENTS FILED IN PAPER FORM

This notice of filing is submitted as required by L.Civ.R. 5.4. The documents filed in paper form are supporting documentation for the attorneys' fees and expenses.

Respectfully submitted,

/s/ Dennis M. Gingold
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street, N.W., 9th Floor
Washington, D.C. 20005
(202) 824-1448

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
JUSTIN GUILDER
D.C. Bar No. 979208
KILPATRICK TOWNSEND LLP
607 14th Street, N.W.
Washington, D.C. 20005
(202) 508-5844

DAVID COVENTRY SMITH
N.C. Bar No. 12558
Admitted *Pro Hac Vice*
KILPATRICK TOWNSEND LLP

    1001 West Fourth Street
    Winston-Salem, NC 27101-2400
    (336) 607-7392

    WILLIAM E. DORRIS
    Georgia Bar No. 225987
    Admitted *Pro Hac Vice*
    ELLIOTT LEVITAS
    D.C. Bar No. 384758
    KILPATRICK TOWNSEND LLP
    1100 Peachtree Street, Suite 2800
    Atlanta, Georgia  30309
    404-815-6500

    <u>Attorneys for Plaintiffs</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing PLAINTIFFS' NOTICE OF FILING DOCUMENTS IN PAPER FORM was served on the following via facsimile, pursuant to agreement, on this day, January 25, 2011.

>Earl Old Person (*Pro se*)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT 59417
>406.338.7530 (fax)

                                                               /s/ Shawn Chick