IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ELOUISE PEPION COBELL, et al.,          )
                                        )
                                        )
            Plaintiffs,                 )
                                        )
        vs.                             )          No. 1:96CV01285 (TFH)
                                        )
KEN SALAZAR, Secretary of               )
the Interior, et al.,                   )
                                        )
            Defendants.                 )
_____ )


ORDER REQUIRING PAYMENT FROM
THE ACCOUNTING/TRUST ADMINISTRATION FUND

        Upon consideration of the Plaintiffs' Petition for Attorneys' Fees, Defendants' response,

and Plaintiffs' reply, and the record in this case, it is HEREBY:

        ORDERED that the Petition is GRANTED.  It is further

        ORDERED that the Administrators of the Settlement Account held at JPMorgan Chase

Bank, N.A. promptly shall pay to Class Counsel $223,000,000.00 fees and $1,276,598 in

expenses and costs from the Accounting/Trust Administration Fund in accordance with

controlling law.

        SO ORDERED.


DATE:_____                        _____
                                                Thomas F. Hogan
                                                United States District Judge