IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | Civil Action <br> No. I:96 CV 01285 TFH |

### AFFIDAVIT OF THOMAS MAULSON

1. My name is Thomas Maulson. This affidavit is filed in support of plaintiffs' petition for incentive awards, including expenses and costs. I am an enrolled member and President of the Lac du Flambeau Band of Lake Superior Chippewa Indians ("Lac Du Flambeau Tribe"), a federally recognized Indian Tribe. I am also a named plaintiff in this case since it was filed on June 10, 1996.

2. I am a past and present leader of the Lac Du Flambeau Tribe. I have served as Tribal Chairman and as a member of the Tribal Council. I am presently the elected President of the Lac Du Flambeau Tribe, a position I also held previously from 1991 to 1999. I have served as a member of the Tribal Council from 1975 to 1977 and then again from 2004 to 2006. I also served as a Chief Judge of the Lac du Flambeau Tribal Court from 1985-1991.

3. I am also a recognized leader in Indian Affairs both regionally and nationally, particularly in the area of natural resource protection. I serve now and have for the past 25 years as Chairman of the Voigt Intertribal Task Force which is charged with protecting fishing, hunting and gathering resources of the Great Lakes area including Michigan, Northern Wisconsin and Minnesota for tribal communities. In this position, I was a leader a leader in the fight to secure treaty-based fishing and hunting rights for the tribes and their members in the identified geographic areas. I was Chairman from 1991-1999 of the Great Lakes Intertribal Council of Wisconsin, which was comprised of 11 federally recognized Indian Tribes in the State of Wisconsin. I was selected Chairman by the other 10 elected tribal leaders of their respective tribes. From 1992-1996, I was an elected Commissioner for the Vilas County Commission which enacts laws, appropriates funds and is otherwise responsible for the governance of Vilas County.

4. I have been active at certain times during this litigation, including briefings with counsel at which time I participated in decisions such as whether to pursue settlement discussions with the United States. Since the filing of this case, I have received periodic updates on litigation and settlement status from Class Counsel, as appropriate. I have also been deposed by the government and I previously prepared an affidavit in support of this litigation.

5. As discussed, above, I have held various leadership positions with my tribe going back almost 35 years. I believe this is strong evidence that I am well regarded as a tribal leader by members of the Lac du Flambeau Tribe and by other tribal communities. I place significant value on my reputation as a tribal leader and have an strong reputation serving the Lac du Flambeau Tribe and Indian Country generally. I have also recognized that my position as a

named plaintiff and representative of over 500,000 individual Indian trust beneficiaries was paramount and that could lead members of my tribe to question my loyalty, or worse. Thus, I knew that I placed my reputation at risk by being a named plaintiff.

6. At various times but especially at the commencement of this litigation and when the litigation was particularly contentious as reported in regional and national press accounts, I would occasionally receive telephone calls by unidentified callers who would ask why I was doing what I was doing and why I was raising these contentious issues. Such communications and certain, albeit limited, negative press accounts caused me to consider the potential reputational risks of this litigation. I nevertheless never wavered in my full support of this case.

I declare under penalty of perjury that the foregoing is true and correct

Executed on January 20, 2010.

_____
Thomas Maulson