IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| v. ) | No. 1:96 CV 01285 TFH |
| ) | |
| KEN SALAZAR, et al., ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF PENNY JANE CLEGHORN-SOONTAY

1. My name is Penny Jane Cleghorn-Soontay. This affidavit is filed in support of plaintiffs' petition for incentive awards, including expenses and costs. I am an enrolled member of the Mescalero Apache Tribe. I reside in Apache, Oklahoma.

2. I am the daughter and only child of Mildred Cleghorn. My mother was an original named plaintiff in this action. When she died on April 15, 1997, I was soon thereafter asked to assume her position as a named plaintiff in this case. I agreed to do so to carry out my Mother's legacy and I have served in that position as named plaintiff since then.

3. I have worked in the field of Indian Education since 1991 and currently serve as an Assistant to the High School Principal at the Riverside Indian School located in Anadarko, Oklahoma. I am a 1986 graduate of Cameron University in Lawton, Oklahoma, and I have earned a degree in Business Administration, with a minor in Art.

4. I have participated in this litigation since assuming the role of named plaintiff after my mother's passing. I have participated in a number of aspects of this litigation. I was deposed by the Department of Justice lawyers and I attended a hearing in Federal District Court in Washington, D.C. During periods where Ms. Cobell and plaintiffs' counsel have had discussion with the government on settlement, I had been briefed on such discussion and, where appropriate, consented to such continuing discussions. Since I became a named plaintiff, I have received periodic updates on litigation and settlement status from Class Counsel, as appropriate and have participated in major decisions on the case.

5. I believe that my participation in this lawsuit was among the causes for an attempt to remove me from my employment as a school operated by the defendant Department of Interior. As mentioned, I work at the Riverside Indian School that is funded by the federal government and operated by the Department of Interior. In 1998, after I became a named plaintiff and at a time when the *Cobell* case was regularly reported in the national and local press, my role as a named plaintiff became known. Shortly thereafter, I was informed that I would be laid off from my job at the Riverside Indian School. They provided numerous reasons for why I was being laid off but I suspected then and still believe today that a principal reason was my role in this case that was considered highly contentious at the time. I asked the Cobell class counsel to intervene and they, with the aid of others, were able to obtain my reinstatement.

6. Since I became a named plaintiff, I have from time to time been concerned with the potential reputational consequences of this lawsuit. This case has been contentious and, at times, among a few vocal individuals in Indian Country controversial. I also continued to be concerned with the reputational impact within Indian education since the Department of

Interior plays a significant role in this subject area. Despite these concerns, I felt I had an obligation to finish what my mother had started and my support for the case never wavered.

7. I have also been subjected to threats from Lakota elders regarding the settlement of this case. In April 2010, I received a letter, sent by registered mail, captioned a "National Treason Letter" suggesting that I am engaged in "seditious conspiracy" against the government, rejecting the settlement and threatening me that if I disclosed the letter that I would assume the "responsibilities and consequences of any and all actions, injury [or] damage . . . resulting from such disclosure." Exhibit 1. Indian Country is not a a large place and these threats in our community must be taken seriously.

I declare under penalty of perjury that the foregoing is true and correct,

Executed on January 17, 2010.

*/s/ Penny Jane Cleghorn – Soontay*
Penny Jane Cleghorn – Soontay