IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| v. ) | No. 1:96 CV 01285 TFH |
| ) | |
| KEN SALAZAR, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

### AFFIDAVIT OF ELOUISE PEPION COBELL

1. My name is Elouise Cobell. This affidavit is filed in support of plaintiffs' petition for incentive awards, including expenses and costs. I make this affidavit in my capacity as director of the Blackfeet Reservation Development Fund ("BRDF"), a non-profit organization that has financially supported the litigation of the *Cobell* class action lawsuit since prior to its filing on June 10, 1996.

2. In preparing this affidavit and the related attachments, I have directed my staff to gather invoices that were paid by BRDF to support this litigation. These invoices generally consist of professional contract services (including non-testifying and testifying experts, as well as other professionals retained in connection with the litigation); office personnel with dedicated responsibilities to this litigation; travel; office supplies; printing costs; deposition, trial and

appellate transcripts; rent and telephones; interest on grants; and class communication outreach to beneficiaries.

3. My staff has been able to locate the vast majority of receipts and invoices supporting this application and they are attached to this affidavit. However, in the few instances where no receipt could be located, BRDF-generated vouchers were attached that corroborate the preparation and transmission of a check to pay such expenses. All expenses have been authenticated by cross-checking the amount and payee with the associated check register.

4. I have only included the salary of staff who devoted the vast majority of their time to this case. Their case-related tasks principally relate to class communications and planning travel to and from Washington, D.C. for trials, evidentiary hearings, oral arguments and meetings with Members of Congress and their staffs and additional travel throughout Indian Country to meet with class members and related activities in direct support of the litigation.

5. BRDF is co-located with another non-profit which has not contributed resources to the litigation. Accordingly, I have estimated the percentage of IIM versus Non-IIM expenses for major categories of expenses for years in which resources were shared. I believe that my estimates are reasonable. My estimates were made following a review of the relevant expenses vouchers and invoices and discussion with my staff. These changes are reflected in the detailed schedules attached to this affidavit.

    Office Expenses:  1996 through 2009; IIM related expenses = 92%

    Rent Expense:    2002 through 2009; IIM related expense = 94%

6. At the outset of the case, I retained a professional, Robert Moore, to assist with fund raising and planning for the litigation. Mr. Moore was also engaged to perform discrete non-IIM

related tasks. Those are not included in this application. I have attached Exhibit 1 which allocates the IIM-related tasks to his invoices.

7. BRDF has received a repayable grant from the Otto Bremer Foundation. This repayable grant includes an interest component, which is separately identified in the attached documents.

8. The total amounts incurred by BRDF in connection with the litigation are as follows:

| | |
|---|---|
| Contract Services | $3,186,904.12 |
| Accounting | $23,751.67 |
| Personnel | $438,231.48 |
| Travel | $230,732.22 |
| Office Expenses | $141,044.77 |
| Rent | $38,632.36 |
| Beneficiary Outreach | $2,402,802.40 |
| Interest | $150,000.00 |
| Total | $6,612,099.02 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13 2011.

Elouise Cobell