## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE PEPION COBELL, et al.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>KEN SALAZAR, Secretary of the<br>Interior, et al.,<br>　　　　　Defendants. | )<br>)<br>)<br>)　　Civil No. 1:96-1285 (TFH)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOHN I. HIRSHLEIFER, VICE PRESIDENT OF CRA INTERNATIONAL, INC.

John I. Hirshleifer, being duly sworn, deposes and says as follows:

<u>PURPOSE OF THIS AFFIDAVIT</u>

1.　　I make this affidavit based on personal knowledge and my review of the business records of CRA (Charles River Associates) International, Inc. ("CRA") in support of the Plaintiffs' Application for Fees and Costs pursuant to the Class Action Settlement Agreement and the Agreement on Attorneys' Fees, Expenses, and Costs both dated December 7, 2009, and the Claims Resolution Act of 2010, signed into law December 8, 2010.　I am a Vice President of CRA and was Vice President and the Officer in Charge of this matter during the entire time services were provided.　I intend this Affidavit to be a "short, plain statement of the facts … with the goal of informing the court of relevant information for its consideration."　Agreement on Attorneys' Fees, ¶3.

<u>SUMMARY OF CLAIM</u>

2.　　CRA was retained on March 6, 2008 by Plaintiffs, through counsel, to provide litigation related services.　CRA worked intensively with Class Counsel on

behalf of the <u>Cobell</u> plaintiffs in preparing analyses, models, documents and testimony. At CRA's standard hourly rates, its total billings for the case were $1,037,586.97, which represents approximately 2,600 hours of billable time and over $85,000.00 of out-of-pocket expenses.  The time spent is documented and appropriate, and the size of the settlement dwarfs the fees incurred.  CRA supports full payment of its fees from the settlement funds and reimbursement of fees and expenses of CRA in support of plaintiffs' claims.

<u>CRA</u>

3.      CRA is a global consulting firm that offers economic, financial, and business management expertise to major law firms, industries, accounting firms, and governments around the world.  It offers litigation and regulatory support, business strategy and planning, market and demand forecasting, policy analysis, and risk management consulting.  Headquartered in Boston, the firm has offices throughout the United States, Canada, Europe, the Middle East, and Hong Kong.  It is a public company traded on NASDAQ under the symbol "CRAI."  Its website is <u>www.crai.com</u>.

<u>WORK PERFORMED</u>

4.      CRA was retained by Plaintiffs, through counsel, pursuant to written agreement ("Fee Agreement") dated March 6, 2008 (Exhibit "A").  The hourly rates set forth in the Fee Agreement ($115.00-$1,000.00/hr) are standard rates charged by CRA for such work at the time and are set and reviewed regularly to be appropriate to the work performed.

5.      From the date CRA was retained, the persons working on this assignment kept contemporaneous time and expense records itemizing the date on which services

were performed and identifying the amount of time spent, the work done, and out-of-pocket expenses incurred.  Four invoices were rendered to Plaintiffs and a copy of each invoice and a compilation of time and expense records kept by CRA is attached hereto as Exhibits "B1"-"B4" as follows:

| Exhibit | Date | Period Covered | Invoice # | Professional Staff | Expenses | Total | |
|---------|------|----------------|-----------|--------------------|----------|-------|---|
| B1 | 03/31/08 | 03/06/08 through 03/21/08 | 57555 | $239,747.25 | $21,011.99 | $260,759.24 | |
| B2 | 05/13/08 | 03/22/08 through 04/30/08 | 58684 | 45,179.75 | 2,513.07 | 47,692.82 | |
| B3 | 06/27/08 | 05/01/08 through 05/31/08 | 59707 | 137,143.50 | 9,998.52 | 147,142.02 | |
| B4 | 08/13/08 | 06/01/08 through 06/30/08 | 60880 | 530,494.00 | 51,498.89 | 581,992.89 | |
| | | | | $952,564.50 | $85,022.47 | $1,037,586.97 | Total |

6.      CRA developed and presented models for estimating the amount of money or value of benefits taken by, or conferred on, the government when it withheld from or otherwise failed to disburse funds owed to, IIM (Individual Indian Money) accountholders each year since 1887.

7.      The work performed is set forth in day-to-day detail in Exhibit "B."  In summary, a review and analysis of CRA's invoices and time records state the following:

a.      Over one-quarter of the hours billed (659) were for work occurring between March 6, 2008, when CRA was initially retained and

March 21, 2008, when the initial model was developed.  Much of

that work was in support of the "Plaintiffs' Memorandum in

Support of Restitution and Equitable Disgorgement" dated March

19, 2008.

b.      Over one-half of the hours billed to this assignment involved

associates/analyst time at an average hourly rate of $224.00.

c.      Attached as Exhibit "C1"-"C4" are resumes of senior CRA

personnel who were primarily responsible for the project are

attached as follows:

C1.      John I. Hirshleifer, Vice President, MBA UCLA,

C2.      Dr. Brian L. Palmer, Vice President, PhD MIT,

C3.      Patrick T. Breslin, Principal, MA Brandeis,

C4.      Dr. Bradford Cornell, Senior Consultant, Visiting Professor

of Financial Economics, California Institute of Technology,

PhD Stanford.

d.      More than one half of the hours billed (1,423) were for work done

in June 2008.  This work included auditing the trial for purposes of

rebuttal, analyzing opposing expert testimony, providing assistance

to attorneys for cross-examination, developing and refining models

as requested by the attorneys, and testimony.

8.      CRA's fees and costs are expenses that have been incurred by plaintiffs in

furtherance of their litigation.

4

I declare under penalty of perjury that the forgoing is true and correct.  Executed
on January 14, 2011.

JOHN I. HIRSHLEIFER

# EXHIBIT A



**INTERNATIONAL**

March 6, 2008                                                        CRA No. [to be assigned]

Dennis M. Gingold, Esq.
607 14th Street, N.W.
9th Floor
Washington, DC 2005

Re:  Cobell v. Kempthorne, No. 96 CV 01285 (JR)

Dear Mr. Gingold:

I would like your confirmation that effective March 6, 2008, Dennis M. Gingold, lead counsel for the Cobell plaintiffs (Gingold) has retained CRA International, Inc. (CRA) on behalf of you and with the consent of your client to provide consulting services ("Engagement"), which may include litigation related services, in the above referenced matter pertaining to your client, Elouise Cobell, lead plaintiff in the subject litigation ("Cobell"). The Blackfeet Reservation Development Fund, Inc. ("Blackfeet Fund") shall be responsible for the payment of CRA's fees and expenses in accordance with the terms of the Engagement.

In establishing and maintaining good relationships with clients, we have found it important to provide each client with a statement of our engagement practices and our billing policies. These practices and policies are intended to safeguard our client information, establish reasonable fees for our services, and provide for the billing and collection of fees in a timely manner.

All documents provided to CRA by Gingold or Cobell are the property of Gingold or Cobell. Following termination, any nonpublic information you have supplied to CRA, which is retained by us, will be kept confidential with at least the same degree of care as we use for our own materials. If, upon such termination, you wish, at Blackfeet Fund's expense, to have any such documents stored by us, delivered to you, or destroyed, please advise us. Otherwise, all such documents will be transferred to the person responsible for administering our client document storage program. For various reasons, including the minimization of unnecessary storage expense, we reserve the right to destroy or otherwise dispose of any such documents.

All of CRA's work for Gingold is confidential. CRA staff members and consultants have signed confidentiality agreements and shall not disclose any confidential information or documents used or obtained in the course of our studies unless expressly authorized by Gingold or Cobell or ordered to do so by a court of competent jurisdiction. This obligation of confidentiality does not apply to data or information which: (1) is or becomes generally available to the public other than as a result of a disclosure by CRA or any of its representatives; or (2) is required to be disclosed pursuant to any subpoena, order or decree of any appropriate court or governmental agency; or (3) was in CRA's possession prior to the time it was disclosed to CRA by you or your client; or (4) is disclosed to CRA by a third party who is under no obligation of confidentiality to you or your client. The terms of this paragraph shall survive termination and/or the expiration of this agreement.

The relationship of CRA and Cobell, the Blackfeet Fund and Gingold is solely that of independent contractors. In no event shall this agreement or any work performed by CRA create a relationship of principal and agent, partnership or joint venture or any fiduciary relationship between the parties.

Under this Agreement, CRA will provide consulting expert services to Gingold at client's request. CRA will report to Gingold on the progress of CRA's work, either orally or, if requested by client, in written form. CRA will offer independent, objective opinions and analysis, leading to testimony if Gingold requests.

1055 East Colorado Boulevard   Suite 420   Pasadena, California 91106-2327   626-564-2000   Fax 626-564-2099

Dennis M. Gingold, Esq.
March 6, 2008
Page 2

All invoices will be submitted to Gingold for payment.  Although CRA has been retained by Gingold to provide consulting services with respect to matters pertaining to Cobell, we recognize that Cobell is our ultimate client.  CRA will look to Gingold for assistance in collections of all fees owed to CRA by Blackfeet Fund, and Gingold agrees to promptly forward all invoices to Cobell and the Blackfeet Fund.  Blackfeet Fund shall provide a **$25,000.00** retainer which will be applied against the final invoice.  CRA will return any remaining funds within thirty (30) days of work completion or termination.  Our billing and payment policies are described in Exhibit A to this letter, which is incorporated herein.

The total liability of CRA shall be limited to the total amount of fees paid to CRA under this engagement.  Under no circumstances shall CRA be liable for consequential, punitive, incidental or special damages or claims in the nature of lost profits, lost revenue or lost opportunity costs.  The terms of this paragraph shall survive termination and/or the expiration of this agreement.

To confirm the Engagement, please sign and date a copy of this letter, and forward it to Cobell and the Blackfeet fund for execution.  Once it is executed and dated by each of you, please return the executed confirmation of Engagement to me.  Thank you for your confidence in our ability to assist you and your client.  We look forward to working with you.

Sincerely yours,

CRA INTERNATIONAL, INC.

John I. Hirshleifer
Vice President

JIH/skd
Enclosure

Accepted by:

_____
Signature

_DENNIS GINGOLD , LEAD COUNSEL_
Print Name and Title

_Cobell PLAINTIFFS_
Print Company Name

_3/26/08_
Date

03/27/2008 12:22 FAX 406 255 5350   FI BANCSYSTEM   @001/001
03/28/2008 09:57 FAX 703 648 8501   KILPATRICK STOCKTON LLP   @003

202-

Dennis M. Gingold, Esq.
March 6, 2008
Page 3

Signature

Elouise C. Cobell, Project Dir, IIM
Print Name and Title

Blackfeet Reservation Dev. Fund, INC
Print Company Name

3/27/08
Date

Signature

Elouise Pepion Cobell, Lead Plaintiff
Print Name and Title

Print Company Name

3/27/08
Date

03/26/2008 09:57 FAX 703 648 8501          KILPATRICK STOCKTON LLP                              ☑004

## EXHIBIT A

### CRA International

| | Hourly |
|---|---|
| President & Vice Presidents | US$475–US$900 |
| Senior Consultants | US$350–US$1000 |
| Principals | US$400–US$585 |
| Associate Principals | US$350–US$460 |
| Senior Associates | US$320–US$410 |
| Consulting Associates | US$240–US$330 |
| Associates | US$200–US$300 |
| Analysts | US$190–US$220 |
| Other Support | US$115 |

CRA provides consulting services in connection with projects on a time-and-materials basis and bills clients for actual hours worked according to the rates shown above. Ordinarily, we submit invoices every four weeks, but we may submit them more frequently, if appropriate, in light of the engagement. All invoices are due and payable upon receipt. To ensure that our work proceeds uninterrupted, it is important to keep your account with us current. CRA requires that all outstanding invoices be paid in full prior to the provision of testimony in a matter. We reserve the right to discontinue work, to decline to give testimony or provide other work product, if bills are overdue. At any time, CRA may request a retainer to be applied against the final invoice. In the event that CRA is required to undertake collection efforts for unpaid invoices, client shall also be responsible for payment of CRA's attorneys' fees and costs associated therewith. CRA shall be paid for services (including any legal fees and expenses) provided in connection with responding to any subpoena, administrative or legal proceeding or discovery requests that may arise after conclusion of the services provided herein or termination of this agreement, provided only that CRA has given the client prior written notice, and a reasonable opportunity to object and/or move to quash, before CRA complies with such subpoena or discovery request.

Expenses for travel, outside photocopying and data acquisition are billed at cost. Miscellaneous expenses for telephone, facsimile, on-site copying, on-line information resources, courier, shipping, postage, administrative support, and supplies are allocated on a pro rata basis and are billed at the average cost to CRA across all projects. The current charge for these costs is US$16.41/labor hour. Standard fees for use of computer hardware, software, support, and network services are US$17/labor hour. In the event of a dispute arising out of this retention, the laws of the Commonwealth of Massachusetts shall govern without regard to conflicts of laws. The parties to this Agreement hereby waive the right to a trial by jury on any matters arising under or related to this Agreement. These hourly rates and costs are subject to periodic change.

Payment by wire may be made, as follows:

Citizens Bank
1 Citizens Drive
Riverside, RI 02915
ABA #011500120
CRA International, Inc.
Account #1139714659

Payment by check may be made, as follows:

CRA International, Inc.
PO Box 845960
Boston, MA 02284-5960

# EXHIBIT B1



CRA No.   D-12928

Please Remit in US Dollars To:

CRA International, Inc.
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120

Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

March 31, 2008

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

| Invoice Number | 057555 |
|---|---|
| Re: | The Blackfeet Reservation Development Fund, Inc. - Cobell Case |

Activity Dates:    Through March 21, 2008

| Professional Staff | $239,747.25 |
|---|---|
| Expenses | 21,011.99 |
| **Total This Invoice:** | **$260,759.24** |

Submitted in original and one copy.

NOTE:  CRA International, Inc. is not subject to backup withholding.  Our corporate Federal
Taxpayer Identification Number is 04-2372210.



INTERNATIONAL

March 31, 2008
Invoice Number 057555
Job No.:   D-12928

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

**FOR:   THE BLACKFEET RESERVATION DEVELOPMENT FUND, INC. - COBELL CASE**

Activity Dates:      Professional Services through March 21, 2008

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Cornell, Bradford | 25.00 | 725.00 | 18,125.00 |
| Hirshleifer, John | 119.75 | 590.00 | 70,652.50 |
| Breslin, Patrick | 102.85 | 450.00 | 46,282.50 |
| Werner, Adam | 53.75 | 460.00 | 24,725.00 |
| Dahlkemper, Aron | 4.50 | 330.00 | 1,485.00 |
| Associate/Analyst | 347.70 | | 77,787.75 |
| Other Support | 5.60 | | 689.50 |
| TOTAL LABOR | 659.15 | | 239,747.25 |

REIMBURSABLE EXPENSES

| | | |
|---|---|---|
| Computer Network Services | 10,780.55 | |
| Misc. Reimbursable Expenses | 10,231.44 | |
| REIMBURSABLE EXPENSES | | 21,011.99 |
| **TOTAL CHARGES** | | **$260,759.24** |

*CRA International - US*
*Project Labor/Expense Detail*
*Invoice # 057555*
*D12928 - BLACKFEET TRUST - GINGOLD*
*Activity Date: Through March 21, 2008*
*OIC: Hirshleifer, John*
*Manager: Breslin, Patrick*

**Cornell, Bradford - Senior Consultant**

| Date | Hours | Description |
|------|-------|-------------|
| 03/06/2008 | 3.00 | Conv. with attorneys, meet with staff, review documents, work through government financial documents |
| 03/07/2008 | 2.25 | Conf. call with attorneys, meet with staff, review documents, collect and review historical economic data |
| 03/08/2008 | 2.50 | Meet with staff; review material; analyze data |
| 03/09/2008 | 2.75 | Meet with staff; review material; analyze data; build models |
| 03/10/2008 | 1.50 | Review materials; analysis; meet with staff; conference call with attorneys |
| 03/11/2008 | 3.00 | Meet w/staff; rvw documents; rvw academic mat'ls; conf. call w/attorneys; work on trust model |
| 03/12/2008 | 3.00 | Meet w/attorneys and staff at CRA; work on models; conf. call w/attorneys |
| 03/13/2008 | 1.50 | Meet with staff; rvw work product and models |
| 03/14/2008 | 2.00 | Meet with staff; rvw work product and models |
| 03/15/2008 | 1.50 | Meet with staff; data analysis |
| 03/16/2008 | 0.25 | Conference with staff |
| 03/18/2008 | 0.25 | Conference with staff |
| 03/19/2008 | 1.50 | Conference with staff; review work product; conference call with DC |
| **Total:** | **25.00** | |

**Hirshleifer, John - Vice President**

| Date | Hours | Description |
|------|-------|-------------|
| 03/06/2008 | 12.25 | See separate timesheet for detail |
| 03/07/2008 | 10.25 | See separate timesheet for detail |
| 03/08/2008 | 9.25 | See detailed timesheet. |
| 03/09/2008 | 7.00 | See detailed timesheet. |
| 03/10/2008 | 7.50 | See detailed timesheet. |
| 03/11/2008 | 12.00 | See detailed timesheet. |
| 03/12/2008 | 6.50 | See detailed timesheet. |

**Hirshleifer, John - Vice President (cont.)**

| Date | Hours | Description |
|------|-------|-------------|
| 03/13/2008 | 8.00 | see detailed timesheet |
| 03/14/2008 | 9.25 | See detailed timesheet. |
| 03/15/2008 | 4.00 | See detailed timesheet. |
| 03/16/2008 | 11.25 | See detailed timesheet. |
| 03/17/2008 | 9.00 | See detailed timesheet. |
| 03/18/2008 | 12.50 | See detailed timesheet. |
| 03/19/2008 | 1.00 | Calls w/P. Breslin; review work; discs. w/A. Lewis, A. Werner, C. Rowland |
| **Total:** | **119.75** | |

**Breslin, Patrick - Principal**

| Date | Hours | Description |
|------|-------|-------------|
| 03/09/2008 | 5.50 | See separate timesheet for detail |
| 03/10/2008 | 9.00 | See separate timesheet for detail |
| 03/11/2008 | 9.50 | See separate timesheet for detail |
| 03/12/2008 | 8.30 | See separate timesheet for detail |
| 03/13/2008 | 12.30 | See separate timesheet for detail |
| 03/14/2008 | 10.30 | See separate timesheet for detail |
| 03/15/2008 | 7.70 | see separate timesheet for detail. |
| 03/16/2008 | 9.75 | See separate timesheet for detail |
| 03/17/2008 | 9.50 | see separate timesheet for detail |
| 03/18/2008 | 13.50 | see separate timesheet for detail |
| 03/19/2008 | 7.50 | see separate timesheet for detail |
| **Total:** | **102.85** | |

**Werner, Adam - Principal**

| Date | Hours | Description |
|------|-------|-------------|
| 03/08/2008 | 1.00 | Meet with expert. |
| 03/08/2008 | 2.00 | Work on  trust models. |
| 03/08/2008 | 1.50 | Review documents. |
| 03/09/2008 | 2.00 | Meet with expert and staff.  Call with client. |
| 03/09/2008 | 2.50 | Work on trust models |
| 03/09/2008 | 1.25 | Review of documents |
| 03/10/2008 | 1.50 | Calls with client. |
| 03/10/2008 | 5.00 | Review and analyse data. |
| 03/10/2008 | 3.00 | Work on trust models. |
| 03/11/2008 | 2.50 | Calls with client, meetings with expert.  Meetings with staff |
| 03/11/2008 | 3.00 | Review documents.  Update data based on review. |
| 03/11/2008 | 3.50 | Work on regression analysis and explore alternatives. |
| 03/12/2008 | 2.00 | Review presentations and work on interpolation. |
| 03/12/2008 | 1.50 | Work on regression models. |
| 03/12/2008 | 3.00 | Calls with client.  Conference calls.  Meetings with staff. |
| 03/12/2008 | 2.50 | Review new documents. |
| 03/13/2008 | 1.50 | Calls with client.  Meetings with staff. |
| 03/13/2008 | 1.00 | Work on benefit explanation. |
| 03/13/2008 | 0.50 | regression analysis. |
| 03/13/2008 | 1.00 | trust modeling g. |
| 03/14/2008 | 2.00 | Calls with client.  Meetings with staff.  Conference calls. |
| 03/14/2008 | 1.50 | Review and work on trust models. |
| 03/07/2008 | 0.50 | Meetings with expert and staff. |
| 03/07/2008 | 2.00 | Research on equity returns. |
| 03/07/2008 | 2.50 | Research on inflation measures. |
| 03/07/2008 | 3.50 | Review documents from client. |
| **Total:** | **53.75** | |

**Dahlkemper, Aron - Senior Associate**

| Date | Hours | Description |
|---|---|---|
| 03/14/2008 | 4.50 | Reviewing model and accounting analysis |
| **Total:** | **4.50** | |

**Katzman, David - Associate**

| Date | Hours | Description |
|---|---|---|
| 03/10/2008 | 1.50 | Background review and research with court documents |
| 03/11/2008 | 3.00 | Reviewing documents for disbursement information/data |
| 03/12/2008 | 5.50 | Reviewing documents for disbursement information/data |
| 03/13/2008 | 2.25 | Reviewing documents for disbursement information/data |
| 03/14/2008 | 2.00 | Reviewing documents for disbursement information/data |
| **Total:** | **14.25** | |

**Srivastava, Parul - Associate**

| Date | Hours | Description |
|---|---|---|
| 03/11/2008 | 1.00 | attended meeting, duty allocated to replicate regression analysis |
| 03/12/2008 | 7.00 | DM of regression analysis |
| 03/13/2008 | 7.00 | Dm of regression models  contd. |
| **Total:** | **15.00** | |

**Hartig, Seth - Associate**

| Date | Hours | Description |
|---|---|---|
| 03/12/2008 | 9.00 | Regression Analysis, Search for Data (Commodity prices, price indexes), Review Historical Financials |
| 03/13/2008 | 8.00 | historical financials, research, model |
| 03/14/2008 | 5.50 | review Disbursement and interest |
| 03/15/2008 | 3.50 | Review/Disbursements/build model |
| 03/16/2008 | 4.00 | Build Model |
| 03/17/2008 | 9.00 | Putting together the model, QCing currnet information in the model. |
| 03/18/2008 | 13.00 | Development and QC of Model |
| 03/19/2008 | 5.00 | QC model, reconcile 3 different models |
| **Total:** | **57.00** | |

**Freund, Katherine - Analyst**

| Date | Hours | Description |
|------|-------|-------------|
| 03/10/2008 | 2.50 | Reading court transcripts, reports, and other documents about the case. |
| 03/10/2008 | 0.75 | Researching Dawes Act |
| 03/10/2008 | 3.50 | Researching geographic areas and commodities in states of interest |
| 03/11/2008 | 4.00 | Recording revenues from DOI documents |
| 03/11/2008 | 2.50 | Researching states of interest and their resources (e.g. oil, gas, timber) |
| 03/12/2008 | 2.00 | Researching commodity prices and indexes |
| 03/12/2008 | 4.25 | Review revenues based on Osage, Tribal Revs, Commodities |
| 03/12/2008 | 2.25 | Meetings with team |
| 03/12/2008 | 2.00 | Researching geography of land areas |
| 03/12/2008 | 0.75 | Reading and research regarding Osage |
| 03/13/2008 | 3.25 | Review Osage within calculations |
| 03/13/2008 | 2.25 | Conference calls on Osage |
| 03/13/2008 | 4.00 | Geography and commodities research |
| 03/13/2008 | 1.50 | Interest |
| 03/14/2008 | 3.50 | Review Osage calculations |
| 03/14/2008 | 3.75 | Disbursements |
| 03/15/2008 | 1.25 | Osage update |
| 03/15/2008 | 4.25 | Disbursements calculations |
| 03/16/2008 | 2.50 | Historical Revenues, Interest, QC |
| 03/16/2008 | 1.25 | Osage update |
| 03/16/2008 | 1.25 | Baseline model review |
| 03/17/2008 | 4.25 | Baseline model |
| 03/17/2008 | 3.25 | Update/DM, review Osage and Interest in model |
| 03/17/2008 | 3.50 | Review Interest, Revenues, Balances calculations |
| 03/18/2008 | 8.25 | Replicating model, reconciliation between two models |
| 03/18/2008 | 3.00 | Osage, Interest, and Revenue issues and updates |

**Freund, Katherine - Analyst (cont.)**

| Date | Hours | Description |
|---|---|---|
| 03/18/2008 | 2.50 | 2006 and 2007 DOI report and data |
| 03/19/2008 | 3.25 | Reconciliation of two models |
| **Total:** | **81.25** | |

**Lewis, Adam - Analyst**

| Date | Hours | Description |
|---|---|---|
| 03/10/2008 | 1.00 | .2 Conversation with Adam W.; xx.xx Reviewing Model |
| 03/11/2008 | 14.60 | 3.2: Conversations with John H. and/or Adam W.; 11.4 Creation of Models and Exhibits |
| 03/12/2008 | 6.40 | .8: Conversations with Senior Staff; 5.6: Modeling |
| 03/13/2008 | 6.40 | .5: Conversations with Adam W. and Brian P.; 5.9: Model Creation |
| 03/06/2008 | 4.50 | 4.1 on Research; .4 on Conversation with John Hirshleifer |
| 03/14/2008 | 5.20 | Model Creation |
| 03/07/2008 | 5.80 | .4 Conversation with Brad, John Hirsh., Adam, and Clarence; 5.4 on Research |
| 03/16/2008 | 10.20 | 3.2: Conversations with Team; 7.0: Model and Exhibit Creation |
| 03/17/2008 | 4.30 | 2.3: Conversations with Senior Staff; 2.0: Model Creation |
| 03/18/2008 | 10.40 | 2.1: Conversations with Team; 8.3: Model Creation |
| 03/19/2008 | 2.40 | Final Model DM |
| **Total:** | **71.20** | |

**Rowland, Clarence - Analyst**

| Date | Hours | Description |
|---|---|---|
| 03/08/2008 | 5.00 | 3 hrs modeling, 2 hrs research |
| 03/09/2008 | 10.00 | 10 hrs model building |
| 03/10/2008 | 11.00 | 5 hrs research, 6 hours model building |
| 03/11/2008 | 15.00 | 15 hrs model building |
| 03/12/2008 | 8.00 | model building |
| 03/13/2008 | 8.00 | cobell |
| 03/14/2008 | 13.00 | model building |
| 03/15/2008 | 4.00 | modeling |
| 03/16/2008 | 9.00 | modeling |

**Rowland, Clarence - Analyst (cont.)**

| Date | Hours | Description |
|------|-------|-------------|
| 03/17/2008 | 7.00 | modeling |
| 03/18/2008 | 13.00 | modeling |
| 03/19/2008 | 6.00 | modeling and DM |
| **Total:** | **109.00** | |

**Knoebl-Wood, Patricia - Support**

| Date | Hours | Description |
|------|-------|-------------|
| 03/10/2008 | 0.80 | Print and copy documents, add to database, binders |
| 03/11/2008 | 0.40 | Print and copy documents, add to database, binders |
| 03/13/2008 | 0.30 | Print and copy documents, add to database |
| 03/06/2008 | 2.10 | Print & copy documents, build DB, build binders |
| 03/07/2008 | 0.70 | Print & copy documents, add to DB, binders |
| **Total:** | **4.30** | |

**Kozumplik, Joanne - Support**

| Date | Hours | Description |
|------|-------|-------------|
| 03/10/2008 | 1.30 | Search for Native American Trust land acreage and borders. |
| **Total:** | **1.30** | |

| | |
|---|---|
| **Total Hours:** | **659.15** |
| **Amount for Total Hours:** | **$239,747.25** |

**REIMBURSABLE EXPENSES**

| | AMOUNT |
|---|---|
| **Computer Network Services** | $ 10,780.55 |
| **Miscellaneous Reimbursable Expenses** | $ 10,231.44 |
| **TOTAL REIMBURSABLE EXPENSES** | $ 21,011.99 |
| **TOTAL AMOUNT OF INVOICE:** | $260,759.24 |

THE
**BALLENTINE BARBERA**
GROUP

A CRA International Company

March 31, 2008                                    CRA No.   D-12928

Dennis Gingold, Esq.
The Blackfeet Reservation Development Fund, Inc.
607 14th Street NW, 9th Floor
Washington, DC  20005

Re:   The Blackfeet Reservation Development Fund, Inc. – The Cobell Case

Dear Dennis:

Enclosed please find an invoice for work performed during the period through March 21, 2008 in connection with the above referenced matter.

Should you have any questions regarding this invoice, please don't hesitate to contact me directly at 202.662.3869.

Sincerely,

Patrick Breslin
Principal

Enclosure



Hirshleifer, John

Re: Blackfeet Trust-D12928-00

| Date | | Hours | Description |
|---|---|---|---|
| Saturday | 3/1/2008 | | |
| Sunday | 3/2/2008 | | |
| Monday | 3/3/2008 | | |
| Tuesday | 3/4/2008 | | |
| Wednesday | 3/5/2008 | | |
| Thursday | 3/6/2008 | 12.25 | Calls w/B. Cornell (.20); disc. w/B. Palmer (.10); call w/G. Rempel, B. Palmer (.60); call w/G. Rempel (1.60); discs. w/P. Wood, S. Murphy (.25); review docs. & analysis (7.00); discs. w/A. Lewis, C. Rowland (1.0); calls w/B. Cornell, B. Palmer, P. Breslin (1.25); discs. w/B. Cornell, C. Rowland (.25) |
| Friday | 3/7/2008 | 10.25 | Call w/B. Cornell, P. Breslin, G. Rempel, D. Gingold (1.00); call w/P. Breslin (.15); discs. w/A. Werner, B. Cornell, C. Rowland, A. Lewis (2.50); call w/P. Breslin, G. Rempel (1.00); Discs. w/P. Wood (.10); review docs., research, data & work; analysis (5.50) |
| Saturday | 3/8/2008 | 9.25 | Discs. w/C. Rowland, A. Werner, B. Cornell (2.00); prep. and review work (4.25); research (1.00); review docs. (2.00) |
| Sunday | 3/9/2008 | 7.00 | Discs. w/C. Rowland, A. Werner, B. Cornell (2.00); call w/Cornell, Werner, Rowland, P. Breslin (.90) review work (2.00); research (.50); review docs. (1.00); calls w/P. Breslin (.50); call w/B. Cornell (.10) |
| Monday | 3/10/2008 | 7.50 | Calls w/B. Cornell, B. Palmer, G. Rempel, A. Werner, P. Breslin, D. Gingold (2.00); Review work (2.00); review docs. (2.00); research (1.00) Discs. w/A. Lewis, C. Rowland (.50) |
| Tuesday | 3/11/2008 | 12.00 | Discs. w/A. Werner, A. Lewis, C. Rowland, B. Cornell, B. Palmer (4.00); Calls w/B. Cornell, P. Breslin, D. Gingold, G. Rempel, A. Werner, B. Palmer (1.50); Analysis and review & edit work (4.5); Review docs. (2.00) |
| Wednesday | 3/12/2008 | 6.50 | Discs. w/A. Werner, A. Lewis, C. Rowland, B. Cornell, B. Palmer (2.00); Meeting w/Bill Dorris, Cornell, Palmer (.50); Calls w/B. Cornell, P. Breslin, D. Gingold, G. Rempel, A. Werner, B. Palmer (1.00); Analysis and review & edit work (2.00); Review docs. (1.00) |
| Thursday | 3/13/2008 | 8.00 | Call w/P. Breslin, K. Freund (.25); Discs. w/B. Palmer, A. Werner, A. Lewis, C. Rowland (1.00); conf. calls w/P. Breslin, B. Palmer, G. Rempel, A. Werner (4.00); calls w/P. Breslin (.50); review docs. and work; analysis (2.00); calls with B. Cornell, B. Palmer, A. Werner (.25) |
| Friday | 3/14/2008 | 9.25 | Calls w/P. Breslin (2.30); discs. w/B. Cornell, A. Werner, A. Lewis, C. Rowland (2.25); Analysis and review and prep. work (4.50); call w/G. Rempel, D. Gingold, P. Breslin, B. Cornell, A. Werner (.10); call w/B. Palmer (.10) |
| Saturday | 3/15/2008 | 4.00 | Discs. w/A. Werner, B. Cornell, C. Rowland (1.50); calls w/P. Breslin, A. Werner, C. Rowland (1.00); review work (1.50) |
| Sunday | 3/16/2008 | 11.25 | Discs. w/A. Werner, B. Cornell, C. Rowland, A. Lewis (2.00); analysis, review docs. and prep./review work (7.25);calls w/P. Breslin, A. Werner, C. Rowland (2.00); |
| Monday | 3/17/2008 | 9.00 | Calls w/P. Breslin, Adam Lewis, C. Rowland, K. Freund, S. Hartig (2.00); discs. w/A. Werner, C. Rowland, A. Lewis, B. Cornell (2.00); analysis, review docs. And work (5.00) |
| Tuesday | 3/18/2008 | 12.50 | Calls w/P. Breslin, B. Cornell (1.50); analysis & review work(7.90); discs. w/A. Lewis, A. Werner, C. Rowland (3.00);msg. for G. Rempel (.10) |
| Wednesday | 3/19/2008 | 1.00 | Calls w/P. Breslin (.30); review work(.40); discs. w/A. Lewis, A. Werner, C. Rowland (.30) |
| Thursday | 3/20/2008 | | |
| Friday | 3/21/2008 | | |
| Saturday | 3/22/2008 | | |
| Sunday | 3/23/2008 | | |
| Monday | 3/24/2008 | | |
| Tuesday | 3/25/2008 | | |
| Wednesday | 3/26/2008 | | |
| Thursday | 3/27/2008 | | |
| Friday | 3/28/2008 | | |
| Saturday | 3/29/2008 | | |
| Sunday | 3/30/2008 | | |
| Monday | 3/31/2008 | | |
| Total | | 119.75 | |

Breslin, Patrick                    Re: Blackfeet Trust  (D 12928)

                                                      Cobell Case

Sunday, March 9th 2008

| Time (in hours) | Task |
|---|---|
| 1.50 | Conf. call with B. Cornell, J. Hirshleifer and team. Follow up/review. |
| 2.00 | Read various documents from client. |
| 2.00 | Review draft analysis and assumptions. |
| 5.50 | Total |

Monday, March 10th, 2008

| Time (in hours) | Task |
|---|---|
| 1.00 | Meet w/ DC team (K. Freund, D. Katzman) re: background and case materials |
| 1.20 | Conf. calls w/ client (G. Rempel) and J. Hirshleifer. Follow up review. |
| 4.80 | Discussion and review of various documents and manage K. Freund, D. Katzman. |
| 2.00 | Review various documents (e.g. re: trust, disbursements, historic revenue). |
| 9.00 | Total |

Tuesday, March 11th, 2008

| Time (in hours) | Task |
|---|---|
| 2.80 | Organize and participate in client conf. calls (G. Rempel, D. Gingold), prep and related review with team. Follow up call w/ G. Rempel. |
| 2.70 | DC team meetings (K. Freund, D. Katzman, S. Hartig), calls w/ CA team. |
| 3.20 | Review case documents (e.g. historic revenue reports, background) |
| 0.80 | Various team engagement management items. |
| 9.50 | Total |

Wednesday, March 12th, 2008

| Time (in hours) | Task |
|---|---|
| 3.20 | Meetings w/ team re: historic trust records, disbursements, review related items (pre- and post-meeting) |
| 1.70 | Arrange/participate in conf. call w/ client (G. Rempel, D. Gingold) and team, related review, follow up. |
| 0.50 | Internall call w/ J. Hirshleifer. |
| 2.90 | Review of trust related documents (FTI analysis, related documents). Related internal calls. Meet w/ K. Freund. |
| 8.30 | Total |

Thursday, March 13th, 2008

| Time (in hours) | Task |
|---|---|
| 2.80 | Conf. calls w/ client re: trust and data issues. Related review, follow up. |
| 1.20 | Meet w/ client re: project status, government data, related items. |
| 2.70 | Discuss disbursement and CP&R information w/ D. Katzman, related items |
| 1.90 | Internal conf. calls and discussions regarding gov. data issues |
| 2.20 | Review model, discuss with team, related project discussions. |
| 1.50 | Review trust analysis, discuss w/ K. Freund. |
| 12.30 | Total |

Friday, March 14th, 2008

| Time (in hours) | Task |
|---|---|
| 3.20 | Internal review, discussions on gov. data and related items. Meet w/ A. Dahlkemper to discuss model. |
| 3.70 | Manage staff and review analysis and model implementation. |
| 1.90 | Internal conf. call (w/ B. Cornell, J. Hirshleifer). Summary and prep discussions on simplified model description for client. |
| 1.50 | Org. and particpate in client conference call (G. Rempel & D. Gingold), related preparation and review. |
| 10.30 | |

**Breslin, Patrick**  Re: Blackfeet Trust  (D 12928)

Cobell Case

<u>Saturday March 15th 2008</u>

| Time (in hours) | Task |
|---|---|
| 1.00 | Review 2006, 2007 trust accounting and various historical documents. |
| 4.00 | Review model, meet w/ S. Hartig and K. Freund re: trust data items. |
| 1.50 | Calls and communications w/ Pasadena office (J. Hirshleifer, A. Werner) |
| 1.20 | Meet w/ client (G. Rempel), review model, discuss follow up. Related prep. |
| **7.70** | **Total** |

<u>Sunday, March 16th 2008</u>

| Time (in hours) | Task |
|---|---|
| 2.10 | Review model and data issues. Conf. calls w/ K. Freund, S. Hartig). |
| 2.30 | Manage team model revisions (S. Hartig and K. Freund, CA) and review. |
| 2.20 | Iterations of model review (e.g. government data issues) and revisions, team task management. |
| 2.15 | Iterations of model review, manage data management and checking comparisons w/ Pasadena team. |
| 1.00 | Conf. calls w/ J. Hirshleifer and A. Lewis. |
| **9.75** | **Total** |

<u>Monday, March 17th 2008</u>

| Time (in hours) | Task |
|---|---|
| 2.00 | Calls w/ J. B. Cornell, J. Hirshleifer. |
| 3.20 | Internal meetiings to review model implementation, checking. Related calls w/ Pasadena team. |
| 2.10 | Review model data issues (e.g. historical data availability, etc.). |
| 2.20 | Client calls and communications, review of draft analysis. |
| **9.50** | **Total** |

<u>Tuesday, March 18th, 2008</u>

| Time (in hours) | Task |
|---|---|
| 2.10 | Discuss model revisions (J. Hirshleifer, S. Hartig, C. Rowland, K. Freund) and review (e.g. various gov. data issues). |
| 3.20 | Iterations of model review (e.g. government data issues) and coordinate team revisions, DC and CA team coord. management. |
| 3.50 | Iterations of model review, team data management and checking comparisons w/ Pasadena team. |
| 2.90 | Review model and data issues. Internal conference calls |
| 1.80 | Calls with G. Rempel on draft analysis and data questions |
| **13.50** | **Total** |

<u>Wednesday, March 19th, 2008</u>

| Time (in hours) | Task |
|---|---|
| 5.60 | Review model and data issues. Internal conference calls |
| 1.90 | Calls with client regarding analysis, related follow up and review. |
| **7.50** | **Total** |

**CRA 2008 Labor Billing Rates**

| Employee / Practice/Level | Office | Level | US (00) US Dollars |
|---|---|---|---|
| Cornell, Brad | Pasadena | Senior Consultant | 725 |
| Palmer, Brian | Pasadena | Vice President | 630 |
| Hirshleifer, John | Pasadena | Vice President | 590 |
| Werner, Adam | Pasadena | Principal | 460 |
| Breslin, Patrick | Wash., D.C. | Principal | 450 |
| Dahlkemper, Aron | Wash., D.C. | Sr. Associate | 330 |
| Hartig, Seth | Wash., D.C. | Associate | 235 |
| Katzman, David | Wash., D.C. | Associate | 235 |
| Srivastava, Parul | Pasadena | Associate | 235 |
| Tong, Hang Wah | Pasadena | Associate | 220 |
| Lewis, Adam | Pasadena | Associate | 220 |
| Rowland, Clarence | Pasadena | Associate | 220 |
| Steinberg, Joseph | Pasadena | Associate | 220 |
| Freund, Kate | Wash., D.C. | Analyst | 220 |

The CRA staff listed above are currently working on, or are anticipated to work on, the Cobell project.  It is possible that additional staff will be asked to work on the project depending on the magnitude of the work load and time deadlines.  In addition, it is likely that quality check work will be performed by CRA staff not named above.

# EXHIBIT B2



INTERNATIONAL

CRA No.   D-12928

Please Remit in US Dollars To:

CRA International, Inc.
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120

Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

May 13, 2008

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

| Invoice Number | 058684 |
| Re: | The Blackfeet Reservation Development Fund, Inc. - Cobell Case |

Activity Dates:   March 22, 2008 through April 30, 2008

| Professional Staff | $45,179.75 |
| Expenses | 2,513.07 |
| Total This Invoice: | $47,692.82 |

Submitted in original and one copy.

NOTE:  CRA International, Inc. is not subject to backup withholding.  Our corporate Federal
Taxpayer Identification Number is 04-2372210.



INTERNATIONAL

May 13, 2008
Invoice Number 058684
Job No.:  D-12928

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

**FOR:  THE BLACKFEET RESERVATION DEVELOPMENT FUND, INC. - COBELL CASE**

Activity Dates:        March 22, 2008 through April 30, 2008

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Cornell, Bradford | 0.25 | 725.00 | 181.25 |
| Hirshleifer, John | 3.05 | 590.00 | 1,799.50 |
| Palmer, Brian | 23.30 | 630.00 | 14,679.00 |
| Breslin, Patrick | 53.30 | 450.00 | 23,985.00 |
| Werner, Adam | 9.50 | 460.00 | 4,370.00 |
| Associate/Analyst | 0.75 | | 165.00 |
| TOTAL LABOR | 90.15 | | 45,179.75 |
| REIMBURSABLE EXPENSES | | | |
| Meals | | 77.02 | |
| Computer Network Services | | 1,274.15 | |
| Misc. Reimbursable Expenses | | 1,161.90 | |
| REIMBURSABLE EXPENSES | | | 2,513.07 |
| **TOTAL CHARGES** | | | **$47,692.82** |

1201 F Street, N.W., Suite 700   Washington, D.C. 20004-1204   202-662-3800   Fax 202-662-3910

**CRA International - US**
**Project Labor/Expense Detail**
**D12928 - BLACKFEET TRUST - GINGOLD**
**OIC: Hirshleifer, John**
**Manager: Breslin, Patrick**

## Cornell, Bradford - Senior Consultant

| Date | Hours | Description |
|---|---|---|
| 04/25/2008 | 0.25 | Conference call with staff |
| **Total:** | **0.25** | |

## Hirshleifer, John - Vice President

| Date | Hours | Description |
|---|---|---|
| 04/24/2008 | 0.25 | Call w/P. Breslin; call scheduling; call w/B.Cornell |
| 04/25/2008 | 0.75 | Call with G. Rempel, P. Breslin, D. Gingold; call w/B. Cornell; call with G. Rempel |
| 04/28/2008 | 0.35 | Discs. w/B. Palmer; call w/P. Breslin, B. Palmer, B. Cornell |
| 04/29/2008 | 0.20 | Call w/P. Breslin |
| 04/30/2008 | 1.50 | Call w/P. Breslin; call w/P.Breslin, B. Palmer, G. Rempel, D. Gingold, B. Cornell; research |
| **Total:** | **3.05** | |

## Palmer, Brian - Vice President

| Date | Hours | Description |
|---|---|---|
| 04/06/2008 | 0.50 | Conference call on 03/06 |
| 04/07/2008 | 3.00 | Discussions regarding data and model structure on 03/10 |
| 04/08/2008 | 6.50 | Regression analysis and estimation of missing data 03/11 |
| 04/09/2008 | 6.00 | discussions and modelling the avoided interest calculations 03/12 |
| 04/10/2008 | 6.50 | Complete formal write-up of methodology and subsequent discussions 03/13 |
| 04/30/2008 | 0.80 | Call to discuss hearing and next steps |
| **Total:** | **23.30** | |

## Breslin, Patrick - Principal

| Date | Hours | Description |
|---|---|---|
| 04/11/2008 | 4.50 | Conference call w/G. Rempel, D. Gingold; review of examples/contexts of benefit calculations; discuss/commun. w/S. Kletter, S. Bloomberg |
| 04/13/2008 | 2.50 | Research examples of comparable benefit conferred analyses, contexts, economic methods; conference call w/S. Bloomberg |
| 04/14/2008 | 9.20 | Meet/calls w/various CRA professionals on benefit conferred analysis examples in US Government regulation, other contexts; research relevant examples (e.g. energy, environment, anti-trust, tax) |
| 04/15/2008 | 8.90 | Meet/calls w/various CRA professionals on benefit conferred analysis examples in US Government regulation, other contexts; research relevant examples (e.g. energy, environment, anti-trust, tax); begin draft summary memo |
| 04/16/2008 | 10.50 | Finalize draft summary memo on types benefits conferred analyses; meet/calls w/various CRA professionals on benefit conferred analysis examples in US Government regulation, other contexts; research relevant examples (e.g. energy, environment, anti-trust, tax) |
| 04/22/2008 | 1.50 | Review final plaintiff response to government opposition filing, brief communications w/G. Rempel and J. Hirshleifer |
| 04/23/2008 | 1.50 | Conference call w/G. Rempel; review 4/21 filing and related items |
| 04/24/2008 | 1.20 | Review plaintiff 4/21 filing and related government opposition; review related items |

| Date | Hours | Description |
|---|---|---|
| 04/25/2008 | 1.40 | Org and participate in conferen call w D. Gingold, G. Rempel and J. Hirshleifer |
| 04/28/2008 | 7.10 | Attend pre-trial hearing, meetings before and after w/client; brief Pasadena team |
| 04/29/2008 | 0.50 | Coordinate meeting/calls; related review |
| 04/30/2008 | 4.50 | Coference call with G. Rempel, D. Gingold, J. Hirshleifer, B. Cornell, B. Palmer; review court docs and government accounting |
| **Total:** | **53.30** | |

**Werner, Adam - Principal**

| Date | Hours | Description |
|---|---|---|
| 03/22/2008 | 4.00 | Work on benefit conferred analysis on 03/15 |
| 03/23/2008 | 3.50 | Work on benefit conferred analysis; review documents on 03/16 |
| 03/24/2008 | 0.50 | Review calculations on 03/17 |
| 03/25/2008 | 1.50 | Review calculations and brief on 03/18 |
| **Total:** | **9.50** | |

**Freund, Katherine - Analyst**

| Date | Hours | Description |
|---|---|---|
| 03/27/2008 | 0.75 | Data managemenet |
| **Total:** | **0.75** | |

**Total Hours:** 90.15

**Amount for Total Hours:** $45,179.75

**REIMBURSABLE EXPENSES** AMOUNT

**Hirshleifer, John - Vice President**

| Date | | |
|---|---|---|
| 04/25/2008 | Meal on 03/09, J. Hirshleifer | $13.21 |

**Lewis, Adam - Analyst**

| Date | | |
|---|---|---|
| 04/11/2008 | Meal on 03/09, A. Lewis | $19.32 |
| 04/11/2008 | Meal on 03/11, A. Lewis | $16.62 |
| 04/11/2008 | Meal on 03/16, A. Lewis | $14.99 |
| 04/11/2008 | Meal on 03/18, A. Lewis | $12.88 |

| | |
|---|---|
| Computer Network Services | $1,274.15 |
| Miscellaneous Reimbursable Expenses | $1,161.90 |

**TOTAL REIMBURSABLE EXPENSES** $2,513.07

**TOTAL AMOUNT OF INVOICE:** $47,692.82

THE
BALLENTINE BARBERA
GROUP
A CRA International Company

May 13, 2008                                        CRA No.   D-12928

Dennis Gingold, Esq.
The Blackfeet Reservation Development Fund, Inc.
607 14th Street NW, 9th Floor
Washington, DC  20005

Re:   The Blackfeet Reservation Development Fund, Inc. – The Cobell Case

Dear Dennis:

Enclosed please find an invoice for work performed during the period from March 22,
2008 through April 30, 2008 in connection with the above referenced matter.   Activity
includes work performed before March 22, 2008, but entered after March 22, 2008 (dates
are noted in attached detail.

Should you have any questions regarding this invoice, please don't hesitate to contact me
directly at 202.662.3869.

Sincerely,

Patrick Breslin
Principal

Enclosure



1201 F Street, N.W., Suite 700   Washington, DC 20004-1229   202-662-3800   Fax 202-662-3910

# EXHIBIT B3



INTERNATIONAL

CRA No.   D-12928

Please Remit in US Dollars To:

CRA International, Inc.
P.O. Box 845960
Boston, MA  02284-5960 USA

Payable Via Wire Transfer To:

CRA International, Inc.
Account #: 1139714659
ABA #: 011500120

Citizens Bank
1 Citizens Drive
Riverside, RI 02915 USA

June 27, 2008

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

| Invoice Number | 059707 |
|---|---|
| Re: | The Blackfeet Reservation Development Fund, Inc. - Cobell Case |

Activity Dates:     May  1, 2008 through May 31, 2008

| Professional Staff | $137,143.50 |
|---|---|
| Expenses | 9,998.52 |
| Total This Invoice: | **$147,142.02** |

Submitted in original and one copy.

NOTE:  CRA International, Inc. is not subject to backup withholding.  Our corporate Federal
Taxpayer Identification Number is 04-2372210.



INTERNATIONAL

June 27, 2008
Invoice Number 059707
Job No.:   D-12928

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

**FOR:   THE BLACKFEET RESERVATION DEVELOPMENT FUND, INC. - COBELL CASE**

Activity Dates:      May  1, 2008 through May 31, 2008

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Ballentine, Greg | 3.00 | 835.00 | 2,505.00 |
| Cornell, Bradford | 17.60 | 725.00 | 12,760.00 |
| Hirshleifer, John | 22.70 | 590.00 | 13,393.00 |
| Palmer, Brian | 22.10 | 630.00 | 13,923.00 |
| Breslin, Patrick | 133.20 | 450.00 | 59,940.00 |
| Dahlkemper, Aron | 7.00 | 350.00 | 2,450.00 |
| Associate/Analyst | 142.25 | | 31,835.00 |
| Other Support | 2.60 | | 337.50 |
| TOTAL LABOR | 350.45 | | 137,143.50 |

REIMBURSABLE EXPENSES

| | | |
|---|---|---|
| Library Acquisition | 12.65 | |
| Computer Network Services | 5,088.95 | |
| Misc. Reimbursable Expenses | 4,896.92 | |
| REIMBURSABLE EXPENSES | | 9,998.52 |
| **TOTAL CHARGES** | | **$147,142.02** |

# CRA International - US

**Project Labor/Expense Detail**
Through: 05/31/2008

Inv# 059707

D12928 - BLACKFEET TRUST - GINGOLD
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Ballentine, Greg - Vice President

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/08/2008 | 3.00 | review slides and call | |
| **Total:** | **3.00** | | |

# CRA International - US

*Inv# 059707*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Project Labor/Expense Detail

Through: 05/31/2008

Cornell, Bradford - Senior Consultant

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 05/02/2008 | 0.60 | 4/28/08 - Meet with staff; trial prep issues | |
| 05/02/2008 | 1.00 | 4/30/08 - Meet with staff; conference call; trial prep | |
| 05/09/2008 | 2.25 | 5/9/08 - Review decisions and related articles | |
| 05/16/2008 | 0.25 | 5/12/08 - Conference with staff | |
| 05/16/2008 | 0.50 | 5/14/08 - Conference with attorneys | |
| 05/23/2008 | 1.50 | 5/19/08 - Meet with staff; review new documents; conference call re trial | |
| 05/23/2008 | 2.50 | 5/22/08 - Review work product and related materials; review documents | |
| 05/23/2008 | 1.00 | 5/23/08 - Meet with staff; conference call with attorneys | |
| 05/30/2008 | 0.50 | 5/26/08 - Review correspondence and related documents | |
| 05/30/2008 | 0.25 | 5/27/08 - Review correspondence and related documents | |
| 05/30/2008 | 0.25 | 5/28/08 - Conference with staff | |
| 05/30/2008 | 1.00 | 5/29/08 - Meet with staff | |
| 05/30/2008 | 3.00 | 5/30/08 - Conference call with attorneys; conference with staff; review documents; trial prep | |
| 05/30/2008 | 3.00 | 5/31/08 - Review documents; trial prep | |

**Total:** **17.60**

*Printed 11/14/2010 at 6:23:01P*

CRA International - US

Project Labor/Expense Detail

Through: 05/31/2008

Inv# 059707

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Hirshleifer, John - Vice President

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/01/2008 | 0.15 | Call w/P. Breslin | |
| 05/06/2008 | 0.25 | Review order (.10); discs. w/B. Cornell (.10); communications w/P. Breslin (.05) | |
| 05/08/2008 | 0.40 | Review docs. (.10); call w/P. Breslin (.25); disc. w/B. Cornell (.05) | |
| 05/09/2008 | 0.20 | Call w/P. Breslin | |
| 05/12/2008 | 0.20 | Disc. w/B. Cornell, B. Palmer; call scheduling | |
| 05/13/2008 | 1.25 | Disc. w/B. Palmer; call scheduling; read court case and legal article | |
| 05/14/2008 | 0.25 | Conf. call w/B. Cornell, B. Palmer, P. Breslin, attys; call w/B. Cornell, B. Palmer | |
| 05/16/2008 | 0.10 | Call w/P. Breslin | |
| 05/19/2008 | 0.45 | Call w/P. Breslin, B. Cornell (.20); review work (.10); disc. w/B. Cornell (.05); review doc (.10) | |
| 05/20/2008 | 0.15 | Call w/P. Breslin | |
| 05/21/2008 | 0.35 | Review docs. (.25); communications w/P. Breslin (.10) | |
| 05/23/2008 | 1.30 | Discs. w/B. Palmer, B. Cornell (.20); conf. call w/BC, BP, P. Breslin, G. Rempel, J. Miller, D. Gingold (.80); review work (.20); call w/P. Breslin (.10) | |
| 05/24/2008 | 0.30 | Review/edit work | |
| 05/26/2008 | 0.65 | Call w/P. Breslin (.25); review docs. (.25); review communications (.15) | |
| 05/27/2008 | 0.45 | Review court decision. disc. w/B. Palmer; discs. w/A. Lewis, C. Rowland (.20) | |
| 05/28/2008 | 3.00 | Discs. w/B. Palmer, B. Cornell (.25); read communications from G. Rempel, motion in limine, statutes (.40); read Palmer communication (.10); review and edit q & a's (2.00); communications w/P. Breslin, B. Cornell, B. Palmer (.25) | |
| 05/29/2008 | 5.00 | Work on q&a's (2.50); communications/discs. w/B. Cornell, B. Palmer (.75); review work (.75); read communications from G. Rempel, P. Breslin, J. Miller, B. Palmer (.40); review gov't reports (.50) | |
| 05/30/2008 | 3.25 | Conf. call w/attys et al. (1.00); review new AR-171 data (.60); calls and communications w/P. Breslin, C. Rowland, B. Cornell, B. Palmer (.65); review docs. (.50); review work (.50) | |
| 05/31/2008 | 5.00 | Review new data, review & edit work (2.50); calls and discs. w/P. Breslin, B. Palmer, C. Rowland, A. Lewis (1.00); communications w/G. Rempel, P. Breslin, B. Cornell, B. Palmer, S. Hartig (1.50) | |

Project Labor/Expense Detail          Through: 05/31/2008

Printed 1/14/2010 at 6:23:01P

Page 3 of 18

CRA International - US

Inv# 059707

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Total:          22.70

*Project Labor/Expense Detail*   Through: 05/31/2008

*Project Labor/Expense Detail*
Through: 05/31/2008

*Printed 1/14/2010 at 6:23:01P*

# CRA International - US

*Project Labor/Expense Detail*
*Through: 05/31/2008*

*Inv# 059707*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Palmer, Brian - Vice President**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/02/2008 | 0.20 | review scheduling order | |
| 05/14/2008 | 0.70 | conf call re going forward (logistics and work focus) | |
| 05/19/2008 | 0.50 | discussion of Cornell testimony / logistics | |
| 05/27/2008 | 0.20 | Cornell testimony | |
| 05/28/2008 | 1.80 | benefits calculation | |
| 05/22/2008 | 2.30 | 5/22 review documents for tomorrow's conf. call w/counsel | |
| 05/29/2008 | 8.50 | new presentation of benefits, 5% calculations | 05/29/2008 |
| 05/23/2008 | 4.20 | 5/23 conf. call w/counsel; outstanding gov't debt; unjust enrichment v. damages and pre-judgement interest | 05/30/2008 |
| 05/30/2008 | 3.70 | discussions regarding calculations and 5% rule | |
| **Total:** | **22.10** | | |

*Project Labor/Expense Detail   Through: 05/31/2008*

# CRA International - US

*Inv# 059707*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Project Labor/Expense Detail**

*Through: 05/31/2008*

Breslin, Patrick - Principal

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 05/01/2008 | 5.00 | Call w/ J. Hirshleifer re: project items, discuss next steps. Review add'l Treasury acct. expertise w/in CRA and various related communications. Meet w/ S. Hartig and K. Freund. Call J. Yeager (Houston) re: historical commodities data. | |
| 05/02/2008 | 6.70 | Review various trust and gov. accounting case docs and literature. Meet w/ S. Hartig, K. Freund and A. Dahlkemper re: draft trial demonstratives. Call w/ G. Rempel. Research experts on gov. accounting and/or US Treasury experience. | |
| 05/05/2008 | 2.50 | Review various case documents. | |
| 05/06/2008 | 2.50 | Meet w/ K. Freund and S. Hartig. Discuss trial prep and inventory of docs. Various internal commun. & scheduling on prep items. Review/read case documents. | |
| 05/07/2008 | 7.80 | Review court documents, Judge Roberston cites. Review discuss approaches on visual demonst. of benefit conferred. | |
| 05/08/2008 | 2.10 | Conf. call w/ client (D. Gingold, G. Rempel) and G. Ballentine. Pre-post mtg w/ G. Ballentine and related prep. | |
| 05/08/2008 | 5.20 | Develop draft demonst. material, send to G. Rempel and discuss. Conf call on pre-trial order and related court documents and cites. Related review. | |
| 05/09/2008 | 3.00 | Calls, internal communic. re: trial prep items. Review various related docs/analyses. | |
| 05/12/2008 | 0.90 | Review court transcript from April hearing. | |
| 05/14/2008 | 1.20 | Conf. call w/ client (Gingold, Rempel, Smith) and B. Cornell, B. Palmer re: trial prep. | |
| 05/15/2008 | 1.20 | Review related items and internal communications. | |
| 05/16/2008 | 2.00 | Meet w/ K. Freund re: trial prep items. Internal dialog (e.g. Pasadena). Related items. | |
| 05/19/2008 | 8.75 | Review disbursement historical documentation, related case review. | |
| 05/20/2008 | 4.50 | See separate timesheet for detail | |
| 05/21/2008 | 8.00 | See separate timesheet for detail | |
| 05/22/2008 | 10.50 | See separate timesheet for detail | |
| 05/23/2008 | 8.00 | See separate timesheet for detail | |
| 05/24/2008 | 3.00 | See separate timesheet for detail | |
| 05/25/2008 | 5.35 | See separate timesheet for detail | |
| 05/26/2008 | 2.60 | See separate timesheet for detail | |
| 05/27/2008 | 8.00 | See separate timesheet for detail | |

# CRA International - US

**Project Labor/Expense Detail**
Through: 05/31/2008

Inv# 059707

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Breslin, Patrick - Principal**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/28/2008 | 8.50 | See separate timesheet for detail | |
| 05/29/2008 | 8.00 | See separate timesheet for detail | |
| 05/30/2008 | 10.90 | See separate timesheet for detail | |
| 05/31/2008 | 7.00 | See separate timesheet for detail | |
| **Total:** | **133.20** | | |

Project Labor/Expense Detail   Through: 05/31/2008

*Printed 1/14/2010 at 6:23:01P*

*CRA International - US*

*Inv# 059707*

*DJ2928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Dahlkemper, Aron - Senior Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/02/2008 | 1.00 | Discussing accounting | |
| 05/06/2008 | 2.00 | Accounting issues | |
| 05/07/2008 | 2.00 | Reading materials | |
| 05/08/2008 | 2.00 | Reading materials | |
| Total: | 7.00 | | |

Project Labor/Expense Detail   Through: 05/31/2008

Project Labor/Expense Detail
Through: 05/31/2008

*Printed 1/14/2010 at 6:23:01P*

Page 8 of 18

# CRA International - US

*Project Labor/Expense Detail*

*Through: 05/31/2008*

*Inv# 059707*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Steinberg, Joseph - Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/29/2008 | 4.00 | Calculation of total benefits by year | |
| 05/30/2008 | 2.00 | Inflation-adjusted borrowing figures | |

**Total:** **6.00**

---

*Project Labor/Expense Detail   Through: 05/31/2008*

*Printed 1/14/2010 at 6:23:01P*

# CRA International - US

**Inv# 059707**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Prectice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Hartig, Seth - Associate**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/01/2008 | 4.00 | meeting/interest rate calculation | |
| 05/02/2008 | 0.50 | planning | |
| 05/09/2008 | 1.00 | Benefits model | |
| 05/21/2008 | 6.00 | Replicate regression/streamline spreadsheets | |
| 05/22/2008 | 2.50 | streamline attachment A | |
| 05/26/2008 | 7.00 | streamline attachment A, Research interest turnover/Q&A on benefit conferred | |
| 05/27/2008 | 2.00 | update attachment A | |
| 05/30/2008 | 5.00 | Refine Government accounting spreadsheet | |
| 05/31/2008 | 8.00 | Adjust Attachment A to account for new data | |
| **Total:** | **36.00** | | |

Project Labor/Expense Detail   Through: 05/31/2008

**Printed 1/14/2010 at 6:23:01P**

Project Labor/Expense Detail
Through: 05/31/2008

Page 10 of 18

# CRA International - US

**Inv# 059707**

D12928 - BLACKFEET TRUST - GINGOLD
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Ahsin, Rowena - Analyst**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/20/2008 | 2.50 | Revenue sourcing binders | |

**Total:** 2.50

*Project Labor/Expense Detail   Through: 05/31/2008*

*Printed 11/14/2010 at 6:23:01P*

# CRA International - US

**Inv# 059707**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Freund, Katherine - Analyst**

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 05/01/2008 | 1.50 | Reconciling model, reading GAO report | |
| 05/02/2008 | 7.00 | Gov historical debt analysis, powerpoint slides of conferred benefit | |
| 05/05/2008 | 1.75 | PowerPoint slides | |
| 05/06/2008 | 3.75 | Read Judge's hearing, PowerPoint | |
| 05/07/2008 | 6.50 | March 19th summaries, Jan 30th filing summary | |
| 05/08/2008 | 1.75 | Casen testimony | |
| 05/16/2008 | 3.75 | Zero disbursement analysis, Research on quote related to interest income in Brealey | |
| 05/19/2008 | 9.75 | Model reconciliation, Creating source model, March 19th Inventory, Attachment A revisions | |
| 05/20/2008 | 10.25 | Revenue Source Data Binder, Pre-Trial Order Binder, Osage detail | |
| 05/21/2008 | 9.25 | March 19th Filing Binder, Jan 30th Judge's Opinion Binder, Source file for Model | |
| 05/22/2008 | 1.50 | Source binders, data management | |
| 05/23/2008 | 4.25 | Data management, Source binders | |
| 05/26/2008 | 8.75 | Creating Attachment A Miller Version, Data management, Binders | |
| 05/27/2008 | 7.50 | Binders VI, VII, VIII; Attachment A Miller version revisions | |
| 05/28/2008 | 2.50 | Binders VI, VII, VIII | |
| 05/29/2008 | 0.50 | Summary of Binders | |
| 05/30/2008 | 0.50 | Historical Debt graphs | |
| 05/31/2008 | 6.00 | New AR-171 Data Entry, Model Adjustments and Reconciling, Benefit Conferred Facts and Quotes | |
| **Total:** | **86.75** | | |

# CRA International - US

Inv# 059707

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Rowland, Clarence - Analyst

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/30/2008 | 3.50 | entering AR-171 data, comparing differences, meeting | |
| 05/31/2008 | 7.50 | AR-171 differences analysis, revenue period distribution analysis, updating benefit model | |

Total: **11.00**

Project Labor/Expense Detail

Through: 05/31/2008

Printed 1/14/2010 at 6:23:01P

*CRA International - US*

Inv# 059707

D12928 - *BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Holland, Michelle - Support

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/12/2008 | 1.00 | Invoice Detail | |
| 05/13/2008 | 0.50 | Invoice Detail | |
| **Total:** | **1.50** | | |

*Project Labor/Expense Detail*

*Through: 05/31/2008*

*Printed 1/14/2010 at 6:23:01P*

# CRA International - US

**Inv# 059707**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Project Labor/Expense Detail

Through: 05/31/2008

## Kozumplik, Joanne - Support

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 05/01/2008 | 0.60 | Article requests and document delivery | |
| 05/06/2008 | 0.20 | Search for cites | |
| 05/07/2008 | 0.30 | Case request | |
| **Total:** | **1.10** | | |

CRA International - US

Inv# 059707

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Project: BLACKFEET TRUST - GINGOLD

| | Hours |
|---|---|
| | 350.45 |

Project Labor/Expense Detail

Through: 05/31/2008

Project Labor/Expense Detail   Through: 05/31/2008

Printed 1/14/2010 at 6:23:01P

# CRA International - US

Inv# 059707

D12928 - BLACKFEET TRUST - GINGOLD
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

RE:

Dennis Gingold
The Blackfeet Reservation
607 14th Street, N.W.
9th Floor
Washington, DC  20005

Project Name:   **The Blackfeet Reservation Development Fund, Inc. - Cobell Case**

**BLACKFEET TRUST - GINGOLD**

May 31, 2008

**Invoice Number 059707**

Job No.: D-12928

## *Draft/Invoice Detail Report*

## REIMBURSABLE EXPENSES

| | VENDOR | DATE | AMOUNT |
|---|---|---|---|
| **Library Acquisition** | | | |
| Book/Pasadena | | | 12.65 |
| Library Acquisition | BANK OF AMERICA | 5/16/2008 | 12.65 |
| Computer Network Services | | | 5,088.95 |
| Misc. Reimbursable Expenses | | | 4,896.92 |
| **TOTAL REIMBURSABLE EXPENSES** | | | 9,998.52 |

CRA International - US

Inv# 059707

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Draft/Invoice Detail Report

Report Date/Time:    1/14/20106:23:01PM

Page 2 of 2

Project Labor/Expense Detail   Through: 05/31/2008

Printed 1/14/2010 at 6:23:01P

Project Labor/Expense Detail
Through: 05/31/2008

# EXHIBIT B4



CRA No.   D-12928

Please Remit To:

CRA International, Inc.
P.O. Box 845960
Boston, MA 02284-5960

August 13, 2008

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

Payable Via Wire Transfer To:

CRA International, Inc.
Account # 1139714659
ABA # 011500120

Citizens Bank
1 Citizens Drive
Riverside, RI 02915

| | |
|---|---|
| **Invoice Number**   **060880** | |
| Re: | The Blackfeet Reservation Development Fund, Inc. - Cobell Case |
| Activity Dates: | June 1, 2008 through June 30, 2008 |

| | |
|---|---|
| Professional Fees | $ 592,844.00 |
| Expenses | 72,948.32 |
| **Total This Statement** | **$ 665,792.32** |
| **Credit Applied** | **$   83,799.43** |
| **Remaining Balance Due** | **$ 581,992.89** |

Submitted in original and one copy

Note:  CRA International, Inc. is not subject to backup withholding.
       Our corporate Federal Taxpayer Identification Number is 04-2372210.



**CRA** INTERNATIONAL

Dennis Gingold
The Blackfeet Reservation Development Fund, Inc.
607 14th Street, N.W.
9th Floor
Washington, DC 20005

August 13, 2008
Statement Numl 060880
Job No.:      D-12928

## FOR: THE BLACKFEET RESERVATION DEVELOPMENT FUND, INC. - COBELL CASE

Activity Dates:     June 1, 2008 through June 30, 2008

| PROFESSIONAL SERVICES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Cornell, Bradford | 107.80 | 725.00 | 78,155.00 |
| Hirshleifer, John | 136.20 | 590.00 | 80,358.00 |
| Palmer, Brian | 212.70 | 630.00 | 134,001.00 |
| Breslin, Patrick | 284.14 | 450.00 | 127,863.00 |
| Werner, Adam | 6.50 | 460.00 | 2,990.00 |
| Dahlkemper, Aron | 2.00 | 350.00 | 700.00 |
| Vincent, Brian | 1.50 | 350.00 | 525.00 |
| Associate/Analyst | 753.80 | | 167,647.25 |
| Other Support | 4.70 | | 604.75 |
| **TOTAL LABOR** | 1,509.34 | | 592,844.00 |
| **LABOR CREDIT** | 86.00 | 725.00 | 62,350.00 |
| **TOTAL LABOR W/CREDIT** | **1,423.34** | | **530,494.00** |

| REIMBURSABLE EXPENSES | | |
|---|---|---|
| Meals | 1,034.92 | |
| Travel | 23,343.31 | |
| Overtime Utilities | 825.00 | |
| Data Acquisition | 299.15 | |
| Computer Network Services | 23,983.43 | |
| Misc. Reimbursable Expenses | 23,462.51 | |
| REIMBURSABLE EXPENSES | | 72,948.32 |
| **REIMBURSABLE EXPENSES CREDIT** | 21,449.43 | |
| **REIMBURSABLE EXPENSES W/CREDIT** | | **51,498.89** |
| **TOTAL CHARGES** | | **$665,792.32** |

CRA International - US

Inv# 060880

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Cornell, Bradford - Senior Consultant -

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 06/06/2008 | 3.75 | 6/2/08 - Meet with staff; review materials; trial prep | |
| 06/06/2008 | 3.80 | 6/3/08 - Meet with staff; review materials; trial prep | |
| 06/06/2008 | 5.00 | 6/4/08 - Meet with staff; conference calls with attorneys; review materials; trial prep | |
| 06/06/2008 | 3.00 | 6/5/08 - Meet with staff, conference calls with attorneys; review materials; trial prep | |
| 06/06/2008 | 2.00 | 6/4/08 - Meet with staff, review materials; work on exhibits; trial prep | |
| 06/13/2008 | 8.00 | 6/7/08 - Travel to DC; trial prep on plane and in DC | |
| 06/13/2008 | 8.00 | 6/8/08 - Meet with attorneys; trial prep in DC | |
| 06/13/2008 | 8.00 | 6/9/08 - Trial in DC | |
| 06/13/2008 | 8.00 | 6/10/08 - Trial in DC | |
| 06/13/2008 | 8.00 | 6/11/08 - Trial in DC | |
| 06/13/2008 | 8.00 | 6/12/08 - Trial in DC | |
| 06/13/2008 | 8.00 | 6/13/08 - Trial in DC | |
| 06/20/2008 | 8.00 | 6/14/08 - Trial in DC | |
| 06/20/2008 | 8.00 | 6/15/08 - Trial in DC | |
| 06/20/2008 | 8.00 | 6/16/08 - Trial in DC | |
| 06/20/2008 | 6.00 | 6/17/08 - Return home | |
| 06/20/2008 | 0.50 | 6/18/08 - Conference call with B. Palmer and staff | |
| 06/20/2008 | 0.50 | 6/19/08 - Conference with staff | |
| 06/20/2008 | 1.00 | 6/20/08 - Conference with staff; analysis | |
| 06/27/2008 | 1.00 | 6/21/08 - Conference with staff, check work product | |
| 06/27/2008 | 1.00 | 6/22/08 - Conference with staff, check work product | |
| 06/27/2008 | 0.25 | 6/23/08 - Conference with staff | |
| 08/01/2008 | -86.00 | | |

Total: 21.80

# CRA International - US

Inv# 060880

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Hirshleifer, John - Vice President

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 06/01/2008 | 1.35 | Call scheduling (.10); Conf. call w/P. Breslin, C. Rowland, A. Lewis & DC staff (.75); communications re: legislative history and review (.25); review work (.25) | |
| 06/02/2008 | 6.30 | Calls to and w/P. Breslin (.50); mtg. w/B. Cornell, B. Palmer, C. Rowland (.50); discs. w/C. Rowland, B. Palmer (1.00); review work and docs. (3.50); communications w/P. Breslin (.30); travel planning (.25); discs. w/S. Drozdowski, P. Wood (.25) | |
| 06/03/2008 | 6.25 | mtg. and call w/B. Cornell, P. Breslin, B. Palmer, C. Rowland (2.75); discs. & communications w/B. Cornell, C. Rowland, B. Palmer (1.50); calls/communications w/P. Breslin (.50); review work and docs. (1.50) | |
| 06/07/2008 | 7.50 | See detailed timesheet. | |
| 06/08/2008 | 4.00 | See detailed timesheet. | |
| 06/09/2008 | 8.00 | See detailed timesheet. | |
| 06/10/2008 | 9.10 | See detailed timesheet. | |
| 06/11/2008 | 1.50 | See detailed timesheet. | |
| 06/12/2008 | 3.50 | See detailed timesheet. | |
| 06/13/2008 | 8.50 | See detailed timesheet. | |
| 06/14/2008 | 5.85 | 6/14/08: see detailed timesheet. | 06/21/2008 |
| 06/21/2008 | 17.00 | See detailed timesheet. | |
| 06/15/2008 | 4.35 | 6/15/08: see detailed timesheet. | 06/22/2008 |
| 06/22/2008 | 0.35 | See detailed timesheet. | |
| 06/16/2008 | 6.10 | 6/16/08: see detailed timesheet. | 06/23/2008 |
| 06/23/2008 | 8.45 | See detailed timesheet. | |
| 06/17/2008 | 4.85 | 6/17/08: see detailed timesheet. | 06/24/2008 |
| 06/24/2008 | 0.45 | See detailed timesheet. | |
| 06/18/2008 | 3.00 | 6/18/08: see detailed timesheet. | 06/25/2008 |
| 06/04/2008 | 8.75 | 6/4/08: see detailed timesheet. | 06/26/2008 |
| 06/19/2008 | 0.20 | 6/19/08: see detailed timesheet. | 06/26/2008 |
| 06/05/2008 | 11.15 | 6/5/08: see detailed timesheet. | 06/26/2008 |
| 06/26/2008 | 0.10 | Disc. w/B. Palmer | |

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Hirshleifer, John - Vice President**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/20/2008 | 3.10 | 6/20/08: see detailed timesheet. | 06/27/2008 |
| 08/06/2008 | 6.50 | 6/6/08: see detailed timesheet. | 06/27/2008 |

**Total:** **136.20**

*Printed 11/14/2010 at 6:25:01P*

# CRA International - US

**Project Labor/Expense Detail**

Through: 06/30/2008

**Inv# 060880**

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

**Palmer, Brian - Vice President**

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 06/02/2008 | 1.00 | calculations with new AR-171 | |
| 06/03/2008 | 6.00 | new calculations; sources of data; estimation | |
| 06/04/2008 | 12.50 | estimation of earlier revenues; Cornell testimony | |
| 06/05/2008 | 6.50 | trial exhibit examination; Cornell prep | |
| 06/21/2008 | 18.00 | 6/21 finish analysis of EFT; prepare and produce a new Attachment A; begin work on Model II | 06/28/2008 |
| 06/14/2008 | 10.00 | 6/14 Scheuren data analysis; working with counsel for defendant cross issues | 06/28/2008 |
| 06/07/2008 | 1.50 | 6/7 reviewing document research | 06/28/2008 |
| 06/22/2008 | 9.50 | 6/22 finish and produce Model II; start preparing testimony; reviewing documents | 06/29/2008 |
| 06/15/2008 | 8.50 | 12/15 Scheuren analysis; discuss Rebuttal testimony w/counsel | 06/29/2008 |
| 06/23/2008 | 13.00 | 6/23 testimony and exhibit preparation | 06/30/2008 |
| 06/16/2008 | 12.00 | 6/16 court; Herman, Angel cross; Scheuren analysis | 06/30/2008 |
| 06/09/2008 | 2.00 | 6/9 review documents; examining CPI/GNP regression | 06/30/2008 |
| 06/24/2008 | 10.00 | 6/24 final prep and trial testimony | 07/01/2008 |
| 06/17/2008 | 12.50 | 6/17 court; Scheuren cross; rebuttal testimony prep | 07/01/2008 |
| 06/10/2008 | 3.50 | 6/10 interest rate DM; more regression examinations; discuss case work after Brad's testimony | 07/01/2008 |
| 06/25/2008 | 8.00 | 6/25 travel; wrap up | 07/02/2008 |
| 06/18/2008 | 12.00 | 6/18 court; rebuttal testimony; examination/incorporation of new Angel data | 07/02/2008 |
| 06/11/2008 | 12.00 | 6/11 travel to DC; review documents, testimony; prepare for Herman | 07/02/2008 |
| 06/19/2008 | 11.50 | 6/19 incorporation of new data; working on rebuttal testimony and new exhibits | 07/03/2008 |
| 06/12/2008 | 11.00 | 6/12 court; Herman testimony cross issues; working on Angel data | 07/03/2008 |
| 06/20/2008 | 14.50 | EFT data analysis; discussions of rebuttal testimony and exhibits; research on new Angel data | 07/04/2008 |
| 06/13/2008 | 11.00 | 6/13 work on analysis for cross of defendant witnesses | 07/04/2008 |
| 06/06/2008 | 6.20 | 6/6 trial exhibit review; document research on additional revenues/disbursements | 07/04/2008 |

**Total:** 212.70

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Project Labor/Expense Detail**

Through: 06/30/2008

## Breslin, Patrick - Principal

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/01/2008 | 8.00 | See separate timesheet for detail | |
| 06/02/2008 | 8.00 | see separate timesheet for detail | |
| 06/03/2008 | 8.00 | See separate timesheet for detail | |
| 06/04/2008 | 8.00 | See separate timesheet for detail | |
| 06/05/2008 | 8.00 | See separate timesheet for detail | |
| 06/06/2008 | 8.00 | See separate timesheet for detail | |
| 06/07/2008 | 10.10 | See separate timesheet for detail | |
| 06/08/2008 | 7.60 | See separate timesheet for detail | |
| 06/09/2008 | 13.70 | See separate timesheet for detail | |
| 06/10/2008 | 12.00 | See separate timesheet for detail | |
| 06/11/2008 | 12.00 | See separate timesheet for detail | |
| 06/12/2008 | 12.60 | See separate timesheet for detail | |
| 06/13/2008 | 12.50 | See separate timesheet for detail | |
| 06/14/2008 | 10.00 | See separate timesheet for detail | |
| 06/15/2008 | 10.00 | See separate timesheet for detail | |
| 06/16/2008 | 10.00 | See separate timesheet for detail | |
| 06/17/2008 | 10.00 | See separate timesheet for detail | |
| 06/18/2008 | 10.00 | See separate timesheet for detail | |
| 06/19/2008 | 10.00 | See separate timesheet for detail | |
| 06/20/2008 | 10.00 | See separate timesheet for detail | |
| 06/21/2008 | 15.50 | See separate timesheet for detail | |
| 06/22/2008 | 18.00 | See separate timesheet for detail | |
| 06/23/2008 | 13.50 | See separate timesheet for detail | |
| 06/24/2008 | 10.34 | See separate timesheet for detail | |
| 06/25/2008 | 2.75 | See separate timesheet for detail | |
| 06/14/2008 | 0.25 | Add'l time not recorded | 06/28/2008 |

Project Labor/Expense Detail    Through: 06/30/2008

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Breslin, Patrick - Principal**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/02/2008 | 2.50 | Add'l time not yet recorded | 06/30/2008 |
| 06/16/2008 | 1.00 | Detail review shows add'l time (not recorded originally) | 06/30/2008 |
| 06/16/2008 | -10.00 | | 06/30/2008 |
| 06/16/2008 | 10.00 | Original time entered | 06/30/2008 |
| 06/17/2008 | 2.40 | Add'l time not yet recorded | 07/01/2008 |
| 06/04/2008 | 4.00 | Add'l time not yet recorded | 07/02/2008 |
| 06/18/2008 | 2.50 | Add'l time not yet recorded | 07/02/2008 |
| 06/18/2008 | 10.00 | Original time recorded | 07/02/2008 |
| 06/18/2008 | -10.00 | | 07/02/2008 |
| 06/05/2008 | 4.00 | Add'l time not yet recorded | 07/03/2008 |
| 06/19/2008 | 2.40 | Add'l time not yet recorded | 07/03/2008 |
| 06/06/2008 | 5.00 | Add'l time not yet recorded | 07/04/2008 |
| 06/20/2008 | 1.50 | Add'l time not yet recorded | 07/04/2008 |

**Total:** 284.14

---

*Project Labor/Expense Detail   Through: 06/30/2008*

**Project Labor/Expense Detail**
Through: 06/30/2008

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

### Inv# 060880

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Werner, Adam - Principal**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/23/2008 | 6.50 | Proof exhibits | 06/30/2008 |
| **Total:** | **6.50** | | |

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Dahlkemper, Aron - Senior Associate**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/23/2008 | 2.00 | model checking | |

**Total:** **2.00**

# CRA International - US

**Project Labor/Expense Detail**

Through: 06/30/2008

## Inv# 060880

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Vincent, Brian - Senior Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/23/2008 | 1.50 | Review of model | |
| **Total:** | **1.50** | | |

# CRA International - US

Inv# 060880

DI2928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Durkko, Paula - Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/04/2008 | 1.00 | Entering data for exhibits into Excel spreadsheet | |
| 06/06/2008 | 4.00 | Creating powerpoint slides defining key terms for litigation | |
| Total: | 5.00 | | |

Project Labor/Expense Detail   Through: 06/30/2008

**Project Labor/Expense Detail**

Through: 06/30/2008

*Printed 11/14/2010 at 6:25:01P*

Page 10 of 32

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Silochi, Anywhere - Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/19/2008 | 8.90 | Conducted etf payments data analysis | |
| 06/20/2008 | 11.80 | Conducted etf payments data analysis | |
| 06/21/2008 | 1.50 | Conducted etf payments data analysis | |
| 06/23/2008 | 1.10 | Historic Price Index data research | |
| Total: | 23.30 | | |

Project Labor/Expense Detail   Through: 06/30/2008

Project Labor/Expense Detail
Through: 06/30/2008

*CRA International - US*

*Inv# 060880*

   *D12928 - BLACKFEET TRUST - GINGOLD*
   *Practice: Transfer Pricing*
   *OIC: Hirshleifer, John*
   *Manager: Hirshleifer, John*

Stanlar, Drake - Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/11/2008 | 2.50 | Quality Control | |
| Total: | 2.50 | | |

Project Labor/Expense Detail   Through: 06/30/2008

*Project Labor/Expense Detail*
**Through: 06/30/2008**

*Printed 1/14/2010 at 6:25:01P*

*CRA International - US*

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Steinberg, Joseph - Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/04/2008 | 7.00 | Revenue growth regressions and other analyses | |
| 06/05/2008 | 2.00 | Revenue growth regressions and other analyses | |
| 06/06/2008 | 1.00 | Revised summary of benefits with interest multiplier | |
| 06/10/2008 | 2.00 | New multivar regressions | |
| Total: | 12.00 | | |

Project Labor/Expense Detail   Through: 06/30/2008

Project Labor/Expense Detail
Through: 06/30/2008

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

**Project Labor/Expense Detail**

Through: 06/30/2008

Inv# 0608880

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Hartje, Seth - Associate

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/01/2008 | 5.00 | Reconcile revenues for attachment A.  Adjust disbursements for Attachment A. | |
| 06/08/2008 | 6.00 | search for additional financials, update the appendices | |
| 06/02/2008 | 3.00 | Calculate different IR, Attachment A update, summary info for Brad | |
| 06/09/2008 | 6.00 | regression analysis/adding scenarios to the model | 06/09/2008 |
| 06/03/2008 | 10.50 | Presentation for Brad, summary of work | |
| 06/10/2008 | 3.25 | interest rates, search for tribal revenue and additional disbursements | 06/10/2008 |
| 06/04/2008 | 10.50 | search for financials/summary of information/attachment revisions | |
| 06/11/2008 | 6.00 | Checking numbers, download economic data | 06/11/2008 |
| 06/05/2008 | 10.00 | presentation, attachment revisions | 06/12/2008 |
| 06/12/2008 | 5.00 | enter and review Morgan Angel info, add scenarios to the model | |
| 06/06/2008 | 7.25 | Presentation, revise attachments, financials search | |
| 06/13/2008 | 10.50 | summary of articles, search for numbers, adjust model, add scenarios | 06/13/2008 |
| 06/14/2008 | 9.00 | Searching Morgan Angel Documents, updates to Attachment C | |
| 06/15/2008 | 8.50 | Search through Morgan Angel documents, update disbursements model, update attachment C, EFT research | |
| 06/16/2008 | 7.00 | comparison of MA and DOI numbers, Attachment C update, Attachment A update to include MA | |
| 06/17/2008 | 6.25 | Summary of testimony, adjustments to attachment A adjusting Osage, disbursements, and attachment C | |
| 06/18/2008 | 8.00 | Update Footnotes, Revisions to attachment A, summary of transcripts, planning | |
| 06/19/2008 | 8.00 | Review new government data, update model, add receipts column, search transcripts | |
| 06/20/2008 | 5.25 | review transcripts | |
| 06/22/2008 | 1.50 | check attachment A | |
| 06/23/2008 | 11.50 | Check of alternate models, source documents, update footnotes, check calculations | |
| 06/24/2008 | 0.25 | find source documents | |

**Total:** 148.25

# CRA International - US

**Inv# 060880**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

## Delich, Jonathan - Analyst

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/13/2008 | 7.00 | reading documents and reconciling numbers | |
| 06/14/2008 | 8.00 | document reading, verifying MA work | |
| 06/15/2008 | 6.00 | reading exhibits, more forensic accounting | |
| 06/16/2008 | 8.00 | TOC analysis and more MA verification | |
| 06/17/2008 | 7.80 | reading, lots of reading. | |
| 06/18/2008 | 9.50 | dm'ing model, reading dx documents, summarizing | |
| 06/19/2008 | 8.50 | more of the same | |
| 06/20/2008 | 9.50 | dm, regressions, reading  depos | |
| 06/21/2008 | 14.00 | long hours, dm, interest adjustment, model finishing | |
| 06/22/2008 | 7.00 | staying up early in the morning doing interest rate work | |
| 06/23/2008 | 11.00 | interest rates, dm, final prep | |
| 06/24/2008 | 7.50 | on call for Brian and any immediate work | |
| **Total:** | **103.80** | | |

# CRA International - US

**Project Labor/Expense Detail**
Through: 06/30/2008

Inv# 060880

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

## Freund, Katherine - Analyst

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/07/2008 | 7.25 | Binder IX, Model revisions, Exhibits | |
| 06/08/2008 | 6.75 | Model revisions, Exhibits | |
| 06/01/2008 | 4.00 | Model reconciliation and data management | |
| 06/09/2008 | 2.00 | Model changes | |
| 06/02/2008 | 10.00 | Model revisions using Revised AR171 and Interest Floors | |
| 06/10/2008 | 3.00 | Model adjustments, Exhibits | |
| 06/03/2008 | 10.50 | PowerPoint for expert witness, Model revisions | |
| 06/11/2008 | 7.50 | Data Management of Model and Exhibits, Exhibit Revisions | |
| 06/04/2008 | 10.00 | Expert Witness preparation, PowerPoint | |
| 06/12/2008 | 9.50 | Data Management of model, Reconciliation of models, Model revisions | |
| 06/05/2008 | 9.00 | Creating expert exhibits, revising expert powerpoint presentation | |
| 06/13/2008 | 9.75 | Summaries of new gov documents, Angel and Kehoe exhibits | |
| 06/06/2008 | 10.50 | Expert witness preparation, revising powerpoint, data management | 06/13/2008 |
| 06/14/2008 | 6.00 | Morgan Angel data review | 06/11/2008 |
| 06/15/2008 | 8.00 | Morgan Angel document review, Model revisions | 06/10/2008 |
| 06/16/2008 | 9.25 | Morgan Angel documents review; Model revisions | 06/09/2008 |
| 06/17/2008 | 10.25 | Testimony transcript review, Model revisions, Morgan Angel data review | 06/08/2008 |
| 06/18/2008 | 11.00 | Model revisions, Testimony transcript reviews | |
| 06/19/2008 | 11.00 | Model revisions, Testimony review, new government data review | |
| 06/20/2008 | 10.50 | New government data review, Model revisions | |
| 06/21/2008 | 5.50 | Model work | |
| 06/22/2008 | 6.75 | Model revisions, Testimony transcripts review | |
| 06/23/2008 | 9.50 | Model revisions, Rebuttal preparations | |
| 06/24/2008 | 3.25 | Model revisions and Data management | |
| | | Footnote research | |

**Total:** 190.75

CRA International - US

*Project Labor/Expense Detail*
Through: 06/30/2008

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Lewis, Adam - Analyst

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/01/2008 | 0.80 | Conference Call | |
| 06/15/2008 | 4.20 | 0.8: Conference call with Pasadena/D.C.; 3.4: Examination of Deposition Exhibits | |
| 06/16/2008 | 12.60 | Analysis, Synthesis, and DM of Incoming Documents and Existing Models | |
| 06/17/2008 | 9.30 | Analysis, Synthesis, and DM of Incoming Documents and Existing Models | |
| 06/22/2008 | 7.30 | DM of Model and Interest Rate Alternative | |
| 06/23/2008 | 11.50 | Edit and DM of Models and Exhibits | |
| 06/24/2008 | 8.30 | Stand-By | |
| **Total:** | **54.00** | | |

*Project Labor/Expense Detail   Through: 06/30/2008*

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

**Inv# 060880**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Rowland, Clarence - Analyst

| Date | Hours | Description | Post Date |
|---|---|---|---|
| 06/01/2008 | 3.00 | conference call, updating model, updating revenue period distribution model | |
| 06/09/2008 | 4.00 | regressions DMing | |
| 06/02/2008 | 9.75 | 6/2/2008, originally had no time entered due to request to close out week early. On this day I worked on the presentation, setting up meetings, talking to DC, working on Regressions and slides | 06/09/2008 |
| 06/03/2008 | 10.25 | 6/2/2008, worked on regressions and presentation, also ran meetings with expert | 06/10/2008 |
| 06/11/2008 | 9.25 | DMing Attachment A | |
| 06/04/2008 | 9.00 | 6/4/2008, ran regressions, worked on presentations, held meetings, coordinated with DC | 06/11/2008 |
| 06/12/2008 | 8.00 | DMing Attachment A | |
| 06/05/2008 | 9.50 | 6/5/2008, worked on presentation, regressions, general analysis, held meetings | 06/12/2008 |
| 06/13/2008 | 14.50 | Historical Document examination, comparison to Morgan Angel, DMing Attachment A | |
| 06/14/2008 | 10.25 | morgan and angel DM, regressions | |
| 06/15/2008 | 7.25 | Herman Testimony analysis, historical document information search | |
| 06/16/2008 | 9.25 | historical document information search, michelle herman analysis, morgan and angel analysis | |
| 06/17/2008 | 9.50 | analysis of newly provided historical documents | |
| 06/18/2008 | 10.20 | review of depositions, historical documents, model refinement | |
| 06/19/2008 | 9.50 | regression analysis, pacer database analysis, deposition analysis | |
| 06/20/2008 | 13.75 | regression analysis, model refinement, deposition analysis | |
| 06/21/2008 | 14.00 | model building, alternative interest rate series refinement | |
| 06/22/2008 | 7.00 | alternative interest rate analysis | |
| 06/23/2008 | 11.50 | Model footnotes, documenting model changes, DMing model, interest rate alternative model , creating model variations | |
| 06/24/2008 | 8.50 | Deposition Support | |
| **Total:** | **187.95** | | |

# CRA International - US

## Project Labor/Expense Detail
### Through: 06/30/2008

**Inv# 060880**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Palmer, Christopher - Consultants-Support

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 07/04/2008 | 26.25 | | |
| **Total:** | **26.25** | | |

# CRA International - US

Project Labor/Expense Detail

Through: 06/30/2008

**Inv# 0060880**

D12928 - BLACKFEET TRUST - GINGOLD
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Byers, Laurie - Support**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/05/2008 | 1.35 | Invoice Preparation/L&E Details | |
| **Total:** | **1.35** | | |

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

**Inv# 060880**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Holland, Michelle - Support

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/18/2008 | 1.00 | Invoice detail | |

Total: **1.00**

Project Labor/Expense Detail   Through: 06/30/2008

Project Labor/Expense Detail
Through: 06/30/2008

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Carter, Corlis - Support

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/06/2008 | 0.30 | Project support re: edit labor detail | |
| **Total:** | **0.30** | | |

Project Labor/Expense Detail
Through: 06/30/2008

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Koeumplik, Joanne - Support

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/03/2008 | 1.80 | Literature search on Individual Indian Monies | |
| **Total:** | **1.80** | | |

*Project Labor/Expense Detail*
*Through: 06/30/2008*

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

*Inv# 0660880*

*DI2928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

**Rensch, Mary - Support**

| Date | Hours | Description | Post Date |
|------|-------|-------------|-----------|
| 06/23/2008 | 0.25 | doc deliv search & order | |
| **Total:** | **0.25** | | |

CRA International - US

*Inv# 060880*

*DI2928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Project: BLACKFEET TRUST -
GINGOLD

**Hours**

1,423.34

*Project Labor/Expense Detail*

Through: 06/30/2008

Project Labor/Expense Detail   Through: 06/30/2008

*Printed 1/14/2010 at 6:25:01P*

Page 25 of 32

CRA International - US

Inv# 060880

DI2928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Draft/Invoice Detail Report

Project Labor/Expense Detail   Through: 06/30/2008

Project Labor/Expense Detail
Through: 06/30/2008

Printed 1/14/2010 at 6:25:01P

# CRA International - US

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Dennis Gingold
The Blackfeet Reservation
607 114th Street, N.W.
9th Floor
Washington, DC  20005

June 30, 2008

| Invoice Number 060880 |

RE:  **The Blackfeet Reservation Development Fund, Inc. - Cobell Case**

Job No.: D-12928

Project Name:  **BLACKFEET TRUST - GINGOLD**

**Project Labor/Expense Detail**

Through: 06/30/2008

## REIMBURSABLE EXPENSES

| | VENDOR | DATE | AMOUNT |
|---|---|---|---|
| **Overtime Utilities** | | | |
| OT HVAC June 2008 Pasadena | WELLS REIT-PASADENA | 6/27/2008 | 825.00 |
| **Overtime Utilities** | | | **825.00** |
| **Travel** | | | |
| COLP-Cornell/Bradford | COLPITTS WORLD TRAVEL | 6/6/2008 | 60.00 |
| COLP-Cornell/Bradford | COLPITTS WORLD TRAVEL | 6/27/2008 | 60.00 |
| COLP-Hirshleifer/John | COLPITTS WORLD TRAVEL | 6/27/2008 | 60.00 |
| COLP-Hirshleifer/John | COLPITTS WORLD TRAVEL | 6/27/2008 | 60.00 |
| **Travel** | | | **240.00** |
| **Senior Consultant** | | | |
| **Meals** | | | |
| Cornell, Bradford | | -24.00 | -243.48 |
| **Travel** | | | |
| Cornell, Bradford | | -17.00 | -9,578.20 |
| | | -41.00  563.42 | **-9,821.68** |
| **Senior Consultant** | | | |
| **Data Acquisition** | | | |
| 6/21 - Hirshleifer - data | JOHN I. HIRSHLEIFER | 6/27/2008 | 108.25 |
| 6/21 - Hirshleifer - data | JOHN I. HIRSHLEIFER | 6/27/2008 | 108.25 |

*Printed 1/14/2010 at 6:25:01P*

# CRA International - US

Inv# 060880

D12928 - BLACKFEET TRUST - GINGOLD
Practice: Transfer Pricing
OIC: Hirshleifer, John
Manager: Hirshleifer, John

Dennis Gingold
The Blackfeet Reservation
607 14th Street, N.W.
9th Floor
Washington, DC  20005

June 30, 2008

**Invoice Number 060880**

Job No.: D-12928

RE:     **The Blackfeet Reservation Development Fund, Inc. - Cobell Case**

Project Name:     **BLACKFEET TRUST - GINGOLD**

| | VENDOR | DATE | AMOUNT |
|---|---|---|---|
| **Data Acquisition** | | 108.25 | 216.50 |
| **Meals** | | | |
| 6/4 - Meal - Hirshleifer | JOHN I. HIRSHLEIFER | 6/13/2008 | 42.92 |
| 6/13 - Hirshleifer- local meal | JOHN I. HIRSHLEIFER | 6/13/2008 | 34.31 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 2.93 |
| 6/7-17/08-DC-Cornell-snack | Warren Bradford Cornell | 6/27/2008 | 8.80 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 6.48 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 6.66 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 6.09 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 6.38 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 11.44 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 38.98 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 2.93 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 6.96 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 13.00 |
| 6/7-17/08-DC-Cornell-meal | Warren Bradford Cornell | 6/27/2008 | 1.30 |
| 6/7-11/08-DC-Hirshleifer-meal | JOHN I. HIRSHLEIFER | 6/27/2008 | 13.70 |
| 6/7-11/08-DC-Hirshleifer-meal | JOHN I. HIRSHLEIFER | 6/27/2008 | 17.68 |
| 6/7-11/08-DC-Hirshleifer-meal | JOHN I. HIRSHLEIFER | 6/27/2008 | 42.70 |
| 6/7-11/08-DC-Hirshleifer-meal | JOHN I. HIRSHLEIFER | 6/27/2008 | 36.42 |
| 6/7-11/08-DC-Hirshleifer-meal | JOHN I. HIRSHLEIFER | 6/27/2008 | 2.74 |
| 6/7-11/08-DC-Hirshleifer-meals | JOHN I. HIRSHLEIFER | 6/27/2008 | 11.08 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 5.00 |
| 6/7-11/08-DC-Hirshleifer-meal | JOHN I. HIRSHLEIFER | 6/27/2008 | 30.50 |

Project Labor/Expense Detail  Through: 06/30/2008

Printed 11/14/2010 at 6:25:01P

Page 28 of 32

# CRA International - US

*Inv# 060880*

D12928 - BLACKFEET TRUST - GINGOLD
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Dennis Gingold
The Blackfeet Reservation
607 14th Street, N.W.
9th Floor
Washington, DC  20005

RE:   **The Blackfeet Reservation Development Fund, Inc. - Cobell Case**

June 30, 2008

**Invoice Number 060880**

Job No.: D-12928

Project Name:   **BLACKFEET TRUST - GINGOLD**

| | VENDOR | DATE | AMOUNT |
|---|---|---|---|
| 6/14–local meals–Hirshleifer | JOHN I. HIRSHLEIFER | 6/13/2008 | 17.15 |
| overtime food | CLARENCE ROWLAND | 6/27/2008 | 63.53 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 37.95 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 5.88 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 41.83 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 5.88 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 6.10 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 9.63 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 2.93 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 2.93 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 3.92 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 4.16 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 5.70 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 2.93 |
| 6/1–17/08–DC–Cornell–meal | Warren Bradford Cornell | 6/27/2008 | 4.62 |
| **Meals** | | | **561.21** |
| | | **15.59** | |
| **Travel** | | | |
| 5/31– mileage– Hirshleifer | JOHN I. HIRSHLEIFER | 6/13/2008 | 21.41 |
| 6/1–17/08–DC–Cornell–laundry | Warren Bradford Cornell | 6/27/2008 | 80.00 |
| 6/1–17/08–DC–Cornell–cab | Warren Bradford Cornell | 6/27/2008 | 60.00 |
| 6/1–17/08–DC–Cornell–cab | Warren Bradford Cornell | 6/27/2008 | 94.00 |
| 6/1–17/08–DC–Cornell–car serv | Warren Bradford Cornell | 6/27/2008 | 106.00 |
| 6/1–17/08–DC–Cornell–cab | Warren Bradford Cornell | 6/27/2008 | 57.00 |
| 6/1–17/08–DC–Cornell–hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/1–17/08–DC–Cornell–hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |

# CRA International - US

**Inv# 060880**

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

June 30, 2008

| Invoice Number 060880 |

Job No.: D-12928

Dennis Gingold
The Blackfeet Reservation
607 14th Street, N.W.
9th Floor
Washington, DC  20005

RE:     The Blackfeet Reservation Development Fund, Inc. - Cobell Case

Project Name:     **BLACKFEET TRUST - GINGOLD**

| Project Labor/Expense Detail | VENDOR | DATE | AMOUNT |
|---|---|---|---|
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 486.63 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 772.88 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 386.44 |
| 6/7-17/08-DC-Cornell-hotel | Warren Bradford Cornell | 6/27/2008 | 386.44 |
| 6/7-12/08-DC-Hirshleifer-air | JOHN I. HIRSHLEIFER | 6/27/2008 | 1,004.28 |
| 6/7-11/08-DC-Hirshleifer-airfa | JOHN I. HIRSHLEIFER | 6/27/2008 | 59.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 2.00 |
| 6/7-11/08-DC-Hirshleifer-up | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/7-11/08-DC-Hirshleifer-up | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/7-11/08-DC-Hirshleifer-fee | JOHN I. HIRSHLEIFER | 6/27/2008 | 2.00 |
| 6/7-11/08-DC-Hirshleifer-up | JOHN I. HIRSHLEIFER | 6/27/2008 | 2.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 8.00 |
| 6/7-11/08-DC-Hirshleifer-tip | JOHN I. HIRSHLEIFER | 6/27/2008 | 1.00 |
| 6/14-mileage-Hirshleifer | JOHN I. HIRSHLEIFER | 6/27/2008 | 21.41 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 7.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 7.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 14.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 29.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 56.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 7.00 |

*Printed 1/14/2010 at 6:25:01P*

Project Labor/Expense Detail   Through: 06/30/2008

# CRA International - US

Inv# 060880

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

Dennis Gingold
The Blackfeet Reservation
607 14th Street, N.W.
9th Floor
Washington, DC 20005

June 30, 2008

**Invoice Number 060880**

Job No.: D-12928

RE: The Blackfeet Reservation Development Fund, Inc. - Cobell Case

Project Name: **BLACKFEET TRUST - GINGOLD**

| | VENDOR | DATE | AMOUNT |
|---|---|---|---|
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 6.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 55.00 |
| 6/7-11/08-DC-Hirshleifer-cab | JOHN I. HIRSHLEIFER | 6/27/2008 | 33.00 |
| 6/7-11/08-DC-Hirshleifer-hotel | JOHN I. HIRSHLEIFER | 6/27/2008 | 612.58 |
| 6/7-11/08-DC-Hirshleifer-hotel | JOHN I. HIRSHLEIFER | 6/27/2008 | 612.58 |
| 6/7-11/08-DC-Hirshleifer-hotel | JOHN I. HIRSHLEIFER | 6/27/2008 | 612.58 |
| 6/7-11/08-DC-Hirshleifer-hotel | JOHN I. HIRSHLEIFER | 6/27/2008 | 612.58 |
| 6/7-11/08-DC-Hirshleifer-hotel | JOHN I. HIRSHLEIFER | 6/27/2008 | 612.58 |
| 6/7-11/08-DC-Cornell-airfare | Warren Bradford Cornell | 6/27/2008 | 1,358.73 |
| 6/7-17/08-DC-Cornell-airfare | Warren Bradford Cornell | 6/27/2008 | 1,152.80 |
| Travel | | | 13,360.62 |
| | | 107.06 | |
| Computer Network Services | | | 23,983.43 |
| Misc. Reimbursable Expenses | | | 22,133.81 |
| TOTAL REIMBURSABLE EXPENSES | | 121.80 | 51,498.89 |

*CRA International - US*

*Inv# 060880*

*D12928 - BLACKFEET TRUST - GINGOLD*
*Practice: Transfer Pricing*
*OIC: Hirshleifer, John*
*Manager: Hirshleifer, John*

*Draft/Invoice Detail Report*

*Report Date/Time:*    *1/14/2010 6:25:01PM*

*Page 7 of 7*

*Project Labor/Expense Detail*    Through: 06/30/2008

*Project Labor/Expense Detail*
Through: 06/30/2008

*Printed 1/14/2010 at 6:25:01P*

Page 32 of 32

# EXHIBIT C1



CRA Charles River Associates

## JOHN I. HIRSHLEIFER
Vice President

M.B.A. Concentration in Finance,
University of California-
Los Angeles, 1980

B.A. Political Science,
*magna cum laude*,
University of California-
Los Angeles, 1976

Certified Public Accountant (inactive status),
California

John Hirshleifer, Vice President, specializes in financial analysis in business litigation, business and asset valuation, and regulation. He has managed engagements involving damages estimation, asset valuation, cost of capital estimation, insider trading, securities fraud, derivatives, high-yield bonds, fixed-income portfolios, mergers and acquisitions, and other finance-related matters. Mr. Hirshleifer has testified in numerous state regulatory and FCC proceedings concerning the cost of capital for incumbent telephone companies. He has worked on numerous matters involving intellectual property, some of which have involved patent infringement, trade secret theft, and copyright infringement issues, as well as matters addressing questions of brand value, such as the valuation of trademarks, entertainment properties, and organizational goodwill. He has also worked on product liability matters. Formerly the Managing Director of Research at FinEcon, Mr. Hirshleifer has testified at deposition and trial or has consulted regarding economic and financial issues in matters in the telecommunications, health care, high-technology, entertainment, securities, real estate, oil and gas, biotechnology, consumer electronics, food service, and insurance industries. Mr. Hirshleifer has also been appointed as an arbitrator.

## PROFESSIONAL POSITIONS

1999–present   *Vice President*, Charles River Associates.

1990–1999   *Vice President, Director of Research*, FinEcon.

- Testified before state public utility commissions regarding the cost of capital applicable to the provision of telephone network elements and universal service by local exchange companies. Testified at deposition and trial regarding economic and financial issues related to business damages, valuation, cost of capital, and securities matters.

- Managed consulting and valuation engagements dealing with a broad variety of issues including damages estimation in business disputes; the development of cost of capital estimation methodologies; valuation of intangible assets; estimation of minority and liquidity discounts; insider trading; fraud-on-the-market damages and class certification issues; the impact of information disclosures on

stock price movements; the economic substance of stock and futures trading strategies; analyses of complex derivative securities; analyses of mergers, acquisitions, and restructurings; analyses of high-yield bonds; the risk characteristics of fixed income portfolios; analysis of viability of asbestos liability compensation funds; and antitrust matters.

- Representative industry experience includes securities and mutual funds, telecommunications, healthcare, computer peripherals, entertainment, banking, food service, real estate, oil and gas, biotechnology, consumer electronics, and insurance.

1985–1990     *Director of Due Diligence*, Transamerica Financial Resources, Inc., Los Angeles, CA.

- As financial principal, oversaw all financial regulatory filings and coordinated financial aspects of periodic NASD and SEC audits. Supervised all securities due diligence and proprietary partnership origination activities of Transamerica broker-dealer affiliate.  Coordinated and analyzed the work of due diligence staff, outside securities and tax attorneys, accountants, private detectives, and other third-party experts in the course of due diligence investigation of securities considered for sale by the broker-dealer.

- Reviewed investment opportunities for proprietary syndication or direct brokerage, including potential real estate, cable television, equipment leasing, and film financing investments; inspected property sites; prepared financial analyses and projections; negotiated terms of acquisitions, partnership participations, and loans; wrote, reviewed, and edited offering documents and contracts.

- Consulted for other Transamerica companies regarding acquisitions, including venture capital opportunities, and qualifications and performance records of asset managers. Established Registered Investment Adviser affiliate company. Supervised administration of previously syndicated proprietary partnerships including oversight of property management performance; investor reporting; partnership legal, treasury, accounting, tax, and financial reporting functions.

- Coordinated litigation matters for proprietary limited partnerships; directed litigation strategies in conjunction with cost-benefit analyses of alternative actions; testified at deposition and trial. Licensed real estate affiliate to promote Asian investment in Transamerica-brokered real estate and securities; made presentations to top management of major Japanese and Taiwanese corporations regarding real estate investment in the United States.

- Elected Treasurer & Financial Principal of Transamerica Financial Resources in 1988.

- Elected Second Vice President of Transamerica Financial Resources in December 1985.

1980–1984     *Senior Tax Consultant*, Price Waterhouse, Century City, CA.

- Responsible for corporate, partnership, trust, and individual client matters including tax research and planning, review and supervision of tax compliance and projections, and preparation of financial cash flow analyses. Supervised and performed audits of corporate and partnership clients. Prepared projections for privately syndicated limited partnerships. Supervised writing of tax opinion letters and co-authored comments to the U.S. Treasury Department regarding proposed income tax regulations.

## LICENSES HELD

Registered securities representative (Series 7 license)

General securities principal (Series 24 license)

Financial operations principal (Series 27 license)

Licensed real estate broker in the State of California

## PROFESSIONAL MEMBERSHIPS

California Society of Certified Public Accountants

## PUBLICATIONS

"Securities Fraud Damages." With Bradford Cornell and John Haut, Developments in Litigation Economics, Contemporary Studies in Economic and Financial Analysis, Volume 87, Elsevier Ltd., London, 2005.

"Estimating the Cost of Equity Capital." With Bradford Cornell and Elizabeth P. James. *Contemporary Finance Digest*, FMA International/CIBC Wood Gundy, Autumn 1997, Vol. 1, No. 1, p. 5.

# EXHIBIT C2



# BRIAN L. PALMER
Vice President

Ph.D. Economics,
Massachusetts Institute of Technology

B.A. Economics (B.S. Mathematics),
Brigham Young University

Dr. Palmer specializes in econometrics and statistics. His expertise in economic and quantitative analysis has been used for a wide range of antitrust, corporate finance, intellectual property, international trade, and damage calculation issues. He has provided complex economic and quantitative analyses for legal proceedings involving labor markets, consumer products, finance and securities, healthcare and pharmaceuticals, computer technology and software, energy and petroleum products, environmental issues, demographic issues, and retail trade.

## EXPERT TESTIMONY

- Trial testimony for plaintiffs in *Elouise Pepion Cobell, et. al. v. Dirk Kempthorne, Secretary of the Interior, et. al.,* a class action involving Individual Indian Monies (US District Court for the District of Columbia).

- Report for defendant in *Catherine Blaylock, et. al. v First American Title Insurance Company, et. al.,* a proposed class action involving alleged illegal inducements and referrals for title insurance in the state of Washington.

- Deposition testimony and report for defendants in *Meijer, Inc., et. al. v Warner Chilcott, et. al.,* a proposed class action involving an agreement between a branded and a generic pharmaceutical manufacture.

- Deposition testimony and reports for defendant in *Boca Raton Community Hospital Inc. v Tenet Healthcare Corp.,* a proposed class action matter involving Medicare payments alleging RICO, fraud, and unfair competition.

- Deposition testimony and report for defendant in *The United States of America, ex rel. Cleveland A. Tyson, et. al. v. Amerigroup Illinois, Inc. and Amerigroup Corporation,* a matter involving alleged discrimination and Medicaid overcharges.

- Reports for plaintiff in *Gastec v. Sensidyne,* Inc., a lawsuit requesting an injunction to prevent the dissemination of a document.

- Deposition testimony and reports for plaintiffs in *Michael Q. McAdams, et. al. v. Massachusetts Mutual Life Insurance, et. al.,* a dispute regarding deferred compensation.

- Deposition testimony and report for defendants (all actions), deposition testimony and reports for defendants (opt-out Jeld-Wen, Inc.) *In re: Flat Glass Antitrust Litigation*, a class action price fixing matter.

- Deposition testimony for defendants in *Perfection Corporation* v. *American Water Heater Company, et. al.,* a product liability class action dispute.

- Testimony and reports on behalf of domestic producers before the International Trade Commission regarding the sunset review of the 1993 orders on corrosion-resistant steel.

- Deposition testimony and report for plaintiff in *PepsiCo, Inc.* v. *The Coca-Cola Company*, an antitrust case involving exclusionary practices.

- Report on behalf of domestic producers in the International Trade Commission investigation regarding cold-rolled steel (Investigation Nos. 701-TA-393(F) and 731-TA-829-840(F)).

- Deposition testimony and report for plaintiffs in *Allen* v. *Washington Hospital*, an antitrust case involving exclusionary practices.

- Testimony before the High Court of New Zealand for plaintiffs in *Shell (Petroleum Mining) Company Limited and Todd Petroleum Mining Company Limited* v. *Kapuni Gas Contracts Limited and Natural Gas Corporation of New Zealand Limited*, a contract and antitrust dispute involving natural gas.

- Affidavit on behalf of several states and municipalities in litigation with the Department of Commerce with respect to proposed U.S. Census statistical adjustment procedures.

- Reports for defendants (plaintiffs in counterclaim) in *Apex* v. *DeMauro*, an alleged futures market manipulation case.


## TEACHING EXPERIENCE

- *Adjunct Assistant Professor*, Statistics, The Fletcher School of Law and Diplomacy, Tufts University, 1990.

- *Instructor*, Statistics, The Fletcher School of Law and Diplomacy, Tufts University, 1989.

- *Instructor*, Statistics, MIT, 1986.

- *Instructor*, Mathematics, Utah Technical College, 1981–1983.

## PAPERS

"Antidumping and Countervailing Orders: A Study of the Market for Corrosion-resistant Steel." With Tasneem Chipty. *Charles River Associates Working Paper*, 2000.

"Standing Up to be Counted: The Decision Not to Adjust the 1990 Census." With Franklin M. Fisher. In *Microeconomics: Essays in Theory and Applications*. Cambridge: Cambridge University Press, 1999.

"Moving and the Elderly: A Stochastic, Finite Horizon Model." Presented at the NBER Summer Institute, 1988.

"Implications of the Changing Elderly Male Mortality." Presented at the NBER Summer Institute, 1989.

# EXHIBIT C3

THE
**BALLENTINE BARBERA**
GROUP

A CRA International Company

# PATRICK T. BRESLIN
Principal

M.A. International Economics
and Finance,
Brandeis University,

B.A. Political Science,
Cum Laude,
Boston College

Mr. Breslin has extensive experience conducting economic analysis of intercompany transactions with a focus on intangible property valuation.  He has been involved in planning, business restructuring, cost sharing arrangements, APA applications, and audits, including IRS settlement negotiations yielding a 75 percent reduction in a multi-hundred million dollar income adjustment. Mr. Breslin's transaction experience includes Internet commerce platforms, electronic payment systems, software, biotechnology, trademarks, and other intangible property.  Client engagements have also involved consumer, pharmaceutical and medical products, agricultural products, oil and gas, and various industrial products and services.  Prior to joining the Ballentine Barbera Group, Mr. Breslin was a director with PricewaterhouseCoopers and managed major engagements in the economic consulting practices of Baker & McKenzie and KPMG.  Mr. Breslin was also founder and CEO of Relatable, a software company providing copyright monitoring and royalty allocation solutions for the electronic distribution of music and media. He has also consulted on international trade and environmental policy issues.

## PROFESSIONAL HISTORY

2007–Present   *Principal*, CRA International, Washington, DC

2006–2007      *Director, Transfer Pricing*, PricewaterhouseCoopers LLP, McLean, VA

Developed new and existing client relationships, including major accounts; established new engagements; presented proposals and negotiated fees. Managed major transfer pricing engagements involving planning and audits, including R&D cost sharing arrangements, intercompany services, and various tangible and intangible property transactions.  Developed strategies and advised clients on compliance with arm's length requirements for various types of transactions in consumer products, medical products, services, and other industries.  Oversaw project managers and staff and coordinated large engagement efforts across PwC offices globally.



INTERNATIONAL

2003–2006   *Economist*, Baker & McKenzie, Washington, DC

Managed major client transfer pricing engagements involving planning, Advanced Pricing Agreements (APAs), business restructuring, intangibles migration, audit, and documentation.  Developed strategies and advised clients on compliance with arm's length requirements for various types of intercompany transactions, including tangible goods, intangible property, and services.  Conducted functional analysis interviews and other meetings with clients; presented to IRS and financial auditors. Advised firm tax partners on compliant pricing structures; presented at firm meetings and events.  Managed, recruited, trained, and mentored analysts. Negotiated database vendor contracts; developed evaluation processes for various data sources and technology tools.

Project experience includes:

- Served as lead economist for major European business restructuring involving the US, Switzerland, and 20 other jurisdictions; prepared analyses and reports used for planning, implementation, and documentation purposes.  Presented at meetings with financial auditors in Switzerland to discuss transfer pricing structure and implications.  Primary client contact for economics group on engagement.

- Conducted economic analysis refuting IRS audit position which assessed multi-hundred million dollar taxable income adjustment on major US-based medical products manufacturer. Conducted alternative analyses and assisted in developing taxpayer position.

- Participated in negotiated settlement meetings with IRS audit team which reduced taxable income adjustment by approximately 75 percent. Co-developed presentations for meetings with IRS audit team.

- Valuation of software technology platform and customer relationship intangibles for buy-in and cost sharing analysis for leading e-commerce solutions provider.

- Analysis of arm's length buying agency commission rates for a major retailer's procurement operations in Asia; analysis submitted to IRS as part of an APA request.

- Analysis of arm's length royalties for optical implant technology; submitted as part of an APA request.

- Analysis of intercompany management and IT services transactions for France-US bilateral APA.

- Analysis of distribution services and arm's length margins for successful US-Canada bilateral APA.

- Industry experience includes oil and gas, software, e-commerce and Internet solutions, medical products and technology, agricultural, automotive, construction and electrical products, retail, and various services.

1999–2003    *President, Chief Executive Officer, Co-Founder*, Relatable, Alexandria, VA

Responsible for overall management, strategy, financing, product development, and marketing for a software firm specializing in audio identification for online music marketing and media measurement. Managed commercialization of leading solution that accurately identified millions of audio files distributed on the Internet through customers including the original Napster. Relatable solutions enable copyright monitoring and royalty allocation for music and media distributed through digital and analog channels with unmatched performance.

Developed and implemented technology licensing strategy and negotiated multiple arm's length software license agreements with customers. Oversaw development of intellectual property portfolio. Managed team of inventors and Ph.D. engineers to build proprietary solutions for hardware and software applications. Built and managed customer relationships with clients in the digital music and entertainment, software, and consumer electronics industries. Provided expert testimony in major copyright infringement litigation between the recording and motion picture industries and various online services.

1997–2000    National Public Radio (NPR), Washington, DC

*Cultural Web Sites Producer* (1998–2000)

Managed all music-related Web sites for NPR; advised Vice President and radio producers on online strategies. Managed implementation, including design, programming, writing, and editing of original audio and written content. Managed teams of software and database programmers, writers, and radio producers to develop innovative Web presence. Programs included *Jazz Profiles, JazzSet, Performance Today*, and others. Managed editing and encoding of audio for Web distribution; managed all copyright considerations. Co-presenter in fundraising presentations to key funders, successfully raising multimillion dollar contribution for jazz Web site development. Developed online partnerships with commercial partners.

*Project Manager/Consultant* (1997–1998)

Managed design and development of *Frontiers in the Sea* Web site, a joint online production of National Geographic and NPR. Developed Web content and online audio technology for other NPR programs, such as *All Things Considered* and *Morning Edition.*

PATRICK T. BRESLIN
Page 4

1993–1997      *Senior Consultant*, KPMG Economic Consulting Services, New York and
Washington, DC

Managed transfer pricing engagements and developed strategies for multinational
clients of Asian, European, and US origin, including leading manufacturers of
consumer electronics, telecommunications equipment, computer equipment, game
and software developers, and major food and beverage companies.  Worked
directly with client senior management and outside counsel.  Wrote proposals and
produced final reports for submission to the IRS.  Managed budgets and billing;
managed and trained consultants.

Transfer pricing experience included IRS audits, Advanced Pricing Agreements,
various methodologies, including profit split analysis, Comparable Profits Method,
Resale Pricing Method, comparable uncontrolled price and transaction
methodologies, and valuation of intangible assets.  Studies included analysis of
royalties for software, entertainment properties, trademark, and technology.
Participated in meetings with IRS representatives in audit situations.  Lead member
of R&D team, which designed and programmed proprietary financial analysis
software.

1992–1993      Presidential Election & Transition, Clinton-Gore, Washington, DC,

Organized campaign visits to major industry trade associations; monitored business
concerns on the following issue areas: international trade, telecommunications,
broadcasting and media, and economic policy.  Prepared policy briefs for surrogate
speakers and briefing material for Senate confirmation hearing of USTR, M. Kantor.

Assisted in organizing and attended business advisory committee meeting with
President Clinton, Trade Ambassador Kantor, and major US business leaders.
Assisted in producing report on export control regulations.

1991           EC Committee of American Chamber of Commerce, Brussels, Belgium

Assistant committee coordinator for committees on trade, intellectual property,
financial services, tax and other policy areas.  Organized and participated in
meetings of senior executives of US multinational firms to discuss EC (now EU)
legislative initiatives and EC Committee lobbying positions.

Prepared position statements submitted to EC institutions and GATT (now WTO)
Secretariat and delegations.  Constructed cohesive position from various
contributions representing interests of diverse member firms.  Lead coordinator for
subcommittees on Rules of Origin and Local Content within Trade Committee.  Co-
organizer and participant in series of meeting on GATT Uruguay Round in Geneva,

Switzerland between member company executives, GATT Secretariat officials, and ambassadors of eight major national trade delegations.

1989–1990    DeLucia and Associates, Cambridge, MA

Analyst on various development projects for energy economics consulting firm. Projects included World Bank, USAID, and other agency funded projects in Ethiopia, Malawi, and other developing countries.  Projects involved rural electrification, renewable energy, and general national energy policy.

# EXHIBIT C4

 CRA Charles River Associates

# BRADFORD CORNELL
Senior Consultant

Ph.D. Financial Economics,
Stanford University, 1975

M.S. Statistics, Stanford
University, 1974

A.B. (Interdepartmental)
Physics, Philosophy and
Psychology, Stanford
University, 1970

## ACADEMIC AND PROFESSIONAL POSITIONS

1999–Present   *Senior Consultant*, CRA

2005–Present   *Visiting Professor of Financial Economics*, California Institute of Technology

1987–2005   Professor of Finance and Director of the Bank of America Research Center, Anderson Graduate School of Management, UCLA

1990–1999   *President*, FinEcon: Financial Economic Consulting

1988–1990   Vice-President and Director of the Securities Litigation Group, Economic Analysis Corporation

1979–1986   *Assistant and Associate Professor of Finance*, UCLA

1983–1984   *Visiting Professor of Finance*, California Institute of Technology

1977–1979   *Assistant Professor of Finance*, University of Southern California

1975–1977   *Assistant Professor of Finance*, University of Arizona

### Courses Taught

- Applied Corporate Finance and Investment Banking
- Corporate Valuation
- The Law and Finance of Corporate Acquisitions and Restructurings
- Corporate Financial Theory
- The Theory of Finance (in the UCLA Law School)
- Security Valuation and Investments
- A wide variety of executive and community education programs

### Special Education Programs Include

- The U.S. Business School in Prague—Special Finance Program, Summer 1991

- The Lead Program for Business Education of Minority High School Students, 1987–1997

## CONSULTING AND PROFESSIONAL ACTIVITIES

### Selected Service at UCLA

- Twice Chairman of Finance Department
- Twice Vice Chairman of the Anderson School
- Three-time member of the staffing and promotion committee

### Service to Scholarly Journals and Organizations

Served as an associate editor for a variety of scholarly and business journals, including *Journal of Finance, Journal of International Business Studies, Journal of Business and Economics, Journal of Financial Research, Journal of Futures Markets,* and the *Investment Management Review.*

Served as a reviewer for numerous finance and economics journals, including *American Economic Review, Journal of Political Economy, Journal of Financial Economics, Journal of Business, Journal of Financial and Quantitative Analysis,* and the *Review of Economics and Statistics.*

### Memberships in Professional Societies

- American Finance Association, 1973–Present

  - Member of Board of Directors, 1987–1989

- Western Finance Association, 1973–Present

  - Member of Board of Directors, 1982–1985

  - Vice President, 1987

- American Economic Association, 1973–Present

- American Bar Association, 1995–1999

- American Statistical Association, 1992–1999

- International Association of Financial Engineers, 1993–2003

- American Law and Economics Association, 1995–2000

- Human Behavior and Evolution Society, 1995–2000

## Research Evaluation

- Project reviewer for the National Science Foundation, 1979–Present
- Program committee for the Western Finance Association, Various years

## Selected Board and Committee Memberships

- Pension Policy Board, The Aerospace Corporation, 1985–2008
- Chairman, Mayor's Blue Ribbon Commission on Los Angeles' Municipal Investments, 1995
- Director, Forms Engineering Corporation, 1976–1997
- Trustee, Kellow Trust, 1982–1991

## Expert Witness

Numerous cases involving the application of financial economics

## Media Experience

- Occasional contributor to *The Wall Street Journal* and *The Los Angeles Times*
- Occasional commentator for local television and radio stations
- Lecturer on valuation theory, appraisal practice, and securities pricing

## PUBLICATIONS

### Books and Book Chapters

"Stock Repurchases: Tradeoffs and Trends." *The Blackwell Companion to Dividends and Dividend Policy*, H. Kent Baker, ed., Blackwell Publishing, New York, 2009 forthcoming.

"Securities Fraud Damages." With J. Hirshleifer and J. Haut. *Developments in Litigation Economics*, Vol. 87, P. Gaughan and R. Thornton, eds., Elsevier, Ltd., Oxford, U.K., 2005.

*The Equity Risk Premium and the Long-run Future of the Stock Market*. John Wiley and Sons, New York, NY, 1999.

"Corporate Valuation." *Handbook of Modern Finance*, 3rd edition, Dennis Logue, ed., Warren Gorham Lamont, Boston, MA, 1994.

*Corporate Valuation: Tools for Effective Appraisal and Decision Making*. Business One Irwin, New York, NY, 1993.

### Academic Articles

"Economic Growth and Equity Investing." *Financial Analysts Journal*, forthcoming 2009.

"Beliefs Regarding Fundamental Value and Optimal Investing." With J. Cvitanic and L. Goukasian, *Annals of Finance*, forthcoming 2009.

"The Equity Premium Revisited."  With M. Moroz, *Journal of Portfolio Management*, forthcoming 2009.

"Collateral Damages and Securities Litigation." With J. Rutten. *Utah Law Review*, forthcoming 2009.

"The Fundamental Nature of Recessions: A Contracting and Restructuring Approach, The Economists Voice, October 2009, pp. 1-4.

"The Pricing of Volatility and Skewness." *Journal of Investing*, Vol. 18, Fall 2009, pp 27-31.

"Implications of the Financial Crisis for Financial Education." *Journal of Financial Education*, Vol. 35, Spring, pp. 1-6.

"Investment Research: How Much is Enough." Management Online Review, Oxford Management Publishing, 2009, http://www.morexpertise.com/download.php?id=135.

"Luck, Skill and Investment Performance." *Journal of Portfolio Management*, Vol. 35, Winter 2009, pp. 85-89.

"The Basic Speed Law for Capital Market Returns." *CFA Magazine*, Nov-Dec, 2008, pp. 10-11.  also published electronically by *Real Capital Markets*, October 24, 2008, http://www.realclearmarkets.com/articles/2008/10/the_basic_speed_law_for_capita_1.html.

"The Impact of Analysts' Forecast Errors and Forecast Revisions on Stock Prices." With W. Beaver, W. Landsman, and S. Stubben.  *Journal of Business Finance and Accounting*, Vol. 35, No. 5/6, 2008, pp. 709-740.

"Market Efficiency, Crashes, and Securities Litigation." With J. Rutten.  *Tulane Law Review*, Vol. 81, No. 2, 2006.

"Dividends, Stock Repurchases, and Valuation." *Journal of Applied Finance*, Vol. 15, No. 2, 2005, pp. 13–24.

"How Do Analysts' Recommendations Respond to Major News?" With J. Conrad, W. Landsman, and B. Roundtree.  *Journal of Financial and Quantitative Analysis*, Vol. 41, No. 1, 2006, pp. 39–68.

"A Delegated Agent Asset Pricing Model." With R. Roll.  *Financial Analysts Journal*, Vol. 61, No. 1, 2005, pp. 57–69.

"Comovement as an Investment Tool." *Journal of Portfolio Management*, Vol. 30, spring 2004, pp. 1–5.

"Compensation and Recruiting:  Private Universities vs Private Corporations."  *Journal of Corporate Finance*, Vol. 10, No. 1, 2004, pp. 37–52.

"Accounting and Valuation: Is the Quality of Earnings an Issue?"  With W. Landsman.  *Financial Analysts Journal*, Vol. 59, No. 6, 2003, pp. 20–28.

"The Information that Boards Really Need."  *Sloan Management Review*, Vol. 44, spring 2003, pp. 71–76.

"When is Bad News Really Bad News."  With J. Conrad and W. Landsman.  *Journal of Finance,* Vol. 57, December 2002, pp. 2507–2532.

"The Parent Company Puzzle:  When is the Whole Worth Less than the Sum of the Parts."  With Q. Liu.  *Journal of Corporate Finance*, Vol. 4, December 2001, pp. 341–366.

"Is the Response of Analysts to Information Consistent with Fundamental Valuation?  The Case of Intel."  *Financial Management*, Vol. 30, spring 2001, pp. 113–136.

"Equity Duration, Growth Options and Asset Pricing."  *Journal of Portfolio Management,* Fall 2000, pp. 171–180.

"Risk, Duration and Capital Budgeting:  New Evidence on Some Old Questions."  *Journal of Business,* Vol. 2, April 1999, pp. 183–200.

"The Term Structure, the CAPM, and the Market Risk Premium:  An Interesting Puzzle."  *Journal of Fixed Income,* Vol. 4, December 1998, pp. 85–89.

"Cash Settlement when the Underlying Securities are Thinly Traded:  A Case Study."  *Journal of Futures Markets*, Vol. 17, No. 8, 1997, pp. 855–871.

"Estimating the Cost of Equity Capital."  With J. Hirshleifer and E. James.  *Contemporary Finance Digest*, Vol. 1, fall 1997, pp. 5–26.

"The Valuation of Complex Derivatives by Major Investment Firms:  Empirical Evidence."  With A. Bernardo.  *Journal of Finance*, Vol. 52, June 1996, pp. 785–798.

"Culture, Information, and Screening Discrimination."  With I. Welch.  *Journal of Political Economy*, Vol. 104, June 1996, pp. 542–571.

"Throwing Good Money After Bad?  Cash Infusions and Distressed Real Estate."  With F. Longstaff and E. Schwartz.  *Journal of the American Real Estate and Urban Economics Association*, Vol. 24, 1996, pp. 23–41.

"An Hypothesis Regarding the Origins of Ethnic Discrimination."  *Rationality and Society*, Vol. 7, January 1995, pp. 4–29.

"Change Reinforces Use of DCF Method."  *Natural Gas,* Vol. 11, October 1994, pp. 5–15.

"Adverse Selection, Squeezes and the Bid-Ask Spread on Treasury Securities."  *Journal of Fixed Income*, Vol. 3, June 1993, pp. 39–47.

"The Reaction of Investors and Stock Prices to Insider Trading." With E. Sirri. *Journal of Finance,* Vol. 47, July 1992, pp. 1031–1059.

"Liquidity and the Pricing of Low-grade Bonds." *Financial Analysts Journal,* Vol. 48, January/February 1992, pp. 63–68.

"Measuring the Investment Performance of Low-grade Bond Funds." With K. Green. *Journal of Finance,* Vol. 66, March 1991, pp. 29–48.

"Using Finance Theory to Measure Damages in Fraud on the Market Cases." With G. Morgan. *UCLA Law Review,* Vol. 37, No. 2, 1990, pp. 883–924.

"The Incentive to Sue: An Option Pricing Approach." *Journal of Legal Studies,* Vol. 17, No. 1, 1990, pp. 173–188.

"Volume and $R^2$." *Journal of Financial Research,* Vol. 13, No. 13, 1990, pp. 1–7.

"Measuring the Term Premium: An Empirical Note." *Journal of Economics and Business,* Vol. 42, No. 1, 1990, pp. 89–93.

"Cross Sectional Regularities in the Reaction of Stock Prices to Bond Rating Changes." With W. Landsman and A. Shapiro. *Journal of Accounting, Auditing, and Finance,* Vol. 4, No. 4, 1989, pp. 460–479.

"The Mispricing of U.S. Treasury Bonds: A Case Study." With A. Shapiro. *The Review of Financial Studies,* Vol. 2, No. 3, 1989, pp. 297–310.

"The Impact of Data Errors on Measurement of the Foreign Exchange Risk Premium." *Journal of International Money and Finance,* Vol. 8, 1989, pp. 147–157.

"Security Price Response to Quarterly Earnings Announcements and Analyst Forecast Revisions." With W. Landsman. *The Accounting Review,* Vol. 64, October 1989, pp. 680–692.

"Financing Corporate Growth." With A. Shapiro. *Journal of Applied Corporate Finance,* Vol. 1, summer 1988, pp. 6–22.

"Measuring the Cost of Corporate Litigation: Five Case Studies." With K. Engelmann. *Journal of Legal Studies,* Vol. 17, June 1988, pp. 135–162.

"Corporate Stakeholders and Corporate Finance." With A. Shapiro. *Financial Management,* Vol. 16, spring 1987, pp. 5–14.

"The Impact on Bank Stock Prices of Regulatory Responses to the International Debt Crisis." With A. Shapiro and W. Landsman. *Journal of Banking and Finance,* Vol. 3, 1987, pp. 161–178.

"Pricing Interest Rate Swaps: Theory and Empirical Evidence." *Proceeding of Conference on Swaps and Hedges,* Salomon Brothers Center, New York University, 1987.

"Forecasting the Eleventh District Cost of Funds." *Housing Finance Review*, Vol. 6, summer 1987, pp. 123–135.

"Commodity Own Rates, Real Interest Rates, and Money Supply Announcements." With K. French. *Journal of Monetary Economics*, Vol. 18, July 1986, pp. 3–20.

"The Reaction of Bank Stock Prices to the International Debt Crisis." With A. Shapiro. *Journal of Banking and Finance*, Vol. 10, 1986, pp. 55–73.

"Inflation Measurement, Inflation Risk, and the Pricing of Treasury Bills." *Journal of Financial Research*, Vol. 9, fall 1985, pp. 193–202.

"Interest Rates and Exchange Rates: Some New Empirical Evidence." With A. Shapiro. *Journal of International Money and Finance*, Vol. 4, 1985, pp. 431–442.

"The Weekly Pattern in Stock Returns: Cash versus Futures." *Journal of Finance*, Vol. 40, June 1985, pp. 583–588.

"The Income Approach to Valuation." *Proceedings of the Wichita State University Conference on the Appraisal of Railroads and Public Utilities*, 1985.

"The Value of Rate Base Options in the Eurocredit Market." With O. Sand. *Journal of Bank Research*, Vol. 16, spring 1985, pp. 22–28.

"The Money Supply Announcements Puzzle: Review and Interpretation." *American Economic Review*, Vol. 73, September 1983, pp. 644–658.

"The Money Supply Announcements Puzzle: Reply." *American Economic Review*, Vol. 75, June 1985, pp. 565–566.

"Taxes and the Pricing of Stock Index Futures." With K. French. *Journal of Finance*, Vol. 38, June 1983, pp. 675–695; reprinted in *Proceedings of the Seminar for the Analysis of Securities Prices*, University of Chicago Press, 1983.

"Money Supply Announcements and Interest Rates: Another View." *Journal of Business*, Vol. 56, January 1983, pp. 1–25; reprinted in *Proceedings of the Seminar for the Analysis of Securities Prices*, University of Chicago Press, 1983.

"Monetary Policy and the Daily Behavior of Interest Rates." *Journal of Business and Economics*, Vol. 35, 1983, pp. 189–203.

"Managing Exchange Risk." With A. Shapiro. *Midland Corporate Financial Journal*, Vol. 1, fall 1983, pp. 16–31; reprinted in *New Developments in International Finance*, J. Stern and D. Chew, eds., Basil Blackwell, New York, 1988.

"The Pricing of Stock Index Futures." With K. French. *Journal of Futures Markets*, Vol. 3, fall 1983, pp. 1–14; reprinted in *Readings in Futures Markets*, Vol. 5 and in *Selected Writings on Futures Markets: Explorations in Financial Futures*; both published by the Chicago Board of Trade, 1984.

"Money Supply Announcements, Interest Rates, and Foreign Exchange." *Journal of International Money and Finance*, Vol. 1, 1982, pp. 201–208.

"Forward versus Futures Prices:  Evidence from the Foreign Exchange Markets." With M. Reinganum. *Journal of Finance*, Vol. 36, December 1981, pp. 1035–1046.

"Taxation and the Pricing of Treasury Bill Futures." *Journal of Finance*, Vol. 36, December 1981, pp. 1169–1176.

"The Relationship between Volume and Price Variability in Futures Markets." *Journal of Futures Markets*, Vol. 1, fall 1981, pp. 303–316.

"Relative vs. Absolute Price Changes:  An Empirical Study." *Economic Inquiry*, Vol. 16, April 1981, pp. 302–309.

"The Consumption Based Asset Pricing Model:  A Note on Potential Tests and Applications." *Journal of Financial Economics*, Vol. 9, March 1981, pp. 103–110.

"Strategies for Pairwise Competitions in Markets and Organizations." With R. Roll. *Bell Journal of Economics*, Vol. 12, spring 1981, pp. 201–216.

"What is the Future for Floating Rate Bonds?" *Chase Financial Quarterly*, Vol. 1, fall 1981, pp. 27–38.

"The Denomination of Foreign Trade Contracts Once Again." *Journal of Financial and Quantitative Analysis*, Vol. 5, November 1980, pp. 933–945.

"Inflation, Relative Price Changes, and Exchange Risk." *Financial Management*, Vol. 9, spring 1980, pp. 30–35.

"Asymmetric Information and Investment Performance Measurement." *Journal of Financial Economics*, Vol. 7, December 1979, pp. 381–390.

"Treasury Bill Pricing in the Spot and Futures Markets." With D. Capozza. *Review of Economics and Statistics*, Vol. 61, November 1979, pp. 513–520; reprinted in *Interest Rate Futures: Concepts and Issues*, Robert Dame International, 1981.

"A Variance Forecasting Test of the Option Pricing Model." With D. Capozza. *Financial Review*, Vol. 7, 1979, pp. 381–390.

"Relative Price Changes and Deviations from Purchasing Power Parity." *Journal of Banking and Finance*, Vol. 3, 1979, pp. 263–279.

"A Note on Capital Asset Pricing and the Theory of Indexed Bonds." *Southern Journal of Economics*, Vol. 45, 1979, pp. 1239–1247.

"Do Money Supply Announcements Affect Short-term Interest Rates?" *Journal of Money, Credit, and Banking*, Vol. 11, February 1979,  80–86.

"Risk, Currency Substitution and the Exchange Rate." *Proceedings of the Fall 1978 Conference*, Federal Reserve Bank of San Francisco, 1978.

"Determinants of the Bid-Ask Spread on Forward Foreign Exchange Contracts Under Floating Exchange Rates." *Journal of International Business Studies*, Vol. 9, fall 1978, pp. 33–41.

"Using the Option Pricing Model to Measure the Uncertainty Producing Effect of Major Announcements." *Financial Management*, Vol. 7, spring 1978, pp. 54–59.

"Price as a Signal of Quality:  Some Additional Experimental Results." *Economic Inquiry*, Vol. 16, April 1978, pp. 302–309.

"Mean Absolute Deviation versus Least-Square Regression Estimation of Beta Coefficients." With J. Dietrich. *Journal of Financial and Quantitative Analysis*, Vol. 13, March 1978, pp. 123–131.

"Monetary Policy, Inflation Forecasting, and the Term Structure of Interest Rates." *Journal of Finance*, Vol. 33, March 1978, pp. 117–127.

"The Efficiency of the Market for Foreign Exchange Under Floating Exchange Rates." With J. Dietrich. *Review of Economics and Statistics*, Vol. 60, February 1978, pp. 111–120.

"Option Pricing in Bear and Bull Markets." *Journal of Portfolio Management*, Vol. 4, Summer 1978): 30–32.

"Spot Rates, Forward Rates, and Exchange Market Efficiency." *Journal of Financial Economics*, Vol. 5, August 1977, pp. 55–65; reprinted in *Frontiers in International Financial Management*, D. Lessard and J. Wiley, Eds., 1979, and in *International Finance:  Concepts and Issues*, R. Kalb and G. Gay, Eds., Robert F. Dame, 1982.

"Measuring the Informational Content of Consumer Price Announcements." *Nebraska Journal of Economics and Business*, Vol. 16, summer 1977, pp. 57–64.

"Which Inflation Rate Affects Interest Rates?" *Business Economics*, Vol. 12, May 1977, pp. 22–25. Reprinted in *Certified Financial Analysts Digest*, 1977.

"Are Deep Discount Convertibles Underpriced?" *Journal of Portfolio Management*, Vol. 3, spring 1977, pp.  55–57.

"Using the Goldsmith-Nagan Survey to Estimate the Liquidity Premium." *Journal of Economics and Business*, Vol. 2, February 1977, pp. 148–151.

"Managing Money in a Competitive Securities Market." *Arizona Review*, Vol. 25, September 1976, pp. 1–5.

"Asset Pricing Under Uncertain Inflation: A Note on the Work of Long and Roll." *Intermountain Economic Review*, Vol. 7, spring 1976, pp. 85–91.

"The Arizona Retirement System 1956–1975: An Investment Analysis." Vol. 25, March 1976, pp.

### Book Reviews and Discussion Comments

"Statistical Analysis of Price and Basis Behavior: October 12–6, 1987," *The Stock Market: Bubbles, Volatility, and Chaos*, E. Dwyer and R. Hafer, eds., Kluwer Academic Publishers, 1990.

Review of *Futures Markets*, *Journal of Monetary Economics*, M. Streit, ed., Vol. 16, July 1985, pp. 133–135.

Review of *Exchange Rates and International Macroeconomics*, *Journal of International Money and Finance*, J. Frenkel, ed., Vol. 4, 1985, pp. 212–214.

Review of *Exchange Rate Policy*, by Ray A. Batchelor and Geoffrey Wood, *Journal of Economic Literature*, Vol. 21, 1983, pp. 1027–1029.

### Working Papers

"Assessing the Risk of Securities Lending Transactions." 1999.

*Social Decoding and Ethnic Discrimination*, 1996, book length manuscript.

"Using the DCF Method to Estimate the Cross-Sectional Variation of Expected Returns." With S. Cheng. 1995

"Testing the Tax Timing Option Theory: A New Approach." 1984.

"Determinants of Corporate Capital Structure: An Empirical Analysis." With J. Dietrich. 1979.

### AWARDS AND HONORS

Graham and Dodd Award for research on securities analysis and valuation (with Richard Roll), 2006.

I/B/E/S award for research in empirical finance (with W. Landsman and J. Conrad), 1999

Cited as one of the ten most prolific research authors in the field of finance, in "Most Frequent Contributors to the Finance Literature," by Jean Louis Heck and Phillip L. Cooley, *Financial Management*, autumn, 1980

Financial Management Association Prize for Applied Research, 1987

Institute for Quantitative Research in Finance, Research Grant, 1984

Center for the Study of Futures Markets, Research Grant, 1983

Center for the Study of Futures Markets, Research Grant, 1981

Chicago Mercantile Exchange, Research Grant, 1979

Phi Beta Kappa, Stanford University, 1970