1301 K Street, N.W. 800W
Washington, DC 20005-3333

Telephone 202 414 1000

*Price Waterhouse* LLP



November 11, 1997

**Exhibit A**

Mr. Dennis Gingold, Esq.
1201 Pennsylvania Avenue, NW
Suite 645
Washington, D.C. 20004

Dear Dennis:

This letter describes Price Waterhouse's experiences during the "joint effort" with defendants and Arthur Andersen. In summary, while some data and documents have been provided by the defendants, a large portion of the data and documents that we have requested have not been provided. In addition, for those items that have been provided, they have typically been provided just prior to monthly status conferences with Judge Lamberth, which are no longer scheduled.

The following is a summary of our experiences regarding document production and meetings with Arthur Andersen.

**Document Production**

The first order for the production of information was dated November 27, 1996. This order included requests for Office of Trust Fund Management (OTFM) data on trust beneficiaries; Minerals Management Service (MMS) production data; current and past manuals for Individual Indian Monies (IIM) procedures, the Integrated Records Management System (IRMS), the MMS Production and Accounting System (PAAS), and the Bureau of Indian Affairs (BIA) National Oil and Gas Evaluation and Management System (NIOGEMS); as well as other documents pertaining to specific issues related to IIM trust beneficiaries. No documents or data were provided until December 20, 1996. At that time, we received the OTFM data on trust beneficiaries. Documents and data continued to be provided through March, 1997, when the MMS manuals and NIOGEMS documentation were finally provided.

Much of the documentation that was provided by the defendants regarding the first order for production was provided just prior to a scheduled status conference. In particular, the MMS data were provided on January 21, 1997 (the same day as the January status conference); BIA and IRMS manuals were provided on February 10, 1997 (the day before the February status conference); and additional BIA and IRMS manuals were provided on March 17, 1997 (two days prior to the March status conference).

As of November 3, 1997 (nearly one year after the order for production was signed), Price Waterhouse has still received no information with regard to item 18 of the order for production. Item 18 requests handbooks, procedures, directives or instructions regarding tribal succession laws as they affect Trust Fund Accounting. Since ownership issues are an important part of determining if an individual is receiving the appropriate income, these manuals are critical to our review.

Mr. Dennis Gingold, Esq.
Page 2
November 11, 1997



Item 19 of the first order for the production of information requests all documents for the five named plaintiffs. We received limited data for the five named plaintiffs in December, 1996. We received additional information on May 15, 1997 (one day prior to the May status conference) and then additional documents in August 1997. However, Price Waterhouse has not received complete documentation for any of the five named plaintiffs.

On February 7, 1997, Price Waterhouse issued a letter with questions about the OTFM data to Willa Perlmutter, Department of the Interior. A response was provided on March 11, 1997, which requested specific examples of the issues raised in the letter. A follow-up letter that included these examples and some additional questions was issued on March 14, 1997. This letter was re-sent to both Lew Wiener, Department of Justice, and Edith Blackwell, Department of Interior, on August 8, 1997. As of November 3, 1997, no response to the follow-up letter has been received.

On February 13, 1997, Price Waterhouse issued a letter to Willa Perlmutter regarding compacting. A response was provided on April 10, 1997 by Willa Perlmutter indicating that there were only two tribes compacting for trust fund management and a third was due to begin during the current fiscal year. A second letter was received by Price Waterhouse on April 28, 1997 indicating that no tribes are contracting for trust fund management under the Indian Self-Determination Act. During a site visit to the Salt River Agency in May 1997, Price Waterhouse learned that the Salt River Tribe had compacted for realty functions over 10 years ago. After this meeting, Price Waterhouse was led to believe that there may be many other tribes that are compacted for some portion of trust fund asset management. In June 1997, Price Waterhouse was provided with a document listing all contracting/compacting arrangements (including police services, education, community development, etc.). This document did not provide sufficient detail regarding the programs and services that are related to trust fund and asset management. The Department of the Interior then agreed to provide a detailed listing of those tribes that were contracting/compacting for some aspect of trust fund and asset management. This list was eventually provided on September 15, 1997 (the same day as the September status conference). However, this list is not complete as it does not even contain the Salt River tribe which has been identified as compacting through a site visit. In addition, we have requested copies of the contract/compacts and have not received these documents.

On February 21, 1997, Price Waterhouse requested a meeting with representatives of the BIA. A response to this letter was provided on March 20, 1997 indicating that several meetings had already taken place and that some of the questions that we asked were related to policy and would not be answered. As of November 3, 1997, no responses to these questions have been provided. A meeting took place with representatives of the BIA, Department of Justice, Department of the Interior, Arthur Andersen (via telephone), plaintiffs' counsel, and Price Waterhouse on April 15, 1997. However, the key BIA personnel were unable to attend this meeting. The meeting basically consisted of the Andersen contractors and DOJ and DOI attorneys who could not answer the questions that could have been answered by the BIA personnel.

Mr. Dennis Gingold, Esq.
Page 3
November 11, 1997



On March 3, 1997, Price Waterhouse requested trust beneficiary electronic data for 1975 through 1985 for two regions. Also at this time, Price Waterhouse requested documents regarding insurance premiums paid with IIM funds for juveniles. This letter was re-sent to both Lew Wiener and Edith Blackwell on August 8, 1997. As of November 3, 1997, we have received no response regarding the request for additional data. In addition, Price Waterhouse was informed that the insurance documents could not be located. However, Paul Homan states in his deposition that these documents had been reviewed by the Inspector General and had recently been returned to the agency. As of November 3, 1997, Price Waterhouse has received no documents regarding these insurance payments.

On April 16, 1997, Price Waterhouse requested a site visit to the Phoenix area office. At this time, Price Waterhouse provided a listing of 50 account holders for whom we wished to review documentation. Price Waterhouse agreed to limit the scope of this request to 33 account holders at three agency offices. This site visit took place on May 20 through May 23, 1997. This site visit was not especially productive since very few documents had been provided. At the Salt River agency, Price Waterhouse learned that the tribe had compacted for realty functions, and therefore, the agency was not in possession of these documents. On July 10, 1997, an additional nine boxes of documents for the 33 account holders were provided to Price Waterhouse. Most of these documents were associated with one account holder. As of November 3, 1997, we have not obtained complete documentation for any of the 33 selected account holders.

Price Waterhouse has been repeatedly informed that the documents for the Salt River agency are "in the mail". As recent as the last status conference on October 21, 1997, the government claimed that the Salt River documents were in the mail. As of November 3, 1997, no realty documents have been received from the Salt River tribe.

On April 17, 1997, Price Waterhouse requested data and programs from the Integrated Records Management System (IRMS). Unreadable tapes containing IRMS programs were provided on May 9 and May 14, 1997. On June 11, 1997, we received a tape containing four of the requested programs. We were able to read these files and per our conversation with Willa Perlmutter on June 16, 1997, the remaining programs were to be provided. This letter was re-sent to both Lew Wiener and Edith Blackwell on August 8, 1997. On September 4, 1997, Edith Blackwell indicated that the data and programs should arrive within two weeks. As of November 3, 1997, we have received no IRMS data and only have in our possession the four programs provided in June. The April 17 letter also requested information regarding the Land Records Information System (LRIS). On September 5, 1997, Price Waterhouse was provided with a document inventory regarding the LRIS, however, no documents or data have been provided.

On May 15, 1997, Price Waterhouse requested the arrangement of a site visit to the Portland area office. At this time, we provided a list of 40 account holders from two agency offices for whom we wished to review documents. This site visit took place on August 26 through August 28, 1997. Even though this site visit took place over three months after the list of account holders was provided, very few documents were made available for review upon arrival.

Mr. Dennis Gingold, Esq.
Page 4
November 11, 1997



**Meetings with Arthur Andersen**

Price Waterhouse has participated in several meetings with representatives from Arthur Andersen. The first of these meetings took place on May 14, 1997. At this initial meeting, Arthur Andersen had only looked at the data from one region, thus Price Waterhouse provided Andersen with issues of our data analyses. At the third meeting, held on July 10, 1997, Price Waterhouse presented an initial sampling plan. On August 7, 1997, Andersen presented an alternate sampling plan. Price Waterhouse reviewed this plan and agreed that it was a good starting point. After this meeting, we believed that we were close to agreeing on a sampling plan. However, between this meeting and the next meeting scheduled for September 18, 1997, Andersen reconsidered. In fact, in a letter from Arthur Andersen dated September 16, 1997, David Lasater states that "I cannot say that I am 'close' in any meaningful sense to a final proposal to you regarding the sampling plan."

The most recent meeting with Arthur Andersen took place on September 18, 1997. At this time, Andersen brought up issues that we believed had been addressed at each prior meeting. In particular, at each meeting Andersen has tried to limit the scope of the sample to non-administrative accounts. At this meeting, David Lasater stated that he would like to explore the data for another six months. At the end of this meeting Price Waterhouse agreed to propose a sampling plan that the government could either adopt or not. The sampling plan was issued on September 23, 1997. The government agreed to respond by October 9, 1997.

In addition, at the meeting on July 10, 1997 Price Waterhouse provided Andersen with our work papers for the Phoenix site visit. At that time, we requested Andersen's work papers for the Phoenix site visit. We were told by representatives of Andersen that work papers had been prepared, but had to be reviewed by Lew Wiener before providing them to Price Waterhouse. When these work papers did not arrive within a few days, we asked Lew Wiener the status of Andersen's work papers. Lew Wiener did not have these documents and was not in the process of reviewing them. Price Waterhouse was finally provided with Andersen's work papers on July 22, 1997 (two days prior to the July status conference).

Sincerely,

Jessica Pollner

1301 K Street, N.W. 800W
Washington, DC 20005-3333

Telephone 202 414 1000

*Price Waterhouse* LLP



# Exhibit B

February 7, 1997

Ms. Willa B. Perlmutter
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
6456 MS/MIB
Washington, D.C. 20240

Dear Willa:

We have been investigating the IIM data provided to Price Waterhouse LLP by OTFM. As you know, questions have arisen to date that have been addressed by you and Bob McKenna. We've identified additional issues that require further clarification. For convenience, we've grouped them according to subject area.

Master File

- Why are there many IIM accounts opened in the name of corporations?

- Why would an IIM account holder (identified by name) have more than one account?

- What is the relevance of birth dates for corporate accounts?

- Do juvenile accounts automatically change account number (from J to U) when the child reaches maturity?

- Why is a date of death entered when a juvenile becomes an adult?

- What does the transaction date listed on the Master file represent?

- Why would there be accounts on the Master file, but not on the History file?

- Why would an account with an area office code (e.g., 800 - Anadarko Area Office) be on the database for a different region?

- What is the difference between current balance and working balance?

[stamp partially illegible] ... document contains ... which ... Protective Order entered by the ... District Court for the District of Columbia ... be examined or used only ... of that Order.

Ms. Willa B. Perlmutter
Page 2
February 7, 1997



- Are accounts currently being deleted from the Master file?

History File

- What is the rationale for deleting accounts from the Master file, but maintaining them on the History file?

- Why are there transactions before 1985 and after 1996 on the History database?

- What is the explanation of very large individual transactions (greater than $1,000,000) associated with both corporations and individual Indian account holders?

- Will there be a debit associated with every credit?

- Why would a transaction code indicating debit (transaction code beginning with a one) be coded as a credit (D/C)?

- Why would the number and total amount of credits and/or debits change dramatically within a region from year to year?

- What is explanation for significant fluctuations in numbers and total amounts debits/credits by transaction type over time?

- Is there an explanation for account activity with large dollar amounts occurring over short time periods?

- What is the description for the following transaction codes:  027, 028, 075, 095 127, 128, 175, 195, 314, 315, 414, 810?

- When are check numbers entered?

- What is the expectation of the net difference (in the aggregate) between credits and debits from the History file?

General

- Why are there special tribal codes, (e.g., 100 - Portland Area Office)?

PRIVACY ACT MATERIAL. This document contains material which is subject to Protective Order entered by the United States District Court for the District of Columbia. It may be examined or used only pursuant to the terms of that Order.

Ms. Willa B. Perlmutter
Page 3
February 7, 1997



- Should records with notes such as, "See Account XX," be linked together somehow?

- What are there guidelines for entering data in specific fields: in particular, character data in name fields, the validity of birth, death, and transaction dates, valid Social Security numbers, and valid addresses.

- Are personal, corporate, and estate accounts treated the same?

- How do we differentiate account holders when names are identical, but other variables (birth date, Social Security number, and account number) are different?

- What are the differences in the use of transaction codes, management codes, and fourth character of the account number across regions?

- Why would an individual account holder have an account in more than one region?

- If an individual account holder has more than one account, under what account are historical transactions referenced?

## MMS Data

- Per telephone conversation with MMS, we were expecting about ten gigabytes of data, however, we have received less than one gigabyte - are we missing nine gigabytes of data?

- We understand the inadvertent over-writing of the CRD database. Given the necessity of this database to understand the PAAS and AFS systems is there anyone else at MMS (other than Wayne Borelli) who can provide these data?

We would appreciate your assistance in addressing these questions and are available at your convenience to participate in a conference call with the appropriate OTFM staff. I look forward to hearing from you in the near term.

Sincerely,

Jessica Pollner

PRIVACY ACT MATERIAL. This document contains material which is subject to Protective Order entered by the United States District Court for the District of Columbia. It is not to be disclosed or used only pursuant to the terms of the Order.

cc: Andy Eschen, Lou Weiner

~~~~~~~~~~~~~~~~~  ☎202 219 1791      SOL/INDIAN AFF'S                      @002/005



# United States Department of the Interior

### OFFICE OF THE SOLICITOR
#### Washington, D.C. 20240

IN REPLY REFER TO:

MAR 11 1997

Ms. Jessica Pollner
Price Waterhouse LLP
1301 K Street N.W.
Suite 800W
Washington, D.C.  20005-3333

# Exhibit C

Re:  Cobell et al. v. Babbitt et al.

Dear Ms. Pollner:

This letter responds to your letter dated February 7, 1997.  We
have developed those answers with the assistance of the Office of
Trust Funds Management (OTFM).  For convenience, I have numbered
each answer.

1.    It is likely that the "corporate" accounts are Special Deposit
Accounts, rather than Individual Indian Money accounts.  These
corporate accounts are set up to receive deposits which will later
be disbursed to individual account holders.   For example, an
account in a corporate name might be established to receive lease
payments, which would then be debited from the Special Deposit
Account and credited proportionally to the appropriate IIM account
holders.

2.    If your question refers to those situations where an
individual has more than one account in the same Area, it is
because an individual can have more than one type of IIM account in
the same database.  The account number would be different in each
case, however.   For example, there is a need to establish an
account for an individual who is not enrolled.  The alpha character
would be an "N."  Later on, this individual might go from a non-
enrolled status to an enrolled status.  An account could be set up
using the alpha character "U."  Ideally, the first account should
be deleted.  It would be possible for this same individual to be
the recipient of a judgment award.  Perhaps the terms of the
judgment require that the money is to be held until the individual
reaches the age of 21.    Then, in addition to the other two
accounts, this individual would have a "J" account as well.

3.    The system requires a birth date for every account.  Depending
upon the convention adopted by the operator, the "birth date"
reflected for a corporate account could be an empty date or it
might be the date the account was created.

4.    No.

5.  As the system was developed, it allowed the operator
flexibility in addressing certain data fields, including this one.
Areas and agencies have adopted different conventions for dealing
with this circumstance, and therefore there is no universal
explanation.

6.  The "date of last transaction" field should refer to the date
that the last transaction (either a debit or a credit) was posted
to the account.  On rare occasions, the "date of last transaction"
might be different from the most recent debit or credit, if there
has been an adjustment to the account for some reason, or if a
recovery program has been run.

7.  If there are accounts listed in the Master file but not in
HISTRAN, it is possible that the account is either very new, or no
transactions have been posted to the account.

8.  In order to better understand the questions, OTFM has
requested that you provide real examples of this situation.  With
those illustrations, we can research and explain specific
circumstances. Without specific cases before us, we believe it is
likely that the primary account is located in the Area identified
by the 1st three digits of the account number, but OTFM might have
a reason to post a transaction in a different Area.  It would be
necessary to create an actual account in a second Area to receive
that transaction.  The second account would bear the same account
number.

9.  The "current balance" is the balance as of the last update to
the database. The "working balance" is the real-time balance which
reflects any transactions which have occurred after the last
update.

10.  No.

History file

11.  If we expect no further transactions to an account, we delete
it from the Master file because of the cost associated with
maintaining it there.  We retain the debit/credit history for each
account on the History database for audit purposes.

12.  Without specific examples, it is difficult to answer this
question.  It is possible that your staff is considering document
dates, rather than transaction dates insofar as it appears that
transactions prior to 1986 have been posted.  Another explanation
is that the automated system was phased in over a period of time.
The Billings area, for example, came on line as early as 1978.  Any
transactions which are older than six months should also appear in
HISTRAN:  therefore, the database should now reflect transactions
as recent as September, 1996.

-2-

13.  The accounts to which you refer are Special Deposit Accounts, which have been established to hold funds prior to their transfer to Individual Indian Money accounts.

14.  Not always.  In some parts of the system (for example, range distributions) accounts will be credited without a corresponding debit.  The debits should, in fact, be entered manually but that does not always occur.  In addition, sometimes a credit may be posted to a 206.11 control account, but the debit is reflected in a 104 cash account.

15.  This situation might reflect a reversal.  The reference code would be identical, but the transaction type would be different.

16.  There are many possible explanations for this, depending upon the example.  We would be happy to try to answer any specific questions you might have in this area.

17.  See the answer to #16.

18.  See the answers to #13 and #16.

19.  We provided this information on or about January 14, 1997.

20.  For automated disbursements or disbursement requests, check numbers are entered as part of the daily update.  For manual disbursements, the technician must make an entry in the "check number" field.  In this situation, the IIM technician will create a check number, possibly fictitious.  Likewise, if the payment is done by Electronic Funds Transfer, the technician might create a fictitious check number.  (In the past, when checks were issued manually, a valid number would be entered.)

21.  As we indicated in the answer to question #14, the system does not always require debits and credits to offset each other.  The only way to determine the aggregate net difference would be to add all those debit and credit transactions.  We would not have any particular expectation of what the aggregate net difference would be.

General

22.  There is no universal explanation for this.  It may be done arbitrarily, as part of the initial set-up, from Area to Area.

23.  The current system will not allow this.

24.  There are no edit checks for the specific data fields you have listed, except for dates of birth.  OTFM does run some edit checks against transactions.

25.  No.  Personal, corporate and estate accounts are treated similarly for some purposes and differently for others.  If you inquire about specific aspects of the way in which those accounts are managed, we will be happy to provide answers for your benefit.

26.  There is room in the database for information about account holders' birth dates, social security numbers and account numbers. By comparing that different data, we are able to distinguish among different account holders with identical names.

27.  Ideally, there should be no differences in the use of these identifiers from Area to Area.

28.  An individual account holder would have an account in more than one Area if he or she is the beneficiary of trust resources in more than one Area.

29.  When an individual account holder has more than one account, historical transactions are referenced under each separate, appropriate account.

MMS data

To the extent you still require answers to the two questions dealing with Minerals Management Service, we are working with MMS to obtain explanations and will provide those to you under separate cover.

                    Sincerely,

                    Willa B. Perlmutter
                    Attorney - Advisor

-4-

1301 K Street, N.W. 800W
Washington, DC 20005-3333

Telephone 202 414 1000

*Price Waterhouse* LLP



# Exhibit D

March 14, 1997

Ms. Willa B. Perlmutter, Esq.
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
6456 MS/MIB
Washington, D.C. 20240

Dear Willa:

We appreciate your response to our letter dated February 7, 1997 regarding the IIM data provided to Price Waterhouse LLP by OTFM.   In some instances, specific examples were requested and some additional clarification is needed on some issues. For convenience, the following questions are numbered as in your letter dated March 11, 1997.

2.    We have certainly identified cases where only the account type differs for the same individual in a specific area.  However, what is the explanation for accounts that appear to belong to the same individual with totally different account numbers (i.e., account numbers that differ other than in the fourth character)?  For example, the following account pairs appear to belong to the same individual.

| Account Number | Account Number | Name |
|---|---|---|
| 911J005045 | 926J100387 | Charles Kempel |
| 410U007160 | 436N019046 | Shirley Wegan |
| 925J100818 | 825J002303 | Ariann Haumpy |
| 912J002409 | 912J000110 | Marietta Capesius |
| 383U001350 | 383N090426 | Timothy Bayer |

5.    When a date of death has been entered, how do we differentiate between a juvenile that is deceased versus one that is not?

6.    Is there any reason to be concerned that almost 34 percent of the transaction dates do not match the last transaction on the history file?

PRIVACY ACT MATERIAL. This document contains material which is subject to a Protective Order entered by the United States District Court for the District of Columbia. It may be examined or used only pursuant to the terms of that Order.

Willa B. Perlmutter, Esq.
Page 2
March 14, 1997



7.    Should we expect transactions to ultimately occur?

8.    The following table presents some examples of account numbers the appear in
      inconsistent regions.  These accounts do not appear in any other region.

| Account | Region |
|---------|--------|
| 800N000040 | Aberdeen |
| 800N000080 | Aberdeen |
| 800N000081 | Aberdeen |
| 800N000082 | Aberdeen |
| 800N000083 | Aberdeen |
| 800N000084 | Aberdeen |
| 800N000230 | Aberdeen |
| 800N000676 | Aberdeen |
| 900N000679 | Aberdeen |
| 700N001013 | Anadarko |
| 100N002540 | Billings |
| 100N006498 | Billings |
| 700N001011 | Phoenix |
| 300A000028 | Portland |
| 300U000028 | Portland |

9.    For the data we received, current balance is always equal to the working
      balance.  Does this indicate that these files were updated prior to creating the
      tapes?  Is there a schedule for updates to these files?

12.   The database we were provided with does not contain document dates.  What
      are document dates and where can they be found?  There are over 2,000
      transactions that have a transaction date prior to 1985 or after 1996.  The table
      below presents a few of these transactions as examples.

| Transaction Date | Account | Transaction Code | Transaction Number | Amount |
|------------------|---------|------------------|--------------------|--------|
| 11/16/41 | 302S555555 | 060 | 92073100014 | 64.00 |
| 10/11/39 | 303S000848 | 010 | 92011500123 | 6.68 |
| 10/03/97 | 342U000180 | 311 | 96100302757 | 45.00 |
| 3/13/98 | 380S002028 | 110 | 95031307352 | 2,226.00 |
| 2/27/76 | 801N006945 | 010 | 96022700056 | 36.05 |
| 12/28/70 | 201F000015 | 010 | 87122200071 | 757.20 |
| 3/22/59 | 201U007591 | 311 | 92032600439 | 100.00 |

PRIVACY ACT MATERIAL. This document contains material which is subject to a Protective Order
entered by the United States District Court for the District of Columbia. It may be examined or used
only pursuant to the terms of that Order.

Willa B. Perlmutter, Esq.
Page 3
March 14, 1997



15.     This question relates to the transaction code field (CODE) and the field that
        indicates if the transaction is a debit or a credit (DC).   There are many instances
        where the transaction code indicates a debit (for example, 110 - Farm Pasture
        Debit), but the debit or credit field indicates the transaction is a credit.   Is this
        transaction a debit as indicated by the transaction code, or a credit as indicated
        by the debit/credit field?

16.     Examples of yearly fluctuations include: the credits in the Juneau region are
        about $3 million in 1989, but increase to almost $18 million in 1990;  the credits
        in the Muskogee region are between $10 million and $30 million in every year
        except 1988 when the credits are about $83 million; and the debits in the
        Aberdeen region are close to $50 million for every year except 1988 when
        debits are approximately $145 million.

17.     Examples of yearly fluctuations by transaction type include Miscellaneous Credit
        (099) in the Albuquerque region is less than $4,000 in 1991 and over $6
        million in 1992; in the Billings region Oil/Gas Royalty Income (004) is less than
        $4 million in every year except 1990 when it is almost $12 million; and Forestry
        Debit (115) in the Portland region is about $10 million in 1994 and increases to
        nearly $20 million in 1995.

19.     We are in receipt of a fax dated January 6, 1997 that contains the description for
        most of the transaction codes.  However, we are still missing descriptions of the
        following codes:  027, 028, 075, 095, 127, 128, 175, 195, 314, 315, 414, 810.

23.     Recognizing that the current system does not allow for the linking of records
        with notes such as "See Account XX", what are the implications of this for an
        account?  For example, to which account number are transactions posted to?
        Are these considered to be one account?

26.     We have numerous examples where names are the same, account numbers are
        different, birthdates are different or missing, and Social Security Numbers are
        missing.  Should we believe that these are different account holders given the
        fact that there are problems with account numbers and individuals (See # 2).
        Examples are provided in the following table.

PRIVACY ACT MATERIAL.  This document contains material which is subject to a Protective Order
entered by the United States District Court for the District of Columbia.  It may be examined or used
only pursuant to the terms of that Order.

Willa B. Perlmutter, Esq.
Page 4
March 14, 1997



| Name | Account Number | Birth Date | Social Security Number |
|---|---|---|---|
| Chad Evans<br>Chad Evans | 687S026738<br>687S026894 | 12/8/94<br>12/14/95 | |
| Aaron Chumbley<br>Aaron Chumbley | 635J000962<br>500N001974 | 99/99/99<br>9/24/67 | |
| Verlee Sayler<br>Verlee Sayler | 301S000558<br>301U002854 | 1/1/101<br>6/22/56 | <br>502843655 |
| Troy Samsmith<br>Troy Samsmith | 145U007684<br>145U007721 | 9/7/90<br>99/99/99 | |

27.    Ideally, there would be no differences in the codes used by the different regions, however, in practice are there known differences across regions?

Any further illumination on these issues would be most appreciated.


Sincerely,

Jessica Pollner


cc:    Dennis Gingold
       Bob Peregoy
       Lew Weiner
       Andy Eschen

PRIVACY ACT MATERIAL. This document contains material which is subject to a Protective Order entered by the United States District Court for the District of Columbia. It may be examined or used only pursuant to the terms of that Order.

*Price Waterhouse* LLP 

# Fax Cover Sheet

Telephone:
Fax:

August 8, 1997 2:17 PM

| To | **Name:** | Mr. Lew Wiener |
| | **Company:** | Department of Justice |
| | **Fax Number:** | (202) 305 -0506 |

## Exhibit E

| From | **Name:** | Laura Gooding |
| | **Office Name/Code:** | Washington D.C. |
| | **Charge Code:** | |

**Number of Pages Including this Page:**      14

This facsimile transmission is intended for the addressee indicated above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination, or use of this transmission or its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, and mail the original to us at the above address.

**Message:**

_ew -

As we discussed yesterday, attached are three letters for which we have received no response.

1) March 3, 1997 - request for additional data for Phoenix and Portland areas

2) March 14, 1997 - Questions regarding the OTFM data. This letter contains followup questions to the answers we received on February 7, 1997 and specific examples where they were requested.

3) April 17, 1997 - Request for IRMS data and programs. We received two data tapes containing the programs (just the programs - no data). However, both of these tapes were unreadable. We arranged a conference call through Willa and received a tape containing 4 of the programs to verify that we could read the tape before they provided all the programs again. We were able to read these 4 programs, but have not yet received the remaining programs.

Please give me a call if you have any questions. (202.414.1527)

Laura Gooding

Please notify us immediately if any pages are not received.                    Transmitted by:

1301 K Street, N.W. 800W
Washington, DC 20005-3333

Telephone 202 414 1000

*Price Waterhouse* LLP



March 3, 1997

Ms. Willa B. Perlmutter, Esq.
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
Washington, D.C.  20240

Dear Willa:

Based upon our review of the IIM account data for 1985 through 1996, we feel it is
necessary to obtain additional data.  In order to gain a better understanding of the
implications of the data issues evident in the current database, we feel that additional
data should be obtained for two regions.  In particular, the issues we are interested in
investigating for the period 1972 through 1985 include, but are not limited to:

- IIM accounts opened in the name of corporations;

- IIM account holders with more than one account;

- Juvenile accounts;

- Transactions larger than $1,000,000; and

- Fluctuations in the number and total amount of debits/credits by transaction type
  over time.

In order to address these issues, as well as others, we request IIM data for the period
1972 through 1985 for the following two regions:  Portland and Phoenix.

In addition to these data, we request data for the Phoenix region for 1970 through
1975.  We have been advised that IIM funds were used to pay life insurance premiums
for more than 200 juveniles in the Uintah and Ouray Agency within the Phoenix region
in 1972 and 1973.  We have also been advised that these premiums amounted to over
$1.5 million for approximately $2.2 million in life insurance coverage.  Among other
things, we would like to review copies of the policies themselves, a list of the names of
the beneficiaries, names of the insurance companies, policy numbers, and the names of
the insurance agents who sold the policies.

*Ms. Willa B. Perlmutter, Esq.*
Page 2
March 3, 1997



We appreciate your assistance in obtaining these data.  I look forward to hearing from you in the near term.

Sincerely,

Gregory E. Bardnell
Managing Partner, East Region DA&CR


cc:   Dennis Gingold
      Bob Peregoy
      Andy Eschen
      Lew Weiner

1301 K Street, N.W. 800W
Washington, DC 20005-3333                                        Telephone 202 414 1000

# *Price Waterhouse* LLP



March 14, 1997

Ms. Willa B. Perlmutter, Esq.
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
6456 MS/MIB
Washington, D.C. 20240

Dear Willa:

We appreciate your response to our letter dated February 7, 1997 regarding the IIM data provided to Price Waterhouse LLP by OTFM.   In some instances, specific examples were requested and some additional clarification is needed on some issues. For convenience, the following questions are numbered as in your letter dated March 11, 1997.

2.      We have certainly identified cases where only the account type differs for the same individual in a specific area.  However, what is the explanation for accounts that appear to belong to the same individual with totally different account numbers (i.e., account numbers that differ other than in the fourth character)?  For example, the following account pairs appear to belong to the same individual.

| Account Number | Account Number | Name |
|---|---|---|
| 911J005045 | 926J100387 | Charles Kempel |
| 410U007160 | 436N019046 | Shirley Wegan |
| 925J100818 | 825J002303 | Ariann Haumpy |
| 912J002409 | 912J000110 | Marietta Capesius |
| 383U001350 | 383N090426 | Timothy Bayer |

5.      When a date of death has been entered, how do we differentiate between a juvenile that is deceased versus one that is not?

6.      Is there any reason to be concerned that almost 34 percent of the transaction dates do not match the last transaction on the history file?

**PRIVACY ACT MATERIAL.** This document contains material which is subject to a Protective Order entered by the United States District Court for the District of Columbia.  It may be examined or used only pursuant to the terms of that Order.

Willa B. Perlmutter, Esq.
Page 2
March 14, 1997



7.      Should we expect transactions to ultimately occur?

8.      The following table presents some examples of account numbers the appear in inconsistent regions.  These accounts do not appear in any other region.

| Account | Region |
|---------|--------|
| 800N000040 | Aberdeen |
| 800N000080 | Aberdeen |
| 800N000081 | Aberdeen |
| 800N000082 | Aberdeen |
| 800N000083 | Aberdeen |
| 800N000084 | Aberdeen |
| 800N000230 | Aberdeen |
| 800N000676 | Aberdeen |
| 900N000679 | Aberdeen |
| 700N001013 | Anadarko |
| 100N002540 | Billings |
| 100N006498 | Billings |
| 700N001011 | Phoenix |
| 300A000028 | Portland |
| 300U000028 | Portland |

9.      For the data we received, current balance is always equal to the working balance.  Does this indicate that these files were updated prior to creating the tapes?  Is there a schedule for updates to these files?

12.     The database we were provided with does not contain document dates.  What are document dates and where can they be found?  There are over 2,000 transactions that have a transaction date prior to 1985 or after 1996.  The table below presents a few of these transactions as examples.

| Transaction Date | Account | Transaction Code | Transaction Number | Amount |
|------------------|---------|------------------|--------------------|--------|
| 11/16/41 | 302S555555 | 060 | 92073100014 | 64.00 |
| 10/11/39 | 303S000848 | 010 | 92011500123 | 6.68 |
| 10/03/97 | 342U000180 | 311 | 96100302757 | 45.00 |
| 3/13/98 | 380S002028 | 110 | 95031307352 | 2,226.00 |
| 2/27/76 | 801N006945 | 010 | 96022700056 | 36.05 |
| 12/28/70 | 201F000015 | 010 | 87122200071 | 757.20 |
| 3/22/59 | 201U007591 | 311 | 92032600439 | 100.00 |

PRIVACY ACT MATERIAL.  This document contains material which is subject to a Protective Order entered by the United States District Court for the District of Columbia.  It may be examined or used only pursuant to the terms of that Order.

Willa B. Perlmutter, Esq.
Page 3
March 14, 1997



15.   This question relates to the transaction code field (CODE) and the field that
      indicates if the transaction is a debit or a credit (DC).   There are many instances
      where the transaction code indicates a debit (for example, 110 - Farm Pasture
      Debit), but the debit or credit field indicates the transaction is a credit.   Is this
      transaction a debit as indicated by the transaction code, or a credit as indicated
      by the debit/credit field?

16.   Examples of yearly fluctuations include: the credits in the Juneau region are
      about $3 million in 1989, but increase to almost $18 million in 1990;  the credits
      in the Muskogee region are between $10 million and $30 million in every year
      except 1988 when the credits are about $83 million; and the debits in the
      Aberdeen region are close to $50 million for every year except 1988 when
      debits are approximately $145 million.

17.   Examples of yearly fluctuations by transaction type include Miscellaneous Credit
      (099) in the Albuquerque region is less than $4,000 in 1991 and over $6
      million in 1992; in the Billings region Oil/Gas Royalty Income (004) is less than
      $4 million in every year except 1990 when it is almost $12 million; and Forestry
      Debit (115) in the Portland region is about $10 million in 1994 and increases to
      nearly $20 million in 1995.

19.   We are in receipt of a fax dated January 6, 1997 that contains the description for
      most of the transaction codes.   However, we are still missing descriptions of the
      following codes:  027, 028, 075, 095, 127, 128, 175, 195, 314, 315, 414, 810.

23.   Recognizing that the current system does not allow for the linking of records
      with notes such as "See Account XX", what are the implications of this for an
      account?   For example, to which account number are transactions posted to?
      Are these considered to be one account?

26.   We have numerous examples where names are the same, account numbers are
      different, birthdates are different or missing, and Social Security Numbers are
      missing.   Should we believe that these are different account holders given the
      fact that there are problems with account numbers and individuals (See # 2).
      Examples are provided in the following table.

PRIVACY ACT MATERIAL.  This document contains material which is subject to a Protective Order
entered by the United States District Court for the District of Columbia.  It may be examined or used
only pursuant to the terms of that Order.

Willa B. Perlmutter, Esq.
Page 4
March 14, 1997



| Name | Account Number | Birth Date | Social Security Number |
|------|----------------|------------|------------------------|
| Chad Evans | 687S026738 | 12/8/94 | |
| Chad Evans | 687S026894 | 12/14/95 | |
| Aaron Chumbley | 635J000962 | 99/99/99 | |
| Aaron Chumbley | 500N001974 | 9/24/67 | |
| Verlee Sayler | 301S000558 | 1/1/101 | |
| Verlee Sayler | 301U002854 | 6/22/56 | 502843655 |
| Troy Samsmith | 145U007684 | 9/7/90 | |
| Troy Samsmith | 145U007721 | 99/99/99 | |

27.   Ideally, there would be no differences in the codes used by the different regions,
      however, in practice are there known differences across regions?

Any further illumination on these issues would be most appreciated.


Sincerely,

Jessica Pollner


cc:   Dennis Gingold
      Bob Peregoy
      Lew Weiner
      Andy Eschen

PRIVACY ACT MATERIAL.  This document contains material which is subject to a Protective Order
entered by the United States District Court for the District of Columbia.  It may be examined or used
only pursuant to the terms of that Order.

1301 K Street, N.W. 800W      Telephone 202 414 1000
Washington, DC 20005-3333

*Price Waterhouse* LLP                                

April 17, 1997

Ms. Willa Perlmutter, Esq.
Department of the Interior
Office of the Solicitor
Division of Indian Affairs
6456 MS/MIB
Washington, D.C.  20240

Dear Willa:

Price Waterhouse LLP has been provided with many manuals describing the Integrated
Records Management System (IRMS) as well as the IIM component of this system.
Based on our review of the documentation provided, we believe that it is necessary to
obtain the other components of that system, including but not limited to the People
subsystem, the Lease subsytem, the Ownership subsystem, and the Oil and Gas Royalty
Distribution and Reporting System (RDRS) a subset of the Lease and Ownership
subsystems.

In addition to the data files, we feel it is necessary to obtain the computer programs that
manipulate these data.  For example, the programs that are used to distribute lease
income to the appropriate owners will be useful to our analysis.  A partial list of the
types of programs that we are interested in is attached, however, since this list was
compiled from the manuals provided which span a period of over 15 years, the list may
be outdated and incomplete.

Furthermore, it is our understanding the some of the area offices are not utilizing the
IRMS.  For those area offices, we would like the IRMS-equivalent electronic data that
are used and the programs used to manipulate these data.

In addition, we would like information regarding the Land Records Information System
(LRIS) and how that relates to the lease data contained in the IRMS.

Ms. Willa Perlmutter, Esq.
Page 2
April 17, 1997



We appreciate your assistance in obtaining these data.


Sincerely,

Jessica Pollner


cc:    Mr. Dennis Gingold, Esq.
       Mr. Bob Peregoy, Esq.
       Mr. Lew Wiener, Esq.
       Mr. Andy Eschen, Esq.

t.   ns (2)

| Program Name | System | Document Date | Description |
|---|---|---|---|
| 1081 Reconciliation | Oil and Gas | 9/30/94 | Reconciles data received from MMS with 1081 forms |
| ACREAUMS | Range | 2/1/94 | Counts acres and AUMs for each range unit |
| BA100 | Bid Awards | 7/27/87 | Matches tract numbers with ownership file |
| BA200 | Bid Awards | 7/27/87 | Matches owner file with people file |
| BA300 | Bid Awards | 7/27/87 | Produces bid awards, consent of owners to grant right-of-way, or schedule of landowners |
| CHGAUMS | Range | 2/1/94 | Changes AUMs for billing |
| CHGRATE | Range | 2/1/94 | Changes rates for billing |
| CNVRTLRIS | Oil and Gas | 7/20/85 | Converts LRIS land and owner data to IRMS data |
| EFAA01 | Range | 2/1/94 | IIM/owner match |
| EFAA09 | Range | 2/1/94 | Main range payout program - creates accounts receivable records |
| IIMIIS1 | Range | 7/7/92 | Consolidates multiple payments for an individual |
| IM140 | IIM | 10/31/85 | Batch statement of account list |
| IM145 | IIM | 10/31/85 | Current statements of account |
| IM160 | IIM Interface | 8/1/94 | Edits all batches and computes internal calculations |
|  |  | 10/31/85 | Lease distribution batch edit/interface |
| IM220 | IIM | 10/31/85 | Daily interest calculations |
| IM240 | IIM | 7/20/85 | Daily transaction Register |
| IM242 | IIM | 10/31/85 | Daily finance encoding report |
| IM300 | IIM | 7/20/85 | Check register |
|  |  | 10/31/85 | Daily check register/ISSDA file creation |
| IM320 | IIM | 7/20/85 | Master file check number update |
|  |  | 10/31/85 | IITRANS updated with check numbers |
|  |  | 10/31/85 | Daily IICHECKS/ITRANS file update |
| IM500 | IIM | 7/20/85 | Account reconciliation |
|  |  | 10/31/85 | Control account reconciliation |

ns (2)

| Program Name | System | Document Date | Description |
|---|---|---|---|
| IM520 | IIM | 7/20/85 | Monthly check register |
| IM540 | IIM | 7/20/85 | Monthly statement of accounts |
|  |  | 10/31/85 | Monthly tribal and special deposit statements of account |
| IM580 | IIM | 7/20/85 | Overdraft account list |
|  |  | 10/31/85 | Monthly inactive accounts list |
|  |  | 10/31/85 | Overdraft/inactive accounts list |
| IM600 | IIM | 3/1/94 | IIM account listing |
|  |  | 10/31/85 | Alphabetical account list |
| IM600MGT | IIM | 10/31/85 | Balances over $10,000 |
| IM605 | IIM | 10/31/85 | By agency |
| IM620 | IIM | 10/31/85 | Six month statements of account |
| IM620S | IIM | 10/31/85 | Semi-annual statements of account - special deposit |
| IM630 | IIM | 10/31/85 | ISSDA account balance summary |
|  |  | 9/30/94 | Summary of accounts by location code |
| IM630SS | | 3/1/94 | Missing Social Security numbers |
| IM640 | IIM | 10/31/85 | "J" accounts listing |
|  |  | 10/31/85 | List of "J" accounts over age 18 |
| IM650 | IIM | 10/31/85 | Inactive account deletion |
| IM680 | IIM | 7/20/85 | Month end account aging |
| IM680FX | IIM | 9/30/94 | Monthly interest summary |
| IM690 | IIM | 7/20/85 | Historical transaction merge |
| IM700 | IIM | 10/31/85 | Creates hold account workfile |
| IM710 | IIM | 10/31/85 | Hold accounts list |
| IM720 | IIM | 10/31/85 | List of changed accounts |
| IM740 | IIM | 10/31/85 | Monthly hold accounts, all locations by management code |

F.      ns (2)

| Program Name | System | Document Date | Description |
|---|---|---|---|
| IM740M | IIM | 3/1/94 | Hold account listing |
| | IIM | 10/31/85 | Monthly list of hold accounts |
| IM745 | IIM | 10/31/85 | Hold account list - one location by account number |
| IM745M | IIM | 3/1/94 | Hold account listing |
| | IIM | 10/31/85 | Hold account list (one location only) |
| IM750 | IIM | 10/31/85 | Inactive (one year) accounts list |
| | IIM | 10/31/85 | List of inactive accounts with less than 5.00 balance |
| IM751 | IIM | 10/31/85 | List of inactive accounts with less than 2.00 balance |
| IM800 | IIM | 7/20/85 | Semi-annual interest calculation - IIM accounts |
| IM800S | IIM | 7/20/85 | Semi-annual interest calculation - special deposit accounts |
| IM810 | IIM Interface | 8/1/94 | Calculates interest for all open accounts with deposits in the previous month |
| IM810S | IIM Interface | 8/1/94 | Calculates interest for specials accounts with deposits in the previous month |
| IM920 | IIM | 10/31/85 | Deletes transactions over five years old from the selected date |
| IM925 | IIM | 10/31/85 | Historical interest transaction retrieval for IRS reporting |
| IM930 | IIM | 10/31/85 | IRS interest income report |
| IM9903 | IIM | 10/31/85 | IIM accounts (oil/gas) over $10,000 |
| IM9920 | Oil and Gas | 7/7/92 | Creates an oil and gas check register |
| IM9940 | IIM | 10/31/85 | Interest under $2.00 |
| IM9941 | IIM | 10/31/85 | Interest over $2.00 |
| INCOME | Range | 2/1/94 | Lease income report |
| INTFAC | Oil and Gas | 8/4/94 | Enters interest factors into a data file |
| IR340 | IIM | 2/1/81 | Irrigation ledger sheet print |
| LSEOBJ/CHK-90DAY | 90-Day Notice | 7/27/87 | Produces an audit check list for all tracts receiving 90 day notices |

Page 3

ns (2)

| Program Name | System | Document Date | Description |
|---|---|---|---|
| LSEOBJMTCH-90DAY | 90-Day Notice | 7/27/87 | Matches owner data with the selected leases to expire |
| LSEOBJUSEL-90DAY | 90-Day Notice | 7/27/87 | Selects leases that expire during the selected year |
| LSEOBJSTATEMENT | Bill for Collection | 7/7/92 | Produces bills for collection for all lease types other than range |
| LSEOBJSTMTRANGE | Bill for Collection | 7/7/92 | Produces bills for collection for all range leases |
| Nf133 | Finance | 7/7/92 | Area level SF133 and difference reports; Bureau level report |
| OG050 | Oil and Gas | 7/20/85 | Accepts MMS data and breaks into area files |
| OG060 | Oil and Gas | | Reads the area MMS file and prints a report listing all transactions |
| OG070 | Oil and Gas | | Reads the error recycle file and prints a report listing all transactions |
| OG100 | Oil and Gas | 7/20/85 | Reads area MMS file and validates that all records are in the control file |
| OG200 | Oil and Gas | 7/20/85 | Matches MMS transactions with lease master records, lease records with owner records, owner records with IIM records |
| OG250 | Oil and Gas | | Reads the error recycle file and prints a report listing all transactions |
| OG300 | Oil and Gas | 7/20/85 | Calculates disbursement amounts |
| OG350 | Oil and Gas | 7/20/85 | Produces an agency level transaction audit report |
| OG360 | Oil and Gas | | Produces and area level suspense report |
| OG400 | Oil and Gas | 7/20/85 | Prints agency level oil and gas statements |
| OG500 | Oil and Gas | 7/20/85 | Converts agency owner files into one oil and gas ISAM owner file |
| OG550 | Oil and Gas | 7/20/85 | Converts agency lease files into one oil and gas lease file |
| OG900 | Oil and Gas | | Prints listing and edits of selected owners |
| OG910 | Oil and Gas | | Prints listing and edits of all owners |
| PERCAP200 | IIM Interface | 8/1/94 | Produces a report with the total of the Per Capita interface file |
| PRMITTEE | Range | 2/1/94 | Creates permittee list |
| Range Payout | IIM Interface | 8/1/94 | Creates a report for range payout |

Page 4

ms (2)

| Program Name | System | Document Date | Description |
|---|---|---|---|
| Range Select | Range | 7/7/92 | Extracts records for all range type leases |
| RANGOPER | Range | 2/1/94 | Lists range units along with the name and address of the operator |
| RANGSEL | Range | 2/1/94 | Extracts records for all range type leases |
| RANGSEL3 | Range | 2/1/94 | Provides for deleting groups of range units |
| RATEUSE | Range | 2/1/94 | Extracts data from selected lease records |
| RIIMSUM | Range | 2/1/94 | Range summary of accounts |
| RNGDUMP | Range | 2/1/94 | Prints records for selected leases |
| RPAYIIM | Range | 2/1/94 | Detail summary of accounts |
| STMTRANG | Range | 2/1/94 | Compute and print range bill statements |
| TRACTRPT | Range | 2/1/94 | Prints out a report for idle lands |
| UPDINTP | Range | 2/1/94 | Provides additional interest or late payment penalty amounts |

 

## United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

IN REPLY REFER TO:

MAR 3 1997

Ms. Jessica Pollner
Price Waterhouse LLP
1301 K Street N.W.
Suite 800W
Washington, D.C.  20005-3333

**Exhibit G**

Re: <u>Cobell et al. v. Babbitt et al.</u>

Dear Ms. Pollner:

This letter responds to your letters dated February 19, 1997 and February 21, 1997.

<u>Letter of February 19, 1997</u>

We will respond to the questions raised in your letter dated February 19, 1997, and to the following question in the February 21st letter:

- What financial information does MMS headquarters access regarding billings and collections of mineral revenues?

Minerals Management Service (MMS) has advised us that they have provided the answers to these questions in the course of the briefing held in Denver and several telephone conversations that representatives of Price Waterhouse have had with MMS field staff. Nonetheless, MMS has offered further assistance in regard to the questions you pose about the technical manuals, data and programs for its automated accounting systems. MMS has already begun to set up a teleconference, hopefully to be held during this week (but clearly dependent upon participants' schedules), with systems personnel from Price Waterhouse, to assist you in your efforts to work with the technical materials furnished by MMS. We hope that in the course of that teleconference, we can answer any questions you still have about MMS' automated accounting systems.

<u>Letter of February 21, 1997</u>

For clarity, we will address the questions raised in your letter of February 21, 1997, in two groups.

- What is the relationship between BIA/BLM and other bureaus regarding the administration of the IIM accounts?

At your request, we arranged several meetings with plaintiffs' attorneys and representatives of Price Waterhouse and agency staff to present both overview and specific information on this topic.