IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELOUISE PEPION COBELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:96CV01285 (TFH) |
| | ) | |
| KEN SALAZAR, Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE DOCUMENTS UNDER SEAL
PURSUANT TO PROTECTIVE ORDER

This notice of filing is submitted as required by subsection L.Civ.R. 5.1(j)(2)-(3). The documents filed under seal are exhibits to the PricewaterhouseCoopers affidavit of Jessica Pollner, which is in support of Class Representatives' Petition for Incentive Awards and Expenses.

Respectfully submitted,

/s/ Dennis M. Gingold
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street, N.W., 9th Floor
Washington, D.C. 20005
(202) 824-1448

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
JUSTIN GUILDER
D.C. Bar No. 979208
KILPATRICK TOWNSEND LLP
607 14th Street, N.W.
Washington, D.C. 20005
(202) 508-5844

DAVID COVENTRY SMITH
N.C. Bar No. 12558
Admitted *Pro Hac Vice*
KILPATRICK TOWNSEND LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7392

WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted *Pro Hac Vice*
ELLIOTT LEVITAS
D.C. Bar No. 384758
KILPATRICK TOWNSEND LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309
404-815-6500

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing PLAINTIFFS' NOTICE OF FILING DOCUMENTS UNDER SEAL was served on the following via facsimile, pursuant to agreement, on this day, January 25, 2011.

>Earl Old Person (*Pro se*)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT 59417
>406.338.7530 (fax)

>/s/ Shawn Chick