IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELOUISE PEPION COBELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:96CV01285 (TFH) |
| | ) | |
| KEN SALAZAR, Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER AUTHORIZING PAYMENT FROM
THE ACCOUNTING/TRUST ADMINISTRATION FUND

Upon consideration of the Plaintiffs' Petition for Incentive Awards and Expenses, Defendants' response, and the record in this case, it is HEREBY:

ORDERED that the Petition is GRANTED.  It is further

ORDERED that the Administrators of the Settlement Account held at JPMorgan Chase Bank, N.A. promptly shall pay to Ms. Elouise Cobell $10,556,274.59 from the Accounting/Trust Administration Fund as reimbursement for litigation expenses and costs, which have been incurred in the prosecution of this litigation, for services rendered by the Blackfeet Reservation Development Fund ($6,612,099.02); Indian Land Tenure Foundation ($496,393.00); CRA ($1,037,586.97); PricewaterhouseCoopers ($2,220,195.60); and RSH Consulting ($190,000.00). It is further

ORDERED that the Administrators of the Settlement Account held at JPMorgan Chase Bank, N.A. promptly shall pay to Ms. Elouise Cobell $2,000,000 from the Accounting/Trust Administration Fund as an incentive award for actions she has taken to protect the interests of

class members, the extent to which class members have benefitted from her actions, the time and effort she has expended, as well as the risks she assumed in prosecuting the litigation.  It is further

ORDERED that the Administrators of the Settlement Account held at JPMorgan Chase Bank, N.A. promptly shall pay to Mr. Louis LaRose $200,000 from the Accounting/Trust Administration Fund as an incentive award for actions he has taken to protect the interests of class members, the extent to which class members have benefitted from his actions, the time and effort he has expended, as well as the risks he assumed in prosecuting the litigation.  It is further

ORDERED that the Administrators of the Settlement Account held at JPMorgan Chase Bank, N.A. promptly shall pay to Mr. Thomas Maulson $150,000 from the Accounting/Trust Administration Fund as an incentive award for actions he has taken to protect the interests of class members, the extent to which class members have benefitted from his actions, the time and effort he has expended, as well as the risks he assumed in prosecuting the litigation.  It is further

ORDERED that the Administrators of the Settlement Account held at JPMorgan Chase Bank, N.A. promptly shall pay to Ms. Penny Cleghorn $150,000 from the Accounting/Trust Administration Fund as an incentive award for actions she has taken to protect the interests of class members, the extent to which class members have benefitted from her actions, the time and effort she has expended, as well as the risks she assumed in prosecuting the litigation.

SO ORDERED.

DATE:_____                              _____
                                                     Thomas F. Hogan
                                                     United States District Judge