IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:96cv01285-TFH |
| ) | |
| KEN SALAZAR, Secretary of the ) | |
| Interior, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF INTERIOR DEFENDANTS'
FORTY-THIRD STATUS REPORT**

Interior Defendants hereby give notice of the filing of their forty-third report due in accordance with the Order of December 21, 1999.

A copy of the report is attached hereto.

Dated: February 1, 2011

                                                  Respectfully submitted,

                                                  TONY WEST
Assistant Attorney General
MICHAEL F. HERTZ
Deputy Assistant Attorney General
J. CHRISTOPHER KOHN
Director

/s/ John J. Siemietkowski
ROBERT E. KIRSCHMAN, Jr.
Deputy Director
(D.C. Bar No. 406635)
JOHN R. KRESSE
JOHN J. SIEMIETKOWSKI
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Phone (202) 514-3368
Fax (202) 514-9163

CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2011, the foregoing *Notice of Filing of Interior Defendants' Forty-Third Status Report* was served by Electronic Case Filing, and on the following who is not registered for Electronic Case Filing, by regular mail:

                Earl Old Person (*Pro se*)
                Blackfeet Tribe
                P.O. Box 850
                Browning, MT 59417
                Phone: 406-338-2624


                /s/ John J. Siemietkowski