

THE SECRETARY OF THE INTERIOR

WASHINGTON

**FEB 01 2011**

J. Christopher Kohn
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

Re:   *Cobell v. Salazar* – *Status Report to the Court Number Forty-Three*

Dear Mr. Kohn:

Enclosed is the Department of the Interior's *Status Report to the Court Number Forty-Three* (for the Period October 1, 2010 through December 31, 2010). Please forward a copy to the Court.

My signature on this Report reflects my reliance on the assurances of those who have compiled the Report that the information contained herein is accurate.

Thank you for your assistance.

Sincerely,

Ken Salazar

Enclosure

# Status Report to the Court
# Number Forty-Three

---

**For the Period**
**October 1, 2010 through December 31, 2010**



**February 1, 2011**

---

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**            **Table of Contents**

## TABLE OF CONTENTS

**INTRODUCTION** ................................................................................................ 1

**I.**    **OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS** ........................ 2

   **A.**    **OFFICE OF HISTORICAL TRUST ACCOUNTING** ................................. 3

   **B.**    **TRUST SERVICES – CURRENT ACCOUNTING** ................................. 6

   **C.**    **OFFICE OF TRUST RECORDS** ................................................ 9

   **D.**    **TRUST ACCOUNTABILITY** .................................................... 11

     **1.**    **TRUST BUSINESS PROCESS MODELING** .................................. 11

     **2.**    **TRUST DATA QUALITY AND INTEGRITY** ................................ 12

     **3.**    **INDIAN FIDUCIARY TRUST TRAINING PROGRAM** ...................... 14

     **4.**    **RISK MANAGEMENT** ...................................................... 15

     **5.**    **TRUST REGULATIONS, POLICIES AND PROCEDURES** ................ 16

   **E.**    **TRUST REVIEW AND AUDIT** ................................................ 17

   **F.**    **APPRAISALS AND VALUATIONS** ............................................ 18

**II.**    **INDIAN AFFAIRS** .................................................................... 21

   **A.**    **TRUST REGULATIONS, POLICIES AND PROCEDURES** .................... 21

**III.**    **BUREAU OF INDIAN AFFAIRS** .................................................... 23

   **A.**    **FRACTIONATION** ............................................................ 23

   **B.**    **PROBATE** ...................................................................... 24

   **C.**    **MINERAL ROYALTY ACCOUNTING AND DISTRIBUTION** ................ 26

**IV.**    **OTHER TOPICS** .................................................................... 27

   **A.**    **INFORMATION TECHNOLOGY** ............................................ 27

   **B.**    **CADASTRAL SURVEY** ........................................................ 31

   **C.**    **OFFICE OF NATURAL RESOURCES REVENUE** ............................ 34

**ACRONYMS AND ABBREVIATIONS** ................................................................ 35

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                                                                  **Introduction**

## INTRODUCTION

This *Status Report to the Court Number Forty-Three* (Report) represents the period from October 1, 2010, through December 31, 2010.  The Report is presented for the purpose of informing the Court of actions taken since the issuance of the preceding quarterly report.  The Report includes delays in and obstacles to trust reform activities.  A report on the progress of the historical accounting of individual Indian beneficiary funds managed by Interior is a primary part of the Report.[1]

This Report is prepared in a manner consistent with previous reports to the Court.  Managers from the Office of Historical Trust Accounting, Office of the Special Trustee for American Indians, Office of the Chief Information Officer, Bureau of Indian Affairs, Bureau of Land Management, and Office of Natural Resources Revenue submit reports on the status of their respective Indian trust activities.

A glossary of acronyms and abbreviations is included in this Report.  The glossary is located at the end of the Report.

---

[1]   This Report contains information on the broad trust reform efforts underway at Interior.  Accordingly, it may include information on reform efforts that are not within the scope of the *Cobell* litigation.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                    **Office of the Special Trustee for American Indians**

## I.    OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS

On January 5, 2011, the position of Principal Deputy Special Trustee for American Indians was converted to a political position with a duty station of Washington, D.C.  On that date, I joined OST as the Principal Deputy Special Trustee.  In accordance with the departmental manual, the Principal Deputy Special Trustee performs the duties of the Special Trustee while that position is vacant.  Ms. Donna Erwin is now the Associate Principal Deputy Special Trustee.

The *Cobell* settlement legislation was enacted on December 8, 2010.  On December 21, 2010, the Court granted preliminary approval to the settlement.  Final approval of the settlement by the Court is expected sometime in CY2011.

Date:   January 25, 2011

Name: *Signature on File*
        Ray A. Joseph
        Principal Deputy Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Office of Historical Trust Accounting**

## A.  OFFICE OF HISTORICAL TRUST ACCOUNTING

**Introduction**

OHTA's historical accounting includes all transactions in IIM accounts open on or after October 25, 1994 (the enactment date of the American Indian Trust Fund Management Reform Act), through the earlier of the date of account closure or December 31, 2000.  OST has regularly issued account statements to IIM account holders since the end of 2000.

IIM accounting work decreased following the settlement announcement in December 2009, and most work stopped during the previous reporting period.  This report only addresses those activities on which progress occurred.

**Accomplishments and Current Status**

*Imaging, Coding and Digitizing Individual Indian Trust Documents*

During this reporting period, OHTA completed imaging 26 IIM document pages, coding 10 IIM documents and loading 10 IIM documents into ART.  As of December 31, 2010, ART contained 14.8 million coded IIM images and 13.6 million coded tribal images.  The coded images to date total 28.4 million, constituting 7.1 million IIM and tribal documents.

*OHTA SDA Distribution Project – Undistributed SDA Balances*

During this reporting period, OHTA's work resulted in the distribution of $283,840 of SDA balances, including interest, which raised the total dollars resolved and funds distributed as of December 31, 2010, to $59.1 million.  As of December 31, 2010, a total of 10,367 OHTA SDA, involving $12,068,433 (plus interest from December 31, 2002), remained to be resolved and distributed.  Of those remaining SDA, 72.5% had balances as of December 31, 2002, of less than $500 each, involving 5.0% of the remaining undistributed dollars.

As reflected in the table below, OHTA's distribution of residual SDA balances continues to show that only about one-third of undistributed SDA funds belonged to IIM account holders. OHTA's work has also confirmed that, historically, Interior credited monies into the IIM accounting systems that were never intended for individual Indians.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

February 1, 2011                                    **Office of Historical Trust Accounting**

### OHTA SDA DISTRIBUTION PROJECT (1)

| SDA Resolved Dollars | Transferred to Tribal Accounts | Transferred to IIM Accounts | Paid to Non-Indian, Third Parties and Others (2) | Total |
|---|---|---|---|---|
| Dollars distributed as of September 30, 2010 | $18,370,792 | $18,498,409 | $21,939,941 | $58,809,142 |
| Dollars distributed from October 1, 2010 through December 31, 2010 | $30,172 | $240,443 | $13,225 | $283,840 |
| Dollars distributed from January 1, 2003 through December 31, 2010 | $18,400,964 | $18,738,852 | $21,953,166 | $59,092,982 |
| Percent of dollars distributed from October 1, 2010 through December 31, 2010 | 10.63 % | 84.71 % | 4.66 % | 100 % |
| Percent of dollars distributed from January 1, 2003 through December 31, 2010 | 31.14 % | 31.71 % | 37.15 % | 100 % |

Note (1) Includes historic SDA principal and interest postings through the date of distribution (i.e., total distribution amounts).
Note (2) Includes transfers to non-Indian parties, Treasury, account reclassifications, and transfers to Interior's Federal Finance System.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                    **Office of Historical Trust Accounting**

### Delays and Obstacles

OHTA responds to information needs of SOL and DOJ in the *Cobell v. Salazar* litigation and in 96 cases involving 114 tribes, pending in the federal district courts, the Court of Federal Claims, the federal courts of appeals, and the Supreme Court.

### Assurance Statement

I concur with the contents of the information contained in the Office of Historical Trust Accounting section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.

Date:        January 25, 2011

Name:        *Signature on File*
             Jeffrey P. Zippin, Executive Director (Acting) & Deputy Director
             Office of Historical Trust Accounting

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                    **Trust Services – Current Accounting**

## B.  TRUST SERVICES – CURRENT ACCOUNTING

**Introduction**

Current accounting activities focus on:  (a) special deposit accounts; (b) whereabouts unknown accounts; and (c) small balance accounts.

### a.  Special Deposit Account Activity

**Current Status**

BIA is responsible for distributing SDA funds received since January 1, 2003 (prospective receipts).

Current SDA are those which cannot be distributed due to pending appeals, SOL opinions and cadastral surveys.  During this reporting period, 18 receipt transactions were posted to SDA that qualified in one of the exception categories.

Remaining in current SDA are:  $11,216.40 pending an appeal on a business lease and $20,041.95 ($8,045.13, $1,407.17, and $10,589.65) pending SOL opinions.  The pending amounts reflect the amount of the original SDA deposits.  Any interest earned is included in the amount paid at the time of distribution.

### b.  Whereabouts Unknown Accounts

**Current Status**

OST continues to secure current addresses for account holders of the rolling top 100 highest dollar balance WAU accounts.  During this reporting period, 13 of the top 100 WAU accounts, with combined account balances of approximately $1 million, were updated with current addresses.

During this reporting period, 4,228 accounts, with a combined balance of $2.1 million, were added to the WAU list, while 5,792 accounts, with a combined balance of $5.3 million, were updated with current addresses.

As of December 31, 2010, there were 102,745 WAU accounts with a combined balance of $66.8 million, including 28 WAU accounts with balances equal to or greater than $100,000.  The combined balance of these 28 WAU accounts made up 7% of the $66.8 million balance.  IIM accounts coded as WAU earn interest in the same manner as all other IIM accounts.  The following table illustrates the number of accounts stratified by account balance and WAU category.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Trust Services – Current Accounting**

| Account Balance | Correspondence Check Returned | Account Setup No address | Awaiting Address Confirmation | Refused Unclaimed Mail | Fee Only | Total |
|---|---|---|---|---|---|---|
| Equal to or over $100,000 | 21 | 6 | 1 | 0 | 0 | 28 |
| Under $100,000 and equal to or over $50,000 | 33 | 20 | 1 | 0 | 0 | 54 |
| Under $50,000 and equal to or over $5,000 | 2,032 | 659 | 3 | 3 | 75 | 2,772 |
| Under $5,000 and equal to or over $1,000 | 4,794 | 1,548 | 7 | 7 | 190 | 6,546 |
| Under $1,000 and equal to or over $100 | 9,256 | 3,678 | 47 | 9 | 353 | 13,343 |
| Under $100 and equal to or over $1 | 15,663 | 7,648 | 169 | 23 | 585 | 24,088 |
| Under $1 | 11,974 | 34,813 | 112 | 24 | 8,991 | 55,914 |
| Total | 43,773 | 48,372 | 340 | 66 | 10,194 | 102,745 |

### c.   Small Balance Accounts

**Current Status**

As of December 31, 2010, there were 108,644 accounts with a balance of $15.00 or less (totaling $15,286.89), and no activity for the previous 18 months.  Statements are sent to account holders for these accounts on an annual basis pursuant to direction from Congress.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                   **Trust Services – Current Accounting**

<u>**Assurance Statements**</u>

I concur with the content of the information contained in the Whereabouts Unknown Accounts subsection of the Current Accounting Activities section of the *Status Report to the Court Number Forty-Three.*  The information provided in this subsection is accurate to the best of my knowledge.

Date:   January 14, 2011

Name: *Signature on File*
        Bryan Marozas
        Program Manager, Trust Beneficiary Call Center
        Office of the Special Trustee for American Indians


I express no opinion on the content of the Whereabouts Unknown Accounts subsection, above.  I concur with the content of the information contained in the balance of the Current Accounting Activities section of the *Status Report to the Court Number Forty-Three*, and this information is accurate to the best of my knowledge.

Date:   January 18, 2011

Name: *Signature on File*
        Margaret Williams
        Deputy Special Trustee, Trust Accountability
        Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                          **Office of Trust Records**

### C.  OFFICE OF TRUST RECORDS

## Introduction

The Office of Trust Records was established in 1999 to develop and implement a program for the economical and efficient management of trust records, consistent with the 1994 Act, the Federal Records Act and other statutes and implementing regulations.  The OTR records management program has been developed and implemented, and continues to evolve, to ensure that necessary Indian records are maintained, records retention schedules are consistent with retention needs, and records are safeguarded throughout their life-cycles.

The American Indian Records Repository, located in Lenexa, Kansas, was built by Interior in collaboration with NARA for the purpose of consolidating and preserving Indian records at one NARA regional records center.

## Accomplishments

### American Indian Records Repository

Approximately 3,383 boxes of inactive records were moved from BIA and OST field locations to AIRR for indexing during this reporting period.  Indexing of approximately 211,545 boxes has been completed as of the end of this reporting period.  207,114 indexed boxes have been sent to AIRR for permanent storage.

### Training

OTR provided records management training for 100 BIA and OST records contacts and 55 tribal employees during this reporting period.  OTR provides records management training to Tribes as they request training.  OTR provided training specifically on electronic records management to 49 BIA and OST employees and seven tribal employees.

## Current Status

### Records Retention Schedules

Several records retention schedules for BIA and OST electronic records systems remain at NARA for review.  OTR continued to work with NARA to provide information and/or clarification as required by NARA.

## Delays and Obstacles

Court orders in tribal litigation cases continued to restrict movement of records to AIRR, which limits Interior's ability to consolidate Indian records in a central location, thus hindering its ability to provide records to parties in litigation.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Office of Trust Records**

<u>**Assurance Statement**</u>

I concur with the content of the information contained in the Office of Trust Records section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:   January 14, 2011

Name: *Signature on File*
        Ethel J. Abeita
        Director, Office of Trust Records
        Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                **Trust Business Process Modeling**

### D.  TRUST ACCOUNTABILITY

### 1.  TRUST BUSINESS PROCESS MODELING

**<u>Introduction</u>**

Interior is working to build a highly effective fiduciary trust services organization by implementing the business objectives contained in the Comprehensive Trust Management Plan. The CTM laid the groundwork for the development of the Fiduciary Trust Model.  The FTM is being implemented to transform the current trust business processes into more efficient, consistent, integrated and fiscally responsible business processes that meet the needs and priorities of the beneficiaries.  Implementation of the FTM is a collaborative effort of BIA, OST, BLM, ONRR and OHA, and is integrated with Interior's other trust reform initiatives.

**<u>Accomplishments</u>**

- Completed the final draft of the Introduction to Leasing Indian Trust Land course.
- Provided technical support for the MRAD conversion that was completed in October 2010

**<u>Current Status</u>**

Reengineering staff continued to:

- Provide oil and gas lease management support to the Fort Berthold Agency, Anadarko Agency, U&O Agency, and the Western Regional Office.
- Develop the content for the following trust training courses:   Indian Oil and Gas Management; Introduction to Administrative Indian Land Law; and Rights-of-way on Indian Trust Land.

**<u>Assurance Statement</u>**

I concur with the content of the information contained in the Trust Business Process Modeling section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:  January 18, 2011

Name: *Signature on File*
         Margaret Williams
         Deputy Special Trustee, Trust Accountability
         Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Trust Data Quality and Integrity**

## 2.  TRUST DATA QUALITY AND INTEGRITY

**<u>Introduction</u>**

The success of trust reform depends, in part, on the accuracy of data generated from the maintenance of trust assets, ownership of trust assets, distribution of trust income, and management of trust accounts.  The DQ&I project focuses on three primary initiatives.

The first initiative is assisting BIA with document encoding into TAAMS leasing and title modules.

The second initiative involves the validation and correction of CDE to their respective source documents.  CDE are those trust data elements that are needed to provide:  (1) timely and accurate payments to beneficiaries; (2) timely and accurate periodic statements of performance to beneficiaries; and (3) effective management of the assets.  CDE include, but are not limited to, beneficiary name, account number, tract identification number, and land ownership interests.

The third initiative is implementation of a Post-QA review process, which helps ensure ongoing accuracy of CDE by comparing TAAMS document encoding to the respective source input document.

**<u>Accomplishments</u>**

During this reporting period, TPMC's contractors completed the following tasks:

- Assisted FIMO with distributing the remaining $3,933.23 (cumulative total of $164,545.22) to IIM account holders affected by FIMO's oil and gas lease re-numbering issue, as previously reported.  Current royalty receipts are distributed on a monthly basis.
- Researched 88 residential leases for cancellation for Palm Springs Agency.

**<u>Current Status</u>**

TPMC's contractors continued to assist BIA and Tribes with TAAMS Leasing post-conversion cleanup efforts and daily operations by:

- Conducting Post-QA review of 10,416 transactions encoded into TAAMS (cumulative total 392,454) at the BIA LTROs and the contractor's Albuquerque office.
- Researching 2,262 Multiple Owner Identification Numbers (cumulative total 61,808).
- Resolving 257 outstanding BIA Post-QA review variances (cumulative total 3,196) for the various LTROs prior to being placed on hold.  Other projects have been placed on hold pending intra-agency funding.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

| February 1, 2011 | **Trust Data Quality and Integrity** |
|---|---|

**Assurance Statement**

I concur with the content of the information contained in the Trust Data Quality and Integrity section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.

Date:   January 14, 2011

Name:  *Signature on File*
        Nolan J. Solomon
        Trust Reform Specialist, Trust Accountability
        Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                    **Indian Fiduciary Trust Training Program**

### 3.  INDIAN FIDUCIARY TRUST TRAINING PROGRAM

**Introduction**

Interior has a continuing responsibility to provide adequate staffing, supervision and training for trust fund management and accounting activities.  Fiduciary trust training is essential to the success of Interior's trust reform efforts and forms an integral part of all training for Interior employees who are involved in the management of Indian trust assets.

**Current Status**

Cannon Financial Institute presented courses in Trust Accounting, Guardianships, Probate, Investment Fundamentals, Asset Management, Fiduciary Behavior, and Risk Management to 137 BIA, OST, SOL, and tribal personnel.

One BIA representative took the CIFTS Review course, passed the CIFTS Exam, and received her CIFTS certification.

OST training staff conducted two training sessions for seven employees from OST and BIA on the use of TFAS and related systems and reporting programs.  OST and BIA staff presented three Trust Fundamentals courses to 126 personnel from Department of Agriculture, OST, BIA, OHA, ONRR and tribes.

**Assurance Statement**

I concur with the content of the information contained in the Indian Fiduciary Trust Training Program section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:   January 14, 2011

Name:  *Signature on File*
        Thomas Bird Bear
        Acting Director, Office of Trust Training
        Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                                **Risk Management**

### 4.  RISK MANAGEMENT

#### Introduction

The Deputy Special Trustee-Trust Accountability is responsible for overseeing OST's risk management program, which is implemented by the Trust Program Management Center.  TPMC risk management staff identify and document OST programs, policies, procedures and processes, both trust and administrative activities.  TPMC staff also develop, operate and maintain risk-based management tools to support and monitor the risk levels and implementation of corrective actions.  In addition, TPMC staff facilitate program reviews, which include testing of program operations, financial reports, and compliance with the law.  These tests and reviews provide the basis for interim and annual statements of assurance.

#### Current Status

Risk management staff began to evaluate and update RM-PLUS content for OST programs to determine where modifications were needed based on revised regulations and guidance, and input from program managers.

As a result of the FY2010 self-assessments and testing efforts, 38 RM-PLUS CAPs remained open.  None of these CAPs were considered material enough to result in a qualified statement of assurance for OST.  During this reporting period, eight CAPs were closed.

As a result of the FY2009 self-assessments and testing efforts, one RM-PLUS CAP remained open.

#### Assurance Statement

I concur with the content of the information contained in the Risk Management section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.

Date:   January 18, 2011

Name: *Signature on File*
        John Constable
        Program Analyst, Trust Accountability
        Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                         **Trust Regulations, Policies and Procedures**

## 5.  TRUST REGULATIONS, POLICIES AND PROCEDURES

### Introduction

The Office of Trust Regulations, Policies and Procedures was established within OST on April 21, 2003, to assist Interior in establishing "consistent, written policies and procedures for trust fund management and accounting" as stated in the 1994 Act.  OTP oversees and facilitates the development, promulgation and coordination of trust-related regulations, policies, procedures and other materials to guide the proper discharge of Interior's fiduciary responsibilities.  OTP is separate from the Office of Regulatory Affairs and Collaborative Action, AS-IA.  RACA activities are reported in the Indian Affairs section of the report to the Court.

### Accomplishments

OTP published 17 new or revised policies, procedures, handbooks and other documents.

### Current Status

Subject matter experts from BIA, OST and SOL continued work on a project to update BIA and OST's Interagency Procedures Handbook.  During the reporting period, revisions were made to an additional six chapters.  To date, 14 of 17 chapters have been revised.

As of the end of the reporting period, OTP's work-in-progress consisted of 108 policies, procedures, handbooks, forms and notices in varying stages of completion.

At the request of the program manager, the TBCC procedures directive is being redrafted.

### Assurance Statement

I concur with the information contained in the Office of Trust Regulations, Policies and Procedures section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:  January 14, 2011

Name: *Signature on File*
       John Marshall,
       Director, Office of Trust Regulations, Policies and Procedures
       Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Trust Review and Audit**

### E.  TRUST REVIEW AND AUDIT

**Introduction**

OTRA reports directly to the Special Trustee for American Indians.  OTRA was created by OST as a response to trust initiatives developed during the tribal consultation process of 2002.  OTRA conducts performance audits, examinations and reviews of Interior entities as well as Tribes that perform fiduciary trust activities.  Examinations are routinely conducted at locations that perform trust operations, resulting in a performance rating.  Also, compliance reviews are undertaken in response to information and complaints received from beneficiaries, employees and the public.

**Current Status**

**Indian Trust Examinations**

OTRA conducted thirteen Indian trust examinations.  OTRA issued five draft reports and seven final Indian trust examination reports.  All offices were rated "satisfactory."

**Records Assessments**

The records assessment is a focused evaluation of records maintenance and security.  OTRA conducted five records assessments.  OTRA issued six final records assessment reports.

**Assurance Statement**

I concur with the content of the information contained in the Trust Review and Audit section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.

Date:  January 20, 2011

Name: *Signature on File*
        Jim Schock
        Acting Director, Office of Trust Review and Audit
        Office of the Special Trustee for American Indians

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Appraisals and Valuations**

## F.  APPRAISALS AND VALUATIONS

**Introduction**

OST's Office of Appraisal Services is responsible for Indian land valuations required by various regulations governing Indian trust and restricted fee lands.  To meet these requirements, appraisals and other generally accepted valuation methodologies and techniques are used to determine fair market value of Indian lands.

The Office of Minerals Evaluation is a part of the Office of Valuation Services within the Office of the Secretary.  OME is responsible for valuing the mineral estates for Indian lands required by various regulations governing Indian trust lands.  To meet these requirements, various economic evaluation methodologies (including comparables analyses) are performed to determine the stand-alone value of minerals or their contributory value to the overall fair market value of Indian lands.

**Accomplishments**

OAS transmitted 1,631 real estate appraisals to clients; of these, 384 were completed using the U/FAS in the Great Plains Region.

In support of ILCP, OME completed minerals assessments on 3,607 parcels.  Mineral Assessment/Market Analysis Studies (or some version thereof) were performed for four Indian Reservations:  Port Madison (Suquamish) (WA), Salt River (AZ), Spokane (WA), and Swinomish (WA).  Each report depicts which parcels were completed and which, if any, were set aside for further analysis/review for a variety of technical reasons.  Out of the 3,607 parcels that were analyzed, 3,593 parcels were valued and forwarded to the Indian Land Consolidation Office and 14 were set aside for further analysis.

OME also updated 329 parcels on the Quapaw Reservation (OK).  Update was accomplished through discussions and confirmations with individuals who have the latest information pertaining to any changes in the area regarding mineral resources or other factors that would impact the results of the last minerals analyses performed.

At the request of ILCO and OHA, OME evaluated 210 parcels related to 92 tracts for 17 Indian probate cases.

**Current Status**

An OST Office of External Affairs/OAS workgroup continued to review and revise the workload-based formula on tribal-shares funding allocations.  During the next reporting period, OST executive management is expected to approve the formula for implementation.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Appraisals and Valuations**

The OAS Director met with representatives from BIA, OME, OHA and OIG on the development of Purchase at Probate Policy and Procedures.  The procedures will provide requirements to implement the authority and regulations governing the probate of Indian trust and/or restricted property in estate status.

OAS is working with OVS to proceed with ARRTS and its implementation.

Past due requests and pending work as reported by the regions are as follows:

| Region | Appraisals Completed This Quarter | Pending Work as of 12/31/10 (includes Past Due requests) | Past Due Requests As of 9/30/10 | Past Due Requests As of 12/31/10 |
|---|---|---|---|---|
| Northwest | 379 | 600 | 0 | 514 |
| Rocky Mountain | 247 | 397 | 226 | 171 |
| Midwest | 293 | 268 | 17 | 9 |
| Western | 45 | 82 | 35 | 39 |
| Southwest | 7 | 8 | 0 | 1 |
| Eastern Oklahoma | 50 | 174 | 23 | 113 |
| Navajo | 17 | 9 | 1 | 0 |
| Pacific | 21 | 10 | 0 | 10 |
| Alaska | 64 | 192 | 42 | 59 |
| Eastern | 24 | 20 | 0 | 0 |
| Southern Plains | 146 | 632 | 15 | 12 |
| Great Plains | 338 | 30 | 15 | 11 |
| **TOTAL** | **1,631** | **2,422** | **374** | **939** |

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Appraisals and Valuations**

<u>**Assurance Statement**</u>

I concur with the content of the information concerning the OME minerals assessments in the accomplishments section of the Office of Appraisal Services section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:   January 14, 2011

Name:   *Signature on File*
        Robert L. Davidoff
        Chief,
        OVS – Office of Minerals Evaluation


I express no opinion on the content of the OME minerals assessments paragraph.  I concur with the content of the information contained in the balance of the Office of Appraisal Services section of the *Status Report to the Court Number Forty-Three*, and this information is accurate to the best of my knowledge.

Date:   January 24, 2011

Name:   *Signature on File*
        Eldred F. Lesansee
        Director,
        Office of Appraisal Services

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

February 1, 2011                    **Trust Regulations, Policies and Procedures**

II.    **INDIAN AFFAIRS**

A.  **TRUST REGULATIONS, POLICIES AND PROCEDURES**

<u>Introduction</u>

The Office of Regulatory Affairs and Collaborative Action in the Office of the Assistant Secretary – Indian Affairs is responsible for review and revision of all regulations governing Interior's management of the Indian trust.  RACA is separate from OST's Office of Trust Regulations, Policies and Procedures, whose activities are reported in the OST section of the *Status Report to the Court*.

<u>Current Status</u>

**Regulatory Initiative –** As previously reported, revisions to the 2008 regulations related to probate processing, hearings and appeals are necessary because, a few weeks following their publication, Congress amended the authorizing statute, the American Indian Probate Reform Act. These updates were approved by SOL during this reporting period.  The Assistant Secretary – Indian Affairs and the Assistant Secretary – Policy, Management, and Budget approved these regulations at the end of CY2010.  The rule is now with OMB for informal review.  RACA expects OMB to clear the rule for publication in the *Federal Register* during the next reporting period.

In accordance with direction from AS–IA leadership, RACA continued to draft a new subpart of the leasing regulations to address leases for the evaluation and development of wind and solar resources on Indian land.  RACA and the U.S. Institute for Environmental Conflict Resolution continued to prepare for working sessions throughout Indian Country on the draft leasing, grazing, rights-of-way, and trespass regulations.  As previously reported, this on-going consultation process is expected to continue during CY2011 and to culminate in the proposal of these regulations in the *Federal Register* for public notice and comment.

As previously reported, amendments to the CFR parts regarding conveyances of trust and restricted interests, and regarding land title and records are on hold.

**25 CFR 200 to 207 – Minerals Leasing, Development, Exploration and Reclamation –** As previously reported, the complete draft of these regulations is not expected until after the above-described priority regulations have been published.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                    **Trust Regulations, Policies and Procedures**

**<u>Assurance Statement</u>**

I concur with the content of the information contained in the Trust Regulations, Policies and Procedures – Indian Affairs section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:   January 19, 2011

Name:  *Signature on File*
        Michele F. Singer
        Director, Regulatory Affairs and Collaborative Action
        Office of the Assistant Secretary – Indian Affairs

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

___

**February 1, 2011**                                                        **Fractionation**
___

### III.    BUREAU OF INDIAN AFFAIRS

#### A.  FRACTIONATION

**Introduction**

Fractionation of Indian trust and restricted land results from the federal Indian policy of the 19th century.  Fractionation occurs as land passes from one generation to the next, and an increasing number of heirs or devisees acquire an undivided interest in the land.  This is a complex and potentially emotion-charged issue, due primarily to cultural differences, historical legacy and family associations of the present owners with the original Indian owners of those lands.  Efforts to address this complex issue have been coordinated primarily through the BIA Indian Land Consolidation Office, which has sought to help Tribes make use of the opportunities offered by the Indian Land Consolidation Act, as amended in 2004.  ILCO operates several acquisition projects that purchase interests in fractionated tracts and transfer title to the Tribes.  A total of 20 reservations located in seven BIA Regions have participated in ILCP.

**Current Status**

ILCO continued to review various provisions in AIPRA to develop potential alternatives to addressing fractionation.  ILCO continued to work on a white paper regarding wills and their storage.  ILCO now expects to present a draft White Paper to the AS–IA during the next reporting period.

Because of extensive testing of changes to TAAMS, ILCP acquired no fractional interests during this reporting period.

**Assurance Statement**

I concur with the content of the information contained in the Fractionation section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:   January 14, 2011

Name: *Signature on File*
          Brenda Walhovd
          Acting Director, Indian Land Consolidation Office
          Bureau of Indian Affairs

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                                                          **Probate**

## B.  PROBATE

### Introduction

BIA, OHA and OST must coordinate their work to complete the probates of Indian estates. Information on the status of probates is contained within the ProTrac system.  Each BIA regional office and corresponding agency is responsible for opening new cases, examining initial information provided and updating case data in the ProTrac system.

### Current Status

**Case Preparation**

Case preparation is the initial stage of the probate process.  During this stage information is researched and gathered regarding the identity and whereabouts of potential heirs, and an inventory of the trust assets of an estate is prepared.  According to ProTrac, 7,788 probate cases are in the case preparation stage.  BIA prepared 1,328 cases and submitted them to OHA for determination.

**Case Adjudication**

Depending on the complexity of the case or the tribal affiliation of decedents and location of trust lands, probates are adjudicated by ALJs, IPJs or ADMs, or by the State of Oklahoma district courts for estates of the Five Civilized Tribes of Oklahoma and Osage Indians.  Cash-only cases with a date-of-death IIM balance of $5,000 or less are assigned initially to one of the ADM's for summary disposition after review for completeness of the probate file.

Because OHA is adjudicating more cases affected by the 2004 enactment of AIPRA, OHA is receiving more requests for land purchases at probate, both from Tribes and co-owners.  As a result, OHA anticipates a growing need for appraisals and mineral valuations to complete these purchases and close the estates in a timely manner.

According to ProTrac, 9,736 probate cases are pending in the case adjudication stage, which includes cases decided by OHA that are within the 45 day appeal period and cases pending in the Eastern Oklahoma state district court.  As reported by OHA, 5,288 cases are awaiting a decision. ProTrac shows that ALJs, IPJs and ADMs received 1,662 cases and decided 1,215 cases.

**Case Closure – BIA**

Cases in the closing stage have been adjudicated.  During this stage, if land is part of the estate, BIA updates land ownership information in TAAMS, which may entail preparing supporting documentation for distribution and closure of the estate account.  According to ProTrac, 2,505 cases were pending in the case closure stage.  BIA closed 1,505 cases.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                                                      **Probate**

**Financial Case Closure – OST**

Financial case closure is the posting and recording of ownership and distribution of assets after the case has been adjudicated and land ownership information has been updated by BIA if necessary.  OST reported that it distributed funds and closed 1,824 accounts in TFAS during this reporting period representing 1,792 estates.  As of December 31, 2010, TFAS contained 37,135 open estate accounts, which is an increase of 474 from the 36,661 open estate accounts at the end of the last reporting period.

**Delays and Obstacles**

The following obstacles have been identified as having an impact on the progress of the probate program:

- Continued fractionation of ownership of Indian lands;
- Cultural differences regarding the subject of death and funerals;
- Loss of case preparation personnel/contractors; and
- Initiatives compelled by the proposed Cobell litigation settlement.

**Assurance Statement**

I concur with the content of the information contained in the Probate section of the *Status Report to the Court Number Forty-Three*.  The information provided in this section is accurate to the best of my knowledge.

Date:   January 31, 2011

Name:  *Signature on File*
        Adelita Guerue, Director Special Projects
        Chief, Probate Division
        Office of Trust Services
        Bureau of Indian Affairs

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                     **Mineral Royalty Accounting and Distribution**

## C.  MINERAL ROYALTY ACCOUNTING AND DISTRIBUTION

### Introduction

The Royalty Distribution and Reporting System maintains data about individual Indian oil and gas leasehold interests.  RDRS also determines the allocation of oil and gas income – derived from trust property – to be paid to Indian beneficiaries.  RDRS is a legacy system currently running on a mainframe computer at the Indian Affairs Data Center in Herndon, Virginia.

The Royalty Management Oil and Gas Project Team, which includes staff from BIA, OST, and ONRR (formerly part of MMS), developed the Mineral Royalty Accounting and Distribution module in TAAMS.  When fully implemented, the module is expected to streamline, standardize and provide additional functionality to support the business process for disbursing oil and gas revenue.

### Current Status

The first oil and gas royalty distribution, using the MRAD module in TAAMS, was completed successfully on October 27, 2010.  Work continued on automating distribution of refunds to oil and gas companies for trust land that has been converted to fee.

### Assurance Statement

I concur with the content of the information contained in the Mineral Royalty Accounting and Distribution section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.


Date:   January 20, 2011


Name:   *Signature on File*
         Charlene Toledo
         Associate Deputy Bureau Director
         Trust Services, Trust Administration
         Bureau of Indian Affairs

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

February 1, 2011                                        **Information Technology**

### IV.   OTHER TOPICS

### A.  INFORMATION TECHNOLOGY

**Introduction**

This section describes the status of Interior IT systems, particularly Trust systems.  In addition, this section describes various efforts being made to improve IT security within Interior, pursuant to OMB Circular A-130 Appendix III.

**Accomplishments**

**Policies and Guidance:**
- On December 14, 2010, the Secretary of the Interior issued Secretarial Order #3309, *Information Technology Management Functions and Establishment of Funding Authorities*.  The order supersedes Secretarial Order 3244, *Standardization of Information Technology Functions and Establishment of Funding Authorities*, dated November 12, 2002.  The order initiates an IT transformation effort by placing responsibility for the oversight, management, ownership, and control of all agency IT infrastructure assets under a single Departmental CIO.  The order also abolishes the equivalent CIO titles and functions previously performed independently by each bureau and office.
- On December 7, 2010, the CIO issued OCIO Directive 2011-001 "Incident Dispatch Centers, Short-Term Incident Personnel."  This directive provides policy for short-term personnel such as interns, volunteers, or seasonal employees who require logical access to Interior computer systems.

**Reports:**
The following reports issued during this reporting period related to information security across Interior:
- On November 12, 2010, the DOI OIG issued "FY 2010 FISMA Evaluation Report" (Report No. ISD-EV-MOA-0001-2010).  This report identifies aspects of non-compliance with agency policy, procedures, and practices across Interior's bureaus and offices to varying degrees.  It did not, however, find that the weaknesses significantly restrict the capability of Interior to carry out its mission or any instance in which information or information systems were compromised.  The majority of the findings identified in the report were associated with information systems having either low or moderate security categorizations (e.g., potential risk impact ratings).  In the Secretary's November 17, 2010, memorandum transmitting Interior's annual FISMA report to OMB, he acknowledged that, while Interior's information security policies adequately comply with FISMA, OMB requirements, and standards issued by NIST, the full implementation of policies is lacking within Interior's bureaus and offices.  The Secretary further acknowledged the seriousness of these issues and outlined the steps Interior is taking to correct them as part of the current IT transformation effort.
- On October 18, 2010, the CIO issued "FY 2010 Annual Assurance Statement on Internal Controls," which provides reasonable assurance that:  Interior's internal controls were

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Information Technology**

operating effectively in accordance with FMFIA; information systems generally comply with FISMA; and Interior substantially complies with the three components of FFMIA.

- On October 15, 2010, the CIO issued "Response to Evaluation of the Active Directory," identifying planned corrective actions to address the four recommendations included in the OIG's evaluation report (No. ISD-EV-MOA-0006-2010).
- On November 30, 2010, GAO issued "Federal Agencies Have Taken Steps to Secure Wireless Networks, but Further Actions Can Mitigate Risk" (GAO-11-43).  The report included the following four recommendations specific to Interior:
  1. Finalize and implement the wireless Security Technical Implementation Guide.
  2. Develop, document, and implement a written policy for configuring mobile devices when taken on international travel or to other potentially risky locations and for applying preventative measures to devices when they are returned.
  3. Update the security awareness training course to include information on the importance of maintaining physical control over mobile devices and disabling wireless functionality when not in use.
  4. Finalize and implement the draft security policy for personal digital assistants.

**Current Status**

**Prevention and Monitoring:**
ESN manages the first line of network intrusion defense for the Department.  Perimeter security controls making up this first line of defense include the following:  signature based intrusion prevention system, behavioral based honey pot intrusion prevention system, firewalls and web filtering services.  These controls collectively blocked over one million network attacks during this reporting period.  As previously reported, DOI-CIRC continued to adhere to US-CERT incident reporting requirements and procedures.

**Plan of Action and Milestones:**
CSAM is used by Interior to identify, prioritize, track and correct security weaknesses using the POA&M process.  The POA&M process includes the proactive identification of weaknesses through self-assessments, independent financial audits, and findings based on OIG reports.  In order to prioritize resources and remediation efforts, the risk level of each weakness is rated as high, medium, or low.

- During the reporting period, 130 weaknesses were eliminated and 494 new weaknesses were identified and added for Trust systems.
- At the end of this reporting period, there were 1,044[2] weaknesses associated with Trust systems.  Of the 1,044 open weaknesses, 65 (6.2%) are rated high, 656 (62.8%) are rated moderate, and 323 (30.9%) are rated low.

---

[2] These statistics are not the result of a straight-line equation from one reporting period to the next.  Additionally, these values may be affected by the DOI CSAM system failure, in that data restoration and verification efforts are ongoing.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

---

**February 1, 2011**                                      **Information Technology**

---

**A-130 Certification and Accreditation:**
All Trust systems currently tracked in CSAM have full ATO status.  The OHTA Clifton
Gunderson Indian Trust Information System was successfully decommissioned, and is not
currently operational.

**Training and Awareness:**
Interior has started its FY2011 training cycle for annual Security Awareness Training and Role-
Based Security Training.

**Incidents:**
- As reported in the last two reports, a fire occurred at the TMM Business Records Storage
  warehouse in Albuquerque, New Mexico, on June 23, 2010.  As previously reported,
  OST stored three categories of electronically stored information in a fireproof vault at the
  TMM warehouse:  OST network backup tapes; copies of BIA backup tapes; and
  decommissioned computer hard drives.  As also previously reported, all OST tapes were
  accounted for.  OST does not believe any data or electronically stored information has
  been irretrievably lost by the destruction of 120 boxes of OST copies of BIA backup
  tapes.  OST plans to dispose of the decommissioned hard drives pursuant to the protocols
  and procedures set forth in Interior's security policy handbook, and does not believe that
  any data or electronically stored information has been lost from the decommissioned hard
  drives.
- BLM reported three laptops stolen from its Washington office.  A police report was filed.
  The investigation was ongoing to determine what information may have been on the
  laptops.  None of the laptops had yet been configured with full disk encryption software
  due to BLM's delayed roll-out of Interior's encryption solution; however, BLM does not
  believe that trust data was stored on any of these devices.  There have not been any
  reports of data being compromised.
- OHTA reported that on October 7, 2010, nine encrypted CDs sent via FedEx from
  McLean, VA to Los Angeles, CA never arrived.  The CDs contained 156 pages of
  scanned images of tribal ledgers which included 76 tribal account numbers.  A trace was
  immediately set up through FedEx to investigate the incident.  FedEx initially reported
  the package as having been lost.  However, the package was later found and arrived at its
  destination on October 19, 2010.  The recipient confirmed that all data was received.

**Delays and Obstacles**

As previously reported, NBC submitted a notification memorandum to NARA, informing it of
the potential loss of records due to the CSAM system failure.  During this reporting period, NBC
issued a data call to bureaus and offices requesting a detailed account of the number and types of
lost records, and the level of effort required to manually recover lost data.

Results of the data-call indicate that BIA is the only bureau that has yet to recover its lost data.
The impact to BIA was reported to be moderate.  Moderate impact, as defined within the
reporting template, is information lost within CSAM that:  will be required for future C&A

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Information Technology**

activities; will be recreated over time during normal Continuous Monitoring and Compliance activities; and has no impact on day to day operations or current C&A activities.

**Staffing:**
During this reporting period:
- The AS-IA Deputy CIO continued to serve as the acting BIA CIO.
- The BLM BCISO served as acting BLM Deputy CIO.
- A BLM IT Specialist served as acting BCISO.
- The SOL BCISO served as the acting SOL CIO.

**<u>Assurance Statement</u>**

I concur with the content of the information contained in the Information Technology section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.

Date:   January 31, 2011

Name:  *Signature on File*
          Bernard J. Mazer
          Department of the Interior Chief Information Officer

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

February 1, 2011                                                    **Cadastral Survey**

## B.  CADASTRAL SURVEY

### Introduction

Cadastral surveys provide assurance that land boundaries for individual Indian and tribal trust and restricted lands are identified appropriately.  By federal law, surveys of Indian lands are to be performed under BLM's direction and control and in conformity with the rules and regulations under which other public lands are surveyed.  Official surveys, whether preexisting or new, identify the location of land boundaries of Indian trust assets and determine official acreage.  The official surveys are integral to realty transactions, resource management activities, litigation support and the federal system of patent, allotment and land tenure records maintained by BLM, BIA and local governments.  Ownership information, distribution of land-based trust assets, and management of land-based trust accounts may be related to or based upon the information recorded in official surveys.

### Accomplishments

**Survey Production**

BLM approved a total of 25 completed survey projects in Indian Country during this reporting period.  These surveys produced 40 plats, 410 miles of survey line and an additional 981 survey monuments in Indian Country.

**Certified Federal Surveyor Program**

The BLM Cadastral Program deployed the CFedS program in FY2007.  During this reporting period:

- There were 1,103 professional land surveyors enrolled in the CFedS training program, and 418 CFedS certified.  There were 48 states (plus DC and the Virgin Islands) represented with licensed surveyors either enrolled or certified in the program.
- The CFedS web site had approximately 25,650 visits and the "Finding a CFedS" page received approximately 15,150 inquiries.
- 56 new professional land surveyors started the program.

### Current Status

**Implementation of the FTM**

The CGIS, as described in the TAAMS Spatial Pilot Project, is a key element of the FTM for enhanced management of Indian lands.  The CGIS has not been implemented throughout Indian Country because of a lack of resources; however, OST, BIA, and Interior's CIO continued to explore options to fund the CGIS initiative.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                                    **Cadastral Survey**

The Records Update and Verification Project, funded by the American Recovery and Reinvestment Act, continued.  The project is improving positional information and verifying BLM land status records, which will help facilitate development of CGIS by private and governmental entities, including Tribes.

**Findings from OIG**

OIG issued its final audit report "Department of the Interior's Management of Land Boundaries" (Audit No. C-IN-MOA-OOOl-2009).  As in the initial report, discussed in *Status Report to the Court Number Forty*, OIG "found that BLM's Cadastral Survey program has been missing the opportunity to identify and perform surveys on high risk lands where significant potential revenues could be collected by the Department and/or Indian tribes."  BLM continues to develop a corrective action plan to address the report.

<u>**Delays and Obstacles**</u>

**BIA/BLM Reimbursable Support Agreements**

BLM may be forced to stop or reduce work on current surveys because BIA has informed BLM that BIA may be unable to extend existing reimbursable support agreements, unlike in previous years.  This action may cause BIA to deobligate approximately $2,625,000 from these agreements.  It would also impact future surveys.

**Funding of the FTM**

Proper planning, scheduling and implementation of future FTM work are dependent on funding.  The reduced level of funding in Interior's FY2010 appropriation – $300,000 less than FY2009 – continued to negatively impact the implementation of the FTM initiatives.  Planning survey projects involves long-term commitment of professional services.  Uncertainty of funding impacts the planning for resources, which increases overall costs.  For example, if enacted, the proposed FY2011 decrease of $13,000,000 in the budget for the Alaska Conveyance Program – which transfers federal land to Alaska Natives, Alaska Native corporations and the state of Alaska – will dramatically increase the time-line for those conveyances.

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                        **Cadastral Survey**

<u>**Assurance Statement**</u>

I concur with the content of the information contained in the Cadastral Survey section of the *Status Report to the Court Number Forty-Three.* The information provided in this section is accurate to the best of my knowledge.

Date:   January 21, 2011

Name: *Signature on File*
        Donald A. Buhler
        Chief Cadastral Surveyor
        Bureau of Land Management

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Office of Natural Resources Revenue**

## C.  OFFICE OF NATURAL RESOURCES REVENUE

### Introduction

Effective October 1, 2010, the Minerals Revenue Management Program moved from the Bureau of Ocean Energy Management, Regulation and Enforcement (formerly MMS) to the Office of the Assistant Secretary for PMB and became the Office of Natural Resources Revenue.  ONRR collects, accounts for, and distributes mineral revenues from both federal and Indian mineral leases.  ONRR also evaluates industry compliance with laws, regulations, and lease terms. ONRR maintains reported information and distributes revenues at the lease level.  BIA maintains individual Indian ownership records that are used to provide information to OST for disbursement of the lease revenues to individual Indian beneficiaries.

### Current Status

**Indian Oil Valuation Rule**

ONRR plans to address issues regarding the "major portion" calculation for oil produced from Indian leases in a Negotiated Rulemaking Committee.  A charter to establish the committee has been drafted.  Once the charter is signed by Secretary Salazar and filed with Congress, ONRR will prepare a *Federal Register* notice to solicit committee-member nominations.

### Assurance Statement

I concur with the content of the information contained in the Office of Natural Resources Revenue section of the *Status Report to the Court Number Forty-Three.*  The information provided in this section is accurate to the best of my knowledge.

Date:   January 14, 2011

Name: *Signature on File*
        Shirley M. Conway
        Special Assistant, Office of Natural Resources Revenue
        Office of the Assistant Secretary - Policy, Management and Budget, DOI

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

---

**February 1, 2011**                                    **Acronyms and Abbreviations**

---

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| 1994 Act (or Act) | American Indian Trust Fund Management Reform Act of 1994 |
| 2007 Plan | Plan for Completing the Historical Accounting of Individual Indian Money Accounts |
| A-123 | Office of Management and Budget Circular A-123, Management's Responsibility for Internal Control |
| A-130 | Office of Management and Budget Circular A-130 Appendix III |
| ACSM | American Congress on Surveying and Mapping |
| ADM | Attorney Decision Makers |
| AFMSS | Automated Fluid Mineral Support System |
| AIMS | ActivCard Identity Management System |
| AIPRA | American Indian Probate Reform Act |
| AIRR | American Indian Records Repository |
| ALIS | Alaska Land Information System |
| ALJ | Administrative Law Judges |
| ARO | Alaska Region office |
| ARRTS | Appraisal Request and Review Tracking System |
| ART | Accounting Reconciliation Tool |
| AS-IA | Assistant Secretary-Indian Affairs |
| ASD | Appraisal Services Directorate |
| ASM | Accounting Standards Manual |
| ATLAS | AgWare Trust Land Appraisal System |
| ATO | Authority to Operate |
| BCISO | Bureau Chief Information Security Officer (formerly BITSM) |
| BIA | Bureau of Indian Affairs |
| BIAM | Bureau of Indian Affairs Manual |
| BILS | BLM Indian Lands Surveyors |
| BISS | Box Index Search System |
| BITSM | Bureau Information Technology Security Manager |
| BLM | Bureau of Land Management |
| BOEMRE | Bureau of Ocean Energy Management, Regulation, and Enforcement |
| BOR | Bureau of Reclamation |
| BPA | Blanket Purchase Agreement |
| BRM | Business Reference Model |
| C&A | Certification and Accreditation |
| CAP | Corrective Action Plan |
| CARS | Cadastral Automated Request System |
| CBS | San Carlos Irrigation Continental Billing System |
| CDE | Critical Data Elements |
| CFedS | Certified Federal Surveyor |
| CFI | Continuous Forest Inventory |
| CGI | Software vendor successor to TAAMS vendor |
| CGIS | Cadastral Geographic Information Systems |
| CI Manual | Coding and Imaging Manual |

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Acronyms and Abbreviations**

| | |
|---|---|
| CIFTA | Certified Indian Fiduciary Trust Analyst |
| CIFTS | Certified Indian Fiduciary Trust Specialist |
| CIO | Chief Information Officer |
| CIRC | Computer Incidents Response Center |
| CISO | Chief Information Security Officer |
| CISSP | Certified Information System Security Professional |
| CITE | Certified Indian Trust Examiners |
| CMS | Credential Management System |
| COTS | Commercial off-the-shelf |
| CP&R | Check Payment and Reconciliation |
| CPIC | Capital Planning and Investment Control |
| CREUMS | Colorado River Electrical Utility Management System |
| CSAM | Cyber Security Assessment and Management |
| CSD | Cyber Security Division |
| CSIRC | Computer Security Incident Response Capability |
| CSIRT | Computer Security Incident Response Team |
| CSS | Customer StrataStation |
| CTM | Comprehensive Trust Management Plan |
| DAA | Designated Approving Authority |
| DCV | Data Completeness Validation |
| DEAR | DOI Enterprise Architecture Repository |
| DDoS | Distributed Denial of Service |
| DLRM | DOI Land and Resource Management |
| DM | Departmental Manual |
| DMZ | De-Militarized Zone |
| DNS | Domain Name Server |
| DOI | Department of the Interior |
| DOJ | Department of Justice |
| DOP | Desk Operating Procedure |
| DoS | Denial of Service |
| DQ&I | Data Quality and Integrity |
| DRM | Data Reference Model |
| EA | Enterprise Architecture |
| ENA | Eastern Navajo Agency |
| EORO | Eastern Oklahoma Region office |
| ERA | Electronic Records Era |
| ERO | Eastern Region office |
| ESN | Enterprise Services Network |
| ETP | Enterprise Transition Plan |
| FAMS | Facilities Asset Management System |
| FAR | Federal Acquisition Regulation |
| FBMS | Financial Business Management System |
| FDCC | Federal Desktop Core Configuration |
| FFMIA | Federal Financial Management Improvement Act |
| FIMO | Farmington Indian Minerals Office |

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                  **Acronyms and Abbreviations**

| | |
|---|---|
| FIPS | Federal Information Processing Standards |
| FISMA | Federal Information Security Management Act |
| FMFIA | Federal Managers' Financial Integrity Act |
| FOIA | Freedom of Information Act |
| FRC | Federal Records Center |
| FRD | Functional Requirements Document |
| FTM | Fiduciary Trust Model |
| FTO | Fiduciary Trust Officer |
| FWS | U.S. Fish and Wildlife Service |
| GAO | Government Accountability Office |
| GCDB | Geographic Coordinate Data Base |
| GIS | Geographic Information System |
| GLO | General Land Office |
| GLADS | Great Lakes Agency Database System |
| GPRO | Great Plains Region office |
| GPS | Global Positioning System |
| GSA | General Services Administration |
| GSS | General Support Systems |
| HSA | Historical Statement of Account |
| HSPD-12 | Homeland Security Presidential Directive 12 |
| IAM | Indian Affairs Manual |
| IATO | Interim Approval to Operate |
| ICR | Internal Control Review |
| ICRs | Information Collection Requests |
| IEA | Interior Enterprise Architecture |
| IEMSC | Indian Energy & Mineral Steering Committee |
| IFTR | Indian Fiduciary Trust Records |
| IG | Inspector General |
| IIM | Individual Indian Money |
| IITD | Individual Indian Trust Data |
| ILCA | Indian Land Consolidation Act |
| ILCO | Indian Land Consolidation Office |
| ILCP | Indian Land Consolidation Project |
| IM | Instruction Memorandum |
| IMDA | Indian Mineral Development Act |
| InfoDat | Indian Forestry Database |
| Interior | Department of the Interior |
| IP | Internet Protocol |
| IPJ | Indian Probate Judges |
| IPS | Intrusion Protection System |
| IPv6 | Internet Protocol Version 6 |
| IQCS | Incidence Qualification and Certification System |
| IRM | Information Resources Management |
| IRMS | Integrated Records Management System |
| IRN | Isolated Realty Network |

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                          **Acronyms and Abbreviations**

| | |
|---|---|
| IRS | Internal Revenue Service |
| ISSDA | Indian Service Special Disbursing Agents |
| ISA | Information Security Assessment |
| ISIT | Internal Security Improvements Team |
| IT | Information Technology |
| ITARS | Indian Trust Appraisal Request Tracking System |
| ITIMS | Integrated Transportation Information Management System |
| ITRS | Indian Trust Rating System |
| IV&V | independent verification and validation |
| LAN | Local area network |
| LCTS | Land Consolidation Tracking System |
| LMS | Learning Management System |
| LR2000 | Legacy Rehost 2000 System |
| LRIS | Land Records Information System |
| LTIC | Land Tenure in Indian Country |
| LTRO | Land Titles and Records Office |
| MA | Major Application |
| MAD/LCP | Management Accounting Distribution/Land Consolidation Program |
| MADS | Management Accounting Distribution System |
| MMD | Missing Mandatory Documents for Unrestricted Accounts |
| MMS | Minerals Management Service |
| MOU | Memorandum or Memoranda of Understanding |
| MRAD | Mineral Royalty Accounting and Distribution |
| MRM | Minerals Revenue Management |
| MRMSS | Minerals Revenue Management Support System |
| MWRO | Midwest Region office |
| NARA | National Archives and Records Administration |
| NBC | National Business Center |
| NFR | Notice of Findings and Recommendations |
| NILS | National Integrated Lands System |
| NIOGEMS | National Indian Oil and Gas Evaluation and Management System |
| NIPTC | National Indian Programs Training Center |
| NIRMC | National Information Resource Management Center |
| NIST | National Institute of Standards and Technology |
| NORC | National Opinion Research Center |
| NPS | National Park Service |
| NRO | Navajo Region office |
| NWRO | Northwest Region office |
| O&G | Oil and Gas |
| OAS | Office of Appraisal Services |
| OCIO | Office of the Chief Information Officer |
| OEA | Office of External Affairs |
| OHA | Office of Hearings and Appeals |
| OHTA | Office of Historical Trust Accounting |
| OIG | Office of the Inspector General |

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                    **Acronyms and Abbreviations**

| | |
|---|---|
| OIP | Office of Information Policy |
| OISP | Office of IT Security and Privacy |
| OME | Office of Minerals Evaluation within NBC |
| OMB | Office of Management and Budget |
| ONRR | Office of Natural Resources Revenue |
| ORM | Office of Regulatory Management |
| OSM | Office of Surface Mining |
| OST | Office of the Special Trustee for American Indians |
| OTFM | Office of Trust Funds Management |
| OTP | Office of Trust Regulations, Policies and Procedures |
| OTR | Office of Trust Records |
| OTRA | Office of Trust Review and Audit |
| OVS | Office of Valuation Services |
| PACER | Payments, Accounting, Claims and Enhanced Reconciliation System |
| PAR | Performance and Accountability Report |
| PII | Personally Identifiable Information |
| PIV | Personal Identity Verification |
| PLSS | Public Land Survey System |
| PMB | Policy, Management and Budget |
| PMSO | Project Management Support Office |
| POA&M | Plans of Actions and Milestones |
| Post-QA | Post Quality Assurance |
| PPA | Office of Planning and Policy Analysis |
| PRIS | Production and Response Information System |
| PRO | Pacific Region office |
| ProTrac | Probate Case Management and Tracking System |
| QA | Quality Assurance |
| QC | Quality Control |
| RAF | Recommended Action Forms |
| RAS | Rangeland Administration System |
| RACA | Regulatory Affairs and Collaborative Action |
| RDRS | Royalty Distribution and Reporting System |
| REM | Real Estate Module |
| RFP | Request for Proposal |
| RM-PLUS | Risk Management Assessment/Evaluation tool |
| RMRO | Rocky Mountain Region office |
| ROCIS | Regulatory Information Service Center/Office of Information Regulatory Affairs Consolidated Information |
| ROW | Rights-of-Way |
| SANS | SysAdmin, Audit, Network, Security |
| SCADA | Supervisory Control and Data Acquisition |
| SDA | Special Deposit Accounts |
| SDLC | System Development Life Cycle |
| SMEs | Subject Matter Experts |
| SMS | System Management Servers |

*STATUS REPORT TO THE COURT NUMBER FORTY-THREE*

**February 1, 2011**                                      **Acronyms and Abbreviations**

| | |
|---|---|
| SOL | Office of the Solicitor |
| SOW | Statement-of-Work |
| SPRO | Southern Plains Region office |
| SSA | Social Security Administration |
| SSAS | Social Services Automated System |
| SSM | System Security Manager |
| SSP | System Security Plan |
| ST&E | Security Test and Evaluation |
| Statements | Historical Statements of Account |
| STIGs | Security Technical Implementation Guides |
| SUS | System Update Servers |
| SWRO | Southwest Region office |
| TAAMS | Trust Asset and Accounting Management System |
| TAP | Technical Architecture Profile |
| TBCC | Trust Beneficiary Call Center |
| TCIS | Treasury Check Information System |
| TESC | Trust Executive Steering Committee |
| TFAS | Trust Fund Accounting System |
| TFR | Trust Fund Receivable |
| TIR | Trust Image Repository |
| TPMC | Trust Program Management Center |
| TRAC | Trust Tracking and Coordination |
| Treasury | Department of the Treasury |
| TRM | Technical Reference Model |
| TRO | Temporary Restraining Order |
| TSPP | TAAMS Spatial Pilot Project |
| U&O | Uintah & Ouray |
| U/FAS | Undivided/Fractionated Appraisal System |
| UAT | User Acceptance Testing |
| US-CERT | United States Computer Emergency Readiness Team |
| USGS | United States Geological Survey |
| USPAP | Uniform Standards of Professional Appraisal Practice |
| VBNS | Very High Performance Backbone Network Service |
| VPN | Virtual Private Network |
| WAN | Wide area network |
| WAU | Whereabouts Unknown |
| WRO | Western Region office |