In The United States District Court For The District Of Columbia

| | |
|---|---|
| Cobell, | No. 1:96-cv-01285 |
| Plaintiff | Motion To Show |
| v. | Cause For Contempt, |
| Salazar | For Obstructing A |
| Defendant, | Lawful Court Order |

Comes now Michael A. Hernandez, a Class Member of the above captioned case.

Recently the above Class Member recieved a Court Ordered Legal Notice from this Court to comply and file a Claim Form for this Court to consider.

Tecumseh State Correctional Officer Sahs at North Highway 50 in Tecumseh Nebraska, 68450 is obstructing a lawful Court Order under the color of law by refusing to copy the Claim Form and other legal documents that are to be filed with this Court. (see, Exhibit No. 1)

The above Class Member moves this Court to grant this Motion

1.

To Show Cause as to why Officer Sahs shouldn't be held in contempt of Court, she interfered with Class Member Michael A. Hernandez's right to comply with this Court Ordered Notice by refusing to copy a legal claim for this Court, and for kicking the Class Member out of the law library.

This is discriminatory, other Inmates get copies made, why can't this Class Member get his legal documents copied. Its interference with Class Member's access to the Courts. <u>USCA Const. Amend. 1</u>

The Class Member moves this Court to order her, Officer Sahs to make such copies for the Class Member Hernandez.

Respectfully Submitted,
Jan. 26, 2011, *Michael A. Hernandez*
Michael A. Hernandez
Class Member
Tec. St. Corr. Inst.
P.O. Box # 900
Tecumseh Nebr., 68450

2.

## Unsworn Affidavit

I, the class member in the foregoing Motion To Show Cause For Contempt, For Obstructing A Lawful Court Order to the U.S. Dist. Court For The District of Columbia, do hereby state and aver pursuant to rules of perjury and penalties contained therein and information therein is true and accurate to the best of my knowledge.

Jan. 26, 2011,   *Michael A. Hernandez*
Michael A. Hernandez
Class Member

Tec. St. Corr. Inst.
P.O. Box # 900
Tecumseh Nebraska
    68450
Ph. 402-335-5998

## Certificate of Service

I, the undersigned do hereby certify that a true and accurate copy of the foregoing Motion To Show Cause For Contempt, For Obstructing A Lawful Court Order has been sent, regular U.S. Mail, postage prepaid to the following:

    U.S. Dept. of Justice
    Civil Division
    Robert E. Kirschman, Jr.
    P.O. Box #875
    Ben Franklin Station
    Washington D.C., 20044

And,

    Cobell Class Counsel
    607 14th St., NW
    Suite #900
    Washington D.C., 20005-2018

Jan. 26, 2011,   *Michael A. Hernandez*
                 Michael A. Hernandez
                   Class Member

            Tec. St. Corr. Inst.
            P.O. Box #900
            Tecumseh Ne., 68450
            Ph. 402-335-5998

6.

**OFFICE OF THE SPECIAL TRUSTEE
FOR AMERICAN INDIANS**

IF YOU HAVE ANY QUESTIONS,
PLEASE CALL 888.678.6836
TRUST BENEFICIARY CALL CENTER
HOURS OF OPERATION:
MONDAY - FRIDAY: 7:00AM - 6:00PM (MT)
SATURDAY: 8:00AM - NOON (MT)



**INDIVIDUAL INDIAN MONIES**
*Statement of Performance*

```
55841 1 AB 0.360 *AUTO**ALL FOR AADC 680
MICHAEL A HERNANDEZ #63627            55841
TECUMSEH ST CORR INST                 279 31
PO BOX 900                                         ACCOUNT OF MICHAEL A HERNANDEZ
TECUMSEH NE  68450-0900                            XXXXXX1853
```

TRANSACTION ACTIVITY FOR ACCOUNTING PERIOD: 03/01/10 THROUGH 11/30/10

| DATE | TRANSACTION DESCRIPTION | CASH |
|---|---|---|
|  | BEGINNING BALANCES | 6.15 |
| 03/03/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>FEB 2010 INCOME AT THE ANNUALIZED RATE OF 5.03% | 0.02 |
| 04/05/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>MAR 2010 INCOME AT THE ANNUALIZED RATE OF 4.58% | 0.02 |
| 05/05/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>APR 2010 INCOME AT THE ANNUALIZED RATE OF 4.51% | 0.02 |
| 06/03/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>MAY 2010 INCOME AT THE ANNUALIZED RATE OF 4.38% | 0.02 |
| 07/06/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>JUN 2010 INCOME AT THE ANNUALIZED RATE OF 4.50% | 0.02 |
| 08/04/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>JUL 2010 INCOME AT THE ANNUALIZED RATE OF 4.50% | 0.02 |
| 09/03/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>AUG 2010 INCOME AT THE ANNUALIZED RATE OF 4.09% | 0.02 |
| 10/05/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>SEP 2010 INCOME AT THE ANNUALIZED RATE OF 4.24% | 0.02 |
| 11/03/10 | CASH RECEIPT<br>MONTHLY INCOME EARNED<br>OCT 2010 INCOME AT THE ANNUALIZED RATE OF 3.93% | 0.02 |
|  | ENDING BALANCES | 6.33 |

THE BALANCE IN YOUR ACCOUNT IS INVESTED DAILY. REALIZED GAINS OR LOSSES MAY OCCUR IN THE FUND AS A RESULT OF REDEMPTION OF ASSETS PRIOR TO MATURITY. ANY GAIN OR LOSS IN THE FUND IS REFLECTED ABOVE IN YOUR MONTHLY INCOME EARNED IN THE ANNUALIZED RATE. IF THE BALANCE IN YOUR ACCOUNT GENERATES AT LEAST ONE CENT OF INCOME, THEN THE INCOME IS POSTED.

# NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES

## INMATE INTERVIEW REQUEST

TO: Law Library   DATE: 1-25-11

FROM: Michael A. Hernandez   63627   TSCI   1-B29
      NAME / NUMBER              FACILITY   LOCATION

WORK LOCATION: _____   UNIT STAFF: _____

MESSAGE: I need a copy of:
1. Indian Trust Settlement Claim Form - 4 pages
2. Data For Heirship Findings And Family History - 2 pages
3. Inventory of Indian Trust Lands - 1 page

total 7 pages

Attached is a check for 70¢

ORIGINAL – DCS Employee
YELLOW – Inmate
Both copies need to be submitted for response.

Signature: Michael A. Hernandez

REPLY: Can not copy for your records only - Need approval for this kind of request from administration)

Date: 1/26

Signature: [signed]

DCS-A-adm-013 (rev. 2/97)

4.

**Nebraska Department of Correctional Services**
**DISCIPLINARY MISCONDUCT REPORTING FORM**

M.R.#: 2424

Time: 13:58 & Date Filed: 01/26/2011
Time: 14:06 & Date Logged: 01/26/2011

Name: HERNANDEZ, MICHAEL A         Inmate Number: 63627

Date: 01/26/2011 and Time: 13:55 report was written

Reporting Employee: Cpl Sahs

RULE INFRACTION: (Ct 1) 3D-SWEARING, CURSING, OR USE OF ABUSIVE LANGUAGE OR GESTURES, (Ct 2) 3K-DISRUPTION OF AUTHORIZED DUTIES, (Ct 3) 3N-VIOLATION OF REGULATIONS, (Ct 4) 1B-MUTINOUS ACTIONS

---

EXPLAIN VIOLATION FULLY: (who, what, when, where, how, why, and your action)

On January 26th, 2011 I Cpl Sahs was acting librarian at the Tecumseh State Correctional Institution. At approximately 1310hrs, inmate Hernandez, Michael 63627 asked for some forms to be photo copied. When examining the form, some of the blanks were not filled in and it did not look like legal materials. I then asked inmate Hernandez why he needed this copied. He stated for my own records. I said there is no case with this, I will have to get approval to have it copied. Inmate Hernandez temper then flared and he said "give it back to me then"! I then told him I was writting a response on his inmate request form. Approximately 2 minutes later, he said I can have this copied, this should be proof that I have a case for it. I then told him that he stated earlier that he wanted it copied for his own records, so when I get approval for it to be coppied, I will. Hernandez then stated in a very loud and aggitated voice, "you are predjudice and racisit!" I then asked Coporal Wagner to escort inmate Hernandez out of the library for being disruptive and for trying to start a riot by yelling that I was prejudice and racisit. Inmate Hernandez then yelled as he was leaving the library that he was going to grieve me for ending his law library time. Inmate Hernandez Law Library time was then terminated for the rest of today.

Evidence Collected: NO       Where Held:                   by:

_____
Cpl Sahs
(Signature of Reporting Employee)

---

**HEARING BEFORE INVESTIGATING OFFICER**

Date: 01/27/2011 and Time : 09:08 of Hearing before Investigating Officer.

COPY

Number of hours between infraction or discovery and filing: 0.8

Inmate Present: YES

Comment: She's abusing her authority and I believe she is being discriminatory with it. I recieved a notice from the US District Court of the District of Columbia. I was in the library to get legal copies because I am supposed to file a claim with them. She told me I can't. I told her she is discriminating. She is obstructing a lawful court order by doing this. Here is the legal notice. I was not being loud or causing a disruption.

For the purposes of my Disciplinary Committee hearing on this misconduct report:

IDC Representation Requested: YES       Who: Harper, Ernie 42554

Exhibit No. 1.
2 pages

IDC Witnesses Requested: YES       Who: Purdie, Keith; Fred the legal aid

**Nebraska Department of Correctional Services**
**DISCIPLINARY MISCONDUCT REPORTING FORM**

M.R.#: 2424

Time: 13:58 & Date Filed: 01/26/2011
Time: 14:06 & Date Logged: 01/26/2011

IDC Employee Requested: NO

IDC 24Hr Notice of Charges:

24Hr Notice of Hearing:

Appearance Before Committee:

Dismissal Recommended: NO

Investigation Continued: NO            Date:  and Time:

Comments and Finding of facts: IDC. PHO finds that the inmate showed the PHO an envelope addressed from "Court-Ordered Legal Notice INDIAN TRUST SETTLEMENT Dublin, OH" to Michael Hernandez containing a notice from the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, and an Indian Trust Settlement CLAIM FORM, and three pages of Heirship information for the inventory of Indian Trust Lands.

Recommended date of Disciplinary Committee Hearing:         Date: 02/01/2011 and Time : w/c

Copy of completed report delivered to inmate:              Date: 01/27/2011 and Time : 09:20

Ask inmate (if applicable): Do you knowingly, intelligently, and voluntarily waive the above indicated rights? Do you affirm that no threats, coercion, or promises have been made to you to obtain your signature? Do you understand that the rights you've waived will not influence the disposition of the Committee?

Inmate's Waiver Response : NO

If your case is heard at Unit Disciplinary Committee (UDC), you have no right to a representative, no right to the reporting employee present at the hearing, no right to request witnesses, no right to receive twenty-four hours notice of the charges, and no right to appeal the decision.

_____                               _____
(Signature of Inmate)                                         Sgt Swarthout
                                                              (Signature of Investigating Officer)