John A. Bad Wound
PO Box 434
Allen, SD 57714

January 31, 2011

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Ave, N.W.
Washington, DC 20001

RE:   Cobell v. Salazar (1:96cv01285)

Ca 96 -1285

**OBJECTION TO THE AWARD OF DISTRIBUTION EXPENSES FOR HISTORICAL CLASS ACCOUTING**

**SPECIFIC REASON:**   I find it incongruous that cost for the distribution of these claims to owners in the Historical Accounting Class, is *disproportionate* as to the amounts such distributors will enjoy based on a settlement for class members. I stand to receive one thousand dollars for a suit of mismanagement by the Bureau of Indian Affairs since its inception for trust responsibility.

**FACTUAL EVIDENCE:**   This distribution expense shall be assigned and become a penalty of such atrocity, to the Bureau of Indian Affairs Administrators, and not to be part of any settlement funds awarded to me. The very people entrusted with such responsibility have taken an oath and are *bonded* against such errors and omissions. This bond shall be revoked and let the bonding agent pursue its own recourse for such marauders.

I, financially cannot afford to attend the Fairness Hearing.

I offer the following information on my stead for your record;

John Arnold Bad Wound
PO Box 434
Allen, SD 57714
(605) 454 2815
IIM ACCOUNT NUMBER 344-U-19723

Sincerely,

John Bad Wound

RECEIVED
Mail Room
- 3 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia