Delarick Evans
#67355
LCF, PO Bx. 2
301 S. Kansas Ave.
Lansing, Ks. 66043

*Let this objection be filed.*
*T. Hogan, J.*
*3/1/11*

United States District Court For
The District of Columbia

Elouise Pepion Cobell, et al. )
    Plaintiff )
) Case No. 96cv 01285
)
vs. )
) Pro Se Objection at Fairness
) Hearing
Kenneth Salazar, et al. )
    Defendant )

Comes Now, Delarick Evans, pro-se, and respectfully moves this honorable court to present his objections at this fairness hearing, scheduled on June 20, 11, at 10am.

1) Movant is a federally recognized native as defined pursuant to 43 USCS 1602(b). He was issued his Certificate of Indian Blood Descendant, by the Alaska Region of the Department of the Interior, and issued a Card of Certificate of Indian Blood, without any Social Security Number on it. Such was provided by Josephine Zeller.

2) Movant is a descendant of Lorraine Ruth Williams (aka Lorraine Jones), SSN 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, who was murdered in the State of Washington, on July 12, 1984. Death Certificate Number (local) 1217; and State File Number, 146-8. Incorporated and made apart hereof is a copy of her death certificate). Movant is a descendant as defined pursuant to 43 -

FEB 24 2011

Pg(s)1of3 w/ Attachment.

USCS 1602(r)(1).

3) My full name at birth was Delarick Lamont Hunter, SSN 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, DOB 09-30-1975. However, I was adopted in the State of Kansas, at 710 N. 7th Street, Kansas City, Ks. 66101. (Probate Division). After such, I was named Delarick William Evans, and assigned a new SSN, 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.

4) My IIM Account Number, is unknown at this time; I do not know my biological mother's IIM Account Number, at this time as well. I ask the court for its forgiveness as pertaining to this specific information. I ask for consideration of my humble objections.

5) I object, because there is no provision in the settlement that will ensure all federally recognized natives will receive just service from the Department of the Interior in Washington, D.C. or any of its regions. There is no guarantee the people working or will work for the agency in the future will not do this again 5, 10 or 20 years down the road. I have been writing the agency (Department of the - Interior), at its Washington,D.C., agency office and I still have not receive a response from anyone.

6) I have wrote the Secretary of the Interior, many times and ask that he afford to me the provisions under 25 USCS 1951(a)(b), but he or any staff under the Secretary, has not responded to my request. I have been waiting months and months for a response. As of yet, I have not gotten one.

7) This settlement is not fair, because the plaintiff's and their descendants will only face this same problem again.

Not only the plaintiff's and their descendants, but other similarly situated Natives located within the boarders of the United States, who are federally recognized by the Department of the Interior.

8) I ask the settlement be increased so each plaintiff and Native that is federally recogized will received a just compensation from the The United States of America. I ask the settlement be increased to 12.4 billion dollars.

9) I will not be able at attend this fairness hearing and regret not being able to attend. As a result, I ask the court that my objections (Paragrapg 1-8) be read before the court.

Wherefore, the movant respectfully submit his objections, and pray that they are so noted before the court by allowing such to be read prior to this court making a decision to approve the settlement or not.

Respectfully Yours: *(signature)*
Delarick Evans

Certificate of Service
I, Delarick Evans, hereby certify that a true and correct original of the above, Objection At Fairness Hearing, was deposited into the U.S. Mail, Postage Paid, on this 18th day of February 2011, addressed to:

Clerk's Office, U.S. District Court for the District of Columbia, 333 Constitution Ave, NW, Washington, D.C. 20001; Also a copy to:

Robert E. Kirschman, Jr., Department of Justice, Civil-Division, P.O. Box-875, Ben Flanklin Station, Washington, DC 20044

*(signature)*
Delarick Evans #67355
LCF, PO Bx. 2
301 S. Kansas Ave.
Lansing, Ks. 66043

**STATE OF WASHINGTON**
**DEPARTMENT OF HEALTH**

STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES
VITAL RECORDS
**CERTIFICATE OF DEATH**

LOCAL FILE NUMBER: 1217
STATE FILE NUMBER: 146-8

1. NAME FIRST MIDDLE LAST: LORRAINE RUTH WILLIAMS AKA: RUDIE JONES
2. SEX: Female
3. DEATH DATE (MO DAY YR): July 12, 1984
4. RACE: Indian
5. AGE LAST BIRTHDAY (YRS): [illegible]
8. BIRTHDATE (MO DAY YR): Oct. 26, 1942
9. COUNTY OF DEATH: Snohomish
10. CITY, TOWN OR LOCATION OF DEATH: Arlington
11. PLACE OF DEATH: Cascade Valley Hospital (Emerg Rm/Out Ptn)
12. RECEIVED EMERGENCY CARE AMBULANCE, FIREFTR PARAMED?: Yes
13. BIRTH STATE: Alaska
14. CITIZEN OF WHAT COUNTRY: U.S.A.
17. WAS DECEDENT EVER IN US ARMED FORCES?: No
19. USUAL OCCUPATION: Housewife
20. KIND OF BUSINESS OR INDUSTRY: Own Home
21. RESIDENCE NUMBER AND STREET: 1428 Boylston, No. 28
22. CITY/TOWN OR LOCATION: Seattle
24. COUNTY: King
25. STATE: Washington
26. FATHER NAME: Nathaniel Enoch Williams
27. MOTHER MAIDEN NAME: Helen E. Albert
28. INFORMANT NAME: Alberta Williams - Sister
29. MAILING ADDRESS: 5190 Amherst, Apt. 7, Fairbanks, Alaska
30. BURIAL, CREMATION, REMOVAL, OTHER: Burial
31. DATE: July 25, 1984
32. CEMETERY/CREMATORY NAME: Arlington Cemetery
33. LOCATION: Arlington, Wash.
35. NAME OF FACILITY: Weller Funeral Home
   ADDRESS: 327 N. McLeod Ave., Arlington, Wa. 98223

37. TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE TIME DATE AND PLACE AND DUE TO THE CAUSE(S) STATED
SIGNATURE AND TITLE: Clayton R. Haberman, M.D.
38. DATE SIGNED: July 12, 1984
39. HOUR OF DEATH (24 HRS): 0453

46. NAME AND ADDRESS OF CERTIFIER: Phyllis E. Lynch, Coroner By: Dr. Clayton R. Haberman — Coroner's Case 84-7-638, Room B-20 Courthouse, Everett, Washington 98201

47. IMMEDIATE CAUSE:
(A) Hemorrhage — Interval: Min
(B) Incised Wound of Neck — Interval: Min

49. AUTOPSY?: Yes
50. REFERRED TO MEDICAL EXAMINER OR CORONER?: Yes
51. ACC, SUICIDE, HOM., UNDET. OR PENDING INVEST: Homicide
52. INJURY DATE: July 12, 1984
53. HOUR OF INJURY: 0315
54. DESCRIBE HOW INJURY OCCURRED: Throat was slashed by person unknown
55. INJURY AT WORK?: No
56. PLACE OF INJURY: Rest Area
57. LOCATION: 189th and Interstate 5 (Exit 207 Rest Stop), Arlington, Washington 98223
58. REGISTRAR SIGNATURE: Marie Kinney
59. DATE RECEIVED: July 26, 1984

DOH 01-003 (5/99)

THIS IS A CERTIFIED COPY OF THE RECORD ON FILE WITH CENTER FOR HEALTH STATISTICS. CERTIFIED COPIES MUST HAVE THE OFFICIAL SEAL.