IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ELOUISE PEPION COBELL, et al.,   )
                                 )
    Plaintiffs,                  )
                                 )
       v.                       )   Case No. 1:96cv01285-TFH
                                 )
KEN SALAZAR, Secretary of the    )
    Interior, et al.,            )
                                 )
    Defendants.                  )
_____)

## NOTICE OF FILING OF INTERIOR DEFENDANTS' FORTY-FOURTH STATUS REPORT

Interior Defendants hereby give notice of the filing of their forty-fourth report due in accordance with the Order of December 21, 1999.

A copy of the report is attached hereto.

Dated: May 2, 2011

    Respectfully submitted,

    TONY WEST
    Assistant Attorney General
    MICHAEL F. HERTZ
    Deputy Assistant Attorney General
    J. CHRISTOPHER KOHN
    Director

    /s/ John J. Siemietkowski
    ROBERT E. KIRSCHMAN, Jr.
    Deputy Director
    (D.C. Bar No. 406635)
    JOHN R. KRESSE
    JOHN J. SIEMIETKOWSKI
    Trial Attorneys
    Commercial Litigation Branch
    Civil Division
    P.O. Box 875
    Ben Franklin Station
    Washington, D.C. 20044-0875
    Phone (202) 514-3368
    Fax (202) 514-9163

CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2011, the foregoing *Notice of Filing of Interior Defendants' Forty-Fourth Status Report* was served by Electronic Case Filing, and on the following who is not registered for Electronic Case Filing, by regular mail:

        Earl Old Person (*Pro se*)
        Blackfeet Tribe
        P.O. Box 850
        Browning, MT 59417
        Phone: 406-338-2624


        /s/ John J. Siemietkowski