IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., on their own behalf and on behalf of all persons similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>KEN SALAZAR, Secretary of the Interior, et al.,<br><br>　　　　　　　　Defendants. | Civil Action<br>No. 96-1285 (TH) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSES TO OBJECTIONS**

　　　Plaintiffs respectfully request that this Court grant an enlargement of time until May 16, 2011 for all parties to respond to objections made in response to the settlement notice process. Although the deadline for mailing objections was April 20, 2011 [Dkt. No. 3667 at ¶11], objections mailed on that date have been received as recently as May 2, 2011. To ensure that each objection is given careful consideration, plaintiffs believe that the proposed enlargement of time is warranted.

　　　Further, May 16 is the date that the Joint Motion for Final Approval [Dkt. No. 3667 at ¶15] is due and plaintiffs believe that it is appropriate to file the subject responses contemporaneously with the filing of the Joint Motion. There should be no further delays and such enlargement of time is five weeks prior to the date the fairness hearing will be held.

Defendants have authorized plaintiffs to state that defendants have no opposition to the instant motion for enlargement, so long as all parties are afforded the same amount of time to respond.

Accordingly, plaintiffs respectfully request that the Court grant this motion for an enlargement of time for both plaintiffs and defendants.

Respectfully submitted.

May 3, 2011

/s/ Dennis M. Gingold
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street, N.W.
9th Floor
Washington, D.C. 20005
(202) 824-1448


/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
JUSTIN GUILDER
D.C. Bar No. 979208
KILPATRICK STOCKTON, LLP
607 14th Street, N.W
Washington, D.C. 20005
(202) 508-5844

DAVID COVENTRY SMITH
N.C. Bar No. 12558
Admitted *Pro Hac Vice*
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7392

WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted *Pro Hac Vice*
ELLIOTT LEVITAS
D.C. Bar No. 384758
KILPATRICK STOCKTON LLP

        1100 Peachtree Street
        Suite 2800
        Atlanta, Georgia  30309
        404-815-6500

        <u>Attorneys for Plaintiffs</u>

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSES TO OBJECTIONS was served on the following via facsimile, pursuant to agreement, on this day, May 3, 2011.

>Earl Old Person (*Pro se*)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT 59417
>406.338.7530 (fax)

>/s/ Shawn Chick

US2008 2092928.1