IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., on their own behalf and on behalf of all persons similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>KEN SALAZAR, Secretary of the Interior, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 96-1285 (TH)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING ENLARGEMENT OF TIME

The matter comes before this Court on Plaintiffs' Unopposed Motion for Enlargement of Time to File Responses to Objections ("Unopposed Motion"). Upon consideration of Unopposed Motion and the record of these proceedings, it is hereby

ORDERED that the Unopposed Motion is GRANTED. Both plaintiffs and defendants shall have until May 16, 2011 to file their respective responses, if any, to objections.

IT IS SO ORDERED.

    This ___ day of May 2011

    _____
    THOMAS F. HOGAN
    UNITED STATES DISTRICT JUDGE