1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOUISE PEPION COBELL, et al., as an
individual, and on behalf of all others similarly
situated,

     Plaintiffs,

v.

KEN SALAZAR, Secretary of the Interior, et
al.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:96 CV 01285 (TFH)

**DECLARATION OF JENNIFER M.
KEOUGH REGARDING NOTICE AND
SETTLEMENT ADMINISTRATION**

I, Jennifer M. Keough, declare as follows:

  1.  I am Executive Vice President, Operations, of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision and, if called on to do so, I could and would testify competently thereto.

  2.  GCG was established in January 1984 to administer settlements of class actions, mass tort litigations, SEC and FTC disgorgement actions, bankruptcies, and other major litigations. GCG has a considerable amount of experience in class action administration. In its over 25 years,

DECLARATION OF JENNIFER M. KEOUGH

our team has served as administrator for over 2,500 cases.  In the course of our history, GCG has mailed over 275 million notices, disseminated over 650 million emails, handled over 28 million phone calls, processed over 47 million claims, and distributed over $30 billion in benefits.

3.    GCG was selected by the Parties and engaged by Plaintiffs in the above-captioned litigation (the "Action") to serve as the Claims Administrator[1] as described in the Class Action Settlement Agreement ("Settlement Agreement") dated December 7, 2009, preliminarily approved by this Court in the Order on Joint Motion for Preliminary Approval of Settlement Agreement (the "Order") dated December 21, 2010.  I submit this Declaration to provide the Court and the Parties to this Action with information regarding the status of duties GCG has been charged with as Claims Administrator.

4.    The purpose of the Claims Administrator, as defined in the Settlement Agreement, is to provide services to the Parties, to facilitate administrative matters and distribution of the Amount Payable for Each Valid Claim in accordance with the terms and conditions of the Settlement Agreement.  To date, in this capacity, GCG has executed among other duties: (a) receiving Contact Information from the Department of Interior ("Interior") and constructing a dedicated Settlement database; (b) organizing and analyzing voluminous data and identifying and locating potential claimants; (c) printing and mailing the Notice of Class Action Settlement and the Claim Form to potential Settlement Class Members, hereinafter collectively referred to as "Notice Packets;" (d) establishing and maintaining a toll-free telephone number dedicated to this Settlement that is accessible 24 hours a day, 7 days a week; (e) processing undeliverable mail and locating updated address information for potential Settlement Class Members; (f) conducting significant advance level research to locate potential Settlement Class Members who did not have address information in the Contact Information; (g) working with tribes and third party resources to

---

[1]  Capitalized terms used in this Declaration are as defined in the Class Action Settlement Agreement.

DECLARATION OF JENNIFER M. KEOUGH

obtain current address information for potential Settlement Class Members; (h) assisting with the coordination of the outreach efforts and distribution of all pertinent materials; (i) printing, mailing and coordinating materials for informational meetings; (j) establishing, maintaining, and updating the Settlement website, www.IndianTrust.com; (k) arranging for the duplication, review and distribution of over 8,000 DVDs in ten different languages containing the "Cobell Settlement Video;" (l) processing communications about the Settlement and handling correspondence and contact with potential Settlement Class Members; (m) providing weekly statistics to Counsel regarding the number of Notice Packets mailed, emails received and handled, outreach mailings, administrative mail received and handled, Claim Forms received, Objections received (both timely and late), Exclusions received (both timely and late), calls received, and other reporting as requested; (n) notifying Counsel, on a daily basis, of the identity of potential Settlement Class Members who filed requests for exclusion; and (o) providing a Declaration attesting to the completion of the notice process to Counsel for filing with the Court.

5.      In support of these duties, GCG obtained Contact Information from Interior regarding account holders and potential Settlement Class Members.  GCG has received three sets of data: (1) a file received in December 2009; (2) another file for the direct notice mailing received on December 21, 2010; and (3) a file received on April 4, 2011, which updated contact information previously received and provided potential award amounts and account balances.  The first file was used in the research GCG performed in assistance of the outreach program. The second file included information on 611,293 account holder records. The file received on April 4, 2011, included an additional 3,091 records for a total of 614,384 account holder records.

6.      The Contact Information GCG received contained, among other things, the following information where available: the names and/or aliases of the potential Settlement Class Members; a tribal designation; a designation of whether the account holder was part of the

DECLARATION OF JENNIFER M. KEOUGH

Historical Accounting Class, the Trust Administration Class, or both; unique identifiers used in the data for accounting; and in some cases social security numbers ("SSN"), dates of birth ("DOB") and dates of death ("DOD"), as well as the last known mailing addresses. The data received on April 4, 2011, included financial information relating to the balances in the trust accounts, estimated award payments, and the highest ten years account balances for IIM accounts along with updated contact information for the account, if available.

## IMPLEMENTATION OF THE DIRECT NOTICE PROGRAM

7.     As set forth in the Settlement Agreement, § C., the Notice Contractor and Claims Administrator were to effectuate a Direct Class Notice.  To this end, GCG formatted the approved Notice Packet that includes a sixteen page Notice and a four page Claim Form and the Notice Contractor arranged for translation of the Detailed Notice into Spanish and Navajo.  Attached as Exhibit A is a true and correct copy of the Notice Packet in English, and the Detailed Notice in Spanish and Navajo.

8.     Of the 611,293 records received in the December 2010 Contact Information, there was sufficient address information to mail Notice Packets to 336,671 potential Settlement Class Members.  174,909 records had insufficient data for mailing and Interior identified an additional 99,713 records that fell outside the Class Definition; GCG was instructed not to mail to those 99,713 records.  From the group of records that had insufficient data for mailing, GCG identified 14,679 records with an SSN and conducted extensive advanced address searches.  As a result of the advanced address searches, GCG located 10,294 mailing addresses.  Prior to the Notice mailing, an additional 27,096 potential Settlement Class Members self-identified by requesting a Notice Packet via telephone, mail, the Settlement website, email, or were otherwise identified to GCG for inclusion in the mailing.  In total, pursuant to Paragraph 7 of the Order, GCG prepared to mail the Notice Packet to 374,061 potential Settlement Class Members.  Prior to the Notice mailing, GCG

DECLARATION OF JENNIFER M. KEOUGH

caused all addresses, that were not directly provided to GCG by a potential Settlement Class Member self identifying or through an advance address search, to be processed through the National Change of Address ("NCOA") database.[2]

9.      On January 20, 2011, Notice Packets were mailed, via first-class U.S. Mail, to the 374,061 potential Settlement Class Members.  As of May 11, 2011, a total of 34,301 Notice Packets have been returned to GCG as undeliverable with forwarding address information. These Notice packets were promptly remailed to the address provided and the address in the Settlement database was updated.  In addition, as of May 11, 2011, there have been 73,594 Notice Packets returned by the U.S. Postal Service as undeliverable with no forwarding address.  As described below, GCG promptly undertook advance address research for each of the 73,594.

10.      For those records provided to GCG with insufficient information to mail or those records where the Notice Packet was returned undeliverable with no forwarding address, GCG conducted over 170,000 advanced searches using various pieces of the data (such as addresses, dates of birth, and SSN information) to locate information for mailing.  Through these efforts, as of May 11, 2011, an additional 76,521 Notice Packets have been mailed, via first-class U.S. Mail. GCG also received an additional 51,748 requests for Notice Packets via telephone, email, the Settlement website, and mail subsequent to the initial January 20, 2011 mailing.  Each request was promptly handled.  In total, as of May 11, 2011, GCG has caused 536,631 Notice Packets to be mailed directly to potential Settlement Class Members as part of the Direct Notice Program.

---

[2]  The NCOA database is the official United States Postal Service technology product, which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.  This product is an effective tool to update address changes when a person has completed a change of address form with the Post Office.  The address information is maintained on the database for 48 months.

DECLARATION OF JENNIFER M. KEOUGH

**WEBSITE DEDICATED TO THIS SETTLEMENT**

11.     In 2009, prior to the Court approved Settlement in this Action, GCG established and maintained an initial Settlement website, www.CobellSettlement.com.   Through the website interested individuals could locate information and updates about the Action and the Settlement, self register as a claimant, obtain the toll-free telephone number dedicated to the Settlement and send an email to GCG or Elouise  Pepion Cobell, the Lead Plaintiff.  The initial website received 145,124 total visits.  Of those, 19,892 individuals registered to receive further information about the Settlement including a Notice Packet.

12.     Upon Preliminary Approval of the Settlement, GCG established an updated website, www.IndianTrust.com.   Individuals who go to the  www.CobellSettlement.com  site are immediately and automatically redirected to the new website.  The website is constructed in an organized and user friendly fashion, employing plain language to describe the Action and Settlement.  It prominently features tabs along the left side where visitors can access important dates, the Detailed Notice and the Summary Notice.  Claimants can file claim forms online or download a claim form to be mailed to GCG.  There is a link for "Informational Meetings" that provides the locations for each meeting.  The Informational Meeting website page identifies the time and location for each meeting and includes a mapping service to provide customized directions from any location to the site of the meeting.  Additionally, visitors can view an extensive list of answers to Frequently Asked Questions, review filed Court documents, as well as press and news releases.  The website allows individuals to update their contact information online.  Additionally, there is extensive contact information given for the Indian Trust Settlement on the website to ensure claimants can receive personalized assistance on individual questions.  The website includes the Settlement toll-free number, 1-800-961-6109, the email address, Info@IndianTrust.com, and the physical address dedicated to the Settlement.  Finally, the website

DECLARATION OF JENNIFER M. KEOUGH

includes links to the Cobell Settlement Video, which contains important information about the Indian Trust Settlement and through the Notice Contractor has been translated into ten different languages: (1) English; (2) Spanish; (3) Navajo; (4) Lakota; (5) Apache; (6) Crow; (7) Dakota; (8) Cherokee; (9) Yup'ik; and (10) Ojibwe.  GCG regularly monitors and manages the website to ensure the most recent and updated information is available.  Attached as Exhibit B is a true and correct copy of screenshots from the Settlement website and its links.

13.    As of May 11, 2011, the website has received 206,517 unique visitors and a total of 302,436 visits.

**TOLL-FREE TELEPHONE NUMBER DEDICATED TO THIS SETTLEMENT**

14.    On December 9, 2009, GCG established and is maintaining a toll-free telephone number, 1-800-961-6109, dedicated to this Settlement to accommodate telephone inquiries from potential Settlement Class Members and to answer frequently asked questions.  The toll-free number is included in the Notice Packet, it has been distributed prominently on all outreach materials (posters, flyers, and DVDs), it has been widely distributed through the media (in television advertisements, radio advertisements, and newspaper publications), and, as discussed above, it is located on the Indian Trust Settlement website.

15.    The toll-free telephone number is accessible 24 hours a day, 7 days a week.  It is staffed with knowledgeable live operators between the hours of 9:00 a.m. and 9:00 p.m. (Eastern), Monday through Friday and between the hours of 10:00 a.m. and 2:00 p.m. (Eastern) on Saturday. Interested parties calling after regular business hours also have the option of requesting a Notice Packet, or they can leave a voice mail message requesting a return call.  All calls are promptly returned.  Agents are available to assist callers who require translations in various languages.

DECLARATION OF JENNIFER M. KEOUGH

16.     From January 20, 2011 through May 11, 2011, the call center received a total of 182,878 calls, of which 161,122 were live calls.   GCG has spent over 1.2 million minutes responding to individual inquiries.

## MAIL AND EMAIL COMMUNICATIONS

17.     GCG began receiving correspondence in 2009, prior to the Court preliminarily approving the Settlement and has continued to receive communications both via the dedicated Settlement mailing address, the website, and the email address (Info@IndianTrust.com).   As of May 11, 2011, GCG has received, responded to or handled over 8,100 communications.

## OUTREACH EFFORTS

18.     After the Settlement was announced on December 9, 2009, GCG assisted the Notice Contractor by conducting extensive research of the demographics and population of potential Class Members obtained through analysis of the Contact Information provided to GCG by Interior.   In addition, GCG worked in conjunction with the Notice Contractor to acquire consent from a number of entities and individuals who agreed to assist with the dissemination of information on the Settlement.   These third-party contacts included: (1) Indian Health Services; (2) the Office of Special Trustee, field locations; (3) the tribal courts; (4) the Bureau of Indian Affairs regional offices; and (5) other parties or businesses with frequent exposure to potential Settlement Class Members.

19.     After Preliminary Approval, GCG was charged with the dissemination of over 245,650 materials relating to the Settlement to over 3,200 contacts.   These materials included the Notice Packet with the Detailed Notice in three languages (English, Spanish and Navajo), the Cobell Settlement Video in ten languages (English, Spanish, Navajo, Lakota, Apache, Crow, Dakota, Cherokee, Yup'ik, and Ojibwe), flyers and posters, and letters to the contacts from Interior, Indian Health Services and Kinsella Media.  From February 1 through February 20, 2011,

- 8 -

DECLARATION OF JENNIFER M. KEOUGH

GCG disseminated all packages and information according to the request of the Notice Contractor and in a manner that would guarantee traceable receipt. GCG can confirm that 3,196 packages were received at the desired location. In addition, GCG included a postcard with prepaid return postage in each package to encourage each contact to respond with how they used the materials and order more materials when needed.

20.     Additionally, at the Notice Contractor's request, GCG undertook verification efforts to confirm the posting of these materials. GCG caused in-person visits to a sampling of the contact locations near the highest density areas of Class Member populations. This independent verification encompassed 11 states, 69 cities and over 263 contact locations. As of May 11, 2011, verification established that over 230 of the sampled locations (over 89%) used the items to be distributed and visibly hung the posters.

21.     In addition to the assistance GCG provided for the third-party contact outreach program, GCG secured approval from the United States Postal Service to place 100 Settlement posters in post office locations near the most highly concentrated areas of potential Settlement Class Members. GCG delivered to all approved post office locations a poster, to be hung in a publically visible location, listing information about the Settlement, contact information for the Claims Administrator, as well as the website location where further information could be viewed. The United States Postal Service arranged for these posters to be hung for a minimum of two consecutive months, March and April 2011.

22.     Another major part to the outreach program was the coordination of informational meetings conducted by Plaintiffs' Counsel and Ms. Cobell. GCG orchestrated the organization and supply of all materials and information for the 55 in person meetings. These meetings encompassed 17 different states and 55 different cities. GCG established a calendar on the Settlement website where people could easily see upcoming meetings, their locations and time.

DECLARATION OF JENNIFER M. KEOUGH

GCG sent out 15,854 attendee packets containing the Notice, Claim Form, and the Settlement Agreement.   In many instances, GCG was contacted for additional packets to be sent as all previously shipped packets had been disseminated.

23.    Additionally, in order to locate potential Settlement Class Members where direct notice could not be mailed, GCG compiled a list of persons for whom we did not have a current address. On March 30, 2011, this list was published in the *Native Sun News*, with information for potential Class Members about the Settlement and how to file a claim.

24.    As a final element to the portion of the outreach program in which GCG assisted, GCG directly contacted and worked with tribal enrollment officers to locate current address information for potential Settlement Class Members who were not initially locatable so that further information could be disseminated to them.  As of May 11, 2011, GCG has worked with 26 tribes, in nine states, involving over 56,500 records**.**

## REPORTING

25.    Since the Settlement's announcement in 2009, GCG has kept all Parties updated with Settlement administration status by reporting both daily statistics and weekly statistics, as well as other reports requested by the Parties.  GCG has monitored and managed volumes of data and reported weekly the number of calls, website visits and correspondence from the inception of the Settlement.  Once preliminary approval was given by the Court, GCG also provided daily reports on the receipt and number of exclusions received, and cataloged objections for which GCG was notified.

## CLAIM FORMS RECEIVED

26.    As of May 11, 2011, GCG has received 108,328 Claim Forms.  As noted in the Settlement Agreement, account holders do not have to submit a Claim Form if they have been receiving IIM account statements as they are automatically included in the Settlement.

DECLARATION OF JENNIFER M. KEOUGH

**EXCLUSIONS**

27.     Any Settlement Class Member who wished to be excluded from or opt-out of the Trust Administration Class part of the Settlement was required to send GCG a written request for exclusion postmarked by April 20, 2011.   Pursuant to my Declaration filed with this Court on May 5, 2011, I reported 1,826 timely potential exclusion requests and 39 late exclusion requests received through May 4, 2011.  By way of update, as of May 11, 2011, GCG has received one withdrawal request of a timely exclusion and one new late exclusion request.  As such, the total number of timely potential exclusions is 1,825 and the total number of exclusions postmarked after the deadline of April 20, 2011 is 40.

**OBJECTIONS**

28.     Any Settlement Class Member who wished to object to the Settlement was required to inform the Court and the Parties of their intent, postmarked no later than April 20, 2011. Objection requests were required to be mailed to the Court, in addition to the parties.  GCG monitored the case docket regarding objections filed with the Court.  Counsel also forwarded objection requests they received.  Additionally, GCG received objection requests mailed directly to the Indian Trust Settlement.  As of May 11, 2011, GCG was made aware of 92 timely objections and six objections postmarked after April 20, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of May 2011, at Seattle, Washington.

Jennifer M. Keough

- 11 -

DECLARATION OF JENNIFER M. KEOUGH

# EXHIBIT A

# Important information about the $3.4 billion Indian Trust Settlement

## For current or former IIM account holders, Owners of land held in trust or restricted status, or their heirs

*A federal court authorized this notice.  You are not being sued.*

Para el aviso en español, llame o visite nuestro sitio en internet.

Dinék'ehgo 'ił hane' biniiyégo, béésh bee holne' doodago béésh łichí'ii biyi'jį' nihaa nanitah.

- A proposed Settlement has been reached in *Cobell v. Salazar*, a class action lawsuit about individual Indian land, funds and other assets held in trust by the federal government.  Courts decided that the federal government has violated its trust duties, including a duty to account for Individual Indian Money trust funds.  The Settlement will resolve claims that the government violated its trust duties by (a) mismanaging individual Indian trust funds and other assets, (b) improperly accounting for those funds, and (c) mismanaging trust land and other assets.  The individual Indian trust land is called "allotted" land and owners are from time to time referred to as "beneficiaries," "allottees," or "landowners."

- You may be part of this Settlement with certain rights in this Settlement if you are an:
  - Individual Indian Money ("IIM") account holder (even if the account currently is not active or open),
  - Individual Indian who has or had an ownership interest in land held in trust or in restricted status,
  - Heir to a deceased IIM account holder or individual landowner.

- The Settlement establishes funds worth approximately $1.5 billion to pay individual Indian trust beneficiaries for past accounting problems and resolve historical asset mismanagement claims.  Settlement and administrative expenses, incentive fees and expenses of the Class Representatives, and legal fees and expenses will be paid out of these Settlement funds.  Another $1.9 billion will be used primarily to buy up interests in trust lands that are owned by many people ("fractionated interests").

- Congress has passed legislation authorizing the Settlement and provided funding for it.  The President has signed the legislation into law.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

- The Court in charge of this case still has to decide whether to approve the Settlement.  Payments will be made if the Court approves the Settlement and after any appeals are resolved.  If the Settlement is approved by the Court, the majority of individual Indian trust beneficiaries will get at least $1,500.

- The Settlement also creates an Indian Education Scholarship Fund worth up to $60 million to improve access to higher education for Indian youth.

**Your legal rights are affected whether you act or do not act, so please read this notice carefully.**

| These rights and options—and the deadlines to exercise them—are explained in this notice. | |
|---|---|
| You can object to or comment on the Settlement. | *see* Question 30 |
| You can go to a hearing and ask the Court to speak about the Settlement. | *see* Question 36 |
| You may also have the right to exclude yourself from part of the Settlement. | *see* Question 28 |

- The full details of the Settlement can be found in a document called the Settlement Agreement, and subsequent modifications to it, which can be found on the web at www.IndianTrust.com.

QUESTIONS? CALL TOLL-FREE **1-800-961-6109** OR VISIT WWW.INDIANTRUST.COM.

2

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ……………………………………………………………..**PAGE 4**
- 1.    Why did I get this notice?
- 2.    What are Individual Indian Money ("IIM") accounts?
- 3.    Who is affected by this Settlement?
- 4.    What is this lawsuit about?
- 5.    Why is there a Settlement?

**WHO IS IN THE SETTLEMENT?**...........................................................................**PAGE 5**
- 6.    Who is part of the Settlement?
- 7.    Are there exceptions to being included?
- 8.    If I never had an IIM account or my IIM account is now inactive or never existed, does this Settlement affect me?
- 9.    I'm not sure if I'm included in the Settlement.

**THE SETTLEMENT BENEFITS—WHAT YOU GET**...........................................................**PAGE 7**
- 10.    What does the Settlement provide?
- 11.    What is fractionated land?
- 12.    How much will my payment be if I'm an Accounting Class Member?
- 13.    How much will my payment be if I'm a Trust Administration Class Member?
- 14.    How will the Accounting/Trust Administration Fund be distributed?
- 15.    What happens to any funds left in the Accounting/Trust Administration Fund?
- 16.    What is the Trust Land Consolidation Fund?
- 17.    How much money can I get from selling my land?
- 18.    How can I sell my land?
- 19.    What happens to land when owners cannot be located?
- 20.    How long will the Trust Land Consolidation Fund continue?
- 21.    How will the Indian Education Scholarship Fund work?
- 22.    How will the Indian Education Scholarship Fund be administered?
- 23.    How does this Settlement affect trust reform?

**HOW TO GET A PAYMENT**……………………………………………...........................**PAGE 11**
- 24.    How can I get a payment?
- 25.    When will I get my payment?

**REMAINING IN THE SETTLEMENT**……………….…………………...........................**PAGE 11**
- 26.    Do I need to do anything to remain in the Settlement?
- 27.    What am I giving up as part of the Settlement?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** .......................................................**PAGE 12**
- 28.    What if I don't want to be in the Settlement?
- 29.    How do I get out of the Trust Administration Class?

**OBJECTING TO OR COMMENTING ON THE SETTLEMENT**.......................................**PAGE 13**
- 30.    How can I object to or comment on the Settlement?
- 31.    What's the difference between objecting to and excluding myself from the Settlement?

**THE LAWYERS REPRESENTING YOU** ............................................................................**PAGE 14**
- 32.    Do I have a lawyer in the case?
- 33.    How will the lawyers be paid?  Do the Class Representatives get paid extra?

**THE COURT'S FAIRNESS HEARING** .............................................................................**PAGE 16**
- 34.    When and where will the Court decide whether to approve the Settlement?
- 35.    Do I have to come to the hearing?
- 36.    May I speak at the hearing?

**GETTING MORE INFORMATION** ..................................................................................**PAGE 16**
- 37.    How do I get more information?

# BASIC INFORMATION

## 1. Why did I get this notice?

You received this notice because Interior Department records show that: (a) you are now or have been an Individual Indian Money ("IIM") account holder, or (b) you have an individual interest in trust land, or (c) you have requested that this notice be mailed to you. A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about your options, before the Court decides whether the Settlement is fair and to give final approval to the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights.

Judge Thomas F. Hogan, of the United States District Court for the District of Columbia, is currently overseeing this case. The case is known as *Cobell v. Salazar*, No. 1:96cv01285, and is a class action lawsuit.

In a class action lawsuit, one or more people called Class Representatives (in this case, Elouise Cobell and others) sue on behalf of other people who have similar claims. The people together are called a "Class" or "Class Members." The people who sued—and all the Class Members like them—are called the Plaintiffs. The people they sued (in this case, the Secretaries of the Interior and Treasury and the Assistant Secretary-Indian Affairs (together called the "federal government")) are called the Defendants. One court resolves the issues for everyone who remains in the Class.

## 2. What are Individual Indian Money ("IIM") accounts?

IIM accounts primarily contain money collected by the federal government from farming and grazing leases, timber sales, mining, oil and gas production, and other activities on trust land, as well as certain per capita distributions. The funds in IIM accounts are held in trust by the federal government for the benefit of individual Indians.

## 3. Who is affected by this Settlement?

The Settlement will affect all Class Members (*see* Question 6). Class Members include individual Indian trust beneficiaries, which means those individuals who:
- Had an IIM account anytime from approximately 1985 through September 30, 2009, or
- Had an individual interest in land held in trust or restricted status by the U.S. government as of September 30, 2009.

The estate of a deceased individual described above whose account was open or in probate status as of September 30, 2009 is included. Probate means you have asked a court to transfer ownership of the landowner's property after he or she died.

This Settlement does not relate to certain historical claims or any future claims of Class Members. It does not relate to claims tribes might have against the federal government.

**4.  What is this lawsuit about?**

The Settlement resolves claims that the federal government violated its trust duties to individual Indian trust beneficiaries.  The claims fall into three areas:

- Historical Accounting Claims state that the federal government violated its trust duties by not providing a proper historical accounting relating to IIM accounts and other trust assets.
- Trust Administration Claims include:
  - Fund Administration Claims state that the federal government violated its trust duties and mismanaged individual Indian trust funds.
  - Land Administration Claims state that the federal government violated its trust responsibilities for management of land, oil, natural gas, mineral, timber, grazing, and other resources.

The federal government denies all these claims.  It says it has no legal responsibility for these claims and owes nothing to the Class Members.

**5.  Why is there a Settlement?**

The Settlement is an agreement between the Plaintiffs and the federal government.  Settlements end lawsuits.  This does not mean the Court has ruled in favor of either side.  The parties wish to resolve their differences and realize that many Class Members are elderly and dying and need to receive compensation.  In addition, large numbers of Class Members currently live in poverty.  So, after 14 years of litigation, both sides want to settle the lawsuit so individual Indian trust beneficiaries receive compensation for their claims.  The Settlement will also help the federal government reduce future administration expenses and accounting issues.  Class Representatives and lawyers representing them believe that the Settlement is reasonable under the circumstances.

## WHO IS IN THE SETTLEMENT?

**6.  Who is part of the Settlement?**

The proposed Settlement affects individual Indians across the country, including members of most federally recognized tribes west of the Mississippi River.  The Settlement includes two groups or "Classes."  An individual may be a member of one or both Classes.  Most people included in the Settlement are members of both Classes.

Historical Accounting Class

- Anyone alive on September 30, 2009,
- Who had an open IIM account anytime between October 25, 1994 and September 30, 2009, and
- Whose account had at least one cash transaction (that was not later reversed).

**Note to heirs:**
- The estate of an IIM account holder who was deceased as of September 30, 2009 is included in the Historical Accounting Class if the IIM account (or its related probate account) was open as of that date.

- The heirs of any Class Member who died after September 30, 2009, but before distribution of any Settlement funds, will receive that Class Member's Settlement payments through probate.

Trust Administration Class

- Anyone alive on September 30, 2009, and who
  - Had an IIM account recorded in currently available electronic data in federal government systems ("Electronic Ledger Era") anytime from approximately 1985 to September 30, 2009, or
  - Can demonstrate ownership interest in trust land or land in restricted status as of September 30, 2009.
- The estate of any deceased beneficiary whose IIM account was open or whose trust assets had been in probate as reflected in the federal government's records as of September 30, 2009.

**Note to heirs**:
- The heirs of any Class Member who died after September 30, 2009, but before distribution of any Settlement funds, will receive that Class Member's Settlement payments through probate.

**7.  Are there exceptions to being included?**

The Historical Accounting Class does not include individuals who filed a separate lawsuit before June 10, 1996, against the federal government making a claim for a complete historical accounting.

The Trust Administration Class does not include individuals who filed a separate lawsuit or who were part of a certified class in a class action lawsuit making a Funds Administration Claim or a Land Administration Claim against the federal government before **December 10, 2010.**

**8.  If I never had an IIM account or my IIM account is now inactive or closed, does this Settlement affect me?**

It could.  If you are included in the Historical Accounting Class and/or the Trust Administration Class as defined in Question 6, this Settlement does affect you.

If you **are NOT currently receiving quarterly or annual IIM account statements**, you should fill out a claim form and mail it to the address on the form.  You can also submit your claim form online at www.IndianTrust.com.  You may be asked to provide additional information to demonstrate your membership in the Historical Accounting Class and/or the Trust Administration Class.  Claim forms and documentation will be due within 45 days of the Court's Final Approval of the Settlement (or, at a later date set by the Court).  Final Approval will be after the Fairness Hearing.  Check the website or call the toll-free number for information on the claims filing deadline.

**9.  I'm not sure if I'm included in the Settlement.**

If you are not sure whether you are included in one or both Classes or you are unsure if the federal government has your current address, you should call toll-free 1-800-961-6109 with questions or visit www.IndianTrust.com.  You may also write with questions to Indian Trust Settlement, P.O. Box 9577, Dublin, OH 43017-4877.  If you believe that you should be considered a member of either Class, but are not receiving quarterly or annual IIM account statements, you must fill out a claim form and mail it to the address on the form.  The deadline for filing claims is explained in Questions 8 and 24.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

| 10.  What does the Settlement provide? |
| --- |

The Settlement will provide:

- $1.412 billion Accounting/Trust Administration Fund, plus a $100 million Trust Administration Adjustment Fund, plus any earned interest, to pay for Historical Accounting and Trust Administration Claims.  This money will also pay for the cost of administering and implementing the Settlement, as well as other expenses (*see* Question 13).
- $1.9 billion Trust Land Consolidation Fund to purchase "fractionated" individual Indian trust lands (*see* Question 11).  The program will allow individual Indians to get money for land interests divided among numerous owners.  Land sales are voluntary.  If you sell your land it will be returned to tribal control.
- Up to $60 million for an Indian Education Scholarship Fund to help Native Americans attend college or vocational school.  This money will come out of the $1.9 billion Trust Land Consolidation Fund and will be based upon the participation of landowners in selling these fractionated land interests.

More details are in a document called the Settlement Agreement, which is available at www.IndianTrust.com.

| 11.  What is fractionated land? |
| --- |

Fractionated land is a parcel of land that has many owners, often hundreds of owners.  Frequently, owners of highly fractionated land receive very little money from that land.

### ACCOUNTING/TRUST ADMINISTRATION FUND

| 12.  How much will my payment be if I'm an Accounting Class Member? |
| --- |

Each member of the Historical Accounting Class will receive $1,000.  This is a per-person, not a per-account, payment.

| 13.  How much will my payment be if I'm a Trust Administration Class Member? |
| --- |

It depends on how much income you've collected into your IIM account.  Each member of the Trust Administration Class will receive a baseline payment of $500.  The $100 million in the Trust Administration Adjustment Fund will be used to increase the minimum payment for Trust Administration Class Members.  The current estimate is that will raise the minimum payment to Trust Administration Class Members to about $800.  Individuals with an IIM account open between 1985 and September 30, 2009 may receive more than $800.  This payment is separate from, and in addition to, the $1,000 payment to individuals in the Historical Accounting Class.

The payment calculation uses the sum of your 10 highest years of income in your IIM account to determine your share of the Trust Administration Fund. That Fund is estimated to be $850 million to $1 billion. The exact dollar amount you will get cannot be known with certainty at this time because it is based on (a) the recorded income deposited to your IIM account over a period of time, and (b) the amount of money that will be left in the Accounting/Trust Administration Fund after deducting:

- All of the $1,000 payments to Historical Accounting Class Members, and

- Attorneys' fees, their expenses, including expense reimbursements and possibly incentive fees to Class Representatives (*see* Question 33) and the costs of administering and implementing the Settlement.

Congress has determined that payments to Trust Administration Class Members should be increased for individuals whose payments are calculated to be:

- Zero; or

- Greater than zero (but only if you would have received a smaller Stage 2 payment (*see* Question 14) than Trust Administration Class Members whose payment is calculated to be zero).

**For example**, if you were supposed to receive a base payment of $500, your payment might be increased to $800. If your neighbor was supposed to receive a base payment of $600, his payment might be increased to $800.

The following are estimated calculations and are in addition to the $1,000 you will receive as a member of the Historical Accounting Class. Your final Trust Administration payment could be more or less.

- If the sum of your 10 highest years of revenue is between $0 and $5,000, you may receive between $800 and $1,250.00.
- If the sum of your 10 highest years of revenue is between $5,000.01 and $15,000, you may receive between $1,250.01 and $2,500.
- If the sum of your 10 highest years of revenue is between $15,000.01 and $30,000, you may receive between $2,500.01 and $5,000.
- If the sum of your 10 highest years of revenue is between $30,000.01 and $75,000, you may receive between $5,000.01 and $12,000.
- If the sum of your 10 highest years of revenue is between $75,000.01 and $750,000, you may receive between $12,000.01 and $125,000.
- If the sum of your 10 highest years of revenue is greater than $750,000.01, you may receive more than $125,000.

If your account shows fewer than ten years of income, a zero dollar amount will be used in the years for which no income has been recorded. Reversed transactions and transfers between an individual's accounts will not be included in that calculation.

### 14.  How will the Accounting/Trust Administration Fund be distributed?

If the Settlement is approved, there will be two distributions.

Stage 1 – The $1,000 payments to Historical Accounting Class Members will be distributed shortly after the Settlement is approved and the Court's order becomes final.  For those Class Members who cannot be found, their payment will be deposited in a Remainder Account until the Class Member is located and can demonstrate his or her ownership interest.  If a Class Member cannot be located prior to the conclusion of the distribution process, his or her funds will be transferred to the Indian Education Scholarship Fund (*see* Question 21).

Stage 2 – Payments to Trust Administration Class Members will be distributed after it is determined that substantially all the Trust Administration Class Members have been identified and the payments have been calculated (*see* Question 13).

### 15.  What happens to any funds left in the Accounting/Trust Administration Fund?

After all payments are made, any money that is left over will be contributed to the Indian Education Scholarship Fund (*see* Question 21).

## TRUST LAND CONSOLIDATION FUND

### 16.  What is the Trust Land Consolidation Fund?

Over time, through generations, Indian trust lands owned by individuals have been fractionated into smaller and smaller undivided ("fractionated") ownership interests.   According to government calculations, owners historically have received very little money and the cost to administer the IIM account frequently has been more than what is paid out to individual Indians.

The $1.9 billion Trust Land Consolidation Fund will provide individual Indians with an opportunity to get money for the fractionated land.  As an additional incentive for owners to sell their land interests, an amount above the fair-market value will be paid into the Indian Education Scholarship Fund (*see* Question 21).

The Trust Land Consolidation Fund will be used for four things: (1) to purchase the fractionated land interests, (2) to carry out the Trust Land Consolidation Program, (3) to further Trust Reform efforts (*see* Question 23), and (4) to set aside up to $60 million for Indian scholarships.  At least 85% of the Fund will be used to purchase land.  The Department of the Interior will consult with tribes to identify fractionated interests that the Department may want to consider purchasing.

### 17.  How much money can I get from selling my land?

The Department of the Interior will offer fair market value for fractionated trust land.

### 18.  How can I sell my land?

The procedures for selling trust land have not been determined at this point.  Once those procedures have been determined, the Department of the Interior will attempt to contact individual Indian trust beneficiaries who own fractionated interests that it wishes to purchase.

### 19.  What happens to land when owners cannot be located?

For fractionated interests that the Department of the Interior wishes to purchase, but whose owners cannot be located, Interior will attempt to find missing Class Members, including through the publication of notice in appropriate newspapers and newsletters for a period of at least six months.  Five years after the Settlement is granted final approval, Class Members whose whereabouts are unknown, after diligent efforts have been made by the federal government to locate them, will be assumed to have consented to the transfer of their fractionated interests and their Indian Land Consolidation Funds will be deposited into an IIM account.

### 20.  How long will the Trust Land Consolidation Fund continue?

The Department of the Interior will have up to 10 years from the date the Settlement is granted final approval to purchase the fractionated trust land.  Any money remaining in the Land Consolidation Fund after that time will be returned to the U.S. Treasury.

### INDIAN EDUCATION SCHOLARSHIP FUND

### 21.  How will the Indian Education Scholarship Fund work?

The Indian Education Scholarship Fund will provide money for Native American students to attend college and vocational school.  It will be funded in three ways:

- Up to $60 million will come from the Trust Land Consolidation Fund in connection with the purchase of fractionated interests in trust land.  Contributions will be as follows:

| Land Purchase Price | Contribution to Fund |
| --- | --- |
| Less than $200 | $10 |
| Between $200 - $500 | $25 |
| More than $500 | 5% of the purchase price |

The amount paid into the Indian Education Scholarship Fund is in addition to the fair market value amount that will be paid to the individual Indian landowner.

- Any remaining funds in the Accounting/Trust Administration Fund, after all distributions and costs relating to the Settlement are paid, will be transferred to the Indian Education Scholarship Fund.

- Any payments for Class Members that remain unclaimed for five years after Settlement is approved will be transferred to the Indian Education Scholarship Fund.  This transfer will not occur for money being held for minors and adults who are mentally impaired, legally disabled, or otherwise in need of assistance.

## 22.  How will the Indian Education Scholarship Fund be administered?

A non-profit organization chosen by the parties will administer the Indian Education Scholarship Fund. A special board of trustees will oversee the Fund.  The trustees will be selected by the Secretary of the Interior, the representative Plaintiffs, as well as the non-profit.  The Secretary will select his trustees only after consulting with tribes and after considering names of possible candidates timely offered by tribes.

### INDIAN TRUST REFORM

## 23.  How does this Settlement affect Indian trust reform?

Reform of the Indian trust management and accounting system should continue in the future.  The Settlement Agreement allows some funds in the Trust Land Consolidation Fund to be used to pay costs related to the work of a commission on Indian trust administration and reform.   In the future, Class Members will still be able to bring claims against the federal government for trust reform.

### HOW TO GET A PAYMENT

## 24.  How can I get a payment?

To be eligible for any payments under the Settlement, you must be a member of one or both Classes.  If you are not receiving quarterly or annual IIM account statements and you believe you are a member of either Class, you will need to fill out a claim form.  The claim form describes what you need to provide to prove your claim and receive a payment.  Please read the instructions carefully.  Claim forms and documentation will be due within 45 days of the Court's Final Approval of the Settlement (or, at a later date set by the Court).  Final Approval will be after the Fairness Hearing.  Check the website or call the toll-free number for information on the claims filing deadline.  The claim form should be sent to:

> Indian Trust Settlement
> P.O. Box 9577
> Dublin, OH 43017-4877

If you are denied participation, there will be an opportunity to submit additional documentation.

## 25.  When will I get my payment?

Payments will be made after the Court grants final approval of the Settlement, and any appeals are resolved.

### REMAINING IN THE SETTLEMENT

## 26.  Do I need to do anything to remain in the Settlement?

You do not have to do anything to remain in the Settlement unless you are not receiving quarterly IIM account statements.  In that case, you will need to fill out and return a claim form in order to get a payment.

**27.  What am I giving up as part of the Settlement?**

If the Settlement becomes final, you will give up your right to sue the federal government for the claims being resolved by this Settlement.  The specific claims you are giving up against the federal government are described in Section A, paragraphs 14, 15, and 21 of the Settlement Agreement.  You will be "releasing" the federal government and all related people as described in Section I of the Settlement Agreement.  The Settlement Agreement is available at www.IndianTrust.com.

If you did not receive an IIM account statement for 2009, you may request your IIM account balance as of September 30, 2009 by calling 888-678-6836.  If you request your IIM account balance, you are agreeing to the balance provided by Interior unless you exclude yourself from the Settlement (*see* Question 28).

The Settlement Agreement describes the released claims with specific descriptions, so read it carefully.  If you have any questions, you can talk to the law firms listed in Question 32 for free or you can talk to your own lawyer at your own expense.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

**28.  What if I don't want to be in the Settlement?**

By law, you cannot exclude yourself from the Historical Accounting Class, if you are a member.  You can only exclude yourself from the Trust Administration Class.  If you don't want to be in that part of the Settlement, you must take steps to exclude yourself.  This is sometimes called "opting out."  By excluding yourself, you keep the right to file your own lawsuit.  Or you can join any other person who opted out and bring a separate lawsuit against the federal government on any Trust Fund Administration or Land Administration Claims that you may have.

If you choose to exclude yourself from the Trust Administration Class,

- You will not receive any money for your Fund Administration and Land Administration Claims.
- You will not be bound by the Court's ruling and will keep your right to sue the federal government for these Claims.
- You cannot object to or comment on this aspect of the Settlement as far as it concerns the Trust Administration Class.

If you are a member of the Historical Accounting Class:

- You **cannot** exclude yourself.
- If the Court approves the Settlement, you will not be able to sue the federal government about the Historical Accounting Claims.
- You will receive a $1,000 payment.
- You can object to and/or comment on the terms of the Settlement.

## 29.  How do I get out of the Trust Administration Class?

To exclude yourself, you must send a letter by mail saying that you want to be excluded from *Cobell v. Salazar.*  Be sure to include your full name, telephone number, social security number, IIM account number(s) (if any), and your signature.  You can't ask to be excluded on the phone or at the website.  You must mail your exclusion request so that it is postmarked by **April 20, 2011** to:

> Indian Trust Exclusions
> P.O. Box 9419
> Dublin, OH 43017-4519

Please note that the share of money you would have received if you had stayed in the Trust Administration Class will be removed from the $1.512 billion Accounting/Trust Administration Fund and given back to the federal government.

## OBJECTING TO OR COMMENTING ON THE SETTLEMENT

## 30.  How can I object to or comment on the Settlement?

Any Class Member may comment on or object to the Settlement.  However, if you exclude yourself from the Trust Administration Class, you may only object to, or comment on, other parts of the Settlement that you do not like.  Also, you may comment on or object to fee and expense requests for Class Counsel and incentive awards and expenses for Class Representatives and other amounts that may be awarded by the Court (*see* Question 33).  If you object to any part of the Settlement you must give reasons why.  You may also comment favorably on any part of the Settlement.  To object or comment, send a letter stating:

   a) The case name (*Cobell v. Salazar*) and case number (1:96cv01285);

   b) Your full name, address, telephone number, IIM Account Number(s) and signature;

   c) Comments you have about any aspect of the Settlement, including (1) fee and expense requests for Class Counsel, (2) incentive awards and expenses for Class Representatives, or (3) other fees and expenses that may be awarded.  Your comments must state the specific reasons why you are objecting to the Settlement; and

   d) Any legal support or factual evidence that you wish to bring to the Court's attention, any grounds to support your status as a Class Member, and whether you intend to appear at the Fairness Hearing.

Mail your comments or objection to these three different places postmarked no later than **April 20, 2011**:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk's Office<br>United States District Court<br>for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Cobell Class Counsel<br>607 14th Street, NW<br>Suite 900<br>Washington, DC 20005-2018 | Robert E. Kirschman, Jr.<br>Dept of Justice, Civil Div.<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 |

At your own expense, you may also appear at the Fairness Hearing to comment on or object to any aspect of the fairness, reasonableness, or adequacy of the Settlement (*see* Question 36).

**QUESTIONS?  CALL TOLL-FREE 1-800-961-6109 OR VISIT WWW.INDIANTRUST.COM.**

**31.  What's the difference between objecting to and excluding myself from the Settlement?**

You object to the Settlement when you disagree with some part of it but you wish to remain a Class Member.  An objection allows the Court to consider your views.  On the other hand, exclusion or "opting out" means that you do not want to be part of the Trust Administration Class or share in the benefits of that part of the Settlement.  Once excluded, you lose any right to object to any part of the Settlement that relates to the Trust Fund Administration Claims or the Land Administration Claims, because those parts of the case no longer affect you.  If you exclude yourself, you are free to bring your own lawsuit for those claims.

### THE LAWYERS REPRESENTING YOU

**32.  Do I have a lawyer in the case?**

Yes.  The Court has appointed lawyers to represent you and other Class Members as "Class Counsel," including:

| | |
|---|---|
| Dennis Gingold<br>607 14th Street NW, Suite 900<br>Washington, DC  20005-2018 | Keith Harper<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street NW, Suite 900<br>Washington, DC  20005-2018 |

You will not be charged personally for these lawyers.  If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own personal expense.

**33.  How will the lawyers be paid?  Do the Class Representatives get paid extra?**

The amount of attorneys' fees, expenses and costs to be paid to Class Counsel will be decided by the Court in accordance with controlling law, giving due consideration to the special status of Class Members as beneficiaries of a federally created and administered trust.  The amounts awarded will be paid from the Accounting/Trust Administration Fund.

In accordance with the Settlement Agreement, plaintiffs have filed a Notice with the Court to state the amount of fees, expenses, and costs they will assert through December 7, 2009.  Plaintiffs' Notice states the following:

1.  On December 7, 2009 the parties signed an Agreement on Attorneys' Fees, Expenses and Costs, stating in their motion for attorneys' fees, expenses and costs that plaintiffs may not assert that Class Counsel should be paid more than an additional $99,900,000.00.  In response, defendants may not assert that Class Counsel should be paid less than $50,000,000.00.  This Agreement is available at www.IndianTrust.com.

2.  Plaintiffs' petition will assert that Class Counsel should be paid $99.9 million for fees, expenses, and costs through December 7, 2009.

3.  Class Counsel are working pursuant to contingency fee agreements, which provide that Class Counsel shall be paid a combined total of 14.75% of the funds that are created for the benefit of the classes.  Applying that percentage to the $1,512,000,000 to be deposited into the Settlement Account would result in an award of $223,020,000.00 for Class Counsel.

4.  The Court is not bound by any agreed upon or requested amounts, or the contingency fee agreements between Class Representatives and Class Counsel.  The Court has discretion to award greater or lesser amounts to Class Counsel in accordance with controlling law, giving due consideration to the special status of Class Members as beneficiaries of a federally created and administered trust.

The Agreement on Attorneys' Fees, Expenses and Costs, as modified, also provides that Class Counsel may be paid up to $12 million for work, expenses and costs after December 7, 2009.  Class Counsel will not be entitled to be paid such amounts unless the Settlement is given final approval by the Court.  All such requests for fees, expenses, and costs after December 7, 2009 are to be based on Class Counsel's actual billing rates and are subject to approval of the Court, following an opportunity for Class Members to object and defendants to respond.

Plaintiffs will file a petition for payment of attorneys' fees and a memorandum of points and authorities in support of that request no later than **January 20, 2011**.  That petition and memorandum will also be available at www.IndianTrust.com.  As required by the Agreement on Attorneys' Fees, Expenses and Costs, at the same time Plaintiffs file the petition for attorneys' fees, they will also file statements regarding Class Counsel's billing rates, as well as contemporaneous, where available, and complete daily time, expense, and cost records supporting that petition.  Those records will thereafter be available at the Clerk's Office, United States District Court for the District of Columbia, 333 Constitution Ave. NW, Washington, DC 20001.

Plaintiffs have also filed a notice with the Court that they will seek incentive awards and expense reimbursements for the Class Representatives as follows:

| | |
|---|---|
| Elouise Pepion Cobell | $2,000,000.00 |
| James Louis Larose | $ 200,000.00 |
| Thomas Maulson | $ 150,000.00 |
| Penny Cleghorn | $ 150,000.00 |

Plaintiffs will also be requesting $10.5 million to reimburse the Class Representatives' expenses.  The requested amounts are in addition to payments the Class Representatives will be entitled to as Class Members.  Any amounts awarded will be paid from the Accounting/Trust Administration Fund.

Plaintiffs will file a petition for payment of those incentive awards and a memorandum of points and authorities in support of that request no later than **January 20, 2011**.  That petition and memorandum will also be available at www.IndianTrust.com.

Class Members and Defendants may object to or comment on plaintiffs' requests for Class Counsel and Class Representatives (*see* Question 30 above).  After considering the objections and comments of Defendants and Class Members, the Court will determine the amounts of (a) attorneys' fees, expenses and costs and (b) plaintiffs' incentive awards and expense reimbursement in accordance with controlling law giving due consideration to the special status of Class Members as beneficiaries of a federally created and administered trust.

## THE COURT'S FAIRNESS HEARING

### 34.   When and where will the Court decide whether to approve the Settlement?

The Court will hold a Fairness Hearing at 10:00 am on **June 20, 2011**, at the United States District Court for the District of Columbia, 333 Constitution Avenue NW, Washington, DC.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.IndianTrust.com or call 1-800-961-6109.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  If there are objections, the Court will consider them.  The Court will also consider how much to pay the lawyers representing Class Members and whether to award any additional payment to the Class Representatives.  After the hearing, the Court will decide whether to approve the Settlement.  We do not know how long these decisions will take.

### 35.   Do I have to come to the hearing?

No.  Class Counsel will answer any questions the Court may have.  But you are welcome to come at your own expense.  If you send an objection or comment, you don't have to come to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it.  You may also pay another lawyer to attend on your behalf, but it's not required.

### 36.   May I speak at the hearing?

Yes.  You may ask the Court for permission to speak at the Fairness Hearing.  You may appear at the Fairness Hearing to comment on or object to any aspect of the fairness, reasonableness, or adequacy of the Settlement.

## GETTING MORE INFORMATION

### 37.   How do I get more information?

This notice summarizes the proposed Settlement.  More details are in the Settlement Agreement.  You can get a copy of the Settlement Agreement and the subsequent modifications to it at www.IndianTrust.com.  You may also write with questions to Indian Trust Settlement, P.O. Box 9577, Dublin, OH 43017-4877.  You can also register for updates and get a claim form at the website, or by calling the toll-free number, 1-800-961-6109.

Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877
Website: www.IndianTrust.com
Toll-Free: 1-800-961-6109 | Email: Info@IndianTrust.com

IIM



# CLAIM FORM

**IMPORTANT NOTE:** You do not need to fill out a Claim Form if you are currently receiving account statements for your IIM account unless you also believe you have a claim under sections A, B and/or C below.

## INSTRUCTIONS

To participate in the Indian Trust Settlement, you must fill out the information in "YOUR INFORMATION" below and sign the "SIGNATURE AND CERTIFICATION" on page 4. Also, please complete sections A, B, and/or C.

A. **Complete section A below <u>only</u>** if you do not have a current individual Indian Money ("IIM") account, but believe you owned an interest in trust or restricted land on September 30, 2009; or

B. **Complete section B below <u>only</u>** if you do not have a current individual Indian Money ("IIM") account, but believe you had an IIM account open sometime between 1985 and September 30, 2009; or

C. **Complete section C below <u>only</u>** if you want to establish your status as an heir to a deceased IIM account holder or individual landowner.

The information that you provide on this Claim Form will only be used to process your claim and to update Department of the Interior records. Please attach copies of the required documents for sections A, B, and/or C of this Claim Form when you mail your completed Claim Form.

☐  Check this box if you are currently receiving IIM account statements

## YOUR INFORMATION

**NOTE:**  Please fill out the information in the space provided below.

First Name: _____Middle Initial: _____

Last Name: _____

Address: _____

_____

City: _____State: _____Zip Code: _____

Your Tribal Membership Number: _____

Your Social Security Number: ___  ___  ___-___  ___-___  ___  ___  ___

Your Date of Birth:___  ___ /___  ___ /___  ___  ___  ___ (mm/dd/yyyy)

**QUESTIONS?  PLEASE VISIT www.INDIANTRUST.COM OR CALL TOLL-FREE 1-800-961-6109**

## SECTION A.   <u>TRUST LAND INFORMATION</u>

> **NOTE: Complete section A <u>only</u> if you believe you may own trust or restricted land.** Please fill out the information about trust or restricted land that you believe you owned in whole or part on September 30, 2009 in the space provided below.

Land Address: _____

_____

City: _____State: _____ Zip Code: _____

Land Parcel Number: _____

Other Information that Helps to Identify the Land: _____

_____

_____

_____

_____

_____

**Documentation Required:** Please include copies of any documents that help to show that you owned trust or restricted land on September 30, 2009.

## SECTION B.   <u>IIM ACCOUNT OPEN ANYTIME BETWEEN 1985 AND SEPTEMBER 30, 2009</u>

> **NOTE: Complete section B <u>only</u> if you do not have a current IIM Account, but believe you had an IIM Account open anytime between 1985 and September 30, 2009.** Please fill out the information in the space provided below.

Your former IIM Account Number(s), if known:

_____; _____; _____; _____;

_____; _____; _____; _____;

☐   Check this box if you do not know your IIM Account Number(s)

**Documentation Required:** Please include copies of any documents that help to show that you had an IIM account open anytime between 1985 and September 30, 2009.



## SECTION C. <u>FOR HEIRS TO A DECEASED IIM ACCOUNT HOLDER OR INDIVIDUAL LANDOWNER</u>

**NOTE: Complete section C <u>only</u> if you believe that you are an heir to a deceased IIM account holder or individual landowner ("Deceased Individual").** Please fill out the information about the Deceased Individual in the space provided below.

First Name of Deceased Individual:_____

Middle Initial of Deceased Individual: _____

Last Name of Deceased Individual:_____

_____

Your Relationship to the Deceased Individual:_____

_____

Tribal Membership Number of Deceased Individual: _____

_____

IIM Account Number(s) of Deceased Individual: _____;
_____; _____; _____; _____;

Social Security Number of Deceased Individual: ___  ___  ___-___  ___ -___  ___  ___  ___

Date of Birth of Deceased Individual:___  ___ /___  ___ /___  ___  ___  ___ (*mm/dd/yyyy*)

Date of Death: ___  ___ /___  ___ /___  ___  ___  ___ (*mm/dd/yyyy*)

---

**If you know of other heirs to a Deceased Individual, please fill out the following information as available:**

First Name: _____Middle Initial: _____

Last Name: _____

Address: _____

City: _____State: _____Zip Code: _____

Date of Birth: ___ / ___ / _____ (*mm/dd/yyyy*) SSN: _____ - _____ - _____Percent Interest: ____%

**NOTE: Additional space is available on page 4.**

---



**If you know of other heirs to a Deceased Individual, please
fill out the following information as available:**

First Name: _____Middle Initial: _____

Last Name: _____

Address: _____

City: _____State: _____Zip Code: _____

Date of Birth: ____ / ____ / _____ *(mm/dd/yyyy)* SSN: _____ - _____ - _____Percent Interest: ____%

First Name: _____Middle Initial: _____

Last Name: _____

Address: _____

City: _____State: _____Zip Code: _____

Date of Birth: ____ / ____ / _____ *(mm/dd/yyyy)* SSN: _____ - _____ - _____Percent Interest: ____%

**If you need additional space to list other heirs of the Deceased Individual,
please photocopy this page and check this box ☐**

Each heir to a Deceased Individual should fill out a Claim Form.

**Documentation Required:** Please provide documents that help to show that you are an heir of the above Deceased Individual such as: a death certificate, Power of Attorney, an obituary identifying you as a survivor, a Last Will and Testament, or similar documents that help to show your claim.

## <u>SIGNATURE AND CERTIFICATION</u>

By signing this document, I certify under penalty of perjury that the information I have provided on this Claim Form is accurate and complete.

_____
Signature

____ ____ /____ ____ /____ ____ ____ ____ *(mm/dd/yyyy)*
Date

# Información importante acerca del Acuerdo de fideicomiso indígena de $3,400 millones

---

## Para propietarios o ex propietarios de cuentas IIM, propietarios de tierras en fideicomiso o estado restringido, o sus herederos

*El presente aviso fue autorizado por un tribunal federal. Usted no está siendo demandado.*

Dinék'ehgo 'ił hane' biniiyégo, béésh bee holne' doodago béésh łichí'ii biyi'jį' nihaa nanitah.

- Se ha obtenido un Acuerdo propuesto en el caso *Cobell contra Salazar*, una demanda colectiva sobre las tierras individuales de indígenas, fondos y otros activos que el gobierno federal tiene en fideicomiso. Los tribunales decidieron que el gobierno federal ha violado sus deberes fiduciarios, incluido el deber de rendir cuentas de los fondos fiduciarios individuales del dinero de los indígenas. El Acuerdo resolverá los reclamos de que el gobierno violó sus deberes fiduciarios mediante (a) la mala administración de los fondos fiduciarios individuales de los indígenas y otros activos, (b) contabilización inapropiada de los fondos, y (c) la mala administración de tierras en fideicomiso y otros activos. La tierra individual en fideicomiso indígena es denominada tierra "adjudicada" y los propietarios son de vez en cuando denominados como "beneficiarios", "adjudicatarios" o "propietarios de tierra".

- Usted puede ser parte de este Acuerdo con determinados derechos en el mismo si usted es:
  - propietario de una cuenta de dinero individual de los indígenas (Individual Indian Money, "IIM") (incluso si la cuenta en la actualidad no está activa o abierta).
  - un indígena que posee o poseyó un derecho real en tierras en fideicomiso o estado restringido,
  - heredero de un propietario fallecido de una cuenta IIM o una tierra individual.

- El Acuerdo establece fondos con un valor de aproximadamente $1.5 mil millones para pagarle a los beneficiarios individuales de fideicomisos indígenas por los problemas contables del pasado y resolver los reclamos históricos por mala gestión de activos. Los gastos administrativos y del acuerdo, la retribución de incentivos y los gastos de los Representantes de los Demandantes Colectivos, y los honorarios y gastos legales serán pagados de estos fondos del Acuerdo. Una cantidad adicional de $1.9 mil millones será utilizada principalmente para comprar intereses de tierras en fideicomiso que son propiedad de muchas personas ("intereses fraccionados").

- El Congreso ha aprobado una ley que autoriza el Acuerdo y proporcionó fondos para ello. El Presidente ha firmado la legislación en ley.

¿TIENE PREGUNTAS?  LLAME AL NÚMERO GRATUITO **1-800-961-6109** O VISITE WWW.INDIANTRUST.COM.

1

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE COLUMBIA

- El Tribunal a cargo de este caso aún tiene que tomar la decisión de aprobar o no el Acuerdo. Los pagos se realizarán si el Tribunal aprueba el Acuerdo y luego de resolver toda posible apelación. Si el Acuerdo es aprobado por el Tribunal, la mayoría de los beneficiarios individuales de fideicomisos indígenas obtendrán por lo menos $1,500.

- El Acuerdo también crea un Fondo de becas educativas para indígenas valorado en hasta $60 millones para mejorar el acceso a la educación superior de los jóvenes indígenas.

   **Lea detenidamente este aviso puesto que sus derechos legales se verán afectados con su actuación o la falta de ella.**

| Estos derechos y opciones, y las fechas límite para ejercerlos, se explican en este aviso. | |
|---|---|
| Puede objetar o hacer comentarios sobre el Acuerdo. | *consulte la* pregunta 30 |
| Puede asistir a una audiencia y solicitarle autorización al Tribunal para hablar sobre el Acuerdo. | *consulte la* pregunta 36 |
| Además, tiene derecho a solicitar su exclusión del Acuerdo. | *consulte la* pregunta 28 |

- Los detalles completos del Acuerdo se encuentran en un documento denominado el Acuerdo, junto con las modificaciones posteriores al mismo, y este se encuentra disponible en la web en www.IndianTrust.com.

¿TIENE PREGUNTAS?  LLAME AL NÚMERO GRATUITO **1-800-961-6109** O VISITE WWW.INDIANTRUST.COM.

2

**CONTENIDO DEL AVISO**

**INFORMACIÓN BÁSICA**………………………………………………………..... **PÁGINA 4**
1. ¿Por qué recibí este aviso?
2. ¿Qué son las cuentas de dinero individual de los indígenas (Individual Indian Money, "IIM")?
3. ¿Quién se ve afectado por este Acuerdo?
4. ¿Sobre qué es esta demanda?
5. ¿Por qué hay un Acuerdo?

**¿QUIÉNES FORMAN PARTE DEL ACUERDO?** …………………………………….. **PÁGINA 5**
6. ¿Quiénes forman parte del Acuerdo?
7. ¿Existen excepciones para estar incluido?
8. Si nunca he tenido una cuenta IIM o mi cuenta IIM está inactiva o nunca existió, ¿me afecta este Acuerdo?
9. No estoy seguro de estar incluido en el Acuerdo.

**LOS BENEFICIOS DEL ACUERDO: LO QUE USTED RECIBE**…………………….....**PÁGINA 7**
10. ¿Qué estipula el Acuerdo?
11. ¿Qué es tierra fraccionada?
12. ¿Cuánto será mi pago si soy un Demandante Colectivo de contabilidad?
13. ¿Cuánto será mi pago si soy un Demandante Colectivo de la administración del fideicomiso?
14. ¿Cómo se distribuirá el Fondo de contabilidad/administración del fideicomiso?
15. ¿Qué le sucede a los fondos que puedan permanecer en el Fondo de contabilidad/administración del fideicomiso?
16. ¿Qué es el Fondo de consolidación de tierras en fideicomiso?
17. ¿Cuánto dinero puedo obtener de la venta de mi tierra?
18. ¿Cómo puedo vender mi tierra?
19. ¿Qué le sucede a la tierra cuando los propietarios no pueden ser localizados?
20. ¿Durante cuánto tiempo continuará el Fondo de consolidación de tierras en fideicomiso?
21. ¿Cómo funcionará el Fondo de becas educativas para indígenas?
22. ¿Cómo se administrará el Fondo de becas educativas para indígenas?
23. ¿Cómo este Acuerdo afecta la reforma de fideicomiso?

**CÓMO OBTENER UN PAGO**……………………………………………………**PÁGINA 11**
24. ¿Cómo puedo obtener un pago?
25. ¿Cuándo recibiré mi pago?

**PERMANECER EN EL ACUERDO.** …………………………………………….**PÁGINA 11**
26. ¿Es necesario hacer algo para permanecer en el Acuerdo?
27. ¿A qué estoy renunciando si participo en el Acuerdo?

**SOLICITAR SU EXCLUSIÓN DEL ACUERDO** ………………………………….**PÁGINA 12**
28. ¿Qué sucede si no quiero que me incluyan en el Acuerdo?
29. ¿Cómo puedo excluirme como Demandante Colectivo de la administración del fideicomiso?

**OBJETAR O HACER COMENTARIOS SOBRE EL ACUERDO**………………………..**PÁGINA 13**
30. ¿Cómo puedo objetar o hacer comentarios sobre el Acuerdo?
31. ¿Cuál es la diferencia entre objetar y excluirme del Acuerdo?

**LOS ABOGADOS QUE LO REPRESENTAN** ………………………………………**PÁGINA 14**
32. ¿Cuento con un abogado en este caso?
33. ¿Cómo se les pagará a los abogados? ¿Los Representantes de los Demandantes Colectivos reciben algún pago adicional?

**AUDIENCIA DE IMPARCIALIDAD DEL TRIBUNAL**…………………………….**PÁGINA 16**
34. ¿Cuándo y dónde decidirá el Tribunal si se aprueba el Acuerdo?
35. ¿Debo presentarme en la audiencia?
36. ¿Puedo hablar en la audiencia?

**CÓMO OBTENER MÁS INFORMACIÓN** ……………………………………….... **PÁGINA 16**
37. ¿Cómo obtengo más información?

**¿TIENE PREGUNTAS? LLAME AL NÚMERO GRATUITO 1-800-961-6109 O VISITE WWW.INDIANTRUST.COM.**

# INFORMACIÓN BÁSICA

## 1. ¿Por qué recibí este aviso?

Usted recibió este aviso porque los archivos del Departamento del Interior muestran que: (a) actualmente o en el pasado usted ha sido propietario de una cuenta de dinero individual de los indígenas (Individual Indian Money, "IIM"), o (b) tiene un derecho individual en tierra en fideicomiso, o (c) ha solicitado que este aviso sea enviado a usted por correo. Un tribunal autorizó este aviso porque usted tiene el derecho de saber acerca de un Acuerdo propuesto de esta demanda colectiva y sobre sus opciones, antes de que el Tribunal decida si el Acuerdo es justo y le otorgue la aprobación definitiva al Acuerdo. Este aviso explica la demanda, el Acuerdo y sus derechos legales.

El juez Thomas F. Hogan, del Tribunal de Distrito de los Estados Unidos para el Distrito de Columbia, está supervisando este caso. El caso se conoce como *Cobell contra Salazar*, N.º 1:96cv01285, y es una demanda colectiva.

En una demanda colectiva, una o más personas denominadas los Representantes de los Demandantes Colectivos (en este caso, Elouise Cobell y otros) demandan en nombre de otras personas que tienen reclamos similares. Las personas en conjunto son denominados "Grupo" o "Demandantes Colectivos". Las personas que presentaron la demanda, y todos los Demandantes Colectivos como ellos, son denominados Demandantes. Las personas que ellos demandaron (en este caso, los Secretarios del Interior y el Tesorero y el Subsecretario de Asuntos Indígenas [en conjunto denominados el "gobierno federal"]) son denominados los Demandados. Un tribunal resuelve los asuntos para todas las personas que permanecen en la Demanda Colectiva.

## 2. ¿Qué son las cuentas de dinero individual de los indígenas (Individual Indian Money, "IIM")?

Las cuentas IIM contienen principalmente dinero recaudado por el gobierno federal de los arrendamientos agrícolas y de pastoreo, las ventas de madera, minería, petróleo y gas, y otras actividades en tierra de fideicomiso, así como determinadas distribuciones per cápita. Los fondos en las cuentas IIM son mantenidos en fideicomiso por el gobierno federal en beneficio de indígenas.

## 3. ¿Quién se ve afectado por este Acuerdo?

El Acuerdo afectará a todos los Demandantes Colectivos (*consulte la* pregunta 6). Los Demandantes Colectivos incluyen beneficiarios individuales de fideicomisos indígenas, lo que significa aquellas personas que:

- tuvieron una cuenta IIM en algún momento entre 1985 y el 30 de septiembre de 2009 aproximadamente, o
- tuvieron interés individual de propiedad en tierras en fideicomiso o estado restringido por el gobierno de Estados Unidos hasta el 30 de septiembre de 2009.

Se incluye el patrimonio de una persona fallecida descrita anteriormente, cuya cuenta fue abierta o se encontraba en estado de validación del testamento hasta el 30 de septiembre de 2009. Esto significa que usted pidió a un tribunal transferir la posesión del propietario de tierra después que éste falleció.

Este Acuerdo no se refiere a determinados reclamos históricos o cualquier reclamo futuro de los Demandantes Colectivos. No se refiere a reclamos que las tribus puedan tener contra el gobierno federal.

## 4. ¿Sobre qué es esta demanda?

El Acuerdo resuelve los reclamos de que el gobierno federal violó sus deberes fiduciarios con los beneficiarios individuales de fideicomisos indígenas. Los reclamos se dividen en tres áreas:

- Los reclamos contables históricos sostienen que el gobierno federal violó sus deberes fiduciarios al no proporcionar una contabilidad histórica apropiada en relación con las cuentas IIM y otros activos de fideicomiso.
- Los reclamos de la administración del fideicomiso incluyen:
  - o Los reclamos de la Administración de fondos sostienen que el gobierno federal violó sus deberes fiduciarios y administró mal los fondos individuales de fideicomisos indígenas.
  - o Los reclamos de la Administración de tierras sostienen que el gobierno federal violó sus responsabilidades fiduciarias en cuanto la administración de las tierras, petróleo, gas natural, minerales, madera, pastoreo y otros recursos.

El gobierno federal niega todas estas afirmaciones. Dice que no tiene responsabilidad legal de estos reclamos y que no les debe nada a los Demandantes Colectivos.

## 5. ¿Por qué hay un Acuerdo?

El Acuerdo es un convenio entre los Demandantes y el gobierno federal. Los acuerdos ponen fin a las demandas. Esto no significa que el Tribunal ha fallado a favor de una de las partes. Las partes desean resolver sus diferencias y comprenden que muchos de los Demandantes Colectivos son de edad avanzada y se están muriendo y necesitan recibir una compensación. Además, un gran número de los Demandantes Colectivos actualmente vive en la pobreza. Por lo tanto, después de 14 años de litigio, ambas partes desean resolver la demanda a fin de que los beneficiarios de fideicomisos indígenas reciban una compensación por sus reclamos. El Acuerdo también ayudará al gobierno federal a reducir los gastos futuros de administración y los aspectos contables. Los Representantes de los Demandantes Colectivos y los abogados que los representan entienden que el Acuerdo es razonable bajo las circunstancias.

### ¿QUIÉNES FORMAN PARTE DEL ACUERDO?

## 6. ¿Quiénes forman parte del Acuerdo?

El Acuerdo propuesto afecta a los indígenas en todo el país, incluidos los miembros de las tribus más reconocidas a nivel federal al oeste del río Misisipi. El Acuerdo consta de dos grupos o "Demandantes Colectivos". Una persona puede ser miembro de uno o ambos Demandantes Colectivos. La mayoría de las personas incluidas en el Acuerdo son miembros de ambos Demandantes Colectivos.

Demandantes Colectivos con cuentas históricas

- Toda persona con vida al 30 de septiembre de 2009,
- Que tuviera una cuenta IIM abierta en algún momento entre el 25 de octubre de 1994 y el 30 de septiembre de 2009, y
- Cuya cuenta tuvo al menos una transacción en efectivo (que no fuera luego revertida).

**Nota para los herederos:**
- El patrimonio de un propietario de una cuenta IIM que había fallecido al 30 de septiembre de 2009 está incluido en los Demandantes Colectivos con cuentas históricas si la cuenta IIM (o su cuenta de validación del testamento vinculada) fue abierta a partir de esa fecha.

- Los herederos de cualquiera de los Demandantes Colectivos fallecidos después del 30 de septiembre de 2009, pero antes de la distribución de los fondos del Acuerdo, recibirán los pagos del Acuerdo de los Demandantes Colectivos a través de la validación del testamento.

Demandantes Colectivos de la administración del fideicomiso

- Toda persona con vida al 30 de septiembre de 2009, y que
  - Tenía una cuenta IIM registrada en los datos electrónicos actualmente disponibles en los sistemas del gobierno federal ("Era del libro mayor electrónico" ["Electronic Ledger Era"]) en cualquier momento desde aproximadamente 1985 al 30 de septiembre de 2009, o
  - Pueda demostrar interés de propiedad en tierras en fideicomiso o estado restringido hasta el 30 de septiembre de 2009.
- El patrimonio de todo beneficiario fallecido cuya cuenta IIM estaba abierta o cuyos activos en fideicomiso habían estado en validación del testamento como se refleja en los registros del gobierno federal al 30 de septiembre de 2009.

**Nota para los herederos**:
- Los herederos de cualquiera de los Demandantes Colectivos fallecidos después del 30 de septiembre de 2009, pero antes de la distribución de los fondos del Acuerdo, recibirán los pagos del Acuerdo de los Demandantes Colectivos a través de la validación del testamento.

## 7. ¿Existen excepciones para estar incluido?

Los Demandantes Colectivos con cuentas históricas no incluyen a las personas que presentaron una demanda por separado antes del 10 de junio de 1996 contra el gobierno federal presentando un reclamo de contabilidad histórica completa.

Los Demandantes Colectivos de la administración del fideicomiso no incluyen a las personas que presentaron una demanda por separado o que formaban parte de los demandantes colectivos certificados en una demanda colectiva presentando un reclamo de la administración de fondos o un reclamo de la administración de tierras en contra del gobierno federal antes del **10 de diciembre de 2010.**

## 8. Si nunca he tenido una cuenta IIM o mi cuenta IIM está inactiva o nunca existió, ¿me afecta este Acuerdo?

Podría. Si está incluido en los Demandantes Colectivos con cuentas históricas y/o en los Demandantes Colectivos de la administración del fideicomiso como se define en la pregunta 6, este Acuerdo le afecta.

Si actualmente **NO está recibiendo los estados de cuenta trimestrales o anuales de una cuenta IIM**, debe llenar un formulario de reclamación y enviarlo a la dirección que figura en el formulario. También puede enviar su formulario de reclamación en línea en www.IndianTrust.com. Se le podría solicitar que proporcione información adicional para demostrar su participación en los Demandantes Colectivos con cuentas históricas y/o en los Demandantes Colectivos de la administración del fideicomiso. Los formularios de reclamo y la documentación deben ser entregados dentro de 45 días a partir de la aprobación definitiva del Acuerdo por parte del Tribunal (o, en una fecha posterior establecida por el Tribunal). La aprobación definitiva será después de la Audiencia de Imparcialidad. Visite el sitio web o llame al número gratuito para obtener información sobre el plazo de presentación de los reclamos.

## 9. No estoy seguro de estar incluido en el Acuerdo.

Si no está seguro si está incluido en uno o ambos Demandantes Colectivos o no está seguro si el gobierno federal tenga su dirección actual, debe llamar al número gratuito 1-800-961-6109 si tiene preguntas o visite www.IndianTrust.com. También puede escribir con sus preguntas a Indian Trust Settlement, P.O. Box 9577, Dublin, OH 43017-4877. Si entiende que debe ser considerado miembro de cualquiera de los dos Demandantes Colectivos, pero no está recibiendo los estados de cuenta trimestrales o anuales de una cuenta IIM, debe llenar un formulario de reclamación y enviarlo a la dirección que figura en el formulario. La fecha límite para la presentación de reclamos se explica en las preguntas 8 y 24.

## LOS BENEFICIOS DEL ACUERDO: LO QUE USTED RECIBE

## 10. ¿Qué estipula el Acuerdo?

El Acuerdo proporcionará:

- Un Fondo de contabilidad/administración del fideicomiso por la cantidad de $1,412 mil millones y un Fondo de ajuste de la administración del fideicomiso por la cantidad de $100 millones, más los intereses devengados, para pagar los reclamos de cuentas históricas y de administración del fideicomiso. Este dinero también pagará el costo de la administración e implementación del Acuerdo, así como otros gastos (*consulte la* pregunta 13).
- Un Fondo de consolidación de tierras en fideicomiso por la cantidad de $1.9 mil millones para comprar tierras individuales en fideicomiso indígenas "fraccionadas" (*consulte la* pregunta 11). El programa permitirá a los indígenas de manera individual obtener dinero por los derechos reales fraccionados entre numerosos propietarios. La venta de tierras es de carácter voluntario. Si vende su tierra, la misma volverá a estar bajo el control de la tribu.
- Hasta $60 millones para un Fondo de becas educativas para indígenas para ayudar a los indígenas estadounidenses asistir a la universidad o a una escuela vocacional. Este dinero provendrá del Fondo de consolidación de tierras en fideicomiso de $1.9 mil millones y se basará en la participación de los propietarios en la venta de estos intereses de la tierra fraccionada.

Detalles adicionales se encuentran en un documento denominado el Acuerdo, el cual está disponible en la web en www.IndianTrust.com.

## 11. ¿Qué es tierra fraccionada?

Tierra fraccionada es una parcela de tierra que tiene muchos propietarios, a menudo cientos de propietarios. Con frecuencia, los propietarios de terrenos altamente fraccionados reciben muy poco dinero de esa tierra.

## FONDO DE CONTABILIDAD/ADMINISTRACIÓN DEL FIDEICOMISO

## 12. ¿Cuánto será mi pago si soy un Demandante Colectivo de contabilidad?

Cada miembro de los Demandantes Colectivos con cuentas históricas recibirá $1,000. Este pago es por persona, no por cuenta.

## 13. ¿Cuánto será mi pago si soy un Demandante Colectivo de la administración del fideicomiso?

Depende de la cantidad de ingresos que haya obtenido en su cuenta IIM. Cada miembro de los Demandantes Colectivos de la administración del fideicomiso recibirá un pago inicial de $500. Los $100 millones del Fondo de ajuste de la administración del fideicomiso se utilizarán para aumentar el pago mínimo de los miembros de los

Demandantes Colectivos de la administración del fideicomiso. El cálculo actual es que elevará a $800 el pago mínimo de los miembros de los Demandantes Colectivos de la administración del fideicomiso. Las personas con una cuenta IIM abierta entre 1985 y el 30 de septiembre de 2009 podrían recibir un monto superior a $800. Este pago es independiente de, y en adición a, el pago de $1,000 para los miembros de los Demandantes Colectivos con cuentas históricas.

El cálculo del pago utiliza la suma de sus 10 años de más altos ingresos en su cuenta IIM para determinar su participación en el Fondo de administración del fideicomiso. Se calcula que el Fondo será entre $850 millones a 1 millardo de dólares. La cantidad de dinero exacta que recibirá no puede ser conocida con certeza en este momento porque se basa en (a) los ingresos registrados y depositados en su cuenta IIM durante un período de tiempo, y (b) la cantidad de dinero que permanezca en el Fondo de contabilidad/administración del fideicomiso después de deducir:

- Todos los pagos de $1,000 realizados a los miembros de los Demandantes Colectivos con cuentas históricas, y
- Los honorarios de abogados, sus gastos, incluidos los reembolsos de gastos y, posiblemente, retribuciones de incentivo para los Representantes de los Demandantes Colectivos (*consulte la* pregunta 33) y los costos de administración e implementación del Acuerdo.

 El Congreso ha determinado que los pagos a los miembros de los Demandantes Colectivos de la administración del fideicomiso deben ser incrementados para las personas cuyos pagos se calculan que serán:

- Cero, o
- Mayor que cero (pero solo si hubiera recibido un pago menor de etapa 2 (*consulte la* pregunta 14) que los miembros de los Demandantes Colectivos de la administración del fideicomiso cuyo pago se calcula que será cero).

**Por ejemplo**, si se supone que usted reciba un pago básico de $500, su pago podría aumentar a $800. Si se supone que su vecino reciba un pago básico de $600, su pago podría aumentar a $800.

Lo que figura a continuación son cálculos aproximados y son en adición a los $1,000 que recibirá como miembro de los Demandantes Colectivos con cuentas históricas. Su pago final de la administración del fideicomiso puede ser mayor o menor.

- Si la suma de sus 10 años de ingresos más altos es entre $0 y $5,000, puede recibir entre $800 y $1,250.00.
- Si la suma de sus 10 años de ingresos más altos es entre $5,000.01 y $15,000, puede recibir entre $1,250.01 y $2,500.
- Si la suma de sus 10 años de ingresos más altos es entre $15,000.01 y $30,000, puede recibir entre $2,500.01 y $5,000.
- Si la suma de sus 10 años de ingresos más altos es entre $30,000.01 y $75,000, puede recibir entre $5,000.01 y $12,000.
- Si la suma de sus 10 años de ingresos más altos es entre $75,000.01 y $750,000, puede recibir entre $12,000.01 y $125,000.
- Si la suma de sus 10 años de ingresos más altos es mayor de $750,000.01, puede recibir más de $125,000.

Si su cuenta presenta menos de diez años de ingresos, se utilizará una cantidad de cero dólares en los años en que no se registraron ingresos. Las transacciones revertidas y las transferencias entre las cuentas de un individuo no serán incluidas en dicho cálculo.

¿**Tiene preguntas?** **Llame al número gratuito 1-800-961-6109** o visite www.IndianTrust.com.

8

**14. ¿Cómo se distribuirá el Fondo de contabilidad/administración del fideicomiso?**

Si el Acuerdo es aprobado, habrá dos distribuciones.

Etapa 1: el pago de $1,000 a los miembros de los Demandantes Colectivos con cuentas históricas será distribuido poco después de que el Acuerdo sea aprobado y la disposición del Tribunal sea definitiva. Para los Demandantes Colectivos que no puedan ser localizados, el pago se depositará en una cuenta remanente hasta que el Demandante Colectivo sea localizado y pueda demostrar su derecho real. Si un Demandante Colectivo no puede ser localizado antes de la conclusión del proceso de distribución, los fondos se transferirán al Fondo de becas educativas para indígenas (*consulte la* pregunta 21).

Etapa 2: los pagos para los miembros de los Demandantes Colectivos de la administración del fideicomiso serán distribuidos después de que se determine que todos los miembros de los Demandantes Colectivos de la administración del fideicomiso han sido identificados y los pagos han sido calculados (*consulte la* pregunta 13).

**15. ¿Qué le sucede a los fondos que puedan permanecer en el Fondo de contabilidad/administración del fideicomiso?**

Después de que se hayan realizado todos los pagos, el dinero sobrante será aportado al Fondo de becas educativas para indígenas (*consulte la* pregunta 21).

## FONDO DE CONSOLIDACIÓN DE TIERRAS EN FIDEICOMISO

**16. ¿Qué es el Fondo de consolidación de tierras en fideicomiso?**

Con el transcurrir del tiempo, a través de generaciones, las tierras en fideicomiso indígenas que son propiedad de personas se han fraccionado en derechos reales sin fraccionar cada vez más pequeños ("fraccionado"). De acuerdo a los cálculos del gobierno, los propietarios históricamente han recibido muy poco dinero y el costo de administrar la cuenta IIM con frecuencia ha sido más de lo que se paga a los indígenas de manera individual.

El Fondo de consolidación de tierras en fideicomiso por la cantidad de $1.9 mil millones les proporcionará a los indígenas, de manera individual, la oportunidad de obtener dinero por la tierra fraccionada. Como incentivo adicional para que los propietarios vendan sus intereses de la tierra, una cantidad superior al valor justo de mercado será pagado al Fondo de becas educativas para indígenas (*consulte la* pregunta 21).

El Fondo de consolidación de tierras en fideicomiso será utilizado para cuatro actividades: (1) para comprar los intereses de la tierra fraccionada, (2) para llevar a cabo el Programa de consolidación de tierras en fideicomiso, (3) para fomentar los esfuerzos de la reforma de fideicomiso (*consulte la* pregunta 23), y (4) para separar hasta $60 millones para becas indígenas. Como mínimo, el 85% del Fondo se utilizará para la compra de tierras. El Departamento del Interior consultará con las tribus para identificar los derechos fraccionados que el Departamento pueda considerar adquirir.

**17. ¿Cuánto dinero puedo obtener de la venta de mi tierra?**

El Departamento del Interior ofrecerá el valor justo de mercado de las tierras en fideicomiso fraccionadas.

**18. ¿Cómo puedo vender mi tierra?**

Los procedimientos para la venta de terrenos en fideicomiso no han sido determinados en este momento. Una vez que esos procedimientos hayan sido determinados, el Departamento del Interior intentará ponerse en contacto con los beneficiarios individuales de fideicomisos indígenas que poseen derechos fraccionados que éste desea comprar.

### 19. ¿Qué le sucede a la tierra cuando los propietarios no pueden ser localizados?

Para los derechos fraccionados que el Departamento del Interior desea adquirir, pero cuyos propietarios no pueden ser localizados, el Departamento del Interior intentará encontrar los Demandantes Colectivos que no pueden ser localizados, incluso a través de la publicación de avisos en los periódicos y boletines apropiados durante un período de al menos seis meses. Cinco años después de que el Acuerdo reciba la aprobación definitiva, los Demandantes Colectivos cuyo paradero se desconoce, después de llevar a cabo esfuerzos diligentes para localizarlos por parte del gobierno federal, se presumirá que éstos han dado su consentimiento a la transferencia de sus derechos fraccionados y sus Fondos de consolidación de tierras indígenas serán depositados en una cuenta IIM.

### 20. ¿Durante cuánto tiempo continuará el Fondo de consolidación de tierras en fideicomiso?

El Departamento del Interior tendrá un máximo de 10 años a partir de la fecha de otorgación de la aprobación definitiva del Acuerdo para comprar las tierras de fideicomiso fraccionadas. Cualquier dinero restante en el Fondo de consolidación de tierras a partir de ese momento será devuelto al Departamento del Tesoro de los EE. UU.

### FONDO DE BECAS EDUCATIVAS PARA INDÍGENAS

### 21. ¿Cómo funcionará el Fondo de becas educativas para indígenas?

El Fondo de becas educativas para indígenas proporcionará dinero para estudiantes indígenas estadounidenses para asistir a la universidad o a una escuela vocacional. El Fondo será financiado de tres formas:

* Hasta $60 millones provendrán del Fondo de consolidación de tierras en fideicomiso en relación con la compra de intereses fraccionados en tierra de fideicomiso. Las contribuciones serán las siguientes:

| Precio de compra de la tierra | Contribución al Fondo |
|---|---|
| Menos de $200 | $10 |
| Entre $200 a $500 | $25 |
| Más de $500 | 5% del precio de compra |

La cantidad aportada al Fondo de becas educativas para indígenas es en adición al valor de mercado que se pagará al propietario de tierra indígena.

* Todo fondo restante en el Fondo de contabilidad/administración del fideicomiso, después de pagar todas las distribuciones y los gastos relacionados con el Acuerdo, se transferirá al Fondo de becas educativas para indígenas.

* Todo pago de los Demandantes Colectivos que permanezca sin reclamar durante cinco años a partir de la aprobación del Acuerdo será transferido al Fondo de becas educativas para indígenas. Esta transferencia no tendrá lugar para el dinero en custodia para menores y adultos con discapacidad mental, discapacitados legalmente o que requieren algún tipo de asistencia.

### 22. ¿Cómo se administrará el Fondo de becas educativas para indígenas?

Las partes seleccionarán una organización sin fines de lucro para administrar el Fondo de becas educativas para indígenas. Una junta especial de administración se encargará de supervisar el Fondo. Los administradores serán seleccionados por el Secretario del Interior, el representante de los Demandantes, así como la organización sin fines de lucro. El Secretario seleccionará sus administradores sólo después de consultar con las tribus y luego de examinar los nombres de posibles candidatos ofrecidos de forma oportuna por las tribus.

¿TIENE PREGUNTAS? LLAME AL NÚMERO GRATUITO 1-800-961-6109 O VISITE WWW.INDIANTRUST.COM.

10

# REFORMA DE FIDEICOMISO INDÍGENA

## 23. ¿Cómo este Acuerdo afecta la reforma de fideicomiso indígena?

Se debe continuar en el futuro una reforma de la administración del fideicomiso indígena y del sistema de contabilidad. El Acuerdo permite que algunos fondos del Fondo de consolidación de tierras en fideicomiso se utilicen para pagar los costos relacionados con el trabajo de una comisión sobre la administración y reforma de fideicomisos indígenas. En el futuro, los Demandantes Colectivos seguirán siendo capaces de presentar reclamos contra el gobierno federal por la reforma de fideicomisos.

# CÓMO OBTENER UN PAGO

## 24. ¿Cómo puedo obtener un pago?

Para ser elegible para los pagos en virtud del Acuerdo, usted debe ser miembro de uno o ambos Demandantes Colectivos. Si entiende que debe ser considerado miembro de cualquiera de los dos Demandantes Colectivos, pero no está recibiendo los estados de cuenta trimestrales o anuales de una cuenta IIM, debe llenar un formulario de reclamación. El formulario de reclamación describe qué usted debe proporcionar para demostrar su reclamo y recibir un pago. Lea las instrucciones detenidamente. Los formularios de reclamo y la documentación deben ser entregados dentro de 45 días a partir de la aprobación definitiva del Acuerdo por parte del Tribunal (o, en una fecha posterior establecida por el Tribunal). La aprobación definitiva será después de la Audiencia de Imparcialidad. Visite el sitio web o llame al número gratuito para obtener información sobre el plazo de presentación de los reclamos. El formulario de reclamación debe ser enviado a:

Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

Si se le niega la participación, tendrá la oportunidad de presentar documentación adicional.

## 25. ¿Cuándo recibiré mi pago?

Los pagos se realizarán después de que el Tribunal otorgue la aprobación definitiva del Acuerdo y luego de resolver toda posible apelación.

# PERMANECER EN EL ACUERDO

## 26. ¿Es necesario hacer algo para permanecer en el Acuerdo?

Usted no tiene que hacer nada para permanecer en el Acuerdo a menos que no esté recibiendo los estados trimestrales de una cuenta IIM. En ese caso, tendrá que llenar y enviar un formulario de reclamación con el fin de obtener un pago.

## 27. ¿A qué estoy renunciando si participo en el Acuerdo?

Si el Acuerdo se convierte en definitivo, renunciará a su derecho de demandar al gobierno federal por los reclamos dilucidados mediante este Acuerdo. Los reclamos específicos contra el gobierno federal a los que usted renuncia son descritos en la sección A, párrafos 14, 15 y 21 del Acuerdo. Usted estará "eximiendo" al gobierno federal y a todas las personas relacionadas como se describe en la sección I del Acuerdo. El Acuerdo está disponible en www.IndianTrust.com.

Si no recibió un estado de cuenta IIM para el año 2009, puede solicitar el saldo de su cuenta IIM al 30 de septiembre de 2009, llamando al 888-678-6836. Si solicita el saldo de su cuenta IIM, usted está aceptando el saldo proporcionado por del Departamento del Interior a menos que se excluya del Acuerdo (*consulte la* pregunta 28).

El Acuerdo describe los reclamos excluidos con descripciones específicas, por lo tanto, el mismo debe ser leído detenidamente. Si tiene alguna pregunta, puede consultar, de manera gratuita, con las firmas de abogados enumeradas en la pregunta 32 o puede consultar con su propio abogado a cuenta propia.

## SOLICITAR SU EXCLUSIÓN DEL ACUERDO

### 28. ¿Qué sucede si no quiero que me incluyan en el Acuerdo?

Por ley, si usted es miembro de los Demandantes Colectivos con cuentas históricas, no podrá excluirse. Solo puede excluirse de los Demandantes Colectivos de la administración del fideicomiso. Si no desea participar en esa parte del Acuerdo, debe tomar medidas para excluirse. Esto es denominado "excluirse". Mediante la exclusión propia, usted conserva el derecho de presentar su propia demanda. O bien, puede unirse a cualquier otra persona que haya optado por excluirse y presentar una demanda por separado contra el gobierno federal con respecto a cualquier reclamo sobre la administración de fondos en fideicomiso o la administración de tierras que usted pueda tener.

Si elige excluirse de los Demandantes Colectivos de la administración del fideicomiso:

- No recibirá ningún dinero de sus reclamos por la administración de fondos en fideicomiso o la administración de tierras.
- No estará obligado por el fallo del Tribunal y conservará su derecho de demandar al gobierno federal por estos reclamos.
- No puede objetar o hacer comentarios sobre este aspecto del Acuerdo en lo que respecta a los Demandantes Colectivos de la administración del fideicomiso.

Si usted es miembro de los Demandantes Colectivos con cuentas históricas:

- Usted **no puede** excluirse.
- Si el Tribunal aprueba el Acuerdo, no podrá demandar al gobierno federal con respecto a los reclamos de cuentas históricas.
- Recibirá un pago por la cantidad de $1,000.
- Puede objetar y/o hacer comentarios sobre los términos del Acuerdo.

### 29. ¿Cómo puedo excluirme como Demandante Colectivo de la administración del fideicomiso?

Para excluirse, debe enviar una carta por correo señalando que desea ser excluido de *Cobell contra Salazar.* Asegúrese de incluir su nombre completo, número de teléfono, número de Seguro Social, número de la cuenta(s) IIM (si existe) y su firma. No se puede solicitar ser excluido por teléfono o en el sitio web. Debe enviar su solicitud de exclusión por correo con franqueo postal antes del **20 de abril de 2011** a:

Indian Trust Exclusions
P.O. Box 9419
Dublin, OH 43017-4519

Tenga en cuenta que la porción de dinero que usted hubiera recibido si se hubiera quedado como Demandante Colectivo de la administración del fideicomiso será removida del Fondo de contabilidad/administración del fideicomiso de $1.512 mil millones y se devolverá al gobierno federal.

¿Tiene preguntas? Llame al número gratuito 1-800-961-6109 o visite www.IndianTrust.com.

12

## OBJETAR O HACER COMENTARIOS SOBRE EL ACUERDO

### 30. ¿Cómo puedo objetar o hacer comentarios sobre el Acuerdo?

Cualquier Demandante Colectivo puede objetar o hacer comentarios sobre el Acuerdo. Sin embargo, si se excluye como Demandante Colectivo de la administración del fideicomiso, solo podrá objetar, o hacer comentarios sobre, otras partes del Acuerdo con las que no está de acuerdo. Además, podrá objetar o hacer comentarios sobre las peticiones de honorarios y gastos de los Abogados de la Demanda Colectiva y los laudos de incentivo y gastos para los Representantes de los Demandantes Colectivos y otros montos que podrían ser adjudicados por el Tribunal (*consulte la* pregunta 33). Si usted se opone a cualquier parte del Acuerdo, debe dar razones para ello. También puede hacer comentarios favorables sobre cualquier parte del Acuerdo. Para objetar o hacer comentarios, envíe una carta señalando:

 a) El nombre del caso (*Cobell contra Salazar*) y el número de caso (1:96cv01285).

 b) Su nombre completo, dirección, número de teléfono, número de cuenta(s) IIM y firma.

 c) Sus comentarios con respecto a cualquier aspecto del Acuerdo, incluyendo (1) las peticiones de honorarios y gastos de los Abogados de la Demanda Colectiva, (2) los laudos de incentivo y gastos para los Representantes de los Demandantes Colectivos, u (3) otros cargos y gastos que podrán ser adjudicados. Sus comentarios deben manifestar las razones específicas por las que se opone al Acuerdo.

 d) Toda ayuda legal o prueba basada en hechos que desee presentar ante el Tribunal, todo fundamento para apoyar su estado como Demandante Colectivo, y si tiene intención de comparecer en la Audiencia de Imparcialidad.

Envíe sus comentarios u objeción a estos tres lugares diferentes con franqueo postal no más tarde del **20 de abril de 2011**:

| TRIBUNAL | ABOGADOS DE LA DEMANDA COLECTIVA | ABOGADO DEFENSOR |
|---|---|---|
| Clerk's Office<br>United States District Court<br>for the District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Cobell Class Counsel<br>607 14th Street, NW<br>Suite 900<br>20005-2018 | Robert E. Kirschman, Jr.<br>Dept of Justice, Civil Div.<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 |

Por su propia cuenta, también puede comparecer en la Audiencia de Imparcialidad para objetar o hacer comentarios sobre cualquier aspecto de la imparcialidad, racionalidad o idoneidad del Acuerdo (*consulte la* pregunta 36).

### 31. ¿Cuál es la diferencia entre objetar y excluirme del Acuerdo?

Usted se opone al Acuerdo cuando no está de acuerdo con alguna parte del mismo, pero desea continuar como Demandante Colectivo. Una objeción le permite al Tribunal tomar en consideración su punto de vista. Por otro lado, "excluirse" significa que usted no desea ser parte de los Demandantes Colectivos de la administración del fideicomiso o tener participación en los beneficios de esa parte del Acuerdo. Una vez excluido, usted pierde todo derecho de oponerse a cualquier parte del Acuerdo que esté relacionado con los reclamos sobre la administración de fondos en fideicomiso o los reclamos sobre la administración de tierras, porque esas partes del caso ya no le afectan. Si se excluye, puede presentar su propia demanda para estos reclamos.

¿TIENE PREGUNTAS? LLAME AL NÚMERO GRATUITO **1-800-961-6109** O VISITE WWW.INDIANTRUST.COM.

13

## LOS ABOGADOS QUE LO REPRESENTAN

**32. ¿Cuento con un abogado en este caso?**

Sí. El Tribunal ha designado abogados para representarlo a usted y a otros Demandantes Colectivos como "Abogados de la Demanda Colectiva", incluyendo:

| Dennis Gingold<br>607 14th Street NW, Suite 900<br>Washington, DC 20005-2018 | Keith Harper<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street NW, Suite 900<br>Washington, DC 20005-2018 |
|---|---|

No se le cobrará por estos abogados. Si desea ser representado por otro abogado, puede contratar uno para que comparezca por usted ante el Tribunal bajo sus propios gastos.

**33. ¿Cómo se les pagará a los abogados? ¿Los Representantes de los Demandantes Colectivos reciben algún pago adicional?**

El monto de los honorarios de abogados, los gastos y costas que se le pagarán a los Abogados de la Demanda Colectiva será decidido por el Tribunal de conformidad con la ley vigente, teniendo debidamente en cuenta la situación especial de los Demandantes Colectivos como beneficiarios de un fideicomiso creado y administrado por el gobierno federal. Las cantidades adjudicadas serán pagadas del Fondo de contabilidad/administración del fideicomiso.

De conformidad con el Acuerdo, los demandantes han presentado un aviso ante el Tribunal para declarar el monto de los honorarios, gastos y costas que impondrán al 7 de diciembre de 2009. El aviso de los Demandantes afirma lo siguiente:

1. El 7 de diciembre de 2009, las partes firmaron un Acuerdo sobre los honorarios de abogados, gastos y costas, indicando en su moción para los honorarios de abogados, gastos y costas que los demandantes no pueden afirmar que los Abogados de la Demanda Colectiva deban recibir un pago superior a una cantidad adicional de $99,900,000.00. En respuesta, los demandados no pueden afirmar que los Abogados de la Demanda Colectiva deban ser pagados una cantidad inferior a $50,000,000.00. Este Acuerdo está disponible en www.IndianTrust.com.

2. La petición de los Demandantes afirmará que los Abogados de la Demanda Colectiva deben recibir un pago de $99.9 millones por los honorarios, gastos y costas incurridos al 7 de diciembre de 2009.

3. Los Abogados de la Demanda Colectiva están trabajando en virtud de un convenio de honorarios condicionales, el cual establece que los Abogados de la Demanda Colectiva recibirán un pago combinado total del 14.75% de los fondos que se creen para el beneficio de los Demandantes Colectivos. La aplicación de ese porcentaje a los $1,512,000,000 a ser depositados en la Cuenta del Acuerdo daría lugar a una compensación de $223,020,000.00 para los Abogados de la Demanda Colectiva.

4. El Tribunal no está obligado por ningún monto acordado o solicitado, o por los convenios de honorarios condicionales llevados a cabo entre los Representantes de los Demandantes Colectivos y los Abogados de la Demanda Colectiva. El Tribunal tiene discreción para otorgar montos superiores o inferiores a los Abogados de la Demanda Colectiva de conformidad con la ley vigente, teniendo debidamente en cuenta la situación especial de los Demandantes Colectivos como beneficiarios de un fideicomiso creado y administrado por el gobierno federal.

El Acuerdo sobre los honorarios de abogados, gastos y costas, según modificado, también establece que los Abogados de la Demanda Colectiva pueden recibir un pago de hasta $12 millones por trabajo, gastos y costas incurridos después del 7 de diciembre de 2009. Los Abogados de la Demanda Colectiva no tendrán derecho a recibir dichos montos, a menos que el Acuerdo reciba la aprobación definitiva por parte del Tribunal. Todas las peticiones de honorarios, gastos y costas posteriores al 7 de diciembre de 2009 estarán basadas en las tasas de facturación real de los Abogados de la Demanda Colectiva y están sujetos a la aprobación por parte del Tribunal, a raíz de una oportunidad para que los Demandantes Colectivos puedan objetar y los demandados responder.

Los Demandantes presentarán una petición para el pago de honorarios de abogados y una minuta de puntos y autoridades en respaldo de esta petición a más tardar el **20 de enero de 2011**. La petición y la minuta también estarán disponibles en www.IndianTrust.com. Según lo dispuesto por el Acuerdo sobre los honorarios de abogados, gastos y costas, concurrentemente con la presentación para la petición de honorarios de abogados de parte de los Demandantes, éstos también van a presentar declaraciones con respecto a las tasas de facturación de los Abogados de la Demanda Colectiva, así como contemporáneas, de existir, y registros de tiempo diario, gastos y costas que respalden la petición. Los registros a partir de entonces estarán disponibles en la Oficina del Secretario del Tribunal, Tribunal de Distrito de los Estados Unidos para el Distrito de Columbia, 333 Constitution Avenue. NW, Washington, DC 20001.

Los Demandantes también presentaron un aviso ante el Tribunal procurando laudos de incentivo y reembolso de gastos para los Representantes de los Demandantes Colectivos de la siguiente manera:

| | |
|---|---|
| Elouise Pepion Cobell | $2,000,000.00 |
| James Louis Larose | $ 200,000.00 |
| Thomas Maulson | $ 150,000.00 |
| Penny Cleghorn | $ 150,000.00 |

Los demandantes también solicitarán $10.5 millones para reembolsar los gastos de los Representantes de los Demandantes Colectivos. Las cantidades solicitadas son adicionales a los pagos a los cuales los Representantes de los Demandantes Colectivos tendrán derecho como Demandantes Colectivos. Todo monto adjudicado será pagado del Fondo de contabilidad/administración del fideicomiso.

Los Demandantes presentarán una petición para el pago de los laudos de incentivo y una minuta de puntos y autoridades en respaldo de esta petición a más tardar el **20 de enero de 2011**. La petición y la minuta también estarán disponibles en www.IndianTrust.com.

Los Demandantes Colectivos y los Demandados pueden objetar o hacer comentarios sobre las peticiones de los demandantes para los Abogados y Representantes de los Demandantes Colectivos (*consulte la* pregunta 30 más arriba). Luego de examinar las objeciones y comentarios de los Demandados y los Demandantes Colectivos, el Tribunal determinará los montos de (a) los honorarios de abogados, los gastos y costas, y (b) los laudos de incentivo y reembolso de gastos de los demandantes de conformidad con la ley vigente, teniendo debidamente en cuenta la situación especial de los Demandantes Colectivos como beneficiarios de un fideicomiso creado y administrado por el gobierno federal.

## AUDIENCIA DE IMPARCIALIDAD DEL TRIBUNAL

**34. ¿Cuándo y dónde decidirá el Tribunal si se aprueba el Acuerdo?**

El Tribunal llevará a cabo una Audiencia de Imparcialidad a las 10:00 a. m. el **20 de junio de 2011**, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Columbia, 333 Constitution Avenue NW, Washington, DC. La audiencia puede ser cambiada a una fecha u hora diferente sin aviso adicional, por lo que es una buena idea verificar en www.IndianTrust.com o llame al 1-800-961-6109.

En esta audiencia, el Tribunal evaluará si el Acuerdo es justo, razonable y adecuado. Si existen objeciones, el Tribunal las evaluará. Asimismo, el Tribunal analizará la cantidad a pagar a los abogados que representan a los Demandantes Colectivos y si otorgará un pago adicional para los Representantes de los Demandantes Colectivos. Una vez finalizada la audiencia, el Tribunal decidirá si se debe conceder la aprobación del Acuerdo. No conocemos cuánto tiempo puede demorar la toma de estas decisiones.

**35. ¿Debo presentarme en la audiencia?**

No. El Abogado de la Demanda Colectiva responderá las preguntas que pueda tener el Tribunal. Pero puede asistir a su propio costo. Si usted envía una objeción o comentario, no tiene que asistir al Tribunal para hablar de ello. Siempre que lo envíe por escrito a tiempo, el Tribunal lo tendrá en cuenta. También puede pagarle a otro abogado para que asista en su nombre, pero no es necesario.

**36. ¿Puedo hablar en la audiencia?**

Sí. Es posible que pueda solicitar autorización para hablar al Tribunal en la Audiencia de Imparcialidad. Puede comparecer a la Audiencia de Imparcialidad para objetar o hacer comentarios sobre cualquier aspecto de la imparcialidad, racionalidad o idoneidad del Acuerdo.

## CÓMO OBTENER MÁS INFORMACIÓN

**37. ¿Cómo obtengo más información?**

El presente aviso resume el Acuerdo propuesto. Más detalles están disponibles en el Acuerdo. Puede obtener una copia del Acuerdo y las modificaciones posteriores al mismo en www.IndianTrust.com. También puede escribir con sus preguntas a Indian Trust Settlement, P.O. Box 9577, Dublin, OH 43017-4877. Asimismo, puede inscribirse para recibir actualizaciones y obtener un formulario de reclamación en el sitio web, o llamando al número gratuito, 1-800-961-6109.

Wááshindoon Bi'aah Hwiinít'į Wááshindoon Haz'ą́ądi District of Columbiadi

# Ts'ídá Bíhólníihgo Íł Ch'ít'aah $3.4 Billion Béeso Indian Trust Settlement Bá

_____

## K'ad éí doodaii' níwóhdą́ą' diné IIM account holders, T'áá bí bi trust land dahólǫ́nígíí éí doodaii' restricted status da, éí doodaii' dabi heirs da

*A federal court authorized this notice. You are not being sued.*

Para el aviso en español, llame o visite nuestro sitio en internet.

For Notice in English, Call or Visit Our Website

- Settlement ła' ályaa *Cobell v. Salazar* bee ni'íltsoozígíí bá, class action bee ni'íltsooz individual Indian land bá, béeso dóó t'áádoo le'é nitsaago bąąh hilínígíí díí trust kéyah bikáa'doo Wááshindoondę́ę́' yik'ídeez'į́į'ígíí. Aahwiinít'į́įdę́ę́' éí Wááshindoon naanish bee hwi'doolzį́'ę́ę bił ajísiih, éí bił da'ólta'ígíí Individual Indian Money bi trust funds doo hazhó'ó naaltsoos bikáa' ájiilaa da. Díí Settlementígíí béeso nát'ą́ą́' ninádoolyééł ní éí Wááshindoondę́ę́' naanish hąąh niilyáhą́ą bił ajísiih biniinaa (a) individual Indian trust funds bił ajísiih, (b) béeso t'áadoo hazhó'ó ájiilaa da, dóó (c) doo hazhó'ó Trust Landígíí dóó bikáa' hólǫ́nígíí bik'íjídeez'į́į'góó. Individual Indian trust land éí "allotted" land wolyé áádóó ła' da dabikéyahígíí "beneficiaries," "allottees," éí doodaii' "landowners" dabidi'ní.

- Díí Settlementígíí shį́į́ átah nílį́įgo át'é áko bibee haz'áanii bee bá nidahazt'i'ígíí shį́į́ łahdoo nídeet'i':
    - Individual Indian Money ("IIM") account holder (ázhą́ shį́į́ doo choo'į́įgóó dóó doo ąą' át'éégóó béeso yah áhinídééhjį')
    - Individual Indian bi trust land éí doodaii' restricted status bee hólǫ́ǫgo éí doodaii' bee hólǫ́ǫ nít'éę'go łahdoo t'áá bił ólta',
    - IIM account holder éí dóódaii' Individual Landowner yąąh asdį́ídígíí bi heir jilį́įgo.

- Settlementígíí éí $1.5 billion béeso bíighahgo bee níhoot'ą́ individual Indian trust beneficiaries danilínígíí bich'į' nidoolyééłígíí níléídę́ę́' béeso doo hazhó'ó ál'į́įgóó hoolzhiizhígíí dóó Historical Asset doo hazhó'ó ályaa'ę́ę biniiyé béeso yéékeed bee k'ééhodoodǫǫł biniiyé. Settlementígíí dóó béeso bee na'azhnishígíí, béeso binahjį' bóhóneedlį́įgo bee ni'doonish áádóó Class Representatives bá béeso chodayoos'į́įdígíí dóó aahwiinít'į naazt'i'jí béeso bąąh da'azlį́'ígíí dóó áají bá chodaoz'į́įdígíí éí Settlement bibéeso haníídee'go áají łahdoo bik'énídoolyééł. Nááná $1.9 billion éí ínáoltą'í trust land bídadeet'i'ígíí biniiyé choidoo'įįł éí kojí diné ("fractionated interests") bá.

- Kin nálgai haz'ą́ą́dę́ę́' hastói nídahwii'aahígíí yee łá da'asłį́'go yee nídahaz'á díí Settlementígíí dóó béeso yá ch'ídeideez'ą́. President ałdó' bízhi' bee haz'ą́ąnii ályaaígíí bikáá' ályaa.

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

1

Wááshindoon Bi'aah Hwiinít'į Wááshindoon Haz'áądi District of Columbiadi

- Aahwiinít'įįdoo éí t'ahdii bąąh silá éí yee lą́ adooleeł biniiyé díí Settlementígíí.  Nida'ídíyoolyééł aahwiinít'įįdoo Settlementígíí yee lą́ asłį́įgo áádóó wodahdi baa dahwiinít'į ałtsó ádaalyaa bikéedoo. Aahwiinít'įįdoo Settlementígíí yee lą́ asłį́į'go lą'í individual Indian trust beneficiaries danilį́nígíí éí $1,500 bíighahgo daats'í bich'į' nidahidoolyééł.

- Díí Settlementígíí ałdó' yiih deizoh Indian Education Scholarship Fund $60 million béeso éí ółta'í bá biih doo'nił.

  **Bee haz'áanii bee ná ádahazt'i'ígíí bídadéét'i'ígíí hóló biniiyé naniná dóó azhą́ shį́į doo lahdoo doo biniiyé naniná̱a da ndi, t'áá shǫǫ́di díí hazhó'ó yíidííłtah bee ił hane'ígíí.**

| Bee ádahazt'i'ígíí dóó al'áá bee ádahazt'i'ígíí – dóó ná bee ádahazt'i'ígíí bee ada'doo'áálígíí hóló – díí kwé'é yaa halne' | |
|---|---|
| Doo nił áhot'éegoo bik'iji' hádíídzih éí doodaii' díí Settlementígíí łahdoo bee hádeesdzih nínízingo. | Ná'ídíkid 30 dínííł'įįł |
| Baa hwiinít'į́įgóó díínááł dóó aahwiinít'íį goné' díí Settlementígíí baa hádeesdzih dídíínííł | Ná'ídíkid 36 dínííł'įįł |
| Bee ná haz'á́ łahdoo Settlementígíí nahji' hadeeshááł nínízingo | Ná'ídíkid 28 dínííł'įįł |

- Díí t'áá át'é hazhó'ó Settlementígíí baa hane'ígíí éí naaltsoos Settlement Agreement bii' hóló, dóó bee łahgo ánídaalyaaígíí, éí ałdó' béésh łichíí'ii t'áá bí nitsékeesígíí bii' hóló www.IndianTrust.com.

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

2

## BEE IŁ HANE' BII' YISDZOHÍGÍÍ

**Bídádéét'i'ígíí Yaa Halne'**..................................................................................**Page 4**

1. Ha'át'íí biniiyé éí díí naaltsoos éí ił halne'ígíí shéílwod?
2. Individual Indian Money ("IIM") accounts ha'át'íí át'é?
3. Háísh éí díí Settlementígíí bídadéét'i'?
4. Díí éé ni'íltsoozígíí éí ha'át'íí bee ni'íltsooz?
5. Ha'át'íísh éí biniiyé Settlement hóló?

**Hái éí Settlementjí Da'átah?**..............................................................................**Page 5**

6. Hái éí átah Settlement baa dadeet'aah?
7. T'áá bee atah jidoogáálígíísh hóló?
8. Doo shi IIM account hólǫǫ́góó éí doodaii' shi IIM accountígíí doo choo'įįgóó éí doodaii' t'áá shiidą́ą'dii doo hólǫǫ́góó, díí Settlementígíísh łahdoo shideet'i'?
9. Dóó shił bee hozin da, Settlementígíí daats'í anishtah.

**Settlementjí Béeso Bee Aa'áhayánígíí — Ha'át'íísh Éí Náádoolyééł**.................**Page 7**

10. Settlement éí hait'áo choidoo'įįł?
11. Fractionated land ha'át'íí át'é?
12. Díkwíí shich'į' nídoolyééł Accounting Class Member nishłį́įgo?
13. Díkwíí shich'į' nídoolyééł Trust Administration Class Member nishłį́įgo?
14. Accounting/Trust Administration Fund bibéeso éí hait'áo nidahidooolyééł?
15. Accounting/Trust Administration Fund bibéeso ła' ch'éédzíí'go éí haadoolyįįł?
16. Trust Land Consolidation Fund ha'át'íí át'é?
17. Haanééłą́ą' shich'į' nídoolyééł shikéyah náhíséł'nii'go?
18. Shikéyah hait'áo náhideeshnih?
19. Kéyah haadaal'į dabikéyahígíí ch'ééh hadabidi'neeztą́ą'go?
20. Trust Land Consolidation Fund haanízahagóó bee áhodooolzhish?
21. Indian Education Scholarship Fund bibéeso lá hait'áo bee ni'doonish?
22. Indian Education Scholarship Fund bibéeso hait'áo ádoolyįįł?
23. Díí Settlementígíí lá hait'áo trust reform bidéet'i'?

**Hait'áo hach'į' ni'ílyeeh**.....................................................................................**Page 11**

24. Hait'áo shich'į' ni'doolyééł?
25. Hahgo shich'į' ni'doolyééł?

**Settlementjí T'áá Átah Jiljį́go**..............................................................................**Page 12**

26. T'áadoo le'é ádeeshłíłígíí daats'í hóló Settlement bá?
27. Ha'át'íísh éí ats'ádinisht'aah Settlement átah séljį́go?

**Settlementígíí Nahji' Hajíghááhgo**.......................................................................**Page 12**

28. Settlementígíí doo átah deesháál da nínízingo shą'?
29. Hait'áo éí Trust Administration Class bits'á deesháál?

**Settlementígíí Bik'íjį' Hajidziihgo Éí Doodaii' Bá Hajidziihgo**.......................**Page 13**

30. Settlementígíí hait'áo éí bik'íjį' hádeesdzih éí doodaii' bá hádeesdzih?
31. Hait'áo ał'ą́ą át'é éí díí Settlementígíí bik'íjį' haasdziihgo dóó nahji' haasháahgo?

**Agha'diit'áahii ná yálti'ígíí**...............................................................................**Page 14**

32. Díí baa hwiinít'inígíísh biniiyé she'agha'diit'aahii hóló?
33. Hait'áo éí agha'diit'áahii bich'į' nida'doolyééł? Class Representatives bináánéit'anígíísh ła' bich'į' nidahidoolyééł?

**Aahwiinít'įįdoo Fairness Hearing Áleeh**.............................................................**Page 16**

34. Hahgo dóó háadi éí aahwiinít'įįdoo díí Settlementígíí yee lá áleeh?
35. Baa hwiinít'įįgóósh ákǫ́ǫ deesháál?
36. Baa hwiinít'įįhdi haasdziihgóóísh bee shá haz'ą́?

Ná'ídíłkidish?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá <u>www.IndianTrust.com</u>

**T'áá Niit'ée'go Yaa Halne'ígíí**.............................................................................................**Page 17**

     37.     Hait'áo éí t'áá bitisgo yee shił hodoolnih?

# Bídádéét'i'ígíí Yaa Halne'

## 1.  Ha'át'íí biniiyé éí díí naaltsoos bee ił halne'ígíí shéílwod?

Díí naaltsoos yee ił halne'ígíí éí Interior Derpartmentdéé' naaltsoos yisnílígíí ákoní: (a) K'ad éí Individual Indian Money ("IIM") account holder átah nílį́ éí doodaii' átah nílį́į nít'ę́ę́', éí doodaii' (b) łahgóó átah trust land bee nóhólníh, éí doodaii' (c) díí bee ił hane'ígíí shich'į' ádoolníłł diníigo yíiníkeed. Aahwiinít'į́į́déé' yee nihwiiní'ą́ díí ił hane'ígíí biniiyé áhot'éhígíí éí díí Settlementígíí bee nił hane'go bee haz'ą́ díí class action ni'íłtsoozígíí dóó ał'ąą ná bee ádahazt'i'ígíí, t'ahdoo aahwiinít'į́į́déé' díí Settlementígíí t'áá daats'í béélt'é daaníigo dóó Settlement akée'di bee lą́ ádooleeł.  Díí ił hane'ígíí díí ni'íłtsoozígíí yaa halne', díí Settlementígíí dóó bee haz'áanii bik'ého bee ná ádahazt'i'ígíí.

Ánihwii'aahii Thomas F. Hogan, Wááshindoon bi'aahwiinít'į District of Columbia bił haz'ą́ądi, éí k'ad díí baa hwiinít'íníígíí yóosts'ą́ą'. Ni'íłtsoozígíí bee béé hó'dólzinígíí éí *Cobell v. Salazar*, binumber 1:96cv01285, áádóó class action k'ehgo ni'íłtsooz.

Class actionjí ni'jiníłtsoozgo, t'áájíła'ígo éí doodaii' jiłą́'ígo da éí óolyé class representative (díí baa hwiinít'íníígíí, Elouise Cobell dóó ła' yił) nida'astsooz diné t'áá yił da'ółta'go t'áá hot'áo bee bich'į' ánídahazt'i'ígíí bá.  Diné t'áá ałtso óolye "Class" éí doodaii' "Class Members".  Diné nida'astsoozígíí — dóó t'áá ałtso Class Members danilínígíí — éí óolyé Plaintiffs.  Diné yee nida'astsoozígíí (díí baa hwiinít'íníígíí, Secretaries of the Interior dóó Treasurer dóó Assistant Secretary - Indian Affairs (díí t'áá ałtso "federal government" wolyé)) díí ałdó' Defendants daolyé.  T'áálá'í aahwiinít'į́įdoo k'ééhałdọọh díí nábik'íyáti'ígíí Class átah danilínígíí bá.

## 2.  Individual Indian Money ("IIM") accounts ha'át'íí át'é?

IIM accounts éí Wááshindoon béeso náyiilaah da'ák'eh bits'ą́ądoo, naaldlooshii da'ałchozhígíí, tsin náhaniih, ha'ágeed, ak'ah łizhíní, dóó chidí bitoo' hadaazlínígíí bits'ą́ądoo náhadlaahígíí, dóó t'áadoo le'é Trust Land bikáa'doo al'ínígíí, dóó béeso per capita bich'į' nidanideehígíí.  Béeso IIM account bii' sínínilígíí éí Trustgo Wááshindoon individual Indians yá yaa'áhalyá.

## 3.  Háísh éí díí Settlementígíí bídadeet'i'?

Settlementígíí éí t'áá ałtso Class Members bídádéét'i' (Question 6 diníłł'įįł).  Class Members éí Individual Indian Trust bee baa ádaháyánígíí éí ááh déíłnínígíí éí:

- Há IIM account hólǫǫgo hodeeshzhiizh 1985 dóó níléí September 30, 2009 jį', éí doodaii'
- Díí kéyah Trustígíí éí doodaii' Wááshindoon restricted status áyiiláago September 30, 2009 yę́ędą́ą' íyiiláaígíí łahdoo hwídéét'i'doo.

Kéyah diné ła' náádiilyáago binichǫ'í yę́ę baa hwiinít'įįgo September 30, 2009 yę́ędą́ągo t'áá átah hoł ólta'.  Probate éí aahwiinít'įįdoo diné náádiilyáago daabíhę́ę náóná ła' baa náádit'aahgo óolyé.

Díí Settlementígíí éí doo náóná ła' historical claimsígíí bídéét'i' da éí doodaii' kódoo náásjį' Class Members ninááda'astsoozgo t'áadoo le'é dayókeedígíí doo bídéét'i' da.  Doo éí bídádéét'i' da bitsį' yishtłizhii Wááshindoon yee ninááda'astsoozgo.

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

### 4.  Díí éé ni'íltsoozígíí éí ha'át'íí bee ni'íltsooz?

Settlementígíí díí ni'íltsoozígíí Wááshindoon naanish hąąh niilyáhą́ą individual Indian trust beneficiaries bił ajisiih ní.  Díí wókeedígíí éí táa'go ał'ą́ą́ át'é:

- Historical Accounting Claims áníigo éí Wááshindoon naanish hąąh niilyáhą́ą doo hozhó'ó historical accounting ájiiláa da IIM accounts dóó trust assets bá.
- Trust Administration Claims yił da'ółta'ígíí:
    - Fund Administration Claims áníigo éí Wááshindoon naanish hąąh niilyáhą́ą doo hazhó'ó individual Indian trust funds binijishnish da.
    - Land Administration Claims áníigo éí Wááshindoon naanish hąąh niilyáhą́ą kéyah lá, ak'ah łizhiní, chidí bitoo' łikóní, nitł'iz, tsin, tł'oh, dóó t'áadoo  le'é kéyah bii' dahólǫ́nígíí doo hazhó'ó bik'íjídeez'ı̨́ı̨'góó biniinaa ajisiih.

Wááshindoondéé̜' éí bee bik'éhát'ą́ą́hígíí doo ákot'ée da ní.  Áníigo éí bee haz'áanii binahji̜' éí aa áháyą́ wolyé bee shik'éhát'ą́ą́hígíí doo hólǫ̜́ da ní dóó Class Members bich'i̜' niná'doolyééłígíí doo hólǫ̜́ da ní.

### 5.  Ha'át'íísh éí biniiyé Settlement hóló?

Settlementígíí éí naaltsoos nídéistsoozígíí dóó Wááshindoon yił ałha'déét'ą́ągo óolyé.  Ałha'dit'áahgo éí ni'íltsoozígíí ni' hóyiił'ı̨įh.  Díí kót'įíhgo éí aahwiiníit'įídéé̜' éí doo haají da ach'ihjí yileeh da.  Ałts'ą́ą́jí éí naalą́ą́ nízin k'ééhodoodǫǫł díí ałch'i̜' hodik'ą́nígíí dóó baa ákoniidzi̜' Class Members t'óó ahayói hadaastxih dóó daniné dóó bich'i̜' nida'ídoolyééł. Áádóó ałdó', t'óó ahayói Class Members té'é'i̜ yik'éé nidaakai. Ako k'ad dí̜įts'áadah nááhai baa hwiiníit'i̜įgo, ałts'ą́ą́hjí éí díí ni'íltsoozígíí hasht'é doolyi̜įł nízin ako individual Indian trust beneficiaries bich'i̜' nida'ídoolyééł biniiyé.  Díí Settlementígíí ałdó' Wááshindoon yiká'ádoolwoł nááságó bina'anish dóó béeso naadzooígíí t'áá bąąh hilínígíí ach'i̜'go áyósindoo biniiyé.  Díí Class Representatives dóó agha'diit'aahii danilínígíí ádénízingo éí díí Settlementígíí bééłt'é k'ad át'éhígíí binahji̜'.

# Háí éí Settlementjí Da'átah?

### 6.  Háí éí átah Settlement baa dadeet'aah?

Díí Settlementígíí éí bitsi̜' yishtlizhii t'áá át'é bídadéét'i' díí kéyah t'áá nááhwiist'áán nít'éé', Wááshindoondéé̜' bitsi̜' yishtłizhii yaa ádahonízinígíí díí tooh nílínígíí Mississippi River dóó e'e'aahji̜'go kéédahat'ínígíí éí yił da'ółta'. Settlementígíí naakigo dah oonéełgo yił ółta' éí doodaii' "Classes". Ła' jizíįzo éí t'áá ałts'ą́ą́hjí dah oonééłígíí átah jlíįgo da át'éedoo. Ła'í diné Settlementígíí t'áá ałts'ą́ą́hjí átah danilį́.

Historical Accounting Class

- September 30, 2009 yę́ędą́ą́' t'áá hijiináago,
- Há IIM account hólǫ̜́ nít'éę'go October 25, 1994 dóó September 30, 2009ji̜', dóó
- Hábeeso yah ánáhinídeehji̜' t'áá haanéelt'e'go da t'áá chóizdooł'ı̜įł bíighah sinilgo (éí bikéedoo hats'ą́ą' hanáá'nilgo).

Ná'ídíłkidísh?  Koji̜' hódíílnih 1-800-961-6109 éí doodaii' nihaa náníta www.IndianTrust.com

5

**Heirs bil hane':**

- Kéyah IIM account holder náádiilyáago September 30, 2009 yę́ędą́ą́' bił ółta' dóó Historical Accounting Class bił éí IIM Accountingígíí (éí doodaii' diné náádiilyáago binichǫ'íyéę baa hwiinít'į̨igo.) íídą́ą́' t'ah ndii t'áá ą̨ą' át'éego nít'ę́ę'go.

- Class Member heirs danilį́nígíí díí September 30, 2009 yikéedoo ádaadin daaz'lį́'ígíí, ndi t'ahdoo Settlement bibéeso naa'niihgóó, éí Class Member's Settlement béeso nii;yéhígíí bich'į' nídoolyééł diné náádiilyáago binichǫ'í baa hwiinít'į́ góne'.

<u>Trust Administration Class</u>

- September 30, 2009 yę́ędą́ą́' t'áá hijiináago, dóó hái da
  - IIM account béésh łichíi'ii bee da'ínííshígíí bii' daasdzogo Wááshindoon yee yilnishígíí biyi' ("Electronic Ledger Era") 1985 dóó September 30, 2009 bita'gi náhalzhiish yę́ędą́ą́' éí doodaii'
  - Hait'áo da ił iishjání ízhdoolííł díí trust land łahdoo bee hóhálniihgo éí doodaii' restricted status dahólǫ́ǫ nít'ę́ę'go September 30, 2009 éí doodaii'

- Diné kéyah bibéeso bee baa áháyánę́ę ádingo bi IIM account éí doodaii' trust assetsígíí éí binichǫ'í baa hwiinít'į́į góne' t'ah ndii baa hwiinít'į̨igo Wááshindoondi naaltsoos yis'ánígíí t'ah ndii ą̨ą' át'éego bee oonishgo September 30, 2009 yę́ędą́ą́'.

**Heirs bil hane':**

- Class Members bi heirs náádiilyáago September 30, 2009 yę́ędą́ą́', ndi t'ahdoo Settlementígíí nidahályéégóó, éí Class Member's Settlementígíí diné náádiilyá binichǫ'í baa hwiinít'į́į góne' bich'į' nídoolyééł.

## 7. T'áá bee átah jidoogáálígíísh hóló̜?

Historical Accounting Class éí doo yił ółta' da hái da t'áá sahdii ni'níłtsoozgo June 10, 1996 t'áá bich'į' yoołkáałgo, éí Wááshindoon bik'íji' Historical Accounting t'áá át'é níjókeedgo.

Trust Administration Class éí doo yił ółta' da hái da t'áá sahdii ni'níłtsoozgo éí doodaii' átah class actionjí nizhníłtsoozgo éí Funds Administration Claimsígíí éí doodaii' Land Administration Claim jókeedgo Wááshindoon bik'íji' t'ahdoo **December 10, 2010**ji' iiłkááhgóó.

## 8. Doo shiIIM account hólǫ́ǫgóó éí doodaii' shi IIM accountígíí doo choo'íį́'góó éí doodaii' t'áá shiidą́a'dii doo hólǫ́ǫgóó, díí Settlementígíísh łahdoo shidéét'i'?

Aoo' ákot'ée da dooleeł. Historical Accounting Classjí nił ółta'go dóó/éí doodaii' Trust Administration Classjí da kojí na'ídíkid hastą́ą bii' yisdzooígíí yii' yaa halne'ígíí ákot'áo éí Settlementígíí nídéét'i'.

K'ad **doo IIM níhilyéhígíí binaaltsoos doo naanínáhajeehgóó**, biniiyé hadi'díílíł áádóó naaltsoos bich'į' ádíílílígíí naaltsoos t'áá íídą́ą́' bikáá'ígíí bich'į' ádíílíłł. Béésh łichíi'ii biyi'ji' hada'dilyé'ígíí ałdó' choidííł'į̨įłgo bíighah éí www.IndianTrust.com. T'áadoo le'é binahji' éé hozinígíí ił iishjání ádíílílígíí nídéiyídookił éí binahji' Historical Accounting Class átah nílínígíí béé hozin biniiyé

Ná'ídíłkidísh?  Koji' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

dóó/éí doodago Trust Administration Class da. Hada'dilyaaígíí dóó naaltsoos bínáádaoltą́'ígíí éí yah ánáhidínóodah t'ahdoo 45 jį́ yiłkááhgóó yah ánídínóodah díí aahwiinit'į́į́doo Settlementígíí t'ahdoo yee lą́ áłeehgóó (éí doodaii' aahwiinít'į́į́doo hahgo shį́į́ yah ánídínóodah didoonííł). Áyíísíí bee lą́ ádooleełígíí éí Fairness Hearing bikéedoo doo. Béésh łichíí'ii biyi' hane'ígíí dínííł'į́į́ł éí doodaii' t'áá jiík'eh hane'ji' hódíílnih éí biná'ídídíílkił díí hadadilyę́'ígíí hahgo bee e'e'aah biniiyé.

## 9. Doo shił béé hozin da, Settlementígíí daats'í ánishtah.

Doo nił béé hózingóó haajígo bee átah nílínígíí éí doodaii' t'áá ałts'ą́ą́hjí Classes da éí doodaii' Wááshindoondę́ę́' daats'í naaltsoos naanínáhajeehígíí nee hóló, t'áá jiík'eh bee hane'ígíí bich'į' hódíílnih 1-800-961-6109 biná'ídídíílkił éí doodaii' díí baa nídíniitááł www.IndianTrust.com. Biná'ídíłkidígíí hóló̧o̧ -go naaltsoos bikáá' ádíílííł éí Indian Trust Settlement, P.O. Box 9577, Dublin, OH 43017-4877 ji' ádíílííł. T'áá aanii shí ałdó' shił ółta' dooleeł Classígíí biyi'ji', áko ndi IIMdéę́' naaltsoos nináhajeehígíí doo naa-nínáhajeehgóó naaltsoos hadidíílíł dóó naaltsoos bich'į' ádíílíílígíí naaltsoos t'áá íídą́ą́' bikáá'ígíí bich'į' ádíílííł. Hada'dilyę' bee ada'ii'aahígíí baa hane' na'ídíkid 8 dóó 24 bii' yisdzoh.

# Settlementjí Béeso Bee Aa'áhayánígíí — Ha'át'íísh Éí Nínádoolyéél

## 10. Settlementjí béeso bee aa'áháyánígíí ha'át'íísh éí ninádoolyéél?

Settlementígíí díí át'éego choidoo'įįł:
- $1.412 billion béeso Accounting/Trust Administration Fund, áádóó ałdó' $100 million béeso Trust Administration Adjustment Fund, áádóó ałdó' ínáoltą́'í níyiiłchíhígíí, Historical Accounting dóó Trust Administration Claims yik'éni'doolééł. Díí ałdó' binahjį' ádooolyįįł dóó bini'doonishígíí díí Settlement yá yik'éni'doolééł dóó ha'át'íí shį́į́ bą̨ąh naada'azlį́'ígíí da (Na'ídíkid 13 dínííł'į́į́ł).
- $1.9 billion béeso éí Land Trust Consolidation Fund díí "fractionated" landígíí individual Indian trust land bee náhidoonih (Na'ídíkid 11 dínííł'į́į́ł). Díí yinidaalnishígíí éí t'áálá'í sizį́į́go bitsį' yishtłizhii béeso baa dahidoo'nił éí t'óó ahayói kéyah binahjį' béeso ni'iiłchiihígíí bizhí' dabiká'ígíí éí ałts'á dadoodzoh. Kéyah náhaniihígíí éí t'áá hwí íizhnízingo t'éiyá. Kéyah náhaazhnii'ígíí éí t'áá hó hádine'é bee baa ánááháyą́ądoo.
- $60 million béeso bíighahgo éí bitsį' yishtłizhii Indian Education Scholarship Fund bá hódahgo da'ólta'ígíí bee biká'áda'doowoł biniiyé. Díí béesoígíí éí $1.9 billionígíí Trust Land Consolidation Fund biyi'déę' hadoo'nił dóó díí yéego Fractionated Landígíí nidahaaz'nii'go bibéeso ni'iiłchíhígíí aajį' choidoo'įįł.

Hazhó'ó baa hane'ígíí éí díí bii' yisdzoh Settlement Agreement, éí www.IndianTrust.com bii' hóló̧.

## 11. Fractionated Land ha'át'íí át'é?

Fractionated land éí t'oo ahayói diné bizhí' dabikáá', łah da neeznádiin dóó bi'aan daabí łeh. Áko, lą'ígo fractionated land ałts'ádaasdzooígíí bizhí' dabikáá'ígíí éí ałch'į'dígo bich'į' adahalch'ąął.

## ACCOUNTING/TRUST ADMINISTRATION FUND

## 12. Díkwíí shich'į' nídoolyéél account Class Member nishłį́igo?

Historical Accounting Class átah jilį́igo éí t'áálá'í jinítínígo éí $1,000 hach'į' nidoolyéél. Díí éí

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

t'áálá'í jizínígo, accounting doo hwee hólǫ́ǫ́góó éí doo t'áá bitséedi hach'i' ni'doolyééł da.

## 13. Díkwíí shich'i' nídoolyééł trust Administration Class Member nishłįígo?

Binahji' bóholníihígíí éí haashį́į́ néelt'e' béeso ni IIM account biih niidee'doo. T'áálá'í jinítínígo Trust Administration Class átah jilįįgo éí t'áá ájiłtso $500 neeznádiin béeso hach'i' nidadoolyééłgo nidinéet'á. $100 million béeso éí Trust Administration Adjustment Fund bii' hólǫ́nígíí éí haashį́į́ néelt'e' hach'i' niilyéhę́ę bineídoot'áał éí Trust Administration Class Members bá.  Éí k'ad binahji' béé hózinígíí éí haashį́į́ néelt'e' hach'i' niilyéhę́ę dá kwii doolííł éí Trust Administration Class Members bich'i' $800 béeso. Há IIM account hólǫ́ǫgo 1985 dóó níléí September 30, 2009 íídą́ą́' hólǫ́ǫgo éí $800 béeso t'áá biláahgo da hach'i' nídoolyééł. Díí ni'ílyéhígíí éí t'áá sahdii, ałdó', $1,000 béeso nídoolyééł Historical Accounting Class ałdó' atah jilįįgo.

Bee wólta'ígíí éí IIM account áláahdi hach'i' niilyáhígíí neeznáadi ákot'áo nááhaigo binahji' bee wólta'go haanéelt'e' Trust Administration Funddę́ę́' hach'i' nídoolyééł. Éí béesoígíí t'óó sha'shingo $850 million dóó $1 billiongo sinil. Ts'ída ánéelt'e' nich'i' nídoolyééłígíí doo béé hózin da k'ad haalá díí binahji' át'é (a) haashį́į́ néelt'e' béeso IIM biih heesdzoh níléí hoolzhishdę́ę́', dóó (b) haashį́į́ néelt'e' béeso yidziih dooleeł díí Accounting/Trust Administration Fund díí ni'iisya' bikéedoo:

- $1,000 béeso nidahaasya'ígíí díí Historical Accounting Class Members bich'i', dóó
- Agha'diit'aahii béeso yik'e nidaashnishígíí béeso chodayoos'įįdígíí, dóó béeso bich'i' nátą́ą́' ninádahaasyáhígíí dóó naanish yídaneedlínígíí biniiyé béeso Class Representatives bich'i' nidahaasya'. (Na'ídíkid 33 dínííł'įįł) dóó bik'e nida'azhnishígíí dóó Settlement bee hahodidoonííłígíí bąąh haazlį́į́'ígíí.

Kin nálgai haz'ą́ądi hastóí nidahwii'ááhígíí yee hadaazdzíí' díí nida'iilye'ígíí Trust Administration Class Members bich'i' bá bídéidoot'áał díígii' át'éego wólta'go bich'i' nida'ídoolyééł:

- Ádin; éí doodaii
- Doo ádingóó ( áko ndi Stage 2 paymentígíí hach'i' niilyáago (Na'ídíkid 14 dínííł'įįł) áko ndi Trust Administration Class Members éí bich'i' nida'ílyáhígíí, ádingo bee wólta'ígíí).

**Jó kot'é**: $500 éí nich'i' nídoolyééłgo, nich'i' niilyéhígíí da dé kódoolyįįł $800jį'. Níighahgóó bighanígíí $600 bich'i' niilyéego, bich'i' niilyéhígíí da bé hodoolyįįł $800jį'.

Díí éí t'óó binahji' bee dawólta'ígíí ádaat'é dóó $1,000 béeso bináádéidoot'áał éí Historical Accounting Class átah jilįįgo. Ni Trust Administration biniiyé nich'i' ni'ílyéhígíí konéelt'e' daats'í dooleeł éí doodaii' t'áá biláahgo da t'áá bich'i'go da.

- Áláahdi hach'i' ni'ílyéhígíí neeznáadi ákot'áo nááhaiígíí binahji' wólta'go áhínéidzohgo éí ádin dóó $5,000 béeso ájiiláago, nich'i' nídoolyééłígíí daats'í $800 dóó $1,250.00 béeso bita'gi da dooleeł.
- Áláahdi hach'i' ni'ílyáhígíí neeznáadi ákot'áo nááhaiígíí binahji' wólta'go áhínéidzohgo éí $5,000.01 dóó $15,000 béeso ájiiláago, nich'i' nídoolyééłígíí daats'í $1,250.01 dóó $2,500 béeso bita'gi da dooleeł.
- Áláahdi hach'i' ni'ílyáhígíí neeznáadi ákot'áo nááhaiígíí binahji' wólta'go áhínéidzohgo éí $15,000.01 dóó $30,000.00 béeso ájiiláago, nich'i' nídoolyééłígíí daats'í $2,500.01 dóó $5,000 béeso bita'gi da dooleeł.
- Áláahdi hach'i' ni'ílyáhígíí neeznáadi ákot'áo nááhaiígíí binahji' wólta'go áhínéidzohgo éí $30,000.01 dóó $75,000 béeso ájiiláago, nich'i' nídoolyééłígíí daats'í $5,000.01 dóó $12,000

béeso bita'gi da dooleeł.
- Áláahdi hach'į' ni'ilyáhígíí neeznáadi ákot'áo nááhaiígíí binahji' wólta'go áhínéidzohgo éí $75,000.01 dóó $750,000 béeso ájiiláago, nich'į' nídooyéélígíí daats'í $12,000.01 dóó $125,000 béeso bita'gi da dooleeł.
- Áláahdi hach'į' ni'ilyáhígíí neeznáadi ákot'áo nááhaiígíí binahji' wólta'go áhínéidzohgo éí $750,000.01 béeso biláahgo ájiiláago, nich'į' nídooyéélígíí daats'í $125,000 biláahgo nich'į' nídooyééł.

Nikéyah bibéeso sinilígíí neeznáá nááhai t'áá bich'į' nich'į' ni'ilyáago, ninádahaasyáhígíí t'áadoo béeso ła' íiníláagóó éí t'áá ádin bikáa'go ná ádadooyįįł. Béeso há biih hi'nilyéę hats'áá' nát'áá' hanaa'nilgo áádóó bił da'jítahígíí béeso bita' ałnániidee'go da éí doo díí bił wólta' da dooleeł.

Settlement bee lá azlįį'go, naakigo ni'dooylyééł.

Stage 1 – Béeso $1,000 Historical Accounting Class Members bich'į' nídooylyééł, Settlement bee lá azlįį' bikéedoo t'áadoo nízaad níhoolzhíshí dóó aahwiinít'įįdoo yee níhwiní'áago. Class Members dajilínígíí t'áadoo hak'ída'neetą'ígíí, éí hach'į' nidahaasyá'ígíí Remainder Account wolyéhígíí biih doo'nił níléí Class Member bik'í'neetą́ąjį' dóó ił iishjání ázhdooliíł hait'áo átah hwídeet'i'ígíí. Class Member ch'ééh hahwidi'neeztą́ągo t'ahdoo ałtso ni'iilyéégóó, éí hábéeso hach'į' niilyéhę̨e Indian Education Scholarship Fund biih doodzoh (Na'ídíkid 21 díníł'įįł).

Stage 2 – Trust Administration Class Member bich'į' niilyéhígíí éí Trust Administration Class t'áá át'é béé dahoozingo dóó haanéelt'e' bich'į' nida'dooylyéélígíí béée dahoozingo (Na'ídíkid 13 díníł'įįł).

Ałtso nida'iisya' bikéedoo, béeso ch'íniidee'ígíí éí Indian Education Scholarship Fund baa doo'nił (Na'ídíkid 21 díníł'įįł).

## TRUST LAND CONSOLIDATION FUND

Hoolzhishdę́ę́', nináda'iichííh bik'eh, Indian trust Lands hwéé dahólǫ́nígíí t'áá íiyísii hákéyah díkwíí néeláą'go shį́į́ ałts'ánáádzogo t'áá íiyísii ałts'ísí daazlį́į́' ("fractionated"). Wááshindoondę́ę́' yółta'go, bikéyah da'ilínígíí t'áá nílédéé' ałch'įdígo hach'į' adahalch'ąął dóó IIM bi'oonishígíí áláah áníłtsogo bąąh ílį́ díí bitsį' yishtłizhii bich'į' nidahalyéhígíí éí t'áá a'óh.

Díí $1.9 billion béeso Trust Land Consolidation Fundígíí éí binahji' bitsį' yishtłizhii bá bóhónéedzą́ągo ályaa béeso fractionated land biniiyé bich'į' nida'idiyoolyééł. Áádóó binahji' yinéedlį́įgo bikéyah baa náhidoonihígíí, éí fair-market value biláahgo nídooylyééł éí nįįlyáhígíí éí Indian Education Scholarship Fund biih doo'nił (Na'ídíkid 21 díníł'įįł).

Díí Trust Land Consolidation Fund díį́'jį'go choidoo'įįł: (1) kéyah fractionatedígíí bee náhidoonih, (2) Trust Land Consolidation Program bee náásgóó oonishdoo, (3) Trust Reform bee ádoolyįįłígíí éí (Na'ídíkid 23 díníł'įįł), dóó (4) $60 million Indian Scholarship báá doo'nił. Ts'ída ndi shį́į́ 85% bíighahgo éí kéyah bee nidahidoonih. Díí Department of the Interior éí bitsį' yishtłizhii yił ahił nidahodoolnih éí fractionated interests béé dahodooziił biniiyé éí binahji' daats'í kéyah nidahidoonih.

Ná'ídíłkidísh?  Koji' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

**17. Haanéeláá' shich'į' nídoolyééł shikéyah náhísél'nii'go?**

Díí Department of the Interior éí fair-market value bííghahgo fractionated trust land hach'į' ch'íidoo'ááł.

**18. Shikéyah hait'áo náhideeshnih?**

Bik'ehgo trust land náhidoonihígíí t'ahdoo hazhó'ó béé hoozįįh da. Bik'ehgo á'doolyįįłígíí béé hozingo, díí Department of the Interior éí bitsį' yishtłizhii trust beneficiaries danilínígíí hadeidínóotááł éí fractionated interests bee daholónígíí baa náhideeshnih nízingo.

**19. Kéyah haadaal'į dabikéyahígíí ch'ééh hadabidi'neeztáago?**

Díí fractionated interest Department of the Interior náhideeshnih nízingo, áko bikéyah da'ílínígíí ch'ééh hadabidi'neeztáago, Interiordéé' hadahodinóotááł Class Members doo béé dahozinígíí, éí áseezį naaltsoos biyi'ji' hadahodi'nítáadoo dóó naaltsoos ił dahane'ígíí biyi'ji' hastáá nídeezidji' áhot'éedoo. Díí Settlement bikéedoo ashdla' nináánááhaigo, Class Members dahójilóo ndi doo béé dahozin daígíí, éí baa nahwidigí'go ch'ééh Wááshindoon hahoneeztáago, éí t'óó lá da'jislįį́' hwinidzindoo há fractionated interests dóó há Indian Land Consolidation Funds éí t'óó há IIM account biih doo'nił.

**20. Trust Land Consolidation Fund haanízahgóó bee áhodoolzhish?**

Díí Department of the Interior éí neeznáá nááhaijį' bee há haz'á díí Settlement bee níhoot'áadoo éí fractionated trust land bee náhizhdoołnih biniiyé. Land Consolidated Fund t'áá ch'ídaadzi'ígíí éí t'óó U.S. Treasury baa nídoo'nił.

## INDIAN EDUCATION SCHOLARHSIP FUND

**21. Indian Education Scholarship Fund bibéeso lá hait'áo bee ni'doonish?**

Díí Indian Education Scholarship Fund éí béeso bitsį' yishtłizhii da'ółta'ígíí wódahgo da'ółta' bá dooleeł. Táajį'go bee ni'doonish:

- $60 million béeso bííghahgo éí Trust Land Consolidation Fund biyi'déé' hadínóodah dóó fractionated interests díí trust land bee nídahaaznii'ígíí bibéeso ałdó' bóołta'doo. Kót'áo éí nídoo'nih:

| Kéyah náhaaznii' baah haz'lį́í'ígíí | Béeso łahdoo bee áká'e'elyeedígíí |
|---|---|
| Béeso $200 t'áá bich'į'go | $10 |
| Béeso $200 - $500 bita'gi | $25 |
| Béeso $500 biláahgo | 5% na'iiznii'ígíí |

Indian Education Scholarship Fund bich'į' niilyáhígíí éí fair-market value baah hilínígíí t'áá bił wólta' éí bitsį' yishtłizhii kéyah daabíhígíí.

- Béeso ch'ídaadzi'ígíí díí Accounting/Trust Administration Fund biyi'déé', ałtso nida'iisya'go bikéedoo dóó díí Settlement baah da'azlį́'ígíí nidahaasya'go, éí Indian Education Scholarship Fund biih doo'nił.

Ná'ídíłkidísh?  Koji' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

- Class Members nidahidoolyélígíí t'áádoo nidahaasya'góó ashdla' nááhai Settlement bikéedoo éí bee łá da'dooleeł Indian Education Scholarship Fund biih doo'niłgo. Díí béeso náás deesnilígíí éí doo ałchíní dóó sáanii bini' bąąh nidahaz'ánígíí, nazhnitł'ah jiłįigo, éí doodaii' ałahjį' haa'áhayąągo, bich'į' nídahidoolyéélígíí doo ááh ha'níí da.

## 22. Indian Education Scholarship Fund bibéeso hait'áo ádoolyįįł?

Na'anish bił haz'ą́ t'áá bí deiyéełyéédígíí éí ałts'ą́ą́hdę́ę́' ałha'deet'ánígíí éí Indian Education Scholarship Fund yináha'áago yinídoolnishígíí yaa deididoo'ááł. Diné ła' bits'ádahidoodlahgo trustees dadooleeł éí díí béesoígíí yik'ídadeez'įį'doo biniiyé. Díí Trustees éí Secretary of the Interior yik'ídadidoolnih, representative Plaintiffs ałdó', áádóó na'anish bił haz'ą́ t'áá bí deiyéełyéédígíí ałdó' yik'ídadidoolnih. Díí Secretaryígíí éí bitrustees néídiyoołá éí ałtsé bitsį' yishtłizhii yich'į' hádaasdzíí'go índa dóó yizhí háí lá átah dooleeł dadidoonííł bitsį' yishtłizhiidę́e'go.

### INDIAN TRUST HÁÁDADILYÁÁ

## 23. Díí Settlementígíí lá hait'áo Indian trust reform bídéét'i'?

Indian Trust háádadilyáago binááda'íníishdoo dóó béeso diné bá baa áhayánígíí nee'nijį' hazhó'ó bił oonishdoo biniiyé. Díí Settlement Agreementígíí éí béeso yee lá asłįį' kojį' Trust Land Consolidation Fund biih yidzooígíí éí Indian trust administration dóó reform binida'azhnishígíí biniiyé. Nee'nijį', Class Members éí t'áá Wááshindoon yee nináá'doołtsosgo trust reform biniiyé bee haz'ą́.

# Hait'áo hach'į' ni'élyeeh

## 24. Hait'áo shich'į' ni'doolyéél?

Settlementdę́ę́' hach'į' ni'doolyéélígíí bee há áhoot'i'ígíí, t'áá ałts'ą́ą́hjí classes éí doodaii' t'áálá'íjí átah jiłįigo. Doo IIM account binaałtsoosígíí doo hwaa nináhajeehgóó dóó díí classes t'áá háají da átah nishłį́ nínízingo, biniiyé claim form hádidííłííł. Díí claim formígíí éí yee nił hodoolnih ha'át'íí éí ił iishjání ádííłíłígíí dóó éí binahjį' daats'í nich'į' ni'doolyéél. Hazhó'ó yíidííłtah bik'ehgo a'díílíłígíí. Díí claim forms dóó naaltsoos binááda olłą́'ígíí éí 45 yiską́ąjį' yah ánídíijih dóó aahwiinít'į' yee lá asłįį'doo hahoodoolzhish (éí doodaii' aahwiinít'į́įdoo hahgo shį́í yah anáhidoojih díiniidgo da). Áyísíí bee lá ádooleełígíí éí Fairness Hearing bikéedoo doo. Béésh łichíi'ii ił halne'ígíí éí doodaii' t'áá jíík'eh hane'ígíí bich'į' hódííłnih díí baa hane'ígíí dóó hahgo bee ada'ii'ááhígíí biniiyé. Díí claim form éí kojį' ádííłííł:

Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

Átah deesháál dinínę̨ę dooda ni'doo'níídgo, bee ná haz'ą́adoo haa'í shį́í hoolzhishgo naaltsoos ła' yah ánááníjaah ni'dóó'niigo.

## 25. Hahgo shich'į' ni'doolyéél?

Nida'ídíyoolyéélígíí éí díí aahwiinít'į́įdę́ę' ákée'di Settlementígíí yee lá asłįį'di doodeeł, dóó nááhodahgo baa hwiinít'ínígíí ałtso ádaalyaají'.

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

11

# Settlementjí T'áá Átah Jilį́įgo

26. T'áadoo le'é ádeeshłį́łígíí daats'í hóló Settlement bá?

Doo hait'áo da ádíínííł da Settlement t'áá átah nilį́įgo t'áá hazhó'ó IIM account binaaltsoos doo naanináhajeehgóó t'éiyá bik'ehgo a'díílíłígíí hóló. Ákot'éego éí claim form hadídíílíłł éí binahjį' daats'í nich'į' ni'doolyééł.

27. Ha'át'íísh éí ats'ádinisht'aah Settlement átah sélį́įgo?

Settlementígíí bee lá azlį́įgo, bee ná ádahazt'i'ígíí t'óó ni' hódíílíłł. Wáashindoon doo t'áá sahdii bee ni'dííłtsos da díí Settlement bídadéet'i'ígíí. Áyísii baa náhát'ínígíí Wáashindoon doo bik'įį' ni'dííłtsos daaígíí éí Section A yaa halne', saad 14 dah shijaa'ígíí, 15, dóó 21 díí Settlement Agreement biyi' yisdzoh. Éí bee Wáashindoon "releasing" ádíílíłł dóó hái shíį́ áají yił déiyílnííshígíí ałdó' éí section I bikáá' díí Settlement Agreement biyi'. Díí Settlement Agreement éí béésh łichíí'ii ee ił halne'ígíí bii' www.IndianTrust.com.

IIM account binaaltsoos t'áadoo ła' 2009 yę́ę́dą́ą́' néiyílwodgóó, áko éí September 30, 2009 yę́ę́dą́ą́' IIM account díkwíí bii' sinil nít'ę́ę́'ígíí éí yíidíkił éí biniiyé kojį' hódíílnih 888-678-6836. Ni IIM account díkwíí sinil lá nínízingo bíná'ídííniłkidgo, Interior yee nił hoolne'ígíí éí bee lá asínílį́įdoo t'áá hazhó'ó díí Settlementígíí bits'éiníyáago éí łahgo át'é (Na'ídíkid 28 dínííł'įįł).

Díí Settlementígíí éí released claims t'áá át'ée nít'ę́ę' yaa halne', éí biniinaa hazhó'ó yíidííłtah. Na'ídíkid nee hólǫ́ǫgo agha'diit'aahii bił haz'ą́ąjí bich'į' hadíídzih díí bizhi' dabikáá' na'ídíkid 32 biyi' t'áá jíík'eh éí doodaii' t'áá ní ne'agha'diit'aahii bik'é asínílahígíí bich'į' hadíídzih.

# Settlementígíí Nahji' Hajíghááhgo

28. Settlementígíí doo átah deesháál da nisingo shą'?

Bee haz'áanii bik'ehgo, Historic Accounting Class doo bits'ádíínáál da, átah nílį́įgo. Trust Administration Class t'éiyá bits'ádíínáálgo bee haz'ą́. Éí akwé'é Settlement yaa nát'ínígíí doo bee átah nishłį́ da dooleeł nínízingo, éí bee ádahazt'i'ígíí binahjį' a'díílíłgo bits'ádíínáál. Díí łahda óolye "opting out". Áts'ájínááhgo, éí binahjį' t'áá hwi ni'jiłtsosgo bee ná haz'ą́. Éí doodaii' ła' da ałdó' yits'ádahaaskaigo bił ałhizhdiikah dóó t'áá sahdii Wáashindoon bee nida'jiłtsos díí Trust Fund Administration dóó Land Administration Claims bik'įį'.

Trust Administration Class bits'ádeesháál nínízingo,
- Doo éí béeso naa doo'nił da Fund Administration dóó Land Administration Claimsdę́ę'.
- Aahwiinít'į́įdoo yee níhwini'ánígíí doo bee ni'dótá' da dooleeł dóó bee ná áhoot'i' Wáashindoon bee ni'níłtsoosgo.
- Doo nił áhot'éhígíí éí doodaii' doo hait'áo da bik'íyádííłtih da díí Trust Administration Class baa hwiinít'į́ bídadeet'i'ígíí.

Historical Accounting Class átah nílį́įgo:

- Doo bíts'á'ádi'díílt'ééł da.

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

- Aahwiinít'íídéé' Settlement yee lá asłįį'go, doo Wáashindoon bee ni'díiłtsos da díí Historical Accounting Claims bee.
- $1,000 béeso nich'į' níiłyáago.
- Díí Settlement ádoolyįįłígíí doo nił áhot'éégóó dóó bee hadíídzihígíí hóló̧ogo bee haz'á.

## 29. Hait'áo éí Trust Administration Class bits'ádeesháál?

Áts'ádeesháál nínízingo, naaltsoos ádíílííł áts'ádeesháál diníigo díí *Cobell v. Salazar* baa hwiinít'íníígíí doo anishtah da dooleeł nínízingo. T'áá át'é nizhi' bee nee hwi'dólzinígíí ádíílííł, nibéésh bee hane'í, ninaatsoos dootł'izhí binumber, ni IIM account binumber(s) (hóló̧ogo), dóó nízhi' díízoh. Nahji' hadeesháál díníigo da hódíílnih éí doodaii' béésh łichii'ii t'áá bí nitsékeesígíí biyi'jį' da. Naaltsoos ádíí'áh nahji' haasháah díníigo yíiníkeedígíí éí **April 20, 2011** bijį' bik'ísi'ą́ago kojį' ádíílííł:

Indian Trust Exclusions
P.O. Box 9419
Dublin, OH 43017-4519

T'áá shó̧odi baa áko nínízin díí béeso $1.512 billion Accounting/Trust Administration Fund biyi'dȩ́é' nich'į' niiłyéhę̧ęe díí Trust Administration Class t'áá átah níłįįgo nahji' haasháah díiníníídgo béeso nich'į' nidoolyéłę̧ę éí t'óó Wáashindoon baa nídoo'nił.

# Settlementígíí Bik'íjį' Hajidziihgo Éí Doodaii' Bá Hajidziihgo

## 30. Hait'áo éí bik'íjį' hádeesdzih éí doodaii' bá hádeesdzih?

Class Members danilį́nígíí Settlement yik'íjį' hadaadziihgo éí doodaii' t'óó yaa hadaadziihgo bee haz'á. Áko ndi, Trust Administration Class bits'éiníyáago, bik'íjį' hanídziihgo éí doodaii' t'óó baa hanídziihgo, Settlement doo nił yá'át'éhígí t'éiyá. Áádóó ałdó', bee hádíídzih éí doodaii' bik'íjį' hádíídzih bą̧ąh haaz'lį́'ígíí dóó béeso chodeiyoos'įįdígíí díí Class Counsel dóó na'anish bóhoneedlį biniiyé béeso niheesya'ígíí dóó Class Representatives bá dahaazlį́'ígíí aahwiinít'įįdoo níidinį'ą́nígíí (Na'ídíkid 33 díníł'įįł). Díí Settlement doo ła' nił áhot'éégóó biniinaanígíí ájiił'įįh. Díí Settlementígíí hwił aaníigo ałdó' bee hajidzih. Doo nił áhot'éégóó dóó bá hadeesdzih nínízingo, naaltsoos ádíílííł díí bikáa'go:

(a) Bee wójíhígíí (*Cobell v. Salazar*) dóó bee wólta'ígíí (1:96cv01285);
(b) Nízhi' t'áá át'é, ninaaltsoos nináhajeehígí, nibéésh bee hane'í, IIM account binumber(s) dóó nízhi' yisdzohgo;
(c) Bee hadeesdzih díí Settlementígíí, bídáołta'ígíí (1) bik'é'azlá dóó bą̧ąh aazlį́' wókeed Class Counsel bá, (2) na'anish bóhoneedlį biniiyé béeso Wáashindoon dóó Class Representatives báá dahaazlį́'ígíí, éí doodaii' (3) nááná ła' bą̧ąh nááda'azlį́'ígíí aahwiinít'įįdoo níídiní'ą́nígíí. Bee hanídziihígíí biniiyé hóló̧ogo éí díí Settlement bik'íjį' hádíídzih; áádóó
(d) Bee haz'ą́anii k'ehgo éí doodaii' t'áá aanii bik'ehgo ádahoodzaa'ígíí bee áká'a'ayeed biniiyé aahwiinít'įįdi bił iishjání ájííł'įįh Class Member bee átah jiłįįgo bee biká'ájilwo' biniiyé, dóó azhą́ shį́į Fairness Hearingdi daats'í hójiló̧o dooleeł ndi.

Naaltsoos ádíílííł bee hanídziihígíí dóó doo nił aanínígíí táa'go haz'á bich'į' á'díílíílígíí éí **April 20, 2011** jį' t'ahdoo iiłkáahgóó:

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

13

| Aahwiinít'į | Class Counsel | Defense Counsel |
|---|---|---|
| Clerk's Office | Cobell Class Counsel | Robert E. Kirschman, Jr. |
| United States District Court | 607 14th Street, NW | Dept of Justice, Civil Div. |
| for the District of Columbia | Suite 900 | P.O. Box 875 |
| 333 Constitution Avenue, N.W. | Washington, DC 20005-2018 | Ben Franklin Station |
| Washington, DC 200001 | | Washington, DC 20044 |

T'áá ní bik'é'ásíníłáago, bee ná áhoot'i' Fairness Hearingdi bá hadeesdzih éí doodaii' shił áhot'éhígíí da bee hádeesdzih nínízingo haz'á éí díí béét'é daats'í, bóhínéedzáą daats'í, éí doodaii' t'áá daats'í ákodaat'é díí Settlementígíí (Na'ídíkid 36 dííníł'įįł).

31. Hait'áo ał'áą át'é díí Settlementígíí bik'íįį' haasdziihgo dóó nahjį' haasháahgo?

Settlementígíí t'áá haa'í da doo hoł áhot'éégóó ako ndi Class Members t'áá átah nishłįįdoo jiníigo bííghah. Doo hoł áhodaat'éhígíí aahwiinít'įįdoo há yaa áhonízingo ájiił'įįh. Náábináąjį' náánél'įįgo, nahjį' hajígháahgo éí doodaii' "opting out" ááh yíłnínígíí éí Trust Administration Class doo átah nishłįį dadoo jiníigo ájiní éí doodaii' Settlement bibéeso niiłyéhígíí doo ła' shaa doo'nił da. Ats'áhwi'deelt'e'go éí t'áá ałtso Settlement bee há áhoot'i'ígíí ninázhdi'ááh éí Trust Fund Administration Claims éí doodaii' Land Administration Claims ááh yíłní, haałá éí baa hwiinít'íneę k'ad doo nídadéét'i' da. Nahjį' háiníyáago, bee ná áhoot'i' t'áá ní ni'níłtsoosgo.

# Agha'diit'aahii ná yáłti'ígíí

32. Díí baa hwiinít'íníghíísh biniiyé she'agha'diitaahii hóló?

Aoo'. Aahwiinít'įįdoo agha'diit'aahii há yik'ídiilnih dóó Class Members bá éí "Class Counsel" ádaat'é éí ádaolyéhígíí:

| Dennis Gingold | Keith Harper |
|---|---|
| 607 14th Street, NW, Suite 900 | Kilpatrick Townsend & Stockton LLP |
| Washington, DC 20005-2018 | 607 14th Street, NW, Suite 900 |
| | Washington, DC 20005-2018 |

Doo éí díí agha'diit'aahii bik'éni'dííléél da. Nááná ła' agha'diit'aahii shá sizįįdoo nínízingo, t'áá ní ła' choidíílt'éél t'áá ní bik'é'ásíníłáago aahwiinít'įįdi ná yáłti'doo biniiyé.

33. Hait'áo éí agha'diit'aahii bich'į' nida'doolyéél? Class Representatives bináánéit'áníghíísh ła' bich'į' nidahidoolyéél?

Agha'diit'aahii bąąh hílínígíí, Class Counsel bąąh haazlį'ígíí dóó yik'énidaashnishígíí éí aahwiinít'įįdoo bee haz'áanii bik'ehgo dooleeł, Class Members béeso bee baa áháyánígíí éí t'áá sahdii íłįįgo Wááshindoondéę' yaa nitsékees éí binahjį' díí trust yíhwideez'ąądoo dóó yik'é íyíilaa. Béeso ach'į' nidahidoolyéélígíí éí Accounting/Trust Administration Fund biyi'déę'doo.

Settlement binahjį' bee łą azlį'ígíí, nida'astsoozígíí aahwiinít'į yił iishjání ádayiilaa béeso bąąh haazlį'ígíí, béeso chodaoz'įįdígíí, dóó kódoo December 7, 2009 bąąh da'azlį'ígíí. Nida'astsoozígíí yee hadaasdzí'ígíí éí kódaat'é:

Ná'ídíłkidísh?  Koji' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

1. December 7, 2009 yę́ędą́ą' ałts'ą́áhdę́ę' agha'diit'aahii bąąh hilínígíí yee nidahaz'ą́, béeso chodaoz'į́įdígíí, aahwiinít'į́įdi bee hideesnáá'ígíí biyi' ádaaníigo agha'diit'aahii bich'į' niilyéhígíí, yik'é naashnish bąąh haazlį́'ígíí dóó díí Class Counsel doo díí béeso $99,900,000.00 biláahgo ałdó' doo hach'į' nidadoolyééł da. Éí nát'ą́ą' bee haa'ádziihígíí éí baa hwiinít'ínígíí éí díí Class Counsel doo $50 million biláahgo ałdó' hach'į' nidoolyééł da ní. Díí bee ałha'deet'ánígíí díí kót'éego bii' hóló www.IndianTrust.com.

2. Ni'níłtsoozígíí áníigo éí Class Counsel $99.9 million béeso nidoolyééł díí December 7, 2009jį' nida'azhnishígíí bá.

3. Class Counsel nidaalnishígíí béeso bee lą́ ádooleełígíí náwólníigo yik'é nidaalnish, éí Class Counsel bich'į' nídoolyééłígíí éí 14.75% díí béeso classes bá wókeedígíí binahjį'. 14.75% éí $1,512,000,000 béeso bee wólta'go bits'ádoodzoh éí Settlement account biih doo'nił éí binahjį' éí béesoígíí $223,020,000.00 Class Counsel baa doo'nił.

4. Aahwiinít'į́įdoo éí doo bee bi'dótą' da díí bee ałhada'deest'ánígíí béeso chodao'įnígíí díí Class Representatives dóó Class Counsels bita'gi. Aahwiinít'į́įdoo bí bąąh silá hait'áo a'doolíłígíí biláahgo da éí dodaii' t'áá ach'į'go da Class Counsel baa doo'niłígíí éí díí Class Counsel ąąh háyíítsíígíí, áádóó ałdó' t'áá bida'ínííshgo béeso baa ninádahabį́hígíí t'áá ákwíííjį ha'át'íí shį́į bik'e'azláhígíí díí bee ni'iłtsoozígíí bee hasht'é doolnííł biniiyé. Díí éí naaltsoos dabikáá'doo áádóó aahwiinít'į́ bił haz'ą́di alą́ąjį' naaltsoos ííl'íní yisnildoo, United States District for the District of Colunbiadi, 333 Constitution Ave. NW, Washington, DC 20001.

Agha'diit'aahii, bich'į' nídoolyééłígíí bee ałha'deet'ánígíí, béeso chodeiyoos'į́įdígíí, háádadilyáago, éí Class Counsel daats'í $12 million bich'į' nídoolyééł binaanish bá, éí December 7, 2009 bikéedoo bąąh nááda'azlį́'ígíí bikéedoo. Class Counsel éí doo béeso hach'į' ni'doolyééł da t'áá hazhó'ó Settlementígíí aahwiinít'į́įdoo bee lą́ azlį́'go t'éiyáhí. T'áá át'é béeso wókeedígíí, béeso chodaoz'į́įdígíí dóó bee nida'azhnishígíí díí December 7, 2009 dóó hoshdę́ę' éí Class Counsel kónéeląą́' bik'e nishishnish níigo dóó aahwiinít'į́įdoo yee lą́ áleeh, éí Class Members danilínígíí yee hádaadzih dóó bik'ijį' astsoozígíí nát'ą́ą́ háádahaasdzíí' bikéedoo.

Nida'astsoozígíí éí nida'doołtsos agha'diit'aahii bich'į' ni'doolyééł daaníigo dóó naaltsoos bikáa'go díí biniiyé dóó hót'áo ádadoolyįįł dabikáa'go éí wókeedígíí éí doo **January 20, 2011** jį' iiłkááhgóó ádazh'dooλíił. Éí naaltsoos niiłtsoozígíí dóó naaltsoos bikáá' ádaalyaaígíí éí kwé'é hólǫ́ǫdoo www.IndianTrust.com. Díí Attorney bich'į' níhídoolyééłígíí bee ałha'deet'ą́nígíí, béeso chodayoos'į́įdígíí, dóó t'áá bíighahdoo nida'astsoozígíí naaltsoos nídéidoołtsos agha'diit'aahii bich'į' nídoolyééłígíí, áádóó bee hada'iisdzí'ígíí ałdó' yah ánídéidoonił éí díí Class Counsel ąąh háyíítsíígíí, áádóó ałdó' t'áá bida'ínííshgo béeso baa ninádahabį́hígíí t'áá ákwíííjį ha'át'íí shį́į bik'e'azláhígíí díí bee ni'iłtsoozígíí bee hasht'é doolnííł biniiyé. Díí éí naaltsoos dabikáá'doo áádóó aahwiinít'į́ bił haz'ą́di alą́ąjį' naaltsoos ííl'íní yisnildoo, United States District for the District of Colunbiadi, 333 Constitution Ave. NW, Washington, DC 20001.

Nida'astsoozígíí ałdó' naaltsoos nídéistsooz binahjį' ééh hózingo aahwiinít'į́įdi éí díí na'anish bee bóhonéedlí biniiyé baa doo'nił dóó ha'át'íí shį́į yik'e ni'níláhígíí nát'ą́á' baa nídoo'nił díí Class Representatives bich'į' éí hot'é:

|  |  |
|---|---|
| Elouise Pepion Cobell | $2,000,000.00 |
| James Louis Larose | $ 200,000.00 |
| Thomas Maulson | $ 150,000.00 |
| Penny Cleghorn | $ 150,000.00 |

Nada'astsoozígíí ałdó' díí dayóokeed $10.5 million béeso nát'ą́á' nínádoolyééł Class Representatives bich'į' béeso chodayoos'į́įdígíí biniiyé. Díí béeso wókéédígíí éí Class Members bich'į' nídahalyéhígíí

Ná'ídíłkidísh?  Kojį' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

koji Class Representatives binaanish ádayiilaaígíí bá bikáá' dah náánásnildoo. Haashį́į́ néelt'e' ach'į' nídoolyééłígíí éí Accounting Administration Trust Fund biyi'déé' nídoolyééł.

Nida'astsoozígíí éí nida'dooltsos na'anish bíhwíneedlį́į́go béeso aa yi'nílígíí bich'į' ni'doolyééł daaníigo dóó naaltsoos bikáa'go díí biniiyé dóó hót'áo ádadoolyį́į́ł dabikáa'go éí wókeedígíí éí doo **January 20, 2011**jį' iiłkááhgóó ádazh'doolííł. Éí naaltsoos niiltsoozígíí dóó naaltsoos bikáá' ádaalyaaígíí éí kwé'é hólǫ́ǫdoo www.IndianTrust.com.

Class Members dajilínígíí dóó hwee nida'astsoozígíí bee há haz'ą́ díí doo shił áhot'ée da dóó bee hádeesdzih díí nida'astsoozígíí koji Class Counsel dóó Class Representatives yá yókeedígíí (Na'idíkid 30 díníłʼįį́ł). Díí doo áhot'ée da dóó hada'iisdzi'ígíí díí hwee ni'íltsoozígíí dóó Class Members dajilínígíí, éí aahwiinít'į́įdoo yee hadoodzih haanéelt'e' (a) agha'diit'aahii bich'į' nídoolyééł, béeso chodaoz'į́įdígíí bá, (b) nida'astsoozígíí béeso bóhoneedlínígíí baa doot'áíł dóó béeso nát'ą́á' bich'į' ninádahidoolyééł chodayoos'į́įdyę́ę bee haz'áanii bik'ehgo a'doolyį́įł Class Members béeso bee baa áháyánígíí éí t'áá sahdii ílį́į́go Wááshindoondéé' yaa nitsékees éí binahjį' díí Trust yíhwideez'ą́ądoo dóó yik'ehgo íyíilaa.

## Aahwiinít'į́įdoo Fairness Hearing Áleeh

**34. Hahgo dóó háadi éí aahwiiní'į́įdoo díí Settlementígíí yee lą́ áleeh?**

Aahwiinít'į́įdoo Fairness Hearing áleeh 10:00góó oolkiłgo abinígo **June 20, 2011**go, Wááshindoon bi'aahwiinít'į́ haz'ą́adi District of Columbiadi, 333 Constitution Avenue NW, Washington, DC. Díí Fairness Hearingígíí nááss didoot'áálgo da át'é áko ndi doo da bee ił hodoonih da ákodzaago, éí biniinaa t'áá áhą́ąh díí www.IndianTrust.com éí doodaii' díí bich'į' hódíílnih 1-800-961-6109 go ná yá'át'ééh.

Díí aahwiinít'į́įdi, aahwiinít'į́įdoo éí díí Settlementígíí daats'í bééłt'é, bóhóneedzá daats'í, dóó bíighah daats'í. Doo ákodaat'éhígíí hólǫ́ǫgo, éí aahwiinít'į́įdoo yídínóol'į́įł. Aahwiinít'į́įdoo ałdó' agha'diit'aahii haaneełą́á' bich'į' nídoolyééłígíí díí Class Members yá yáłti'go yídínóol'į́įł dóó béeso daats'í t'áá ła' bá bik'iih doot'áíł díí Class Representatives danilínígíí. Aahwiiníst'į́íd bikéedoo, aahwiinít'į́įdoo éí Settlement bee lą́ a'dooleełígíí bąąh silá. Díí bee níhwidoot'áłígíí doo béé hozin da hait'áo bee hodidoonááłígíí.

**35. Baa hwiinít'į́įgóósh ákǫ́ǫ́ deesháál?**

Nidaga'. Class Counsel éí aahwiinít'į́įdoo na'ídíkidígíí nát'ą́á' yee haahídoodzih. Áko ndi shidó' ákǫ́ǫ́ deesháál nínízingo éí t'áá ní bik'é'ásíníłáadoo. Doo nił áhot'éhígíí dóó hanídziihígíí naaltsoos bił e'éleehgo, áko éí doo aahwiinít'į́įdi biniiyé jídoogááł da. Díí naaltsoos a'jiiłaaígíí bee há haz'ą́ goné' ájiilaago, aahwiinít'į́įdę́ę' há yídínóol'į́įł. Áádóó ałdó' agha'diit'aahii t'áá sahdii bik'é ni'íiníláago shá ákǫ́ǫ́ doogááł nínízingo t'áá bee haz'ą́, ndi doo wókeed da.

**36. Baa hwiinít'į́įdi haasdziihgóóísh bee shá haz'ą́?**

Aoo'. Fairness Hearing áleehdi aahwiinít'į́įdoo hadeesdzih jiníigo bíjóki'. Fairness Hearingdi jigháahgo haz'ą́ díí bee hazhdoodzihígíí hólǫǫgo díí bééłt'ée daats'í, bíhónéedzá daats'í, t'áá bíighah daats'í díí Settlementígíí.

---

Ná'ídíłkidísh? Koji' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

# T'áá niit'éé'go Yaa Halne'ígíí

## 37. Hait'áo éí t'áá bitisgo yee shił hodoolnih?

Díí ił hane'ígíí Settlementígíí ch'ídaast'ą́ągo yaa halne'. Settlement Agreementígíí t'áá lą́'ígo yaa halne'. Díí Settlement Agreementígíí ła' nízhdidoołtsos áádóó bee ał'ą́ą́ át'áo ánídaalyaaígíí naaltsoos bii' daasdzooígíí t'áá bóoltą́'go jinízingo éí díí biyi' hóló̧ www.IndianTrust.com. Áádóó ałdó' naaltsoos ázhdoolííł bina'ízhdíłkidígíí koji̧' Indian Trust Settlement. P.O. Box 9577, Dublin, OH 43017-4877. Áádóó biniiyé hazhdiił'įįhgo t'áá dahwééłzhiishgo baa dahane'ígíí jóki' áádóó shidó' átah jiníigo biniiyé hazhdiił'įįh éí díí béésh łichíí'ii t'áá bí nitsékeesígíí bii' hóló̧, éí doodaii' t'áá jíík'eh hane'ji̧' hódíílnih éí 1-800-961-6109.

Ná'ídíłkidísh?  Koji̧' hódíílnih 1-800-961-6109 éí doodaii' nihaa nánítá www.IndianTrust.com

17

# EXHIBIT B

# Indian Trust Settlement
### www.IndianTrust.com

Español | Diné

| |
|---|
| Home |
| Important Dates |
| Detailed Notice |
| Summary Notice |
| File a Claim / Register to Participate |
| Informational Meetings |
| Frequently Asked Questions |
| Court Documents |
| Press and News Releases |
| Update Your Contact Information |
| Contact Us |

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## Welcome to the *Cobell v. Salazar* Settlement Website

This website contains important information about the $3.4 billion Indian Trust Settlement.

On December 21, 2010, The United States District Court for the District of Columbia granted preliminary approval to the Settlement. On December 8, 2010, President Obama signed legislation approving the Settlement and authorizing $3.4 billion in funds.

You may be a part of this Settlement with certain rights in this Settlement if you are an:

- Individual Indian Money ("IIM") account holder (even if the account is currently not active or open),

- Individual Indian who has or had an ownership interest in land held in trust or in restricted status,

- Heir to a deceased IIM account holder or individual landowner.

If you are NOT currently receiving quarterly or annual IIM account statements and believe you are part of this Settlement, you will need to **File a Claim Form / Register to Participate**. You have the option to File a Claim Form / Register to Participate online, or to download and print the Claim Form for mailing. To obtain a Claim Form, you may also call the toll-free number or write to Indian Trust Settlement and request that a Claim Form be mailed to you.

Please be sure to review the **Detailed Notice** to fully understand your rights.

**Settlement Video: This video contains important information about the Indian Trust Settlement. In the video, Elouise Cobell describes the Settlement and answers frequently asked questions about how to participate, your legal rights, and how to get money if you qualify.**

- **View Cobell Settlement Video in English**
- **Mirar video del Acuerdo Cobell en Español**
- **Dinék'ehgjí Cobell Settlement Dínííl'įįl**
- **Tsa-la-gi yi-gv-ne-lv di-da-yv-la-di-s-gi hi-ga-to-s-ta-nv-i Cobel du-na-da-ni-tse-lv-i**
- **Itówabwananškanškan Lakȟótiya Wayásupi Yuštánpi Cobell hé wanyankapo**
- **View Cobell Settlement Video in Crow**
- **Tangvagluku Yugtun Cobell-aam Settlement-aa video-tgun**
- **Ganawaabadaan yo'o maazinaatesegin**
- **Wayaka Cobell yustanpi wapazo en Ikce Wicasta**
- **Cobell Settlement bii danakęęs híí nínl'įį**

This website will be updated as more information becomes available. Please check back periodically for important updates regarding the Settlement.

PRIVACY POLICY    |    © 2011  GCG, INC.    |    ALL RIGHTS RESERVED

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- File a Claim / Register to Participate
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## Important Dates

| | |
|---|---|
| **Settlement Agreement:** | December 7, 2009 |
| **President Obama Signs Legislation Approving the Settlement and Authorizing $3.4 billion in Funds:** | December 8, 2010 |
| **Deadline to Exclude yourself from the Settlement (Trust Administration Class Only):** | April 20, 2011 [Expired] |
| **Deadline to Object or Comment on the Settlement:** | April 20, 2011 [Expired] |
| **Deadline to Submit a Notice of Intent to Appear and Speak at the Fairness Hearing:** | April 20, 2011 [Expired] |
| **Fairness Hearing:** | June 20, 2011 at 10:00 a.m. |
| | United States District Court for the District of Columbia 333 Constitution Avenue NW Washington, DC |
| **Deadline to File a Claim / Register to Participate:** | Due within 45 days of the Court's Final Approval of the Settlement (or, at a later date set by the Court) |

PRIVACY POLICY | © 2011 GCG, INC. | ALL RIGHTS RESERVED

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- **Detailed Notice**
- Summary Notice
- File a Claim / Register to Participate
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

## Detailed Notice

For more information on the Settlement, please download and view the Detailed Notice.

- Detailed Notice

### Viewing PDF Documents On This Website

You will need Adobe Reader to view the PDF documents. If you do not have Adobe Reader, you may download it by clicking below:

 **Get Acrobat Reader**

**Questions?**

Call Toll-Free: 1-800-961-6109

Email: Info@IndianTrust.com

By Mail: Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

### Ask Elouise

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

GCG   PRIVACY POLICY  |  © 2011  GCG, INC.  |  ALL RIGHTS RESERVED

# Indian Trust Settlement
### www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- File a Claim / Register to Participate
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

### Viewing PDF Documents On This Website

You will need Adobe Reader to view the PDF documents. If you do not have Adobe Reader, you may download it by clicking below:

 Get Acrobat Reader

**Questions?**

Call Toll-Free: 1-800-961-6109

Email: Info@IndianTrust.com

By Mail: Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

### Ask Elouise

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

## Summary Notice

For more information on the Settlement, please download and view the Summary Notice.

- Summary Notice

# Indian Trust Settlement
### www.IndianTrust.com

Español | Diné

Home

Important Dates

Detailed Notice

Summary Notice

File a Claim / Register to Participate

Informational Meetings

Frequently Asked Questions

Court Documents

Press and News Releases

Update Your Contact Information

Contact Us

**Questions?**

**Call Toll-Free:** 1-800-961-6109

**Email:** Info@IndianTrust.com

**By Mail:** Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

## File A Claim / Register To Participate

**IMPORTANT NOTE:** If you **are NOT** currently receiving quarterly or annual IIM account statements and believe you are part of this Settlement, **you must File a Claim / Register to Participate**. You can File a Claim / Register to Participate online or print out a paper Claim Form that you can fill out and submit by mail. To obtain a Claim Form, you may also call the toll-free number or write to Indian Trust Settlement and request that a Claim Form be mailed to you.

If you **are** currently receiving quarterly or annual IIM account statements, you **do not** need to complete a Claim Form to participate **unless** you also:

- Believe you owned an interest in trust or restricted land on September 30, 2009; or

- Believe you had an IIM account open sometime between 1985 and September 30, 2009 and are not receiving current statements on that account; or

- Want to establish your status as an heir to a deceased IIM account holder or individual landowner.

The information that you provide on the Claim Form will only be used to process your claim and to update Department of the Interior records.

If you are currently receiving IIM account statements, but need to **update your contact information with the Claims Administrator, please click here**.

### Claim Form / Registering to Participate Filing Options

- If you would like to file a Claim Form / Register to Participate electronically, please select the following option:

  **File a Claim Form Electronically**

- If you would like to download a Claim Form / Register to Participate by mailing your completed form to the Claims Administrator along with the required documentation, please select the following option:

  **Download and Mail in a Paper Claim Form**

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- **File a Claim / Register to Participate**
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

If you have already received a Claim Form with your Claim and Control numbers and would like to file your claim online or if you have already started the online claim form process, please enter your Claim and Control Numbers below.

Claim Number: [                    ]

Control Number: [                    ]

**Submit**

If you DO NOT HAVE a Claim and Control Number, start your online claim here.

**Questions?**

Call Toll-Free: 1-800-961-6109

Email: Info@IndianTrust.com

By Mail: Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

iim v1.3.0 gcgo-jbprd3

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- **File a Claim / Register to Participate**
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

Claim Number: **50000001**
Control Number: **0100000001**

---

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

## Class Member Information

Important Note: You do not need to fill out a Claim Form if you are currently receiving account statements for your IIM account unless you also believe you have a claim under sections A, B, and/or C. See below.

**IMPORTANT: Please do not use your browser's "back" button.**

### Your Information

Name:

Address:

City:

State:

Zip Code:

Country: United States of America ▼

Your Tribal Membership Number:

Your Social Security Number:

☐ Social Security Number not available

Your Date of Birth: (mm/dd/yyyy)

Email:

☐ Check this box if you are currently receiving IIM account statements

### Your Sections

☐ **Section A**
Complete section A **only** if you do not have a current individual Indian Money (□IIM□) account, but believe you owned an interest in trust or restricted land on September 30, 2009

☐ **Section B**
Complete section B **only** if you do not have a current individual Indian Money (□IIM□) account, but believe you had an IIM account open sometime between 1985 and September 30, 2009

☐ **Section C**
Complete section C **only** if you want to establish your status as an heir to a deceased IIM account holder or individual landowner

**Save & Continue ->**

**Save For Later**

PRIVACY POLICY   |   © 2011  GCG, INC.   |   ALL RIGHTS RESERVED

iim v1.3.0 gogo-jbprd3

**Indian Trust Settlement**
www.IndianTrust.com

Español  |  Diné

Home

Important Dates

Detailed Notice

Summary Notice

File a Claim / Register to Participate

Informational Meetings

Frequently Asked Questions

Court Documents

Press and News Releases

Update Your Contact Information

Contact Us

Claim Number: **50000001**
Control Number: **0100000001**

Questions?

Call Toll-Free: **1-800-961-6109**

Email: **Info@IndianTrust.com**

By Mail: Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## Section A: TRUST LAND INFORMATION

NOTE: Complete section A <u>only</u> If you believe you may own trust or restricted land. Please fill out the information about trust or restricted land that you believe you owned in whole or part on September 30, 2009 in the space provided below.

**Land Address 1**

Land Address:

City:

State:

Zip Code:

Land Parcel Number:

Other Information that Helps to Identify the Land:

**Documentation Required:** Please include copies of any documents that help to show that you owned trust or restricted land on September 30, 2009. On the last screen, prior to submission, there will be a place for you to upload this information or you can send it to the Settlement Administrator with your claim and control number which will be given to you upon submission of your Claim information.

[ <- Previous ]     [ Add Another Land Address ]

[ Save & Continue -> ]

[ Save For Later ]

iim v1.3.0 gcgo-ibprd3

# Indian Trust Settlement
### www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- **File a Claim / Register to Participate**
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

Claim Number: 50000001
Control Number: 0100000001

_____

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail:** Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## Section B: IIM ACCOUNT OPEN ANYTIME BETWEEN 1985 AND SEPTEMBER 30, 2009

**NOTE:** Complete section B <u>only</u> if you do not have a current IIM Account, but believe you had an IIM Account open anytime between 1985 and September 30, 2009. Please fill out the information in the space provided below.

Your former IIM Account Number(s), if known:

1. [        ]
2. [        ]
3. [        ]
4. [        ]
5. [        ]

☐ **Check this box if you do not know your IIM Account Number(s)**

**Documentation Required** Please include copies of any documents that help to show that you had an IIM account open anytime between 1985 and September 30, 2009. On the last screen, prior to submission, there will be a place for you to upload this information or you can send it to the Settlement Administrator with your claim and control number which will be given to you upon submission of your Claim information.

[ <- Previous ]   [ Add More Accounts ]   [ Save & Continue -> ]

[ Save For Later ]

GCG\*T          PRIVACY POLICY   |   © 2011  GCG, INC.   |   ALL RIGHTS RESERVED

iim v1.3.0 pcgo-ibord3

# Indian Trust Settlement
### www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- **File a Claim / Register to Participate**
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

Claim Number: **50000001**
Control Number: **0100000001**

_____

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail:** Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## Section C: FOR HEIRS TO A DECEASED IIM ACCOUNT HOLDER OR INDIVIDUAL LANDOWNER

**NOTE:** Complete section C only if you believe that you are an heir to a deceased IIM account holder or individual landowner ("Deceased Individual"). Please fill out the information about the Deceased Individual in the space provided below.

### Deceased Individual

First Name:

Middle Initial:

Last Name:

Your Relationship to the Deceased Individual:

Tribal Membership Number:

IIM Account Number(s)
1.
2.          [ Add More Accounts ]
3.
4.
5.

☐ Check this box if you do not know the IIM Account Number(s) of the Deceased

Social Security Number:

Date of Birth:                (mm/dd/yyyy)

Date of Death:               (mm/dd/yyyy)

If you know of other heirs to a Deceased Individual, please fill out the following information as available:

### Heir 1

First Name:

Middle Initial:

Last Name:

Relationship to the Deceased Individual:

Address:

City:

State:

Zip Code:

Country:                United States of America

Date of Birth:                (mm/dd/yyyy)

Social Security Number:

Percent Interest:

Each heir to a Deceased Individual should fill out a Claim Form.

**Documentation Required:** Please provide documents that help to show that you are an heir of the above Deceased Individual such as: a death certificate, Power of Attorney, an obituary identifying you as a survivor, a Last Will and Testament, or similar documents that help to show your claim. On the last screen, prior to submission, there will be a place for you to upload this information or you can send it to the Settlement Administrator with your claim and control number which will be given to you upon submission of your Claim information.

[ <- Previous ]   [ Add Another Heir ]   [ Save & Continue -> ]

[ Save For Later ]

PRIVACY POLICY  |  © 2011  GCG, INC.  |  ALL RIGHTS RESERVED

iim_v1.3.0.0000-host3

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

Home

Important Dates

Detailed Notice

Summary Notice

**File a Claim / Register to Participate**

Informational Meetings

Frequently Asked Questions

Court Documents

Press and News Releases

Update Your Contact Information

Contact Us

---

Claim Number: **50000001**
Control Number: **0100000001**

---

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
P.O. Box 9577
Dublin, OH 43017-4877

---

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

---

## DOCUMENTATION UPLOAD

This page allows you to upload supporting documentation for each section completed. Please select the browse button to search your computer for the document you would like to attach.

[                    ]  Browse...
(only PDF and TIFF/TIF files are acceptable; limit 2Gb per file)

| <- Previous | Upload File | Continue -> |

(You must click on 'Upload File' to upload a file.)

**Save For Later**

No files have been uploaded.

---

PRIVACY POLICY   |   © 2011  GCG, INC.   |   ALL RIGHTS RESERVED

GCG

iim v1.3.0 gcgo-jbprd3

**Indian Trust Settlement**
*www.IndianTrust.com*

Español  |  Diné

Home

Important Dates

Detailed Notice

Summary Notice

File a Claim / Register to Participate

Informational Meetings

Frequently Asked Questions

Court Documents

Press and News Releases

Update Your Contact Information

Contact Us

Claim Number: **50000001**
Control Number: **0100000001**

_____

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## SIGNATURE AND CERTIFICATION

By signing this document, I certify under penalty of perjury that the information I have provided on this Claim Form is accurate and complete.

Please type your full legal name in the signature box below. This will serve as your signature.

**Signature:** [                    ]

<- Previous     Save & Continue ->

Save For Later

PRIVACY POLICY   |   © 2011  GCG, INC.   |   ALL RIGHTS RESERVED

GCG℠

iim v1.3.0 gcgo-ibprd3

**Indian Trust Settlement**
www.IndianTrust.com

Español  |  Diné

Home

Important Dates

Detailed Notice

Summary Notice

File a Claim / Register to Participate

Informational Meetings

Frequently Asked Questions

Court Documents

Press and News Releases

Update Your Contact Information

Contact Us

Claim Number: **50000001**
Control Number: **0100000001**

_____

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters
to Indian Country from Class
Representative Elouise Cobell

## Information Review

**Please review the following information for its completeness and accuracy prior to submitting your claim.**

Claim Number: **50000001**
Control Number: **0100000001**

### Your Information:

**Name:** test
**Address:** test
       test
       test, ny 11567
       United States of America

**Your Tribal Membership Number:**
**Your Social Security Number:**    ***-**-9090
**Your Date of Birth:**    11/11/1999
**Email:**

### Section A:

Not filled out

### Section B:

Not filled out

### Section C:

Not filled out

Signature: Test

<- Previous      File Claim

iim v1.3.0 aaaa-ihost3

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- **File a Claim / Register to Participate**
- Informational Meetings
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

Claim Number: **50000001**
Control Number: **0100000001**

_____

**Questions?**

**Call Toll-Free: 1-800-961-6109**

**Email: Info@IndianTrust.com**

**By Mail: Indian Trust Settlement**
**P.O. Box 9577**
**Dublin, OH 43017-4877**

### Ask Elouise

**Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell**

---

Your Claim was filed at 09:43:33 AM PDT on May 13, 2011. Please print this for your records.

**Please print this page for your records.**

[ Print Page ]

Claim Number: **50000001**
Control Number: **0100000001**

## Your Information:

**Name:** test
**Address:** test
test
test, ny 11567
United States of America

**Your Tribal Membership Number:**
**Your Social Security Number:**          ***-**-9090
**Your Date of Birth:**                           11/11/1999
**Email:**

## Section A:

Not filled out

## Section B:

Not filled out

## Section C:

Not filled out

**Signature:** Test

---

GCG'T          PRIVACY POLICY   |   © 2011  GCG, INC.   |   ALL RIGHTS RESERVED

iim v1.3.0 gogo-jbprd3

# Indian Trust Settlement
## www.IndianTrust.com

Español | Diné

- Home
- Important Dates
- Detailed Notice
- Summary Notice
- File a Claim / Register to Participate
- **Informational Meetings**
- Frequently Asked Questions
- Court Documents
- Press and News Releases
- Update Your Contact Information
- Contact Us

**Questions?**

Call Toll-Free: **1-800-961-6109**

Email: **Info@IndianTrust.com**

By Mail: **Indian Trust Settlement**
**P.O. Box 9577**
**Dublin, OH 43017-4877**

### Ask Elouise

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

## Informational Meetings

**IMPORTANT UPDATE:** The Yakama Nation meeting on April 11 at 10:00 a.m. has been moved to the Eagle Seelatsee Auditorium, 401 Fort Road, Toppenish, WA 98948. (**Map It & Get Directions**)

For a list of all meetings, please see below.

### Search for nearby locations

City: [          ]     State: [     ]     Zip Code: [          ]

*(you may search by one or more field(s) above)*     [ Search ]

Alaska   Arizona   California   Idaho   Michigan

Minnesota   Montana   Nebraska   New Mexico   North Dakota

Oklahoma   Oregon   South Dakota   Utah   Washington   Wisconsin   Wyoming

### Alaska

**Cook Inlet Tribal Council (Map It & Get Directions)**
Rasmusson Conference Room
3600 San Jeronimo Drive
Anchorage, AK 99508
March 31, 10:00 a.m.

**David Salmon Tribal Hall (Map It & Get Directions)**
111 Clay Street
Fairbanks, AK 99701
April 1, 10:00 a.m.

### Arizona

**San Carlos Apache (Map It & Get Directions)**
San Carlos High School Auditorium
Milepost 270, Highway 70
San Carlos, AZ 85550
February 14, 3:00 p.m.

**White Mountain Apache Tribe (Map It & Get Directions)**
Council Chambers
201 East Walnut (Off Highway 73)
White River, AZ 85941
February 14, 10:00 a.m.

**Gila River Indian Community (Map It & Get Directions)**
Boys and Girls Club, East Valley Sacaton Branch
116 South Holly (Intersec. of Cholla Rd & Seedfarm Rd)
Sacaton, AZ 85147
February 15, 10:30 a.m.

**Salt River Pima Maricopa Indian Community (Map It & Get Directions)**
Salt River Community Building
1880 North Longmore Road
Scottsdale, AZ 85256
February 15, 6:00 p.m.

**Tohono O'odham Nation (Map It & Get Directions)**
Tohono O'odham San Xavier District Center
2018 W. San Xavier Road
Tucson, AZ 85746
February 16, 10:00 a.m.

## California

**Agua Caliente Band of Cahuilla Indians (Map It & Get Directions)**
Agua Caliente Casino Resort Spa, Cahuilla Room
32250 Bob Hope Drive
Rancho Mirage, CA 92270
February 2, 1 - 6 p.m.

**Morongo Tribal Chambers (Map It & Get Directions)**
Morongo Band of Mission Indians
12700 Pumarra Road
Banning, CA 92220
February 2, 9:00 - 11:00 a.m.

**Hoopa Valley Tribe (Map It & Get Directions)**
Neighborhood Facilities Tribal Office
Hwy 96
Hoopa, CA 95546
April 13, 10:00 a.m.

**Yurok Tribe (Map It & Get Directions)**
Yurok Tribal Office
190 Klamath Blvd
Klamath, CA 95548
April 13, 4:00 p.m.

## Idaho

**Nez Perce (Map It & Get Directions)**
Clearwater Event Center
17500 Nez Perce Rd.
Lewiston, ID 83501
March 10, 5:00 pm

**Shoshone-Bannock (Map It & Get Directions)**
Tribal Business Center (The Dome Room)
Pima Drive
Fort Hall, ID 83203
March 22, 1:30 p.m.

## Michigan

**Keeweenaw Bay Indian Community (Map It & Get Directions)**
Ojibwa Hotel Conference Room
16449 Michigan Avenue (Hwy M-38)
Baraga, MI 49908
April 11, 2:30 p.m.

## Minnesota

**Fond du Lac Band of Lake Superior Chippewa (Map It & Get Directions)**
Fond du Lac Elderly Nutrition Center
1720 Big Lake Road
Cloquet, MN 55720
February 4, 9:00 a.m.

**Leech Lake Band of Ojibwe (Map It & Get Directions)**
Bingo Hall at the Palace Casino
6280 Upper Cass Frontage Road NW
Cass Lake, MN 56633
April 13, 11:00 a.m.

**Red Lake Band of Chippewa (Map It & Get Directions)**
Red Lake Humanities Building
Hwy 1
Redlake, MN 56671
April 13, 3:00 p.m.

**White Earth Band of Chippewa (Map It & Get Directions)**
Shooting Star Casino
777 South Casino Road
Mahnomen, MN 56557
April 14, 11:00 a.m.

## Montana

**Fort Peck (Map It & Get Directions)**
Fort Peck Community College - Greet the Dawn Auditorium
605 Indian Ave.
Poplar, MT 59255
February 17, 6:00 p.m.

**Fort Belknap College (Map It & Get Directions)**
Little River Learning Lodge
Fort Belknap, MT 59526
February 18, 9:00 a.m.

**Confederated Salish and Kootenai Tribes (Map It & Get Directions)**
**of the Flathead Reservation**
Johnny Arlee Victor Charlo Theatre Bldg #83, Salish Kootenai College
58138 US Highway 93
Pablo, MT 59855
March 9, 5:00 p.m.

**Northern Cheyenne (Map It & Get Directions)**
Bingo Hall, Charging Horse Casino
1/2 Mile East Lame Deer Hwy 212
Lame Deer, MT 59043
March 24, 11:30 a.m.

**Crow (Map It & Get Directions)**
Crow Public School Cafeteria
101 Makata
Crow Agency, MT 59022
March 24, 3:30 p.m.

Nebraska

**Santee Sioux** (Map It & Get Directions)
Ohiya Casino - Bingo Hall
52946 Highway 12
Niobrara, NE 68760
February 22, 1:30 - 4:30 p.m.

# New Mexico

**Pueblo of Laguna Tribal Administration Building** (Map It & Get Directions)
Laguna, NM 87026
February 8, 9:00 a.m. - 12:00 p.m.

**Church Rock Chapter House** (Map It & Get Directions)
57 Telstar Road
Church Rock, NM 87311
February 8, 4:00 - 8:00 p.m.

**Farmington Civic Center** (Map It & Get Directions)
200 West Arrington
Farmington, NM 87401
February 9, 10:00 a.m. - 2:00 p.m.

**Torreon Chapter House** (Map It & Get Directions)
25 miles west of Cuba, NM on Navajo Route 9
Torreon, NM 87013
February 10, 10:00 a.m. - 2:00 p.m.

# North Dakota

**Spirit Lake Casino - Auditorium** (Map It & Get Directions)
7889 Highway 57 South
St. Michael, ND 58370
February 14, 4:30 p.m.

**Turtle Mountain Bingo Palace** (Map It & Get Directions)
Highway 5 West
Belcourt, ND 58316
February 15, 1:00 p.m.

**Four Bears Casino and Lodge** (Map It & Get Directions)
202 Frontage Road
New Town, ND 58763
February 16, 4:00 p.m.

**Standing Rock Sioux** (Map It & Get Directions)
Sitting Bull College - Lecture Room 101-120 - Science & Technology Bldg.
9299 Highway 24
Fort Yates, ND 58538
February 26, 12:00 - 4:00 p.m.

# Oklahoma

**Anadarko** (Map It & Get Directions)
Wichita Tribe Housing Authority Iscani Community Gymnasium
1 Coronado Circle
Anadarko, OK 73005
March 14, 10:00 a.m.

**Lawton** (Map It & Get Directions)
Best Western Lawton
1125 East Gore Blvd
Lawton, OK 73501
March 14, 3:30 p.m.

**Durant** (Map It & Get Directions)
Choctaw Casino & Resort - Conference Center
4418 South Hwy 69/75
Durant, OK 74701
March 15, 1:00 p.m.

**Muskogee** (Map It & Get Directions)
Muskogee Civic Center, 2nd Floor, Room D
425 Boston Street
Muskogee, OK 74401
March 16, 10:00 a.m.

**Tulsa** (Map It & Get Directions)
Tulsa Creek Indian Community Building
8611 South Union Avenue
Tulsa, OK 74132
March 16, 6:00 p.m.

# Oregon

**Kah-Nee-Ta High Desert Resort and Casino** (Map It & Get Directions)
Wasco Room
6823 Highway 8
Warm Springs, OR 97761
April 12, 10:00 a.m.

**South Dakota**

**Cheyenne River Sioux (Map It & Get Directions)**
Eagle Butte High School Auditorium
Main and Frontier Street
Eagle Butte, SD 57625
February 25, 4:30 p.m.

**Pine Ridge - Oglala Lakota College (Map It & Get Directions)**
Pejuta Haka College Center
101 Main St.
Kyle, SD 57752
February 24, 4:30 p.m.

**Rosebud Sioux (Map It & Get Directions)**
Sinte Gleska University – Multipurpose Room
Mission, SD 57555
February 23, 6:30 p.m.

**Sisseton Wahpeton (Map It & Get Directions)**
SWO Community Center
45660 Veteran's Memorial Dr.
Goodwill, SD 57262
February 27, 1:00 p.m.

# Utah

**Utah Uintah & Ouray Reservation (Map It & Get Directions)**
Ute Tribal Office - Auditorium
6964 East 100 South (2 miles south of Bottle Hollow)
Fort Duchesne, UT 84026
March 21, 2:30 p.m.

# Washington

**Great Hall at Quinault Beach Resort & Casino (Map It & Get Directions)**
78 St. Rt. 115
Ocean Shores, WA 98569
March 1, 5:00 p.m.

**Makah Community Hall (Map It & Get Directions)**
81 3rd Ave.
Neah Bay, WA 98357
March 2, 9:00 a.m.

**Little Creek Casino Resort (Map It & Get Directions)**
Sa-Heh-Wa-Mish Theater
91 W. State Route 108
Shelton, WA 98584
March 2, 5:00 p.m.

**Daybreak Star Center (Map It & Get Directions)**
Discovery Park
3801 West Government Way
Seattle, WA 98199
March 3, 9:00 a.m.

**Confederated Tribes of the Colville Reservation (Map It & Get Directions)**
Long House
4560 Hwy 155
Nespelem, WA 99155
March 11, 3:00 pm

**Yakama Nation (Map It & Get Directions)**
Eagle Seelatsee Auditorium
401 Fort Road
Toppenish, WA 98948
April 11, 10:00 a.m.

# Wisconsin

**Ho-Chunk Nation (Map It & Get Directions)**
HCN Executive Building Cafeteria
W9814 Airport Road
Black River Falls, WI 54615
February 2, 4:00 p.m.

**Lac Courte Oreilles Band of Ojibwe (Map It & Get Directions)**
LCO Casino Convention Center
13767 W County Hwy B
Hayward, WI 54843
February 3, 9:00 a.m.

**Bad River Casino Convention Center (Map It & Get Directions)**
U.S. Highway 2
Odanah, WI 54861
February 3, 4:00 p.m.

**Lac du Flambeau (Map It & Get Directions)**
Lake of the Torches, Sokaogon Room
510 Old Abe Road
Lac du Flambeau, WI 54538
April 12, 11:00 a.m.

# Wyoming

**Northern Arapaho (Map It & Get Directions)**
Wind River Casino
10269 HWY 789
Riverton, WY 82501
March 23, 2:00 p.m.

PRIVACY POLICY   |   © 2011  GCG, INC.   |   ALL RIGHTS RESERVED

# Indian Trust Settlement
### www.IndianTrust.com

Español  |  Diné

| |
|---|
| Home |
| Important Dates |
| Detailed Notice |
| Summary Notice |
| File a Claim / Register to Participate |
| Informational Meetings |
| **Frequently Asked Questions** |
| Court Documents |
| Press and News Releases |
| Update Your Contact Information |
| Contact Us |

**Questions?**

Call Toll-Free: 1-800-961-6109

Email: Info@IndianTrust.com

By Mail: Indian Trust Settlement
P.O. Box 9577
Dublin, OH 43017-4877

**Ask Elouise**

Ask Elouise is a series of open letters to Indian Country from Class Representative Elouise Cobell

## Frequently Asked Questions

### BASIC INFORMATION

1. What is a Class Action?
2. What are Individual Indian Money ("IIM") accounts?
3. Who is affected by this Settlement?
4. What is this lawsuit about?
5. Why is there a Settlement?

### WHO IS IN THE SETTLEMENT?

1. Who is part of the Settlement?
2. Are there exceptions to being included?
3. If I never had an IIM account or my IIM account is now inactive or never existed, does this Settlement affect me?
4. I'm not sure if I'm included in the Settlement.

### THE SETTLEMENT BENEFITS - WHAT YOU GET

1. What does the Settlement provide?
2. What is fractionated land?
3. How much will my payment be if I'm an Accounting Class Member?
4. How much will my payment be if I'm a Trust Administration Class Member?
5. How will the Accounting/Trust Administration Fund be distributed?
6. What happens to any funds left in the Accounting/Trust Administration Fund?
7. What is the Trust Land Consolidation Fund?
8. How much money can I get from selling my land?
9. How can I sell my land?
10. What happens to land when owners cannot be located?
11. How long will the Trust Land Consolidation Fund continue?
12. How will the Indian Education Scholarship Fund work?
13. How will the Indian Education Scholarship Fund be administered?
14. How does this Settlement affect Indian trust reform?
15. Does the Settlement affect my rights or the rights of my tribe to sue the government to get the Black Hills returned?

### HOW TO GET A PAYMENT

1. How can I get a payment?
2. When will I get my payment?

### REMAINING IN THE SETTLEMENT

1. Do I need to do anything to remain in the Settlement?
2. What am I giving up as part of the Settlement?

### EXCLUDING YOURSELF FROM THE SETTLEMENT

1. What if I don't want to be in the Settlement?
2. How do I get out of the Trust Administration Class?

### OBJECTING TO OR COMMENTING ON THE SETTLEMENT

1. How can I object to or comment on the Settlement?
2. What's the difference between objecting to and excluding myself from the Settlement?

### THE LAWYERS REPRESENTING YOU

1. Do I have a lawyer in the case?
2. How will the lawyers be paid? Do the Class Representatives get paid extra?

## THE COURT'S FAIRNESS HEARING

1. When and where will the Court decide whether to approve the Settlement?
2. Do I have to come to the hearing?
3. May I speak at the hearing?

## GETTING MORE INFORMATION

1. How do I get more information?



**Search FAQs**

**Helpful Hint:** Using the general subject of your question may provide the best search results. For example, enter the word "hearing" in the search box to find information about the Settlement's Fairness Hearing.

## BASIC INFORMATION

### 1. What is a Class Action?

In a Class Action, one or more people called "Class Representatives" sue on behalf of themselves and other people who have similar claims and allegations. All of these people are Plaintiffs.

(back to top)

### 2. What are Individual Indian Money ("IIM") accounts?

IIM accounts primarily contain money collected by the federal government from farming and grazing leases, timber sales, mining, oil and gas production, and other activities on trust land, as well as certain per capita distributions. The funds in IIM accounts are held in trust by the federal government for the benefit of individual Indians.

(back to top)

### 3. Who is affected by this Settlement?

The Settlement will affect all Class Members (see Who is part of the Settlement?). Class Members include individual Indian trust beneficiaries, which means those individuals who:

- Had an IIM account anytime from approximately 1985 through September 30, 2009, or
- Had an individual interest in land held in trust or restricted status by the U.S. government as of September 30, 2009.

The estate of a deceased individual described above whose account was open or in probate status as of September 30, 2009 is included. Probate means you have asked a court to transfer ownership of the landowner's property after he or she died.

This Settlement does not relate to certain historical claims or any future claims of Class Members. It does not relate to claims tribes might have against the federal government.

(back to top)

### 4. What is this lawsuit about?

The Settlement resolves claims that the federal government violated its trust duties to individual Indian trust beneficiaries. The claims fall into three areas:

- Historical Accounting Claims state that the federal government violated its trust duties by not providing a proper historical accounting relating to IIM accounts and other trust assets.

- Trust Administration Claims include:
  - Fund Administration Claims state that the federal government violated its trust duties and mismanaged individual Indian trust funds.

  - Land Administration Claims state that the federal government violated its trust responsibilities for management of land, oil, natural gas, mineral, timber, grazing, and other resources.

The federal government denies all these claims. It says it has no legal responsibility for these claims and owes nothing to the Class Members.

(back to top)

### 5. Why is there a Settlement?

The Settlement is an agreement between the Plaintiffs and the federal government. Settlements end lawsuits. This does not mean the Court has ruled in favor of either side. The parties wish to resolve their differences and realize that many Class Members are elderly and dying and need to receive compensation. In addition, large numbers of Class Members currently live in poverty. So, after 14 years of litigation, both sides want to settle the lawsuit so individual Indian trust beneficiaries receive compensation for their claims. The Settlement will also help the federal government reduce future administration expenses and accounting issues. Class Representatives and lawyers representing them believe the Settlement is reasonable under the circumstances.

(back to top)

## WHO IS IN THE SETTLEMENT?

The proposed Settlement affects individual Indians across the country, including members of most federally recognized tribes west of the Mississippi River. The Settlement includes two groups or "Classes." An individual may be a member of one or both Classes. Most people included in the Settlement are members of both Classes.

### Historical Accounting Class

- Anyone alive on September 30, 2009,

- Who had an open IIM account anytime between October 25, 1994 and September 30, 2009, and

- Whose account had at least one cash transaction (that was not later reversed).

**Note to heirs:**

- The estate of an IIM account holder who was deceased as of September 30, 2009 is included in the Historical Accounting Class if the IIM account (or its related probate account) was open as of that date.

- The heirs of any Class Member who died after September 30, 2009, but before distribution of any Settlement funds, will receive that Class Member's Settlement payments through probate.

### Trust Administration Class

- Anyone alive on September 30, 2009, and who

  o Had an IIM account recorded in currently available electronic data in federal government systems ("Electronic Ledger Era") anytime from approximately 1985 to September 30, 2009, or

  o Can demonstrate ownership interest in trust land or land in restricted status as of September 30, 2009.

- The estate of any deceased beneficiary whose IIM account was open or whose trust assets had been in probate as reflected in the federal government's records as of September 30, 2009.

**Note to heirs:**

- The heirs of any Class Member who died after September 30, 2009, but before distribution of any Settlement funds, will receive that Class Member's Settlement payments through probate.

(back to top)

### 2. Are there exceptions to being included?

The Historical Accounting Class does not include individuals who filed a separate lawsuit before June 10, 1996, against the federal government making a claim for a complete historical accounting.

The Trust Administration Class does not include individuals who filed a separate lawsuit or who were part of a certified class in a class action lawsuit making a Funds Administration Claim or a Land Administration Claim against the federal government before **December 10, 2010.**

(back to top)

### 3. If I never had an IIM account or my IIM account is now inactive or never existed, does this Settlement affect me?

It could. If you are included in the Historical Accounting Class and/or the Trust Administration Class as defined in Who is part of the Settlement?

The Trust Administration Class does not include individuals who filed a separate lawsuit or who were part of a certified class in a class action lawsuit making a Funds Administration Claim or a Land Administration Claim against the federal government before **December 10, 2010.**

If you **are NOT currently receiving quarterly or annual IIM account statements,** you should fill out a claim form and mail it to the address on the form. You can also **submit your claim form online on this website.** You may be asked to provide additional information to demonstrate your membership in the Historical Accounting Class and/or the Trust Administration Class. Claim forms and documentation will be due within 45 days of the Court's Final Approval of the Settlement (or, at a later date set by the Court). Final Approval will be after the Fairness Hearing. This website will be updated as more information becomes available.

(back to top)

### 4. I'm not sure if I'm included in the Settlement.

If you have reviewed the Notice and information available on the website and are not sure whether you are included in one or both or you are unsure if the federal government has your current address, register to participate on this website.

(back to top)

## THE SETTLEMENT BENEFITS - WHAT YOU GET

### 1. What does the Settlement provide?

The Settlement will provide:

- $1.412 billion Accounting/Trust Administration Fund, plus a $100 million Trust Administration Adjustment Fund, plus any earned interest, to pay for Historical Accounting and Trust Administration Claims. This money will also pay for the cost of administering and implementing the Settlement, as well as other expenses.

- $1.9 billion Trust Land Consolidation Fund to purchase "fractionated" individual Indian trust lands. The program will allow individual Indians to get money for land interests divided among numerous owners. Land sales are voluntary. If you sell your land it will be returned to tribal control.

- Up to $60 million for an Indian Education Scholarship to help Native Americans attend college or vocational school. This money will come out of the *(text obscured)* of landowners in selling these fractionated land interests.

More details are in a document called the <u>Settlement Agreement</u>.

(<u>back to top</u>)

### 2. What is fractionated land?

Fractionated land is a parcel of land that has many owners, often hundreds of owners. Frequently, owners of highly fractionated land receive very little money from that land.

(<u>back to top</u>)

## ACCOUNTING/TRUST ADMINISTRATION FUND

### 3. How much will my payment be if I'm an Accounting Class Member?

Each member of the Historical Accounting Class will receive $1,000. This is a per-person, not a per-account, payment.

(<u>back to top</u>)

### 4. How much will my payment be if I'm a Trust Administration Class Member?

It depends on how much income you've collected into your IIM account. Each member of the Trust Administration Class will receive a baseline payment of $500. The $100 million in the Trust Administration Adjustment Fund will be used to increase the minimum payment for Trust Administration Class Members. The current estimate is that it will raise the minimum payment to Trust Administration Class Members to about $800. Individuals with an IIM account open between 1985 and September 30, 2009 may receive more than $800. This payment is separate from, and in addition to, the $1,000 payment to individuals in the Historical Accounting Class.

The payment calculation uses the sum of your 10 highest years of income in your IIM account to determine your share of the Trust Administration Fund. That Fund is estimated to be $850 million to $1 billion. The exact dollar amount you will get cannot be known with certainty at this time because it is based on (a) the recorded income deposited to your IIM account over a period of time, and (b) the amount of money that will be left in the Accounting/Trust Administration Fund after deducting:

- All of the $1,000 payments to Historical Accounting Class Members, and

- Attorneys' fees, their expenses, including expense reimbursements and possibly incentive fees to Class Representatives and the costs of administering and implementing the Settlement.

Congress has determined that payments to Trust Administration Class Members should be increased for individuals whose payments are calculated to be:

- Zero; or

- Greater than zero (but only if you would have received a smaller Stage 2 payment than Trust Administration Class Members whose payment is calculated to be zero).

**For example**, if you were supposed to receive a base payment of $500, your payment might be increased to $800. If your neighbor was supposed to receive a base payment of $600, his payment might be increased to $800.

The following are estimated calculations and are in addition to the $1,000 you will receive as a member of the Historical Accounting Class. Your final Trust Administration payment could be more or less.

- If the sum of your 10 highest years of revenue is between $0 and $5,000, you may receive between $800 and $1,250.00.

- If the sum of your 10 highest years of revenue is between $5,000.01 and $15,000, you may receive between $1,250.01 and $2,500.

- If the sum of your 10 highest years of revenue is between $15,000.01 and $30,000, you may receive between $2,500.01 and $5,000.

- If the sum of your 10 highest years of revenue is between $30,000.01 and $75,000, you may receive between $5,000.01 and $12,000.

- If the sum of your 10 highest years of revenue is between $75,000.01 and $750,000, you may receive between $12,000.01 and $125,000.

- If the sum of your 10 highest years of revenue is greater than $750,000.01, you may receive more than $125,000.

If your account shows fewer than ten years of income, a zero dollar amount will be used in the years for which no income has been recorded. Reversed transactions and transfers between an individual's accounts will not be included in that calculation.

(<u>back to top</u>)

### 5. How will the Accounting/Trust Administration Fund be distributed?

<u>Stage 1</u> - The $1,000 payments to Historical Accounting Class Members will be distributed shortly after the Settlement is approved and the Court's order becomes final. For those Class Members who cannot be found, their payment will be deposited in a Remainder Account until the Class Member is located and can demonstrate his or her ownership interest. If a Class Member cannot be located prior to the conclusion of the distribution process, his or her funds will be transferred to the Indian Education Scholarship Fund (see <u>How Will the Indian Education Scholarship Fund Work?</u>).

<u>Stage 2</u> - Payments to Trust Administration Class Members will be distributed after it is determined that substantially all the Trust Administration Class Members have been identified and the payments have been calculated (see <u>How Much Will My Payment Be If I'm a Trust Administration Class Member?</u>).

(<u>back to top</u>)

### 6. What happens to any funds left in the Accounting/Trust Administration Fund?

After all payments are made, any money that is left over will be contributed to the Indian Education Scholarship Fund (see <u>How Will the Indian Education Scholarship Fund Work?</u>).

(<u>back to top</u>)