MARK KESTER BROWN
mkesterbrown@att.biz
D.C. Bar No. 470952
11150 W. Olympic Blvd., Suite 1020
Los Angeles, CA 90064
Telephone: 310-739-3900

Applicant

GIRARDI | KEESE
THOMAS V. GIRARDI
tgirardi@girardikeese.com
STEPHEN G. LARSON
slarson@girardikeese.com
1126 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: 213-977-0211
Facsimile: 213-481-1554

Attorneys for Applicant Mark Kester Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, el al., | No. 1:96-CV-01285 (TFH) |
| PLAINTIFFS, | **APPLICANT MARK KESTER BROWN'S RESPONSE TO COURT'S MAY 17, 2011 ORDER** |
| v. | |
| KEN SALAZAR, Secretary of Interior, et al.,. | |
| DEFENDANTS. | |

In response to the Court's May 17, 2011, Order seeking "suggestions for organization of the Fairness Hearing" set for June 20, 2011, applicant Mark Kester Brown would respectfully recommend that, at the hearing, the Court resolve the issue of how much of a total pool of funds is appropriately available for attorney's fees in this matter, perhaps based on a reasonable percentage of the total recovery, and then leave the question of how that amount should be divided among the different applicants – namely, the Gingold Group, Brown, and NARF – to be referred to a special master/mediator to conduct a hearing, make factual findings, and then submit a proposed recommendation to the Court. *See* FED. R. CIV. P. 53.

To that end, Brown recommends that the Court appoint – Daniel Weinstein of JAMS as the special master/mediator for this purpose.

DATED: May 25, 2011

        By:    /s/ Mark Kester Brown
               Mark Kester Brown

             and

             Thomas V. Girardi
             Stephen G. Larson

             Attorneys for Applicant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th Day of May, 2011, a true and correct copy of Applicant Mark Kester Brown's **Response to Court's May 17, 2011 Order** was served by Electronic Case Filing, and on the following who are not registered for Electronic Case Filing, by facsimile: None.

/s/ Mark Kester Brown
Mark Kester Brown
D.C. Bar No. 470952
11150 W. Olympic Blvd., Suite 1020
Los Angeles, CA 90064
Phone: (310) 739-3900