**EXECUTIVE DIRECTOR**
John E. Echohawk

**LITIGATION MANAGEMENT COMMITTEE**
K. Jerome Gottschalk
Yvonne T. Knight
Mark C. Tilden

**ATTORNEYS**
Walter R. Echo-Hawk
K. Jerome Gottschalk
Yvonne T. Knight
Tracy A. Labin
Melody L. McCoy
Don B. Miller
Susan C. Moore
Mark C. Tilden
Donald R. Wharton

**LAW OFFICE ADMINISTRATOR**
Cicie A. Respt

**DIRECTOR OF DEVELOPMENT**
Marilyn F. Fowler

**GRANT WRITER/EDITOR**
Ray Ramirez

**WASHINGTON OFFICE**
1712 N Street, N.W.
Washington, D.C. 20036-2976
(202) 785-1155
FAX (202) 822-0068

**ATTORNEYS**
Richard Dauphinais
Robert M. Peregoy
James K. Kawahara*

**ANCHORAGE OFFICE**
310 K Street, Suite 708
Anchorage, AK 99501
(907) 276-0680
FAX (907) 276-2466

**ATTORNEYS**
Lawrence A. Aschenbrenner
Heather Kendall

*Admitted in California Only*

# Native American Rights Fund

1506 Broadway, Boulder, Colorado 80302-6296 • (303) 447-8760 • Fax (303) 443-7776

May 20, 1996

*Sent via Facsimile - (406) 338-2751*

Elouise Cobell, Project Director
Blackfeet Reservation Development Fund, Inc.
PO Box 730
125 North Public Square
Browning, MT 59417

Re: IIM Project - Agreement for Payment of Attorney Fees and Expenses

Dear Elouise:

We appreciate your decision to retain the Native American Rights Fund (NARF) to work on the Individual Indian Monies Trust Correction, Recovery and Capacity-Building Project (Project). We look forward to working with you and the other attorneys. This letter will confirm the terms by which you will compensate us for our work on behalf of a class of Individual Indian Money accountholders yet to be identified.

**Scope of Work**

NARF will provide research, writing, and drafting assistance in the preparation of class action litigation. We will not make a final decision as to representation of clients in litigation until we have a better idea of the prospects of long-term funding for this matter.

Although we will be paid through the Blackfeet Reservation Development Fund (Fund), the payment of fees and costs will not create an attorney-client relationship between us. Our sole obligation, not subject to interference, will be to represent the interests of the clients in this matter. DC Rule of Professional Conduct 1.8(e); Colorado Rule of Professional Conduct 1.8(f). In addition, it appears to us once we have secured the class representatives, they will have to consent to the payment of fees by the Fund and that client confidentiality will have to be maintained. *Id.*

### Fees and Costs

NARF's fees (which are based on our costs of operation) are presently $150.00 per hour. Our fees are adjusted on a yearly basis. One of the attorneys working the Project for NARF is a Skadden Fellow. His time will be billed at $25.00 per hour. Beyond fees, we may find it necessary to incur costs and expenses in working on the Project. The costs and expenses may include, but are not limited to: court costs, including but not limited to filing fees, discovery costs, mailing of notices and other documents, and other court costs, mail, messenger, and other delivery charges, copying costs, travel, and court reporters. We mail billing statements at the end of each month. The statements will indicate the nature of the work done to the date of the statement, the fees for that work, and any costs and expenses advanced by NARF for Project work.

We confirm that the payment of legal fees and related costs and expenses pursuant to this agreement will only be from the funds specifically contributed to the Fund by foundations and others through grants or program-related investments made exclusively for purposes of the Project. We acknowledge that neither the Fund nor Blackfeet National Bank will be responsible for the payment of fees and expenses other than as expressly provided herein. Nothing will foreclose NARF from seeking reimbursement of fees not paid under this agreement from any other source.

### Contract Amount and Term

The maximum amount payable for fees and expenses under this agreement and the time period covered by this agreement will be established in amendments to this agreement which the parties anticipate signing from time to time as Project funding becomes available.

### Termination

Our contract with the Project may be terminated by either you or NARF at any time upon written notice to the other. Termination will not affect your obligation to pay our fees for services rendered to the date of termination or to reimburse us for costs incurred to the date of termination.

We agree that if NARF wishes to withdraw for any reason from representation of the beneficiary class yet to be identified, with the client's consent, we will afford you and the clients reasonable opportunity to hire other counsel.

Approval

Two copies of this letter are enclosed. If the letter accurately reflects your understanding of the relationship between NARF and the Fund, please sign and date both copies and return one copy to us.

If you have any questions about any of this, please do not hesitate to contact us.

Sincerely,

LITIGATION MANAGEMENT COMMITTEE

By: *K. Jerome Gottschalk*

LMC/mdw
Enclosures

## Acknowledgment and Approval of Terms

I have read and fully understand all of the terms and conditions set forth in this contract letter.

*Elouise C. Cobell*　　　　　　　　　　Date: 5/29/96
Elouise Cobell, Project Director
Blackfeet Reservation Development Fund, Inc.