UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELOUISE PEPION COBELL.** et al )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>)<br>**KEN SALAZAR**, Secretary of the Interior, )<br>et al. )<br>)<br>Defendants. ) | Civ. No. 96-1285 (TFH) |

ORDER

Pending before the Court is Interior Defendants' Motion for Permission to Communicate with Class Members Regarding Trust Land Consolidation [Dkt. # 3717]. After a careful review of the motion, the opposition and reply thereto, and the entire record of this case, the Court **GRANTS** the motion. This case has materially changed since the date of any other order that may have prohibited such communication. The case's posture now compels the Court to grant the motion. The Fairness Hearing is mere weeks away. Also, as noted in the motion, the Claims Resolution Act of 2010 envisions such communications. Further, the Court does not share Plaintiffs' concerns expressed in the opposition, e.g., that such communications will confuse or mislead class members.

**SO ORDERED.**

May 27, 2011

_____
Thomas F. Hogan
UNITED STATES DISTRICT JUDGE