IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., on their own behalf and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action ) No. 96-1285 (TFH) ) ) ) ) ) ) |

**NOTICE OF ERRATA**

Plaintiffs filed a proposed order attached to their *Unopposed Motion to Certify the Trust Administration Class, Appoint Class Counsel, Approve Class Representatives, and Modify the February 4, 1997 Class Certification Order*. [Dkt. No. 3659-1] That order erroneously identified the Trust Administration Class as certified to include "Funds Mismanagement Claim[s]" and "Land Mismanagement Claim[s]". *Id*. at 3659-1 at 2.  It should be corrected to state, "Funds Administration Claims" and "Land Administration Claims." Settlement Agreement at §§ A.8 and A.21.

1

2

Respectfully submitted this 2nd day of June 2011.

/s/ Dennis M. Gingold
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street, N.W.
9th Floor
Washington, D.C. 20005
(202) 824-1448

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
MICHAEL ALEXANDER PEARL
D.C. Bar No. 987974
KILPATRICK TOWNSEND
STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
(202) 508-5844

WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted Pro Hac Vice
ELLIOTT LEVITAS
D.C. Bar No. 384758
KILPATRICK TOWNSEND
STOCKTON
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
404-815-6104

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing NOTICE OF ERRATA was served on the following via facsimile, pursuant to agreement, on this day, June 2, 2011.

    Earl Old Person (Pro se)
    Blackfeet Tribe
    P.O. Box 850
    Browning, MT 59417
    406.338.7530 (fax)


    /s/ Shawn Chick