IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELOUISE PEPION COBELL, et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 1:96CV01285(TFH) |
| KEN SALAZAR, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STRIKE CRAVEN FILING**

On May 31, 2011, non-party plaintiff Kimberly Craven filed an opposition to the parties' *Joint Motion for Final Approval of Settlement and Entry of Final Judgment*. Dkt. No. 3782. On June 3, 2011, Plaintiffs filed an *Unopposed Motion to Strike Opposition of Kimberly Craven to Joint Motion for Final Approval* ("Motion to Strike").

WHEREAS, this Court has considered the submissions made in connection with the Craven Opposition and the record of these proceedings; it is hereby

ORDERED that the Motion to Strike is GRANTED.

SO ORDERED this the __ day of June 2011.

_____
Thomas F. Hogan
United States District Judge