## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELOUISE PEPION COBELL.** <u>et al</u> | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No. 96-1285 (TFH) |
| vs. | ) | |
| | ) | |
| | ) | |
| **KEN SALAZAR**, Secretary of the Interior, | ) | |
| <u>et al.</u> | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion to Strike Opposition of Non-Party Kimberly Craven to Parties' Joint Motion for Final Approval. Dkt. # 3790. Ms. Craven is not a party to this case (although she is a class member), and has not moved to intervene in any manner. Thus, to the extent that her filing is an Opposition brief to the parties' Joint Motion for Final Approval, the motion is improper under Federal and local rules.

Moreover, after thoroughly reading and understanding Ms. Craven's Opposition, the Court notes that, in substance, the Opposition is a supplement to Ms. Craven's objections to the proposed settlement. As such, it would be untimely because it was not filed by the April 20, 2011 deadline for such objections, and Ms. Craven has not requested leave of the Court to file such a supplement.

Plaintiffs' Motion to Strike is thus **GRANTED**. Docket No. 3782 is thus **STRUCK**.

**SO ORDERED.**

June 8, 2011

_____
Thomas F. Hogan
UNITED STATES DISTRICT JUDGE