IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:96cv01285(TFH) |
| ) | |
| KEN SALAZAR, Secretary of the Interior, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

On June 13, 2011, the United States Supreme Court issued its opinion in *United States v. Jicarilla Apache Nation*, No. 10-382, 564 U.S. __, 2011 WL 2297786 (June 13, 2011). The Court's opinion includes several legal conclusions that support positions taken by Defendants in their Memorandum in Support of Final Approval of Settlement and Response to Objections (Defs. Mem.) [Dkt. 3764].

Defendants assert that Congress is the settlor of the IIM trust. Defs. Mem. at 4. The opinion notes: "In many respects, Indian trusts resemble revocable trusts at common law because Congress has acted as the settlor in establishing the trust and retains the right to alter the terms of the trust by statute, even in derogation of tribal property interests." 2011 WL 2297786, *14 n.9.

Defendants also assert that Congress's legislative authorization of the Trust Administration Class and settlement of claims is a lawful exercise of its power as sovereign. Defs. Mem. at 6-10. The opinion supports that assertion as well: "Throughout the history of the Indian trust relationship, we have recognized that the organization and management of the trust is a sovereign function subject to the plenary authority of Congress." 2011 WL 2297786, *9.

A copy of the Supreme Court's opinion is attached.

Dated: June 14, 2011							Respectfully submitted,

								TONY WEST
								Assistant Attorney General

								MICHAEL F. HERTZ
								Deputy Assistant Attorney General

								J. CHRISTOPHER KOHN
								Director

								  /s/ John R. Kresse
								ROBERT E. KIRSCHMAN, JR.
								Deputy Director
								(D.C. Bar No. 406635)
								JOHN R. KRESSE
								Trial Attorney
								Commercial Litigation Branch
								Civil Division
								P.O. Box 875, Ben Franklin Station
								Washington, D.C. 20044-0875
								Telephone: (202) 616-0328

## CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2011 the foregoing *Defendants' Notice of Supplemental Authority* was served by Electronic Case Filing, and on the following who is not registered for Electronic Case Filing, by facsimile:

> Earl Old Person (*Pro se*)
> Blackfeet Tribe
> P.O. Box 850
> Browning, MT 59417
> Fax (406) 338-7530

>   /s/ John R. Kresse
>      John R. Kresse