### IN THE UNITED STATES DISTRICT OF COLUMBIA
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al. on their own behalf of all persons similarly situated, | Judge Hogan |
| PLAINTIFFS, | |
| vs. | Civil Action No. 96-1285 (TH) |
| KEN SALAZAR, Secretary of the Interior, et al. | |
| DEFENDANTS. | |

### NOTICE OF APPEAL

Notice is hereby given this 16th day of June, 2011, that Putative Class of Objectors, represented by the Harvest Institute Freedmen Federation, LLC, Leatrice Tanner-Brown and William Warrior, et al., hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 25th day of May, 2011, denying Putative Class of Objectors motion to intervene, Docket No. 3772, and from the judgment of this Court entered on the 9th day of June, 2011, denying reconsideration of May 25, 2011 Order, Docket No. 3800.

*s/Percy Squire, Esq.*
Percy Squire, Esq. (0022010)
PERCY SQUIRE CO., LLC
514 South High St.
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Attorney for Putative Class
Of Freedmen Objectors

## **CERTIFICATE OF SERVICE**

Plaintiff certifies that a copy of the foregoing was served upon counsel of record, June 16, 2011, via the Court's EFC system.

                                                *s/Percy Squire, Esq.*
                                                Percy Squire, Esq. (0022010)