IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL et al., on their own behalf and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KEN SALAZAR, Secretary of the Interior, et al., <br><br> Defendants. | ) ) ) ) ) ) ) )  Civil Action ) No. 96-1285 (TH) ) ) ) ) ) ) |

**NOTICE**

Plaintiffs, hereby, file a supplemental affidavit of Jennifer Keough, Executive Vice President, Operations of the Garden City Group ("GCG"). Ms. Keough provides the following current information on the number of timely opt-outs: 721 exclusion requests are from, or on behalf of, individuals who GCG has identified from Interior's database. Keough Affidavit, Exhibit A at ¶4. An additional 1,103 exclusion requests have been made by, or on behalf of, individuals who are not identified in Interior's database.

Respectfully submitted.

June 28, 2011                    /s/ Dennis M. Gingold
                                 DENNIS M. GINGOLD
                                 D.C. Bar No. 417748
                                 607 14th Street, N.W.
                                 9th Floor
                                 Washington, D.C. 20005
                                 (202) 824-1448


                                 /s/ Keith M. Harper
                                 KEITH M. HARPER
                                 D.C. Bar No. 451956
                                 KILPATRICK TOWNSEND, LLP
                                 607 14th Street, N.W
                                 Washington, D.C.  20005
                                 (202) 508-5844

                                 WILLIAM E. DORRIS
                                 Georgia Bar No. 225987
                                 Admitted *Pro Hac Vice*
                                 ELLIOTT LEVITAS
                                 D.C. Bar No. 384758
                                 KILPATRICK STOCKTON LLP
                                 1100 Peachtree Street
                                 Suite 2800
                                 Atlanta, Georgia  30309
                                 404-815-6500

                                 Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing NOTICE was served on the following via facsimile, pursuant to agreement, on this day, June 28, 2011.

                      Earl Old Person (*Pro se*)
                      Blackfeet Tribe
                      P.O. Box 850
                      Browning, MT 59417
                      406.338.7530 (fax)

                                        /s/ Geoffrey Rempel

US2008 2092928.1