IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:96cv01285(TFH) |
| | ) |
| KEN SALAZAR, Secretary of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |

FILED
JUL 2 7 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO STAY DEFENDANTS' REPORTING REQUIREMENTS PENDING
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

This matter comes before the Court on Defendants' Unopposed Motion to Stay Defendants' Reporting Requirements Pending Final Approval of the Settlement Agreement. Having considered the motion and the entire record, it is hereby

ORDERED that the motion be GRANTED. Defendants' three reporting requirements are stayed pending Final Approval of the Settlement Agreement, as the Settlement Agreement defines "Final Approval" at paragraph A13.

IT IS SO ORDERED.

This __27__ day of __July__, 2011

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE