AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ELOUISE PEPION COBELL, ET AL <br> *Plaintiff* <br> v. <br> KEN SALAZAR, ET AL <br> *Defendant* | ) <br> ) <br> )   Civil Action No.  96-cv-1285 (TFH) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☑ the plaintiff *(name)* ELOUISE PEPION COBELL, ET AL recover from the defendant *(name)* KEN SALAZAR, ET AL the amount of Three Billion, Four Hundred Twelve Million $3,412,000,000.00 dollars ($ ), which includes prejudgment interest at the rate of 0.00 %, plus postjudgment interest at the rate of 0.00 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other: to be distributed in accordance with the Class Action Settlement Agreement and Order Granting Final Approval to Settlement

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas F. Hogan on a motion for (Joint Motion) Final Approval of Settlement and Entry of Final Judgment

Date: 07/27/2011

ANGELA D. CAESAR, CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*