AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ELOUISE PEPION COBELL, ET AL </br>*Plaintiff* </br>v. </br>KEN SALAZAR, ET AL </br>*Defendant* | ) ) ) ) ) Civil Action No. 96-cv-1285 (TFH) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The Court has granted final approval of the parties' agreement that this action shall be settled and compromised and that the defendant shall pay three billion four hundred and twelve million dollars ($3,412,000,000) in accordance with the terms set forth in the Class Action Settlement Agreement and Order Granting Final Approval to Settlement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas F. Hogan  on a motion for
   (Joint Motion) Final Approval of Settlement and Entry of Final Judgment

Date:  08/04/2011

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*