### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUIS PEPION COBELL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, Secretary of the Interior, *et al.*,<br><br>　　　　Defendants. | Case No: 1:96cv01285 (TFH) |

### NOTICE OF APPEAL

Notice is hereby given that this 6th day of August, 2011, class member and objector Kimberly Craven hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment approving settlement entered in this action on the 4th day of August, 2011 (Docket No. 3853), and all orders and opinions that merge therein.

Dated: August 6, 2011

　　　　　　　　　　　　　　　　　　　*/s/ Theodore H. Frank*
　　　　　　　　　　　　　　　　　　　Theodore H. Frank (DC Bar. No. 450318)
　　　　　　　　　　　　　　　　　　　CENTER FOR CLASS
　　　　　　　　　　　　　　　　　　　ACTION FAIRNESS LLC
　　　　　　　　　　　　　　　　　　　1718 M Street NW, No. 236
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　Phone: (703) 203-3848
　　　　　　　　　　　　　　　　　　　Email: tedfrank@gmail.com
　　　　　　　　　　　　　　　　　　　*Attorney for Objector Kimberly Craven*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon counsel of record, August 6, 2011, via the Court's ECF system.

*/s/ Theodore H. Frank*
Theodore H. Frank (DC Bar. No. 450318)
CENTER FOR CLASS ACTION FAIRNESS LLC
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com
*Attorney for Objector Kimberly Craven*