# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELOUISE PEPION COBELL, et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | No. 1:96CV01285(TFH) |
| KEN SALAZAR, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S UNOPPOSED MOTION FOR APPEAL BOND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 7

On August 6, 2011, Objector, Kimberly Craven ("Craven"), filed a Notice of Appeal [Dkt. 3854] from this Court's Order [Dkt. 3850]. The Court of Appeals for the District of Columbia Circuit then filed a Scheduling Order for Craven's appeal, Case No. 11-5205, on August 12, 2011 mandating, among other things, that procedural motions be filed by September 12, 2011 and substantive motions be filed by September 26, 2011. Exhibit 1. On August 23, 2011, Plaintiffs filed an Unopposed Motion for Appeal Bond Pursuant to Federal Rule of Appellate Procedure 7. [Dkt. 3856].

Based on deadlines set by the D.C. Circuit in the Scheduling Order, and the relevance of an appeal bond upon the Circuit's consideration of Craven's appeal, we request that this Court give Plaintiffs' Unopposed Motion for Appeal Bond Pursuant to Federal Rule of Appellate

Procedure 7 expedited consideration by requiring any proper Opposition to be filed on or before August 29, 2011 and any Reply thereafter to be filed on or before September 6, 2011.[1]

Respectfully submitted this 23rd day of August 2011.

/s/ Dennis M. Gingold
DENNIS M. GINGOLD
D.C. Bar No. 417748
607 14th Street, N.W.
9th Floor
Washington, D.C. 20005
(202) 824-1448

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
MICHAEL ALEXANDER PEARL
D.C. Bar No. 987974
KILPATRICK TOWNSEND
STOCKTON, LLP
607 14th Street, N.W.
Washington, D.C. 20005
(202) 508-5844

WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted Pro Hac Vice
ELLIOTT LEVITAS
D.C. Bar No. 384758
KILPATRICK TOWNSEND
STOCKTON
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
404-815-6104

Attorneys for Plaintiffs

---

[1] Plaintiffs' counsel and defense counsel met and conferred in accordance with local rules. Defendants take no position on this motion. Although Craven has not intervened and is not a named party in this Court, plaintiffs' counsel, as a courtesy, informed Craven's counsel by telephone of this motion.

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S UNOPPOSED MOTION FOR APPEAL BOND PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 7 was served on the following via facsimile, pursuant to agreement, on this day, August 23, 2011.

    Earl Old Person (Pro se)
    Blackfeet Tribe
    P.O. Box 850
    Browning, MT 59417
    406.338.7530 (fax)


      /s/ Shawn Chick