

4804 Franklin Dr
Boulder, CO 80301
Property Report  >

Denver, CO 80214
Property Report  >

Tucson, AZ 85718
Confirmed Current Address
Property Report  >

**Kimberley E Craven**
1411 NE 16th Ave #202
Portland, OR 97232
Property Report  >

**Kimberley E Craven**
2892 Coventry Ln SW #2521
Olympia, WA 98512
Property Report  >

**Kimberley E Craven**
2892 Coventry Ln #2521
Tumwater, WA 98512
Property Report  >

**Kimberley E Craven**
(503) 615-4670
1411 16th Av #202
Portland, OR 97232
Property Report  >

**Kimberley E Craven**
301 Park Center Dr #414
Alexandria, VA 22302
Property Report  >

**Kimberley E Craven**
4389 9th St
Boulder, CO 80302
Property Report  >

**Kimberley E Craven**
44 Stuart St
Denver, CO 80219
Property Report  >

**Kimberley E Craven**
423 E 2nd Ave #1
Denver, CO 80203
Property Report  >

**Kimberley E Craven**
8210 16th Pl
Lakewood, CO 80214
Property Report  >

**Kimberley E Craven**
(520) 615-4670
4389 Via Entr Hermosa
Tucson, AZ 85718
Confirmed Current Address
Property Report  >

**Kimberley E Craven**
1155 Grand Ave
Grand Junction, CO 81501
Property Report  >

**Kimberley E Craven**
(303) 786-7234
1490 Patton Dr
Boulder, CO 80303
Property Report  >

**Kimberley E Craven**
616 Quince Cir
Boulder, CO 80304
Property Report  >

**Kimberley E Craven**
Po Box 401
Boulder, CO 80306
Property Report  >

**Kimberley E Craven**
4924 Grafton St #1
Alexandria, VA 22312
Property Report  >

**Kimberley E Craven**
900 N Ivy St #1
Arlington, VA 22201
Property Report  >

**Kimberley E Craven**
8420 231st St SW #1
Edmonds, WA 98026
Property Report  >

**Kimberley E Craven**
1335 SW 66th Ave #117
Portland, OR 97225
Property Report  >

**Kimberley E Craven**
312 Fulton St #1
Seattle, WA 98109
Property Report  >

**Kimberley E Craven**
506 Madison St
Denver, CO 80206
Property Report  >

---

## PROPERTY HISTORY SUMMARY

The **Phone Numbers & Addresses** listed in the report here were verified against public utilities. All addresses and phone numbers WITHOUT a verified resident and current phone connection are NOT highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities.

**ADDRESS & CONTACT INFO:**
Address Confirmed:
3560 Catalpa Way
Boulder, CO 80304
(303) 284-9002 (Connected)

**Get A Complete Property Report**



**PROPERTY DETAILS**

OWNER NAME

CRAVEN KIMBERLY

**PROPERTY INFO**

ASSESSED VALUE: $428,500
SQ. FT.: 2,140
BEDROOMS: 5
TAXES: $2,757 (2010)

**Complete Property Reports Include:**
- List of all 23 neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**NEIGHBORS AROUND THE PROPERTY**

NAME

**SEAN MAHER**
3565 CATALPA WAY
BOULDER, CO 80304
(303) 449-0619

BACKGROUND CHECK

**JAMES EMERY**
3540 CATALPA WAY
BOULDER, CO 80304
(303) 440-4133

BACKGROUND CHECK

**KIMBERLY CRAVEN**
3560 CATALPA WAY
BOULDER, CO 80304
(303) 284-9002

BACKGROUND CHECK

**ANNE BLISS**
3550 CATALPA WAY
BOULDER, CO 80304
(303) 449-7757

BACKGROUND CHECK

**WILLIAM E BENJAMIN**
3570 CATALPA WAY
BOULDER, CO 80304
(303) 442-4603

BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|

| | 24,298 | $317,700 | $60,268 | 23 |

**ADDRESS & CONTACT INFO:**
117 Maple Park Ave SE
Olympia, WA 98501
(360) 615-4670

Get A Complete Property Report

### PROPERTY DETAILS

**OWNER NAME**

WHARTON MARY C
WHARTON ROBERT S

**PROPERTY INFO**

ASSESSED VALUE: $411,000
SQ. FT.: 2,066
BEDROOMS: 3
TAXES: $4,918 (2011)

### NEIGHBORS AROUND THE PROPERTY

**NAME**

M WHARTON
117 MAPLE PARK AVE SE
OLYMPIA, WA 98501
(360) 943-9192                                             BACKGROUND CHECK

CHERYL SELBY
121 MAPLE PARK AVE SE
OLYMPIA, WA 98501
(360) 754-3954                                             BACKGROUND CHECK

EYAL KEDAR
109 MAPLE PARK AVE SE
OLYMPIA, WA 98501
(360) 915-9010                                             BACKGROUND CHECK

C M HUMPHREY
113 MAPLE PARK AVE SE
OLYMPIA, WA 98501
(360) 357-3499                                             BACKGROUND CHECK

**Complete Property Reports Include:**
- List of all **50** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 33,049 | $152,300 | $47,230 | 50 |

---

**ADDRESS & CONTACT INFO:**
2817 La Grange Cir
Boulder, CO 80305
(303) 284-9002

Get A Complete Property Report

### PROPERTY DETAILS

**OWNER NAME**

PRICE JESSICA EVE
PRICE GREG S

**PROPERTY INFO**

ASSESSED VALUE: $562,000
SQ. FT.: 2,722
BEDROOMS: 4
TAXES: $3,616 (2010)

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| - | - | - | 5 |

**Complete Property Reports Include:**
- List of all **5** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

---

**ADDRESS & CONTACT INFO:**
4804 Franklin Dr
Boulder, CO 80301
(303) 494-1974

Get A Complete Property Report

### PROPERTY DETAILS

**OWNER NAME**

LEVY DAVID
LEVY ALEXANDRA

**PROPERTY INFO**

ASSESSED VALUE: $565,000
SQ. FT.: 3,778
BEDROOMS: 4
TAXES: $3,635 (2010)

### NEIGHBORS AROUND THE PROPERTY

**NAME**

BACKGROUND CHECK

**Complete Property Reports Include:**

- List of all **23** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**C RACE**
4790 FRANKLIN DR
BOULDER, CO 80301
(303) 449-2460

**NELAN PETERSON**
4787 FRANKLIN DR
BOULDER, CO 80301
(303) 546-6675                                            BACKGROUND CHECK

**CINDI MOORE**
4782 FRANKLIN DR
BOULDER, CO 80301
(303) 953-1105                                            BACKGROUND CHECK

**P JORDAN**
4784 FRANKLIN DR
BOULDER, CO 80301
(303) 444-5554                                            BACKGROUND CHECK

**HELEN G HALL**
4780 FRANKLIN DR
BOULDER, CO 80301
(303) 447-3699                                            BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 22,552 | $240,800 | $55,479 | 23 |

**ADDRESS & CONTACT INFO:**
8210 W 16th Pl
Denver, CO 80214

**NEIGHBORS AROUND THE PROPERTY**

**NAME**

**DARRYL WILLIS**
8210 W 16TH PL
LAKEWOOD, CO 80214
(303) 274-6275                                            BACKGROUND CHECK

**MICHAEL O'HANLON**
8211 W 16TH PL
LAKEWOOD, CO 80214
(303) 232-4797                                            BACKGROUND CHECK

**CORINE MILLER**
8210 W 16TH PL
LAKEWOOD, CO 80214                                        BACKGROUND CHECK

**PAUL GOEBEL**
8220 W 16TH PL
LAKEWOOD, CO 80214                                        BACKGROUND CHECK

**NORMAN CARTER**
8210 W 16TH PL
LAKEWOOD, CO 80214
(303) 233-1369                                            BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 16,148 | $133,400 | $35,134 | 50 |

**ADDRESS & CONTACT INFO:**
Address Confirmed:
4389 N Via Entrada Hermosa
Tucson, AZ 85718 (Connected)

**Get A Complete Property Report**

**PROPERTY DETAILS**

**OWNER NAME**

CRAVEN KIMBERLY E

**PROPERTY INFO**
ASSESSED VALUE: $491,105
SQ. FT.: 2,885
TAXES: $6,704 (2010)

**NEIGHBORS AROUND THE PROPERTY**

**Complete Property Reports Include:**

- List of all **3** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**NAME**

**C M MCDONOUGH**
4390 N VIA ENTRADA HERMOSA
TUCSON, AZ 85718
(520) 299-8879                                            BACKGROUND CHECK

**GWEN LESTER**
4370 N VIA ENTRADA HERMOSA
TUCSON, AZ 85718                                          BACKGROUND CHECK

**BARTON KRAMER**
4373 N VIA ENTRADA HERMOSA                                BACKGROUND CHECK

TUCSON, AZ 85718
(520) 299-1978

**KIMBERELY CRAVEN**
4389 N VIA ENTRADA HERMOSA
TUCSON, AZ 85718

[BACKGROUND CHECK]

## AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 26,424 | $267,100 | $63,756 | 3 |

**ADDRESS & CONTACT INFO:**
1411 NE 16th Ave #202
Portland, OR 97232

### NEIGHBORS AROUND THE PROPERTY

**NAME**

**SHEILA BYERS**
1411 NE 16TH AVE
PORTLAND, OR 97232
(503) 493-4840
[BACKGROUND CHECK]

**EDWARD BURKS**
1411 NE 16TH AVE
PORTLAND, OR 97232
(503) 288-4062
[BACKGROUND CHECK]

**JOHN BUECHLER**
1411 NE 16TH AVE
PORTLAND, OR 97232
(503) 460-2072
[BACKGROUND CHECK]

**BEVERLY BETHUNE**
1411 NE 16TH AVE APT 211 #APT 211
PORTLAND, OR 97232
(503) 528-2456
[BACKGROUND CHECK]

## AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 10,618 | $217,900 | $35,755 | 26 |

**ADDRESS & CONTACT INFO:**
2892 Coventry Ln SW #2521
Olympia, WA 98512

### NEIGHBORS AROUND THE PROPERTY

**NAME**

**CHRISTIAN VALENTIN**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 539-7934
[BACKGROUND CHECK]

**DONALD STROUD**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 628-8787
[BACKGROUND CHECK]

**JULIA RETA**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 350-0042
[BACKGROUND CHECK]

**ARIK PALOMAR**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 539-7356
[BACKGROUND CHECK]

**RICHARD CRIMMEL**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 539-7627
[BACKGROUND CHECK]

## AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 24,173 | $146,500 | $50,286 | 24 |

**ADDRESS & CONTACT INFO:**
2892 Coventry Ln #2521
Tumwater, WA 98512
(360) 615-4670

### NEIGHBORS AROUND THE PROPERTY

**NAME**



**DONALD STROUD**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 628-8787

[BACKGROUND CHECK]

**JULIA RETA**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 350-0042

[BACKGROUND CHECK]

**ARIK PALOMAR**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 539-7356

[BACKGROUND CHECK]

**RICHARD CRIMMEL**
2892 COVENTRY LN SW
TUMWATER, WA 98512
(360) 539-7627

[BACKGROUND CHECK]

**J BOWN**
2884 COVENTRY LN SW
TUMWATER, WA 98512
(360) 943-9532

[BACKGROUND CHECK]

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 24,173 | $146,500 | $50,286 | 24 |

**ADDRESS & CONTACT INFO:**
1411 16th Av #202
Portland, OR 97232
(503) 615-4670



### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 10,618 | $217,900 | $35,755 | 26 |

**ADDRESS & CONTACT INFO:**
301 Park Center Dr #414
Alexandria, VA 22302



### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 15,014 | $220,600 | $67,287 | 5 |

**ADDRESS & CONTACT INFO:**
4389 9th St
Boulder, CO 80302



### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 29,795 | $369,500 | $34,799 | 21 |

**ADDRESS & CONTACT INFO:**
44 Stuart St
Denver, CO 80219

Get A Complete Property Report

### PROPERTY DETAILS

**OWNER NAME**

PIPER JENNIFER

**PROPERTY INFO**

ASSESSED VALUE: $130,200
SQ. FT.: 1,275
BEDROOMS: 4
TAXES: $676 (2010)

**NEIGHBORS AROUND THE PROPERTY**

**Complete Property Reports Include:**
- List of all **50** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**NAME**

D E JENKINS
50 STUART ST
DENVER, CO 80219
(303) 937-9149

BACKGROUND CHECK

AGUSTINE HERNANDEZ
59 STUART ST
DENVER, CO 80219
(303) 238-5426

BACKGROUND CHECK

HOLLY A BARTGES
65 STUART ST
DENVER, CO 80219
(303) 922-7952

BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 59,829 | $126,000 | $36,565 | 50 |

**ADDRESS & CONTACT INFO:**
423 E 2nd Ave #1
Denver, CO 80203

Get A Complete Property Report

**PROPERTY DETAILS**

**OWNER NAME**

LANG ENTERPRISES SERIES LLC

**PROPERTY INFO**

ASSESSED VALUE: $348,800
SQ. FT.: 1,815
BEDROOMS: 4
TAXES: $1,708 (2010)

**NEIGHBORS AROUND THE PROPERTY**

**Complete Property Reports Include:**
- List of all **50** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**NAME**

RONALD WHITE
515 E 2ND AVE
DENVER, CO 80203

BACKGROUND CHECK

ANDREW WATSON
509 E 2ND AVE
DENVER, CO 80203
(720) 570-5161

BACKGROUND CHECK

JAMES POTURALSKI
435 E 2ND AVE
DENVER, CO 80203
(303) 698-0922

BACKGROUND CHECK

OLIN CRUMP
423 E 2ND AVE
DENVER, CO 80203
(720) 570-8246

BACKGROUND CHECK

KRISTIN ALLISON
323 E 2ND AVE
DENVER, CO 80203
(303) 733-4750

BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 17,357 | $149,600 | $27,444 | 50 |

**ADDRESS & CONTACT INFO:**
8210 16th Pl
Lakewood, CO 80214

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 16,148 | $133,400 | $35,134 | 50 |

**ADDRESS & CONTACT INFO:**
Address Confirmed:
4389 Via Entr Hermosa
Tucson, AZ 85718
(520) 615-4670 (Connected)

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|



### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 41,755 | $272,300 | $51,159 | 9 |

**ADDRESS & CONTACT INFO:**
616 Quince Cir
Boulder, CO 80304

Get A Complete Property Report

**PROPERTY DETAILS**

**OWNER NAME**

BAUML LILLIAN G

**PROPERTY INFO**

ASSESSED VALUE: $419,400
SQ. FT.: 1,820
BEDROOMS: 3
TAXES: $2,698 (2010)

**NEIGHBORS AROUND THE PROPERTY**

**Complete Property Reports Include:**
- List of all **23** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**NAME**

MARY LIND
606 QUINCE CIR
BOULDER, CO 80304
(303) 955-0847 — BACKGROUND CHECK

SHANDELE GUMUCIO
602 QUINCE CIR
BOULDER, CO 80304
(303) 993-2285 — BACKGROUND CHECK

JERRY GOLDEN
603 QUINCE CIR
BOULDER, CO 80304
(303) 402-9028 — BACKGROUND CHECK

JEAN GIOVETTI
604 QUINCE CIR
BOULDER, CO 80304
(303) 997-6464 — BACKGROUND CHECK

C ARMSTRONG
600 QUINCE CIR
BOULDER, CO 80304
(303) 449-1554 — BACKGROUND CHECK

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 24,298 | $317,700 | $60,268 | 23 |

**ADDRESS & CONTACT INFO:**
4924 Grafton St #1
Alexandria, VA 22312

Get A Complete Property Report

**PROPERTY DETAILS**

**OWNER NAME**

SLATE TRACEY E
ABDELMOUNNAAM SAMI

**PROPERTY INFO**

SQ. FT.: 1,938
BEDROOMS: 3
TAXES: $4,284 (2010)

**NEIGHBORS AROUND THE PROPERTY**

**Complete Property Reports Include:**
- List of all **17** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**NAME**

HAL L YOUNG
4912 GRAFTON ST
ALEXANDRIA, VA 22312
(703) 256-8403 — BACKGROUND CHECK

CHOONTON TANG
4900 GRAFTON ST
ALEXANDRIA, VA 22312
(703) 256-3070 — BACKGROUND CHECK

SASHA NIKOLICH
4908 GRAFTON ST
ALEXANDRIA, VA 22312
(703) 941-4664 — BACKGROUND CHECK

R D GILLUM
4901 GRAFTON ST
ALEXANDRIA, VA 22312
(703) 354-9298 — BACKGROUND CHECK

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|

| | 28,370 | $194,400 | $58,263 | 17 |
|---|---|---|---|---|

**ADDRESS & CONTACT INFO:**
900 N Ivy St #1
Arlington, VA 22201

Get A Complete Property Report

**Complete Property Reports Include:**
- List of all **35** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

### PROPERTY DETAILS

**OWNER NAME**
SCHUTZ DAVID EVAN AMELIA
SCHUTZ PORGES

**PROPERTY INFO**
SQ. FT.: 6,242
BEDROOMS: 8
TAXES: $9,135 (2010)

### NEIGHBORS AROUND THE PROPERTY

**NAME**

DAVID E SCHUTZ
900 N IVY ST
ARLINGTON, VA 22201
(703) 841-7313
BACKGROUND CHECK

GABERIL RIERRA
904 N IVY ST
ARLINGTON, VA 22201
(571) 970-3644
BACKGROUND CHECK

PHILIP L NEWTON
909 N IVY ST
ARLINGTON, VA 22201
(703) 522-5593
BACKGROUND CHECK

J MULROONEY
910 N IVY ST
ARLINGTON, VA 22201
(703) 516-9750
BACKGROUND CHECK

JONATHAN ERDMAN
904 N IVY ST
ARLINGTON, VA 22201
(703) 465-9780
BACKGROUND CHECK

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 25,338 | $234,300 | $65,810 | 35 |

**ADDRESS & CONTACT INFO:**
8420 231st St SW #1
Edmonds, WA 98026

Get A Complete Property Report

**Complete Property Reports Include:**
- List of all **12** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

### PROPERTY DETAILS

**OWNER NAME**
NICKOLETTE COLEEN

**PROPERTY INFO**
ASSESSED VALUE: $346,200
SQ. FT.: 1,748
BEDROOMS: 4
TAXES: $4,109 (2011)

### NEIGHBORS AROUND THE PROPERTY

**NAME**

ROGER THAYER
8520 231ST ST SW
EDMONDS, WA 98026
(425) 778-4680
BACKGROUND CHECK

GREG NOACK
8518 231ST ST SW
EDMONDS, WA 98026
(425) 672-6769
BACKGROUND CHECK

PEGGY HANCHETT
8516 231ST ST SW
EDMONDS, WA 98026
(425) 774-8972
BACKGROUND CHECK

DAN BRAND
8510 231ST ST SW
EDMONDS, WA 98026
BACKGROUND CHECK

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 34,456 | $214,500 | $56,774 | 12 |

**ADDRESS & CONTACT INFO:**
1335 SW 66th Ave #117
Portland, OR 97225



**NEIGHBORS AROUND THE PROPERTY**

**NAME**

LORI RYAN
1310 SW 66TH AVE
PORTLAND, OR 97225 — BACKGROUND CHECK

MASAHIRO KOYAMA
1335 SW 66TH AVE
PORTLAND, OR 97225
(503) 292-6595 — BACKGROUND CHECK

MARCUS GOODFELLOW
1335 SW 66TH AVE
PORTLAND, OR 97225
(503) 292-3217 — BACKGROUND CHECK

DAVID GIBSON
1335 SW 66TH AVE
PORTLAND, OR 97225
(503) 208-2747 — BACKGROUND CHECK

SCOTT BARROW
1335 SW 66TH AVE
PORTLAND, OR 97225
(503) 946-8377 — BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 21,500 | $238,600 | $53,020 | 33 |

---

**ADDRESS & CONTACT INFO:**
312 Fulton St #1
Seattle, WA 98109

Get A Complete Property Report



**Complete Property Reports Include:**
- List of all **14** neighborhood sex offenders
- Sales History
- Mortgage Information
- Satellite Image
- And More

**Get a Complete Property Report**

**PROPERTY DETAILS**

**OWNER NAME**
DUGAN ANGELA

**PROPERTY INFO**
ASSESSED VALUE: $645,000
TAXES: $5,767 (2011)

**NEIGHBORS AROUND THE PROPERTY**

**NAME**

BILL MCGUIRE
312 FULTON ST
SEATTLE, WA 98109
(206) 524-4976 — BACKGROUND CHECK

ROB HILL
156 FULTON ST
SEATTLE, WA 98109 — BACKGROUND CHECK

MARY HANSON-SPOFFORD
350 FULTON ST
SEATTLE, WA 98109 — BACKGROUND CHECK

LINDA ESAC
157 FULTON ST
SEATTLE, WA 98109 — BACKGROUND CHECK

WILLIAM G CARTWRIGHT
205 FULTON ST
SEATTLE, WA 98109
(206) 285-1848 — BACKGROUND CHECK

**AREA DATA**

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 16,018 | $323,100 | $49,531 | 14 |

---

**ADDRESS & CONTACT INFO:**
506 Madison St
Denver, CO 80206



**NEIGHBORS AROUND THE PROPERTY**

**NAME**

BILL WATERS
514 MADISON ST
DENVER, CO 80206
(303) 421-6225 — BACKGROUND CHECK

BERNIE KERN
501 MADISON ST
DENVER, CO 80206
(303) 355-0330 — BACKGROUND CHECK

BACKGROUND CHECK

**KENNETH R GILLIS**
503 MADISON ST
DENVER, CO 80206
(303) 399-1298

**IRENE BITTNER**
505 MADISON ST
DENVER, CO 80206
(303) 322-8236

BACKGROUND CHECK

**MIKE G ADAMS**
519 MADISON ST
DENVER, CO 80206
(303) 722-5551

BACKGROUND CHECK

### AREA DATA

| TOTAL POPULATION | AVG. HOUSE PRICE | AVG. HOUSEHOLD INCOME | AREA SEX OFFENDERS |
|---|---|---|---|
| 20,372 | $274,900 | $40,879 | 34 |

## SINGLE STATE CRIMINAL CHECK

**WHAT IS A SINGLE STATE CRIMINAL CHECK?**

This section contains criminal records from county courts, department of corrections, administration of the courts, and other legal agencies for the selected state. The types of offenses include felonies, misdemeanors, and more. Please closely review each record as subjects with a common name may return multiple criminal record results.

Criminal Check for all **Craven** in the state of

**No Records Found for Craven**

We searched for criminal records matching your subject and found **No Records**

We have searched the following in :
- ✓ **Case Records** - No Records Found
- ✓ **Sentencing Records** - No Records Found
- ✓ **Disposition Records** - No Records Found
- ✓ **Other Criminal Related Records** - No Records Found

No records were found. Positive or false matches within a criminal search may not provide confirmation of a criminal background.

A state criminal check only searches records for the state requested.

## CIVIL JUDGMENT REPORT

**WHAT ARE TAX LIEN, BANKRUPTCY, & JUDGMENTS?**

This section lists civil records from county courts for the selected address. The types of records include property tax liens, general tax liens, bankruptcies, small claims, judgments, and more associated with the selected address. Please closely review each record as common addresses may return multiple civil record results.

### CIVIL JUDGMENTS FOR *CRAVEN* IN THE STATE OF

**NAME:** Craven
**STATE SEARCHED:**
**RESULT:**

We have searched the following for Craven in state:
- ✓ tax lien filings   ✓ civil action records
- ✓ small claims records   ✓ other civil judgment related records

No records were found. Positive or false matches within a civil judgment search may not provide confirmation of a litigious civil background.

A state civil judgment check only searches records for the state requested.

## CURRENT & HISTORICAL PEOPLE SEARCH REPORT

**WHAT IS A CURRENT & HISTORICAL PEOPLE SEARCH REPORT?**

This section lists current and historical people search records that share the same name and state as your search subject. The People Search Summary can be helpful in providing a consolidated view of matching current and historical records for your subjects name across multiple public sources.

**WHAT IS A CURRENT PHONE AND ADDRESS CHECK?**

The **Phone Numbers & Addresses** listed in the report below were verified against public utility. All addresses and phone numbers WITH a verified resident and current phone connection are highlighted with red text. Some addresses and phone numbers may still be current but not confirmed via public utilities.

| | NAME | AGE | ADDRESS / PHONE | PREVIOUS CITIES | |
|---|---|---|---|---|---|
| 1 | **SIMON K CRAVEN** <br> **RELATIVES:** <br> KIMBERLEY F CRAVEN (52) | | ADDRESS 1: <br> 2120 CANYON BLVD <br> BOULDER, CO 80302 <br> (303) 473-0421 | BOULDER, CO | **PROPERTY REPORT** |