IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:96cv01285(TFH) |
| | ) |
| KEN SALAZAR, Secretary of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' STATEMENT REGARDING
## CALCULATION OF THE OPT-OUT FUND ADJUSTMENT

Pursuant to paragraph 11 of the Court's July 27, 2011, Order Granting Final Approval to Settlement [Dkt. 3850] and section C.2.e of the December 7, 2009, Settlement Agreement, Defendants respectfully report that, based on information currently available, the opt-out fund adjustment is calculated to be $2,228,349.

Dated: September 12, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General
MICHAEL F. HERTZ
Deputy Assistant Attorney General

J. CHRISTOPHER KOHN
Director

   /s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Deputy Director
(D.C. Bar No. 406635)
Commercial Litigation Branch
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-0328

CERTIFICATE OF SERVICE

I hereby certify that, on September 12, 2011, the foregoing *Defendants' Statement Regarding Calculation of the Opt-Out Fund Adjustment* was served by Electronic Case Filing, and on the following who is not registered for Electronic Case Filing, by facsimile:

>Earl Old Person (*Pro se*)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT 59417
>Fax (406) 338-7530

>/s/ Robert E. Kirschman, Jr.
>ROBERT E. KIRSCHMAN, JR.