UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL *et al.*,   )<br>                                                          )<br>        Plaintiff,                             )<br>                                                          )<br>vs.                                              )<br>                                                          )<br>KENNETH L. SALAZAR, Secretary of the  )<br>Interior, *et al.*,                           )<br>                                                          )<br>        Defendants.                       )<br>_____)  | Civil Action No. 96-1285 (TH) |

## NOTICE OF APPEAL

Notice is hereby given that on this 30th day of September 2011, Mary Aurelia Johns, Class Member and Objector, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment approving settlement of this action, and all orders and motions merged therein, entered by the United States District Court for the District of Columbia on August 4, 2011 (Docket No. 3853).

W. Clifton Holmes (D.C. Bar No. 495186)
Dunlap, Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, Virginia 20175
Tel.: 703-777-7319
Fax.: 703-777-3656
cholmes@dglegal.com

*Counsel for Class Member/Objector
Mary Aurelia Johns*

September 30, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2011, I have caused a copy of the foregoing Appearance of Counsel to be mailed to:

| | | |
|---|---|---|
| Dennis M. Gingold<br>607 14 St., NW 9th flr.<br>Washington, D.C. 20005 | Robert E. Kirschman, Jr.<br>Deputy Dir. Comm'l Lit.<br>U.S. Dept. of Justice<br>P.O. Box 875 Ben Franklin Sta.<br>Washington, D.C. 20001-0875 | Earl Old Person (*Pro Se*)<br>Blackfeet Tribe<br>P.O. Box 850<br>Browning, MT  59417 |

W. Clifton Holmes (D.C. Bar No. 495186)
Dunlap, Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, Virginia 20175
Tel.:  703-777-7319
Fax.:  703-777-3656
cholmes@dglegal.com

*Counsel for Class Members/Objectors*
*Charles Colombe, Carol Eve Good Bear,*
*and Mary Aurelia Johns*