**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELOUISE PEPION COBELL et al., <br>          Plaintiffs, <br>     vs. <br> KENNETH L. SALAZAR, Secretary of the Interior, et al., <br>          Defendants. | Civil Action No. 96-1285 (TH) |

# Native American Rights Fund's Unopposed Motion For Enlargement Of Time To File Opposition To Plaintiffs' Motion To Release Escrowed Funds

The Native American Rights Fund ("NARF") respectfully requests that this Court grant an enlargement of time until January 29, 2013 for NARF to file and serve its opposition to Plaintiffs' Motion To Release Escrowed Funds (filed January 3, 2013). NARF's opposition is presently due on January 22, 2013. Among other things, NARF's lead counsel, Richard de Bodo, is scheduled to be a deposition witness on January 22, and he will be occupied in deposition preparation in the immediately preceding days.

Plaintiffs do not oppose NARF's extension request, as confirmed in the email exchange reproduced below:

-1-

> **Arrington, Jeffrey**
>
> **From:** Harper, Keith <kharper@kilpatricktownsend.com>
> **Sent:** Wednesday, January 09, 2013 1:53 PM
> **To:** Arrington, Jeffrey
> **Subject:** RE: NARF's Request for an Extension
>
> Jeffrey –
>
> Plaintiffs hereby provide their consent to a one-week extension such that NARF's Opposition to Plaintiffs Motion to Release Escrowed Funds will be due on January 29th, provided the Court grant your request.
>
> Best regards,
>
> **Keith Harper**
> **Kilpatrick Townsend & Stockton LLP**
> Suite 900 | 607 14th Street, NW | Washington, DC 20005-2018
> office 202 508 5844 | cell 202 262 9544 | fax 202 585 0007
> kharper@kilpatricktownsend.com | My Profile | vCard
>
> **From:** Arrington, Jeffrey [mailto:Jeffrey.Arrington@dlapiper.com]
> **Sent:** Wednesday, January 09, 2013 4:31 PM
> **To:** Harper, Keith
> **Cc:** Arrington, Jeffrey
> **Subject:** NARF's Request for an Extension
>
> Mr. Harper,
>
> We represent NARF in connection with NARF's request for attorneys' fees in the Cobell matter. Our understanding is that NARF's opposition to "Plaintiffs' Motion To Release Escrowed Funds" is due on January 22, 2013. That week is bad for us. Among other complications, Rich de Bodo, NARF's lead counsel, is scheduled to be a witness at a deposition on January 22. We would appreciate a 1-week extension, so that NARF's Opposition is due January 29. Please let us know if Plaintiffs would object to such an extension.
>
> Best regards,
>
> **Jeffrey Arrington**
> Of Counsel
>
> T +1 310.595.3110
> F +1 310.595.3410
> M +1 310.936.8022
> E jeffrey.arrington@dlapiper.com

Thus, NARF respectfully requests that the Court grant this motion for a 1-week enlargement of time.

Dated: January 15, 2013                    Respectfully submitted,


                                            By: __/s/ Richard de Bodo__
                                                    Richard de Bodo

-3-

    Richard de Bodo (D.C. Bar No. 993287)
    DLA PIPER LLP (US)
    2000 Avenue of the Stars, 4th Floor N. Tower
    Los Angeles, California 90067
    Telephone:   (310) 595-3000
    Facsimile:    (310) 595-3300
    richard.debodo@dlapiper.com

    Charles B. Wayne (D.C. Bar No. 935858)
    DLA PIPER LLP (US)
    500 Eighth Street, NW
    Washington, DC 20004
    Telephone:   (202) 799-4000
    Facsimile:    (202) 799-5000
    charles.wayne@dlapiper.com

    *Attorneys for Native American Rights Fund*

## Certificate Of Service

I, Richard de Bodo, hereby certify that on this 15th day of January, 2013, I caused copies of the Native American Rights Fund's Unopposed Motion For Enlargement Of Time To File Opposition To Plaintiffs' Motion To Release Escrowed Funds to be filed via ECF. This will cause electronic notice of the filing to be served on all parties who have appeared in this action.

I further certify that on this 15th day of January 2013, I caused copies of the foregoing document to be mailed to:

>Earl Old Person (Pro Se)
>Blackfeet Tribe
>P.O. Box 850
>Browning, Montana 59417

By:  /s/ Richard de Bodo
         Richard de Bodo

Richard de Bodo (D.C. Bar No. 993287)
DLA PIPER LLP (US)
2000 Avenue of the Stars, 4th Floor N. Tower
Los Angeles, California 90067
Telephone:   (310) 595-3000
Facsimile:    (310) 595-3300
richard.debodo@dlapiper.com

Charles B. Wayne (D.C. Bar No. 935858)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone:   (202) 799-4000
Facsimile:    (202) 799-5000
charles.wayne@dlapiper.com

*Attorneys for Native American Rights Fund*