

**THE RESOLUTION EXPERTS®**

# INVOICE

| Invoice Date | Invoice Number |
|---|---|
| **01/31/13** | **0002813374-410** |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**1400 Wewatta Street**
**Suite 600**
**Denver, CO 80202**

Reference #: **1410006162**  EC
Billing Specialist: **Janell Lo**
Telephone: **(949) 224-4664**
Employer ID: **68-0542699**

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**
Representing: **N\A**
Hearing Type: **Court Reference**

Neutral(s): **Hon. Richard Levie (Ret.)**

**Rep# 1**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/23/13 | Hon. Richard Levie (Ret.) | 4.60 | 600.00 | 2,760.00 | 1 | 2,760.00 |
| | December 21, 23, 28 & 31, 2012 and January 1 - 4, 8 - 9, 16 - 17 and 23, 2013 Review file; E-mails to and from counsel | | | | | |
| 01/24/13 | Hon. Richard Levie (Ret.) | 1.00 | 600.00 | 600.00 | 1 | 600.00 |
| | January 4 & 24, 2013 Telephone conference | | | | | |
| 01/28/13 | Hon. Richard Levie (Ret.) | 9.80 | 600.00 | 5,880.00 | 1 | 5,880.00 |
| | January 3 - 4, 24 & 28, 2013 Meeting with counsel, DOJ, NCAI, GCG, DOI | | | | | |
| 01/29/13 | Hon. Richard Levie (Ret.) | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| | Draft e-mail | | | | | |
| 01/31/13 | Case Management Fee | | | | | 1,600.00 |
| | | | | Fees | | 10,900.00 |
| 01/18/13 | Hon. Richard Levie (Ret.) | | 490.00 | | 1 | 490.00 |
| | Research Assistant | | | | | |
| | | | | Expenses/Retainers | | 490.00 |
| | | | | Total | $ | 11,390.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



THE RESOLUTION EXPERTS®

RE:   **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type:   **Court Reference**          REFERENCE #:      **1410006162**          **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
|  | Outstanding Balance as of 02/01/13 |  |  | $ | 11,390.00 |