

**INVOICE**

**Invoice Date**  
03/27/13

**Invoice Number**  
0002850338-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | **1410006162** |
| Billing Specialist: | **Janell Lo** |
| Telephone: | **(949) 224-4664** |
| Employer ID: | **68-0542699** |

EC

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 03/05/13 | Hon. Richard Levie (Ret.) Telephone call with class counsel in preparation to NCAI meeting | 0.40 | 600.00 | 240.00 | 1 | 240.00 |
| 03/06/13 | Hon. Richard Levie (Ret.) Give NCAI talk | 0.50 | 600.00 | 300.00 | 1 | 300.00 |
| 03/17/13 | Hon. Richard Levie (Ret.) Prepare for NCAI talk; Review submissions and Court documents for 3/19 meeting with parties (03/06/13 & 03/17/13) | 1.50 | 600.00 | 900.00 | 1 | 900.00 |
| 03/19/13 | Hon. Richard Levie (Ret.) Meeting with parties | 5.50 | 600.00 | 3,300.00 | 1 | 3,300.00 |
| 03/27/13 | Case Management Fee | | | | | 800.00 |

| | |
|---|---|
| Fees | 5,540.00 |
| Total | $ 5,540.00 |
| Outstanding Balance as of 04/17/13 | $ 5,563.56 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:  
**P.O. Box 512850**  
**Los Angeles, CA 90051-0850**  
Invoice total is based on the fee split agreed upon by all parties.  
If the case cancels or continues, fees are due per our cancellation and continuance policy.