

**THE RESOLUTION EXPERTS®**

**INVOICE**

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 06/28/13 | 0002928988-410 |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | | |
|---|---|---|
| Reference #: | **1410006162** | EC |
| Billing Specialist: | **Erwin Gonzalez** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/19/13 | Hon. Richard Levie (Ret.) Meeting with class counsel | 0.60 | 600.00 | 360.00 | 1 | 360.00 |

| | |
|---|---|
| Fees | 360.00 |
| Total | $ 360.00 |
| Outstanding Balance as of 07/24/13 | $ 360.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.