

**THE RESOLUTION EXPERTS**

# INVOICE

**Invoice Date**
07/31/13

**Invoice Number**
0002955608-410

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | 1410006162　EC |
| Billing Specialist: | Erwin Gonzalez |
| Telephone: | (949) 224-4642 |
| Employer ID: | 68-0542699 |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**
Representing: **N\A**　　　　　　　　　　　　　Neutral(s):　**Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**

**Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 07/16/13 | Hon. Richard Levie (Ret.)<br>Meeting with all parties | 4.70 | 600.00 | 2,820.00 | 1 | 2,820.00 |
| 07/17/13 | Hon. Richard Levie (Ret.)<br>July 8, 11, 15 - 17:<br>Review motions, probate issues, proposed orders, e-mails | 3.00 | 600.00 | 1,800.00 | 1 | 1,800.00 |
| 07/31/13 | Case Management Fee | | | | | 102.00 |

| | | |
|---|---|---|
| Fees | | 4,722.00 |
| Total | $ | 4,722.00 |
| Outstanding Balance as of 08/01/13 | $ | 5,082.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.