

**INVOICE**

**Invoice Date**
09/30/13

**Invoice Number**
0003003548-410

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | **1410006162** |
| Billing Specialist: | **Erwin Gonzalez** |
| Telephone: | **(949) 224-4642** |
| Employer ID: | **68-0542699** |

EC

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 09/16/13 | Hon. Richard Levie (Ret.)<br>Meeting with GCG | 1.00 | 600.00 | 600.00 | 1 | 600.00 |
| 09/17/13 | Hon. Richard Levie (Ret.)<br>Meeting with parties | 1.50 | 600.00 | 900.00 | 1 | 900.00 |
| 09/30/13 | Case Management Fee | | | | | 150.00 |
| | | | | Fees | | 1,650.00 |
| 09/16/13 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered:<br>Sept. 16: Meeting with GCG | | | 350.00 | 1 | 350.00 |
| | | | | Expenses/Retainers | | 350.00 |
| | | | | Total | | $ 2,000.00 |
| | | | Outstanding Balance as of 10/02/13 | | | $ 2,000.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.