**INVOICE #    4635**



*Cobell v. Salazar --- Supplementary Notice*  **Bill To:**

**Job:**            2272
**Invoice Date:**   9/20/2013                   David Smith
**Due Date:**       10/18/2013                  Kilpatrick Stockton LLP
                                                607 14th Street NW, Suite 900
                                                Washington, DC 20002

| Other Program Components | |
|---|---:|
| New Media: Keyword Search Campaign: KM To Bill Actual Cost | $6,186.09 |
| Production and Distribution - Radio and Online Ads (additional) | $750.00 |
| Misc. Expenses: shipping/copying/telecom/tearsheet scanning | $43.11 |
| Media Credit - Print Advertising | ($879.65) |
| **Other Program Components Total:** | **$6,099.55** |

**Current Total Due**

$6,099.55

**Payment Instructions**

**Wire Payment to:**
ABA/Routing # (Wire or ACH):  111014325
Account#:  8093434332
Account Name:  Kinsella Media, LLC
Reference #: 4635
Bank:  Bank of Texas
Bank Contact:  Mayra Landeros - 214.987.8817
Federal Tax ID:  52-2301194

**Or Mail Payment to:**
SourceHOV
Attn:  Accounts Receivable
2200 Chemsearch Blvd
Drawer # 9065
Irving, TX 75062