

**JAMS**
THE RESOLUTION EXPERTS®

## INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 11/27/13 | 0003045986-410 |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
607 14th Street, NW
Suite 900
Washington, DC 20005

| | | SLH |
|---|---|---|
| Reference #: | 1410006162 | |
| Billing Specialist: | Janell Lo | |
| Telephone: | (949) 224-4664 | |
| Employer ID: | 68-0542699 | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/06/13 | Hon. Richard Levie (Ret.) Nov. 5 & 6: Review files | 9.40 | 600.00 | 5,640.00 | 1 | 5,640.00 |
| 11/13/13 | Hon. Richard Levie (Ret.) November 5 - 7, 13, 2013 Review claims | 16.20 | 600.00 | 9,720.00 | 1 | 9,720.00 |
| 11/26/13 | Hon. Richard Levie (Ret.) Review claims | 1.10 | 600.00 | 660.00 | 1 | 660.00 |
| 11/27/13 | Case Management Fee | | | | | 1,602.00 |

| | |
|---|---|
| Fees | 17,622.00 |
| Total | $ 17,622.00 |
| Outstanding Balance as of 01/07/14 | $ 26,067.45 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.