

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 12/31/13 | 0003068732-410 |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | | |
|---|---|---|
| Reference #: | 1410006162 | SLH |
| Billing Specialist: | Janell Lo | |
| Telephone: | (949) 224-4664 | |
| Employer ID: | 68-0542699 | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**   Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**   **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/10/13 | Hon. Richard Levie (Ret.) | 0.80 | 600.00 | 480.00 | 1 | 480.00 |
| | Telephone conference with parties and Calce | | | | | |
| 12/30/13 | Hon. Richard Levie (Ret.) | 8.40 | 600.00 | 5,040.00 | 1 | 5,040.00 |
| | December 8 -10, 12, 14, 15 & 16: Review motions, reports, e-mail parties, letter regarding Wapato; Review claims appeals | | | | | |
| 12/31/13 | Case Management Fee | | | | | 552.00 |
| | | | | Fees | | 6,072.00 |
| 11/13/13 | Hon. Richard Levie (Ret.) | | | 5,670.00 | 1 | 5,670.00 |
| | Research assistant Christina Calce for services rendered:<br>Nov 5-7; 13, 2013<br>Review claims | | | | | |
| 12/10/13 | Hon. Richard Levie (Ret.) | | | 72.46 | 1 | 72.46 |
| | AT CONFERENCE CHARGE for conference call on 12/10/13 between Neutral and counsel. | | | | | |
| 12/11/13 | Hon. Richard Levie (Ret.) | | | 182.99 | 1 | 182.99 |
| | AT CONFERENCE CHARGE for conference call on 12/11/13 between Neutral and counsel. | | | | | |
| 12/19/13 | Hon. Richard Levie (Ret.) | | | 7,140.00 | 1 | 7,140.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**  REFERENCE #:  **1410006162**  **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | Research Assistant Christina Calce for services rendered. December 3 - 19, 2013 Review of claims/appeals file; Telephone conference with counsel regarding status; Confer with Judge Levie | | | | |
| | | | Expenses/Retainers | | 13,065.45 |
| | | | Total | | $ 19,137.45 |
| | | | Outstanding Balance as of 01/06/14 | | $ 26,067.45 |