

**THE RESOLUTION EXPERTS®**

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 01/31/14 | 0003092780-410 |

To: David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street, NW
Suite 900
Washington, DC 20005

Reference #: 1410006162 SLH
Billing Specialist: Janell Lo
Telephone: (949) 224-4664
Employer ID: 68-0542699

RE: Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.
Representing: N\A  Neutral(s): Hon. Richard Levie (Ret.)
Hearing Type: Court Reference  Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/15/14 | Hon. Richard Levie (Ret.)<br>January 3, 4, 7 & 15: Review claims; Webb request | 1.50 | 600.00 | 900.00 | 1 | 900.00 |
| 01/31/14 | Case Management Fee | | | | | 90.00 |

| | | |
|---|---|---|
| | Fees | 990.00 |
| | Total $ | 990.00 |
| Outstanding Balance as of 02/03/14 | $ | 27,057.45 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.