

**THE RESOLUTION EXPERTS®**

# INVOICE

| Invoice Date | Invoice Number |
|---|---|
| 02/28/14 | 0003115120-410 |

To:   **David C. Smith, Esq.**
      **Kilpatrick Townsend & Stockton LLP**
      **607 14th Street, NW**
      **Suite 900**
      **Washington, DC 20005**

| | | | |
|---|---|---|---|
| Reference #: | **1410006162** | SLH | |
| Billing Specialist: | **Janell Lo** | | |
| Telephone: | **(949) 224-4664** | | |
| Employer ID: | **68-0542699** | | |

RE:   **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing:  **N\A**                          Neutral(s):     **Hon. Richard Levie (Ret.)**

Hearing Type:  **Court Reference**                                              **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 02/25/14 | Hon. Richard Levie (Ret.) | 5.80 | 600.00 | 3,480.00 | 1 | 3,480.00 |
| | February 15, 16, 18, 19 & 25: Review appeals; E-mail response to Campbell | | | | | |
| 02/28/14 | Case Management Fee | | | | | 348.00 |
| | | | Fees | | | 3,828.00 |
| 02/18/14 | Hon. Richard Levie (Ret.) | | | 4,235.00 | 1 | 4,235.00 |
| | Research Assistant Christina Calce for services rendered. February 15 - 18, 2014 Review of appeals. | | | | | |
| | | | Expenses/Retainers | | | 4,235.00 |
| | | | Total | $ | | 8,063.00 |
| | | | Outstanding Balance as of  03/04/14 | $ | | 9,053.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 1