

**JAMS**

THE RESOLUTION EXPERTS®

# INVOICE

| | **Invoice Date** | **Invoice Number** |
|---|---|---|
| | 03/31/14 | 0003142516-410 |

| To: | David C. Smith, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>607 14th Street, NW<br>Suite 900<br>Washington, DC 20005 | Reference #:<br>Billing Specialist:<br>Telephone:<br>Employer ID: | 1410006162<br>Janell Lo<br>(949) 224-4664<br>68-0542699 | SLH |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 03/17/14 | Hon. Richard Levie (Ret.)<br>3/5, 3/10, 3/13, 3/16, 3/17: Review claims | 6.80 | 600.00 | 4,080.00 | 1 | 4,080.00 |
| 03/20/14 | Hon. Richard Levie (Ret.)<br>Telephone conference with parties | 0.80 | 600.00 | 480.00 | 1 | 480.00 |
| 03/28/14 | Hon. Richard Levie (Ret.)<br>Review appeals | 0.80 | 600.00 | 480.00 | 1 | 480.00 |
| 03/31/14 | Case Management Fee | | | | | 504.00 |
| | | | | Fees | | 5,544.00 |
| 03/20/14 | Hon. Richard Levie (Ret.)<br>AT CONFERENCE CHARGE for conference call on 3/20/14 between Neutral and counsel. | | | 61.78 | 1 | 61.78 |
| 03/27/14 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered.<br>February 27 - March 27, 2014<br>Review appeals | | | 4,480.00 | 1 | 4,480.00 |
| | | | | Expenses/Retainers | | 4,541.78 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**    REFERENCE #:    **1410006162**    **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | | | Total | | $ 10,085.78 |
| | | | Outstanding Balance as of 04/02/14 | | $ 18,148.78 |