

# INVOICE

**Invoice Date**  
04/30/14

**Invoice Number**  
0003161902-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

Reference #: **1410006162** SLH  
Billing Specialist: **Erwin Gonzalez**  
Telephone: **(949) 224-4642**  
Employer ID: **68-0542699**

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**  
Hearing Type: **Court Reference**  Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 04/15/14 | Hon. Richard Levie (Ret.)<br>Telephone conference with attorney | 0.30 | 600.00 | 180.00 | 1 | 180.00 |
| 04/16/14 | Hon. Richard Levie (Ret.)<br>April 1, 8, 9, 11, 16, 19: Review appeals | 22.40 | 600.00 | 13,440.00 | 1 | 13,440.00 |
| 04/26/14 | Hon. Richard Levie (Ret.)<br>Telephone conference with counsel | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| 04/28/14 | Hon. Richard Levie (Ret.)<br>April 26 - 28, 2014:<br>Review claims; Sign letters | 3.10 | 600.00 | 1,860.00 | 1 | 1,860.00 |
| 04/29/14 | Hon. Richard Levie (Ret.)<br>Telephone conference with counsel | 0.20 | 600.00 | 120.00 | 1 | 120.00 |
| 04/30/14 | Case Management Fee | | | | | 1,566.00 |
| | Fees | | | | | 17,226.00 |
| 04/17/14 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered.<br>April 8 - 17, 2014<br>Review appeals | | | 9,170.00 | 1 | 9,170.00 |
| 04/28/14 | Hon. Richard Levie (Ret.) | | | 1,680.00 | 1 | 1,680.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:  
**P.O. Box 512850**  
**Los Angeles, CA 90051-0850**  
Invoice total is based on the fee split agreed upon by all parties.  
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1410006162**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | Research Assistant Christina Calce for services rendered. | | | | | |
| | April 25, 2014: | | | | | |
| | Telephone conference with counsel | | | | | |
| | April 28, 2014: | | | | | |
| | Review claims and letters regarding appeals | | | | | |
| | | | | Expenses/Retainers | | 10,850.00 |
| | | | | Total | | $ 28,076.00 |