

**JAMS**
THE RESOLUTION EXPERTS®

# INVOICE

**Invoice Date**
05/30/14

**Invoice Number**
0003185502-410

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

Reference #: **1410006162**  SLH
Billing Specialist: **Erwin Gonzalez**
Telephone: **(949) 224-4642**
Employer ID: **68-0542699**

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**
Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**
Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/13/14 | Hon. Richard Levie (Ret.)<br>Oral Argument | 2.50 | 600.00 | 1,500.00 | 1 | 1,500.00 |
| 05/13/14 | Hon. Richard Levie (Ret.)<br>Confer with Calce; Oral argument | 0.60 | 600.00 | 360.00 | 1 | 360.00 |
| 05/28/14 | Hon. Richard Levie (Ret.)<br>May 10 - 16; 20, 23, 24, 27 & 28: Review claims; Review Wapato motion; Review motions; Review; Prepare notes TFH; Sign letters; Confer with Calce | 25.80 | 600.00 | 15,480.00 | 1 | 15,480.00 |
| 05/28/14 | Hon. Richard Levie (Ret.)<br>May 23 & 28: Telephone conference with counsel | 0.70 | 600.00 | 420.00 | 1 | 420.00 |
| 05/29/14 | Hon. Richard Levie (Ret.)<br>Review claims/appeals | 1.50 | 600.00 | 900.00 | 1 | 900.00 |
| 05/30/14 | Case Management Fee | | | | | 1,866.00 |
| | | | | Fees | | 20,526.00 |
| 05/28/14 | Hon. Richard Levie (Ret.)<br>AT CONFERENCE CHARGE for conference call on 5/28/14 between Neutral and counsel. | | | 27.44 | 1 | 27.44 |
| 05/28/14 | Hon. Richard Levie (Ret.) | | | 17,325.00 | 1 | 17,325.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1410006162**  **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| | Research Assistant Christina Calce for services rendered. May 13: Wapato Oral Argument and meeting with counsel May 12 - 16, 19 - 21, 26 - 28: Work on Appeals and Wapato; Confer with RAL May 28: Telephone conference with RAL | | | |
| 05/29/14 | Hon. Richard Levie (Ret.) Research Assistant Christina Calce for services rendered. May 29, 2014: Review claims/appeals | 2,450.00 | 1 | 2,450.00 |
| | Expenses/Retainers | | | 19,802.44 |
| | Total | | | $ 40,328.44 |
| | Outstanding Balance as of 06/02/14 | | | $ 78,490.22 |