

**THE RESOLUTION EXPERTS®**

# INVOICE

| | | |
|---|---|---|
| | **Invoice Date** | **Invoice Number** |
| | 06/30/14 | 0003210774-410 |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | | SM |
|---|---|---|
| Reference #: | 1410006162 | |
| Billing Specialist: | **Erwin Gonzalez** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**　　　　　　　　　　　Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**　　　　　　　　　　　　　　　　　　　　　　　**Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/30/14 | Hon. Richard Levie (Ret.)<br>Court Status Hearing | 2.80 | 600.00 | 1,680.00 | 1 | 1,680.00 |
| 06/25/14 | Hon. Richard Levie (Ret.)<br>June 20, 23 & 25: Telephone conference with counsel | 1.30 | 600.00 | 780.00 | 1 | 780.00 |
| 06/25/14 | Hon. Richard Levie (Ret.)<br>May 30; June 25: Review appeals | 2.40 | 600.00 | 1,440.00 | 1 | 1,440.00 |
| 06/27/14 | Hon. Richard Levie (Ret.)<br>Telephone conference with counsel | 0.50 | 600.00 | 300.00 | 1 | 300.00 |
| 06/30/14 | Case Management Fee | | | | | 420.00 |
| | | | | Fees | | 4,620.00 |
| 05/30/14 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered.<br>May 30, 2014:<br> - Court Status Hearing | | | 980.00 | 1 | 980.00 |
| | | | | Expenses/Retainers | | 980.00 |
| | | | | Total | | $ 5,600.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.