

# INVOICE

**Invoice Date**  
07/31/14

**Invoice Number**  
0003230314-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

Reference #: **1410006162** SM  
Billing Specialist: **Erwin Gonzalez**  
Telephone: **(949) 224-4642**  
Employer ID: **68-0542699**

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**  
Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 07/11/14 | Hon. Richard Levie (Ret.) Telephone conference with counsel | 0.80 | 600.00 | 480.00 | 1 | 480.00 |
| 07/31/14 | Case Management Fee | | | | | 48.00 |
| | | | | Fees | | 528.00 |
| 07/11/14 | Hon. Richard Levie (Ret.) AT CONFERENCE CHARGE for conference call on 7/11/14 between Neutral and counsel. | | | 86.43 | 1 | 86.43 |
| 07/31/14 | Hon. Richard Levie (Ret.) Research Assistant Christina Calce for services rendered. July 2014 Review of appeals | | | 14,700.00 | 1 | 14,700.00 |
| | | | Expenses/Retainers | | | 14,786.43 |
| | | | Total | | | $ 15,314.43 |
| | | | Outstanding Balance as of 08/01/14 | | | $ 71,328.65 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:  
**P.O. Box 512850**  
**Los Angeles, CA 90051-0850**  
Invoice total is based on the fee split agreed upon by all parties.  
If the case cancels or continues, fees are due per our cancellation and continuance policy.