

# INVOICE

**Invoice Date**  
08/29/14

**Invoice Number**  
0003252132-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

Reference #: **1410006162** SM  
Billing Specialist: **Erwin Gonzalez**  
Telephone: **(949) 224-4642**  
Employer ID: **68-0542699**

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  
Hearing Type: **Court Reference**

Neutral(s): **Hon. Richard Levie (Ret.)**

**Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 08/26/14 | Hon. Richard Levie (Ret.) | 23.40 | 600.00 | 14,040.00 | 1 | 14,040.00 |
|  | Aug. 7, 9, 10 - 13, 20 - 22, 25 & 26: Confer - Calce/ GCG; Review appeals | | | | | |
| 08/29/14 | Case Management Fee | | | | | 1,404.00 |
|  |  | | | | Fees | 15,444.00 |
| 08/28/14 | Hon. Richard Levie (Ret.) | | | 24,815.00 | 1 | 24,815.00 |
|  | Research Assistant Christina Calce for services rendered. August 4 - 28 (various dates): Review of appeals; Confer - RAL/ GCG; Telephone conference with RAL | | | | | |
|  |  | | | | Expenses/Retainers | 24,815.00 |
|  |  | | | | Total | $ 40,259.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:  
**P.O. Box 512850**  
**Los Angeles, CA 90051-0850**  
Invoice total is based on the fee split agreed upon by all parties.  
If the case cancels or continues, fees are due per our cancellation and continuance policy.