

# INVOICE

| | | |
|---|---|---|
| | **Invoice Date** | **Invoice Number** |
| | 09/30/14 | 0003274928-410 |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | | SM |
|---|---|---|
| Reference #: | 1410006162 | |
| Billing Specialist: | **Erwin Gonzalez** | |
| Email: | **egonzalez@jamsadr.com** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**   Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**   Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 09/04/14 | Hon. Richard Levie (Ret.) <br> Telephone conference with GCG | 0.60 | 600.00 | 360.00 | 1 | 360.00 |
| 09/12/14 | Hon. Richard Levie (Ret.) <br> Aug. 29 & 31; Sept. 1, 2 & 12: Review appeals | 10.00 | 600.00 | 6,000.00 | 1 | 6,000.00 |
| 09/24/14 | Hon. Richard Levie (Ret.) <br> Sept. 15, 16, 21 & 24: Review appeals, draft e-mail to GCG on process | 5.80 | 600.00 | 3,480.00 | 1 | 3,480.00 |
| 09/27/14 | Hon. Richard Levie (Ret.) <br> Sept. 24 - 27: Reading, research, and writing | 3.30 | 600.00 | 1,980.00 | 1 | 1,980.00 |
| 09/30/14 | Case Management Fee | | | | | 1,182.00 |
| | | | | Fees | | 13,002.00 |
| 09/04/14 | Hon. Richard Levie (Ret.) <br> AT CONFERENCE CHARGE for conference call on 9/04/14 between Neutral and counsel. | | | 13.77 | 1 | 13.77 |
| 09/27/14 | Hon. Richard Levie (Ret.) <br> Research Assistant Christina Calce for services rendered. <br> August 29 - Sept. 27 (various dates): <br> - Review appeals; <br> Sept. 4: Telephone conference with GCG | | | 32,130.00 | 1 | 32,130.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1410006162**  **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 09/29/14 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered.<br>Sept. 29<br>- Review appeals | 350.00 | 1 | 350.00 |
| | Expenses/Retainers | | | 32,493.77 |
| | Total | | | $ 45,495.77 |
| | Outstanding Balance as of 10/01/14 | | | $ 45,495.77 |