

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| **10/31/14** | **0003300150-410** |

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | | |
|---|---|---|
| Reference #: | **1410006162** | SM |
| Billing Specialist: | **Erwin Gonzalez** | |
| Email: | **egonzalez@jamsadr.com** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

| | | | |
|---|---|---|---|
| Representing: | **N\A** | Neutral(s): | **Hon. Richard Levie (Ret.)** |
| Hearing Type: | **Court Reference** | | **Rep# 1** |

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/27/14 | Hon. Richard Levie (Ret.) | 23.50 | 600.00 | 14,100.00 | 1 | 14,100.00 |
| | Sept. 30; Oct. 1, 2, 6, 8 -10, 15 - 17, 20 - 23 & 27: Review appeals files; Make determinations; Review determination letters; Sign letters; Review stuffer; Draft R&R; Communicate with Judge Hogan's chambers and GCG re: issuance of court orders and letters | | | | | |
| 10/31/14 | Case Management Fee | | | | | 1,410.00 |
| | | | | Fees | | 15,510.00 |
| 10/17/14 | Hon. Richard Levie (Ret.) | | | 10.66 | 1 | 10.66 |
| | AT CONFERENCE CHARGE for conference call on 10/17/14 between Neutral and counsel. | | | | | |
| 10/26/14 | Hon. Richard Levie (Ret.) | | | 18,410.00 | 1 | 18,410.00 |
| | Research Assistant Christina Calce for services rendered.Sept. 30; Oct. 1, 2, 6, 8 -10, 15, 17, 20 - 22 & 26: Review appeals; Review determination letters; Confer RAL and GCG pending claims; Confer Judge Hogan; Work - Wapato appeal; Draft R&R; Review stuffer and TFH orders | | | | | |
| | | | | Expenses/Retainers | | 18,420.66 |
| | | | | Total | | $ 33,930.66 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 512850** | **1920 Main St. Suite 300** |
| **Los Angeles, CA 90051** | **Irvine, CA 92614** |



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**      REFERENCE #:      **1410006162**      **Rep# 1**

| Date/ Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | | Outstanding Balance as of 11/03/14 | | $ 33,930.66 | |