

# INVOICE

**Invoice Date**  
11/26/14

**Invoice Number**  
0003326074-410

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | **1410006162** SM |
| Billing Specialist: | **Erwin Gonzalez** |
| Email: | **egonzalez@jamsadr.com** |
| Telephone: | **(949) 224-4642** |
| Employer ID: | **68-0542699** |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/17/14 | Hon. Richard Levie (Ret.) | 4.50 | 600.00 | 2,700.00 | 1 | 2,700.00 |
| | Nov. 13, 14 & 17: Appeals and Wapato (draft, edit) | | | | | |
| 11/26/14 | Case Management Fee | | | | | 270.00 |
| | | | | | Fees | 2,970.00 |
| 10/10/14 | Hon. Richard Levie (Ret.) | | | 377.59 | 1 | 377.59 |
| | UPS shipment charges for deliveries on 10/10/14 (Ref#82727502695146883513003). | | | | | |
| 11/19/14 | Hon. Richard Levie (Ret.) | | | 10,080.00 | 1 | 10,080.00 |
| | Research Assistant Christina Calce for services rendered from Nov. 3, 6, 13, 16 - 19: Finalize RR2; Draft, edit Wapato; Appeal review | | | | | |
| | | | | | Expenses/Retainers | 10,457.59 |
| | | | | | Total | $ 13,427.59 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 512850** | **1920 Main St. Suite 300** |
| **Los Angeles, CA 90051** | **Irvine, CA 92614** |