

# INVOICE

| | | |
|---|---|---|
| | **Invoice Date** | **Invoice Number** |
| | 03/31/15 | 0003413846-410 |

| To: | **David C. Smith, Esq.**<br>**Kilpatrick Townsend & Stockton LLP**<br>607 14th Street, NW<br>Suite 900<br>Washington, DC 20005 | Reference #:<br>Billing Specialist:<br>Email:<br>Telephone:<br>Employer ID: | **1410006162**<br>**Erwin Gonzalez**<br>egonzalez@jamsadr.com<br>**(949) 224-4642**<br>68-0542699 | SM |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 03/16/15 | Hon. Richard Levie (Ret.)<br>Mar. 11 & 16: Telephone conference - CC | 0.80 | 600.00 | 480.00 | 1 | 480.00 |
| 03/27/15 | Hon. Richard Levie (Ret.)<br>Mar. 10, 11, 13, 16, 18, 24 & 27: Review letters, appeals, prepare SM 8; E-mails with GCG; Memo on escheat and unique estates; Donboli | 3.50 | 600.00 | 2,100.00 | 1 | 2,100.00 |
| 03/31/15 | Case Management Fee | | | | | 258.00 |
| | | | | Fees | | 2,838.00 |
| 03/27/15 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered on Mar. 2, 4, 5, 10 - 13, 16, 18 & 27: Review and draft on appeals; SM order #8; Estate distribution memos; escheat issues; Specific estates with issues<br>Total: 24.80 hours | | | 8,680.00 | 1 | 8,680.00 |
| | | | | Expenses/Retainers | | 8,680.00 |
| | | | | Total | | $ 11,518.00 |
| | | | | Outstanding Balance as of 04/07/15 | | $ 11,518.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**File 1750**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1750**

Overnight mail:
**1920 Main St. Suite 300**
**Irvine, CA 92614**