

# INVOICE

**Invoice Date**  
10/30/15

**Invoice Number**  
0003586940-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | **1410006162**   SM |
| Billing Specialist: | **Erwin Gonzalez** |
| Email: | **egonzalez@jamsadr.com** |
| Telephone: | **(949) 224-4642** |
| Employer ID: | **68-0542699** |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**      Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**     **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/13/15 | Hon. Richard Levie (Ret.) <br> Telephone conference with attorneys | 0.30 | 600.00 | 180.00 | 1 | 180.00 |
| 10/28/15 | Hon. Richard Levie (Ret.) <br> Review appeals, review status report; annotate status report; Meeting with C. Calce and Lori re: appeals | 4.20 | 600.00 | 2,520.00 | 1 | 2,520.00 |
| 10/28/15 | Hon. Richard Levie (Ret.) <br> Meeting with attorneys and GCG | 2.00 | 600.00 | 1,200.00 | 1 | 1,200.00 |
| 10/30/15 | Case Management Fee | | | | | 390.00 |
| | | | | Fees | | 4,290.00 |
| 10/13/15 | Hon. Richard Levie (Ret.) <br> AT CONFERENCE CHARGE for conference call on 10/13/15 between Neutral and counsel. | | | 8.00 | 1 | 8.00 |
| 10/28/15 | Hon. Richard Levie (Ret.) <br> Research Assistant Christina Calce for services rendered on Sept. 1 & 3; Oct. 13, 14, 27 - 29: Review appeals. Work on WAU issue/ Reevis issue; estate distribution issues; Telephone conference with J. Hogan's clerk; Meeting with attorneys and GCG. <br><br> Total: 23.00 Hours | | | 8,050.00 | 1 | 8,050.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **File 1750** <br> **1801 W. Olympic Blvd.** <br> **Pasadena, CA 91199-1750** | **1920 Main St. Suite 300** <br> **Irvine, CA 92614** |



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1410006162**  **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | | Expenses/Retainers | | | 8,058.00 |
| | | Total | | | $ 12,348.00 |
| | | Outstanding Balance as of 11/03/15 | | | $ 12,348.00 |