

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/28/2015 | 19405 |
| PERIOD START | THROUGH DATE |
| 11/1/2015 | 11/30/2015 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 2,638.9 Hrs. | $116.18 Avg. Hourly Rate | $306,581.50 |
| B. Scan Mail | 10,640 | $0.12 each | $1,276.80 |
| C. Prep Mail | 74.4 Hrs. | $45.00 per hour | $3,348.00 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,145 | $1.50 per box per month | $1,717.50 |
| Electronic | 3,723,757 | $0.008 per image/record per month | $29,759.08 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 46,293 | $0.26 per minute | $12,036.18 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 3,996.6 Hrs. | $45.00 per hour | $179,847.00 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 207.2 Hrs. | $166.24 Avg. Hourly Rate | $34,444.20 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 14,876 | $0.65 each | $9,669.40 |
| B. Check Reissues | 451 | $0.95 each | $428.45 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $2,777.58 .



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management[2] (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 280.5 Hrs. | $168.01 Avg. Hourly Rate | $47,126.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 193.8 Hrs. | $109.78 Avg. Hourly Rate | $21,276.00 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 229.0 Hrs. | $127.78 Avg. Hourly Rate | $29,262.50 |
| **Total Fees** | | | **$676,773.11** |
| **Project Expense Total** | | | **$9,782.17** |
| **Total Fees and Project Expenses** | | | **$686,555.28** |
| Outstanding Balance Prior Invoice #18904 | | | $1,382,343.80 |
| Outstanding Balance Prior Invoice #18905 | | | $1,113,170.44 |
| Outstanding Balance Prior Invoice #18906 | | | $1,157,467.45 |
| Outstanding Balance Prior Invoice #18907 | | | $1,016,337.49 |
| Outstanding Balance Prior Invoice #19143 | | | $977,533.61 |
| Outstanding Balance Prior Invoice #19144 | | | $938,768.79 |
| Outstanding Balance Prior Invoice #19270 | | | $921,183.44 |
| **Grand Total** | | | **$8,193,360.30** |

[2] GCG has waived all of Jennifer Keough's time.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar ||
|---|---|
| Description | Amount |
| **Project Expenses** <br> For the period: November 1, 2015 through November 30, 2015 | |
| Postage | $8,713.52 |
| FedEx, Messenger & Shipping | $1,068.65 |
| **Total:** | **$9,782.17** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



Exhibit A to Invoice 19405

Management of Call Center

**Period from 11/1/2015 to 11/30/2015**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/02/2015 | 0.5 | $137.50 | call to discuss WAU out reach |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/02/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/02/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Kise, Craig | Project Manager I | $125.00 | 11/02/2015 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/02/2015 | 9.3 | $1,674.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/02/2015 | 0.5 | $90.00 | Management assistance to IIM call center; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/03/2015 | 1.0 | $275.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/03/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Kise, Craig | Project Manager I | $125.00 | 11/03/2015 | 0.4 | $50.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 11/03/2015 | 0.5 | $40.00 | FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/03/2015 | 9.6 | $1,728.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/03/2015 | 0.3 | $54.00 | Management assistance to IIM call center; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/04/2015 | 1.5 | $412.50 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/04/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/04/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/04/2015 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 11/04/2015 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/04/2015 | 9.3 | $1,674.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/04/2015 | 0.2 | $36.00 | Management assistance to IIM call center; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/05/2015 | 2.0 | $550.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/05/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/05/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Kise, Craig | Project Manager I | $125.00 | 11/05/2015 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/05/2015 | 1.4 | $252.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/05/2015 | 4.0 | $400.00 | Quality call monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/06/2015 | 1.2 | $330.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/06/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/06/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/06/2015 | 0.1 | $12.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 11/06/2015 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/06/2015 | 1.6 | $288.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/06/2015 | 0.2 | $36.00 | Management assistance to IIM call center; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/09/2015 | 2.0 | $550.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/09/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/09/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Kise, Craig | Project Manager I | $125.00 | 11/09/2015 | 0.2 | $25.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 11/09/2015 | 0.2 | $16.00 | Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/09/2015 | 9.2 | $1,656.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/09/2015 | 0.2 | $36.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/09/2015 | 1.8 | $180.00 | Quality call monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/10/2015 | 1.5 | $412.50 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/10/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/10/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/10/2015 | 0.1 | $12.50 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/10/2015 | 9.5 | $1,710.00 | Management of IIM call center; |
| John, Mabel | Call Center Agent | $57.00 | 11/10/2015 | 0.5 | $28.50 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/10/2015 | 3.1 | $310.00 | Quality call monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/11/2015 | 1.6 | $440.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/11/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/11/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/11/2015 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 11/11/2015 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/11/2015 | 9.3 | $1,674.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/11/2015 | 0.3 | $54.00 | Management assistance to IIM call center; |
| John, Mabel | Call Center Agent | $57.00 | 11/11/2015 | 3.1 | $176.70 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/11/2015 | 0.6 | $60.00 | Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/12/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 11/12/2015 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/12/2015 | 9.1 | $1,638.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/12/2015 | 0.2 | $36.00 | Management assistance to IIM call center; |



**Period from 11/1/2015 to 11/30/2015**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|------|-------|------|------|-------|--------|-------|
| **Management of Call Center** | | | | | | |
| John, Mabel | Call Center Agent | $57.00 | 11/12/2015 | 2.5 | $142.50 | Quality call monitoring; |
| Walsh, Stephanie | Call Center Agent | $57.00 | 11/12/2015 | 2.5 | $142.50 | Quality Call Monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/13/2015 | 1.0 | $275.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/13/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 11/13/2015 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 11/13/2015 | 0.2 | $16.00 | Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/13/2015 | 8.9 | $1,602.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/13/2015 | 6.0 | $600.00 | Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/16/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/16/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Kise, Craig | Project Manager I | $125.00 | 11/16/2015 | 0.2 | $25.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 11/16/2015 | 0.4 | $32.00 | FAQ Revisions; Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/16/2015 | 9.4 | $1,692.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/16/2015 | 0.3 | $54.00 | Management assistance IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/16/2015 | 3.5 | $350.00 | Quality call monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/17/2015 | 1.0 | $275.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/17/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/17/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/17/2015 | 0.1 | $12.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 11/17/2015 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/17/2015 | 9.6 | $1,728.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/17/2015 | 0.2 | $36.00 | Management assistance to IIM call center; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/18/2015 | 1.2 | $330.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/18/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/18/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Kise, Craig | Project Manager I | $125.00 | 11/18/2015 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/18/2015 | 9.2 | $1,656.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/18/2015 | 1.8 | $180.00 | Quality call monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/19/2015 | 1.3 | $357.50 | Management Assistance to Customer Service Team; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/19/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/19/2015 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/19/2015 | 1.3 | $234.00 | Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/20/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/20/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/20/2015 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 11/20/2015 | 0.4 | $50.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 11/20/2015 | 0.2 | $16.00 | Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/20/2015 | 4.7 | $846.00 | Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/23/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/23/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 11/23/2015 | 0.2 | $16.00 | Department Management; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/23/2015 | 4.4 | $792.00 | Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/24/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 11/24/2015 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 11/24/2015 | 0.1 | $12.50 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/24/2015 | 5.5 | $990.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/24/2015 | 0.2 | $36.00 | Management assistance to IIM Call Center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/24/2015 | 6.0 | $600.00 | Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/25/2015 | 0.2 | $16.00 | IVR/Phone Work: Made changes per operations to project phone systems |
| Eby, Samantha | Project Manager I | $125.00 | 11/25/2015 | 0.1 | $12.50 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/25/2015 | 5.3 | $954.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 11/25/2015 | 1.0 | $100.00 | Quality call monitoring; |
| Burke, Brian C. | Vice President, Operations | $275.00 | 11/30/2015 | 1.4 | $385.00 | Management Assistance to Customer Service Team; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 11/30/2015 | 0.4 | $32.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 11/30/2015 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 11/30/2015 | 9.1 | $1,638.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 11/30/2015 | 0.2 | $36.00 | Management assistance to IIM Call Center; |
| | **Total Management of Call Center :** | | | **207.2** | **$34,444.20** | |



**Period from 11/1/2015 to 11/30/2015**
**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/02/2015 | 1.5 | $165.00 | Worked on outstanding AOFs. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/02/2015 | 0.3 | $45.00 | update counterfeit check log, manually void check at the bank and in the database |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/02/2015 | 0.2 | $50.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/02/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/02/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/02/2015 | 4.7 | $1,175.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/02/2015 | 3.8 | $684.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 11/02/2015 | 0.1 | $12.50 | Printing map; |
| Raas, Adam | Project Manager I | $125.00 | 11/02/2015 | 0.2 | $25.00 | Dissemination management; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/02/2015 | 0.5 | $50.00 | QA checks; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 11/02/2015 | 0.4 | $80.00 | Compliance review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/03/2015 | 1.7 | $187.00 | Provided details on the checks. Provided check copies. Updated AOF log. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/03/2015 | 0.2 | $30.00 | update counterfeit check log |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/03/2015 | 0.3 | $75.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/03/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/03/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/03/2015 | 3.9 | $975.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/03/2015 | 3.5 | $630.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Raas, Adam | Project Manager I | $125.00 | 11/03/2015 | 0.1 | $12.50 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/03/2015 | 0.4 | $90.00 | Project oversight; |
| Cibirka, Matthew | Project Manager II | $150.00 | 11/03/2015 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Ryan, Anne | Project Supervisor | $100.00 | 11/03/2015 | 1.8 | $180.00 | Review distribution activities; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 11/03/2015 | 0.2 | $30.00 | Compliance Review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/04/2015 | 0.8 | $88.00 | Provided details on the checks. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/04/2015 | 0.6 | $90.00 | void checks at bank and in the database, update counterfeit check log |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/04/2015 | 0.2 | $50.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/04/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/04/2015 | 4.9 | $1,225.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI; tribal reports for the DOI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/04/2015 | 5.2 | $936.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Raas, Adam | Project Manager I | $125.00 | 11/04/2015 | 0.3 | $37.50 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/04/2015 | 0.4 | $90.00 | Project oversight; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/05/2015 | 0.2 | $50.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/05/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/05/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/05/2015 | 3.9 | $975.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/05/2015 | 4.5 | $810.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; confer with team regarding distributions and |
| Raas, Adam | Project Manager I | $125.00 | 11/05/2015 | 0.2 | $25.00 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/05/2015 | 0.4 | $90.00 | Project oversight; |
| Franko, Andrew | Project Supervisor | $100.00 | 11/05/2015 | 0.3 | $30.00 | QA prepped mail; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/05/2015 | 1.5 | $150.00 | Meetings re: entitlements; |
| Ryan, Anne | Project Supervisor | $100.00 | 11/05/2015 | 0.4 | $40.00 | Review distribution activities; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/06/2015 | 1.2 | $132.00 | Created and uploaded a positive pay file to the bank. Worked on AOF log. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 11/06/2015 | 0.1 | $8.50 | Download end of month statements. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/06/2015 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/06/2015 | 0.4 | $100.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/06/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/06/2015 | 2.9 | $725.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/06/2015 | 3.2 | $576.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Raas, Adam | Project Manager I | $125.00 | 11/06/2015 | 0.3 | $37.50 | Dissemination management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 11/06/2015 | 1.5 | $165.00 | Review reissue check stubs; |
| Cibirka, Matthew | Project Manager II | $150.00 | 11/06/2015 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/06/2015 | 1.6 | $160.00 | QA checks; QA entitlements; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 11/06/2015 | 0.2 | $40.00 | Compliance review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/09/2015 | 1.6 | $176.00 | Provided copy of the checks and details. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/09/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/09/2015 | 2.9 | $725.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| | Ass't Director, Operations | $180.00 | 11/09/2015 | 5.0 | $900.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; compile project statistics per client request; |
| Discenza, Daniel | | | | | | |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/09/2015 | 0.4 | $72.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/09/2015 | 0.3 | $37.50 | Dissemination management; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/09/2015 | 5.7 | $570.00 | QA entitlements; |



**Period from 11/1/2015 to 11/30/2015**

IIM  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/02/2015 | 1.5 | $165.00 | Worked on outstanding AOFs. |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 11/10/2015 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/10/2015 | 0.8 | $88.00 | Provided AOF and check details. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 11/10/2015 | 0.1 | $8.50 | Update Banking summary. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/10/2015 | 0.4 | $60.00 | update fraud item on counterfeit check log |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/10/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/10/2015 | 3.2 | $800.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/10/2015 | 4.3 | $774.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; compile project statistics per client request; confer with team leads regarding outreach strategies; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/10/2015 | 0.7 | $126.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/10/2015 | 0.2 | $25.00 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/10/2015 | 0.2 | $45.00 | Project oversight; |
| Franko, Andrew | Project Supervisor | $100.00 | 11/10/2015 | 0.2 | $20.00 | QA prepped mail; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/10/2015 | 5.6 | $560.00 | QA entitlements; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 11/10/2015 | 0.5 | $75.00 | Compliance Review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/11/2015 | 1.4 | $154.00 | Provided AOF and check details. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/11/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/11/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/11/2015 | 3.3 | $825.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/11/2015 | 3.2 | $576.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 11/11/2015 | 0.2 | $25.00 | Updating document; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/11/2015 | 0.8 | $144.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/11/2015 | 0.4 | $50.00 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/11/2015 | 0.1 | $22.50 | Project oversight; |
| Paraiso, Leonor | Project Manager II | $100.00 | 11/11/2015 | 0.1 | $10.00 | Monitoring of graphics log for completion of website/formatting updates; |
| Cibirka, Matthew | Project Manager II | $150.00 | 11/11/2015 | 0.1 | $15.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Franko, Andrew | Project Supervisor | $100.00 | 11/11/2015 | 0.3 | $30.00 | QA prepped mail; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/11/2015 | 6.0 | $600.00 | QA entitlements; |
| Ryan, Anne | Project Supervisor | $100.00 | 11/11/2015 | 1.5 | $150.00 | Review distribution activities; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/12/2015 | 0.3 | $75.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/12/2015 | 0.8 | $64.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/12/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/12/2015 | 3.2 | $800.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI; talk with DOI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/12/2015 | 2.9 | $522.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 11/12/2015 | 0.4 | $50.00 | Formatting document; merging; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/12/2015 | 0.4 | $72.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/12/2015 | 0.5 | $62.50 | Dissemination management; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 11/12/2015 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/12/2015 | 4.6 | $460.00 | QA entitlements; QA data updates; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/13/2015 | 0.2 | $22.00 | Created and uploaded a void file for reissues. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/13/2015 | 0.4 | $100.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/13/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report, voided checks at Chase and in database |
| Mendez, Eileen | Project Administrator | $80.00 | 11/13/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/13/2015 | 3.1 | $775.00 | Oversight and supervision of team; data analysis; research for counsel; research with FTI; prepare for outreach; appeal letters out for SM; correspondence with SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/13/2015 | 4.3 | $774.00 | Oversight and coordination of team tasks; review all project related emails and ensure all requested tasks are being completed; follow up on outstanding tasks; confer with team members regarding questions; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 11/13/2015 | 0.1 | $12.50 | Providing files to Ops; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/13/2015 | 0.8 | $144.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/13/2015 | 1.2 | $150.00 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/13/2015 | 0.4 | $90.00 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 11/13/2015 | 1.6 | $176.00 | Review check reissues; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 11/13/2015 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Supervisor | $100.00 | 11/13/2015 | 6.0 | $600.00 | QA entitlements; QA data updates; |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/14/2015 | 0.4 | $100.00 | Oversight and supervision of team; data analysis; research for counsel; |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/15/2015 | 0.6 | $150.00 | Oversight and supervision of team; data analysis; research for counsel; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/16/2015 | 0.3 | $33.00 | Provided details on a check. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/16/2015 | 0.2 | $30.00 | update counterfeit check log |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/16/2015 | 0.1 | $25.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/16/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/16/2015 | 8.0 | $2,000.00 | BIA office visit, questions from counsel; supervision of team |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/16/2015 | | | |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/16/2015 | 0.7 | $126.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/16/2015 | 0.3 | $37.50 | Dissemination management; |



**Period from 11/1/2015 to 11/30/2015**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/02/2015 | 1.5 | $165.00 | Worked on outstanding AOFs. |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/16/2015 | 0.2 | $45.00 | Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/16/2015 | 5.2 | $780.00 | QA entitlements; QA data updates; QA entitlements training; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 11/16/2015 | 0.2 | $40.00 | Compliance review |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/17/2015 | 0.6 | $150.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/17/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/17/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/17/2015 | 8.4 | $2,100.00 | BIA office visit, questions from counsel; supervision of team |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/17/2015 | 0.8 | $144.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/17/2015 | 0.3 | $37.50 | Dissemination management; |
| Cibirka, Matthew | Project Manager II | $150.00 | 11/17/2015 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 11/17/2015 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/17/2015 | 5.1 | $765.00 | QA entitlements; QA data updates; QA entitlements training; |
| Ryan, Anne | Project Supervisor | $100.00 | 11/17/2015 | 1.5 | $150.00 | Review distribution activities; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 11/17/2015 | 0.4 | $60.00 | Compliance Review |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 11/18/2015 | 1.0 | $85.00 | Create database reports. Update reconciliation. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/18/2015 | 0.2 | $50.00 | Oversee Banking and Payment Process. |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/18/2015 | 8.3 | $2,075.00 | BIA office visit, questions from counsel; supervision of team |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 11/18/2015 | 0.2 | $25.00 | Updating document; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/18/2015 | 0.7 | $126.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/18/2015 | 0.3 | $37.50 | Dissemination management; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 11/18/2015 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/18/2015 | 4.4 | $660.00 | QA entitlements; QA data updates; QA entitlements training; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 11/18/2015 | 0.2 | $30.00 | Compliance Review |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/19/2015 | 0.2 | $30.00 | update counterfeit check log for fraudulent items |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/19/2015 | 0.5 | $125.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/19/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/19/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/19/2015 | 4.5 | $1,125.00 | BIA office visit, questions from counsel; supervision of team |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/19/2015 | 0.2 | $36.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/19/2015 | 0.2 | $25.00 | Dissemination management; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 11/19/2015 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/19/2015 | 5.0 | $750.00 | QA entitlements; QA data updates; |
| Ryan, Anne | Project Supervisor | $100.00 | 11/19/2015 | 1.8 | $180.00 | Review distribution activities; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/20/2015 | 0.5 | $55.00 | Provided check copies and details. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/20/2015 | 0.3 | $45.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/20/2015 | 0.4 | $100.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/20/2015 | 3.0 | $240.00 | Downloaded daily reports, completed daily reconciliation report, pulled check copies from Chase |
| Mendez, Eileen | Project Administrator | $80.00 | 11/20/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/20/2015 | 2.1 | $525.00 | Data review; distribution efforts; questions from counsel; supervision of team |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 11/20/2015 | 2.9 | $362.50 | Merging run; editing merge file; investigating merge discrepancies; manually reducing merge file records to single page; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/20/2015 | 0.7 | $126.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/20/2015 | 0.7 | $87.50 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 11/20/2015 | 0.4 | $90.00 | Project oversight; |
| Beal, Erica | Project Supervisor | $100.00 | 11/20/2015 | 0.1 | $10.00 | Monitoring of graphics log for completion of website/formatting updates; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 11/20/2015 | 1.0 | $110.00 | Review reissue check stubs; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/20/2015 | 5.2 | $780.00 | QA entitlements; QA data updates; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 11/20/2015 | 0.2 | $40.00 | Compliance review |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 11/23/2015 | 0.1 | $8.50 | Void checks at the bank and in the database. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/23/2015 | 0.2 | $50.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/23/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/23/2015 | 1.2 | $300.00 | Data review; distribution efforts; questions from counsel; supervision of team |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/23/2015 | 0.3 | $54.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/23/2015 | 0.3 | $37.50 | Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/23/2015 | 5.9 | $885.00 | QA entitlements; QA data updates; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 11/23/2015 | 0.1 | $20.00 | Compliance review. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 11/23/2015 | 0.5 | $75.00 | Compliance Review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/24/2015 | 0.2 | $22.00 | Created and uploaded a positive pay file. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/24/2015 | 0.3 | $75.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/24/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/24/2015 | 1.1 | $275.00 | Data review; distribution efforts; questions from counsel; supervision of team |



**Period from 11/1/2015 to 11/30/2015**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 11/02/2015 | 1.5 | $165.00 | Worked on outstanding AOFs. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/24/2015 | 2.0 | $360.00 | Coordinate and oversee all team tasks; review team production; field questions from team; review all team related emails and handle accordingly; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/24/2015 | 0.7 | $126.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/24/2015 | 0.3 | $37.50 | Dissemination management; |
| Dodge, Mary C. | Sr. QA Supervisor | $120.00 | 11/24/2015 | 0.4 | $48.00 | Check Review |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 11/24/2015 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/24/2015 | 5.3 | $795.00 | QA entitlements; QA data updates; |
| Ryan, Anne | Project Supervisor | $100.00 | 11/24/2015 | 2.5 | $250.00 | Review distribution activities; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/25/2015 | 0.1 | $25.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/25/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/25/2015 | 0.6 | $150.00 | Data review; distribution efforts; questions from counsel; supervision of team |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/25/2015 | 2.5 | $450.00 | Coordinate and oversee all team tasks; review team production; field questions from team; review all team related emails and handle accordingly; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/25/2015 | 0.5 | $90.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/25/2015 | 0.5 | $62.50 | Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/25/2015 | 3.8 | $570.00 | QA entitlements; QA data updates; |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/27/2015 | 1.2 | $96.00 | Uploaded paid items, reviewed positive pay exceptions |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 11/30/2015 | 0.5 | $75.00 | update counterfeit check log |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 11/30/2015 | 0.9 | $225.00 | Oversee Banking and Payment Process. |
| Lucke, Kaitlin | Project Administrator | $80.00 | 11/30/2015 | 1.0 | $80.00 | Downloaded daily reports, completed daily reconciliation report |
| Mendez, Eileen | Project Administrator | $80.00 | 11/30/2015 | 0.2 | $16.00 | Positive Pay File Upload |
| Castaneda, Lori | Ass't VP Operations | $250.00 | 11/30/2015 | 0.5 | $125.00 | Data review; distribution efforts; questions from counsel; supervision of team |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 11/30/2015 | 3.8 | $684.00 | Coordinate and oversee all team tasks; review team production; field questions from team; review all team related emails and handle accordingly; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 11/30/2015 | 0.3 | $54.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 11/30/2015 | 0.4 | $50.00 | Dissemination management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 11/30/2015 | 1.2 | $132.00 | Review check stubs; |
| Leiseth, Cassie | Project Manager II | $150.00 | 11/30/2015 | 5.1 | $765.00 | QA entitlements; QA data updates; QA entitlements training; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 11/30/2015 | 0.5 | $100.00 | Compliance review. |
| | **Total Project Management :** | | | **280.5** | **$47,126.50** | |



**Exhibit C to Invoice 19405**

**Systems Support**

**Period from 11/1/2015 to 11/30/2015**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | |
| Davidson, Richard | Data Analyst II | $100.00 | 11/02/2015 | 0.7 | $70.00 | Created requested report |
| Haygood, John David | Director, Systems | $235.00 | 11/02/2015 | 0.5 | $117.50 | Update data for entitlements; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/02/2015 | 6.1 | $671.00 | Distribution activities to trust class members & related reporting; |
| Ross, Matt | Data Analyst III | $110.00 | 11/02/2015 | 1.8 | $198.00 | Update/Create Entitlement Data; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/03/2015 | 7.0 | $770.00 | Distribution activities to trust class members & related reporting; |
| Ross, Matt | Data Analyst III | $110.00 | 11/03/2015 | 1.4 | $154.00 | Update/Create Entitlement Data; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/04/2015 | 4.0 | $400.00 | Payment status check report |
| Haygood, John David | Director, Systems | $235.00 | 11/04/2015 | 0.6 | $141.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/04/2015 | 0.6 | $51.00 | Reporting training; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/04/2015 | 5.4 | $594.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/05/2015 | 2.5 | $250.00 | Created LIE report; |
| Girard, Melissa | Data Analyst III | $110.00 | 11/05/2015 | 0.4 | $44.00 | Update image file; |
| Haygood, John David | Director, Systems | $235.00 | 11/05/2015 | 2.8 | $658.00 | Provide access for processing; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/05/2015 | 2.0 | $170.00 | RBT entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/05/2015 | 7.4 | $814.00 | Distribution activities to trust class members & related reporting; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/06/2015 | 1.0 | $85.00 | Systems task training; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/06/2015 | 7.1 | $781.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/09/2015 | 1.0 | $100.00 | Created report; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/09/2015 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/09/2015 | 7.1 | $781.00 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/10/2015 | 2.5 | $275.00 | Distribution activities to trust class members & related reporting; |
| Chan, Derek T. | Sr. Windows Administrator | $95.00 | 11/11/2015 | 0.4 | $38.00 | Provide FTP support; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/11/2015 | 1.7 | $170.00 | Reviewed mailing, spreadsheet, load table |
| Haygood, John David | Director, Systems | $235.00 | 11/11/2015 | 1.2 | $282.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/11/2015 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/11/2015 | 6.5 | $715.00 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/12/2015 | 6.9 | $759.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/13/2015 | 2.5 | $250.00 | Created custom mailing |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 11/13/2015 | 0.4 | $80.00 | Removed items from the CKUW queue |
| Haygood, John David | Director, Systems | $235.00 | 11/13/2015 | 0.8 | $188.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/13/2015 | 6.5 | $552.50 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/13/2015 | 7.0 | $770.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/16/2015 | 1.5 | $150.00 | Finished up G status update |
| Haygood, John David | Director, Systems | $235.00 | 11/16/2015 | 0.6 | $141.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/16/2015 | 5.0 | $425.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/16/2015 | 6.9 | $759.00 | Distribution activities to Trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/17/2015 | 1.0 | $100.00 | Updated ent status |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/17/2015 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/17/2015 | 6.8 | $748.00 | Distribution activities to Trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/18/2015 | 3.5 | $350.00 | Created mailing |
| Haygood, John David | Director, Systems | $235.00 | 11/18/2015 | 0.3 | $70.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/18/2015 | 5.0 | $425.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/18/2015 | 6.2 | $682.00 | Distribution activities to Trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/19/2015 | 3.0 | $300.00 | Created Mailing |
| Haygood, John David | Director, Systems | $235.00 | 11/19/2015 | 0.5 | $117.50 | Update data for entitlements; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/19/2015 | 7.0 | $770.00 | Distribution activities to Trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/20/2015 | 1.5 | $150.00 | Created Code report |
| Haygood, John David | Director, Systems | $235.00 | 11/20/2015 | 0.6 | $141.00 | Update data for mailings; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/20/2015 | 5.5 | $605.00 | Distribution activities to Trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 11/23/2015 | 0.3 | $70.50 | Update data for entitlements; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/23/2015 | 7.2 | $792.00 | Distribution activities to Trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 11/24/2015 | 0.4 | $94.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/24/2015 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/24/2015 | 2.5 | $275.00 | Distribution activities to Trust class members & related reporting; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/25/2015 | 4.2 | $462.00 | Distribution activities to Trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 11/30/2015 | 0.3 | $30.00 | worked on Mailing |
| Haygood, John David | Director, Systems | $235.00 | 11/30/2015 | 0.8 | $188.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 11/30/2015 | 4.5 | $382.50 | Entitlement review; |



**Exhibit C to Invoice 19405**

**Systems Support**

**Period from 11/1/2015 to 11/30/2015**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | |
| Ostrander, Samuel | Data Analyst III | $110.00 | 11/30/2015 | 6.9 | $759.00 | Distribution activities to Trust class members & related reporting; |
| | | | **Total Systems Support :** | **193.8** | **$21,276.00** | |



# Exhibit D to Invoice 19405
# Outreach

**Period from 11/1/2015 to 11/30/2015**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Outreach** | | | | | | |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/02/2015 | 2.5 | $375.00 | Review tribe data for outreach; |
| Westre, Nicole | Associate I | $125.00 | 11/02/2015 | 7.5 | $937.50 | Tribal outreach project; |
| Page, James | Project Manager II | $150.00 | 11/03/2015 | 0.4 | $60.00 | Prepare for future outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/03/2015 | 3.0 | $450.00 | Review tribe data for outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/04/2015 | 1.0 | $150.00 | Review tribe data re: outreach trips; |
| Westre, Nicole | Associate I | $125.00 | 11/04/2015 | 5.5 | $687.50 | Tribal outreach project; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/05/2015 | 0.6 | $66.00 | Prepare for ND outreach; |
| Page, James | Project Manager II | $150.00 | 11/05/2015 | 0.4 | $60.00 | Prepare for future outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/05/2015 | 1.5 | $225.00 | Outreach prep; |
| Westre, Nicole | Associate I | $125.00 | 11/05/2015 | 1.5 | $187.50 | Tribal outreach project; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/09/2015 | 0.5 | $75.00 | ND outreach prep; |
| Waldher, Katherine | Associate II | $135.00 | 11/10/2015 | 1.5 | $202.50 | Meetings re: estate outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/11/2015 | 0.1 | $11.00 | Prepare for ND outreach; |
| Waldher, Katherine | Associate II | $135.00 | 11/11/2015 | 2.0 | $270.00 | Tribal outreach project; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/12/2015 | 0.4 | $60.00 | ND outreach prep; |
| Vinson, Jason | LAN Support II | $85.00 | 11/12/2015 | 0.2 | $17.00 | On-the-Ground-Outreach |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/13/2015 | 0.2 | $22.00 | Prepare for ND outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/13/2015 | 2.0 | $300.00 | Outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/16/2015 | 10.6 | $1,166.00 | ND outreach - travel; |
| Pinkerton, Brian | Project Manager II | $150.00 | 11/16/2015 | 11.0 | $1,650.00 | Travel to Turtle Mountain ND; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/16/2015 | 10.5 | $1,575.00 | ND outreach travel; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/17/2015 | 7.2 | $792.00 | ND outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 11/17/2015 | 7.5 | $1,125.00 | On the ground outreach in North Dakota; |
| Roberts, April | Project Administrator | $80.00 | 11/17/2015 | 1.1 | $88.00 | Reivew addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/17/2015 | 7.5 | $1,125.00 | ND outreach; |
| Westre, Nicole | Associate I | $125.00 | 11/17/2015 | 1.7 | $212.50 | Tribal outreach project; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/18/2015 | 7.6 | $836.00 | ND outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 11/18/2015 | 8.5 | $1,275.00 | On the ground outreach in North Dakota; |
| Roberts, April | Project Administrator | $80.00 | 11/18/2015 | 6.4 | $512.00 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/18/2015 | 7.2 | $1,080.00 | ND outreach; |
| Westre, Nicole | Associate I | $125.00 | 11/18/2015 | 0.3 | $37.50 | Tribal outreach project; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/19/2015 | 8.9 | $979.00 | ND outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 11/19/2015 | 8.3 | $1,245.00 | On the ground outreach in North Dakota; |
| Roberts, April | Project Administrator | $80.00 | 11/19/2015 | 4.5 | $360.00 | Address review; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/19/2015 | 9.3 | $1,395.00 | ND outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/20/2015 | 7.3 | $803.00 | ND outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 11/20/2015 | 7.5 | $1,125.00 | On the ground outreach in North Dakota; |
| Roberts, April | Project Administrator | $80.00 | 11/20/2015 | 2.5 | $200.00 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/20/2015 | 7.5 | $1,125.00 | ND outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 11/21/2015 | 8.4 | $924.00 | ND outreach - travel; |
| Pinkerton, Brian | Project Manager II | $150.00 | 11/21/2015 | 8.0 | $1,200.00 | Travel back from North Dakota; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/21/2015 | 8.0 | $1,200.00 | ND outreach travel; |
| Roberts, April | Project Administrator | $80.00 | 11/23/2015 | 5.5 | $440.00 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/23/2015 | 0.3 | $45.00 | MI outreach prep; |
| Roberts, April | Project Administrator | $80.00 | 11/24/2015 | 6.8 | $544.00 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 11/24/2015 | 0.3 | $45.00 | MI outreach prep; |
| Roberts, April | Project Administrator | $80.00 | 11/25/2015 | 5.5 | $440.00 | Review addresses; |
| Westre, Nicole | Associate I | $125.00 | 11/25/2015 | 5.0 | $625.00 | Tribal outreach project; |
| Westre, Nicole | Associate I | $125.00 | 11/30/2015 | 7.5 | $937.50 | Tribal outreach project; |
| | | | **Total Outreach :** | **229.0** | **$29,262.50** | |