

# INVOICE

**Invoice Date**  
11/30/15

**Invoice Number**  
0003606416-410

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | **1410006162** SM |
| Billing Specialist: | **Erwin Gonzalez** |
| Email: | **egonzalez@jamsadr.com** |
| Telephone: | **(949) 224-4642** |
| Employer ID: | **68-0542699** |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**    Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**    Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/10/15 | Hon. Richard Levie (Ret.) | 5.30 | 600.00 | 3,180.00 | 1 | 3,180.00 |
| | Nov. 4, 9 & 10: Review appeals and determinations; Sign letters | | | | | |
| 11/30/15 | Case Management Fee | | | | | 318.00 |
| | | | | Fees | | 3,498.00 |
| 11/13/15 | Hon. Richard Levie (Ret.) | | | 4,830.00 | 1 | 4,830.00 |
| | Research Assistant Christina Calce for services rendered on Nov. 4, 9, 12 & 13: Review appeals and determinations; Draft letters and memoranda. *Total: 13.80 Hours | | | | | |
| | | | | Expenses/Retainers | | 4,830.00 |
| | | | | Total | | $ 8,328.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**File 1750**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1750**

Overnight mail:
**1920 Main St. Suite 300**
**Irvine, CA 92614**