

**INVOICE**

**Invoice Date**  
04/29/16

**Invoice Number**  
0003730698-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | **1410006162** SM |
| Billing Specialist: | **Erwin Gonzalez** |
| Email: | **egonzalez@jamsadr.com** |
| Telephone: | **(949) 224-4642** |
| Employer ID: | **68-0542699** |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**  **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 04/04/16 | Hon. Richard Levie (Ret.) Telephone conference with C. Calce re: SM 11 | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| 04/20/16 | Hon. Richard Levie (Ret.) Determination of eligibility | 0.60 | 600.00 | 360.00 | 1 | 360.00 |
| 04/22/16 | Hon. Richard Levie (Ret.) Determination of eligibility | 1.80 | 600.00 | 1,080.00 | 1 | 1,080.00 |
| 04/25/16 | Hon. Richard Levie (Ret.) Determination of eligibility - email C. Calce | 0.80 | 600.00 | 480.00 | 1 | 480.00 |
| 04/27/16 | Hon. Richard Levie (Ret.) Telephone conference with C. Calce re: Sutalo | 0.60 | 600.00 | 360.00 | 1 | 360.00 |
| 04/28/16 | Hon. Richard Levie (Ret.) Determination of eligibility - Sutalo | 0.40 | 600.00 | 240.00 | 1 | 240.00 |
| 04/29/16 | Case Management Fee | | | | | 258.00 |
| | | | | Fees | | 2,838.00 |
| 04/28/16 | Hon. Richard Levie (Ret.) | | | 4,515.00 | 1 | 4,515.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

**Standard mail:**  
**P.O. Box 845402**  
**Los Angeles, CA 90084**

**Overnight mail:**  
**18881 Von Karman Ave. Suite 350**  
**Irvine, CA 92612**



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference** REFERENCE #: **1410006162** **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | Research Assistant Christina Calce for services rendered on April 4 - 28: Review of SM No. 11; Prepare/edit SM No. 11; Send SM No. 11 draft to parties; determinations of eligibility; Finalize Sutalo memo; Telephone conference with Judge Levie; Confer with Judge Levie. | | | | |
| | Total Time: 12.90 hrs | | | | |

|  |  |
|---|---|
| Expenses/Retainers | 4,515.00 |
| Total | $ 7,353.00 |
| Outstanding Balance as of 05/02/16 | $ 7,353.00 |