

# INVOICE

**Invoice Date**  
05/31/16

**Invoice Number**  
0003755440-410

| To: | **David C. Smith, Esq.**<br>**Kilpatrick Townsend & Stockton LLP**<br>**607 14th Street, NW**<br>**Suite 900**<br>**Washington, DC 20005** |
|---|---|

| | | |
|---|---|---|
| Reference #: | **1410006162** | SM |
| Billing Specialist: | **Erwin Gonzalez** | |
| Email: | **egonzalez@jamsadr.com** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**  Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/03/16 | Hon. Richard Levie (Ret.)<br>Review submissions from the parties | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| 05/04/16 | Hon. Richard Levie (Ret.)<br>Telephone conference with Calce - Sutalo estate | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| 05/31/16 | Case Management Fee | | | | | 12.00 |
| | | | | Fees | | 132.00 |
| 04/22/16 | Hon. Richard Levie (Ret.)<br>US EXPRESS INC. charges for delivery on 4/22/16 (Ref#W61010). | | | 32.82 | 1 | 32.82 |
| 05/23/16 | Hon. Richard Levie (Ret.)<br>Research Assistant Christina Calce for services rendered:<br>05/04/16 - Review submissions from the parties; Telephone conference with Judge Levie.<br>05/23/16 - Review submissions from the parties;<br>*Total: 1.20 Hours | | | 420.00 | 1 | 420.00 |
| | | | | Expenses/Retainers | | 452.82 |
| | | | | Total | | $ 584.82 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:  
**P.O. Box 845402**  
**Los Angeles, CA 90084**

Overnight mail:  
**18881 Von Karman Ave. Suite 350**  
**Irvine, CA 92612**