

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/30/2016 | 19875 |
| **PERIOD START** | **THROUGH DATE** |
| 1/1/2016 | 1/31/2016 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

David C. Smith, Esq.

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

## Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 2,268.2 Hrs. | $116.23 Avg. Hourly Rate | $263,637.00 |
| B. Scan Mail | 11,153 | $0.12 each | $1,338.36 |
| C. Prep Mail | 77.7 Hrs. | $45.00 per hour | $3,496.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,154 | $1.50 per box per month | $1,731.00 |
| Electronic | 3,756,365 | $0.008 per image/record per month | $29,997.52 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 61,489 | $0.26 per minute | $15,987.14 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 4,202.5 Hrs. | $45.00 per hour | $189,112.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 266.6 Hrs. | $151.85 Avg. Hourly Rate | $40,482.50 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 5,823 | $0.65 each | $3,784.95 |
| B. Check Reissues | 914 | $0.95 each | $868.30 |

1Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $3,689.34 .



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices;  review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 185.4 Hrs. | $215.16 Avg. Hourly Rate | $39,890.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the  Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 217.1 Hrs. | $105.83 Avg. Hourly Rate | $22,976.00 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 350.3 Hrs. | $137.79 Avg. Hourly Rate | $48,267.50 |
| **Total Fees** | | | **$661,569.77** |
| **Project Expense Total** | | | **$24,672.07** |
| **Total Fees and Project Expenses** | | | **$686,241.84** |
| Outstanding Balance Prior Invoice #19723 | | | $699,773.57 |
| **Grand Total** | | | **$1,386,015.41** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: January 1, 2016 through January 31, 2016 | |
| Printing, Copy, Fax Charges | $438.40 |
| Translations | $73.26 |
| FedEx, Messenger and Shipping | $1,568.90 |
| Postage | $7,497.53 |
| Project Supplies & Equipment | $435.38 |
| Travel and Entertainment | $14,658.60 |
| **Total:** | **$24,672.07** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC<br>1531 Utah Ave South, Ste 600<br>Seattle, WA 98134<br><br><br>Terms: Net 30 days | – Or – | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |


**Period from 1/1/2016 to 1/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount Notes |
|------|-------|------|------|-------|-------------|
| **Management of Call Center** | | | | | |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/04/2016 | 0.6 | $48.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/04/2016 | 0.4 | $32.00 General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 01/04/2016 | 0.4 | $50.00 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/04/2016 | 1.6 | $200.00 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/04/2016 | 9.2 | $1,656.00 Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/04/2016 | 0.2 | $20.00 Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/05/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/05/2016 | 0.2 | $16.00 General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 01/05/2016 | 0.2 | $25.00 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/05/2016 | 1.8 | $225.00 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/05/2016 | 8.4 | $1,512.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/05/2016 | 0.4 | $72.00 Management assistance to IIM Call Center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/05/2016 | 1.7 | $170.00 Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/06/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/06/2016 | 0.2 | $16.00 General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 01/06/2016 | 0.2 | $25.00 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/06/2016 | 1.3 | $162.50 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/06/2016 | 8.7 | $1,566.00 Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/06/2016 | 5.0 | $500.00 Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/07/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/07/2016 | 0.5 | $62.50 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/07/2016 | 1.9 | $237.50 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/07/2016 | 8.4 | $1,512.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/07/2016 | 0.2 | $36.00 Management assistance to IIM Call Center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/07/2016 | 4.8 | $480.00 Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/08/2016 | 0.2 | $16.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/08/2016 | 0.5 | $62.50 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/08/2016 | 3.4 | $425.00 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/08/2016 | 9.1 | $1,638.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/08/2016 | 0.2 | $36.00 Management assistance to IIM Call Center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/08/2016 | 3.6 | $360.00 Quality call monitoring; |
| Swisher, Ben | Call Center Agent | $57.00 | 01/08/2016 | 2.2 | $125.40 Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/11/2016 | 0.6 | $48.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/11/2016 | 0.4 | $50.00 Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/11/2016 | 9.4 | $1,692.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/11/2016 | 0.4 | $72.00 Management assistance to IIM Call Center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/11/2016 | 1.7 | $170.00 Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/12/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/12/2016 | 0.2 | $16.00 General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 01/12/2016 | 0.5 | $62.50 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/12/2016 | 0.5 | $62.50 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/12/2016 | 9.6 | $1,728.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/12/2016 | 0.3 | $54.00 Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/13/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/13/2016 | 0.6 | $75.00 Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/13/2016 | 0.3 | $37.50 Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/13/2016 | 9.1 | $1,638.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/13/2016 | 0.3 | $54.00 Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/14/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/14/2016 | 0.2 | $16.00 General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 01/14/2016 | 0.5 | $62.50 Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/14/2016 | 9.3 | $1,674.00 Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/15/2016 | 0.4 | $32.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/15/2016 | 0.9 | $112.50 Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 01/15/2016 | 0.5 | $40.00 FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/15/2016 | 9.4 | $1,692.00 Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/15/2016 | 0.6 | $108.00 Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/19/2016 | 0.6 | $48.00 IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/19/2016 | 0.4 | $32.00 General Management and Oversight of Contact Center; |



**Period from 1/1/2016 to 1/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Eby, Samantha | Project Manager I | $125.00 | 01/19/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/19/2016 | 7.0 | $875.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 01/19/2016 | 0.1 | $8.00 | Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/19/2016 | 8.9 | $1,602.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/19/2016 | 0.4 | $72.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/19/2016 | 2.4 | $240.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 01/20/2016 | 0.6 | $75.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/20/2016 | 4.5 | $562.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 01/20/2016 | 0.8 | $64.00 | Obtained and Provided access; Department Management; Administrative and Management Tasks; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/20/2016 | 8.7 | $1,566.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/20/2016 | 5.8 | $580.00 | Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/21/2016 | 0.6 | $48.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/21/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/21/2016 | 1.1 | $198.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/21/2016 | 0.3 | $54.00 | Management assistance to IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/22/2016 | 0.6 | $48.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 01/22/2016 | 0.2 | $16.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 01/22/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/22/2016 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/22/2016 | 4.5 | $810.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/22/2016 | 0.4 | $72.00 | Management assistance to IIM call center; |
| Walsh, Stephanie | Call Center Agent | $57.00 | 01/22/2016 | 3.7 | $210.90 | Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/25/2016 | 0.3 | $24.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/25/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/25/2016 | 6.0 | $750.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 01/25/2016 | 0.4 | $32.00 | FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/25/2016 | 9.6 | $1,728.00 | Management of IIM call center; |
| Walsh, Stephanie | Call Center Agent | $57.00 | 01/25/2016 | 3.0 | $171.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 01/26/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/26/2016 | 6.5 | $812.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/26/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/26/2016 | 0.3 | $54.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/26/2016 | 4.3 | $430.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 01/27/2016 | 3.5 | $437.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/27/2016 | 9.3 | $1,674.00 | Management of IIM call center; |
| Walsh, Stephanie | Call Center Agent | $57.00 | 01/27/2016 | 0.6 | $34.20 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 01/28/2016 | 2.3 | $287.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 01/28/2016 | 0.5 | $40.00 | FAQ Revisions; Revised Project Setup; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/28/2016 | 9.4 | $1,692.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 01/28/2016 | 0.5 | $50.00 | Quality call monitoring; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 01/29/2016 | 0.7 | $56.00 | IVR/Phone Work: Made changes per operations to project phone systems;IVR/Phone QA: Performed QA on changes made to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 01/29/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 01/29/2016 | 3.4 | $425.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 01/29/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Weber, Eric | Ass't Director, Call Center | $180.00 | 01/29/2016 | 0.4 | $72.00 | Management of IIM call center; |

|  | | **Total Management of Call Center:** | | **266.6** | **$40,482.50** | |


**Period from 1/1/2016 to 1/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount Notes |
|------|-------|------|------|-------|--------------|
| **Project Management** | | | | | |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/04/2016 | 0.1 | $25.00 Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/04/2016 | 1.8 | $495.00 Oversight of data questions; correspondence with counsel; oversight of team. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/04/2016 | 0.5 | $90.00 Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/04/2016 | 1.0 | $150.00 QA entitlements; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/04/2016 | 0.5 | $100.00 Compliance review. |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/05/2016 | 0.7 | $77.00 Provided details on an outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/05/2016 | 0.1 | $8.50 Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/05/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/05/2016 | 1.4 | $385.00 Project oversight; communications with counsel and FTI |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 01/05/2016 | 0.1 | $12.50 Merging run; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/05/2016 | 0.8 | $144.00 Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/05/2016 | 0.3 | $45.00 Quality assurance training; |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 01/06/2016 | 0.5 | $100.00 Acct maint |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/06/2016 | 0.8 | $88.00 Voided checks at the bank and in the database. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/06/2016 | 0.5 | $42.50 Create and post positive pay file. Update reconciliation. Download check reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/06/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/06/2016 | 2.1 | $577.50 Project oversight; communications with counsel and FTI |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/06/2016 | 1.1 | $198.00 Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 01/06/2016 | 0.2 | $20.00 QA Seattle mail intakes and scanning requests made via email & fax; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/07/2016 | 0.6 | $66.00 Provided details on an outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/07/2016 | 2.0 | $170.00 Pull check copies for Operations request. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/07/2016 | 0.1 | $25.00 Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/07/2016 | 2.1 | $577.50 Project oversight; communications with counsel and FTI |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/07/2016 | 0.8 | $144.00 Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/07/2016 | 0.6 | $90.00 Data reporting training; data corrections training; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/08/2016 | 1.5 | $165.00 Provided details on an outstanding AOF and provided check copies. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/08/2016 | 0.1 | $8.50 Update Banking summary. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/08/2016 | 0.4 | $60.00 create and post void file to bank website for reissues, eck copy request |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/08/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/08/2016 | 0.2 | $16.00 REISSUE FILING |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/08/2016 | 3.1 | $852.50 Project oversight; communications with counsel and FTI; preparation for Navajo trip |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/08/2016 | 0.3 | $54.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/08/2016 | 0.4 | $50.00 Dissemination management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 01/08/2016 | 1.5 | $165.00 Review reissue check samples; |
| Dodge, Mary C. | Sr. QA Supervisor | $120.00 | 01/08/2016 | 0.5 | $60.00 Check Review |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 01/08/2016 | 0.2 | $20.00 QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/08/2016 | 0.4 | $60.00 QA data updates training; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/08/2016 | 0.2 | $40.00 Compliance review. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/11/2016 | 0.1 | $8.50 Download end of month statements. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/11/2016 | 0.5 | $125.00 Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/11/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/11/2016 | 8.9 | $2,447.50 Project oversight; communications with counsel and FTI; flight and drive to Castle Rock, Navajo |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/11/2016 | 0.6 | $108.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/11/2016 | 0.2 | $25.00 Dissemination management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 01/11/2016 | 0.4 | $44.00 Review check stubs; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 01/11/2016 | 0.2 | $20.00 QA Seattle mail intakes and scanning requests made via email & fax; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/11/2016 | 0.2 | $40.00 Compliance review. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 01/11/2016 | 0.6 | $90.00 Compliance Review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/12/2016 | 0.5 | $55.00 Prepared and executed a wire transfer. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/12/2016 | 0.5 | $42.50 Update outstanding report. Update reconciliation. Download check reports. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/12/2016 | 0.1 | $15.00 QA approve and release wire |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/12/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/12/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/12/2016 | 8.1 | $2,227.50 Project oversight; communications with counsel and FTI;  drive to Castle Rock, Navajo and work at BIA office |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 01/12/2016 | 0.2 | $25.00 Merging run; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/12/2016 | 0.3 | $54.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/12/2016 | 0.2 | $25.00 Dissemination management; |
| Ciborka, Matthew | Project Manager II | $150.00 | 01/12/2016 | 0.1 | $15.00 Check review. |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 01/12/2016 | 0.2 | $20.00 QA Seattle mail intakes and scanning requests made via email & fax; |



**Exhibit B to Invoice 19875**

**Project Management**

**Period from 1/1/2016 to 1/31/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount Notes |
|------|-------|------|------|-------|--------------|
| **Project Management** | | | | | |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/13/2016 | 0.5 | $42.50 Update outstanding report. Update reconciliation. Download check reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/13/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/13/2016 | 0.1 | $8.00 CHECK COPY REQUEST |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/13/2016 | 8.2 | $2,255.00 Project oversight; communications with counsel and FTI; flight and drive to Castle Rock, Navajo |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/13/2016 | 2.5 | $450.00 Review all team emails and handle/respond accordingly; ield questions from team members; oversee team production and tasks; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/13/2016 | 0.5 | $90.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/13/2016 | 0.4 | $50.00 Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/13/2016 | 1.1 | $165.00 Data reporting training; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/14/2016 | 0.5 | $42.50 Update outstanding report. Update reconciliation. Download check reports. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/14/2016 | 3.9 | $1,072.50 Project oversight; communications with counsel and FTI; call with counsel; check register meeting for FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/14/2016 | 1.4 | $252.00 Review all team emails and handle/respond accordingly; oversee team production and tasks; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/14/2016 | 0.6 | $108.00 Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/14/2016 | 1.0 | $150.00 Data reporting; data reporting training; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/15/2016 | 0.7 | $59.50 Update outstanding report. Update reconciliation. Download check reports. Confirm positive pay exception. Stop checks at the bank and void in the database. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/15/2016 | 0.2 | $30.00 create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/15/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/15/2016 | 2.9 | $797.50 Project oversight; communications with counsel and FTI; check register report |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/15/2016 | 1.2 | $216.00 Review all team emails and handle/respond accordingly; ield questions from team members; oversee team production and tasks; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/15/2016 | 0.6 | $108.00 Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 01/15/2016 | 1.2 | $132.00 Review reissue checks; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/15/2016 | 0.8 | $120.00 Conduct check review; data reporting; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/15/2016 | 0.2 | $40.00 Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/18/2016 | 6.1 | $1,677.50 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI; flight to Phoenix, AZ |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/19/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/19/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/19/2016 | 8.5 | $2,337.50 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI; work at BIA office |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/19/2016 | 0.5 | $90.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/19/2016 | 0.3 | $54.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/19/2016 | 0.3 | $37.50 Dissemination management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 01/19/2016 | 0.3 | $33.00 Review reissue check stubs; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/19/2016 | 0.5 | $100.00 Compliance Review. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 01/19/2016 | 0.2 | $30.00 Compliance Review |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/20/2016 | 0.2 | $17.00 Confirm positive pay exceptions. Research fraudulent items. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/20/2016 | 0.2 | $30.00 update counterfeit check log for fraudulent items |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/20/2016 | 0.6 | $150.00 Monitor/review the creation of the account reconciliation report produced for Operations. Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/20/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/20/2016 | 9.3 | $2,557.50 Project oversight; work with counsel; further distribution; work with FTI; preparation for hearing; flight to Seattle; work at BIA office. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/20/2016 | 1.0 | $180.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/20/2016 | 0.3 | $54.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/20/2016 | 0.4 | $50.00 Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/20/2016 | 1.5 | $225.00 QA checks; QA entitlements training; QA checks training; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/20/2016 | 0.3 | $60.00 Compliance review. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/21/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/21/2016 | 3.2 | $880.00 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/21/2016 | 1.2 | $216.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 01/21/2016 | 0.1 | $12.50 Merging run; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/21/2016 | 0.5 | $90.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/21/2016 | 1.0 | $125.00 Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/21/2016 | 2.3 | $345.00 QA checks training; QA checks; QA data reporting; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/22/2016 | 4.6 | $506.00 Processed 12 new AOFs and sent them to Chase. Updated AOF log with new credits and denials. Provide details on outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/22/2016 | 0.2 | $17.00 Confirm positive pay exception. Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/22/2016 | 0.2 | $30.00 create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/22/2016 | 0.5 | $125.00 Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/22/2016 | 3.2 | $880.00 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/22/2016 | 1.2 | $216.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; coordinate prep of materials for special master meeting; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/22/2016 | 0.6 | $108.00 Project oversight; |
| Strakal, Tammy | Project Supervisor | $100.00 | 01/22/2016 | 0.9 | $90.00 Pacer document request; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/22/2016 | 1.5 | $225.00 QA checks; QA checks training; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/22/2016 | 0.8 | $160.00 Compliance review. |



**Period from 1/1/2016 to 1/31/2016**

**IIM** IIM - Elouise Pepion Cobell et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount Notes |
|---|---|---|---|---|---|
| **Project Management** | | | | | |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/23/2016 | 2.1 | $577.50 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/24/2016 | 0.9 | $247.50 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/25/2016 | 2.0 | $220.00 Updated AOF log with new credits and denials. Provide details on outstanding AOFs. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/25/2016 | 0.1 | $15.00 yearly balance average report |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/25/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Reissue Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/25/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/25/2016 | 6.5 | $1,787.50 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/25/2016 | 1.0 | $180.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/25/2016 | 0.3 | $54.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/25/2016 | 0.3 | $37.50 Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/25/2016 | 0.4 | $60.00 QA entitlements training; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 01/25/2016 | 0.6 | $90.00 Compliance Review |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/26/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/26/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/26/2016 | 6.5 | $1,787.50 Project oversight; work with counsel; preparation for hearing; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/26/2016 | 1.2 | $216.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/26/2016 | 0.2 | $36.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/26/2016 | 0.2 | $25.00 Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/26/2016 | 2.0 | $300.00 QA checks; QA entitlements; QA entitlements training; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/27/2016 | 2.3 | $253.00 Updated AOF log with new credits and denials. Provide details on outstanding AOFs. Provided copies of the checks. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/27/2016 | 0.2 | $17.00 Confirm positive pay exception. Void checks at the bank and in the database. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/27/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/27/2016 | 3.4 | $935.00 Project oversight; work with counsel; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/27/2016 | 1.4 | $252.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/27/2016 | 0.2 | $36.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/27/2016 | 0.3 | $37.50 Dissemination management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 01/27/2016 | 2.9 | $435.00 QA entitlements; QA data updates; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/28/2016 | 1.1 | $93.50 Pull check copies for Operations request. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/28/2016 | 1.2 | $180.00 50 check copies |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/28/2016 | 0.4 | $100.00 Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/28/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/28/2016 | 3.1 | $852.50 Project oversight; work with counsel; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/28/2016 | 1.4 | $252.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/28/2016 | 0.4 | $72.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/28/2016 | 0.3 | $37.50 Dissemination management; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 01/29/2016 | 1.1 | $121.00 Updated AOF log with new credits and denials. Provide details on outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 01/29/2016 | 0.4 | $34.00 Confirm positive pay exception. Update reconciliation. Pull check copies for Operations request. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 01/29/2016 | 0.2 | $30.00 create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 01/29/2016 | 0.5 | $125.00 Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 01/29/2016 | 0.2 | $16.00 POSITIVE PAY FILE UPLOAD |
| Castaneda, Lori | Vice President, Operations | $275.00 | 01/29/2016 | 2.4 | $660.00 Project oversight; work with counsel; further distribution; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 01/29/2016 | 1.0 | $180.00 Review all project emails and handle accordingly, oversee and coordinate team tasks; handle team questions; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 01/29/2016 | 0.2 | $36.00 Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 01/29/2016 | 0.3 | $37.50 Dissemination management; |
| Cabuang, Catalina | Project Supervisor | $100.00 | 01/29/2016 | 0.7 | $70.00 Making copies of documents, collate and staple; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 01/29/2016 | 0.7 | $77.00 Review reissue checks stubs; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 01/29/2016 | 0.2 | $40.00 Compliance review. |
| | **Total Project Management :** | | | **185.4** | **$39,890.50** |



**Exhibit C to Invoice 19875**

**Systems Support**

**Period from 1/1/2016 to 1/31/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount Notes |
|---|---|---|---|---|---|
| **Systems Support** | | | | | |
| Davidson, Richard | Data Analyst II | $100.00 | 01/04/2016 | 3.0 | $300.00 Created mailing |
| Haygood, John David | Director, Systems | $235.00 | 01/04/2016 | 0.6 | $141.00 Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/04/2016 | 5.5 | $467.50 Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/04/2016 | 6.9 | $759.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/05/2016 | 1.6 | $160.00 Finished mailing(1); |
| Haygood, John David | Director, Systems | $235.00 | 01/05/2016 | 0.4 | $94.00 Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/05/2016 | 4.2 | $357.00 Reporting; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/05/2016 | 3.9 | $429.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/06/2016 | 1.4 | $140.00 Finished Check reissue report; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 01/06/2016 | 0.5 | $100.00 Removed items from the IIM-Check Undeliverables Wrong Project queue |
| Haygood, John David | Director, Systems | $235.00 | 01/06/2016 | 0.6 | $141.00 Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/06/2016 | 2.0 | $170.00 Production data update review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/06/2016 | 4.8 | $528.00 Distribution activities to trust class members & related reporting; |
| Burke, Sharon | Data Analyst III | $110.00 | 01/07/2016 | 0.1 | $11.00 Update mail run; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/07/2016 | 6.0 | $510.00 Production data change review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/07/2016 | 5.8 | $638.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/08/2016 | 2.0 | $200.00 Created three tab matrix report |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/08/2016 | 7.5 | $637.50 Production data updates review; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 01/08/2016 | 0.5 | $100.00 Update signature for various check stubs. |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/08/2016 | 5.9 | $649.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/11/2016 | 2.5 | $250.00 Created TRU matrix report; |
| Haygood, John David | Director, Systems | $235.00 | 01/11/2016 | 0.5 | $117.50 Update data for processing; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/11/2016 | 3.5 | $297.50 Reporting review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/11/2016 | 4.5 | $495.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/12/2016 | 2.0 | $200.00 Finished EONOS mailing; |
| Haygood, John David | Director, Systems | $235.00 | 01/12/2016 | 0.4 | $94.00 Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/12/2016 | 3.5 | $297.50 Reporting review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/12/2016 | 6.0 | $660.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/13/2016 | 1.5 | $150.00 Ran check reissue process; |
| Haygood, John David | Director, Systems | $235.00 | 01/13/2016 | 0.7 | $164.50 Provide reporting for processing; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/13/2016 | 5.1 | $561.00 Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 01/14/2016 | 1.3 | $305.50 Provide reporting for counsel; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/14/2016 | 1.0 | $85.00 Data reporting meeting; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/14/2016 | 6.9 | $759.00 Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 01/15/2016 | 0.5 | $117.50 Update data for entitlements; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/15/2016 | 6.9 | $759.00 Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 01/19/2016 | 0.5 | $117.50 Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/19/2016 | 7.5 | $637.50 Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/19/2016 | 6.9 | $759.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/20/2016 | 1.7 | $170.00 EONOS mailing; |
| Haygood, John David | Director, Systems | $235.00 | 01/20/2016 | 0.8 | $188.00 Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/20/2016 | 7.0 | $595.00 Reporting review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/20/2016 | 6.5 | $715.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/21/2016 | 1.4 | $140.00 Finished EONOS mailing |
| Haygood, John David | Director, Systems | $235.00 | 01/21/2016 | 0.7 | $164.50 Provide reporting for counsel; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/21/2016 | 7.0 | $595.00 Reporting review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/21/2016 | 6.8 | $748.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/22/2016 | 2.0 | $200.00 Created BPE report; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/22/2016 | 6.5 | $552.50 Reporting review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/22/2016 | 5.5 | $605.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/25/2016 | 3.0 | $300.00 EON data pull; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 01/25/2016 | 0.5 | $100.00 Removed items from the IIM-Check Undeliverables Wrong Project queue |
| Haygood, John David | Director, Systems | $235.00 | 01/25/2016 | 0.5 | $117.50 Provide reports for counsel; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/25/2016 | 7.0 | $595.00 Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/25/2016 | 6.9 | $759.00 Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/26/2016 | 2.8 | $280.00 Created report; |
| Haygood, John David | Director, Systems | $235.00 | 01/26/2016 | 0.7 | $164.50 Provide reports for counsel; |
| Naff, Vanessa | Data Analyst I | $85.00 | 01/26/2016 | 6.0 | $510.00 Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/26/2016 | 6.9 | $759.00 Distribution activities to trust class members & related reporting; |



**Exhibit C to Invoice 19875**

**Systems Support**

**Period from 1/1/2016 to 1/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|------|-------|------|------|-------|--------|-------|
| **Systems Support** | | | | | | |
| Haygood, John David | Director, Systems | $235.00 | 01/27/2016 | 0.4 | $94.00 | Provide reports for processing; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/27/2016 | 3.5 | $385.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/28/2016 | 2.0 | $200.00 | Ran check reissue process; |
| Haygood, John David | Director, Systems | $235.00 | 01/28/2016 | 0.7 | $164.50 | Provide reports for processing; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/28/2016 | 0.5 | $55.00 | Distribution activities to trust class members & related reporting; |
| Chan, Derek T. | Windows Administrator | $85.00 | 01/29/2016 | 2.5 | $212.50 | Provide desktop support; |
| Davidson, Richard | Data Analyst II | $100.00 | 01/29/2016 | 1.6 | $160.00 | Created Matrix Report; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 01/29/2016 | 0.8 | $88.00 | Distribution activities to trust class members & related reporting; |
| | | | **Total Systems Support :** | **217.1** | **$22,976.00** | |



**Period from 1/1/2016 to 1/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **On-the-Ground Outreach** | | | | | | |
| Roberts, April | Receptionist | $45.00 | 01/05/2016 | 0.4 | $18.00 | Review addresses; |
| Roberts, April | Receptionist | $45.00 | 01/06/2016 | 1.2 | $54.00 | Review addresses; |
| Vinson, Jason | Desktop Support | $100.00 | 01/06/2016 | 2.0 | $200.00 | Ground outreach preparation |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 01/07/2016 | 0.3 | $33.00 | Prepare for outreach; |
| Roberts, April | Receptionist | $45.00 | 01/07/2016 | 0.9 | $40.50 | Review addresses; |
| Vinson, Jason | Desktop Support | $100.00 | 01/07/2016 | 1.8 | $180.00 | Ground outreach preparation |
| Page, James | Project Manager II | $150.00 | 01/08/2016 | 0.5 | $75.00 | Prepare for future outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 01/11/2016 | 8.9 | $979.00 | NM outreach; |
| Page, James | Project Manager II | $150.00 | 01/11/2016 | 6.9 | $1,035.00 | Travel for on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/11/2016 | 8.0 | $1,200.00 | Travel to Shiprock agency in New Mexico; |
| Roberts, April | Receptionist | $45.00 | 01/11/2016 | 1.0 | $45.00 | Review addresses; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 01/12/2016 | 9.0 | $990.00 | NM outreach; |
| Page, James | Project Manager II | $150.00 | 01/12/2016 | 7.5 | $1,125.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/12/2016 | 9.3 | $1,395.00 | On the ground outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 01/13/2016 | 8.6 | $946.00 | NM outreach; |
| Page, James | Project Manager II | $150.00 | 01/13/2016 | 7.0 | $1,050.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/13/2016 | 9.4 | $1,410.00 | On the ground outreach; |
| Roberts, April | Receptionist | $45.00 | 01/13/2016 | 4.0 | $180.00 | Review addresses; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 01/14/2016 | 2.0 | $220.00 | NM outreach; |
| Page, James | Project Manager II | $150.00 | 01/14/2016 | 6.5 | $975.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/14/2016 | 3.5 | $525.00 | On the ground outreach; |
| Roberts, April | Receptionist | $45.00 | 01/14/2016 | 7.5 | $337.50 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/14/2016 | 0.3 | $45.00 | AZ outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 01/15/2016 | 9.6 | $1,056.00 | NM outreach; |
| Page, James | Project Manager II | $150.00 | 01/15/2016 | 7.5 | $1,125.00 | On the ground outreach; travel foe on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/15/2016 | 12.0 | $1,800.00 | On the ground outreach; Travel home from BIA office in Shiprock New Mexico; |
| Roberts, April | Receptionist | $45.00 | 01/15/2016 | 4.0 | $180.00 | Review addresses; |
| Page, James | Project Manager II | $150.00 | 01/18/2016 | 6.5 | $975.00 | Travel for on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/18/2016 | 6.0 | $900.00 | Travel to Arizona for IIM outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/18/2016 | 7.5 | $1,125.00 | AZ outreach travel; |
| Page, James | Project Manager II | $150.00 | 01/19/2016 | 7.0 | $1,050.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/19/2016 | 7.3 | $1,095.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/19/2016 | 7.5 | $1,125.00 | AZ outreach; |
| Page, James | Project Manager II | $150.00 | 01/20/2016 | 4.8 | $720.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/20/2016 | 5.5 | $825.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/20/2016 | 4.5 | $675.00 | AZ outreach; |
| Page, James | Project Manager II | $150.00 | 01/21/2016 | 6.8 | $1,020.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/21/2016 | 7.7 | $1,155.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/21/2016 | 7.5 | $1,125.00 | AZ outreach; |
| Page, James | Project Manager II | $150.00 | 01/22/2016 | 7.3 | $1,095.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/22/2016 | 8.5 | $1,275.00 | On the ground outreach; Travel home from Arizona; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/22/2016 | 8.5 | $1,275.00 | AZ outreach; |
| Page, James | Project Manager II | $150.00 | 01/25/2016 | 5.1 | $765.00 | Travel for on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/25/2016 | 6.5 | $975.00 | Travel to New Mexico; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/25/2016 | 6.5 | $975.00 | Ft Defiance Outreach Travel; |
| Page, James | Project Manager II | $150.00 | 01/26/2016 | 6.7 | $1,005.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/26/2016 | 7.5 | $1,125.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/26/2016 | 7.5 | $1,125.00 | Ft Defiance Outreach; |
| Page, James | Project Manager II | $150.00 | 01/27/2016 | 5.3 | $795.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/27/2016 | 7.8 | $1,170.00 | On the ground outreach; |
| Roberts, April | Receptionist | $45.00 | 01/27/2016 | 4.5 | $202.50 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/27/2016 | 6.5 | $975.00 | Ft Defiance Outreach; |
| Page, James | Project Manager II | $150.00 | 01/28/2016 | 7.1 | $1,065.00 | On the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/28/2016 | 8.0 | $1,200.00 | On the ground outreach; |
| Roberts, April | Receptionist | $45.00 | 01/28/2016 | 0.8 | $36.00 | Review addresses; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/28/2016 | 7.0 | $1,050.00 | Ft Defiance Outreach; |
| Page, James | Project Manager II | $150.00 | 01/29/2016 | 6.5 | $975.00 | Travel for on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 01/29/2016 | 7.0 | $1,050.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 01/29/2016 | 7.5 | $1,125.00 | Ft Defiance outreach; outreach travel; |
| | **Total On-the-Ground Outreach :** | | | **350.3** | **$48,267.50** | |