

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/29/2016 | 20053 |
| PERIOD START | THROUGH DATE |
| 2/1/2016 | 2/29/2016 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 4,144.0 Hrs. | $120.72 Avg. Hourly Rate | $500,283.00 |
| B. Scan Mail | 19,577 | $0.12 each | $2,349.24 |
| C. Prep Mail | 161.5 Hrs. | $45.00 per hour | $7,267.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,165 | $1.50 per box per month | $1,747.50 |
| Electronic | 3,775,942 | $0.008 per image/record per month | $28,738.72 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 52,695 | $0.26 per minute | $13,700.70 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 3,204.5 Hrs. | $45.00 per hour | $144,202.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 399.2 Hrs. | $130.93 Avg. Hourly Rate | $52,267.40 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 6,121 | $0.65 each | $3,978.65 |
| B. Check Reissues | 562 | $0.95 each | $533.90 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $3,161.70.



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 210.3 Hrs. | $209.05 Avg. Hourly Rate | $43,963.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 131.9 Hrs. | $109.73 Avg. Hourly Rate | $14,474.00 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 298.4 Hrs. | $129.49 Avg. Hourly Rate | $38,639.00 |
| **Total Fees** | | | **$852,145.61** |
| **Project Expense Total** | | | **$12,638.83** |
| **Total Fees and Project Expenses** | | | **$864,784.44** |
| Outstanding Balance Prior Invoice #19723 | | | $699,773.57 |
| Outstanding Balance Prior Invoice #19875 | | | $686,241.84 |
| **Grand Total** | | | **$2,250,799.85** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar ||
|---|---|
| Description | Amount |
| **Project Expenses** <br> For the period: February 1, 2016 through February 29, 2016 | |
| Printing, Copy, Fax Charges | $799.00 |
| Translations | $17.38 |
| FedEx, Messenger and Shipping | $919.23 |
| Postage | $4,194.55 |
| Project Supplies & Equipment | $124.26 |
| Travel and Entertainment | $6,584.41 |
| **Total:** | **$12,638.83** |

| Please Remit To: |||
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



Exhibit A to Invoice 20053

Management of Call Center

**Period from 2/1/2016 to 2/29/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 02/01/2016 | 0.7 | $56.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 02/01/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/01/2016 | 2.8 | $350.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 02/01/2016 | 0.7 | $56.00 | Department Management; Administrative and Management Tasks; FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/01/2016 | 3.8 | $684.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/01/2016 | 6.6 | $660.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/02/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/02/2016 | 1.8 | $225.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 02/02/2016 | 0.1 | $8.00 | Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/02/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/02/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/02/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/03/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/03/2016 | 2.1 | $262.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 02/03/2016 | 0.3 | $24.00 | Department Management; FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/03/2016 | 9.4 | $1,692.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/03/2016 | 6.7 | $670.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/03/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/03/2016 | 3.5 | $350.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/04/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/04/2016 | 2.6 | $325.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/04/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/04/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/04/2016 | 1.3 | $260.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/04/2016 | 2.8 | $280.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/05/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/05/2016 | 2.0 | $250.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/05/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/05/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/05/2016 | 0.5 | $100.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/05/2016 | 2.9 | $290.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/08/2016 | 0.1 | $12.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/08/2016 | 2.4 | $300.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/08/2016 | 7.4 | $740.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/08/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/09/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/09/2016 | 1.6 | $200.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/09/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/09/2016 | 6.1 | $610.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/10/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/10/2016 | 2.1 | $262.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 02/10/2016 | 0.8 | $64.00 | FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/10/2016 | 8.9 | $1,602.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/10/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/10/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/10/2016 | 5.3 | $530.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/11/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/11/2016 | 2.3 | $287.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 02/11/2016 | 0.5 | $40.00 | FAQ Revisions; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/11/2016 | 9.3 | $1,674.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/11/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/11/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/11/2016 | 0.6 | $60.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/12/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/12/2016 | 1.4 | $175.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/12/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/12/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/16/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/16/2016 | 0.3 | $37.50 | Management of IIM call center; |



# Exhibit A to Invoice 20053
# Management of Call Center

**Period from 2/1/2016 to 2/29/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/16/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/16/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/16/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/17/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/17/2016 | 0.4 | $50.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/17/2016 | 1.6 | $288.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/17/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/17/2016 | 6.2 | $620.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/18/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/18/2016 | 1.6 | $200.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/18/2016 | 4.2 | $756.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/18/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/18/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/18/2016 | 2.5 | $250.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/19/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/19/2016 | 1.1 | $137.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/19/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/19/2016 | 7.7 | $770.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/22/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/22/2016 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/22/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/22/2016 | 7.3 | $730.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 02/23/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/23/2016 | 1.7 | $212.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 02/23/2016 | 0.2 | $16.00 | Department Management; Obtained and Provided access; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/23/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/23/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/23/2016 | 0.8 | $160.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/23/2016 | 2.4 | $240.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/24/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/24/2016 | 0.4 | $50.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/24/2016 | 8.9 | $1,602.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/24/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/24/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/24/2016 | 1.8 | $180.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 02/25/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/25/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/25/2016 | 8.8 | $1,584.00 | Training |
| Redman, Beth | Finance Administrator | $70.00 | 02/25/2016 | 0.1 | $7.00 | Obtained and Provided Access |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/25/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/25/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Keita, Binta | Call Center Agent | $57.00 | 02/25/2016 | 6.0 | $342.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/25/2016 | 5.9 | $590.00 | Quality call monitoring; |
| Campbell, Chelsi | Call Center Supervisor | $100.00 | 02/26/2016 | 0.1 | $10.00 | Supervisory assistance to customer service team; |
| Eby, Samantha | Project Manager I | $125.00 | 02/26/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 02/26/2016 | 1.3 | $162.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/26/2016 | 8.4 | $1,512.00 | Training |
| Redman, Beth | Finance Administrator | $70.00 | 02/26/2016 | 0.1 | $7.00 | Obtained and Provided Access |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/26/2016 | 7.5 | $750.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/26/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Keita, Binta | Call Center Agent | $57.00 | 02/26/2016 | 6.0 | $342.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/26/2016 | 6.2 | $620.00 | Quality call monitoring; |
| Walsh, Stephanie | Call Center Agent | $57.00 | 02/26/2016 | 2.7 | $153.90 | Quality call monitoring |
| Kise, Craig | Project Manager I | $125.00 | 02/29/2016 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 02/29/2016 | 8.3 | $1,494.00 | Training |
| Swisher, Ben | Call Center Supervisor | $100.00 | 02/29/2016 | 5.4 | $540.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 02/29/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 02/29/2016 | 3.1 | $310.00 | Quality call monitoring; |



**Exhibit A to Invoice 20053**

**Management of Call Center**

**Period from 2/1/2016 to 2/29/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| | | | Total Management of Call Center : | 399.2 | $52,267.40 | |



**Period from 2/1/2016 to 2/29/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/01/2016 | 1.5 | $165.00 | Processed new AOFs and sent them to JPMC. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/01/2016 | 0.6 | $51.00 | Run check status reports. Update reconciliation. Update outstanding report. Update Banking summary. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/01/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/01/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/01/2016 | 3.1 | $852.50 | Project oversight; review of distribution scheme; conference with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/01/2016 | 1.2 | $216.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/01/2016 | 0.2 | $36.00 | Project oversight |
| Raas, Adam | Project Manager I | $125.00 | 02/01/2016 | 0.5 | $62.50 | Dissemination management; |
| Cibirka, Matthew | Project Manager II | $150.00 | 02/01/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 02/01/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 02/01/2016 | 0.4 | $60.00 | Research claim history; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 02/01/2016 | 0.5 | $75.00 | Compliance Review |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/02/2016 | 3.0 | $330.00 | Processed new AOFs and sent them to JPMC. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/02/2016 | 0.6 | $51.00 | Run check status reports. Update reconciliation. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/02/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/02/2016 | 2.9 | $797.50 | Project oversight; review of distribution scheme; conference with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/02/2016 | 1.5 | $270.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/02/2016 | 0.3 | $54.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 02/02/2016 | 0.3 | $37.50 | Dissemination management; |
| Franko, Andrew | Project Supervisor | $100.00 | 02/02/2016 | 0.2 | $20.00 | QA emails and scanned mail; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/03/2016 | 0.5 | $42.50 | Run check status reports. Update reconciliation. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/03/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/03/2016 | 2.1 | $577.50 | Project oversight; review of distribution scheme; conference with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/03/2016 | 0.5 | $90.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/03/2016 | 0.4 | $72.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 02/03/2016 | 0.5 | $62.50 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 02/03/2016 | 0.4 | $90.00 | Project oversight; |
| Franko, Andrew | Project Supervisor | $100.00 | 02/03/2016 | 0.2 | $20.00 | QA scanned mail; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/04/2016 | 2.3 | $253.00 | Processed a new AOF and sent it to JPMC. Provided details on an outstanding AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/04/2016 | 0.5 | $42.50 | Run check status reports. Update reconciliation. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/04/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/04/2016 | 2.9 | $797.50 | Project oversight; review of distribution scheme; conference with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/04/2016 | 0.4 | $72.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 02/04/2016 | 0.2 | $25.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/04/2016 | 0.2 | $36.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 02/04/2016 | 1.0 | $125.00 | Dissemination management; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/05/2016 | 0.2 | $22.00 | Created and uploaded a void file for reissues to the bank. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/05/2016 | 0.7 | $59.50 | Confirm positive pay exception. Void checks at the bank and in the database. Run check status reports. Update reconciliation. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/05/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/05/2016 | 0.2 | $16.00 | Prep and File Positive Pay forms |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/05/2016 | 3.8 | $1,045.00 | Project oversight; review of distribution scheme; conference with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/05/2016 | 1.0 | $180.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/05/2016 | 0.7 | $126.00 | Project oversight; |
| Raas, Adam | Project Manager I | $125.00 | 02/05/2016 | 0.5 | $62.50 | Dissemination management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 02/05/2016 | 0.3 | $67.50 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 02/05/2016 | 1.3 | $143.00 | Review reissue check stubs; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 02/05/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/08/2016 | 3.2 | $880.00 | Project oversight; review of distribution scheme; confer with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/08/2016 | 1.4 | $252.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/08/2016 | 0.5 | $90.00 | Project oversight; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 02/08/2016 | 0.4 | $80.00 | Compliance review. |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/09/2016 | 1.5 | $165.00 | Updated AOF log. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/09/2016 | 0.1 | $8.50 | Download end of month statements. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/09/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/09/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/09/2016 | 3.1 | $852.50 | Project oversight; review of distribution scheme; confer with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/09/2016 | 1.6 | $288.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/09/2016 | 0.4 | $72.00 | Project oversight; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/10/2016 | 2.5 | $275.00 | Processed new AOFs and sent them to JPMC. |



**Period from 2/1/2016 to 2/29/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 02/10/2016 | 0.2 | $30.00 | void check at the bank and in the database |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/10/2016 | 3.7 | $1,017.50 | Project oversight; review of distribution scheme; confer with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/10/2016 | 1.5 | $270.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/10/2016 | 0.8 | $144.00 | Project oversight |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 02/10/2016 | 1.0 | $225.00 | Project oversight; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/11/2016 | 0.5 | $55.00 | Provided check details and copies. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/11/2016 | 0.5 | $42.50 | Run check status reports. Update reconciliation. Update outstanding report. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/11/2016 | 3.2 | $880.00 | Project oversight; review of distribution scheme; confer with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/11/2016 | 0.5 | $90.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/11/2016 | 0.5 | $90.00 | Project oversight; |
| Franko, Andrew | Project Supervisor | $100.00 | 02/11/2016 | 0.3 | $30.00 | QA scanned mail; |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/12/2016 | 1.0 | $110.00 | Provided update on outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/12/2016 | 1.0 | $85.00 | Run check status reports. Update reconciliation. Update outstanding report. Pull check copies for Operations request. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 02/12/2016 | 0.8 | $120.00 | check copy requests |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/12/2016 | 3.2 | $880.00 | Project oversight; review of distribution scheme; confer with FTI; research for counsel. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/12/2016 | 0.5 | $90.00 | Review all project related emails and handle accordingly; review project reports; oversee and coordinate team members; handle questions from team members; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/12/2016 | 0.3 | $54.00 | Project oversight; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/16/2016 | 0.6 | $51.00 | Update reconciliation. Run check status reports. Update Banking summary. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 02/16/2016 | 0.1 | $15.00 | QA Banking Summary |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/16/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/16/2016 | 4.1 | $1,127.50 | Project oversight; distribution; correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/16/2016 | 1.4 | $252.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/16/2016 | 0.2 | $36.00 | Project oversight; |
| Raas, Adam | Sr. Project Manager | $150.00 | 02/16/2016 | 0.3 | $45.00 | Dissemination management; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 02/16/2016 | 0.5 | $100.00 | Compliance review. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/17/2016 | 0.5 | $42.50 | Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/17/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/17/2016 | 0.2 | $16.00 | Positive Pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/17/2016 | 3.8 | $1,045.00 | Project oversight; distribution; correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/17/2016 | 1.0 | $180.00 | Review all project emails and handle accordingly; monitor and coordinate staff; handle staff questions; general team oversight; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 02/17/2016 | 0.4 | $50.00 | Merging runs; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/17/2016 | 0.3 | $54.00 | Project oversight; |
| Raas, Adam | Sr. Project Manager | $150.00 | 02/17/2016 | 0.4 | $60.00 | Dissemination management; |
| Paraiso, Leonor | Project Supervisor | $100.00 | 02/17/2016 | 0.1 | $10.00 | Monitoring of graphics log for completion of website/formatting updates; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 02/17/2016 | 4.5 | $495.00 | Estate Processing Training and review; |
| Cibirka, Matthew | Project Manager II | $150.00 | 02/17/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 02/18/2016 | 0.5 | $42.50 | Update reconciliation. Run check status reports. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 02/18/2016 | 0.3 | $45.00 | manual void on checks at the bank and in the database |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/18/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/18/2016 | 3.2 | $880.00 | Project oversight; distribution; correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/18/2016 | 1.0 | $180.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; |
| Ullery, Jaime | Associate II | $135.00 | 02/18/2016 | 2.5 | $337.50 | Estate Training; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/18/2016 | 0.6 | $108.00 | Project oversight; |
| Raas, Adam | Sr. Project Manager | $150.00 | 02/18/2016 | 0.5 | $75.00 | Dissemination management; |
| Laughlin, Marcus | Data Entry Processor | $55.00 | 02/18/2016 | 1.0 | $55.00 | Team meeting; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 02/18/2016 | 3.2 | $352.00 | Estate and document review training; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 02/18/2016 | 0.2 | $30.00 | Compliance Review |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 02/19/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/19/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/19/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/19/2016 | 2.9 | $797.50 | Prep for Sacramento BIA office visit; correspondence with BIA; correspondence with counsel; |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/19/2016 | 2.2 | $396.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; coordinate drafting of declarations regarding claimant appeals; |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 02/19/2016 | 0.2 | $25.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/19/2016 | 0.3 | $54.00 | Project oversight; |
| Raas, Adam | Sr. Project Manager | $150.00 | 02/19/2016 | 0.3 | $45.00 | Dissemination management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 02/19/2016 | 7.5 | $825.00 | Review reissue check stubs; update tribal outreach spreadsheet; |
| Cibirka, Matthew | Project Manager II | $150.00 | 02/19/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/22/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/22/2016 | 15.2 | $4,180.00 | Outreach at BIA offices in Sacramento; correspondence with counsel; correspondence with FTI |



**Period from 2/1/2016 to 2/29/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/22/2016 | 1.5 | $270.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; review draft declarations and provide edits to drafter; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/22/2016 | 0.5 | $90.00 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 02/22/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 02/22/2016 | 0.5 | $75.00 | Hold code research; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 02/22/2016 | 0.3 | $45.00 | Compliance Review |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/23/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/23/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/23/2016 | 16.1 | $4,427.50 | Outreach at BIA offices in Sacramento; correspondence with counsel; correspondence with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/23/2016 | 1.6 | $288.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; coordinate drafting of declarations regarding claimant appeals; |
| Ullery, Jaime | Associate II | $135.00 | 02/23/2016 | 6.3 | $850.50 | Probate document review training; |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 02/23/2016 | 0.1 | $12.50 | Follow up on completed project; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/23/2016 | 0.5 | $90.00 | Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 02/23/2016 | 0.6 | $90.00 | QA data request; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/24/2016 | 13.0 | $3,575.00 | Outreach at BIA offices in Sacramento; correspondence with counsel; correspondence with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/24/2016 | 1.5 | $270.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; coordinate drafting of declarations regarding claimant appeals; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/24/2016 | 0.5 | $90.00 | Project oversight; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 02/24/2016 | 0.1 | $10.00 | Distribute usps shipment; |
| Leiseth, Cassie | Project Manager II | $150.00 | 02/24/2016 | 0.3 | $45.00 | QA data request; |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 02/25/2016 | 0.5 | $100.00 | Acct research |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/25/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/25/2016 | 3.6 | $990.00 | Project oversight; distribution; correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 02/25/2016 | 1.0 | $180.00 | Review all project emails and handle accodingly; monitor and coordinate staff; handle staff questions; general team oversight; coordinate drafting of declarations regarding claimant appeals |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/25/2016 | 0.5 | $90.00 | Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 02/25/2016 | 2.5 | $375.00 | QA entitlement; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 02/25/2016 | 0.2 | $40.00 | Compliance review. |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 02/26/2016 | 1.5 | $300.00 | Distribution |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/26/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/26/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/26/2016 | 3.1 | $852.50 | Project oversight; distribution; correspondence with counsel |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/26/2016 | 0.5 | $90.00 | Project oversight; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 02/26/2016 | 0.4 | $90.00 | Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 02/26/2016 | 3.0 | $450.00 | QA entitlement; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 02/26/2016 | 0.4 | $80.00 | Compliance review. |
| Arabov, Anna | Sr. Project Supervisor | $110.00 | 02/29/2016 | 1.3 | $143.00 | Placed stop payment on checks, voided checks in the database. Provided check copies. Provided AOF update. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 02/29/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 02/29/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 02/29/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 02/29/2016 | 6.5 | $1,787.50 | Outreach at BIA in Oklahoma; project oversight |
| Ullery, Jaime | Associate II | $135.00 | 02/29/2016 | 1.0 | $135.00 | Probate document review training; |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 02/29/2016 | 0.2 | $25.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 02/29/2016 | 0.7 | $126.00 | Project oversight; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 02/29/2016 | 0.3 | $67.50 | Project oversight; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 02/29/2016 | 0.1 | $10.00 | Distribute fedex shipment; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 02/29/2016 | 0.2 | $40.00 | Compliance review. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 02/29/2016 | 0.3 | $45.00 | Compliance Review |
| | **Total Project Management :** | | | **210.3** | **$43,963.50** | |



**Exhibit C to Invoice 20053**

**Systems Support**

**Period from 2/1/2016 to 2/29/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | |
| Davidson, Richard | Data Analyst II | $100.00 | 02/01/2016 | 0.7 | $70.00 | Created the Batch reissue report; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/01/2016 | 2.5 | $275.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/02/2016 | 1.5 | $150.00 | Produced tribe report; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/02/2016 | 0.6 | $66.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/03/2016 | 1.0 | $100.00 | Created EONOS mailing; |
| Haygood, John David | Director, Systems | $235.00 | 02/03/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/03/2016 | 1.0 | $85.00 | Production data update review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/03/2016 | 2.0 | $220.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/04/2016 | 1.2 | $120.00 | Finished mailing; |
| Haygood, John David | Director, Systems | $235.00 | 02/04/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/04/2016 | 2.0 | $170.00 | Production data updates; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/04/2016 | 3.9 | $429.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/05/2016 | 1.0 | $100.00 | Update mailing; |
| Haygood, John David | Director, Systems | $235.00 | 02/05/2016 | 0.7 | $164.50 | Update data for checks processing; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/05/2016 | 4.0 | $340.00 | Production data update review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/05/2016 | 3.4 | $374.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | $110.00 | 02/08/2016 | 0.2 | $22.00 | Encrypted file; |
| Haygood, John David | Director, Systems | $235.00 | 02/08/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/08/2016 | 3.9 | $429.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/09/2016 | 0.5 | $50.00 | Created Matrix Report |
| Davidson, Richard | Data Analyst II | $100.00 | 02/10/2016 | 0.5 | $50.00 | Started EONOS mailing; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/11/2016 | 0.5 | $50.00 | Created Matrix Report |
| Davidson, Richard | Data Analyst II | $100.00 | 02/16/2016 | 1.5 | $150.00 | Check reissue report; |
| Haygood, John David | Director, Systems | $235.00 | 02/16/2016 | 1.6 | $376.00 | Update data for entitlements; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/16/2016 | 6.9 | $759.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/17/2016 | 0.7 | $70.00 | Applied ECA code |
| Haygood, John David | Director, Systems | $235.00 | 02/17/2016 | 0.7 | $164.50 | Provide access for processing; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/17/2016 | 2.0 | $170.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/17/2016 | 4.5 | $495.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/18/2016 | 0.8 | $80.00 | Check reissue; |
| Haygood, John David | Director, Systems | $235.00 | 02/18/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/18/2016 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/18/2016 | 4.9 | $539.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 02/19/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/19/2016 | 6.0 | $510.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/19/2016 | 5.4 | $594.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/22/2016 | 1.9 | $190.00 | Created Matrix report; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/22/2016 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/22/2016 | 4.8 | $528.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/23/2016 | 1.0 | $100.00 | Created ATO report; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/23/2016 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/23/2016 | 6.2 | $682.00 | Distribution activities to trust class members & related reporting; |
| Naff, Vanessa | Data Analyst I | $85.00 | 02/24/2016 | 3.0 | $255.00 | Entitlement review; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/24/2016 | 6.4 | $704.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/25/2016 | 1.2 | $120.00 | Updated DOB and DOD; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/25/2016 | 6.9 | $759.00 | Distribution activities to trust class members & related reporting; |
| Chan, Derek T. | Windows Administrator | $85.00 | 02/26/2016 | 0.3 | $25.50 | Provide outreach team support; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/26/2016 | 2.5 | $250.00 | Check Reissue process; |
| Haygood, John David | Director, Systems | $235.00 | 02/26/2016 | 0.6 | $141.00 | Provide access for processing; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/26/2016 | 5.9 | $649.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 02/29/2016 | 2.5 | $250.00 | Finished batch reissue process; |
| Haygood, John David | Director, Systems | $235.00 | 02/29/2016 | 0.6 | $141.00 | Update data for probate research; |
| Ostrander, Samuel | Data Analyst III | $110.00 | 02/29/2016 | 6.9 | $759.00 | Distribution activities to trust class members & related reporting; |
| | | | **Total Systems Support :** | **131.9** | **$14,474.00** | |



Exhibit D to Invoice 20053

Outreach

**Period from 2/1/2016 to 2/29/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **On-the-Ground Outreach** | | | | | | |
| Roberts, April | Receptionist | $45.00 | 02/03/2016 | 4.7 | $211.50 | Review addresses; |
| Roberts, April | Receptionist | $45.00 | 02/04/2016 | 4.9 | $220.50 | Review addresses; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/05/2016 | 0.1 | $11.00 | Portland outreach; |
| Page, James | Project Manager II | $150.00 | 02/05/2016 | 0.7 | $105.00 | Prepare for future on the ground outreach; |
| Roberts, April | Receptionist | $45.00 | 02/05/2016 | 5.2 | $234.00 | Review addresses; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/08/2016 | 1.2 | $132.00 | Portland outreach; |
| Page, James | Project Manager II | $150.00 | 02/08/2016 | 2.2 | $330.00 | Prepare for on the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/08/2016 | 0.5 | $75.00 | Outreach prep; |
| Vinson, Jason | Desktop Support | $100.00 | 02/08/2016 | 2.5 | $250.00 | Out reach preparation. |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/09/2016 | 5.2 | $572.00 | Portland outreach; |
| Page, James | Project Manager II | $150.00 | 02/09/2016 | 3.5 | $525.00 | Prepare for on the ground outreach; travel for on the ground outreach; |
| Roberts, April | Receptionist | $45.00 | 02/09/2016 | 3.0 | $135.00 | Review addresses; |
| Waldher, Katherine | Associate II | $135.00 | 02/09/2016 | 3.0 | $405.00 | Portland outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/10/2016 | 7.8 | $858.00 | Portland outreach; |
| Page, James | Project Manager II | $150.00 | 02/10/2016 | 7.5 | $1,125.00 | Portland outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/10/2016 | 0.4 | $60.00 | Outreach travel prep; |
| Waldher, Katherine | Associate II | $135.00 | 02/10/2016 | 8.4 | $1,134.00 | Portland outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/11/2016 | 7.5 | $825.00 | Portland outreach; |
| Page, James | Project Manager II | $150.00 | 02/11/2016 | 7.5 | $1,125.00 | Portland outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/11/2016 | 0.5 | $75.00 | Outreach travel prep; |
| Waldher, Katherine | Associate II | $135.00 | 02/11/2016 | 8.4 | $1,134.00 | Portland outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/12/2016 | 13.0 | $1,430.00 | Portland outreach; |
| Page, James | Project Manager II | $150.00 | 02/12/2016 | 7.5 | $1,125.00 | Portland outreach; |
| Waldher, Katherine | Associate II | $135.00 | 02/12/2016 | 8.0 | $1,080.00 | Portland outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/16/2016 | 3.3 | $363.00 | Prepare for outreach; |
| Page, James | Project Manager II | $150.00 | 02/16/2016 | 2.1 | $315.00 | Prepare for future outreach; review data from past outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/16/2016 | 2.0 | $300.00 | Outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/17/2016 | 1.2 | $132.00 | Prepare for outreach; |
| Page, James | Project Manager II | $150.00 | 02/17/2016 | 1.1 | $165.00 | Prepare for future outreach; review information from previous outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/17/2016 | 1.5 | $225.00 | Outreach travel prep; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/18/2016 | 1.5 | $165.00 | Prepare for outreach; |
| Page, James | Project Manager II | $150.00 | 02/18/2016 | 1.9 | $285.00 | Prepare for future outreach; review information from previous outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/18/2016 | 0.8 | $120.00 | CA/NV outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/19/2016 | 0.2 | $22.00 | Prepare for outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/19/2016 | 0.5 | $75.00 | Outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/21/2016 | 6.3 | $693.00 | Sacramento outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/21/2016 | 5.5 | $825.00 | Fly to Sacramento for outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/21/2016 | 5.5 | $825.00 | Outreach travel; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/22/2016 | 7.6 | $836.00 | Sacramento outreach; |
| Page, James | Project Manager II | $150.00 | 02/22/2016 | 0.2 | $30.00 | Review data from on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/22/2016 | 7.6 | $1,140.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/22/2016 | 7.6 | $1,140.00 | CA outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/23/2016 | 7.8 | $858.00 | Sacramento outreach; |
| Page, James | Project Manager II | $150.00 | 02/23/2016 | 0.2 | $30.00 | Process information from on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/23/2016 | 7.8 | $1,170.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/23/2016 | 7.8 | $1,170.00 | CA outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/24/2016 | 7.7 | $847.00 | Sacramento outreach; |
| Page, James | Project Manager II | $150.00 | 02/24/2016 | 0.3 | $45.00 | Review data from previous outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/24/2016 | 8.0 | $1,200.00 | On the ground outraech |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/24/2016 | 8.0 | $1,200.00 | CA outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/25/2016 | 9.0 | $990.00 | Sacramento outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/25/2016 | 8.1 | $1,215.00 | On the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/25/2016 | 8.3 | $1,245.00 | CA outreach; |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 02/26/2016 | 12.6 | $1,386.00 | Sacramento outreach; |
| Page, James | Project Manager II | $150.00 | 02/26/2016 | 0.8 | $120.00 | Review data from previous outreach; prepare for future outeach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/26/2016 | 10.5 | $1,575.00 | On the ground outreach (4.5); Travel home from Sacramento outreach (6); |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/26/2016 | 10.5 | $1,575.00 | CA outreach; travel; |
| Vinson, Jason | Desktop Support | $100.00 | 02/26/2016 | 0.6 | $60.00 | Ground out reach. |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/27/2016 | 0.3 | $45.00 | Review outreach results and create summary; |



**Exhibit D to Invoice 20053**

**Outreach**

**Period from 2/1/2016 to 2/29/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **On-the-Ground Outreach** | | | | | | |
| Page, James | Project Manager II | $150.00 | 02/29/2016 | 7.5 | $1,125.00 | Travel for on the ground outreach; |
| Pinkerton, Brian | Project Manager II | $150.00 | 02/29/2016 | 7.0 | $1,050.00 | Travel to Oklahoma for on the ground outreach; |
| Sternberg, Amanda | Project Manager II | $150.00 | 02/29/2016 | 6.0 | $900.00 | OK outreach travel; |
| | | **Total On-the-Ground Outreach :** | | **298.4** | **$38,639.00** | |