

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 6/27/2016 | 20322 |
| PERIOD START | THROUGH DATE |
| 5/1/2016 | 5/31/2016 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 2,625.0 Hrs. | $99.98 Avg. Hourly Rate | $262,455.00 |
| B. Scan Mail | 30,583 | $0.12 each | $3,669.96 |
| C. Prep Mail | 216.2 Hrs. | $45.00 per hour | $9,729.00 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,187 | $1.50 per box per month | $1,780.50 |
| Electronic | 3,854,945 | $0.008 per image/record per month | $30,723.47 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 75,766 | $0.26 per minute | $19,699.16 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 2,832.6 Hrs. | $45.00 per hour | $127,467.00 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 378.9 Hrs. | $140.70 Avg. Hourly Rate | $53,312.70 |
| **III. Website Services** | | | |
| A. Website Updates | 0.4 Hrs. | $125.00 Avg. Hourly Rate | $50.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 7,768 | $0.65 each | $5,049.20 |
| B. Check Reissues | 12,238 | $0.95 each | $11,626.10 |

1Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $4,545.96.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 182.8 Hrs. | $199.44 Avg. Hourly Rate | $36,458.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 168.3 Hrs. | $129.54 Avg. Hourly Rate | $21,802.00 |
| **Total Fees** | | | **$583,822.09** |
| **Project Expense Total** | | | **$22,459.10** |
| **Total Fees and Project Expenses** | | | **$606,281.19** |
| Outstanding Balance Prior Invoice #19723 | | | $699,773.57 |
| Outstanding Balance Prior Invoice #19875 | | | $686,241.84 |
| Outstanding Balance Prior Invoice #20053 | | | $864,784.44 |
| Outstanding Balance Prior Invoice #20193 | | | $980,393.05 |
| Outstanding Balance Prior Invoice #20207 | | | $762,960.80 |
| **Grand Total** | | | **$4,600,434.89** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---:|
| **Description** | |
| **Project Expenses** | |
| For the period: May 1, 2016 through May 31, 2016 | |
| Printing, Copy, Fax Charges | $38.20 |
| FedEx, Messenger and Shipping | $701.36 |
| P. O. Box Renewal | $1,280.00 |
| Pacer | $324.91 |
| Postage | $11,367.57 |
| Project Supplies & Equipment | $183.59 |
| Travel | $8,563.47 |
| **Total:** | **$22,459.10** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC<br>1531 Utah Ave South, Ste 600<br>Seattle, WA 98134<br><br>Terms: Net 30 days | – Or – | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



# Exhibit A to Invoice 20322
# Management of Call Center

**Period from 5/1/2016 to 5/31/2016**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Eby, Samantha | Project Manager I | $125.00 | 05/02/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/02/2016 | 9.4 | $1,692.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/02/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/03/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/03/2016 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/03/2016 | 7.3 | $1,314.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/03/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/03/2016 | 0.4 | $80.00 | Management assistance IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/03/2016 | 4.0 | $400.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 05/04/2016 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/04/2016 | 7.1 | $1,278.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/04/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/05/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/05/2016 | 1.2 | $150.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 05/05/2016 | 0.1 | $8.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/05/2016 | 8.6 | $1,548.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/05/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/05/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/05/2016 | 3.9 | $390.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 05/06/2016 | 0.8 | $100.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 05/06/2016 | 0.3 | $24.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/06/2016 | 8.9 | $1,602.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/06/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/06/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/06/2016 | 3.5 | $350.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/09/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/09/2016 | 0.9 | $112.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/09/2016 | 8.4 | $1,512.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/09/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/09/2016 | 2.9 | $290.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/10/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/10/2016 | 1.7 | $212.50 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/10/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/10/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/10/2016 | 1.3 | $130.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/11/2016 | 0.2 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/11/2016 | 1.4 | $175.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/11/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/11/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/11/2016 | 2.9 | $290.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/12/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/12/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/12/2016 | 8.6 | $1,548.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/12/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/12/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/13/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/13/2016 | 0.9 | $112.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/13/2016 | 9.4 | $1,692.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/13/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/13/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Walsh, Stephanie | Call Center Agent | $57.00 | 05/13/2016 | 2.6 | $148.20 | QA/Monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/16/2016 | 0.8 | $100.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/16/2016 | 1.7 | $212.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 05/16/2016 | 0.3 | $24.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/16/2016 | 8.7 | $1,566.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/16/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/16/2016 | 1.2 | $240.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/17/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |



Exhibit A to Invoice 20322

## Management of Call Center

**Period from 5/1/2016 to 5/31/2016**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Kise, Craig | Project Manager I | $125.00 | 05/17/2016 | 0.8 | $100.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/17/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/17/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/17/2016 | 1.4 | $280.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/18/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/18/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/18/2016 | 9.4 | $1,692.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/18/2016 | 7.8 | $780.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/18/2016 | 0.6 | $120.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/18/2016 | 3.2 | $320.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/19/2016 | 0.7 | $87.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/19/2016 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/19/2016 | 8.9 | $1,602.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/19/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/19/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 05/19/2016 | 3.1 | $310.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 05/20/2016 | 0.6 | $75.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/20/2016 | 1.3 | $162.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/20/2016 | 9.3 | $1,674.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/20/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/23/2016 | 0.6 | $75.00 | Management assistance to IIM call centerl; |
| Kise, Craig | Project Manager I | $125.00 | 05/23/2016 | 1.1 | $137.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/23/2016 | 8.7 | $1,566.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/23/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/23/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/24/2016 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/24/2016 | 9.1 | $1,638.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/24/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/24/2016 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/25/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/25/2016 | 1.1 | $137.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/25/2016 | 9.4 | $1,692.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/25/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/25/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/26/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/26/2016 | 8.2 | $1,476.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/26/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/26/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/27/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/27/2016 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/27/2016 | 9.2 | $1,656.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 05/27/2016 | 5.5 | $550.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/27/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 05/31/2016 | 0.8 | $100.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 05/31/2016 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 05/31/2016 | 9.3 | $1,674.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 05/31/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| **Total Management of Call Center :** | | | | **378.9** | **$53,312.70** | |



**Period from 5/1/2016 to 5/31/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/02/2016 | 3.4 | $935.00 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/02/2016 | 1.8 | $324.00 | Oversee and coordinate team tasks; review and handle all project related emails accordingly; answer questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/02/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/02/2016 | 0.3 | $45.00 | Mailroom management; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/02/2016 | 0.3 | $60.00 | Compliance review. |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 05/02/2016 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Project Manager I | $125.00 | 05/02/2016 | 1.0 | $125.00 | Provided update on the outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/02/2016 | 0.5 | $42.50 | Update paid items.  Update reconciliation.  Run check status reports. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 05/02/2016 | 1.2 | $180.00 | check copy requests |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/02/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/02/2016 | 1.0 | $80.00 | Handled check copy request for 26 items |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/03/2016 | 3.6 | $990.00 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/03/2016 | 1.4 | $252.00 | Oversee and coordinate team tasks; review and handle all project related emails accordingly; answer questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/03/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/03/2016 | 0.2 | $30.00 | Mailroom management; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 05/03/2016 | 0.1 | $10.00 | Update fedex logsheet; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/03/2016 | 0.5 | $42.50 | Update paid items.  Update reconciliation.  Run check status reports. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/04/2016 | 3.9 | $1,072.50 | Project supervision; distribution efforts; research for SM, Counsel and FTI; Sutalo claim |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/04/2016 | 1.6 | $288.00 | Oversee and coordinate team tasks; review and handle all project related emails accordingly; answer questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/04/2016 | 0.3 | $54.00 | Dissemination Management; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/04/2016 | 0.5 | $42.50 | Update paid items.  Update reconciliation.  Run check status reports. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/05/2016 | 4.1 | $1,127.50 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/05/2016 | 1.8 | $324.00 | Oversee and coordinate team tasks; review and handle all project related emails accordingly; answer questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/05/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/05/2016 | 0.3 | $45.00 | Mailroom management; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/05/2016 | 0.2 | $40.00 | Compliance review. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/05/2016 | 0.5 | $42.50 | Update paid items.  Update reconciliation.  Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/05/2016 | 0.7 | $175.00 | Monitor/oversee the Banking and Distribution process. Review/discuss the upcoming large distribution. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/05/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/06/2016 | 2.1 | $577.50 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/06/2016 | 1.6 | $288.00 | Oversee and coordinate team tasks; review and handle all project related emails accordingly; answer questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/06/2016 | 0.6 | $108.00 | Dissemination Management; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 05/06/2016 | 0.5 | $50.00 | Prepare fedex shipment; update fedex logsheet; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/06/2016 | 0.5 | $42.50 | Update paid items.  Update reconciliation.  Run check status reports. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 05/06/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/06/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/09/2016 | 4.8 | $1,320.00 | Project supervision; distribution efforts; research for SM, Counsel and FTI; Costco presentation preparedness |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/09/2016 | 2.5 | $450.00 | Oversee and coordinate team tasks; review and handle all project related emails accordingly; answer questions from staff; coordinate reissue project; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/09/2016 | 0.3 | $54.00 | Dissemination Management; |
| Muthya, Hemalatha | Web and Graphics Designer | $125.00 | 05/09/2016 | 0.9 | $112.50 | Outreach letter; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/09/2016 | 0.2 | $30.00 | Mailroom management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 05/09/2016 | 3.3 | $363.00 | Review reissue checks; |
| Arabov, Anna | Project Manager I | $125.00 | 05/09/2016 | 1.4 | $175.00 | Provided status on the outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/09/2016 | 0.7 | $59.50 | Void checks in the database and at the bank.  Update paid items.  Update reconciliation.  Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/09/2016 | 0.9 | $225.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/09/2016 | 0.3 | $24.00 | Positive pay file upload; check copy request |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/10/2016 | 1.6 | $440.00 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/10/2016 | 3.0 | $540.00 | handle all project related emails accordingly; answer questions from staff; coordinate reissue project; |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 05/10/2016 | 1.0 | $125.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/10/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/10/2016 | 0.8 | $120.00 | Mailroom management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 05/10/2016 | 0.3 | $45.00 | Data request training; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/10/2016 | 0.4 | $80.00 | Compliance review. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/10/2016 | 0.6 | $51.00 | Confirm positive pay exception.  Update paid items.  Update reconciliation.  Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/10/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/10/2016 | 0.4 | $32.00 | Positive pay file upload; check copy request (.2) |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/11/2016 | 1.4 | $385.00 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/11/2016 | 2.5 | $450.00 | handle all project related emails accordingly; answer questions from staff; coordinate reissue project; |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 05/11/2016 | 0.2 | $25.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/11/2016 | 0.7 | $126.00 | Dissemination Management |
| Atienzo, Lisa | Project Supervisor | $100.00 | 05/11/2016 | 0.2 | $20.00 | Prepare fedex shipment; update fedex logsheet; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 05/11/2016 | 4.4 | $484.00 | Review reissue checks; |



**Period from 5/1/2016 to 5/31/2016**

IIM    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Leiseth, Cassie | Project Manager II | $150.00 | 05/11/2016 | 0.2 | $30.00 | QA entitlement; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/11/2016 | 0.5 | $42.50 | Update paid items. Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/11/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/11/2016 | 0.2 | $16.00 | Positive Pay File upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/12/2016 | 1.3 | $357.50 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/12/2016 | 0.8 | $144.00 | Dissemination Management |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 05/12/2016 | 1.4 | $154.00 | Review check reissues; |
| Leiseth, Cassie | Project Manager II | $150.00 | 05/12/2016 | 0.5 | $75.00 | QA data request; QA entitlement meeting; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/12/2016 | 0.8 | $68.00 | Void checks at the bank and in the database. Update paid items. Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/12/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/12/2016 | 0.2 | $16.00 | Positive Pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/13/2016 | 3.2 | $880.00 | Project supervision; distribution efforts; research for SM, Counsel and FTI |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/13/2016 | 0.7 | $126.00 | Dissemination Management |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/13/2016 | 0.2 | $30.00 | Mailroom management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 05/13/2016 | 1.0 | $110.00 | Review reissue checks; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/13/2016 | 0.5 | $42.50 | Update paid items. Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/13/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/16/2016 | 3.9 | $1,072.50 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/16/2016 | 2.5 | $450.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/16/2016 | 0.4 | $72.00 | Dissemination Management |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/16/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 05/16/2016 | 0.3 | $67.50 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 05/16/2016 | 1.2 | $132.00 | Review reissue checks; |
| Leiseth, Cassie | Project Manager II | $150.00 | 05/16/2016 | 0.5 | $75.00 | Perform quality assurance review; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/16/2016 | 0.4 | $80.00 | Compliance review. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/16/2016 | 0.6 | $51.00 | Update reconciliation. Run check status reports. Update Banking summary. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 05/16/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/16/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/16/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/17/2016 | 4.2 | $1,155.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/17/2016 | 2.0 | $360.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/17/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/17/2016 | 0.5 | $75.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 05/17/2016 | 0.4 | $60.00 | Compliance review |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/17/2016 | 0.6 | $51.00 | Confirm positive pay exceptions. Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/17/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/18/2016 | 4.1 | $1,127.50 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/18/2016 | 2.2 | $396.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 05/18/2016 | 0.1 | $12.50 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/18/2016 | 0.2 | $36.00 | Dissemination Management; |
| Muthya, Hemalatha | Web and Graphics Designer | $125.00 | 05/18/2016 | 0.2 | $25.00 | Mail Merge; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/18/2016 | 0.5 | $75.00 | Mailroom management; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/18/2016 | 0.4 | $80.00 | Compliance review. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/18/2016 | 0.6 | $51.00 | Confirm positive pay exceptions. Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/18/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/18/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/19/2016 | 4.2 | $1,155.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/19/2016 | 3.0 | $540.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; assist with handling claimant issue; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/19/2016 | 0.9 | $162.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/19/2016 | 0.5 | $75.00 | Mailroom management; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/19/2016 | 0.5 | $42.50 | Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/19/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Payment Process. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/20/2016 | 4.2 | $1,155.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/20/2016 | 2.0 | $360.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/20/2016 | 0.5 | $75.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 05/20/2016 | 0.2 | $45.00 | Project oversight; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 05/20/2016 | 0.2 | $20.00 | Update mail log; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/20/2016 | 0.2 | $40.00 | Compliance review. |
| Arabov, Anna | Project Manager I | $125.00 | 05/20/2016 | 2.3 | $287.50 | Worked on the outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/20/2016 | 0.6 | $51.00 | Confirm positive pay exception. Update reconciliation. Run check status reports. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 05/20/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Payment Process. Monitor/review the creation of the account reconciliation report produced for Operations. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/20/2016 | 0.2 | $16.00 | Positive Pay file upload |



**Period from 5/1/2016 to 5/31/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/23/2016 | 4.6 | $1,265.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/23/2016 | 2.2 | $396.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/23/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/23/2016 | 1.0 | $150.00 | Mailroom management; |
| Arabov, Anna | Project Manager I | $125.00 | 05/23/2016 | 2.4 | $300.00 | Provided updated on the outstanding AOFs. Worked with JPMC regarding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/23/2016 | 0.7 | $59.50 | Confirm positive pay exceptions. Update reconciliation.  Run check status reports. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 05/23/2016 | 0.4 | $60.00 | void checks at the bank and in the database |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/24/2016 | 2.1 | $577.50 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/24/2016 | 2.0 | $360.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/24/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/24/2016 | 0.3 | $45.00 | Mailroom management; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 05/24/2016 | 0.1 | $10.00 | Distribute fedex shipment; update fedex logsheet; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/24/2016 | 0.5 | $42.50 | Update reconciliation.  Run check status reports. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/24/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/25/2016 | 1.6 | $440.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/25/2016 | 1.8 | $324.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/25/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/25/2016 | 0.5 | $75.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 05/25/2016 | 0.4 | $60.00 | Compliance review |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 05/25/2016 | 0.5 | $100.00 | Acct maint/research. |
| Arabov, Anna | Project Manager I | $125.00 | 05/25/2016 | 1.2 | $150.00 | Provided updated on the outstanding AOFs. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/26/2016 | 2.4 | $660.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/26/2016 | 1.8 | $324.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff;2 |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/26/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/26/2016 | 0.3 | $45.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 05/26/2016 | 0.2 | $45.00 | Project oversight; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 05/26/2016 | 0.1 | $10.00 | Update mail log; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 05/26/2016 | 1.5 | $165.00 | Review reissue checks; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/26/2016 | 0.3 | $60.00 | Compliance review. |
| Arabov, Anna | Project Manager I | $125.00 | 05/26/2016 | 0.8 | $100.00 | Provided check copies. |
| Mendez, Eileen | Project Administrator | $80.00 | 05/26/2016 | 0.2 | $16.00 | Positive pay file upload |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/27/2016 | 4.6 | $1,265.00 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/27/2016 | 2.5 | $450.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; team lunch meeting; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/27/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/27/2016 | 0.3 | $45.00 | Mailroom management; |
| Siu, Alan | Data Entry Processor | $55.00 | 05/27/2016 | 1.0 | $55.00 | Team meeting; |
| Leiseth, Cassie | Project Manager II | $150.00 | 05/27/2016 | 0.2 | $30.00 | Data reporting training; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/27/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 05/27/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Castaneda, Lori | Vice President, Operations | $275.00 | 05/31/2016 | 4.3 | $1,182.50 | Project oversight; research for FTI, SM and counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 05/31/2016 | 2.2 | $396.00 | Team oversight; review all project related emails and handle accordingly; provide direction to team members; field questions from staff; team lunch meeting; coordinate team summer schedule; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 05/31/2016 | 0.6 | $108.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 05/31/2016 | 0.4 | $60.00 | Mailroom management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 05/31/2016 | 0.4 | $60.00 | Meeting re: data reporting QA; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 05/31/2016 | 0.4 | $80.00 | Compliance review. |
| Arabov, Anna | Project Manager I | $125.00 | 05/31/2016 | 0.5 | $62.50 | Provided updated on the outstanding AOFs |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 05/31/2016 | 0.5 | $42.50 | Void checks at the bank and in the database. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 05/31/2016 | 0.1 | $15.00 | QA Banking Summary |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 05/31/2016 | 1.0 | $85.00 | IIM Reconciliation and Outstanding Checks Report |
| | | **Total Project Management :** | | **182.8** | **$36,458.00** | |



# Exhibit C to Invoice 20322
# Systems Support

**Period from 5/1/2016 to 5/31/2016**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Management** | | | | | | |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/02/2016 | 1.0 | $100.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/02/2016 | 2.5 | $375.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/03/2016 | 0.5 | $50.00 | Created the Check Reissue Report; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/03/2016 | 1.9 | $285.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/04/2016 | 2.5 | $250.00 | EON list request |
| Girard, Melissa | Data Analyst III | $110.00 | 05/04/2016 | 0.8 | $88.00 | Update NABN_ALL tables. |
| Haygood, John David | Director, Systems | $235.00 | 05/04/2016 | 0.8 | $188.00 | Update data for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/04/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/05/2016 | 1.8 | $180.00 | Check information |
| Haygood, John David | Director, Systems | $235.00 | 05/05/2016 | 1.2 | $282.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/05/2016 | 2.0 | $200.00 | Stale/UD check analysis; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/05/2016 | 0.4 | $60.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/06/2016 | 0.7 | $70.00 | Reviewed Payment Redirect, NME 2051861 |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/06/2016 | 2.5 | $250.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/06/2016 | 4.4 | $660.00 | Distribution activities to trust class members & related reporting; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/09/2016 | 1.0 | $100.00 | Entitlement sweeps review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/09/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/10/2016 | 3.0 | $300.00 | Created TUBAS mailing |
| Haygood, John David | Director, Systems | $235.00 | 05/10/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/10/2016 | 2.3 | $345.00 | Distribution activities to trust class members & related reporting; |
| Burke, Sharon | Data Analyst III | $110.00 | 05/11/2016 | 1.0 | $110.00 | Verify data load; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/11/2016 | 5.3 | $530.00 | SWA Dupe Report |
| Haygood, John David | Director, Systems | $235.00 | 05/11/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/11/2016 | 3.0 | $300.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/11/2016 | 2.4 | $360.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/12/2016 | 3.0 | $300.00 | GLA DOB,DOD Update NME |
| Haygood, John David | Director, Systems | $235.00 | 05/12/2016 | 0.3 | $70.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/12/2016 | 3.0 | $300.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/12/2016 | 3.1 | $465.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 05/13/2016 | 0.8 | $188.00 | Update data for processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/13/2016 | 2.5 | $250.00 | Entitlement review; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 05/13/2016 | 0.3 | $60.00 | Update signature for various check stubs. |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/13/2016 | 4.6 | $690.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/16/2016 | 1.5 | $150.00 | Ran the Z-Out process |
| Haygood, John David | Director, Systems | $235.00 | 05/16/2016 | 0.7 | $164.50 | Review entitlement data; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/16/2016 | 2.5 | $250.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/16/2016 | 3.5 | $525.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | $110.00 | 05/17/2016 | 1.0 | $110.00 | Update DOD data; |
| Haygood, John David | Director, Systems | $235.00 | 05/17/2016 | 0.7 | $164.50 | Update data for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/17/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/18/2016 | 6.0 | $600.00 | EONOS mailing |
| Haygood, John David | Director, Systems | $235.00 | 05/18/2016 | 0.7 | $164.50 | Update data for processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/18/2016 | 2.5 | $250.00 | Entitlement sweeps review; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 05/18/2016 | 0.5 | $100.00 | Write script to update status for 2 checks. |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/18/2016 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/19/2016 | 1.0 | $100.00 | Finished up update DOB,DOD,SSN |
| Haygood, John David | Director, Systems | $235.00 | 05/19/2016 | 0.4 | $94.00 | Provide reports for processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/19/2016 | 2.5 | $250.00 | Entitlement sweeps review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/19/2016 | 3.0 | $450.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst I | $85.00 | 05/19/2016 | 0.3 | $25.50 | Distribution activities to trust class members and related reporting; |
| Bahta, Addisu | Data Analyst III | $110.00 | 05/20/2016 | 1.4 | $154.00 | Review and update reports. |
| Davidson, Richard | Data Analyst II | $100.00 | 05/20/2016 | 3.0 | $300.00 | Provided check info |
| Haygood, John David | Director, Systems | $235.00 | 05/20/2016 | 0.5 | $117.50 | Update data for mailings(.5); |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/20/2016 | 1.0 | $100.00 | Entitlement sweeps review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/20/2016 | 2.5 | $375.00 | Distribution activities to trust class members & related reporting; |
| Bahta, Addisu | Data Analyst III | $110.00 | 05/23/2016 | 2.0 | $220.00 | Review and update reports. |
| Davidson, Richard | Data Analyst II | $100.00 | 05/23/2016 | 5.0 | $500.00 | Spreadsheet update |
| Haygood, John David | Director, Systems | $235.00 | 05/23/2016 | 1.4 | $329.00 | Update data for entitlements; |



**Exhibit C to Invoice 20322**

**Systems Support**

**Period from 5/1/2016 to 5/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Management** | | | | | | |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/23/2016 | 2.0 | $200.00 | Reporting review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/23/2016 | 3.0 | $450.00 | Distribution activities to trust class members & related reporting; |
| Burke, Sharon | Data Analyst III | $110.00 | 05/24/2016 | 0.6 | $66.00 | Review data updates; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/24/2016 | 5.0 | $500.00 | Matrix report |
| Haygood, John David | Director, Systems | $235.00 | 05/24/2016 | 1.8 | $423.00 | Provide reporting for counsel; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/24/2016 | 5.0 | $500.00 | Reporting review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/24/2016 | 4.0 | $600.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/25/2016 | 6.5 | $650.00 | FTI review |
| Haygood, John David | Director, Systems | $235.00 | 05/25/2016 | 0.7 | $164.50 | Provide reporting for processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/25/2016 | 3.0 | $300.00 | Entitlement sweep review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/25/2016 | 3.0 | $450.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 05/26/2016 | 0.5 | $50.00 | Uploaded file to FTP site |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/26/2016 | 3.0 | $450.00 | Distribution activities to trust class members & related reporting; |
| Bahta, Addisu | Data Analyst III | $110.00 | 05/27/2016 | 0.6 | $66.00 | Update reports. |
| Davidson, Richard | Data Analyst II | $100.00 | 05/27/2016 | 0.8 | $80.00 | Message code application |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/27/2016 | 3.1 | $465.00 | Distribution activities to trust class members & related reporting; |
| Bahta, Addisu | Data Analyst III | $110.00 | 05/31/2016 | 0.6 | $66.00 | Update reports. |
| Haygood, John David | Director, Systems | $235.00 | 05/31/2016 | 0.6 | $141.00 | Review data for reporting; |
| Naff, Vanessa | Data Analyst II | $100.00 | 05/31/2016 | 3.5 | $350.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 05/31/2016 | 3.5 | $525.00 | Distribution activities to trust class members & related reporting; |
| | | | **Total Systems Support :** | **168.3** | **$21,802.00** | |