

# INVOICE

| Invoice Date | Invoice Number |
|---|---|
| 08/31/16 | 0003828600-410 |

To:
**David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | | |
|---|---|---|
| Reference #: | **1410006162** | SM |
| Billing Specialist: | **Erwin Gonzalez** | |
| Email: | **egonzalez@jamsadr.com** | |
| Telephone: | **(949) 224-4642** | |
| Employer ID: | **68-0542699** | |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Representing: **N\A**          Neutral(s): **Hon. Richard Levie (Ret.)**

Hearing Type: **Court Reference**          **Rep# 1**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 08/02/16 | Hon. Richard Levie (Ret.) Telephone conference with Calce re: Sutalo | 0.30 | 600.00 | 180.00 | 1 | 180.00 |
| 08/26/16 | Hon. Richard Levie (Ret.) Review SM order #11 | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| 08/26/16 | Hon. Richard Levie (Ret.) Telephone conference with Calce re: SM Order #11 | 0.10 | 600.00 | 60.00 | 1 | 60.00 |
| 08/31/16 | Case Management Fee | | | | | 30.00 |
| | | | | Fees | | 330.00 |
| 08/30/16 | Hon. Richard Levie (Ret.) Research Assistant - Professional services rendered by Christina Calce from Aug. 2 - 30th. Total Time: 2.00 Hours | | | 700.00 | 1 | 700.00 |
| | | | Expenses/Retainers | | | 700.00 |
| | | | Total | | $ | 1,030.00 |
| | | | Outstanding Balance as of 09/01/16 | | $ | 1,100.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |