

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 7/29/2016 | 20515 |
| PERIOD START | THROUGH DATE |
| 6/1/2016 | 6/30/2016 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

David C. Smith, Esq.

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 1,998.3 Hrs. | $99.99 Avg. Hourly Rate | $199,807.50 |
| B. Scan Mail | 18,878 | $0.12 each | $2,265.36 |
| C. Prep Mail | 149.9 Hrs. | $45.00 per hour | $6,745.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,193 | $1.50 per box per month | $1,789.50 |
| Electronic | 3,873,823 | $0.008 per image/record per month | $29,925.26 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 51,122 | $0.26 per minute | $13,291.72 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 2,633.2 Hrs. | $45.00 per hour | $118,494.00 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 321.5 Hrs. | $122.25 Avg. Hourly Rate | $39,302.00 |
| **III. Website Services** | | | |
| A. Website Updates | 0.4 Hrs. | $125.00 Avg. Hourly Rate | $50.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 1,727 | $0.65 each | $1,122.55 |
| B. Check Reissues | 536 | $0.95 each | $509.20 |

1Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $3,067.32.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 231.7 Hrs. | $193.21 Avg. Hourly Rate | $44,766.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 126.7 Hrs. | $133.78 Avg. Hourly Rate | $16,949.50 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 3.9 Hrs. | $150.00 Avg. Hourly Rate | $585.00 |
| **Total Fees** | | | $475,603.59 |
| **Project Expense Total** | | | $6,950.37 |
| **Grand Total** | | | $482,553.96 |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| Description | 6/1/2016 |
| **Project Expenses** <br> For the period: June 1, 2016 through June 30, 2016 | |
| Printing, Copy, Fax Charges | $39.00 |
| Court Document Retrieval | $250.92 |
| FedEx, Messenger and Shipping | $104.39 |
| Postage | $3,180.32 |
| Project Supplies & Equipment | $409.17 |
| Translations | $106.92 |
| Travel | $2,859.65 |
| **Total:** | **$6,950.37** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



Exhibit A to Invoice 20515

Management of Call Center

**Period from** 6/1/2016 to 6/30/2016

**IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.**

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center  1734   269448  Billable** | | | | | | |
| Eby, Samantha | Project Manager I | $125.00 | 06/01/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/01/2016 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/01/2016 | 8.6 | $1,548.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/01/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/01/2016 | 1.2 | $120.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 06/02/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/02/2016 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/02/2016 | 9.3 | $1,674.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/02/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/02/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/02/2016 | 6.6 | $660.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 06/03/2016 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/03/2016 | 9.5 | $1,710.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/03/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/03/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/03/2016 | 5.9 | $590.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 06/06/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/06/2016 | 2.3 | $414.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/06/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/06/2016 | 6.5 | $650.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 06/07/2016 | 0.8 | $100.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/07/2016 | 3.9 | $702.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/07/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/07/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/07/2016 | 4.4 | $440.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 06/08/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/08/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/08/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/08/2016 | 5.9 | $590.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 06/09/2016 | 0.4 | $50.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/09/2016 | 1.6 | $288.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/09/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/09/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/09/2016 | 3.9 | $390.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 06/10/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/10/2016 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/10/2016 | 2.3 | $414.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/10/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/10/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 06/13/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/13/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/13/2016 | 2.3 | $414.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/13/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/13/2016 | 0.6 | $120.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/13/2016 | 3.6 | $360.00 | Quality call monitoring; |
| Bloom, Dale | Programmer Analyst | $185.00 | 06/14/2016 | 0.2 | $37.00 | Made changes per operations to Call Center Application for the project. |
| Eby, Samantha | Project Manager I | $125.00 | 06/14/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/14/2016 | 1.7 | $212.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/14/2016 | 2.1 | $378.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/14/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/14/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/14/2016 | 0.7 | $70.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 06/15/2016 | 1.4 | $175.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/15/2016 | 2.4 | $432.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/15/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/15/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/15/2016 | 3.7 | $370.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 06/16/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/16/2016 | 1.8 | $324.00 | Management of IIM call center; |



Exhibit A to Invoice 20515

Management of Call Center

Period from 6/1/2016 to 6/30/2016

IIM  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center  1734   269448  Billable** | | | | | | |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/16/2016 | 7.7 | $770.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/16/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/16/2016 | 0.2 | $20.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 06/17/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/17/2016 | 2.1 | $378.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/17/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Eby, Samantha | Project Manager I | $125.00 | 06/20/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/20/2016 | 0.5 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/20/2016 | 1.4 | $252.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/20/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/20/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Clouse, Richard | Telecommunications | $80.00 | 06/21/2016 | 1.9 | $152.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 06/21/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/21/2016 | 0.8 | $100.00 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 06/21/2016 | 0.3 | $24.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/21/2016 | 2.6 | $468.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/21/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/21/2016 | 1.6 | $320.00 | Management of IIM call center; |
| Bloom, Dale | Programmer Analyst | $185.00 | 06/22/2016 | 0.7 | $129.50 | Report changes per operations on project reports. |
| Donaldson, Mark | Telecommunications | $80.00 | 06/22/2016 | 1.1 | $88.00 | General Management and Oversight of Contact Center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 06/22/2016 | 0.2 | $16.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/22/2016 | 1.9 | $342.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/22/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Eby, Samantha | Project Manager I | $125.00 | 06/23/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/23/2016 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/23/2016 | 4.8 | $864.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/23/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/23/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 06/24/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/24/2016 | 0.7 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/24/2016 | 3.6 | $648.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/24/2016 | 3.7 | $370.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/24/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 06/27/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/27/2016 | 0.3 | $37.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/27/2016 | 2.6 | $468.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/27/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/27/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/27/2016 | 2.9 | $290.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 06/28/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 06/28/2016 | 0.3 | $24.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/28/2016 | 1.7 | $306.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/28/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/28/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/28/2016 | 3.5 | $350.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 06/29/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/29/2016 | 0.6 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/29/2016 | 3.9 | $702.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/29/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/29/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/29/2016 | 3.0 | $300.00 | Quality call monitoring; |
| Clouse, Richard | Telecommunications | $80.00 | 06/30/2016 | 0.7 | $56.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 06/30/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 06/30/2016 | 0.9 | $112.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 06/30/2016 | 4.4 | $792.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 06/30/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 06/30/2016 | 0.1 | $20.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 06/30/2016 | 2.5 | $250.00 | Quality call monitoring; |
| **Total Management of Call Center :** | | | | **321.5** | **$39,302.00** | |



Exhibit B to Invoice 20515
**Project Management**

**Period from** 6/1/2016 to 6/30/2016

| IIM    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | | | |
|---|---|---|---|---|---|
| **Name** | **Title** | **Rate** | **Date** | **Hours** | **Amount Notes** |
| **Project Management  1784   269439  Billable** | | | | | |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/01/2016 | 4.5 | $1,237.50 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/01/2016 | 2.0 | $360.00 Project oversight; read and handle all project related emails accordingly; direct and oversee staff workload and assigned tasks; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/01/2016 | 0.1 | $8.50 Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/01/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/01/2016 | 0.2 | $16.00 Positive Pay File upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/01/2016 | 2.0 | $170.00 IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/01/2016 | 0.7 | $126.00 Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/01/2016 | 0.3 | $45.00 Mailroom management; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 06/01/2016 | 0.3 | $30.00 Prepare fedex shipment; update fedex logsheet; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/01/2016 | 0.8 | $88.00 Review checks; |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/01/2016 | 6.0 | $900.00 QA data reporting request; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 06/01/2016 | 0.4 | $80.00 Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/02/2016 | 4.9 | $1,347.50 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/02/2016 | 1.8 | $324.00 Project oversight; read and handle all project related emails accordingly; direct and oversee staff workload and assigned tasks; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/02/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/02/2016 | 0.2 | $16.00 Positive Pay File upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/02/2016 | 2.0 | $170.00 IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 06/02/2016 | 0.2 | $25.00 Dissemination management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/02/2016 | 0.7 | $105.00 Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/02/2016 | 0.5 | $112.50 Project oversight; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 06/02/2016 | 0.1 | $10.00 Update fedex shipment logsheet; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/02/2016 | 1.2 | $132.00 Review checks; |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/02/2016 | 0.3 | $45.00 Data reporting requests; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/03/2016 | 4.1 | $1,127.50 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/03/2016 | 1.8 | $324.00 Project oversight; read and handle all project related emails accordingly; direct and oversee staff workload and assigned tasks; |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 06/03/2016 | 0.5 | $100.00 Acct maint |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/03/2016 | 0.1 | $8.50 Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/03/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/03/2016 | 3.0 | $255.00 IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/03/2016 | 0.5 | $75.00 Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/03/2016 | 0.3 | $67.50 Project oversight; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/06/2016 | 4.2 | $1,155.00 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/06/2016 | 0.1 | $8.50 Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/06/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/06/2016 | 2.0 | $170.00 IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/06/2016 | 0.4 | $72.00 Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/06/2016 | 0.8 | $120.00 Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 06/06/2016 | 0.2 | $30.00 Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/07/2016 | 4.3 | $1,182.50 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Arabov, Anna | Project Manager I | $125.00 | 06/07/2016 | 0.7 | $87.50 Worked on the outstanding and pending AOFs. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/07/2016 | 0.2 | $30.00 create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/07/2016 | 0.3 | $75.00 Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/07/2016 | 0.2 | $16.00 Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/07/2016 | 2.0 | $170.00 IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/07/2016 | 0.3 | $54.00 Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/07/2016 | 0.5 | $75.00 Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/07/2016 | 0.3 | $67.50 Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/07/2016 | 1.8 | $198.00 Review reissue checks; |
| Cibirka, Matthew | Project Manager II | $150.00 | 06/07/2016 | 0.1 | $15.00 Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 06/07/2016 | 0.3 | $60.00 Compliance review completed. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/08/2016 | 4.3 | $1,182.50 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/08/2016 | 0.2 | $50.00 Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/08/2016 | 2.0 | $170.00 IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/08/2016 | 0.4 | $72.00 Dissemination Management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/08/2016 | 1.5 | $225.00 QA entitlement; QA data requests training; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 06/08/2016 | 0.2 | $30.00 Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/09/2016 | 4.5 | $1,237.50 Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |



Exhibit B to Invoice 20515

Project Management

**Period from** 6/1/2016 to 6/30/2016

**IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.**

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management  1784   269439  Billable** | | | | | | |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/09/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/09/2016 | 0.2 | $16.00 | Positive Pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/09/2016 | 2.0 | $170.00 | IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/09/2016 | 0.3 | $45.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/09/2016 | 0.3 | $67.50 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/09/2016 | 1.0 | $110.00 | Review checks; |
| Cibirka, Matthew | Project Manager II | $150.00 | 06/09/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/09/2016 | 1.5 | $225.00 | QA IIM entitlements; QA data reporting request; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/10/2016 | 4.1 | $1,127.50 | Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Arabov, Anna | Project Manager I | $125.00 | 06/10/2016 | 1.4 | $175.00 | Worked on the outstanding and pending AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/10/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/10/2016 | 0.2 | $16.00 | Positive Pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/10/2016 | 2.0 | $170.00 | IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/10/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/10/2016 | 0.3 | $45.00 | Mailroom management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/10/2016 | 5.5 | $825.00 | QA data reporting request; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 06/10/2016 | 0.3 | $60.00 | Compliance review completed. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 06/10/2016 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/13/2016 | 4.1 | $1,127.50 | Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/13/2016 | 0.4 | $60.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/13/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/13/2016 | 2.0 | $170.00 | IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/13/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/13/2016 | 0.5 | $75.00 | Mailroom management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/13/2016 | 1.3 | $143.00 | Review reissue checks; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/14/2016 | 4.8 | $1,320.00 | Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 06/14/2016 | 0.5 | $100.00 | Voids |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/14/2016 | 0.4 | $60.00 | manual stop and void request |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/14/2016 | 2.0 | $170.00 | IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/14/2016 | 0.3 | $45.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/14/2016 | 0.3 | $67.50 | Project oversight; |
| Franko, Andrew | Sr. Project Supervisor | $110.00 | 06/14/2016 | 0.2 | $22.00 | QA scanned mail; |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/14/2016 | 0.2 | $30.00 | Coordinate QA review of entitlements; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/15/2016 | 4.2 | $1,155.00 | Project supervision; escalated questions; supervision of distribution and outreach efforts; work with Counsel, FTI and DOI. |
| Arabov, Anna | Project Manager I | $125.00 | 06/15/2016 | 2.5 | $312.50 | Worked with Chase on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/15/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/15/2016 | 4.0 | $320.00 | Check copy request (116 chks) |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/15/2016 | 2.0 | $170.00 | IIM Reconciliation and Outstanding Check Report Chase Vs. Database. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/15/2016 | 0.6 | $108.00 | Dissemination Management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 06/15/2016 | 0.8 | $120.00 | QA entitlements; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/16/2016 | 3.9 | $1,072.50 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Arabov, Anna | Project Manager I | $125.00 | 06/16/2016 | 1.8 | $225.00 | Processed new AOFs. Worked with Chase on pending AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/16/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/16/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/16/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/16/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/16/2016 | 0.2 | $30.00 | Mailroom management; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 06/16/2016 | 1.1 | $121.00 | Approve timesheets; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/16/2016 | 0.2 | $22.00 | Review check; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 06/16/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 06/16/2016 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/17/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/17/2016 | 0.1 | $8.50 | Download end of month statements. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/17/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/17/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/17/2016 | 0.3 | $24.00 | Positive Pay File Upload; Check copy request. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/17/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |



Exhibit B to Invoice 20515
Project Management

**Period from** 6/1/2016 to 6/30/2016

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management  1784   269439  Billable** | | | | | | |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/17/2016 | 0.9 | $162.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/17/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/17/2016 | 0.5 | $112.50 | Project oversight; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 06/17/2016 | 0.1 | $11.00 | Approve timesheets; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/17/2016 | 1.0 | $110.00 | Review check reissues; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 06/17/2016 | 0.6 | $120.00 | Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/20/2016 | 4.6 | $1,265.00 | Project oversight; distribution efforts; questions from counsel; FTI and SM; reporting |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/20/2016 | 2.0 | $360.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 06/20/2016 | 1.4 | $175.00 | Worked with Chase on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/20/2016 | 0.1 | $8.50 | Update Banking summary. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/20/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/20/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/20/2016 | 0.5 | $75.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/20/2016 | 0.2 | $45.00 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 06/20/2016 | 0.3 | $30.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 06/20/2016 | 0.2 | $40.00 | Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/21/2016 | 3.9 | $1,072.50 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/21/2016 | 2.2 | $396.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 06/21/2016 | 1.2 | $150.00 | Worked with Chase on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/21/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/21/2016 | 0.3 | $45.00 | send IIM recon for recon request |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/21/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Payment Process.  Monitor/review the creation of the account reconciliation report produced for Operations. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/21/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/21/2016 | 0.5 | $75.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/21/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/22/2016 | 3.8 | $1,045.00 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/22/2016 | 2.4 | $432.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 06/22/2016 | 1.5 | $187.50 | Worked with Chase on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/22/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/22/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/22/2016 | 0.2 | $16.00 | Positive Pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/22/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/22/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/22/2016 | 0.3 | $45.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 06/22/2016 | 0.4 | $60.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/23/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/23/2016 | 3.0 | $540.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 06/23/2016 | 1.5 | $187.50 | Worked with Chase on pending AOFs. Created and uploaded a positive pay file to the bank. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/23/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/23/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/23/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/23/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/23/2016 | 0.2 | $30.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 06/23/2016 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/24/2016 | 4.2 | $1,155.00 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/24/2016 | 2.0 | $360.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/24/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/24/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/24/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/24/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/24/2016 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/24/2016 | 0.6 | $135.00 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 06/24/2016 | 2.5 | $275.00 | Review reissue checks; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/27/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/27/2016 | 2.4 | $432.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 06/27/2016 | 1.5 | $187.50 | Worked with Chase on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 06/27/2016 | 0.2 | $17.00 | Void checks at the bank and in the database. |



**Period from** 6/1/2016 to 6/30/2016

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management  1784   269439  Billable** | | | | | | |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/27/2016 | 0.7 | $59.50 | IIM Reconciliation and Outstanding Summary Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/27/2016 | 0.6 | $108.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/27/2016 | 0.2 | $30.00 | Mailroom management; |
| Franko, Andrew | Sr. Project Supervisor | $110.00 | 06/27/2016 | 0.2 | $22.00 | QA scanned mail; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/28/2016 | 4.0 | $1,100.00 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/28/2016 | 2.2 | $396.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 06/28/2016 | 1.7 | $212.50 | Worked with Chase on pending AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/28/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/28/2016 | 0.7 | $59.50 | Chase Rec |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/28/2016 | 0.8 | $144.00 | Dissemination Management; |
| Muthya, Hemalatha | Web and Graphics Designer | $125.00 | 06/28/2016 | 0.5 | $62.50 | Mail Merge; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/28/2016 | 0.3 | $45.00 | Mailroom management; |
| Stainback, Daniel | Sr. Web and Graphics | $150.00 | 06/28/2016 | 0.5 | $75.00 | Data merge |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 06/28/2016 | 0.5 | $100.00 | Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/29/2016 | 3.8 | $1,045.00 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/29/2016 | 2.0 | $360.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/29/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/29/2016 | 0.4 | $32.00 | Positive Pay File upload; Sort and filed reissue documents |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/29/2016 | 0.7 | $59.50 | Chase Rec |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/29/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/29/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 06/29/2016 | 0.2 | $45.00 | Project oversight; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 06/29/2016 | 0.1 | $10.00 | Distribute usps mail; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 06/29/2016 | 0.6 | $66.00 | QA checks; |
| Cibirka, Matthew | Project Manager II | $150.00 | 06/29/2016 | 0.1 | $15.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 06/29/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 06/30/2016 | 3.9 | $1,072.50 | Project oversight; distribution efforts; questions from counsel; FTI and SM |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 06/30/2016 | 1.8 | $324.00 | Project oversight and coordination; review all project related emails and handle accordingly; direct staff on tasks; field questions from staff; |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 06/30/2016 | 0.1 | $15.00 | QA banking summary |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 06/30/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 06/30/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 06/30/2016 | 0.7 | $59.50 | Chase Rec |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 06/30/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 06/30/2016 | 0.2 | $30.00 | Mailroom management; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 06/30/2016 | 0.5 | $55.00 | QA checks; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 06/30/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| | | **Total Project Management :** | | **231.7** | **$44,766.50** | |



Exhibit C to Invoice 20515

Systems Support

**Period from** 6/1/2016 to 6/30/2016

**IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.**

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Support  1786   269440   Billable** | | | | | | |
| Haygood, John David | Director, Systems | $235.00 | 06/01/2016 | 0.8 | $188.00 | Provide reporting for counsel; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/01/2016 | 4.8 | $480.00 | Report creation; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/01/2016 | 4.0 | $600.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/02/2016 | 5.0 | $500.00 | Produced the Check Reissue report |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 06/02/2016 | 0.6 | $120.00 | Systems/Umesh/Joe/Michele, |
| Haygood, John David | Director, Systems | $235.00 | 06/02/2016 | 0.5 | $117.50 | Provide reporting for counsel; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/02/2016 | 3.4 | $340.00 | Mail run review; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/03/2016 | 1.0 | $100.00 | HIS TRU Val-Paid-Owed Report |
| Haygood, John David | Director, Systems | $235.00 | 06/03/2016 | 0.5 | $117.50 | Update data for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/03/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/06/2016 | 0.8 | $80.00 | Z'd out an NME. |
| Haygood, John David | Director, Systems | $235.00 | 06/06/2016 | 0.3 | $70.50 | Provide access for processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/06/2016 | 3.5 | $350.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/06/2016 | 1.0 | $150.00 | Distribution activities to trust class members & related reporting; |
| Bahta, Addisu | Data Analyst III | $110.00 | 06/07/2016 | 0.6 | $66.00 | Update reports (0.6); |
| Davidson, Richard | Data Analyst II | $100.00 | 06/07/2016 | 3.0 | $300.00 | EONOS mailing |
| Haygood, John David | Director, Systems | $235.00 | 06/07/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/07/2016 | 3.5 | $350.00 | Entitlement review; |
| Bahta, Addisu | Data Analyst III | $110.00 | 06/08/2016 | 0.6 | $66.00 | Update reports (0.6); |
| Davidson, Richard | Data Analyst II | $100.00 | 06/08/2016 | 4.0 | $400.00 | EON with notes Report |
| Haygood, John David | Director, Systems | $235.00 | 06/08/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/08/2016 | 2.0 | $200.00 | Stale/UD check research; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/08/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/09/2016 | 1.8 | $180.00 | Finished up the EONOS mailing |
| Haygood, John David | Director, Systems | $235.00 | 06/09/2016 | 1.6 | $376.00 | Provide reports for counsel; |
| McLoughlin, Joseph | Sr. Systems Project Manager | $200.00 | 06/09/2016 | 0.3 | $60.00 | Removed item from queue |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/09/2016 | 1.5 | $150.00 | AAS; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/09/2016 | 2.5 | $375.00 | Distribution activities to trust class members & related reporting;3 |
| Haygood, John David | Director, Systems | $235.00 | 06/10/2016 | 0.9 | $211.50 | Provide reports for counsel; |
| McLoughlin, Joseph | Sr. Systems Project Manager | $200.00 | 06/10/2016 | 0.3 | $60.00 | removed item from queue |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/10/2016 | 2.0 | $200.00 | AAS review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/10/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 06/13/2016 | 0.8 | $160.00 | Please delete the following batches and any associations. These items have been |
| Haygood, John David | Director, Systems | $235.00 | 06/13/2016 | 0.5 | $117.50 | Review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/13/2016 | 1.9 | $285.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/14/2016 | 0.5 | $50.00 | Created Check Reissue Report; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/14/2016 | 0.9 | $135.00 | Distribution activities to trust class members & related reporting; |
| Bahta, Addisu | Data Analyst III | $110.00 | 06/15/2016 | 0.6 | $66.00 | Update reports (0.6); |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 06/15/2016 | 0.5 | $100.00 | Systems/Umesh/Joe/Michele, |
| Haygood, John David | Director, Systems | $235.00 | 06/15/2016 | 0.8 | $188.00 | Update data for check processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/15/2016 | 1.7 | $255.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/16/2016 | 1.4 | $140.00 | Reissue checks |
| Haygood, John David | Director, Systems | $235.00 | 06/16/2016 | 0.6 | $141.00 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/16/2016 | 0.3 | $45.00 | Distribution activities to trust class members & related reporting; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/17/2016 | 1.0 | $100.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/17/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/20/2016 | 0.6 | $60.00 | Check Reissue Report(.6); |
| Haygood, John David | Director, Systems | $235.00 | 06/20/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/21/2016 | 2.5 | $250.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/21/2016 | 2.4 | $360.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/22/2016 | 1.0 | $100.00 | Custom tribe report |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 06/22/2016 | 0.5 | $100.00 | Please remove the attached item from the following queue. |
| Haygood, John David | Director, Systems | $235.00 | 06/22/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/22/2016 | 4.0 | $400.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/22/2016 | 3.5 | $525.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/23/2016 | 2.0 | $200.00 | Check reissue |
| Girard, Melissa | Data Analyst III | $110.00 | 06/23/2016 | 0.2 | $22.00 | Create report; |



Exhibit C to Invoice 20515

Systems Support

**Period from** 6/1/2016 to 6/30/2016

**IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.**

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Systems Support  1786   269440   Billable** | | | | | | |
| Haygood, John David | Director, Systems | $235.00 | 06/23/2016 | 0.6 | $141.00 | Update data for check reissues; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/23/2016 | 1.0 | $100.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/23/2016 | 0.9 | $135.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/24/2016 | 2.0 | $200.00 | Created EONOS mailing |
| Haygood, John David | Director, Systems | $235.00 | 06/24/2016 | 0.4 | $94.00 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/24/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/27/2016 | 1.0 | $100.00 | Finished EONOS mailing; |
| Haygood, John David | Director, Systems | $235.00 | 06/27/2016 | 1.3 | $305.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/27/2016 | 2.0 | $200.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/27/2016 | 1.0 | $150.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/28/2016 | 1.4 | $140.00 | Remove record from mailing with no address(.7); |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 06/28/2016 | 0.4 | $80.00 | Please remove the item in the NVT-Check Undeliverables Wrong Project queue. |
| Haygood, John David | Director, Systems | $235.00 | 06/28/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/28/2016 | 3.0 | $300.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/28/2016 | 2.4 | $360.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 06/29/2016 | 3.0 | $300.00 | Check info report |
| Haygood, John David | Director, Systems | $235.00 | 06/29/2016 | 1.6 | $376.00 | Update data fro processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/29/2016 | 1.0 | $100.00 | AAS procedures; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/29/2016 | 0.4 | $60.00 | Distribution activities to trust class members & related reporting;3 |
| Davidson, Richard | Data Analyst II | $100.00 | 06/30/2016 | 1.5 | $150.00 | Check information |
| Haygood, John David | Director, Systems | $235.00 | 06/30/2016 | 0.5 | $117.50 | Provide access for processing; |
| Naff, Vanessa | Data Analyst II | $100.00 | 06/30/2016 | 1.0 | $100.00 | AAS activity; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 06/30/2016 | 2.4 | $360.00 | Distribution activities to trust class members & related reporting; |
| | | **Total Systems Support :** | | **126.7** | **$16,949.50** | |



**Period from** 6/1/2016 **to** 6/30/2016

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.** | | | | | | |
| **On-the-Ground Outreach   4247   319064   Billable** | | | | | | |
| Page, James | Project Manager II | $150.00 | 06/08/2016 | 1.8 | $270.00 | Compile data from on the ground outreach; |
| Page, James | Project Manager II | $150.00 | 06/09/2016 | 2.1 | $315.00 | Compile data from on the ground outreach; |
| | | **Total On-the-Ground Outreach :** | | **3.9** | **$585.00** | |