

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/31/2016 | 20696 |
| PERIOD START | THROUGH DATE |
| 7/1/2016 | 7/31/2016 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

David C. Smith, Esq.

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

**Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 794.8 Hrs. | $99.97 Avg. Hourly Rate | $79,457.50 |
| B. Scan Mail | 12,637 | $0.12 each | $1,516.44 |
| C. Prep Mail | 110.4 Hrs. | $45.00 per hour | $4,968.00 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,199 | $1.50 per box per month | $1,798.50 |
| Electronic | 3,892,604 | $0.008 per image/record per month | $31,140.83 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 48,889 | $0.26 per minute | $12,711.14 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 1,875.3 Hrs. | $45.00 per hour | $84,388.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 242.6 Hrs. | $121.51 Avg. Hourly Rate | $29,477.70 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 7,585 | $0.65 each | $4,930.25 |
| B. Check Reissues | 17,522 | $0.95 each | $16,645.90 |

1Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $2,933.34.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices;  review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 247.7 Hrs. | $189.91 Avg. Hourly Rate | $47,039.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the  Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 90.0 Hrs. | $158.76 Avg. Hourly Rate | $14,288.00 |
| **Total Fees** | | | **$328,362.26** |
| **Project Expense Total** | | | **$16,613.75** |
| **Sub Total** | | | **$344,976.01** |
| Outstanding Balance Prior Invoice #20515 | | | $482,553.96 |
| **Grand Total** | | | **$827,529.97** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
| --- | --- |
| Description | 6/1/2016 |
| **Project Expenses** | |
| For the period: July 1, 2016 through July 31, 2016 | |
| Printing, Copy, Fax Charges | $12.30 |
| FedEx, Messenger and Shipping | $243.53 |
| NCOA Searches | $1,864.95 |
| Postage | $12,139.28 |
| Project Supplies & Equipment | $24.77 |
| Translations | $197.56 |
| Travel | $2,131.36 |
| **Total:** | **$16,613.75** |

Please Remit To:

| Garden City Group, LLC | – Or – | Garden City Group, LLC |
| --- | --- | --- |
| 1531 Utah Ave South, Ste 600 | | Operating A/C |
| Seattle, WA 98134 | | Signature Bank |
| | | 1225 Franklin Avenue |
| | | Garden City, NY 11530 |
| Terms: Net 30 days | | ABA # - 026013576 |
| | | A/C # - 1501168781 |
| | | Tax ID # - 58-0506554 |
| | | Swift Code - SIGNUS33 |



**Period from 7/1/2016 to 7/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center  1734   269448  Billable** | | | | | | |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 07/01/2016 | 2.1 | $168.00 | IVR/Phone Work: Made changes per operations to IVR/Phone QA: Performed QA on changes made to project phone systems; |
| Donaldson, Mark | Telecommunications Administrator | $80.00 | 07/01/2016 | 0.6 | $48.00 | General Management and Oversight of Contact Center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/01/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/01/2016 | 0.9 | $112.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | $80.00 | 07/01/2016 | 0.4 | $32.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/01/2016 | 4.4 | $792.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/01/2016 | 3.7 | $370.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/01/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 07/05/2016 | 1.6 | $128.00 | IVR/Phone Work: Made changes per operations to project phone systems; |
| Eby, Samantha | Project Manager I | $125.00 | 07/05/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/05/2016 | 0.3 | $37.50 | Reviewed and reported daily call logs; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/05/2016 | 3.9 | $702.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/05/2016 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 07/05/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 07/06/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/06/2016 | 4.2 | $756.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/06/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/06/2016 | 0.4 | $80.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 07/06/2016 | 1.0 | $100.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 07/07/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/07/2016 | 1.3 | $162.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/07/2016 | 2.3 | $414.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/07/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/07/2016 | 0.2 | $40.00 | Management of IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/08/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/08/2016 | 1.4 | $175.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/08/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/11/2016 | 0.6 | $75.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/11/2016 | 0.9 | $112.50 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/11/2016 | 11.2 | $1,120.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/11/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/12/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/12/2016 | 1.1 | $137.50 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/12/2016 | 9.5 | $950.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/12/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/13/2016 | 0.5 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/13/2016 | 0.8 | $100.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/13/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/13/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/14/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/14/2016 | 1.6 | $200.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/14/2016 | 8.5 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/14/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/15/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/15/2016 | 1.8 | $225.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/15/2016 | 0.7 | $140.00 | IVR revisions;Management assistance to customer service team; |
| Eby, Samantha | Project Manager I | $125.00 | 07/18/2016 | 0.6 | $75.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/18/2016 | 1.1 | $137.50 | Management assistance to customer service team; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/18/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Updegraff, Jessica | Call Center Agent | $57.00 | 07/18/2016 | 1.5 | $85.50 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 07/19/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/19/2016 | 0.5 | $62.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/19/2016 | 4.6 | $828.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/19/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/19/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Updegraff, Jessica | Call Center Agent | $57.00 | 07/19/2016 | 3.5 | $199.50 | Quality call monitoring. |
| Eby, Samantha | Project Manager I | $125.00 | 07/20/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |



**Period from 7/1/2016 to 7/31/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| Kise, Craig | Project Manager I | $125.00 | 07/20/2016 | 1.1 | $137.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/20/2016 | 4.2 | $756.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/20/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/20/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Updegraff, Jessica | Call Center Agent | $57.00 | 07/20/2016 | 3.9 | $222.30 | Quality call monitoring. |
| Eby, Samantha | Project Manager I | $125.00 | 07/21/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/21/2016 | 1.5 | $187.50 | Management assistance to customer service team; |
| Martin, Alecia | Command Center Analyst | $80.00 | 07/21/2016 | 0.5 | $40.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/21/2016 | 3.9 | $702.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/21/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/21/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Updegraff, Jessica | Call Center Agent | $57.00 | 07/21/2016 | 1.2 | $68.40 | Quality call monitoring. |
| Eby, Samantha | Project Manager I | $125.00 | 07/22/2016 | 0.3 | $37.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/22/2016 | 1.4 | $175.00 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/22/2016 | 1.3 | $234.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/22/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/22/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/25/2016 | 0.9 | $112.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/25/2016 | 1.5 | $270.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/25/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/25/2016 | 0.8 | $160.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 07/25/2016 | 1.9 | $190.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 07/26/2016 | 0.5 | $62.50 | Management assistance to customer service team; |
| Kise, Craig | Project Manager I | $125.00 | 07/26/2016 | 1.1 | $137.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/26/2016 | 6.6 | $1,188.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/26/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/26/2016 | 0.6 | $120.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 07/27/2016 | 0.4 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/27/2016 | 0.9 | $112.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/27/2016 | 4.6 | $828.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/27/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/27/2016 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/28/2016 | 1.9 | $237.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/28/2016 | 6.4 | $1,152.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/28/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/28/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 07/29/2016 | 1.1 | $137.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 07/29/2016 | 5.8 | $1,044.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 07/29/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 07/29/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 07/29/2016 | 2.0 | $200.00 | Quality call monitoring; |

**Total Management of Call Center :**     **242.6**     **$29,477.70**



# Exhibit B to Invoice 20696
## Project Management

**Period from 7/1/2016 to 7/31/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management 1784 269439 Billable** | | | | | | |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/01/2016 | 2.1 | $577.50 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/01/2016 | 2.0 | $360.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/01/2016 | 0.3 | $33.00 | Administrative support; |
| Arabov, Anna | Project Manager I | $125.00 | 07/01/2016 | 0.2 | $25.00 | Created and uploaded a positive pay file to the bank. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 07/01/2016 | 0.5 | $42.50 | Void checks at the bank and in the database. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 07/01/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/01/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/01/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/01/2016 | 0.5 | $90.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/01/2016 | 0.3 | $67.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/04/2016 | 0.9 | $247.50 | Project oversight; distribution efforts; outreach review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/05/2016 | 1.9 | $522.50 | Project oversight; distribution efforts; outreach review |
| Arabov, Anna | Project Manager I | $125.00 | 07/05/2016 | 0.7 | $87.50 | Provided updated on outstanding AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/05/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/05/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/05/2016 | 0.5 | $90.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/05/2016 | 0.2 | $45.00 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 07/05/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/06/2016 | 3.9 | $1,072.50 | Project oversight; distribution efforts; outreach review; work with DOI on probates |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/06/2016 | 3.2 | $576.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 07/06/2016 | 0.1 | $15.00 | update banking summary |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/06/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/06/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/06/2016 | 0.7 | $126.00 | Dissemination Management; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 07/06/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/06/2016 | 1.5 | $225.00 | Meeting re: upcoming entitlement task; perform QA review; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/07/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/07/2016 | 2.7 | $486.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/07/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/07/2016 | 1.5 | $120.00 | Check copy request (44 cks) |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/07/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/07/2016 | 0.3 | $54.00 | Dissemination Management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/07/2016 | 3.0 | $450.00 | QA entitlements; QA data reporting requests; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 07/07/2016 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/08/2016 | 3.9 | $1,072.50 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/08/2016 | 3.0 | $540.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 07/08/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/08/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/08/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/08/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/08/2016 | 0.6 | $108.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/08/2016 | 0.1 | $22.50 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 07/08/2016 | 1.0 | $110.00 | Review reissue checks; |
| Cibirka, Matthew | Project Manager II | $150.00 | 07/08/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/08/2016 | 3.5 | $525.00 | QA entitlements; QA data reporting requests; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/11/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/11/2016 | 3.5 | $630.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/11/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/11/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/11/2016 | 0.3 | $45.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 07/11/2016 | 0.3 | $45.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/12/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/12/2016 | 3.2 | $576.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 07/12/2016 | 0.2 | $20.00 | Prepare fedex shipment; update fedex logsheet; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/12/2016 | 1.9 | $209.00 | QA checks; |
| Mendez, Eileen | Project Administrator | $80.00 | 07/12/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/12/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/12/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/12/2016 | 0.1 | $15.00 | Mailroom management; |
| Cibirka, Matthew | Project Manager II | $150.00 | 07/12/2016 | 0.6 | $90.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 07/12/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/12/2016 | 0.3 | $45.00 | Coordinate QA of pending tasks; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/13/2016 | 3.8 | $1,045.00 | Project oversight; distribution efforts; outreach review; correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/13/2016 | 3.5 | $630.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; coordinate completion of remail cycles; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/13/2016 | 1.2 | $132.00 | QA checks; |
| Mendez, Eileen | Project Administrator | $80.00 | 07/13/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/13/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/13/2016 | 0.4 | $72.00 | Dissemination Management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/13/2016 | 0.5 | $75.00 | Coordinate QA of pending tasks; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/14/2016 | 3.5 | $962.50 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/14/2016 | 3.5 | $630.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; coordinate completion of remail cycles; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/14/2016 | 1.2 | $132.00 | QA checks; |
| Mendez, Eileen | Project Administrator | $80.00 | 07/14/2016 | 0.2 | $16.00 | Positive pay file upload |



**Period from 7/1/2016 to 7/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/14/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/14/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/14/2016 | 0.2 | $30.00 | Mailroom management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/14/2016 | 0.3 | $45.00 | Coordinate IIM entitlement review; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/15/2016 | 3.8 | $1,045.00 | Project oversight; distribution efforts; outreach review |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/15/2016 | 4.2 | $756.00 | Team oversight; coordinate and direct tasks of team members; review all project emails and handle accordingly; handle questions from team members; oversight of team production; coordinate completion of remail cycles; |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 07/15/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/15/2016 | 1.0 | $250.00 | Review/discuss the coordination of a large check print over multiple check stubs with Operations, Banking and the check printer. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/15/2016 | 0.7 | $59.50 | IIM Reconciliation for the day and Outstanding Check report. Ran Alternate, Uncashed and Paid Items reports. |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/15/2016 | 3.5 | $525.00 | QA mutant entitlements; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 07/15/2016 | 0.4 | $80.00 | Compliance review. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 07/15/2016 | 0.3 | $45.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/18/2016 | 3.9 | $1,072.50 | Oversight of team; distribution efforts; Research with FTI; work with OST on hard drive and probates |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/18/2016 | 3.2 | $576.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/18/2016 | 1.7 | $187.00 | QA check files; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/18/2016 | 1.6 | $400.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/18/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/18/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/18/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/18/2016 | 0.2 | $45.00 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 07/18/2016 | 5.0 | $550.00 | Review reissue checks; |
| Franko, Andrew | Sr. Project Supervisor | $110.00 | 07/18/2016 | 0.4 | $44.00 | QA scanned mail; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/18/2016 | 4.0 | $600.00 | QA checks; QA check files; QA entitlements; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 07/18/2016 | 0.3 | $60.00 | Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/19/2016 | 3.4 | $935.00 | Oversight of team; distribution efforts; Research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/19/2016 | 2.4 | $432.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/19/2016 | 1.3 | $143.00 | QA checks; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/19/2016 | 1.1 | $275.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/19/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/19/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/19/2016 | 0.1 | $15.00 | Mailroom management; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 07/19/2016 | 4.5 | $495.00 | Review check reissues; |
| Franko, Andrew | Sr. Project Supervisor | $110.00 | 07/19/2016 | 0.2 | $22.00 | QA scanned mail; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/19/2016 | 1.5 | $225.00 | QA checks; QA check files; QA entitlements; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 07/19/2016 | 0.3 | $60.00 | Compliance review. |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/20/2016 | 4.1 | $1,127.50 | Oversight of team; distribution efforts; Research with FTI; call with counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/20/2016 | 3.0 | $540.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/20/2016 | 0.2 | $22.00 | Admin support; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 07/20/2016 | 0.6 | $51.00 | Confirm positive pay exception. Update reconciliation. Run check reports. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/20/2016 | 0.7 | $175.00 | Oversee the Banking and Distribution Process. Monitor/review the creation of the account reconciliation report produced for Operations. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/20/2016 | 0.2 | $16.00 | Positive pay file upload |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 07/20/2016 | 2.0 | $220.00 | Review reissue checks; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/20/2016 | 0.3 | $45.00 | Meeting re: QA review; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/21/2016 | 3.9 | $1,072.50 | Oversight of team; distribution efforts; Research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/21/2016 | 2.8 | $504.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Arabov, Anna | Project Manager I | $125.00 | 07/21/2016 | 0.1 | $12.50 | Provided positive payee verification to the bank on a high dollar checks. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/21/2016 | 0.6 | $150.00 | Oversee the Banking and Distribution Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/21/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/21/2016 | 0.3 | $45.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/21/2016 | 0.2 | $45.00 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 07/21/2016 | 0.5 | $55.00 | Review check reissues; |
| Franko, Andrew | Sr. Project Supervisor | $110.00 | 07/21/2016 | 0.1 | $11.00 | QA scanned mail; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/22/2016 | 4.4 | $1,210.00 | Oversight of team; distribution efforts; Research with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/22/2016 | 2.6 | $468.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/22/2016 | 1.0 | $110.00 | QA checks; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/22/2016 | 0.5 | $125.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/22/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/22/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/22/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/22/2016 | 0.2 | $45.00 | Project oversight; |
| Baybars, Melati | Sr. Project Supervisor | $110.00 | 07/22/2016 | 1.0 | $110.00 | Review check reissues; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 07/22/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/22/2016 | 2.0 | $300.00 | QA entitlement; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/25/2016 | 3.5 | $962.50 | Review of counsel's documents; supervision of team; research |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/25/2016 | 3.6 | $648.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/25/2016 | 1.6 | $176.00 | Administrative support; |
| Arabov, Anna | Project Manager I | $125.00 | 07/25/2016 | 1.5 | $187.50 | Followed up with Chase regarding outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 07/25/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/25/2016 | 0.5 | $125.00 | Oversee the Banking and Distribution Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/25/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/25/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/25/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/25/2016 | 0.2 | $45.00 | Project oversight; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/25/2016 | 3.6 | $540.00 | QA entitlements; |
| Palillo, Ann | Director, Fraud Prevention | $200.00 | 07/25/2016 | 0.8 | $160.00 | Compliance review. |



**Period from 7/1/2016 to 7/31/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/26/2016 | 3.9 | $1,072.50 | Oversight of team; research on issues; distribution efforts; Work with Special Master on Sutalo claim; work with Interior regarding probates |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/26/2016 | 4.0 | $720.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 07/26/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 07/26/2016 | 0.1 | $15.00 | verify check with bank |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/26/2016 | 0.2 | $50.00 | Oversee the Banking and Distribution Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/26/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/26/2016 | 0.2 | $36.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/26/2016 | 0.4 | $60.00 | Mailroom management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/26/2016 | 4.0 | $600.00 | QA entitlements; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/27/2016 | 4.1 | $1,127.50 | Review of counsel's motion draft; oversight of team; research on issues; distribution efforts. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/27/2016 | 3.8 | $684.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Arabov, Anna | Project Manager I | $125.00 | 07/27/2016 | 0.4 | $50.00 | Processed new AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 07/27/2016 | 0.2 | $17.00 | Confirm positive pay exceptions.  Download end of month statements. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/27/2016 | 0.1 | $25.00 | Oversee the Banking and Distribution Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/27/2016 | 1.4 | $119.00 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. As per request voided at the Bank and Database 9 checks for IIM. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/27/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/27/2016 | 0.5 | $75.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/27/2016 | 0.2 | $45.00 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 07/27/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/28/2016 | 4.1 | $1,127.50 | Oversight of team; research on issues; distribution efforts. |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/28/2016 | 3.2 | $576.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/28/2016 | 0.9 | $99.00 | QA checks; |
| Arabov, Anna | Project Manager I | $125.00 | 07/28/2016 | 1.3 | $162.50 | Processed new AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 07/28/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/28/2016 | 0.4 | $100.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/28/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/28/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/28/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/28/2016 | 0.4 | $60.00 | Mailroom management; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/28/2016 | 2.5 | $375.00 | QA entitlements; coordinate QA of checks; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 07/29/2016 | 4.2 | $1,155.00 | Meeting with team; oversight of team; research on issues; distribution efforts; meeting with team on next steps for distribution and new account creation |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 07/29/2016 | 2.0 | $360.00 | Team oversight; coordinate and oversee all team tasks; confer with team members regarding questions; review and handle all project related email; confer with L. Castaneda, D. Haygood, S. Ostrander and team leads regarding next steps and case status; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 07/29/2016 | 0.9 | $99.00 | QA checks; |
| Arabov, Anna | Project Manager I | $125.00 | 07/29/2016 | 4.0 | $500.00 | Updated AOF log with credits and denials. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 07/29/2016 | 0.5 | $125.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | $80.00 | 07/29/2016 | 0.3 | $24.00 | Check copy request; positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 07/29/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three reports from the Database and Chase to run Outstanding Report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 07/29/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 07/29/2016 | 0.6 | $90.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 07/29/2016 | 0.1 | $22.50 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 07/29/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Project Manager II | $150.00 | 07/29/2016 | 3.2 | $480.00 | IIM meeting; QA entitlements; QA data updates; |
| | | **Total Project Management :** | | **247.7** | **$47,039.50** | |



**Exhibit C to Invoice 20696**
**Systems Support**

**Period from 7/1/2016 to 7/31/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|------|-------|------|------|-------|--------|-------|
| **Systems Support   1786   269440   Billable** | | | | | | |
| Davidson, Richard | Data Analyst II | $100.00 | 07/01/2016 | 1.0 | $100.00 | check reissue report |
| Davidson, Richard | Data Analyst II | $100.00 | 07/05/2016 | 0.5 | $50.00 | Created Check Reissue Report |
| Haygood, John David | Director, Systems | $235.00 | 07/05/2016 | 0.4 | $94.00 | Review reports for processing; |
| Haygood, John David | Director, Systems | $235.00 | 07/06/2016 | 0.7 | $164.50 | Update data for processing; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/07/2016 | 0.8 | $80.00 | Check reissues |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 07/07/2016 | 0.5 | $100.00 | BAT-IIM-0054474 batch was removed. |
| Haygood, John David | Director, Systems | $235.00 | 07/07/2016 | 2.3 | $540.50 | Update data for processing;Update data for entitlements; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/08/2016 | 1.0 | $100.00 | Reviewed entitlement removal; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 07/08/2016 | 0.4 | $80.00 | Please remove the attached item from the following queue.IIM—Check Undeliverables Wrong Project |
| Haygood, John David | Director, Systems | $235.00 | 07/08/2016 | 4.2 | $987.00 | Update data for entitlements;Review data for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/11/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/12/2016 | 2.5 | $250.00 | Loaded VERIFYZ queue for processingProvided check infoCheck reissue Report |
| Haygood, John David | Director, Systems | $235.00 | 07/12/2016 | 2.1 | $493.50 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/12/2016 | 2.9 | $435.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | $100.00 | 07/12/2016 | 1.0 | $100.00 | Prepare distribution activities to class members; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/13/2016 | 1.0 | $100.00 | Provided Check information;Assisted with NCOA; |
| Haygood, John David | Director, Systems | $235.00 | 07/13/2016 | 0.4 | $94.00 | Update data for reporting; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/13/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | $100.00 | 07/13/2016 | 0.8 | $80.00 | Prepare distribution activities to class members; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/14/2016 | 1.2 | $120.00 | Check info;Check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/14/2016 | 5.7 | $855.00 | Distribution activities to trust class members & related reporting; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 07/15/2016 | 0.2 | $40.00 | Provide banking team with stub breakdown for check reissues. |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/15/2016 | 6.7 | $1,005.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/18/2016 | 2.0 | $200.00 | Check reissueEONOS mailing Report |
| Espinal, Christian | Data Control Administrator | $110.00 | 07/18/2016 | 0.4 | $44.00 | Created an encryption of Check file;Posted check file to FTP site;Emailed the vendor and team with details pertaining to the check file; |
| George, Lejo | Data Control Administrator | $110.00 | 07/18/2016 | 0.4 | $44.00 | Copied and encrypted Check file, posted to FTP site and emailed the vendor. Verified the counts and totals before posting the file. |
| Haygood, John David | Director, Systems | $235.00 | 07/18/2016 | 0.7 | $164.50 | Update data for entitlements;Provide access for processing; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 07/18/2016 | 0.8 | $160.00 | Update issue date for 2 check batches; Update signature for stub 47. |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/18/2016 | 7.2 | $1,080.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/19/2016 | 1.0 | $100.00 | Created ECA report(1); |
| Haygood, John David | Director, Systems | $235.00 | 07/19/2016 | 0.5 | $117.50 | Update data for entitlements(.5); |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/19/2016 | 6.3 | $945.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 07/20/2016 | 0.4 | $94.00 | Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/20/2016 | 4.1 | $615.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 07/21/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/21/2016 | 2.5 | $375.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 07/22/2016 | 0.7 | $164.50 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/22/2016 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/25/2016 | 0.7 | $70.00 | Worked on Z-Out process; |
| Haygood, John David | Director, Systems | $235.00 | 07/25/2016 | 0.5 | $117.50 | Update data for entitlement; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/25/2016 | 1.0 | $150.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/26/2016 | 0.6 | $60.00 | Finished and verified Z-Out process |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | $200.00 | 07/26/2016 | 0.5 | $100.00 | Please remove the below item from the following queue.IIM—Check Remails Wrong Project |
| Haygood, John David | Director, Systems | $235.00 | 07/26/2016 | 0.7 | $164.50 | Update data for entitlement;Review data for Probate; |
| Haygood, John David | Director, Systems | $235.00 | 07/27/2016 | 0.5 | $117.50 | Review reporting data; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/27/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | $235.00 | 07/28/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/28/2016 | 1.8 | $270.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 07/29/2016 | 2.5 | $250.00 | Check reissue Report;2 matrix reports; |
| Haygood, John David | Director, Systems | $235.00 | 07/29/2016 | 2.9 | $681.50 | Review processing requirements;Update data for probate; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 07/29/2016 | 2.2 | $330.00 | Distribution activities to trust class members & related reporting; |
| | **Total Systems Support :** | | | **90.0** | **$14,288.00** | |