

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 9/30/2016 | 20898 |
| PERIOD START | THROUGH DATE |
| 8/1/2016 | 8/31/2016 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

**Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 1,099.6 Hrs. | $99.98 Avg. Hourly Rate | $109,937.50 |
| B. Scan Mail | 20,027 | $0.12 each | $2,403.24 |
| C. Prep Mail | 135.3 Hrs. | $45.00 per hour | $6,088.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,203 | $1.50 per box per month | $1,804.50 |
| Electronic | 3,906,487 | $0.008 per image/record per month | $31,183.49 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 56,145 | $0.26 per minute | $14,597.70 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 2,156.6 Hrs. | $45.00 per hour | $97,047.00 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 272.6 Hrs. | $133.19 Avg. Hourly Rate | $36,307.50 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 12,993 | $0.65 each | $8,445.45 |
| B. Check Reissues | 1,781 | $0.95 each | $1,691.95 |

[1]Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $3,368.70.



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 284.3 Hrs. | $183.36 Avg. Hourly Rate | $52,130.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 163.9 Hrs. | $134.58 Avg. Hourly Rate | $22,057.50 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 9.0 Hrs. | $99.50 Avg. Hourly Rate | $895.50 |
| **Total Fees** | | | **$384,589.83** |
| **Project Expense Total** | | | **$8,832.07** |
| **Sub Total** | | | **$393,421.90** |
| Outstanding Balance Prior Invoice #20515 | | | $482,553.96 |
| Outstanding Balance Prior Invoice #20696 | | | $344,976.01 |
| **Grand Total** | | | **$1,220,951.87** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| **Description** | |
| **Project Expenses** | |
| For the period: August 1, 2016 through August 31, 2016 | |
| Printing, Copy, Fax Charges | $6.10 |
| FedEx, Messenger and Shipping | $158.48 |
| Postage | $7,958.37 |
| Project Supplies & Equipment | $34.58 |
| Translations | $65.34 |
| Travel | $609.20 |
| **Total:** | **$8,832.07** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC<br>1531 Utah Ave South, Ste 600<br>Seattle, WA 98134<br><br><br>Terms: Net 30 days | – Or – | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



Exhibit A to Invoice 20898
Management of Call Center

**Period from 8/1/2016 to 8/31/2016**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | |
| Kise, Craig | Project Manager I | $125.00 | 08/01/2016 | 0.80 | $100.00 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/01/2016 | 2.20 | $396.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/01/2016 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/01/2016 | 1.20 | $120.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/02/2016 | 0.90 | $112.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/02/2016 | 2.40 | $432.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/02/2016 | 0.80 | $160.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/02/2016 | 0.20 | $20.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/03/2016 | 0.80 | $100.00 | Management assistance to customer service team; |
| Martin, Alecia | Command Center Analyst | $80.00 | 08/03/2016 | 0.30 | $24.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/03/2016 | 1.80 | $324.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/03/2016 | 0.60 | $120.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/03/2016 | 0.90 | $90.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/04/2016 | 0.90 | $112.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/04/2016 | 1.40 | $252.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/04/2016 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/04/2016 | 1.00 | $100.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/05/2016 | 0.80 | $100.00 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/05/2016 | 6.70 | $1,206.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/05/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/08/2016 | 0.50 | $62.50 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/08/2016 | 6.70 | $1,206.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/08/2016 | 8.80 | $880.00 | Supervisory assistance to call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/09/2016 | 0.40 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/09/2016 | 1.30 | $162.50 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/09/2016 | 1.10 | $198.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/09/2016 | 8.20 | $820.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/09/2016 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/10/2016 | 0.40 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/10/2016 | 1.20 | $150.00 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/10/2016 | 1.30 | $234.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/10/2016 | 8.50 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/10/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Clouse, Richard | Telecommunications Administrator | $80.00 | 08/11/2016 | 0.30 | $24.00 | Change caller ID for seating changes. |
| Eby, Samantha | Project Manager I | $125.00 | 08/11/2016 | 0.50 | $62.50 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/11/2016 | 1.30 | $162.50 | Management assistance to customer service team; |
| Martin, Alecia | Command Center Analyst | $80.00 | 08/11/2016 | 0.30 | $24.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/11/2016 | 1.50 | $270.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/11/2016 | 8.50 | $850.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/11/2016 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/12/2016 | 0.40 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/12/2016 | 1.20 | $150.00 | Management assistance to customer service team; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/12/2016 | 5.20 | $520.00 | Supervisory assistance to call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/15/2016 | 0.40 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/15/2016 | 0.60 | $75.00 | Management assistance to customer service team; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/15/2016 | 6.80 | $1,224.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/15/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/15/2016 | 0.30 | $60.00 | Management assistance IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/16/2016 | 0.40 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/16/2016 | 0.90 | $112.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/16/2016 | 7.30 | $1,314.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/16/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/16/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/16/2016 | 2.00 | $200.00 | Quality call monitoring; |
| Eby, Samantha | Project Manager I | $125.00 | 08/17/2016 | 0.40 | $50.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/17/2016 | 0.90 | $112.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/17/2016 | 6.40 | $1,152.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/17/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |



# Exhibit A to Invoice 20898
# Management of Call Center

**Period from 8/1/2016 to 8/31/2016**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| Weber, Eric | Director, Call Center | $200.00 | 08/17/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Eby, Samantha | Project Manager I | $125.00 | 08/18/2016 | 0.20 | $25.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/18/2016 | 0.80 | $100.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/18/2016 | 6.20 | $1,116.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/18/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/18/2016 | 2.50 | $250.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/19/2016 | 0.70 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/19/2016 | 5.90 | $1,062.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/19/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/19/2016 | 0.60 | $120.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/22/2016 | 0.60 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/22/2016 | 5.10 | $918.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/22/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/22/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/23/2016 | 3.20 | $576.00 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/23/2016 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/23/2016 | 2.60 | $260.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/24/2016 | 0.50 | $62.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/24/2016 | 1.90 | $342.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/24/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/24/2016 | 2.40 | $240.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/25/2016 | 0.60 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/25/2016 | 4.60 | $828.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/25/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/25/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/26/2016 | 0.70 | $87.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/26/2016 | 5.70 | $1,026.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/26/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Kise, Craig | Project Manager I | $125.00 | 08/29/2016 | 0.60 | $75.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/29/2016 | 5.60 | $1,008.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/29/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/29/2016 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/29/2016 | 1.50 | $150.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/30/2016 | 1.10 | $137.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/30/2016 | 6.90 | $1,242.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/30/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | $200.00 | 08/30/2016 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/30/2016 | 1.00 | $100.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | $125.00 | 08/31/2016 | 1.50 | $187.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | $180.00 | 08/31/2016 | 7.40 | $1,332.00 | Management of IIM call center;0.6 |
| Swisher, Ben | Call Center Supervisor | $100.00 | 08/31/2016 | 7.50 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | $100.00 | 08/31/2016 | 0.20 | $20.00 | Quality call  monitoring; |
| | | **Total Management of Call Center :** | | **272.60** | **$36,307.50** | |



**Exhibit B to Invoice 20898**
**Project Management**

**Period from 8/1/2016 to 8/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| **Project Management** | | | | | | |
| Arabov, Anna | Project Manager I | $125.00 | 08/01/2016 | 1.3 | $162.50 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 08/01/2016 | 0.6 | $90.00 | run report for all stale checks 6 months and greater |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/01/2016 | 0.3 | $75.00 | Monitor/review the ad hoc account reconciliation of stale checks produced for Operations.  Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/01/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/01/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/01/2016 | 0.5 | $75.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/01/2016 | 4.2 | $1,155.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government; reporting for bank account and stale checks for counsel |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/01/2016 | 3.6 | $648.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/01/2016 | 1.5 | $127.50 | QA entitlements; QA ckr table changes; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 08/02/2016 | 0.2 | $20.00 | Distribute fedex shipment; update fedex logsheet; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/02/2016 | 1.3 | $143.00 | QA checks; |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 08/02/2016 | 0.1 | $15.00 | review and decision PNI on bank website |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/02/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 08/02/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/02/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/02/2016 | 0.3 | $45.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/02/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/02/2016 | 3.8 | $684.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Cibirka, Matthew | Project Manager II | $150.00 | 08/02/2016 | 0.3 | $45.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/02/2016 | 4.8 | $408.00 | QA entitlements;.9 |
| Palillo, Ann | Director, Compliance | $200.00 | 08/02/2016 | 0.4 | $80.00 | Compliance review. |
| Arabov, Anna | Project Manager I | $125.00 | 08/03/2016 | 2.6 | $325.00 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 08/03/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/03/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 08/03/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/03/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/03/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/03/2016 | 0.3 | $45.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/03/2016 | 4.6 | $1,265.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/03/2016 | 4.0 | $720.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/03/2016 | 6.9 | $586.50 | QA entitlements; QA data discrepancies; QA check reissues; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/03/2016 | 0.5 | $75.00 | Compliance review |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/04/2016 | 0.6 | $66.00 | QA checks; |
| Arabov, Anna | Project Manager I | $125.00 | 08/04/2016 | 2.5 | $312.50 | Followed up with Chase on pending and new requests regarding outstanding AOFs. Processed new AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/04/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process.  Review/discuss the reconciliation of the check pulls and suppressions from the recent check prints. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/04/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/04/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/04/2016 | 0.3 | $45.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/04/2016 | 4.2 | $1,155.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/04/2016 | 4.2 | $756.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 08/04/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/04/2016 | 1.5 | $127.50 | QA entitlements; |
| Palillo, Ann | Director, Compliance | $200.00 | 08/04/2016 | 0.2 | $40.00 | Compliance review. |
| Atienzo, Lisa | Project Supervisor | $100.00 | 08/05/2016 | 0.2 | $20.00 | Prepare fedex label; update fedex losheet; |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 08/05/2016 | 1.0 | $200.00 | Acct research, voids. |
| Arabov, Anna | Project Manager I | $125.00 | 08/05/2016 | 1.0 | $125.00 | Processed new AOFs |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/05/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/05/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process.  Follow up on the reconciliation of the pulled checks from the recent print. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/05/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/05/2016 | 0.8 | $144.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/05/2016 | 0.2 | $30.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/05/2016 | 3.5 | $962.50 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/05/2016 | 3.8 | $684.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Arabov, Anna | Project Manager I | $125.00 | 08/08/2016 | 1.0 | $125.00 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/08/2016 | 0.1 | $8.50 | Update Banking summary. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/08/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/08/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/08/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 08/08/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/08/2016 | 3.6 | $990.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/08/2016 | 4.5 | $810.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Arabov, Anna | Project Manager I | $125.00 | 08/09/2016 | 1.4 | $175.00 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/09/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/09/2016 | 1.3 | $110.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. Requested Void files for the checks issued and uploaded them into the bank. Voided additional checks in the database and at the bank as per request. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/09/2016 | 0.7 | $126.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/09/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 08/09/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/09/2016 | 4.1 | $1,127.50 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/09/2016 | 4.2 | $756.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |



Exhibit B to Invoice 20898
Project Management

**Period from 8/1/2016 to 8/31/2016**

| IIM | IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Title** | **Rate** | **Date** | **Hours** | **Amount** | **Notes** |
| Arabov, Anna | Project Manager I | $125.00 | 08/10/2016 | 2.0 | $250.00 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/10/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/10/2016 | 1.0 | $180.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/10/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | $225.00 | 08/10/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/10/2016 | 5.6 | $1,540.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/10/2016 | 4.0 | $720.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Arabov, Anna | Project Manager I | $125.00 | 08/11/2016 | 2.2 | $275.00 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/11/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/11/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/11/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/11/2016 | 0.2 | $30.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/11/2016 | 4.3 | $1,182.50 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/11/2016 | 3.8 | $684.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/11/2016 | 4.0 | $340.00 | QA entitlements; |
| Arabov, Anna | Project Manager I | $125.00 | 08/12/2016 | 1.3 | $162.50 | Followed up with Chase on pending and new requests regarding outstanding AOFs. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/12/2016 | 0.7 | $59.50 | IIM Reconciliation and pulled three separate reports for complete outstanding checks summary report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/12/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/12/2016 | 3.8 | $1,045.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/12/2016 | 4.5 | $810.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/12/2016 | 5.9 | $501.50 | QA entitlements; QA mailing; |
| Palillo, Ann | Director, Compliance | $200.00 | 08/12/2016 | 0.3 | $60.00 | Compliance review. |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/15/2016 | 0.7 | $77.00 | Administrative support to project; |
| Arabov, Anna | Project Manager I | $125.00 | 08/15/2016 | 0.7 | $87.50 | Worked on updating AOF log. |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 08/15/2016 | 0.2 | $25.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/15/2016 | 1.2 | $216.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/15/2016 | 4.6 | $1,265.00 | Project oversight; distribution efforts; correspondence from Counsel, Special Master, FTI and government |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/15/2016 | 4.0 | $720.00 | Team oversight; coordinate and oversee all team tasks; review current status of data requests and coordinate with data team to complete; review all project emails and handle accordingly; field questions from team members; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/15/2016 | 4.7 | $399.50 | QA sweeps; QA data updates; generate rejects report; meeting re: data reporting activities; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/15/2016 | 0.4 | $60.00 | Compliance review |
| Atienzo, Lisa | Project Supervisor | $100.00 | 08/16/2016 | 0.1 | $10.00 | Distribute usps shipment; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/16/2016 | 1.0 | $110.00 | QA checks; |
| Arabov, Anna | Project Manager I | $125.00 | 08/16/2016 | 1.2 | $150.00 | Updated AOF log. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/16/2016 | 0.6 | $51.00 | Confirm positive pay exception. Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 08/16/2016 | 0.1 | $15.00 | QA Banking Summary |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/16/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 08/16/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/16/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/16/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/16/2016 | 4.2 | $1,155.00 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/16/2016 | 3.6 | $648.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Cibirka, Matthew | Project Manager II | $150.00 | 08/16/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/17/2016 | 1.0 | $110.00 | QA checks; |
| Arabov, Anna | Project Manager I | $125.00 | 08/17/2016 | 0.5 | $62.50 | Worked with the pending AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/17/2016 | 0.9 | $76.50 | Void checks in the database and at the bank. Update paid items. Update reconciliation. Run check status reports. Update outstanding report. Download end of month statements. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/17/2016 | 0.4 | $100.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 08/17/2016 | 0.2 | $16.00 | Positive Pay File Upload |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/17/2016 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/17/2016 | 1.9 | $522.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/17/2016 | 2.1 | $378.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Cibirka, Matthew | Project Manager II | $150.00 | 08/17/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/17/2016 | 0.5 | $75.00 | Compliance review |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/18/2016 | 1.8 | $198.00 | QA checks; |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/18/2016 | 0.5 | $42.50 | Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/18/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/18/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/18/2016 | 3.1 | $852.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/18/2016 | 3.2 | $576.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Dodge, Mary C. | Sr. QA Supervisor | $120.00 | 08/18/2016 | 0.8 | $96.00 | Check Review |
| Atienzo, Lisa | Project Supervisor | $100.00 | 08/19/2016 | 0.1 | $10.00 | Prepare fedex request; |
| Arabov, Anna | Project Manager I | $125.00 | 08/19/2016 | 1.0 | $125.00 | Worked with Chase regarding outstanding AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/19/2016 | 0.7 | $59.50 | Confirm positive pay exceptions. Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |
| DiTieri, Karen | Sr. Project Manager | $150.00 | 08/19/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/19/2016 | 0.6 | $150.00 | Review/discuss a claimant inquiry concerning the negotiation of their check with Operations. Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | $80.00 | 08/19/2016 | 5.2 | $416.00 | Positive Pay File Upload; Check copy request (144 checks); Account/check inquiry |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/19/2016 | 0.8 | $144.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/19/2016 | 3.9 | $1,072.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/19/2016 | 0.5 | $42.50 | QA checks; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/19/2016 | 0.2 | $30.00 | Compliance review |
| Arabov, Anna | Project Manager I | $125.00 | 08/22/2016 | 1.5 | $187.50 | Worked with Chase regarding outstanding AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/22/2016 | 0.6 | $51.00 | Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |



**Exhibit B to Invoice 20898**
**Project Management**

**Period from 8/1/2016 to 8/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/22/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. Discuss an issue in negotiating a settlement check with the claimant. Offer assistance to her and her bank. Update Operations on the discussion. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/22/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/22/2016 | 3.1 | $852.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/22/2016 | 1.0 | $85.00 | QA entitlements; |
| Arabov, Anna | Project Manager I | $125.00 | 08/23/2016 | 1.4 | $175.00 | Worked with Chase regarding outstanding AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/23/2016 | 0.7 | $59.50 | Void checks at the bank and in the database. Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/23/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/23/2016 | 0.4 | $60.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/23/2016 | 3.5 | $962.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/23/2016 | 4.0 | $720.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Arabov, Anna | Project Manager I | $125.00 | 08/24/2016 | 1.0 | $125.00 | Worked with Chase regarding outstanding AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/24/2016 | 0.5 | $42.50 | Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/24/2016 | 0.8 | $144.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/24/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/24/2016 | 2.9 | $797.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/24/2016 | 3.4 | $612.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Aitala, Gaetano S. | Director, Banking | $200.00 | 08/25/2016 | 0.5 | $100.00 | Acct research for Seattle |
| Arabov, Anna | Project Manager I | $125.00 | 08/25/2016 | 2.5 | $312.50 | Worked with Chase regarding outstanding AOF. Updated AOF log. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/25/2016 | 0.5 | $42.50 | Update paid items. Update reconciliation. Run check status reports. Update outstanding report. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/25/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/25/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/25/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/25/2016 | 3.1 | $852.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/25/2016 | 3.0 | $540.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/25/2016 | 0.3 | $45.00 | Research and Updating DOJ Referrals |
| Arabov, Anna | Project Manager I | $125.00 | 08/26/2016 | 0.3 | $37.50 | Created and uploaded a void file for reissues to the bank. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/26/2016 | 0.5 | $42.50 | Update paid items. Update reconciliation. Run check status reports. Update outstanding report. Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/26/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/26/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/26/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/26/2016 | 3.5 | $962.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/26/2016 | 2.2 | $396.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; |
| Atienzo, Lisa | Project Supervisor | $100.00 | 08/29/2016 | 0.1 | $10.00 | Update fedex logsheet; |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/29/2016 | 0.1 | $11.00 | Admin support; |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/29/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/29/2016 | 0.7 | $59.50 | IIM Reconciliation. Outstanding Checks report with three part, paid, alternate and null. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/29/2016 | 0.6 | $108.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/29/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/29/2016 | 3.2 | $880.00 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/29/2016 | 3.8 | $684.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; work with Systems team to finalize AAS searches and identified uncashed and undeliverable populations; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/29/2016 | 0.5 | $75.00 | Compliance review |
| Hamilton, Angela | Sr. Project Supervisor | $110.00 | 08/30/2016 | 1.2 | $132.00 | QA checks; |
| Laughlin, Marcus | Data Entry Processor | $55.00 | 08/30/2016 | 0.5 | $27.50 | IIM status update; |
| Arabov, Anna | Project Manager I | $125.00 | 08/30/2016 | 1.7 | $212.50 | Created and uploaded a positive pay file to the bank. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/30/2016 | 0.2 | $17.00 | Confirm positive pay exceptions. Research fraudulent items. |
| Kuveke, Kenneth | Ass't VP Banking | $250.00 | 08/30/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/30/2016 | 0.7 | $59.50 | IIM Reconciliation. Outstanding Checks report with three part, paid, alternate and null. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/30/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | $150.00 | 08/30/2016 | 0.2 | $30.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/30/2016 | 3.1 | $852.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/30/2016 | 4.0 | $720.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; work with Systems team to finalize AAS searches and identified uncashed and undeliverable populations; |
| Cibirka, Matthew | Project Manager II | $150.00 | 08/30/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 08/30/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Arabov, Anna | Project Manager I | $125.00 | 08/31/2016 | 2.3 | $287.50 | Worked with Chase regarding outstanding AOF. |
| Campbell, Valerie | Sr. Project Administrator | $85.00 | 08/31/2016 | 0.2 | $17.00 | Confirm positive pay exception. |
| Viounova, Kristina | Sr. Project Administrator | $85.00 | 08/31/2016 | 0.7 | $59.50 | IIM Reconciliation. Outstanding Checks report with three part, paid, alternate and null. |
| Flanigan, Tim | Ass't Director, Operations | $180.00 | 08/31/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | $275.00 | 08/31/2016 | 3.3 | $907.50 | Oversight of team; distribution efforts; correspondence with counsel; work with SM; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | $180.00 | 08/31/2016 | 3.2 | $576.00 | Team oversight; coordinate and direct tasks of team members; review and handle all project related emails; field questions from staff; work with Systems team to finalize AAS searches and identified uncashed and undeliverable populations; |
| Kumar, Anmol Amlesh | Project Supervisor | $100.00 | 08/31/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | $150.00 | 08/31/2016 | 0.5 | $75.00 | Compliance review |
| | | **Total Project Management :** | | **284.3** | **$52,130.00** # |



# Exhibit C to Invoice 20898
# Systems Management

**Period from 8/1/2016 to 8/31/2016**

| IIM | IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Title** | **Rate** | **Date** | **Hours** | **Amount** | **Notes** |
| **Systems Support** | | | | | | |
| Davidson, Richard | Data Analyst II | $100.00 | 08/01/2016 | 4.2 | $420.00 | LIE code report;Z- Out His and TRU;Populate processing queue;2 matrix reports; |
| Haygood, John David | Director, Systems | $235.00 | 08/01/2016 | 0.8 | $188.00 | Update data for scanning;Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/01/2016 | 2.1 | $315.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/02/2016 | 1.2 | $120.00 | Check reissues; |
| George, Lejo | Data Control Administrator | $110.00 | 08/02/2016 | 0.3 | $33.00 | Updated Application to reflect the changes made to the application using Powerbuilder. |
| Haygood, John David | Director, Systems | $235.00 | 08/02/2016 | 0.8 | $188.00 | Update data for entitlements;Update data for Probate; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 08/02/2016 | 0.5 | $100.00 | Modify Forwarding Address Queue window to read check status definition table. |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/02/2016 | 3.5 | $525.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/03/2016 | 1.5 | $150.00 | Started G status update and DIA & DA2 code application;Tribe 304 report |
| Haygood, John David | Director, Systems | $235.00 | 08/03/2016 | 1.2 | $282.00 | Update data for entitlements;Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/03/2016 | 4.3 | $645.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/04/2016 | 2.0 | $200.00 | Finished G status update and DIA & DA2 code application; |
| Haygood, John David | Director, Systems | $235.00 | 08/04/2016 | 0.8 | $188.00 | Update data for entitlements;Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/04/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/05/2016 | 4.0 | $400.00 | Created 2 reports based on tribe and message code; |
| Haygood, John David | Director, Systems | $235.00 | 08/05/2016 | 2.5 | $587.50 | Review entitlements;Update data for entitlements;Review processing tasks; |
| McLoughlin, Joseph | Sr. Systems Project Manager | $200.00 | 08/05/2016 | 0.3 | $60.00 | Removed image |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/05/2016 | 6.3 | $945.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/08/2016 | 1.4 | $140.00 | Created matrix reportReviewed data load |
| Girard, Melissa | Data Analyst III | $110.00 | 08/08/2016 | 3.2 | $352.00 | Perform data updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/08/2016 | 1.7 | $399.50 | Load Probate documentation; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/08/2016 | 6.0 | $900.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/09/2016 | 0.7 | $70.00 | Finished data load review |
| Girard, Melissa | Data Analyst III | $110.00 | 08/09/2016 | 6.4 | $704.00 | Perform data updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/09/2016 | 1.2 | $282.00 | Update data for probate;Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/09/2016 | 7.0 | $1,050.00 | Distribution activities to trust class members & related reporting; |
| Walker, Michele A. | Sr. Systems Project Manager | $200.00 | 08/09/2016 | 0.5 | $100.00 | Create void file |
| Davidson, Richard | Data Analyst II | $100.00 | 08/10/2016 | 0.7 | $70.00 | Created tribe report |
| Girard, Melissa | Data Analyst III | $110.00 | 08/10/2016 | 5.4 | $594.00 | Perform data updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/10/2016 | 0.8 | $188.00 | Update data for entitlements;Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/10/2016 | 7.2 | $1,080.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | $110.00 | 08/11/2016 | 1.1 | $121.00 | Perform data updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/11/2016 | 0.5 | $117.50 | Review reporting for counsel; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/11/2016 | 6.3 | $945.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | $110.00 | 08/12/2016 | 2.2 | $242.00 | Create mail run; |
| Haygood, John David | Director, Systems | $235.00 | 08/12/2016 | 0.9 | $211.50 | Review data for entitlements;Update data for probate; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/12/2016 | 6.6 | $990.00 | Distribution activities to trust class members & related reporting; |
| Davidson, Richard | Data Analyst II | $100.00 | 08/15/2016 | 1.4 | $140.00 | Remove from entLook at Mail run (R&D not seeing all records 5 of 193) |
| Haygood, John David | Director, Systems | $235.00 | 08/15/2016 | 1.5 | $352.50 | Prepare review for escheatment;Update data for entitlements; |
| Haygood, John David | Director, Systems | $235.00 | 08/16/2016 | 1.2 | $282.00 | Update data for entitlements;Update data for address searches; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/16/2016 | 4.3 | $365.50 | Data reporting and analysis; |
| Nyman, Deborah S. | Sr. Systems Project Manager | $200.00 | 08/16/2016 | 0.8 | $160.00 | Review and discuss handling special check stub with Banking and Seattle Operations. |
| Haygood, John David | Director, Systems | $235.00 | 08/17/2016 | 0.3 | $70.50 | Provide reporting for counsel; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/17/2016 | 1.8 | $153.00 | Data reporting and analysis; |
| McLoughlin, Joseph | Sr. Systems Project Manager | $200.00 | 08/17/2016 | 0.3 | $60.00 | Removed item from queue |
| Haygood, John David | Director, Systems | $235.00 | 08/18/2016 | 0.7 | $164.50 | Provide reporting for counsel; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/18/2016 | 3.7 | $314.50 | Execute data updates; data reporting and analysis; |
| Haygood, John David | Director, Systems | $235.00 | 08/22/2016 | 0.4 | $94.00 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/22/2016 | 1.0 | $85.00 | Data reporting and analysis; data update requests; |
| Girard, Melissa | Data Analyst III | $110.00 | 08/23/2016 | 3.5 | $385.00 | Perform data updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/23/2016 | 0.2 | $47.00 | Review reporting data; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/23/2016 | 0.5 | $42.50 | Data reporting; data updates; |
| Girard, Melissa | Data Analyst III | $110.00 | 08/24/2016 | 1.2 | $132.00 | Perform data updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/24/2016 | 0.4 | $94.00 | Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/24/2016 | 2.1 | $178.50 | Load and review AAS search results; data reporting; |
| Talbert, Jack | Data Analyst II | $100.00 | 08/24/2016 | 0.5 | $50.00 | Review code application (0.50); |
| Girard, Melissa | Data Analyst III | $110.00 | 08/25/2016 | 0.4 | $44.00 | Review batch reissue updates; |
| Haygood, John David | Director, Systems | $235.00 | 08/25/2016 | 0.5 | $117.50 | Review data for address research; |



**Exhibit C to Invoice 20898**
**Systems Management**

**Period from 8/1/2016 to 8/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/25/2016 | 3.5 | $297.50 | Data reporting; data updates; check reissues; |
| Haygood, John David | Director, Systems | $235.00 | 08/26/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/26/2016 | 3.9 | $331.50 | Data reporting; data updates; AAS search meeting; choicepoint search; |
| Talbert, Jack | Data Analyst II | $100.00 | 08/26/2016 | 0.8 | $80.00 | Perform custom NCOA (0.80); |
| Clemente, Michele | Manager, Data Analysis | $150.00 | 08/26/2016 | 0.3 | $45.00 | database updates |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/29/2016 | 0.3 | $25.50 | Review AAS results; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/29/2016 | 4.0 | $600.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | $100.00 | 08/29/2016 | 1.4 | $140.00 | Perform custom NCOA (0.70);Perform custom NCOA (0.70); |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/30/2016 | 3.3 | $280.50 | Data reporting; data updates; AAS search meeting; choicepoint search; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/30/2016 | 4.4 | $660.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | $100.00 | 08/30/2016 | 2.0 | $200.00 | Perform custom AAO (0.50);Perform custom AAO (0.50);Perform custom AAO (0.50);Standup meeting ().50); |
| Haygood, John David | Director, Systems | $235.00 | 08/31/2016 | 0.5 | $117.50 | Update data for scanning; |
| Leiseth, Cassie | Data Analyst I | $85.00 | 08/31/2016 | 7.2 | $612.00 | AAS searches; review entitlements (~6); review data updates; data reporting; AAS meeting; |
| Ostrander, Samuel | Manager, Data Analysis | $150.00 | 08/31/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | $100.00 | 08/31/2016 | 1.2 | $120.00 | Perform AAO research activity (1.20); |
| | **Total Systems Support :** | | | **163.9** | **$22,057.50** | |



# Exhibit D to Invoice 20898
## Outreach

**Period from 8/1/2016 to 8/31/2016**

| | | | | | | |
|---|---|---|---|---|---|---|
| **IIM** | IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | | | |
| **Name** | **Title** | **Rate** | **Date** | **Hours** | **Amount** | **Notes** |
| **Outreach** | | | | | | |
| Bruce, Kyle | Sr. Project Supervisor | $110.00 | 08/04/2016 | 0.8 | $88.00 | Research potential outreach trips to Oklahoma; |
| Sternberg, Amanda | Sr. Project Manager | $150.00 | 08/04/2016 | 1.5 | $225.00 | Outreach research; |
| Gonzalez, Jocelyn | Sr. Project Administrator | $85.00 | 08/09/2016 | 0.7 | $59.50 | Address review; |
| Pripa, Lyubov | Sr. Project Administrator | $85.00 | 08/09/2016 | 2.4 | $204.00 | Address review from outreach; |
| Pripa, Lyubov | Sr. Project Administrator | $85.00 | 08/10/2016 | 2.5 | $212.50 | Address review from outreach; |
| Sternberg, Amanda | Sr. Project Manager | $150.00 | 08/10/2016 | 0.2 | $30.00 | Outreach research; |
| Pripa, Lyubov | Sr. Project Administrator | $85.00 | 08/30/2016 | 0.9 | $76.50 | Tribal outreach address review; |
| | | **Total On-the-Ground Outreach :** | | **9.0** | **$895.50** | |