

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 10/21/2016 | 21006 |
| PERIOD START | THROUGH DATE |
| 9/1/2016 | 9/30/2016 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

**Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 1,268.5 Hrs. | $100.00 Avg. Hourly Rate | $126,850.00 |
| B. Scan Mail | 5,483 | $0.12 each | $657.96 |
| C. Prep Mail | 45.3 Hrs. | $45.00 per hour | $2,038.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,204 | $1.50 per box per month | $1,806.00 |
| Electronic | 3,911,970 | $0.008 per image/record per month | $30,256.96 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 39,285 | $0.26 per minute | $10,214.10 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 1,880.7 Hrs. | $45.00 per hour | $84,631.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 278.3 Hrs. | $131.06 Avg. Hourly Rate | $36,473.50 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 5,707 | $0.65 each | $3,709.55 |
| B. Check Reissues | 8,295 | $0.95 each | $7,880.25 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $2,357.10.



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices;  review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 162.5 Hrs. | $170.14 Avg. Hourly Rate | $27,648.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 154.0 Hrs. | $126.28 Avg. Hourly Rate | $19,446.50 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 3.9 Hrs. | $85.00 Avg. Hourly Rate | $331.50 |
| **Total Fees** | | | **$351,944.32** |
| **Project Expense Total** | | | **$10,773.99** |
| **Sub Total** | | | **$362,718.31** |
| Outstanding Balance Prior Invoice #20515 | | | $482,553.96 |
| Outstanding Balance Prior Invoice #20696 | | | $344,976.01 |
| Outstanding Balance Prior Invoice #20898 | | | $393,421.90 |
| **Grand Total** | | | **$1,583,670.18** |



**INVOICE**

| | |
|---|---|
| **Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar** | |
| Description | |
| **Project Expenses** <br> For the period: September 1, 2016 through September 30, 2016 | |
| Printing, Copy, Fax Charges | $7.00 |
| FedEx, Messenger and Shipping | $711.11 |
| NCOA Charges | $1,979.24 |
| Postage | $6,945.32 |
| Project Supplies & Equipment | $45.10 |
| Translations | $9.90 |
| Travel | $1,076.32 |
| **Total:** | **$10,773.99** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



**Exhibit A to Invoice 21006**
**Management of Call Center**

**Period from 9/1/2016 to 9/30/2016**

| IIM | IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | **Title** | **Department** | **Rate** | **Date** | **Hours** | **Amount** | **Notes** |
| **Management of Call Center** | | | | | | | |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/01/2016 | 6.7 | $1,206.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/01/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/01/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/02/2016 | 5.5 | $550.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/02/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/02/2016 | 0.5 | $50.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/06/2016 | 1.4 | $175.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/06/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/06/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/07/2016 | 1.7 | $212.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/07/2016 | 6.8 | $1,224.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/07/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/07/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/07/2016 | 0.5 | $50.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/08/2016 | 1.2 | $150.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/08/2016 | 6.3 | $1,134.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/08/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/08/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/08/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/09/2016 | 1.5 | $187.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/09/2016 | 7.2 | $1,296.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/09/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/09/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/12/2016 | 1.6 | $200.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/12/2016 | 7.6 | $1,368.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/12/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/12/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/13/2016 | 1.1 | $137.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/13/2016 | 7.2 | $1,296.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/13/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/13/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/13/2016 | 0.2 | $20.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/14/2016 | 1.8 | $225.00 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/14/2016 | 7.4 | $1,332.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/14/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/14/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/14/2016 | 1.0 | $100.00 | Quality call monitoring; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/15/2016 | 7.3 | $1,314.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/15/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/15/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/15/2016 | 1.3 | $130.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/16/2016 | 1.7 | $212.50 | Management of IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/16/2016 | 7.7 | $1,386.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/16/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/16/2016 | 0.7 | $70.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/19/2016 | 0.9 | $112.50 | Management of IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/19/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/19/2016 | 1.1 | $110.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/20/2016 | 1.4 | $175.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/20/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/20/2016 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/20/2016 | 1.9 | $190.00 | Quality call monitoring; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/21/2016 | 1.3 | $162.50 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/21/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/22/2016 | 0.8 | $100.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/22/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/22/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |



# Exhibit A to Invoice 21006
# Management of Call Center

**Period from 9/1/2016 to 9/30/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Kise, Craig | Project Manager I | Class Action - Ohio | $125.00 | 09/23/2016 | 1.1 | $137.50 | Management of IIM call center; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 09/23/2016 | 0.4 | $32.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/23/2016 | 3.9 | $702.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/23/2016 | 8.0 | $800.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/23/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/23/2016 | 1.5 | $150.00 | Quality call monitoring; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/26/2016 | 4.1 | $738.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/26/2016 | 7.9 | $790.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/26/2016 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/26/2016 | 0.5 | $50.00 | Quality call monitoring; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/27/2016 | 4.5 | $810.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/27/2016 | 7.9 | $790.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/27/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/28/2016 | 5.9 | $1,062.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/28/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/28/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 09/28/2016 | 0.3 | $30.00 | Quality call monitoring; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/29/2016 | 6.1 | $1,098.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/29/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/29/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 09/30/2016 | 0.2 | $16.00 | Management of Call Center; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 09/30/2016 | 6.9 | $1,242.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 09/30/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 09/30/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| | | | | **Total Management of Call Center :** | **278.3** | **$36,473.50** | |



# Exhibit B to Invoice 21006
## Project Management

**Period from 9/1/2016 to 9/30/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/01/2016 | 2.9 | $797.50 | Advanced address information; correspondence with SM; Oversight of team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/01/2016 | 3.5 | $630.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; work with Systems Team to evaluate uncashed check and undeliverable check populations; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 09/01/2016 | 0.8 | $88.00 | QA checks; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/01/2016 | 0.2 | $25.00 | Created and uploaded a positive pay file to the bank. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/01/2016 | 0.7 | $175.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| Rung, Christopher | Sr. Director, Banking | Banking | $225.00 | 09/01/2016 | 0.2 | $45.00 | Voided checks |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/01/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/01/2016 | 0.4 | $72.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 09/01/2016 | 0.4 | $90.00 | Project oversight; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 09/01/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/02/2016 | 1.0 | $275.00 | Oversight of team; distribution questions and processing of new information; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/02/2016 | 2.2 | $396.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; work with Systems Team to evaluate uncashed check and undeliverable check populations; |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/02/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/02/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/02/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/02/2016 | 0.2 | $30.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/02/2016 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/06/2016 | 4.0 | $720.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; work with Systems Team to evaluate uncashed check and undeliverable check populations; |
| Atienzo, Lisa | Project Supervisor | Inbound/Outbound | $100.00 | 09/06/2016 | 0.1 | $10.00 | Distribute fedex shipment; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/06/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/06/2016 | 0.4 | $100.00 | Review/discuss with Operations the process for the reversion of funds. Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/06/2016 | 1.0 | $85.00 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. Processed 12 void files in the bank and in the system. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/06/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/06/2016 | 0.2 | $30.00 | Mailroom management; |
| Franko, Andrew | Sr. Project Supervisor | Inbound/Outbound | $110.00 | 09/06/2016 | 0.4 | $44.00 | QA scanned mail; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/06/2016 | 0.4 | $60.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/07/2016 | 2.8 | $504.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; work with Systems Team to evaluate uncashed check and undeliverable check populations; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 09/07/2016 | 0.8 | $88.00 | QA checks; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/07/2016 | 0.6 | $150.00 | Review/discuss with Operations the process for the reversion of funds. Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/07/2016 | 0.3 | $24.00 | Positive pay file upload; Check copy request |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/07/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/07/2016 | 0.4 | $72.00 | Dissemination Management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/08/2016 | 3.1 | $558.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; work with Systems Team to evaluate uncashed check and undeliverable check populations; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/08/2016 | 0.2 | $20.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/08/2016 | 1.3 | $162.50 | Worked with Chase regarding outstanding AOFs. Requested details on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/08/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/08/2016 | 0.1 | $15.00 | update counterfeit check log for fraudulent items |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/08/2016 | 0.5 | $125.00 | Review/discuss with Operations the process for the reversion of funds. Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/08/2016 | 1.2 | $102.00 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. Emailed regarding IIM Fraud. Processed 12 void files in the bank and in the system. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/08/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/08/2016 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/08/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/09/2016 | 3.8 | $684.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; work with Systems Team to evaluate uncashed check and undeliverable check populations; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/09/2016 | 0.7 | $87.50 | Worked with Chase regarding outstanding AOFs. Requested details on pending AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/09/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/09/2016 | 0.3 | $45.00 | update counterfeit check log for fraudulent itemscreate and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/09/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/09/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/09/2016 | 1.0 | $85.00 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. Processed void files at the bank and in the database |
| Dalke, Jackie | Web and Graphics Designer | Graphics | $125.00 | 09/09/2016 | 0.2 | $25.00 | Dissemination management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/12/2016 | 3.4 | $612.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; coordinate with banking regarding uncashed funds to be wired; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/12/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/12/2016 | 1.2 | $150.00 | Worked with pending/outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/12/2016 | 0.6 | $51.00 | Pull check copy for Operations request. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/12/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/12/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/12/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/12/2016 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/12/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/12/2016 | 0.6 | $90.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/13/2016 | 2.5 | $450.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; coordinate with banking regarding uncashed funds to be wired; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 09/13/2016 | 0.5 | $100.00 | Acct maint - voids |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/13/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/13/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/13/2016 | 1.0 | $85.00 | Processed void files at the bank and in the database.Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/13/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/13/2016 | 0.2 | $30.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/13/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/14/2016 | 2.0 | $360.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; coordinate with banking regarding uncashed funds to be wired; |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/14/2016 | 0.3 | $45.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/14/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Payment Process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/14/2016 | 1.0 | $85.00 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/14/2016 | 0.7 | $126.00 | Dissemination Management; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/14/2016 | 0.2 | $30.00 | Compliance review |



# Exhibit B to Invoice 21006
# Project Management

**Period from 9/1/2016 to 9/30/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/15/2016 | 3.5 | $630.00 | Team coordination; review and handle all project related emails accordingly; coordinate and oversee team tasks; coordinate with banking regarding uncashed funds to be wired; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/15/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/15/2016 | 1.8 | $225.00 | Worked with pending/outstanding AOFs. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/15/2016 | 0.6 | $90.00 | correspondence regarding void file and post void file to bank websitesend confirmation that void file was postedcorrespondence regarding void update to database |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/15/2016 | 0.8 | $200.00 | Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/15/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/15/2016 | 1.0 | $85.00 | Reconciliation of the IIM account in the Chase Bank. Pulling Paid items, Alternate and Null checks three separate reports. Analyzing all the outstanding checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/15/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/15/2016 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/15/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/15/2016 | 0.3 | $45.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/16/2016 | 0.4 | $110.00 | Distribution efforts; questions from team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/16/2016 | 3.8 | $684.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/16/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/16/2016 | 2.0 | $250.00 | Processed new AOFs and sent them to Chase. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/16/2016 | 0.1 | $8.50 | Download monthly statements. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/16/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/16/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/16/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/16/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/16/2016 | 0.5 | $90.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/16/2016 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 09/16/2016 | 0.1 | $22.50 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/16/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/16/2016 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/19/2016 | 4.2 | $756.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; coordinate with banking team on transfer of remainder funds; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 09/19/2016 | 0.2 | $22.00 | Review audit report; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/19/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/19/2016 | 1.8 | $225.00 | Worked with Chase regarding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/19/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/19/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/19/2016 | 0.8 | $200.00 | Monitor/oversee the Banking and Distribution process.  Review, approve, and process the request to revert uncashed/unclaimed funds to the Trust. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/19/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/19/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/19/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/19/2016 | 0.1 | $15.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/19/2016 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/20/2016 | 3.6 | $648.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 09/20/2016 | 1.0 | $110.00 | QA audit file; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/20/2016 | 0.5 | $62.50 | Prepared and executed a wire transfer. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/20/2016 | 0.1 | $8.50 | Update Banking summary. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/20/2016 | 0.1 | $15.00 | QA wire transfer |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/20/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/20/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/20/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/20/2016 | 0.3 | $54.00 | Dissemination Management; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/20/2016 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/21/2016 | 4.0 | $720.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 09/21/2016 | 0.1 | $11.00 | Admin support; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/21/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/21/2016 | 1.3 | $162.50 | Worked with Chase regarding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/21/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/21/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/21/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/21/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/21/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/21/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/21/2016 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/21/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/21/2016 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/22/2016 | 3.5 | $630.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 09/22/2016 | 0.5 | $100.00 | Acct maint - voids |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/22/2016 | 1.5 | $187.50 | Worked with AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/22/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/22/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/22/2016 | 1.1 | $93.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. In addition processed 11 void files in the database and at the bank. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/22/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/22/2016 | 0.1 | $15.00 | Mailroom management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/23/2016 | 3.6 | $648.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/23/2016 | 1.7 | $212.50 | Worked with AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/23/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/23/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/23/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/26/2016 | 2.5 | $687.50 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/26/2016 | 4.0 | $720.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |



**Exhibit B to Invoice 21006**
**Project Management**

Period from 9/1/2016 to 9/30/2016

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/26/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 09/26/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/26/2016 | 0.1 | $15.00 | QA Banking Summary |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/26/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/26/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/26/2016 | 0.2 | $30.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/26/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/26/2016 | 0.8 | $120.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/27/2016 | 2.1 | $577.50 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/27/2016 | 4.2 | $756.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/27/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/27/2016 | 1.0 | $85.00 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/27/2016 | 0.3 | $54.00 | Dissemination Management; |
| Muthya, Hemalatha | Web and Graphics Designer | Graphics | $125.00 | 09/27/2016 | 0.5 | $62.50 | Mail Merge; PDF updates; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/27/2016 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/27/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 09/27/2016 | 0.4 | $60.00 | Compliance review |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/28/2016 | 2.3 | $632.50 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/28/2016 | 4.0 | $720.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 09/28/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/28/2016 | 2.5 | $312.50 | Worked with Chase on denied and pending/outstanding AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/28/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/28/2016 | 0.4 | $32.00 | Positive pay file upload; Sort and file reissue documents |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/28/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/28/2016 | 0.8 | $144.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/28/2016 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 09/28/2016 | 0.2 | $45.00 | Project oversight; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 09/28/2016 | 0.6 | $90.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/28/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/29/2016 | 2.4 | $660.00 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/29/2016 | 3.9 | $702.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/29/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 09/29/2016 | 0.4 | $32.00 | Positive pay file upload; Check copy request (2) |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/29/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 09/29/2016 | 0.5 | $90.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 09/30/2016 | 3.1 | $852.50 | Distribution efforts; FTI requests; review closure steps |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 09/30/2016 | 3.1 | $558.00 | Team oversight; review and handle all project related emails accordingly; direct staff on task completion; monitor team production; field questions from staff; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 09/30/2016 | 1.7 | $212.50 | Worked with Chase on pending/outstanding AOFs. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 09/30/2016 | 0.4 | $60.00 | create and post void file to bank website for reissuescreate and post positive pay file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 09/30/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 09/30/2016 | 0.7 | $59.50 | Reconciliation of the IIM account in the Chase Bank. Pulling of the Paid Items, Undeliverable and Alternate check statuses reports. Analyzing for the Outstanding Checks report. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 09/30/2016 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 09/30/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| | | | **Total Project Management :** | | **162.5** | **$27,648.00** | |



# Exhibit C to Invoice 21006
# Systems Support

**Period from 9/1/2016 to 9/30/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/01/2016 | 0.7 | $164.50 | Update data for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/01/2016 | 1.6 | $136.00 | Data reporting; data reporting meeting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/01/2016 | 5.0 | $750.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Repo | $100.00 | 09/01/2016 | 1.2 | $120.00 | Create custom DOB AOO (0.60);Create custom spreadsheet (0.60); |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/02/2016 | 2.6 | $221.00 | Data reporting; data updates; encryption; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/02/2016 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/06/2016 | 5.6 | $476.00 | Meeting re: reporting and check reissues; review entitlements; data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/06/2016 | 4.3 | $645.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Repo | $100.00 | 09/06/2016 | 2.0 | $200.00 | Create custom DOB file (2.00); |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/07/2016 | 3.6 | $306.00 | Data updates; review address search result; check moves; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/07/2016 | 5.2 | $780.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Repo | $100.00 | 09/07/2016 | 1.0 | $100.00 | Update address records (0.50);Create custom spreadsheet (0.50); |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/08/2016 | 2.6 | $221.00 | Data updates; check moves; mail run; reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/08/2016 | 5.7 | $855.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Repo | $100.00 | 09/08/2016 | 0.2 | $20.00 | Review table update (0.20); |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/09/2016 | 5.4 | $459.00 | Review entitlements; create and review mailing; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/09/2016 | 6.6 | $990.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/12/2016 | 1.8 | $153.00 | Review entitlements; create and review check reissues; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/12/2016 | 5.0 | $750.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/13/2016 | 2.4 | $204.00 | Review entitlements; create and review check reissues; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/13/2016 | 5.2 | $780.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/14/2016 | 7.4 | $629.00 | Review entitlements; create and review check reissues; data reporting requests; create and review check moves; review PRT corrections; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 09/14/2016 | 1.0 | $200.00 | Create void file for stale checks. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/14/2016 | 4.6 | $690.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/15/2016 | 1.4 | $119.00 | Review entitlements; create and review check reissues; data reporting requests; review PRT corrections; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 09/15/2016 | 0.5 | $100.00 | Mark stale checks as void. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/15/2016 | 4.1 | $615.00 | Distribution activities to trust class members & related reporting; |
| Giltner, William | Data Analyst II | Production Support - Data & Repo | $100.00 | 09/16/2016 | 0.4 | $40.00 | data updates; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/16/2016 | 2.9 | $246.50 | Entitlement review; data update requests; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/16/2016 | 3.5 | $525.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/19/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/19/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/20/2016 | 1.2 | $282.00 | Update data for entitlements;Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/20/2016 | 1.3 | $110.50 | Check reissues; data reporting requests; review entitlements; review data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/20/2016 | 4.1 | $615.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/21/2016 | 0.3 | $70.50 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/21/2016 | 5.9 | $501.50 | Check reissues; data reporting requests; review entitlements; review data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/21/2016 | 4.3 | $645.00 | Distribution activities to trust class members & related reporting;1 |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/22/2016 | 5.1 | $433.50 | Review IIM entitlements; review data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/22/2016 | 4.6 | $690.00 | Distribution activities to trust class members & related reporting;1 |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/23/2016 | 2.9 | $435.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/26/2016 | 2.3 | $195.50 | Review entitlement; review mailing; check reissues; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/26/2016 | 2.2 | $330.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/27/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/27/2016 | 3.5 | $297.50 | Review entitlement; review mailing; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/27/2016 | 0.9 | $135.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/28/2016 | 0.5 | $117.50 | Update data for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/28/2016 | 4.7 | $399.50 | Review entitlement; review mailing; data reporting requests; classlite correction; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/28/2016 | 2.5 | $375.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/29/2016 | 0.8 | $188.00 | Update data for processing; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/29/2016 | 1.3 | $195.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 09/30/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 09/30/2016 | 0.5 | $42.50 | Classlite corrections; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 09/30/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| | | | | **Total Systems Support :** | **154.0** | **$19,446.50** | |



**Exhibit D to Invoice 21006**
**Outreach**

**Period from 9/1/2016 to 9/30/2016**

**IIM** IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **On-the-Ground Outreach 4247 319064 Billable** | | | | | | | |
| Pripa, Lyubov | Sr. Project Administrator | Inbound/Outbound | $85.00 | 09/02/2016 | 3.90 | $331.50 | SWA tribal duplicate review; |
| **Total On-the-Ground Outreach :** | | | | | **3.90** | **$331.50** | |