

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/28/2016 | 21211 |
| PERIOD START | THROUGH DATE |
| 10/1/2016 | 10/31/2016 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

**Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 1,114.7 Hrs. | $100.00 Avg. Hourly Rate | $111,470.00 |
| B. Scan Mail | 6,085 | $0.12 each | $730.20 |
| C. Prep Mail | 44.3 Hrs. | $45.00 per hour | $1,993.50 |
| D. Document Storage | | | |
|     Paper (includes all retrievals) | 1,206 | $1.50 per box per month | $1,809.00 |
|     Electronic | 3,918,055 | $0.008 per image/record per month | $31,312.46 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 33,260 | $0.26 per minute | $8,647.60 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 1,483.2 Hrs. | $45.00 per hour | $66,744.00 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 166.0 Hrs. | $106.30 Avg. Hourly Rate | $17,646.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 6,065 | $0.65 each | $3,942.25 |
| B. Check Reissues | 525 | $0.95 each | $498.75 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $1,995.60.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices;  review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 184.1 Hrs. | $186.89 Avg. Hourly Rate | $34,406.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the  Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 185.8 Hrs. | $130.75 Avg. Hourly Rate | $24,293.00 |
| **Total Fees** | | | **$303,493.26** |
| **Project Expense Total** | | | **$4,871.84** |
| **Sub Total** | | | **$308,365.10** |
| Outstanding Balance Prior Invoice #20515 | | | $482,553.96 |
| Outstanding Balance Prior Invoice #20696 | | | $344,976.01 |
| Outstanding Balance Prior Invoice #20898 | | | $393,421.90 |
| Outstanding Balance Prior Invoice #21006 | | | $362,718.31 |
| **Grand Total** | | ` | **$1,892,035.28** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| **Description** | |
| **Project Expenses** <br> For the period: October 1, 2016 through October 31, 2016 | |
| Printing, Copy, Fax Charges | $1.80 |
| FedEx, Messenger and Shipping | $169.53 |
| NCOA Address Search | $456.15 |
| Postage | $3,516.07 |
| Project Supplies & Equipment | $39.56 |
| Translations | $21.76 |
| Travel | $666.97 |
| **Total:** | **$4,871.84** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



# Exhibit A to Invoice 21211
# Management of Call Center

**Period from 10/1/2016 to 10/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/03/2016 | 7.7 | $770.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/03/2016 | 1.8 | $360.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/04/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/04/2016 | 0.6 | $120.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/05/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/05/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/05/2016 | 0.8 | $80.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/06/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/06/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/07/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/07/2016 | 2.8 | $280.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/10/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/10/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Clouse, Richard | Telecommunications Administrator | Telecommunications | $80.00 | 10/11/2016 | 1.2 | $96.00 | Reset voice mail password, forward phones and removed voice mail boxes, and tested, for 3 IIM phone extensions. |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/11/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/11/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/12/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/12/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/12/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/13/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/13/2016 | 0.3 | $60.00 | Management assistance to customer service team; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/13/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Persad, Saanjeet | Ass't Director, Call Center | Call Center | $180.00 | 10/14/2016 | 4.5 | $810.00 | Management of IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/14/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/14/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/17/2016 | 8.7 | $870.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/17/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/18/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/18/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/19/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/19/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/19/2016 | 1.0 | $100.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/20/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/21/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/24/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/25/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/25/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |



# Exhibit A to Invoice 21211
# Management of Call Center

**Period from 10/1/2016 to 10/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/25/2016 | 1.0 | $100.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/26/2016 | 5.9 | $590.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/26/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/26/2016 | 2.9 | $290.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/27/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/27/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/27/2016 | 1.0 | $100.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/28/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 10/28/2016 | 1.1 | $110.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 10/31/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 10/31/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| | | | | **Total Management of Call Center :** | **166.0** | **$17,646.00** | |



# Exhibit B to Invoice 21211
# Project Management

**Period from 10/1/2016 to 10/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/03/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 10/03/2016 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/03/2016 | 2.0 | $250.00 | Worked with Chase regarding pending/outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/03/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 10/03/2016 | 0.9 | $135.00 | speak to claimant regarding reissue check and send information to project manager |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/03/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/03/2016 | 0.8 | $68.00 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. Fraud Check Investigation |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/03/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/03/2016 | 0.2 | $30.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/03/2016 | 2.1 | $577.50 | Meet with IIM team in Ohio re next steps and closures |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/03/2016 | 3.2 | $576.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 10/03/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/03/2016 | 0.3 | $45.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/04/2016 | 0.2 | $20.00 | PACER Docket Monitoring; |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 10/04/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/04/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 10/04/2016 | 5.5 | $440.00 | Positive pay file upload; Check image requests |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/04/2016 | 1.7 | $144.50 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. Manually uploaded 12 Void files into the Bank and the database. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/04/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/04/2016 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/04/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/04/2016 | 0.3 | $82.50 | Correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/04/2016 | 3.4 | $612.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/05/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/05/2016 | 0.8 | $68.00 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/05/2016 | 0.8 | $144.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/05/2016 | 2.3 | $632.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/05/2016 | 4.2 | $756.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/06/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/06/2016 | 2.5 | $312.50 | Worked with Chase regarding pending/outstanding AOFs. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/06/2016 | 0.2 | $17.00 | Confirm positive pay exception. Update Banking summary. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/06/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/06/2016 | 0.8 | $68.00 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. Fraud Check Investigation. Got in touch with Chase to research. |
| Dalke, Jackie | Web and Graphics Designer | Graphics | $125.00 | 10/06/2016 | 0.2 | $25.00 | Dissemination management; |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/06/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/06/2016 | 2.1 | $577.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/06/2016 | 4.0 | $720.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/07/2016 | 1.5 | $187.50 | Worked with credits and denials. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/07/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 10/07/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/07/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/07/2016 | 0.8 | $68.00 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. Fraud Check investigation with Val C. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/07/2016 | 0.8 | $144.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/07/2016 | 0.3 | $67.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/07/2016 | 1.9 | $522.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/07/2016 | 3.4 | $612.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/07/2016 | 0.2 | $30.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/10/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |



**Exhibit B to Invoice 21211**
**Project Management**

**Period from 10/1/2016 to 10/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/10/2016 | 2.5 | $312.50 | Worked with credits and denials. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/10/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Distribution process. Monitor/review the creation of the account reconciliation report produced for Operations. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/10/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/10/2016 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/10/2016 | 2.9 | $797.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI; preparation for meeting with counsel; reporting. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/10/2016 | 3.6 | $648.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/10/2016 | 0.3 | $45.00 | Compliance review |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/11/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/11/2016 | 0.7 | $59.50 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/11/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/11/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/11/2016 | 2.3 | $632.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI; preparation for meeting with counsel; reporting. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/11/2016 | 3.8 | $684.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 10/11/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/12/2016 | 0.2 | $20.00 | PACER Docket Monitoring; |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 10/12/2016 | 0.4 | $60.00 | review check inquiry and correspond with bank |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/12/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/12/2016 | 0.8 | $68.00 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. Fraud Check investigation checked in with Karen and confirmed with the Bank to get a refund for the fraud. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/12/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/12/2016 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/12/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/12/2016 | 3.5 | $962.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI; preparation for meeting with counsel; reporting. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/12/2016 | 3.6 | $648.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 10/13/2016 | 0.5 | $100.00 | Acct maint |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/13/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/13/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/13/2016 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Operations | Marketing & Development | $275.00 | 10/13/2016 | 3.9 | $1,072.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI; preparation for meeting with counsel; reporting. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/13/2016 | 4.0 | $720.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; confer with L. Castaneda and K. Waldher regarding next steps per call with Counsel; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/13/2016 | 0.3 | $45.00 | Compliance review |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/14/2016 | 0.6 | $51.00 | Confirm positive pay exceptions. Create and post void file. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/14/2016 | 0.8 | $200.00 | Review/discuss with Operations a template to be used for the return of voided funds to the investment trust. Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/14/2016 | 1.5 | $127.50 | IIM Reconciliation. Pulling three separate reports to perform Outstanding Checks report for the day. Researched on five Fraud Checks. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/14/2016 | 0.3 | $54.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/14/2016 | 0.3 | $67.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/14/2016 | 2.1 | $577.50 | Project oversight; preparation for meeting with team; work with FTI; correspondence with DOI; preparation for meeting with counsel; reporting. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/14/2016 | 3.8 | $684.00 | Review and handle all project related emails; coordinate all team activities; direct staff on project tasks; handle questions from staff; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 10/14/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/17/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 10/17/2016 | 0.5 | $100.00 | Acct maint |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/17/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/17/2016 | 0.2 | $50.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 10/17/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/17/2016 | 0.8 | $68.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/17/2016 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/17/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/17/2016 | 1.2 | $330.00 | Emails with FTI; General project supervision; meeting with team on number; |



# Exhibit B to Invoice 21211
# Project Management

**Period from 10/1/2016 to 10/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/17/2016 | 3.2 | $576.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/17/2016 | 0.3 | $45.00 | Compliance review |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/18/2016 | 0.1 | $8.50 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/18/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 10/18/2016 | 1.2 | $96.00 | Positive pay file upload; Check copy request (12 cks) |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/18/2016 | 0.8 | $68.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. Processed IIM Fraud Items with the fraud team. |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/18/2016 | 0.2 | $45.00 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/18/2016 | 2.9 | $797.50 | Emails with FTI; General project supervision; meeting with team on number; declaration; correspondence with DOI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/18/2016 | 3.4 | $612.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 10/18/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 10/19/2016 | 0.4 | $44.00 | Admin support task; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/19/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 10/19/2016 | 0.5 | $100.00 | Acct maint - Voids |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/19/2016 | 0.2 | $17.00 | Confirm positive pay exceptions. Post void file. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/19/2016 | 0.2 | $50.00 | Oversee the Banking and Distribution Process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/19/2016 | 0.8 | $68.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/19/2016 | 0.5 | $90.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/19/2016 | 2.1 | $577.50 | Emails with FTI; General project supervision; meeting with team on number; declaration; correspondence with DOI; work on distribution with team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/19/2016 | 3.4 | $612.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/20/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/20/2016 | 0.7 | $175.00 | Oversee the Banking and Distribution Process. Review, approve, and process the return of additional funds to the investment trust as requested by the client. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/20/2016 | 1.0 | $85.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. Processed 5 fraud items on IIM account.Updated Chase Account Statements for the month of September |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/20/2016 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/20/2016 | 2.0 | $550.00 | Emails with FTI; General project supervision; meeting with team on distribution |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/20/2016 | 3.2 | $576.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/20/2016 | 0.2 | $30.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/21/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/21/2016 | 0.5 | $62.50 | Prepared and executed a wire transfer. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/21/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 10/21/2016 | 0.1 | $15.00 | QA and release wires |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/21/2016 | 0.3 | $75.00 | Oversee the Banking and Distribution Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 10/21/2016 | 0.3 | $24.00 | Positive pay file upload; Sort reissue document |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/21/2016 | 1.0 | $85.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. Processed IIM Reissue (took over from Karen D. ) file in the bank and in the database. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/21/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/21/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/21/2016 | 2.9 | $797.50 | Emails with FTI; General project supervision; meeting with team on number; correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/21/2016 | 3.6 | $648.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/21/2016 | 0.4 | $60.00 | Compliance review |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/24/2016 | 1.0 | $125.00 | Prepared and executed a wire transfer. Worked with the bank regarding AOF credits. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/24/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |



# Exhibit B to Invoice 21211
# Project Management

**Period from 10/1/2016 to 10/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/24/2016 | 0.6 | $150.00 | Review, discuss, approve, and process the return of funds to the Office of the Special Trustee. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 10/24/2016 | 0.1 | $8.00 | File reissue document |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/24/2016 | 0.8 | $68.00 | Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/24/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/24/2016 | 2.1 | $577.50 | Emails with FTI; General project supervision; meeting with team on number; declaration; correspondence with DOI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/24/2016 | 3.0 | $540.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/24/2016 | 0.3 | $45.00 | Compliance review |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 10/25/2016 | 0.2 | $22.00 | Administrative support; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/25/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/25/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 10/25/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/25/2016 | 0.8 | $68.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/25/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 10/25/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/25/2016 | 1.5 | $412.50 | Emails with FTI; General project supervision; meeting with team on number; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/25/2016 | 3.4 | $612.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 10/25/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/26/2016 | 0.2 | $25.00 | Created and uploaded a positive pay file to the bank. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/26/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/26/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/26/2016 | 0.8 | $68.00 | Unpaid certain exceptions that were marked as paid. Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/26/2016 | 0.3 | $54.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 10/26/2016 | 0.4 | $90.00 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/26/2016 | 2.2 | $605.00 | Emails with FTI; General project supervision; meeting with team on number; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/26/2016 | 3.4 | $612.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/26/2016 | 0.2 | $30.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/27/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/27/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 10/27/2016 | 0.2 | $30.00 | create and post Issue file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 10/27/2016 | 0.6 | $150.00 | Monitor/oversee the Banking and Distribution process. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/27/2016 | 1.3 | $110.50 | Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. Voided in the bank and in the database 14 checks as per Rita's request . |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/27/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/27/2016 | 1.9 | $522.50 | Emails with FTI; General project supervision; meeting with team on number; declaration; correspondence with DOI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/27/2016 | 3.9 | $702.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; work with Systems and team to confirm previously reported stats for Counsel; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 10/28/2016 | 0.2 | $25.00 | Created and uploaded a positive pay file to the bank. |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/28/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/28/2016 | 1.3 | $110.50 | Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. Processed IIM Reissues(took over from Karen D.) file in the bank and in the database. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 10/28/2016 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/28/2016 | 2.1 | $577.50 | Emails with FTI; General project supervision; meeting with team on number; declaration; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/28/2016 | 2.8 | $504.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 10/28/2016 | 0.2 | $30.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 10/31/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |



# Exhibit B to Invoice 21211
# Project Management

**Period from 10/1/2016 to 10/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 10/31/2016 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Sr. Project Administrator | Banking | $85.00 | 10/31/2016 | 0.1 | $8.50 | Confirm positive pay exceptions. |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 10/31/2016 | 0.8 | $68.00 | Reconciled IIM Bank account. Pulled three reports to perform an outstanding checks report. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 10/31/2016 | 1.3 | $357.50 | Project oversight; meeting with team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 10/31/2016 | 2.4 | $432.00 | Coordinate and oversee all team tasks; review and monitor team production; coordinate with Systems team to complete reporting; review and handle all project emails accordingly; field questions from staff; |
| | | | **Total Project Management :** | | **184.1** | **$34,406.50** | |



# Exhibit C to Invoice 21211
# Systems Support

**Period from 10/1/2016 to 10/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/03/2016 | 0.9 | $211.50 | Update data for entitlements;Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/03/2016 | 2.1 | $178.50 | Review entitlements; data updates; reporting requests; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/03/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/04/2016 | 0.6 | $51.00 | Reporting request meeting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/04/2016 | 3.6 | $540.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/05/2016 | 0.3 | $70.50 | Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/05/2016 | 4.6 | $391.00 | Review entitlements; data updates; reporting requests; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/05/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/06/2016 | 2.7 | $229.50 | Create mail run; data reporting request; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/06/2016 | 5.7 | $855.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/07/2016 | 0.7 | $164.50 | Update data for probate processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/07/2016 | 1.0 | $85.00 | Data reporting request; data update request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/07/2016 | 6.3 | $945.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/10/2016 | 0.5 | $117.50 | Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/10/2016 | 4.5 | $382.50 | Review entitlements; data reporting requests; data update requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/10/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/11/2016 | 4.0 | $340.00 | Data reporting requests; data update requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/11/2016 | 2.0 | $300.00 | Distribution activities to trust class members & related reporting; |
| Hansen, Christopher | Sr. Systems Project Manager | Production Support - Data & Reporting | $200.00 | 10/12/2016 | 1.2 | $240.00 | Report Analysis and Coordination; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/12/2016 | 0.4 | $94.00 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/12/2016 | 3.0 | $255.00 | Review entitlements; data reporting requests; data update requests; |
| Mariconda, Philip | Data Analyst II | Production Support - Data & Reporting | $100.00 | 10/12/2016 | 0.5 | $50.00 | Preparations for new report; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/12/2016 | 4.3 | $645.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/13/2016 | 0.6 | $141.00 | Update data for processing; |
| Mariconda, Philip | Data Analyst II | Production Support - Data & Reporting | $100.00 | 10/13/2016 | 2.5 | $250.00 | Design, deploy, and schedule new report; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/13/2016 | 6.5 | $975.00 | Distribution activities to trust class members & related reporting; |
| Hansen, Christopher | Sr. Systems Project Manager | Production Support - Data & Reporting | $200.00 | 10/14/2016 | 0.1 | $20.00 | Report Analysis and Coordination; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 10/14/2016 | 1.0 | $200.00 | Restore batch reissue records. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/14/2016 | 7.3 | $1,095.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/17/2016 | 1.0 | $235.00 | Update data for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/17/2016 | 7.0 | $595.00 | Review entitlements; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/17/2016 | 4.0 | $600.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/18/2016 | 1.3 | $305.50 | Update data for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/18/2016 | 2.4 | $204.00 | Data reporting requests; trouble shooting IIMinfo; data discrepancy research and reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/19/2016 | 0.8 | $188.00 | Review data questions from FTI; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/19/2016 | 3.7 | $314.50 | Data reporting requests; trouble shooting IIMinfo; data discrepancy research and reporting; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 10/19/2016 | 0.7 | $140.00 | Create void file. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/19/2016 | 4.1 | $615.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/20/2016 | 0.9 | $211.50 | Review data from FTI; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/20/2016 | 5.5 | $467.50 | Data updates; planning meeting; review entitlements; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/20/2016 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/21/2016 | 0.7 | $164.50 | Update data for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/21/2016 | 3.3 | $280.50 | Review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/21/2016 | 4.7 | $705.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 10/24/2016 | 2.0 | $220.00 | Perform data updates; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/24/2016 | 1.8 | $153.00 | Review entitlements; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/24/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |



# Exhibit C to Invoice 21211
# Systems Support

**Period from 10/1/2016 to 10/31/2016**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/25/2016 | 1.2 | $282.00 | Update data for entitlements;Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/25/2016 | 4.5 | $382.50 | Review entitlement; data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/25/2016 | 6.6 | $990.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 10/26/2016 | 1.0 | $110.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/26/2016 | 0.7 | $164.50 | Update data for entitlements;Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/26/2016 | 6.8 | $578.00 | Data reporting requests; review entitlements; check FTP site; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/26/2016 | 7.0 | $1,050.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/27/2016 | 3.5 | $297.50 | Review IIM entitlements; data reporting requests; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/27/2016 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/28/2016 | 1.2 | $282.00 | Update data for entitlements;Provide support for reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/28/2016 | 2.9 | $246.50 | Message code update; review entitlements; pull data report; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/28/2016 | 4.3 | $645.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 10/31/2016 | 1.2 | $282.00 | Review data for reporting;Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 10/31/2016 | 5.5 | $467.50 | Review entitlements; review data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 10/31/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |
| | | | | **Total Systems Support :** | **185.8** | **$24,293.00** | |