

# INVOICE

**Invoice Date** 12/30/16  
**Invoice Number** 0003929384-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

Reference #: 1410006162 SLH  
Billing Specialist: Erwin Gonzalez  
Email: egonzalez@jamsadr.com  
Telephone: (949) 224-4642  
Employer ID: 68-0542699

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**  
Representing: **N\A**  
Hearing Type: **Court Reference**  
Neutral(s): **Hon. Richard Levie (Ret.)**

Rep# 1

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/22/16 | Hon. Richard Levie (Ret.) Draft Order | 0.20 | 600.00 | 120.00 | 1 | 120.00 |
| 12/30/16 | Case Management Fee | | | | | 12.00 |
| | | | | Fees | | 132.00 |
| 12/22/16 | Hon. Richard Levie (Ret.) Research Assistant - Professional services rendered by Christina Calce for November 30th & December 22nd. Total Time: 1.10 Hours | | | 385.00 | 1 | 385.00 |
| | | | | Expenses/Retainers | | 385.00 |
| | | | | Total | $ | 517.00 |
| | | | | Outstanding Balance as of 01/03/17 | $ | 517.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:  
**P.O. Box 845402**  
**Los Angeles, CA 90084**

Overnight mail:  
**18881 Von Karman Ave. Suite 350**  
**Irvine, CA 92612**