

# INVOICE

**Invoice Date**  
01/31/17

**Invoice Number**  
0003952416-410

To: **David C. Smith, Esq.**
**Kilpatrick Townsend & Stockton LLP**
**607 14th Street, NW**
**Suite 900**
**Washington, DC 20005**

| | |
|---|---|
| Reference #: | 1410006162  SLH |
| Billing Specialist: | Erwin Gonzalez |
| Email: | egonzalez@jamsadr.com |
| Telephone: | (949) 224-4642 |
| Employer ID: | 68-0542699 |

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**
Representing: **N\A**   Neutral(s): **Hon. Richard Levie (Ret.)**
Hearing Type: **Court Reference**   **Rep# 1**

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 01/11/17 | Hon. Richard Levie (Ret.) Research Assistant - Professional services rendered by Christina Calce for January 5, 9 & 11. Total Time: 3.10 Hours | 1,085.00 | 1 | 1,085.00 |
| | Expenses/Retainers | | | 1,085.00 |
| | Total | | $ | 1,085.00 |
| | Outstanding Balance as of 02/01/17 | | $ | 1,602.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**