

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 1/3/2017 | 21397 |
| PERIOD START | THROUGH DATE |
| 11/1/2016 | 11/30/2016 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 1,163.2 Hrs. | $99.97 Avg. Hourly Rate | $116,288.50 |
| B. Scan Mail | 5,345 | $0.12 each | $641.40 |
| C. Prep Mail | 44.5 Hrs. | $45.00 per hour | $2,002.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,208 | $1.50 per box per month | $1,812.00 |
| Electronic | 3,923,400 | $0.008 per image/record per month | $30,349.01 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 23,848 | $0.26 per minute | $6,200.48 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 1,227.5 Hrs. | $45.00 per hour | $55,237.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 143.7 Hrs. | $103.12 Avg. Hourly Rate | $14,818.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 4,534 | $0.65 each | $2,947.10 |
| B. Check Reissues | 1,180 | $0.95 each | $1,121.00 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $1,430.88.



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 121.3 Hrs. | $193.66 Avg. Hourly Rate | $23,491.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 130.0 Hrs. | $137.15 Avg. Hourly Rate | $17,829.50 |
| **Total Fees** | | | **$273,520.49** |
| **Project Expense Total** | | | **$3,385.38** |
| **Grand Total** | | ` | **$276,905.87** |



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---:|
| **Description** | |
| **Project Expenses** | |
| For the period: November 1, 2016 through November 30, 2016 | |
| Printing, Copy, Fax Charges | $10.70 |
| FedEx, Messenger and Shipping | $46.39 |
| Postage | $2,920.54 |
| Project Supplies & Equipment | $17.39 |
| Translations | $4.95 |
| Travel | $385.41 |
| **Total:** | **$3,385.38** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC<br>1531 Utah Ave South, Ste 600<br>Seattle, WA 98134<br><br>Terms: Net 30 days | – Or – | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



**Exhibit A to Invoice 21397**
**Management of Call Center**

**Period from 11/1/2016 to 11/30/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/01/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/01/2016 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/02/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/02/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/02/2016 | 2.0 | $200.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/03/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/03/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/03/2016 | 1.5 | $150.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/04/2016 | 5.5 | $550.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/07/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/07/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/08/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/08/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 11/09/2016 | 0.3 | $24.00 | Management of Call Center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/09/2016 | 6.6 | $660.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/09/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 11/10/2016 | 0.3 | $24.00 | Management of Call Center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/10/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/10/2016 | 2.0 | $200.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/11/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/11/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/14/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/14/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/14/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/15/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/15/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/15/2016 | 0.2 | $20.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/16/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/16/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/16/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/17/2016 | 6.5 | $650.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/17/2016 | 0.2 | $20.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/18/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/18/2016 | 1.0 | $100.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/21/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/22/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/22/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/23/2016 | 5.5 | $550.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/28/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/29/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/29/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/29/2016 | 1.5 | $150.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 11/30/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 11/30/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 11/30/2016 | 0.8 | $80.00 | Quality call monitoring; |
| | | | **Total Management of Call Center :** | | **143.7** | **$14,818.00** | |



# Exhibit B to Invoice 21397
# Project Management

**Period from 11/1/2016 to 11/30/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/01/2016 | 0.6 | $60.00 | Confirm positive pay exceptions. Reconcile account. Run check reports. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/01/2016 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/01/2016 | 0.2 | $16.00 | Positive pay file upload |
| Viounova, Kristina | Sr. Project Administrator | Banking | $85.00 | 11/01/2016 | 0.8 | $68.00 | Chase Reconciliation on the IIM Account. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/01/2016 | 1.4 | $385.00 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/01/2016 | 3.5 | $630.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/01/2016 | 0.4 | $60.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/02/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/02/2016 | 0.6 | $60.00 | Confirm positive pay exception. Reconcile account. Run check reports. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/02/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/02/2016 | 0.4 | $72.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 11/02/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/02/2016 | 2.9 | $797.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team; call with counsel on declaration |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/02/2016 | 3.6 | $648.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/03/2016 | 0.5 | $50.00 | Confirm positive pay exception. Reconcile account. Run check reports. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/03/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/03/2016 | 0.2 | $16.00 | Positive pay file upload |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/03/2016 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/03/2016 | 2.1 | $577.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/03/2016 | 3.2 | $576.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/03/2016 | 0.2 | $30.00 | Compliance review |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/04/2016 | 0.6 | $60.00 | Confirm positive pay exception. Reconcile account. Run check reports. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/04/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/04/2016 | 0.4 | $100.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/04/2016 | 0.2 | $16.00 | Positive pay file upload |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/04/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/04/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/04/2016 | 2.9 | $797.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/04/2016 | 2.6 | $468.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/04/2016 | 0.3 | $45.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/07/2016 | 0.2 | $20.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/07/2016 | 0.5 | $50.00 | Confirm positive pay exceptions. Reconcile account. Run check reports. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/07/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/07/2016 | 0.3 | $24.00 | Check copy request |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/07/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/07/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/07/2016 | 1.8 | $495.00 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/07/2016 | 3.6 | $648.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/08/2016 | 0.5 | $50.00 | Reconcile account. Run check reports. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/08/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/08/2016 | 0.3 | $24.00 | Check copy request |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/08/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/08/2016 | 2.1 | $577.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/08/2016 | 3.8 | $684.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/09/2016 | 0.6 | $60.00 | Confirm positive pay exceptions. Reconcile account. Run check reports. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/09/2016 | 0.4 | $60.00 | update counterfeit check log for fraudulent items |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/09/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/09/2016 | 0.2 | $16.00 | Positive pay file upload |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/09/2016 | 0.9 | $162.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 11/09/2016 | 0.4 | $90.00 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/09/2016 | 1.8 | $495.00 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/09/2016 | 3.8 | $684.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 11/09/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/10/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 11/10/2016 | 0.5 | $100.00 | Acct maint |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/10/2016 | 2.2 | $275.00 | Worked on the AOF log. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/10/2016 | 0.5 | $50.00 | Reconcile account. Run check reports. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/10/2016 | 0.2 | $30.00 | post void file to bank website |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/10/2016 | 0.6 | $150.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/10/2016 | 0.5 | $90.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/10/2016 | 2.3 | $632.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/10/2016 | 2.2 | $396.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |

| Name | Title | Department | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/10/2016 | 0.2 | $30.00 | Compliance review |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/11/2016 | 1.8 | $225.00 | Worked with Chase on AOF log regarding credits and denials. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/11/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/11/2016 | 2.1 | $577.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/11/2016 | 1.5 | $270.00 | Oversight of team; coordinate and manage all team tasks; review production reports; field questions from team members; review and handle all project related email accordingly; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/14/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/14/2016 | 0.4 | $60.00 | decision positive pay items send fraud items to fraud department |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/14/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/14/2016 | 0.2 | $36.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/14/2016 | 0.2 | $30.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 11/14/2016 | 0.3 | $67.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/14/2016 | 1.9 | $522.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/14/2016 | 0.5 | $75.00 | Compliance review |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/15/2016 | 0.6 | $60.00 | Confirm positive pay exceptions. Research fraudulent items. Reconcile account. Run check reports. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/15/2016 | 0.2 | $30.00 | post void file to bank website |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/15/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/15/2016 | 0.2 | $36.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/15/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/15/2016 | 2.1 | $577.50 | Project oversight; work with counsel; distribution efforts with DOI, FTI, team |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/16/2016 | 1.7 | $212.50 | Worked with Chase regarding pending/outstanding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/16/2016 | 0.3 | $30.00 | Confirm positive pay exceptions. Log check in incoming check log. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/16/2016 | 0.2 | $16.00 | Positive pay file upload |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/16/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/16/2016 | 1.2 | $330.00 | Project oversight; Distribution efforts; work with counsel; DOJ and FTI |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 11/17/2016 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/17/2016 | 1.2 | $150.00 | Worked with pending/outstanding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/17/2016 | 0.6 | $60.00 | Log check into incoming check log. Copy and scan check. Endorse and bring check to the bank for deposit. Confirm positive pay exceptions. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/17/2016 | 1.4 | $112.00 | Check copy request (77 checks) |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/17/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/17/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/17/2016 | 1.1 | $302.50 | Project oversight; Distribution efforts; work with counsel; DOJ and FTI |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/18/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/18/2016 | 0.2 | $20.00 | Pull check copies for Operations request. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/18/2016 | 0.2 | $16.00 | Check copy request |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/18/2016 | 0.6 | $108.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/18/2016 | 1.3 | $357.50 | Project oversight; Distribution efforts; work with counsel; DOJ and FTI |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 11/18/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/18/2016 | 0.2 | $30.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/21/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/21/2016 | 0.2 | $20.00 | Confirm positive pay exceptions. Log check into incoming mail log. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/21/2016 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/21/2016 | 0.2 | $16.00 | Positive pay file upload |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/21/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/21/2016 | 0.1 | $15.00 | Mailroom management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/21/2016 | 3.5 | $630.00 | Project oversight; coordinate and oversee staff; direct completion of tasks; read and handle all project related email accordingly; handle questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/21/2016 | 0.3 | $45.00 | Compliance review |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/22/2016 | 1.0 | $125.00 | Worked on AOFss. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/22/2016 | 0.7 | $70.00 | Reconcile account. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 11/22/2016 | 0.2 | $16.00 | Positive pay file upload |
| Rung, Christopher | Sr. Director, Banking | Banking | $225.00 | 11/22/2016 | 0.3 | $67.50 | Coordinated transfer of funds to Remainder Account |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 11/22/2016 | 0.3 | $67.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/22/2016 | 1.5 | $412.50 | Set up of trips for Oklahoma; correspondence with SM; management of the team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/22/2016 | 3.8 | $684.00 | Project oversight; coordinate and oversee staff; direct completion of tasks; read and handle all project related email accordingly; handle questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/23/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/23/2016 | 0.5 | $62.50 | Prepared and executed a wire transfer. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/23/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 11/23/2016 | 0.1 | $15.00 | QA and release wire |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/23/2016 | 0.9 | $247.50 | Set up of trips for Oklahoma; correspondence with SM; management of the team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/23/2016 | 2.8 | $504.00 | Project oversight; coordinate and oversee staff; direct completion of tasks; read and handle all project related email accordingly; handle questions from staff; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/25/2016 | 0.3 | $37.50 | Reviewed checks presented as positive pay exceptions. |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 11/28/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 11/28/2016 | 0.5 | $62.50 | Placed stop payments. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/28/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/28/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/28/2016 | 0.4 | $72.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/28/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/28/2016 | 2.1 | $577.50 | Set up of trips for Oklahoma; correspondence with SM; management of the team. Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/28/2016 | 2.7 | $486.00 | Project oversight; coordinate and oversee staff; direct completion of tasks; read and handle all project related email accordingly; handle questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 11/28/2016 | 0.7 | $105.00 | Compliance review |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/29/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/29/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/29/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 11/29/2016 | 0.1 | $15.00 | Mailroom management; |

| Name | Title | Department | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 11/29/2016 | 1.5 | $412.50 | Set up of trips for Oklahoma; correspondence with SM; management of the team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/29/2016 | 3.2 | $576.00 | Project oversight; coordinate and oversee staff; direct completion of tasks; read and handle all project related email accordingly; handle questions from staff; |
| Atienzo, Lisa | Project Supervisor | Inbound/Outbound | $100.00 | 11/30/2016 | 0.3 | $30.00 | Prepare fedex request; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 11/30/2016 | 0.2 | $20.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 11/30/2016 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 11/30/2016 | 0.4 | $72.00 | Dissemination Management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 11/30/2016 | 0.4 | $90.00 | Project oversight; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 11/30/2016 | 3.4 | $612.00 | Project oversight; coordinate and oversee staff; direct completion of tasks; read and handle all project related email accordingly; handle questions from staff; |
| | | | | **Total Project Management:** | **121.3** | **$23,491.00** | |



# Exhibit C to Invoice 21397
# Systems Support

**Period from 11/1/2016 to 11/30/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/01/2016 | 1.2 | $282.00 | Update data for entitlements;Provide reports for counsel; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/01/2016 | 5.9 | $885.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/02/2016 | 4.5 | $382.50 | Review entitlements; data update requests; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/02/2016 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 11/03/2016 | 2.8 | $308.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/03/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/03/2016 | 3.2 | $272.00 | Review entitlements; data update requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/03/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 11/04/2016 | 0.1 | $11.00 | Perform data updates; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/04/2016 | 0.2 | $17.00 | Data update requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/04/2016 | 6.3 | $945.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/07/2016 | 2.9 | $246.50 | Review entitlements; data reporting requests; data reporting requests meeting; |
| Mariconda, Philip | Data Analyst II | Production Support - Data & Reporting | $100.00 | 11/07/2016 | 0.3 | $30.00 | Apply service accounts to secure reporting data; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/07/2016 | 6.0 | $900.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/08/2016 | 0.7 | $164.50 | Update data for entitlements(.7); |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/08/2016 | 1.5 | $127.50 | Reporting request; reporting request meeting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/08/2016 | 6.3 | $945.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/09/2016 | 2.0 | $170.00 | Review entitlements; data reporting requests; data reporting requests meeting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/09/2016 | 4.6 | $690.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/10/2016 | 0.7 | $164.50 | Update data for entitlements; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 11/10/2016 | 1.2 | $240.00 | Create void file.  Mark voided checks as void in the database. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/10/2016 | 5.9 | $885.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/11/2016 | 0.5 | $42.50 | Provide systems support; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/11/2016 | 5.2 | $780.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/14/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/14/2016 | 2.0 | $170.00 | Review entitlements; check reissues; data load; data research; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/14/2016 | 5.5 | $825.00 | Distribution activities to trust class members & related reporting; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 11/15/2016 | 0.5 | $100.00 | Provide banking team with void and undeliverable numbers from stale population. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/15/2016 | 2.4 | $360.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/16/2016 | 2.4 | $204.00 | Check reissues; data updates; review entitlements; reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/16/2016 | 5.1 | $765.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/17/2016 | 0.5 | $117.50 | Update data for entitlements;Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/17/2016 | 3.9 | $331.50 | Check reissues; data updates; reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/17/2016 | 3.9 | $585.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/18/2016 | 0.4 | $34.00 | Data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/18/2016 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/21/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/21/2016 | 0.5 | $42.50 | Data reporting requests; data update requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/21/2016 | 4.7 | $705.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/22/2016 | 0.3 | $70.50 | Provide access for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/22/2016 | 0.8 | $68.00 | Data reporting requests; data reporting requests meeting; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 11/22/2016 | 0.8 | $160.00 | Create void file for stale checks. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/22/2016 | 2.9 | $435.00 | Distribution activities to trust class members & related reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/23/2016 | 3.0 | $255.00 | Review entitlements; data update requests; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 11/23/2016 | 0.3 | $60.00 | Mark checks as void in the database. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 11/23/2016 | 4.7 | $705.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/28/2016 | 0.5 | $117.50 | Update data for processing; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/28/2016 | 1.3 | $110.50 | Review entitlements; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/29/2016 | 0.8 | $188.00 | Update data for entitlements; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 11/30/2016 | 0.5 | $117.50 | Update data for reporting; |
| Leiseth, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 11/30/2016 | 5.5 | $467.50 | Review entitlements; production data updates; reporting requests; |
| | | **Total Systems Support :** | | | **130.0** | **$17,829.50** | |