

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 1/11/2017 | 21539 |
| PERIOD START | THROUGH DATE |
| 12/1/2016 | 12/31/2016 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

David C. Smith, Esq.

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

## Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 1,050.6 Hrs. | $100.00 Avg. Hourly Rate | $105,060.00 |
| B. Scan Mail | 4,296 | $0.12 each | $515.52 |
| C. Prep Mail | 43.5 Hrs. | $45.00 per hour | $1,957.50 |
| D. Document Storage | | | |
|     Paper (includes all retrievals) | 1,211 | $1.50 per box per month | $1,816.50 |
|     Electronic | 3,927,696 | $0.008 per image/record per month | $31,398.50 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges [1] | 19,915 | $0.26 per minute | $5,177.90 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 1,322.3 Hrs. | $45.00 per hour | $59,503.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions.  Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 161.1 Hrs. | $101.22 Avg. Hourly Rate | $16,306.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 2,791 | $0.65 each | $1,814.15 |
| B. Check Reissues | 863 | $0.95 each | $819.85 |

1Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $1,194.90.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 107.4 Hrs. | $201.48 Avg. Hourly Rate | $21,639.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 111.9 Hrs. | $138.30 Avg. Hourly Rate | $15,476.00 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 131.4 Hrs. | $133.20 Avg. Hourly Rate | $17,502.50 |
| **Total Fees** | | | **$278,986.92** |
| **Project Expense Total** | | | **$6,194.99** |
| **Sub Total** | | | **$285,181.91** |
| Outstanding Balance Prior Invoice #21006 | | | $276,905.87 |
| **Grand Total** | | ` | **$562,087.78** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| **Description** | |
| **Project Expenses** | |
| For the period: December 1, 2016 through December 31, 2016 | |
| Printing, Copy, Fax Charges | $11.60 |
| FedEx, Messenger and Shipping | $522.83 |
| Postage | $1,958.29 |
| Project Supplies & Equipment | $35.44 |
| Translations | $15.01 |
| Travel | $3,651.82 |
| **Total:** | **$6,194.99** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC<br>1531 Utah Ave South, Ste 600<br>Seattle, WA 98134<br><br><br>Terms: Net 30 days | – Or – | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



**Period from 12/1/2016 to 12/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/01/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/01/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/02/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/05/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/06/2016 | 0.1 | $10.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/06/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/06/2016 | 1.6 | $160.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/07/2016 | 0.2 | $20.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/07/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/07/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/08/2016 | 0.1 | $10.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/08/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/08/2016 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/09/2016 | 0.1 | $10.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/09/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/09/2016 | 0.3 | $60.00 | Management assistance to customer service team; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/12/2016 | 0.1 | $10.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/12/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/12/2016 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/13/2016 | 0.6 | $60.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/13/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/13/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Clouse, Richard | Telecommunications Administrator | Telecommunications | $80.00 | 12/14/2016 | 0.2 | $16.00 | Updated CC caller ID |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/14/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 12/14/2016 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/15/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/16/2016 | 0.3 | $30.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/16/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/19/2016 | 11.5 | $1,150.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/20/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/21/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/21/2016 | 2.5 | $250.00 | Quality call monitoring; |



**Period from 12/1/2016 to 12/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/22/2016 | 0.2 | $20.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/22/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/23/2016 | 2.8 | $280.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/27/2016 | 0.1 | $10.00 | Supervisory assistance to contact center team; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/27/2016 | 0.1 | $10.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/28/2016 | 0.1 | $10.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/28/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/28/2016 | 2.0 | $200.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/29/2016 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/29/2016 | 1.6 | $160.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 12/30/2016 | 0.5 | $50.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 12/30/2016 | 5.5 | $550.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 12/30/2016 | 1.4 | $140.00 | Quality call monitoring; |

**Total Management of Call Center :**   **161.1**   **$16,306.00**



# Exhibit B to Invoice 21539
## Project Management

**Period from 12/1/2016 to 12/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| **Project Management** | | | | | | | |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/01/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/01/2016 | 0.3 | $30.00 | Confirm positive pay exceptions.  Reconcile account. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/01/2016 | 0.2 | $16.00 | Positive pay file upload |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/01/2016 | 0.7 | $126.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/01/2016 | 1.2 | $330.00 | Project supervision |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/01/2016 | 3.5 | $630.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 12/01/2016 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 12/02/2016 | 0.2 | $25.00 | Created and uploaded a void file for reissues to the bank. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/02/2016 | 0.5 | $50.00 | Confirm positive pay exceptions.  Log checks into incoming check log.  Copy and scan checks.  Endorse and bring checks to the bank for deposit. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/02/2016 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/02/2016 | 0.2 | $16.00 | Positive pay file |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/02/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/02/2016 | 2.0 | $550.00 | Preparation for OK |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/02/2016 | 3.6 | $648.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/02/2016 | 0.2 | $30.00 | Compliance review |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/02/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/05/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 12/05/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/05/2016 | 8.5 | $2,337.50 | Oklahoma Trip to BIA office |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/06/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/06/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/06/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 12/06/2016 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/06/2016 | 8.0 | $2,200.00 | Oklahoma Trip to BIA office |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/06/2016 | 0.4 | $60.00 | Compliance review |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/07/2016 | 0.2 | $20.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/07/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/07/2016 | 0.6 | $48.00 | Check copy request |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/07/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/07/2016 | 8.0 | $2,200.00 | Oklahoma Trip to BIA office |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/08/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/08/2016 | 0.2 | $16.00 | Created and posted positive pay file |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/08/2016 | 0.7 | $126.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/08/2016 | 2.0 | $550.00 | Management of team; data; distribution; SM questions |



**Period from 12/1/2016 to 12/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/08/2016 | 1.3 | $234.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/08/2016 | 0.2 | $30.00 | Compliance review |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/08/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/09/2016 | 0.3 | $30.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 12/09/2016 | 0.2 | $25.00 | Created and uploaded a void file for reissues to the bank. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/09/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/09/2016 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/09/2016 | 0.2 | $16.00 | Create and post positive pay file |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/09/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/09/2016 | 2.0 | $550.00 | Management of team; data; distribution; SM questions |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/09/2016 | 2.5 | $450.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/09/2016 | 0.3 | $30.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/12/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/12/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/12/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 12/12/2016 | 0.1 | $15.00 | Mailroom management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/12/2016 | 3.0 | $540.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/12/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/13/2016 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 12/13/2016 | 0.1 | $15.00 | Mailroom management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/13/2016 | 3.3 | $594.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/13/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/14/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/14/2016 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/14/2016 | 0.8 | $144.00 | Dissemination Management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/14/2016 | 2.8 | $504.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/14/2016 | 0.4 | $60.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/15/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 12/15/2016 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/15/2016 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/15/2016 | 0.6 | $108.00 | Dissemination Management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/15/2016 | 3.0 | $540.00 | Team oversight; coordinate and direct all team tasks; review and handle all project related email accordingly; answer questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/15/2016 | 0.2 | $30.00 | Compliance review |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 12/16/2016 | 1.3 | $195.00 | recon update |



**Period from 12/1/2016 to 12/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/16/2016 | 0.4 | $100.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/16/2016 | 0.2 | $16.00 | Create and post positive pay file |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/16/2016 | 0.4 | $72.00 | Dissemination Management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/16/2016 | 2.4 | $432.00 | Team oversight; direct and oversee team tasks; review and handle all project related emails accordingly; handle questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/19/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/19/2016 | 0.4 | $40.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/19/2016 | 0.3 | $54.00 | Dissemination Management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/19/2016 | 3.2 | $576.00 | Team oversight; direct and oversee team tasks; review and handle all project related emails accordingly; handle questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/19/2016 | 0.5 | $75.00 | Compliance review |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 12/20/2016 | 1.3 | $162.50 | Worked with the bank regarding pending/outstanding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/20/2016 | 0.4 | $40.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/20/2016 | 2.0 | $160.00 | Check copy request (16 chks) |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/20/2016 | 0.3 | $54.00 | Dissemination Management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/20/2016 | 3.5 | $630.00 | Team oversight; direct and oversee team tasks; review and handle all project related emails accordingly; handle questions from staff; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/21/2016 | 0.3 | $30.00 | Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/21/2016 | 0.5 | $125.00 | Review/discuss the pending transfer to the remainder account. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/21/2016 | 0.4 | $72.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/21/2016 | 1.0 | $275.00 | Review of motions and declaration for counsel |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/21/2016 | 3.6 | $648.00 | Team oversight; direct and oversee team tasks; review and handle all project related emails accordingly; handle questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/22/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/22/2016 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation.  Post void file. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/22/2016 | 0.5 | $125.00 | Review, approve, and process the request to revert uncashed funds to the remainder account. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 12/22/2016 | 0.2 | $16.00 | Created and posted positive pay file |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 12/22/2016 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/22/2016 | 1.0 | $275.00 | Review of motions and declaration for counsel |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/22/2016 | 2.8 | $504.00 | Team oversight; direct and oversee team tasks; review and handle all project related emails accordingly; handle questions from staff; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/22/2016 | 0.5 | $75.00 | Compliance review |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/23/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 12/23/2016 | 0.7 | $87.50 | Prepared and executed a wire transfer. Created and uploaded a void file for reissues to the bank. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/23/2016 | 0.4 | $40.00 | Update Banking summary.  Update reconciliation. |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 12/23/2016 | 0.3 | $67.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 12/23/2016 | 1.5 | $412.50 | Review of motions and declaration for counsel; distribution review with team; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 12/23/2016 | 2.5 | $450.00 | Team oversight; direct and oversee team tasks; review and handle all project related emails accordingly; handle questions from staff; |



# Exhibit B to Invoice 21539
# Project Management

**Period from 12/1/2016 to 12/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/23/2016 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/27/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/27/2016 | 0.7 | $70.00 | Log check into incoming check log.  Copy and scan check.  Endorse and bring check to the bank for deposit.  Update reconciliation. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 12/27/2016 | 0.1 | $15.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | Fraud Prevention & Compliance | $150.00 | 12/27/2016 | 0.5 | $75.00 | Compliance review |
| Franko, Andrew | Sr. Project Supervisor | Inbound/Outbound | $110.00 | 12/27/2016 | 0.2 | $22.00 | QA Scanned mail; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/28/2016 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/28/2016 | 0.2 | $50.00 | Discuss the transfer of funds from the OST for payment to a claimant. |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 12/28/2016 | 0.4 | $90.00 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 12/28/2016 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/29/2016 | 0.4 | $40.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/29/2016 | 0.2 | $36.00 | Dissemination Management; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 12/30/2016 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 12/30/2016 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 12/30/2016 | 0.3 | $75.00 | Monitor/oversee the planned check print for reissue payments. |
| Flanigan, Tim | Ass't Director, Operations | Inbound/Outbound | $180.00 | 12/30/2016 | 0.3 | $54.00 | Dissemination Management; |

**Total Project Management :**   107.4   $21,639.00



**Exhibit C to Invoice 21539**
**Systems Management**

**Period from 12/1/2016 to 12/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 12/01/2016 | 0.9 | $99.00 | Process check reissues; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/01/2016 | 3.2 | $272.00 | Data reporting requests; check reissue requests;  data update requests; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/02/2016 | 1.8 | $423.00 | Update data for processing; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/02/2016 | 4.2 | $357.00 | Data reporting request; data update requests; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/05/2016 | 0.8 | $188.00 | Update data for probate images; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/05/2016 | 0.5 | $42.50 | Data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/05/2016 | 5.2 | $780.00 | Distribution activities to trust class members & related reporting; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 12/06/2016 | 0.5 | $100.00 | Removed batch |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/06/2016 | 1.2 | $282.00 | Update data for probate review; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/06/2016 | 3.9 | $585.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/07/2016 | 0.6 | $141.00 | Update data for check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/07/2016 | 5.0 | $750.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/08/2016 | 0.5 | $117.50 | Update data for entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/08/2016 | 5.0 | $750.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/09/2016 | 0.4 | $94.00 | Update data for probate; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/09/2016 | 0.5 | $42.50 | Check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/09/2016 | 1.0 | $150.00 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/12/2016 | 3.6 | $540.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/13/2016 | 0.5 | $42.50 | Data reporting requests; entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/13/2016 | 1.8 | $270.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/14/2016 | 4.0 | $340.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/14/2016 | 5.4 | $810.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/15/2016 | 3.2 | $272.00 | Review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/15/2016 | 4.1 | $615.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/16/2016 | 3.4 | $289.00 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/16/2016 | 4.9 | $735.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 12/19/2016 | 1.0 | $110.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/19/2016 | 0.3 | $70.50 | Update data for entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/19/2016 | 4.1 | $348.50 | Entitlement review; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/19/2016 | 5.6 | $840.00 | Distribution activities to trust class members & related reporting; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 12/20/2016 | 0.5 | $100.00 | Systems--Please remove the 3 items that are currently located in the following queue. All 3 have previously been escalated to the case lead(s). IIM—Check Undeliverables Wrong Project |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/20/2016 | 0.4 | $94.00 | Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/20/2016 | 5.7 | $855.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/21/2016 | 0.4 | $94.00 | Provide reporting for counsel; |
| Mariconda, Philip | Data Analyst II | Production Support - Data & Reporting | $100.00 | 12/21/2016 | 0.5 | $50.00 | Adapt Check Reissue Requested report to new data set; |



# Exhibit C to Invoice 21539
## Systems Management

**Period from 12/1/2016 to 12/31/2016**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/21/2016 | 3.8 | $570.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 12/22/2016 | 0.6 | $66.00 | Perform data updates; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/22/2016 | 0.8 | $68.00 | Provide systems support; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programming | $200.00 | 12/22/2016 | 0.5 | $100.00 | Create void file. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/22/2016 | 5.1 | $765.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 12/23/2016 | 1.8 | $198.00 | Perform data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/23/2016 | 3.4 | $510.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/27/2016 | 1.1 | $93.50 | Review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/27/2016 | 2.9 | $435.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Reporting | $110.00 | 12/28/2016 | 0.9 | $99.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 12/28/2016 | 0.4 | $94.00 | Provide support for reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Reporting | $150.00 | 12/28/2016 | 4.9 | $735.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 12/30/2016 | 1.1 | $93.50 | Reissues; entitlement review; |
| | | | | **Total Systems Support :** | **111.9** | **$15,476.00** | |



# Exhibit D to Invoice 21539
# Outreach

**Period from 12/1/2016 to 12/31/2016**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **On-the-Ground Outreach** | | | | | | | |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/01/2016 | 0.2 | $30.00 | Outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 12/02/2016 | 0.4 | $44.00 | Prep for OK outreach; |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/02/2016 | 0.4 | $60.00 | Outreach prep; |
| Bruce, Kyle | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 12/05/2016 | 9.3 | $1,023.00 | OK outreach and travel; |
| Page, James | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/05/2016 | 2.5 | $375.00 | Travel for outreach; |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/05/2016 | 8.0 | $1,200.00 | OK outreach; |
| Bruce, Kyle | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 12/06/2016 | 8.2 | $902.00 | OK outreach; |
| Page, James | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/06/2016 | 5.9 | $885.00 | On the ground outreach; |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/06/2016 | 8.0 | $1,200.00 | OK outreach; |
| Bruce, Kyle | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 12/07/2016 | 7.4 | $814.00 | OK outreach; |
| Page, James | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/07/2016 | 5.1 | $765.00 | On the ground outreach; |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/07/2016 | 7.5 | $1,125.00 | OK outreach; |
| Bruce, Kyle | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 12/08/2016 | 7.2 | $792.00 | OK outreach; |
| Page, James | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/08/2016 | 7.0 | $1,050.00 | On the ground outreach; |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/08/2016 | 7.0 | $1,050.00 | OK outreach; |
| Bruce, Kyle | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 12/09/2016 | 12.5 | $1,375.00 | OK outreach and travel; |
| Page, James | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/09/2016 | 7.5 | $1,125.00 | On the ground outreach; travel for on the ground outreach; |
| Sternberg, Amanda | Sr. Project Manager | Class Action - Seattle | $150.00 | 12/09/2016 | 11.0 | $1,650.00 | OK outreach; travel; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 12/28/2016 | 8.9 | $1,112.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 12/29/2016 | 3.5 | $437.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 12/30/2016 | 3.9 | $487.50 | Review documentation from BIA outreach; |

**Total On-the-Ground Outreach :**  131.4  **$17,502.50**