IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENNETH SALAZAR, Secretary of the ) <br> Interior, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 1:96 CV 01285 (TFH/GMH) |

## DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF PETITIONER MARK KESTER BROWN'S MOTION FOR ATTORNEYS' FEES

I, Stephen G. Larson, being duly sworn, declare as follows:

1. I am an attorney admitted *pro hac vice* before this Court in the above-captioned matter and am licensed to practice law before all of the courts in the State of California. I am a partner of the firm Larson O'Brien LLP ("Larson O'Brien") and counsel of record for Petitioner Mark Kester Brown in the above-captioned matter. I have personal knowledge of the matters set forth herein, and if called as a witness I could and would testify competently to the facts set forth herein.

2. I respectfully submit this declaration in support of Petitioner Mark Kester Brown's Motion for Attorneys' Fees.

3. Since Larson O'Brien LLP's retention in this matter, since 2011, I have been one of the attorneys representing Mr. Brown in the above-captioned matter.

4. Attached hereto as **Exhibit A** is a true and correct copy of a bill for the professional services rendered by Larson O'Brien LLP in connection with the fee dispute. I have reviewed this bill and redacted any work that was unrelated to this fee dispute. Where billing entries included both work that was related to the fee dispute and work that was unrelated, I redacted the description of the unrelated work and reduced the time included in the final request for attorneys' fees accordingly.

5. I have been an attorney for nearly 28 years. My practice focuses on complex litigation and white collar criminal defense. I have tried numerous cases to verdict in both federal and state courts in in California. Prior to establishing Larson O'Brien LLP with Robert C. O'Brien, I was the firm-wide head of litigation at Arent Fox LLP—an AMLAW 200 firm. Prior to working at Arent Fox LLP, I was a United States District Court Judge and a United States Magistrate Judge.

6. As a result of my experience in law firm leadership, I am familiar with the market-rate for legal services for litigation attorneys in the Los Angeles legal market. The billing rates charged for the attorneys from Larson O'Brien LLP are, in my opinion, well below the market rate for Los Angeles.

7. My current standard hourly billing rate is $850. The hourly rate that Larson O'Brien charged Mr. Brown for my time on this matter was $595.

8. Robert C. O'Brien is a partner at Larson O'Brien LLP. Mr. O'Brien has been practicing law for more than 25 years. Prior to establishing Larson O'Brien with Stephen G. Larson, Mr. O'Brien was the California managing partner of Arent Fox LLP—an AMLAW 200 firm. In his role as California managing partner at Arent Fox LLP, he managed the firm's offices

in Los Angeles and San Francisco. Mr. O'Brien's current standard hourly billing rate is $850. The hourly rate that Larson O'Brien charged Mr. Brown for his time on this matter was $595.

9. Steven E. Bledsoe is a partner at Larson O'Brien LLP. Mr. Bledsoe has been practicing law for over 20 years. Prior to joining Larson O'Brien, Mr. Bledose was a partner at Arent Fox LLP and at Kirkland & Ellis LLP. Mr. Bledsoe's current standard hourly billing rate is $795. The hourly rate that Larson O'Brien charged Mr. Brown for his time on this matter was $595.

10. R.C. Harlan is an associate at Larson O'Brien. Mr. Harlan has been practicing law for 12 years. Prior to joining Larson O'Brien LLP, Mr. Harlan was an associate with Arent Fox in its Los Angeles office, an associate with Sidley Austin LLP in its Los Angeles office, and an associate in the Los Angeles office of Kirkland & Ellis LLP. Mr. Harlan's current standard hourly billing rate is $585. The hourly rate that Larson O'Brien charged Mr. Brown for his time on this matter was $450.

11. Emilie Zuccolotto is a fourth-year associate who worked at Arent Fox prior to joining Larson O'Brien. Ms. Zuccolotto's current standard hourly billing rate is $475. The hourly rate that Larson O'Brien charged Mr. Brown for her time on this matter was $365.

12. Andrew Bedigian is a second-year associate who worked at Reed Smith prior to joining Larson O'Brien. Mr. Bedigian's current standard hourly billing rate is $375. The hourly rate that Larson O'Brien charged Mr. Brown for his time on this matter was $350.

13. Uri Niv is a second-year associate who worked at Sedgwick prior to joining Larson O'Brien. Mr. Niv's current standard hourly billing rate is $375. The hourly rate that Larson O'Brien charged Mr. Brown for his time on this matter was $350.

14. Matthew Manacek is a first-year associate at Larson O'Brien. Mr. Manacek's current standard hourly billing rate is $375. The hourly rate that Larson O'Brien charged Mr. Brown for his time on this matter was $350.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of April, at Los Angeles, California.

/s/ Stephen G. Larson
STEPHEN G. LARSON

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DECLARATION OF STEPHEN G. LARSON IN SUPPORT OF PETITIONER MARK KESTER BROWN'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR PREJUDGMENT INTEREST** was served on the following via facsimile on April 24, 2017:

Earl Old Person (Pro Se)
Blackfeet Tribe
P.O. Box 850
Browning, MT 59417
Fax: 406-338-7530

By: _____
Jacqueline Neal