

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/17/2017 | 21611 |
| PERIOD START | THROUGH DATE |
| 1/1/2017 | 1/31/2017 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 889.4 Hrs. | $100.00 Avg. Hourly Rate | $88,940.00 |
| B. Scan Mail | 3,960 | $0.12 each | $475.20 |
| C. Prep Mail | 34.9 Hrs. | $45.00 per hour | $1,570.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,211 | $1.50 per box per month | $1,816.50 |
| Electronic | 3,931,654 | $0.008 per image/record per month | $31,430.26 |
| **II. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 18,867 | $0.26 per minute | $4,905.42 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 1,253.3 Hrs. | $45.00 per hour | $56,398.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 125.2 Hrs. | $103.45 Avg. Hourly Rate | $12,952.00 |
| **III. Website Services** | | | |
| A. Website Updates | 1.2 Hrs. | $125.00 Avg. Hourly Rate | $150.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 2,588 | $0.65 each | $1,682.20 |
| B. Check Reissues | 317 | $0.95 each | $301.15 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $1,132.02.



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 80.2 Hrs. | $201.48 Avg. Hourly Rate | $16,159.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 141.5 Hrs. | $126.98 Avg. Hourly Rate | $17,968.00 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 88.0 Hrs. | $112.44 Avg. Hourly Rate | $9,895.00 |
| **Total Fees** | | | **$244,643.73** |
| **Project Expense Total** | | | **$2,826.42** |
| **Sub Total** | | | **$247,470.15** |
| Outstanding Balance Prior Invoice #21539 | | | $285,181.91 |
| **Grand Total** | | ` | **$532,652.06** |



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| Description | |
| **Project Expenses** <br> For the period: January 1, 2017 through January 31, 2017 | |
| Printing, Copy, Fax Charges | $15.40 |
| Document Destruction | $4.00 |
| FedEx, Messenger and Shipping | $191.91 |
| Postage | $1,503.06 |
| Project Supplies & Equipment | $9.86 |
| Travel | $1,102.19 |
| **Total:** | **$2,826.42** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



# Exhibit A to Invoice 21611
# Management of Call Center

**Period from 1/1/2017 to 1/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/03/2017 | 0.7 | $70.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/03/2017 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/03/2017 | 0.3 | $60.00 | Management of IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/03/2017 | 1.1 | $110.00 | Quality call monitoring; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 01/04/2017 | 0.5 | $40.00 | Management of Call Center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/04/2017 | 0.3 | $30.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/04/2017 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/04/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/05/2017 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/05/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/06/2017 | 2.5 | $250.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/06/2017 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/06/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/06/2017 | 1.8 | $180.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/09/2017 | 0.4 | $40.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/09/2017 | 6.6 | $660.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/09/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Clouse, Richard | Telecommunications Administrator | Telecommunications | $80.00 | 01/10/2017 | 0.3 | $24.00 | Updated phones with IIM caller ID; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/10/2017 | 6.0 | $600.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/10/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/11/2017 | 1.3 | $130.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/11/2017 | 5.3 | $530.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/11/2017 | 0.1 | $20.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/11/2017 | 1.2 | $120.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/12/2017 | 1.9 | $190.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/12/2017 | 6.2 | $620.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/12/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/12/2017 | 1.0 | $100.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/13/2017 | 1.1 | $110.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/13/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/13/2017 | 1.3 | $130.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/17/2017 | 2.8 | $280.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/17/2017 | 3.0 | $300.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/17/2017 | 0.2 | $40.00 | Management assistance to customer service team; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 01/18/2017 | 0.5 | $40.00 | Management of Call Center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/18/2017 | 2.2 | $220.00 | Supervisory assistance to contact center team; |



# Exhibit A to Invoice 21611
# Management of Call Center

**Period from 1/1/2017 to 1/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/18/2017 | 2.5 | $250.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/18/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/18/2017 | 1.0 | $100.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/19/2017 | 0.6 | $60.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/19/2017 | 5.9 | $590.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/19/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/20/2017 | 2.5 | $250.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/20/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/20/2017 | 2.5 | $250.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/23/2017 | 2.3 | $230.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/23/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/24/2017 | 2.0 | $200.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/24/2017 | 0.2 | $40.00 | Management assistance to customer service team; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/24/2017 | 1.3 | $130.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 01/25/2017 | 3.1 | $310.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/25/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/25/2017 | 1.0 | $100.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 01/27/2017 | 1.3 | $130.00 | Quality call monitoring; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 01/30/2017 | 0.6 | $48.00 | Management of Call Center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/30/2017 | 5.4 | $540.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/30/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Analyst | Call Center | $80.00 | 01/31/2017 | 0.5 | $40.00 | FAQ Revisions; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 01/31/2017 | 4.2 | $420.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 01/31/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| | | **Total Management of Call Center :** | | | **125.2** | **$12,952.00** | |



# Exhibit B to Invoice 21611
# Project Management

**Period from 1/1/2017 to 1/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/03/2017 | 1.3 | $357.50 | Project oversight; work with counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/03/2017 | 2.4 | $432.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 01/03/2017 | 2.0 | $250.00 | Processed new AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/03/2017 | 0.4 | $40.00 | Void checks at the bank and in the database. Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/03/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/03/2017 | 0.5 | $125.00 | Review/discuss with Operations a transfer request to the OST. Monitor/oversee the Banking and Payment Process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 01/03/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/03/2017 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 01/03/2017 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 01/03/2017 | 0.1 | $22.50 | Project oversight; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 01/03/2017 | 0.4 | $60.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/04/2017 | 0.9 | $247.50 | Project oversight; work with counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/04/2017 | 2.2 | $396.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 01/04/2017 | 0.2 | $25.00 | Created and uploaded the positive pay file to the bank. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/04/2017 | 0.3 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/04/2017 | 0.2 | $30.00 | void checks at the bank and in the database |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/04/2017 | 0.7 | $175.00 | Complete the review and approval process for a transfer request to the OST. Monitor/oversee the Banking and Payment Process. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/04/2017 | 0.3 | $54.00 | Dissemination Management; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/04/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/05/2017 | 2.4 | $660.00 | Project oversight; work with counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/05/2017 | 2.5 | $450.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 01/05/2017 | 0.5 | $62.50 | Prepared and executed the wire transfer. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/05/2017 | 0.3 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/05/2017 | 0.1 | $15.00 | QA and release wire |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/05/2017 | 0.4 | $100.00 | Follow up on an Affidavit of Fraud denial for Operations. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/05/2017 | 0.3 | $54.00 | Dissemination Management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/06/2017 | 1.0 | $275.00 | Project oversight; work with counsel; distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/06/2017 | 2.4 | $432.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 01/06/2017 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/06/2017 | 0.3 | $30.00 | Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/06/2017 | 0.2 | $50.00 | Discuss an outstanding claimant AoF initially rejected by the bank. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/06/2017 | 0.3 | $54.00 | Dissemination Management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 01/06/2017 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/06/2017 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/09/2017 | 1.8 | $495.00 | Project oversight; work with counsel; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/09/2017 | 2.4 | $432.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/09/2017 | 0.2 | $20.00 | Update reconciliation. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/09/2017 | 0.4 | $72.00 | Dissemination Management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/09/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/10/2017 | 2.2 | $605.00 | Project oversight; work with counsel; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/10/2017 | 2.0 | $360.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/10/2017 | 0.2 | $20.00 | Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/10/2017 | 0.1 | $15.00 | wire instruction request |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 01/10/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/11/2017 | 1.5 | $412.50 | Project oversight and distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/11/2017 | 2.2 | $396.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/11/2017 | 0.3 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/11/2017 | 0.3 | $54.00 | Dissemination Management; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/11/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |



# Exhibit B to Invoice 21611
# Project Management

**Period from 1/1/2017 to 1/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/12/2017 | 1.0 | $275.00 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/12/2017 | 2.4 | $432.00 | Team oversight; direct team members on tasks; coordinate and oversee all team functions; answer questions from team members; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/12/2017 | 0.5 | $50.00 | Confirm incoming funds. Update reconciliation. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/12/2017 | 0.4 | $72.00 | Dissemination Management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/12/2017 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/13/2017 | 2.0 | $550.00 | Declaration; project oversight |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/13/2017 | 0.4 | $40.00 | Update reconciliation. Confirm positive pay exceptions. Post void file. Update Banking summary. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/13/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/13/2017 | 0.2 | $50.00 | Review with Operations the void check process to fund reverting payment to the remainder account. |
| Flanigan, Tim | Ass't Director, Operations | Finance | $180.00 | 01/13/2017 | 0.3 | $54.00 | Dissemination Management; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/13/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 01/13/2017 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/13/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 01/13/2017 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/17/2017 | 1.1 | $302.50 | Working with team on reporting for FTI; oversight of project; Correspondence with FTI; Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/17/2017 | 2.5 | $450.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/17/2017 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/17/2017 | 0.2 | $30.00 | check copy request |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/17/2017 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/18/2017 | 1.3 | $357.50 | Working with team on reporting for FTI; oversight of project; Correspondence with FTI; Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/18/2017 | 2.4 | $432.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 01/18/2017 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/18/2017 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/18/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 01/18/2017 | 0.5 | $75.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/19/2017 | 1.9 | $522.50 | Working with team on reporting for FTI; oversight of project; Correspondence with FTI; Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/19/2017 | 2.2 | $396.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 01/19/2017 | 0.5 | $100.00 | Acct maint |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/19/2017 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/19/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/19/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 01/19/2017 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/20/2017 | 1.5 | $270.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/20/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 01/20/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 01/20/2017 | 0.3 | $67.50 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/20/2017 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/23/2017 | 2.6 | $468.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/23/2017 | 0.1 | $10.00 | Confirm positive pay exception. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/23/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 01/23/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 01/23/2017 | 0.1 | $15.00 | Mailroom management; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 01/23/2017 | 0.2 | $45.00 | Project oversight; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/23/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/24/2017 | 1.1 | $302.50 | Project oversight; updates for distribution |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/24/2017 | 2.8 | $504.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/24/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/25/2017 | 2.1 | $577.50 | Project oversight; updates for distribution |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 01/25/2017 | 1.8 | $324.00 | Oversee and coordinate all team tasks; direct workload; review all case related emails and handle accordingly; field questions from team members; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/25/2017 | 0.5 | $125.00 | Review, approve, and process the return of stale checks and uncashed funds paid to heirs to the Remainder Account. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 01/25/2017 | 0.1 | $15.00 | Mailroom management; |



# Exhibit B to Invoice 21611
## Project Management

**Period from 1/1/2017 to 1/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Arabov, Anna | Project Manager I | Banking | $125.00 | 01/26/2017 | 0.5 | $62.50 | Prepared and executed a wire transfer. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/26/2017 | 0.2 | $20.00 | Void checks at the bank and in the database. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/26/2017 | 0.1 | $15.00 | QA and approve wire |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/26/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 01/26/2017 | 0.2 | $16.00 | Created and posted positive pay files |
| Flanigan, Tim | Sr. Finance Manager | Finance | $150.00 | 01/26/2017 | 0.2 | $30.00 | Coordinate review and mailing of tax forms; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/26/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 01/26/2017 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 01/27/2017 | 1.5 | $412.50 | Project oversight; updates for distribution |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/27/2017 | 0.1 | $10.00 | Confirm positive pay exception. |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 01/27/2017 | 0.3 | $67.50 | Project oversight; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 01/30/2017 | 0.1 | $10.00 | Update Banking summary. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/30/2017 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 01/30/2017 | 0.2 | $45.00 | Project oversight; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 01/30/2017 | 0.2 | $30.00 | Compliance review |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 01/31/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 01/31/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 01/31/2017 | 0.1 | $8.00 | Sorted reissue documents |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 01/31/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| | | | | **Total Project Management :** | **80.2** | **$16,159.00** | |



# Exhibit C to Invoice 21611
# Systems Support

**Period from 1/1/2017 to 1/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/03/2017 | 2.8 | $308.00 | Perform data updates; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/03/2017 | 2.3 | $195.50 | Review entitlements; data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/03/2017 | 3.9 | $585.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/03/2017 | 0.2 | $20.00 | Prepare batch file (0.20); |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/04/2017 | 0.5 | $55.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/04/2017 | 0.6 | $141.00 | Update data for check processing; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/04/2017 | 0.6 | $51.00 | Data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/04/2017 | 5.4 | $810.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/05/2017 | 0.4 | $94.00 | Update data for checks processing; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/05/2017 | 4.2 | $630.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/05/2017 | 4.0 | $400.00 | Create custom script (2.00);Perform Custom AAS (2.00); |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/06/2017 | 0.1 | $11.00 | Review updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/06/2017 | 0.6 | $141.00 | Provide support for address research; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/06/2017 | 0.6 | $51.00 | Entitlement and data correction meetings; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/06/2017 | 3.6 | $540.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/06/2017 | 3.0 | $300.00 | Perform AAS processes (3.00); |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/09/2017 | 2.7 | $297.00 | Perform data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/09/2017 | 8.0 | $1,200.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/10/2017 | 3.0 | $330.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/10/2017 | 0.3 | $70.50 | Provide reporting for client; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/10/2017 | 5.6 | $840.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/10/2017 | 2.0 | $200.00 | Create custom spreadsheet (1.00);Create custom script (1.00); |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/11/2017 | 2.0 | $220.00 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/11/2017 | 0.4 | $94.00 | Provide reporting for client; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Reporting | $85.00 | 01/11/2017 | 7.0 | $595.00 | Data reporting; review entitlements; check reissues; password protect records; OST returns; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/11/2017 | 1.8 | $270.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/11/2017 | 0.5 | $50.00 | Perform table update (0.50); |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/12/2017 | 1.2 | $132.00 | Perform updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/12/2017 | 0.2 | $47.00 | Update data for reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/12/2017 | 3.4 | $510.00 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/13/2017 | 4.7 | $517.00 | Perform updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/13/2017 | 0.4 | $94.00 | Provide support for processing; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/13/2017 | 1.4 | $119.00 | Review entitlements; password protect records; OST returns; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support - Programmir | $200.00 | 01/13/2017 | 0.5 | $100.00 | Create void file; Mark checks as void in the database. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/13/2017 | 5.2 | $780.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/13/2017 | 0.2 | $20.00 | Perform spreadsheet update (0.20); |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/14/2017 | 1.0 | $85.00 | Data reporting request; |
| Girard, Melissa | Data Analyst III | Production Support - Data & Rep | $110.00 | 01/17/2017 | 0.1 | $11.00 | Complete final data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/17/2017 | 0.3 | $70.50 | Provide access for processing; |



# Exhibit C to Invoice 21611
# Systems Support

**Period from 1/1/2017 to 1/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/17/2017 | 2.5 | $212.50 | Entitlement review; data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/17/2017 | 4.5 | $675.00 | Distribution activities to trust class members & related reporting; |
| Gangakhedkar, Umesh V. | Sr. Systems Project Manager | Production Support - Programmir | $200.00 | 01/18/2017 | 0.5 | $100.00 | Team, Please delete the following images only. These documents have been rescanned. Image Numbers Batch barcode Queue Type # of Pages 4019486 and 4019482 BAT-IIM-0001262 Admin 2 Thank you, Loretta Ward |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/18/2017 | 0.3 | $70.50 | Provide reporting for counsel; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/18/2017 | 6.0 | $510.00 | Data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/18/2017 | 5.2 | $780.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/19/2017 | 6.0 | $510.00 | Data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/19/2017 | 7.5 | $1,125.00 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/20/2017 | 3.9 | $585.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/23/2017 | 0.2 | $47.00 | Provide support for processing; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/24/2017 | 0.2 | $47.00 | Provide access for processing; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/24/2017 | 0.3 | $45.00 | Distribution activities to trust class members & related reporting; |
| Talbert, Jack | Data Analyst II | Production Support - Data & Rep | $100.00 | 01/24/2017 | 1.2 | $120.00 | Perform AAS activity (1.20); |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/25/2017 | 0.5 | $117.50 | Update data for processing; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/25/2017 | 7.0 | $595.00 | Production data updates; check reissues; data reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/26/2017 | 0.8 | $188.00 | Update data for processing; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/27/2017 | 0.2 | $30.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/30/2017 | 0.3 | $70.50 | Provide access for processing; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/30/2017 | 1.0 | $85.00 | Data updates; check reissue requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/30/2017 | 1.1 | $165.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Rep | $235.00 | 01/31/2017 | 0.3 | $70.50 | Update data for entitlements(.3); |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Rep | $85.00 | 01/31/2017 | 4.0 | $340.00 | Data reporting requests; review entitlements; check reissues meeting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Rep | $150.00 | 01/31/2017 | 3.3 | $495.00 | Distribution activities to trust class members & related reporting; |
| | | | | **Total Systems Support :** | **141.5** | **$17,968.00** | |



# Exhibit D to Invoice 21611
# Outreach Design and Preparation

**Period from 1/1/2017 to 1/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Outreach Design and Preparation** | | | | | | | |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/03/2017 | 4.7 | $587.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/05/2017 | 3.2 | $400.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/06/2017 | 5.2 | $650.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/09/2017 | 4.3 | $537.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/10/2017 | 7.5 | $937.50 | Review documentation from BIA outreach; |
| Laughlin, Marcus | Data Entry Processor | Class Action - Seattle | $55.00 | 01/11/2017 | 3.0 | $165.00 | State court probate review; |
| Waldher, Katherine | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 01/11/2017 | 1.0 | $110.00 | State court probate review; |
| Westre, Nicole | Associate I | Class Action - Seattle | $125.00 | 01/11/2017 | 2.3 | $287.50 | State court probate review; |
| Dalfrey, Wilton | Paralegal | Class Action - Seattle | $100.00 | 01/12/2017 | 2.0 | $200.00 | State court probate review; |
| Laughlin, Marcus | Data Entry Processor | Class Action - Seattle | $55.00 | 01/12/2017 | 7.5 | $412.50 | State court probate review; |
| Westre, Nicole | Associate I | Class Action - Seattle | $125.00 | 01/12/2017 | 6.9 | $862.50 | State court probate review; |
| Dalfrey, Wilton | Paralegal | Class Action - Seattle | $100.00 | 01/13/2017 | 1.7 | $170.00 | State court probate review; |
| Laughlin, Marcus | Data Entry Processor | Class Action - Seattle | $55.00 | 01/13/2017 | 2.0 | $110.00 | State court probate review; |
| Westre, Nicole | Associate I | Class Action - Seattle | $125.00 | 01/13/2017 | 3.4 | $425.00 | State court probate review; |
| Dalfrey, Wilton | Paralegal | Class Action - Seattle | $100.00 | 01/17/2017 | 0.8 | $80.00 | State court probate review; |
| Laughlin, Marcus | Data Entry Processor | Class Action - Seattle | $55.00 | 01/17/2017 | 2.0 | $110.00 | State court probate review; |
| Westre, Nicole | Associate I | Class Action - Seattle | $125.00 | 01/17/2017 | 3.8 | $475.00 | State court probate review; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/18/2017 | 5.1 | $637.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/19/2017 | 6.2 | $775.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/20/2017 | 5.2 | $650.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/23/2017 | 4.4 | $550.00 | Review documentation from BIA outreach; |
| Westre, Nicole | Associate I | Class Action - Seattle | $125.00 | 01/23/2017 | 0.3 | $37.50 | State court probate review; |
| Ollivier, Tamara J. | Media Buyer | GCG Media | $150.00 | 01/26/2017 | 0.4 | $60.00 | Formatting press release |
| Ollivier, Tamara J. | Media Buyer | GCG Media | $150.00 | 01/27/2017 | 1.1 | $165.00 | Coordinating the dissemination of a press release. Investigating an updated Tribal Directory. |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/30/2017 | 1.9 | $237.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 01/31/2017 | 2.1 | $262.50 | Review documentation from BIA outreach; |
| | | | | **Outreach Design and Preparation :** | **88.0** | **$9,895.00** | |