

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/29/2017 | 21822 |
| PERIOD START | THROUGH DATE |
| 2/1/2017 | 2/28/2017 |

Cobell v. Salazar Class Counsel
c/o William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **I. Dissemination of Notice** | | | |
| A. Summary Notice Publication | | | $1,765.00 |
| **II. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 498.3 Hrs. | $100.00 Avg. Hourly Rate | $49,830.00 |
| B. Scan Mail | 2,529 | $0.12 each | $303.48 |
| C. Prep Mail | 27.2 Hrs. | $45.00 per hour | $1,224.00 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,213 | $1.50 per box per month | $1,819.50 |
| Electronic | 3,934,183 | $0.008 per image/record per month | $28,411.76 |
| **III. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 16,859 | $0.26 per minute | $4,383.34 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 855.9 Hrs. | $45.00 per hour | $38,515.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 93.7 Hrs. | $104.88 Avg. Hourly Rate | $9,827.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 2,108 | $0.65 each | $1,370.20 |
| B. Check Reissues | 2,006 | $0.95 each | $1,905.70 |

[1]Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $1,011.54.



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 43.8 Hrs. | $192.44 Avg. Hourly Rate | $8,429.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 70.2 Hrs. | $122.46 Avg. Hourly Rate | $8,596.50 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 15.3 Hrs. | $125.00 Avg. Hourly Rate | $1,912.50 |
| **Total Fees** | | | **$158,293.48** |
| **Project Expense Total** | | | $2,301.57 |
| **Sub Total** | | | $160,595.05 |
| Outstanding Balance Prior Invoice #21611 | | | $247,470.15 |
| **Grand Total** | | | **$408,065.20** |



**INVOICE**

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---:|
| **Description** | |
| **Project Expenses** <br> For the period: February 1, 2017 through February 28, 2017 | |
| Printing, Copy, Fax Charges | $11.00 |
| FedEx, Messenger and Shipping | $71.40 |
| Postage | $2,214.23 |
| Project Supplies & Equipment | $4.94 |
| **Total:** | **$2,301.57** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



# Exhibit A to Invoice 21822
# Management of Call Center

**Period from 2/1/2017 to 2/28/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/01/2017 | 1.2 | $120.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/01/2017 | 4.0 | $400.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/01/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/01/2017 | 1.5 | $150.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/02/2017 | 1.0 | $100.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/02/2017 | 5.0 | $500.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/02/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/03/2017 | 0.3 | $30.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/03/2017 | 4.5 | $450.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/03/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/03/2017 | 2.0 | $200.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/06/2017 | 3.1 | $310.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/06/2017 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/07/2017 | 2.5 | $250.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/07/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/08/2017 | 2.1 | $210.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/08/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/09/2017 | 2.1 | $210.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/09/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/09/2017 | 1.0 | $100.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/10/2017 | 2.7 | $270.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/10/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/10/2017 | 1.0 | $100.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/13/2017 | 1.2 | $120.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/13/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/14/2017 | 3.4 | $340.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/14/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/14/2017 | 0.8 | $80.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/15/2017 | 2.8 | $280.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/15/2017 | 2.4 | $240.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/15/2017 | 0.1 | $20.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/15/2017 | 1.2 | $120.00 | Quality call monitoring; |



**Exhibit A to Invoice 21822**
**Management of Call Center**

**Period from 2/1/2017 to 2/28/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/16/2017 | 1.4 | $140.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/16/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/16/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/17/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/21/2017 | 1.3 | $130.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/21/2017 | 3.9 | $390.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/21/2017 | 0.6 | $120.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/21/2017 | 1.3 | $130.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/22/2017 | 2.5 | $250.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/22/2017 | 0.5 | $100.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/22/2017 | 1.5 | $150.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/23/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/23/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/24/2017 | 1.9 | $190.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/24/2017 | 4.7 | $470.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 02/24/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/24/2017 | 1.5 | $150.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 02/27/2017 | 0.9 | $90.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/27/2017 | 5.3 | $530.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 02/27/2017 | 1.2 | $120.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 02/28/2017 | 3.1 | $310.00 | Supervisory assistance to call center; |
| McGhee, Mabel | Call Center Agent | Call Center | $57.00 | 02/28/2017 | 1.0 | $57.00 | Quality call monitoring; |
| | | | **Total Management of Call Center :** | | **93.7** | **$9,827.00** | |



# Exhibit B to Invoice 21822
# Project Management

**Period from 2/1/2017 to 2/28/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/01/2017 | 0.9 | $247.50 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/01/2017 | 1.8 | $324.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 02/01/2017 | 2.5 | $312.50 | Processed new AOF claims. Followed up with Chase regarding outstanding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/01/2017 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 02/01/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 02/01/2017 | 0.3 | $24.00 | Filed reissued doc; Created and posted positive pay file |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/01/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 02/01/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 02/01/2017 | 0.3 | $45.00 | Compliance review |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/02/2017 | 1.1 | $302.50 | Project oversight |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/02/2017 | 1.5 | $270.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 02/02/2017 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 02/02/2017 | 0.1 | $15.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 02/02/2017 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/03/2017 | 1.0 | $275.00 | Project oversight; meeting regarding report for FTI; questions for team. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/03/2017 | 2.0 | $360.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; meet and confer with S. Ostrander, K. Waldher, and C. Lesh regarding file creation for FTI. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 02/03/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 02/03/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 02/03/2017 | 0.1 | $22.50 | Project oversight; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/06/2017 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/07/2017 | 1.2 | $216.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/07/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/08/2017 | 1.0 | $180.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 02/08/2017 | 0.2 | $45.00 | Project oversight; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 02/08/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/09/2017 | 1.0 | $180.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/09/2017 | 0.1 | $10.00 | Confirm positive pay exceptions. |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/09/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/10/2017 | 0.8 | $144.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 02/10/2017 | 0.2 | $25.00 | Created and uploaded a positive pay file to the bank. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 02/10/2017 | 0.2 | $30.00 | create and post void file for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 02/10/2017 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 02/10/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 02/10/2017 | 0.4 | $60.00 | Compliance review |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/13/2017 | 1.0 | $275.00 | Review of information for FTI; oversight of project; Correspondence with counsel |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/13/2017 | 0.8 | $144.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 02/13/2017 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 02/13/2017 | 0.2 | $30.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/14/2017 | 1.5 | $412.50 | Conference call with Department of Interior, correspondence with FTI; work with team on reporting |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/14/2017 | 0.6 | $108.00 | Coordinate tasks and oversee staff; direct and oversee work; review and handle all project related emails; answer questions from staff; |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 02/14/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/14/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 02/14/2017 | 0.1 | $15.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/16/2017 | 1.9 | $522.50 | Project oversight; distribution oversight; call with DOI; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/16/2017 | 1.2 | $216.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/16/2017 | 0.5 | $50.00 | Update reconciliation. Update Banking summary. |



# Exhibit B to Invoice 21822
# Project Management

**Period from 2/1/2017 to 2/28/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 02/16/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/17/2017 | 1.2 | $330.00 | Project oversight; distribution oversight; call with DOI; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/17/2017 | 1.0 | $180.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/17/2017 | 0.4 | $40.00 | Update reconciliation. Download end of month statements. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 02/17/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 02/17/2017 | 0.2 | $45.00 | Project oversight; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/17/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Castaneda, Lori | Vice President, Business De | Marketing & Development | $275.00 | 02/21/2017 | 2.9 | $797.50 | Project oversight; distribution oversight; call with DOI; work with FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/21/2017 | 1.6 | $288.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 02/21/2017 | 0.2 | $30.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 02/21/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/22/2017 | 1.2 | $216.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/22/2017 | 0.9 | $90.00 | Confirm positive pay exceptions. Void checks at the bank and in the database. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 02/22/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/22/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 02/22/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/23/2017 | 1.5 | $270.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 02/23/2017 | 0.5 | $100.00 | Acct maint - Void file. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 02/23/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 02/23/2017 | 0.2 | $30.00 | Mailroom management; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 02/23/2017 | 0.2 | $30.00 | Compliance review |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/24/2017 | 0.6 | $108.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 02/24/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 02/24/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 02/24/2017 | 0.1 | $15.00 | Mailroom management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/27/2017 | 0.4 | $72.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 02/27/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 02/28/2017 | 0.8 | $144.00 | Coordinate and oversee all team tasks; review and handle all project related email accordingly; field questions from staff; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 02/28/2017 | 0.6 | $60.00 | Confirm positive pay exceptions. Update reconciliation. Log check into incoming mail log. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 02/28/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 02/28/2017 | 0.1 | $12.50 | Compliance review; |
| | | | **Total Project Management :** | | **43.8** | **$8,429.00** | |



# Exhibit C to Invoice 21822
# Systems Support

**Period from 2/1/2017 to 2/28/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/01/2017 | 5.5 | $467.50 | Check reissues; data reporting requests; review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/01/2017 | 3.9 | $585.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/02/2017 | 0.4 | $34.00 | Review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/02/2017 | 3.5 | $525.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/03/2017 | 1.3 | $110.50 | Data reporting meeting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/03/2017 | 2.9 | $435.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 02/07/2017 | 0.2 | $47.00 | Provide access for processing(.2); |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/07/2017 | 3.2 | $480.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/08/2017 | 5.0 | $425.00 | Check reissues; reporting requests; entitlement reviews; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/08/2017 | 2.7 | $405.00 | Distribution activities to trust class members & related reporting;.5 |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/09/2017 | 1.0 | $85.00 | Check reissues; review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/09/2017 | 2.9 | $435.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/10/2017 | 2.0 | $170.00 | Data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/10/2017 | 1.3 | $195.00 | Distribution activities to trust class members & related reporting;.4 |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/13/2017 | 1.0 | $85.00 | Data reporting request; reissues; review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/13/2017 | 4.0 | $600.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/14/2017 | 1.0 | $85.00 | Reporting meeting; check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/14/2017 | 1.4 | $210.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/15/2017 | 2.0 | $170.00 | Data reporting request; reissues; review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/16/2017 | 2.5 | $212.50 | Remainder account returns; check reissues; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/16/2017 | 3.0 | $450.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/17/2017 | 1.6 | $136.00 | Remainder account returns; check reissues; data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/17/2017 | 1.0 | $150.00 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/21/2017 | 1.5 | $225.00 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Repo | $235.00 | 02/22/2017 | 0.5 | $117.50 | Review entitlement updates; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/22/2017 | 2.0 | $170.00 | Check reissues; remainder account returns; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/22/2017 | 0.4 | $60.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/23/2017 | 1.5 | $127.50 | Production data update; remainder account returns; |
| Nyman, Deborah S. | Sr. Systems Project Manage | Production Support - Programmin | $200.00 | 02/23/2017 | 0.5 | $100.00 | Create void file. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/23/2017 | 0.8 | $120.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/24/2017 | 2.0 | $170.00 | Production data update; remainder account returns; data reporting request; check reissues; |
| Nyman, Deborah S. | Sr. Systems Project Manage | Production Support - Programmin | $200.00 | 02/24/2017 | 0.2 | $40.00 | Void stale checks. |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/24/2017 | 0.9 | $135.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/27/2017 | 1.0 | $85.00 | Entitlements meeting; review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/27/2017 | 2.3 | $345.00 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support - Data & Repo | $85.00 | 02/28/2017 | 1.4 | $119.00 | Review entitlements; data reporting requests; reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support - Data & Repo | $150.00 | 02/28/2017 | 1.9 | $285.00 | Distribution activities to trust class members & related reporting; |
| | | **Total Systems Support :** | | | **70.2** | **$8,596.50** | |



# Exhibit D to Invoice 21822
# Outreach

**Period from 2/1/2017 to 2/28/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **On-the-Ground Outreach** | | | | | | | |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/02/2017 | 2.9 | $362.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/03/2017 | 3.2 | $400.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/13/2017 | 1.2 | $150.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/14/2017 | 2.4 | $300.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/17/2017 | 2.2 | $275.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/22/2017 | 1.3 | $162.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/24/2017 | 0.4 | $50.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 02/27/2017 | 1.7 | $212.50 | Review documentation from BIA outreach; |
| | | | | **Total On-the-Ground Outreach :** | **15.3** | **$1,912.50** | |