

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/15/2017 | 22139 |
| PERIOD START | THROUGH DATE |
| 3/1/2017 | 3/31/2017 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

For the period: March 1, 2017 through March 31, 2017

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

**Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **II. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 473.3 Hrs. | $100.00 Avg. Hourly Rate | $47,330.00 |
| B. Scan Mail | 3,258 | $0.12 each | $390.96 |
| C. Prep Mail | 22.5 Hrs. | $45.00 per hour | $1,012.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,213 | $1.50 per box per month | $1,819.50 |
| Electronic | 3,937,441 | $0.008 per image/record per month | $31,477.02 |
| **III. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 19,951 | $0.26 per minute | $5,187.26 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 997.3 Hrs. | $45.00 per hour | $44,878.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 137.5 Hrs. | $104.15 Avg. Hourly Rate | $14,320.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 5,707 | $0.65 each | $3,709.55 |
| B. Check Reissues | 1,844 | $0.95 each | $1,751.80 |

[1] Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $1,197.06.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices;  review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 121.3 Hrs. | $189.23 Avg. Hourly Rate | $22,953.00 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the  Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 91.8 Hrs. | $110.06 Avg. Hourly Rate | $10,103.50 |
| **VII. Outreach (Exhibit D)** | | | |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | 15.6 Hrs. | $125.00 Avg. Hourly Rate | $1,950.00 |
| **Total Fees** | | | **$186,883.59** |
| **Project Expense Total** | | | **$4,076.47** |
| **Sub Total** | | | **$190,960.06** |
| Outstanding Balance Prior Invoice #21611 | | | $247,470.15 |
| Outstanding Balance Prior Invoice #21822 | | | $160,595.05 |
| **Grand Total** | | ` | **$599,025.26** |



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| **Description** | |
| **Project Expenses** <br> For the period: March 1, 2017 through March 31, 2017 | |
| Printing, Copy, Fax Charges | $6.60 |
| FedEx, Messenger and Shipping | $212.89 |
| Postage | $3,832.14 |
| Project Supplies & Equipment | $6.03 |
| Translation | $18.81 |
| **Total:** | **$4,076.47** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC <br> 1531 Utah Ave South, Ste 600 <br> Seattle, WA 98134 <br><br><br> Terms: Net 30 days | – Or – | Garden City Group, LLC <br> Operating A/C <br> Signature Bank <br> 1225 Franklin Avenue <br> Garden City, NY 11530 <br><br> ABA # - 026013576 <br> A/C # - 1501168781 <br> Tax ID # - 58-0506554 <br> Swift Code - SIGNUS33 |



# Exhibit A to Invoice #22139
# Management of Call Center

**Period from 3/1/2017 to 3/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/01/2017 | 1.8 | $180.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/01/2017 | 4.5 | $450.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/01/2017 | 0.1 | $10.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/02/2017 | 7.5 | $750.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/02/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/02/2017 | 0.2 | $20.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/03/2017 | 4.0 | $400.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/03/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/03/2017 | 1.9 | $190.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/06/2017 | 3.1 | $310.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/06/2017 | 3.9 | $390.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/06/2017 | 0.1 | $20.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/07/2017 | 3.8 | $380.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/07/2017 | 0.3 | $60.00 | Management assistance IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/07/2017 | 1.0 | $100.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/08/2017 | 0.6 | $60.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/08/2017 | 5.1 | $510.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/08/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/08/2017 | 1.1 | $110.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/09/2017 | 4.6 | $460.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/09/2017 | 0.3 | $60.00 | Management assistance to customer service team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/10/2017 | 4.2 | $420.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/10/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/13/2017 | 2.3 | $230.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/13/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/13/2017 | 1.1 | $110.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/14/2017 | 1.7 | $170.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/14/2017 | 4.5 | $450.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/14/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/14/2017 | 0.2 | $20.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/15/2017 | 1.0 | $100.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/15/2017 | 4.3 | $430.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/15/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/16/2017 | 4.0 | $400.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 03/16/2017 | 0.2 | $20.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/16/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/17/2017 | 5.2 | $520.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/17/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |



# Exhibit A to Invoice #22139
# Management of Call Center

**Period from 3/1/2017 to 3/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/20/2017 | 5.2 | $520.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 03/20/2017 | 0.4 | $40.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/20/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/21/2017 | 0.2 | $20.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/21/2017 | 4.9 | $490.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/21/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/22/2017 | 4.9 | $490.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/22/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/22/2017 | 1.3 | $130.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/23/2017 | 6.0 | $600.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/23/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/24/2017 | 5.9 | $590.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/24/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/24/2017 | 1.9 | $190.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/27/2017 | 0.9 | $90.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/27/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/27/2017 | 1.2 | $120.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/28/2017 | 6.5 | $650.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/28/2017 | 0.2 | $40.00 | Management assistance to customer service team; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/28/2017 | 2.0 | $200.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 03/29/2017 | 0.9 | $90.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/29/2017 | 5.2 | $520.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 03/29/2017 | 0.3 | $60.00 | Management assistance to customer service team; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/29/2017 | 1.4 | $140.00 | Quality  call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/30/2017 | 5.3 | $530.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 03/31/2017 | 4.7 | $470.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 03/31/2017 | 1.1 | $110.00 | Quality call monitoring; |
| | | | | **Total Management of Call Center :** | **137.5** | **$14,320.00** | |



# Exhibit B to Invoice #22139
# Project Management

**Period from 3/1/2017 to 3/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/01/2017 | 0.7 | $70.00 | Log check into incoming check log. Copy and scan check. Endorse and bring check to the bank for deposit. Confirm positive pay exceptions. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/01/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/01/2017 | 2.1 | $577.50 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/01/2017 | 0.8 | $144.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 03/01/2017 | 0.1 | $12.50 | Compliance review; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/02/2017 | 0.7 | $77.00 | Reporting; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/02/2017 | 0.3 | $33.00 | Assist Rita with task; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/02/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/02/2017 | 0.6 | $60.00 | Confirm positive pay exceptions. Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/02/2017 | 1.8 | $495.00 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/02/2017 | 0.7 | $126.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 03/02/2017 | 0.1 | $12.50 | Compliance review; |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/03/2017 | 0.3 | $24.00 | Created and posted positive pay file; Check copy request |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 03/03/2017 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/03/2017 | 2.3 | $632.50 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/03/2017 | 0.6 | $108.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 03/03/2017 | 0.1 | $12.50 | Compliance review; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/06/2017 | 1.5 | $165.00 | Admin tasks; qa check file; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/06/2017 | 0.6 | $60.00 | Confirm positive pay exceptions. Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/06/2017 | 0.6 | $150.00 | Monitor/oversee the Banking and Distribution process. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/06/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/06/2017 | 2.1 | $577.50 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/06/2017 | 1.0 | $180.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/07/2017 | 2.4 | $264.00 | COA updates; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/07/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 03/07/2017 | 1.2 | $150.00 | Followed up with Chase regarding outstanding and pending AOFs, |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/07/2017 | 0.7 | $70.00 | Void checks at the bank and in the database. Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/07/2017 | 0.8 | $200.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/07/2017 | 1.5 | $412.50 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/07/2017 | 1.2 | $216.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/08/2017 | 1.8 | $198.00 | COA updates; |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/08/2017 | 1.3 | $143.00 | QA check file; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 03/08/2017 | 0.5 | $62.50 | Followed up with Chase regarding outstanding and pending AOFs, |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/08/2017 | 0.8 | $80.00 | Confirm positive pay exceptions. Update reconciliation. Update Banking summary. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/08/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/08/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/08/2017 | 2.4 | $660.00 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/08/2017 | 0.8 | $144.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 03/09/2017 | 0.5 | $100.00 | Acct maint. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/09/2017 | 0.7 | $70.00 | Confirm positive pay exceptions. Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/09/2017 | 0.9 | $225.00 | Monitor/oversee the Banking and Distribution process. Review, approve, and process the request to forward funds to the remainder account. |



# Exhibit B to Invoice #22139
# Project Management

**Period from 3/1/2017 to 3/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/09/2017 | 1.0 | $275.00 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/09/2017 | 0.9 | $162.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 03/09/2017 | 0.1 | $12.50 | Compliance review; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/10/2017 | 3.2 | $352.00 | COA updates; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/10/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 03/10/2017 | 2.5 | $312.50 | Provided account details and recon. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/10/2017 | 0.5 | $50.00 | Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 03/10/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/10/2017 | 1.2 | $300.00 | Monitor/oversee the Banking and Distribution process. Monitor/review the creation and results for the void file/stop payments produced for Operations. Monitor/review the creation of the account reconciliation report produced for Operations. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/10/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/10/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/10/2017 | 1.0 | $275.00 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/10/2017 | 0.6 | $108.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 03/10/2017 | 0.2 | $30.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/13/2017 | 1.1 | $121.00 | COA updates; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 03/13/2017 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/13/2017 | 0.6 | $60.00 | Update reconciliation. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/13/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/13/2017 | 1.7 | $467.50 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/13/2017 | 0.6 | $108.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 03/13/2017 | 0.3 | $45.00 | Compliance review |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/14/2017 | 1.2 | $132.00 | COA updates; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/14/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/14/2017 | 0.5 | $50.00 | Update reconciliation. |
| Stephens, Heather | Sr. Director, Operations | Inbound/Outbound | $225.00 | 03/14/2017 | 0.1 | $22.50 | Project oversight; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/14/2017 | 1.2 | $330.00 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/14/2017 | 0.8 | $144.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/15/2017 | 0.9 | $99.00 | COA updates; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/15/2017 | 0.5 | $50.00 | Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/15/2017 | 0.6 | $150.00 | Work with Operations and Finance to move the distribution account funding over to the settlement account from the Operating account. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/15/2017 | 2.1 | $577.50 | Project oversight; correspondence with counsel, DOI and FTI, Distribution efforts |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/15/2017 | 1.0 | $180.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/16/2017 | 0.9 | $99.00 | COA Updates, class member communications; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 03/16/2017 | 0.5 | $62.50 | Prepared and executed a wire transfer. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/16/2017 | 0.6 | $60.00 | Update reconciliation. Confirm positive pay exceptions. Download end of month statements. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 03/16/2017 | 0.2 | $30.00 | QA, approve and release wire |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/16/2017 | 0.2 | $50.00 | Note the incoming funds from the Trust. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/16/2017 | 1.9 | $522.50 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 03/16/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 03/16/2017 | 0.3 | $45.00 | OFAC review; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/17/2017 | 0.7 | $77.00 | COA Updates, class member communications; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/17/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |



# Exhibit B to Invoice #22139
# Project Management

**Period from 3/1/2017 to 3/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/17/2017 | 0.5 | $50.00 | Update reconciliation.  Confirm positive pay exceptions. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 03/17/2017 | 0.5 | $75.00 | create and post void file to bank website for reissues manually void checks at the bank and in the database |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/17/2017 | 0.7 | $175.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations.  Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/17/2017 | 1.7 | $136.00 | Check copy request (32 cks); Created and posted positive pay file |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/17/2017 | 1.1 | $302.50 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 03/17/2017 | 0.5 | $75.00 | Compliance review |
| Hamilton, Angela | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/20/2017 | 1.0 | $110.00 | QA entitlements; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 03/20/2017 | 1.7 | $212.50 | Worked with the bank regarding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/20/2017 | 0.7 | $70.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/20/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/20/2017 | 0.4 | $32.00 | Created and posted positive pay file; Check copy request (2 cks) |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/20/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/20/2017 | 0.8 | $220.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/20/2017 | 1.4 | $252.00 | Team oversight; direct tasks; answer questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/21/2017 | 1.6 | $176.00 | COA Updates, class member communications; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 03/21/2017 | 0.6 | $75.00 | Worked with the bank regarding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/21/2017 | 0.6 | $60.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/21/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/21/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/21/2017 | 1.2 | $330.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/21/2017 | 1.6 | $288.00 | Team oversight; direct tasks; answer questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/22/2017 | 1.1 | $121.00 | COA Updates, class member communications; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/22/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/22/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/22/2017 | 1.2 | $330.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/22/2017 | 1.8 | $324.00 | Team oversight; direct tasks; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 03/22/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/23/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/23/2017 | 0.1 | $15.00 | Mailroom management; |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/23/2017 | 1.4 | $252.00 | Team oversight; direct tasks; answer questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 03/23/2017 | 0.2 | $30.00 | Compliance review |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/24/2017 | 0.6 | $60.00 | Update reconciliation.  Pull check copies for Operations request. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 03/24/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/24/2017 | 0.3 | $24.00 | Created and posted positive pay file; Check copy request |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/24/2017 | 0.4 | $60.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/24/2017 | 2.5 | $687.50 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/24/2017 | 1.2 | $216.00 | Team oversight; direct tasks; answer questions from team members; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 03/24/2017 | 0.3 | $45.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/25/2017 | 2.5 | $687.50 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 03/27/2017 | 0.3 | $33.00 | COA, class member communications; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/27/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 03/27/2017 | 0.5 | $100.00 | Acct research |



# Exhibit B to Invoice #22139
# Project Management

**Period from 3/1/2017 to 3/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/27/2017 | 0.6 | $60.00 | Confirm positive pay exceptions.  Update reconciliation.  Void checks at the bank and in the database. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/27/2017 | 0.5 | $125.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations.  Monitor/review the creation of the account reconciliation report produced for Operations.  Monitor/oversee the Banking and Distribution process. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/27/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/27/2017 | 2.0 | $550.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 03/27/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/28/2017 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process.  Research the current investment rates for the excess funds if they are placed in an interest bearing sweep account. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/28/2017 | 3.0 | $825.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/28/2017 | 1.0 | $180.00 | Team oversight; direct tasks; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 03/28/2017 | 0.1 | $10.00 | QA outgoing mail; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 03/28/2017 | 0.2 | $25.00 | Compliance review; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/29/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/29/2017 | 1.5 | $412.50 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/29/2017 | 1.2 | $216.00 | Team oversight; direct tasks; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 03/29/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 03/29/2017 | 0.1 | $12.50 | Compliance review; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 03/30/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/30/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 03/30/2017 | 0.1 | $15.00 | QA banking summary |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/30/2017 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/30/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/30/2017 | 2.2 | $605.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/30/2017 | 1.0 | $180.00 | Team oversight; direct tasks; answer questions from team members; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 03/30/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| O'Loughlin, William | Sr. Project Manager | Operational Compliance | $150.00 | 03/30/2017 | 0.5 | $75.00 | Check audit; Mailing audit |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | $150.00 | 03/30/2017 | 0.2 | $30.00 | Compliance review |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 03/31/2017 | 0.7 | $70.00 | Confirm positive pay exceptions.  Update reconciliation. |
| DiTieri, Karen | Sr. Project Manager | Banking | $150.00 | 03/31/2017 | 0.2 | $30.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 03/31/2017 | 0.7 | $175.00 | Monitor/review the creation of the account reconciliation report produced for Operations.  Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 03/31/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 03/31/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | $275.00 | 03/31/2017 | 2.0 | $550.00 | Project oversight; distribution questions; reporting for counsel; questions from FTI |
| Discenza, Daniel | Ass't Director, Operations | Class Action - Seattle | $180.00 | 03/31/2017 | 1.0 | $180.00 | Team oversight; direct tasks; answer questions from team members; |
| | | | | **Total Project Management :** | **121.3** | **$22,953.00** | |



# Exhibit C to Invoice #22139
# Systems Support

**Period from 3/1/2017 to 3/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/01/2017 | 4.0 | $340.0 | Review entitlements; production data updates; check reissues; custom reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/01/2017 | 2.2 | $330.0 | Distribution activities to trust class members & related reporting; |
| Espinal, Christian | Data Control Administrator | Production Support - Data & Reporting | $110.00 | 03/02/2017 | 0.5 | $55.0 | Updated the project database application by installing and configuring enhancements made to the application using Powerbuilder; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/02/2017 | 0.4 | $60.0 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/03/2017 | 0.6 | $90.0 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/08/2017 | 0.7 | $105.0 | Distribution activities to trust class members & related reporting; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 03/09/2017 | 0.2 | $47.0 | Provide support for check reissues; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/09/2017 | 1.1 | $165.0 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/10/2017 | 0.4 | $60.0 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Data Analysis and Testing | $110.00 | 03/13/2017 | 0.8 | $88.0 | Perform data updates; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/13/2017 | 0.5 | $42.5 | Review entitlements; custom reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/13/2017 | 1.1 | $165.0 | Distribution activities to trust class members & related reporting; |
| Girard, Melissa | Data Analyst III | Data Analysis and Testing | $110.00 | 03/14/2017 | 1.1 | $121.0 | Perform data updates; |
| Haygood, John David | Director, Systems | Production Support - Data & Reporting | $235.00 | 03/14/2017 | 0.2 | $47.0 | Provide access for processing; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/14/2017 | 0.8 | $68.0 | Custom reporting request; review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/14/2017 | 2.3 | $345.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/15/2017 | 7.0 | $595.0 | Review entitlements; custom reporting request; check reissues; production data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/15/2017 | 0.9 | $135.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/16/2017 | 3.2 | $272.0 | Check reissues; pay moves; review entitlement requests; production data updates; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/16/2017 | 1.6 | $240.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/17/2017 | 3.4 | $289.0 | Check moves; data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/17/2017 | 2.4 | $360.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/20/2017 | 4.0 | $340.0 | Production data update; data reporting request; create entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/20/2017 | 3.3 | $495.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/21/2017 | 1.7 | $144.5 | Production data update; create entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/21/2017 | 0.7 | $105.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/22/2017 | 7.0 | $595.0 | Production data update; data reporting request meeting; entitlement review and creation; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/22/2017 | 1.1 | $165.0 | Distribution activities to trust class members & related reporting; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/23/2017 | 0.7 | $105.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/24/2017 | 0.2 | $17.0 | Data reporting request; data reporting request meeting; entitlement review and creation; |
| Mariconda, Philip | Data Analyst II | Data Analysis and Testing | $100.00 | 03/24/2017 | 0.2 | $20.0 | Reschedule Check Reissue report; |



# Exhibit C to Invoice #22139
# Systems Support

**Period from 3/1/2017 to 3/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/24/2017 | 4.6 | $690.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/27/2017 | 4.0 | $340.0 | Check reissues; entitlement requests; check move requests; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/27/2017 | 4.0 | $600.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/28/2017 | 1.5 | $127.5 | Review entitlements; production data updates; data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/28/2017 | 0.4 | $60.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/29/2017 | 7.0 | $595.0 | Check reissues; entitlement requests; check move requests; data reporting requests; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/29/2017 | 0.3 | $45.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/30/2017 | 4.8 | $408.0 | Data reporting request; create entitlements; review entitlements; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/30/2017 | 0.7 | $105.0 | Distribution activities to trust class members & related reporting; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 03/31/2017 | 6.2 | $527.0 | Data reporting request; |
| Ostrander, Samuel | Manager, Data Analysis | Production Support | $150.00 | 03/31/2017 | 4.0 | $600.0 | Distribution activities to trust class members & related reporting; |
| | | | | **Total Systems Support :** | **91.8** | **$10,103.5** | |



# Exhibit D to Invoice #22139
# Outreach

**Period from 3/1/2017 to 3/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **On-the-Ground Outreach** | | | | | | | |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 03/17/2017 | 2.9 | $362.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 03/21/2017 | 4.4 | $550.00 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 03/23/2017 | 2.1 | $262.50 | Review documentation from BIA outreach; |
| Shimomae, Maggie | Associate I | Class Action - Seattle | $125.00 | 03/24/2017 | 6.2 | $775.00 | Review documentation from BIA outreach; |
| | | | **Total On-the-Ground Outreach :** | | **15.6** | **$1,950.00** | |