

# INVOICE

**Invoice Date**  
08/31/17

**Invoice Number**  
0004128338-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

Reference #: 1410006162 SLH  
Billing Specialist: Erwin Gonzalez  
Email: egonzalez@jamsadr.com  
Telephone: (949) 224-4642  
Employer ID: 68-0542699

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**  
Representing: **N\A**  Neutral(s): **Hon. Richard Levie (Ret.)**  
Hearing Type: **Court Reference**  
**Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 08/27/17 | Hon. Richard Levie (Ret.)<br>Review submissions from the parties | 1.00 | 600.00 | 600.00 | 1 | 600.00 |
| 08/27/17 | Hon. Richard Levie (Ret.)<br>Draft Order | 0.40 | 600.00 | 240.00 | 1 | 240.00 |
| 08/28/17 | Hon. Richard Levie (Ret.)<br>Telephone conference with CC re order | 0.20 | 600.00 | 120.00 | 1 | 120.00 |
| 08/28/17 | Hon. Richard Levie (Ret.)<br>Draft Order | 7.30 | 600.00 | 4,380.00 | 1 | 4,380.00 |
| 08/29/17 | Hon. Richard Levie (Ret.)<br>Draft Order; Review submissions from the parties | 3.20 | 600.00 | 1,920.00 | 1 | 1,920.00 |
| 08/29/17 | Hon. Richard Levie (Ret.)<br>Telephone conference with GCG | 0.20 | 600.00 | 120.00 | 1 | 120.00 |
| 08/31/17 | Case Management Fee | | | | | 738.00 |

|  | Fees | 8,118.00 |
|---|---|---|
|  | Total $ | 8,118.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:  
P.O. Box 845402  
Los Angeles, CA 90084

Overnight mail:  
18881 Von Karman Ave. Suite 350  
Irvine, CA 92612



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**

Hearing Type: **Court Reference**   REFERENCE #: **1410006162**   **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | Outstanding Balance as of 09/01/17 | | | $ | 8,184.00 |