

# INVOICE

**Invoice Date**  
09/29/17

**Invoice Number**  
0004153414-410

To: **David C. Smith, Esq.**  
**Kilpatrick Townsend & Stockton LLP**  
**607 14th Street, NW**  
**Suite 900**  
**Washington, DC 20005**

Reference #: **1410006162** SLH  
Billing Specialist: **Erwin Gonzalez**  
Email: **egonzalez@jamsadr.com**  
Telephone: **(949) 224-4642**  
Employer ID: **68-0542699**

RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**  
Representing: **N\A**   Neutral(s): **Hon. Richard Levie (Ret.)**  
Hearing Type: **Court Reference**   **Rep# 1**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 09/01/17 | Hon. Richard Levie (Ret.) Draft Order | 3.00 | 600.00 | 1,800.00 | 1 | 1,800.00 |
| 09/01/17 | Hon. Richard Levie (Ret.) Review info re: GCG | 0.50 | 600.00 | 300.00 | 1 | 300.00 |
| 09/07/17 | Hon. Richard Levie (Ret.) Draft Order | 2.40 | 600.00 | 1,440.00 | 1 | 1,440.00 |
| 09/10/17 | Hon. Richard Levie (Ret.) Draft Order | 1.90 | 600.00 | 1,140.00 | 1 | 1,140.00 |
| 09/29/17 | Case Management Fee | | | | | 468.00 |
| | | | | **Fees** | | 5,148.00 |
| 09/04/17 | Hon. Richard Levie (Ret.) Research Assistant C. Calce for services rendered from 6/10/17 - 9/4/17. Total Time: 15.00 Hours | | | 5,250.00 | 1 | 5,250.00 |
| | | | | **Expenses/Retainers** | | 5,250.00 |
| | | | | **Total** | $ | 10,398.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:  
**P.O. Box 845402**  
**Los Angeles, CA 90084**

Overnight mail:  
**18881 Von Karman Ave. Suite 350**  
**Irvine, CA 92612**



RE: **Cobell, Elouise Pepion et al. vs. Slazar, Ken, Secretary of the Interior et al.**
Hearing Type: **Court Reference**  REFERENCE #: **1410006162**  **Rep# 1**

| Date/Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | Outstanding Balance as of 10/02/17 | | $ 18,582.00 | | |