

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/22/2017 | 22178 |
| PERIOD START | THROUGH DATE |
| 4/1/2017 | 4/30/2017 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

David C. Smith, Esq.

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

**Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar**

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Fees** | | | |
| **II. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 323.4 Hrs. | $99.30 Avg. Hourly Rate | $32,115.00 |
| B. Scan Mail | 2,186 | $0.12 each | $262.32 |
| C. Prep Mail | 27.6 Hrs. | $45.00 per hour | $1,242.00 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,215 | $1.50 per box per month | $1,822.50 |
| Electronic | 3,939,627 | $0.008 per image/record per month | $30,483.98 |
| **III. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 14,122 | $0.26 per minute | $3,671.72 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 786.8 Hrs. | $45.00 per hour | $35,406.00 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions.  Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 123.9 Hrs. | $104.34 Avg. Hourly Rate | $12,928.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 2,224 | $0.65 each | $1,445.60 |
| B. Check Reissues | 200 | $0.95 each | $190.00 |

1Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $847.32.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices;  review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 113.4 Hrs. | $170.30 Avg. Hourly Rate | $19,311.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the  Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 153.6 Hrs. | $99.61 Avg. Hourly Rate | $15,300.50 |
| **Total Fees** | | | **$154,179.12** |
| **Project Expense Total** | | | **$1,359.44** |
| **Sub Total** | | | **$155,538.56** |
| Outstanding Balance Prior Invoice #21611 | | | $247,470.15 |
| Outstanding Balance Prior Invoice #21822 | | | $160,595.05 |
| Outstanding Balance Prior Invoice #22139 | | | $190,960.06 |
| **Grand Total** | | ` | **$754,563.82** |

# EXHIBIT A



| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| Description | |
| **Project Expenses** | |
| For the period: April 1, 2017 through April 30, 2017 | |
| Printing, Copy, Fax Charges | $2.70 |
| FedEx, Messenger and Shipping | $64.73 |
| Postage | $1,285.86 |
| Project Supplies & Equipment | $6.15 |
| **Total:** | **$1,359.44** |

| Please Remit To: | | |
|---|---|---|
| Garden City Group, LLC | – Or – | Garden City Group, LLC |
| 1531 Utah Ave South, Ste 600 | | Operating A/C |
| Seattle, WA 98134 | | Signature Bank |
| | | 1225 Franklin Avenue |
| | | Garden City, NY 11530 |
| Terms: Net 30 days | | ABA # - 026013576 |
| | | A/C # - 1501168781 |
| | | Tax ID # - 58-0506554 |
| | | Swift Code - SIGNUS33 |


**Period from 4/1/2017 to 4/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| **Management of Call Center** | | | | | | | |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/03/2017 | 4.3 | $430.00 | Supervisory assistance to call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | 100.00 | 04/03/2017 | 0.2 | $20.00 | Quality call monitoring; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/04/2017 | 1.3 | $130.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/04/2017 | 4.7 | $470.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | 100.00 | 04/04/2017 | 0.3 | $30.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/04/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/05/2017 | 1.0 | $100.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/05/2017 | 5.5 | $550.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | 100.00 | 04/05/2017 | 0.2 | $20.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/05/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/06/2017 | 4.5 | $450.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | 100.00 | 04/06/2017 | 0.7 | $70.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/06/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | 100.00 | 04/06/2017 | 0.3 | $30.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/07/2017 | 5.0 | $500.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/07/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/10/2017 | 2.3 | $230.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/10/2017 | 5.8 | $580.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/10/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Martin, Alecia | Command Center Supervisor | Call Center | 100.00 | 04/11/2017 | 0.4 | $40.00 | Supervisory assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/11/2017 | 1.3 | $130.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/11/2017 | 5.8 | $580.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/11/2017 | 0.6 | $120.00 | Management assistance to customer service team; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/12/2017 | 2.3 | $230.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/12/2017 | 5.9 | $590.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/12/2017 | 0.2 | $40.00 | Management assistance to customer service team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/13/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/13/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/14/2017 | 5.8 | $580.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/14/2017 | 0.1 | $20.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/17/2017 | 5.2 | $520.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | 100.00 | 04/17/2017 | 0.1 | $10.00 | Supervisory  assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/17/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |



**Period from 4/1/2017 to 4/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/18/2017 | 5.0 | $500.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/18/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/19/2017 | 4.7 | $470.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | 100.00 | 04/19/2017 | 0.2 | $20.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/19/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/20/2017 | 5.3 | $530.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | 100.00 | 04/20/2017 | 0.4 | $40.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/20/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Persad, Saanjeet | Ass't Director, Operations | Class Action - Ohio | 180.00 | 04/21/2017 | 0.6 | $108.00 | Call-Center management; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/21/2017 | 5.0 | $500.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/21/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/24/2017 | 1.0 | $100.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/24/2017 | 4.6 | $460.00 | Supervisory assistance to call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/25/2017 | 1.5 | $150.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/25/2017 | 3.3 | $330.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/25/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/26/2017 | 0.5 | $50.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/26/2017 | 4.1 | $410.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/26/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/27/2017 | 3.2 | $320.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/27/2017 | 4.7 | $470.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | 200.00 | 04/27/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | 100.00 | 04/28/2017 | 1.2 | $120.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | 100.00 | 04/28/2017 | 5.1 | $510.00 | Supervisory assistance to call center; |
| | | | **Total Management of Call Center :** | | **123.9** | **$12,928.00** | |



# Exhibit B to Invoice #22178
## Project Management

**Period from 4/1/2017 to 4/30/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/03/2017 | 1.3 | $357.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/03/2017 | 3.4 | $374.00 | COA updates, add to file; |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/03/2017 | 0.4 | $40.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | 150.00 | 04/03/2017 | 0.3 | $45.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/04/2017 | 2.2 | $605.00 | Work on counsel report on status; distribution efforts; general project oversight |
| Discenza, Daniel | Operations Trainer | Class Action - Seattle | 180.00 | 04/04/2017 | 0.6 | $108.00 | Coordinate and assist with staffing and task changes; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/04/2017 | 1.2 | $132.00 | Website COA updates; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | 100.00 | 04/04/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/04/2017 | 2.0 | $250.00 | Updated AOF log. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/04/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/05/2017 | 1.9 | $522.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/05/2017 | 1.1 | $121.00 | Website COA updates; |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/05/2017 | 0.5 | $100.00 | Printed stubs for distribution tomorrow. |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/05/2017 | 0.5 | $62.50 | Followed up this the bank regarding AOF denial. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/05/2017 | 0.4 | $40.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/05/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/06/2017 | 1.5 | $412.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/06/2017 | 1.3 | $143.00 | Website COA updates; |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/06/2017 | 0.3 | $37.50 | Provided AOF update. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/06/2017 | 0.4 | $40.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Mendez, Eileen | Project Administrator | Banking | 80.00 | 04/06/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | 150.00 | 04/06/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/07/2017 | 2.1 | $577.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/07/2017 | 1.1 | $121.00 | Website COA updates; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | 100.00 | 04/07/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/07/2017 | 0.5 | $100.00 | Acct maint |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/07/2017 | 5.0 | $625.00 | Updated AOF log with credit and denials received. Provided update to the project manager. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/07/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | 150.00 | 04/07/2017 | 0.1 | $15.00 | OFAC review; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | 150.00 | 04/07/2017 | 0.2 | $30.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/10/2017 | 3.1 | $852.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/10/2017 | 0.8 | $88.00 | Website COA updates; |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/10/2017 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/10/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/11/2017 | 1.9 | $522.50 | Distribution efforts; general project oversight |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/11/2017 | 1.4 | $252.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/11/2017 | 1.1 | $121.00 | Website COA updates; |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/11/2017 | 0.5 | $100.00 | Acct maint |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/11/2017 | 0.6 | $60.00 | Confirm positive pay exceptions.  Update reconciliation.  Void checks at the bank and in the database. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/11/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/11/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/12/2017 | 2.1 | $577.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/12/2017 | 2.0 | $360.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/12/2017 | 0.5 | $55.00 | Website COA updates; |



# Exhibit B to Invoice #22178
## Project Management

**Period from 4/1/2017 to 4/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/12/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/12/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | 150.00 | 04/12/2017 | 0.1 | $15.00 | OFAC review; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/13/2017 | 1.0 | $275.00 | Work on counsel report on status; distribution efforts; general project oversight |
| Cirami, Stephen | Senior Management capped @ $295 | Operations Management | 295.00 | 04/13/2017 | 0.2 | $59.00 | Project Management |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | 100.00 | 04/13/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/13/2017 | 0.6 | $60.00 | Confirm positive pay exceptions.  Update reconciliation.  Post void file. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/13/2017 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | 80.00 | 04/13/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/13/2017 | 0.2 | $20.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Whelan, Thomas | Sr. Project Manager | Privacy & Compliance | 150.00 | 04/13/2017 | 0.4 | $60.00 | Compliance review |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/14/2017 | 0.9 | $247.50 | Work on counsel report on status; distribution efforts; general project oversight |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/14/2017 | 0.7 | $87.50 | Followed up with Chase regarding pending AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/14/2017 | 0.7 | $70.00 | Confirm positive pay exceptions.  Update reconciliation.  Update Banking summary. |
| DiTieri, Karen | Ass't Director, Banking | Banking | 180.00 | 04/14/2017 | 0.2 | $36.00 | create and post void file |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/14/2017 | 0.8 | $200.00 | Monitor/oversee the Banking and Distribution process.  Review, approve, and process the return of funds to the remainder account.  Monitor/review the creation of the account reconciliation report produced for Operations. |
| Mendez, Eileen | Project Administrator | Banking | 80.00 | 04/14/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | 150.00 | 04/14/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/17/2017 | 1.5 | $412.50 | Project management and distribution oversight |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/17/2017 | 0.5 | $100.00 | Acct maint |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/17/2017 | 0.3 | $37.50 | Provided account details. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/17/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/17/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process.  Start the process to add an investment account to the settlement to keep the funds earning a return until the checks are presented. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | 150.00 | 04/17/2017 | 0.1 | $15.00 | Mailroom management; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/17/2017 | 0.1 | $10.00 | QA Seattle mail intakes and scanning requests made via email & fax; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/18/2017 | 2.1 | $577.50 | Project management and distribution oversight |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/18/2017 | 1.4 | $252.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Cabuang, Catalina | Project Supervisor | Inbound/Outbound | 100.00 | 04/18/2017 | 0.1 | $10.00 | Process received class member fax communications; |
| Hamilton, Angela | Project Manager I | Class Action - Seattle | 125.00 | 04/18/2017 | 0.5 | $62.50 | Administrative support to project; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | 100.00 | 04/18/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/18/2017 | 2.0 | $250.00 | Prepared and executed a wire transfer. Worked with the bank regarding AOF credits received. Provided account details. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/18/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| DiTieri, Karen | Ass't Director, Banking | Banking | 180.00 | 04/18/2017 | 0.2 | $36.00 | QA wireconfirm and release wire |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/18/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | 150.00 | 04/18/2017 | 0.1 | $15.00 | Mailroom management; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/19/2017 | 1.6 | $440.00 | Project management and distribution oversight |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/19/2017 | 1.7 | $212.50 | Updated AOF log with credits and denials received. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/19/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/19/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | 80.00 | 04/19/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/20/2017 | 0.9 | $247.50 | Project management and distribution oversight |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/20/2017 | 1.5 | $150.00 | Process Add to File queue; |



# Exhibit B to Invoice #22178
## Project Management

**Period from 4/1/2017 to 4/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/20/2017 | 0.7 | $126.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Cabuang, Catalina | Project Supervisor | Inbound/Outbound | 100.00 | 04/20/2017 | 1.7 | $170.00 | Training how to process add to file; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/20/2017 | 1.1 | $121.00 | COA updates; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | 100.00 | 04/20/2017 | 1.5 | $150.00 | Add to file Processing training (1.3);Processed add to file (0.2); |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/20/2017 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/20/2017 | 0.5 | $62.50 | Followed up with Chase regarding outstanding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/20/2017 | 0.7 | $70.00 | Pull check copies for Operations request.  Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/20/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/21/2017 | 1.1 | $302.50 | Project management and distribution oversight |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/21/2017 | 0.9 | $162.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | 100.00 | 04/21/2017 | 3.3 | $330.00 | Processed add to file (3.3); |
| Aitala, Gaetano S. | Director, Banking | Banking | 200.00 | 04/21/2017 | 1.0 | $200.00 | Voids, prepped reissues of a cashed check - 8. |
| Arabov, Anna | Project Manager I | Banking | 125.00 | 04/21/2017 | 0.5 | $62.50 | Worked with the bank regarding establishing an investment account. |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/21/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| DiTieri, Karen | Ass't Director, Banking | Banking | 180.00 | 04/21/2017 | 0.3 | $54.00 | manually void checks in database and at the bank |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/21/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process.  Complete the approval and documentation process to add the investment account to the settlement to keep the funds earning a return until the checks are presented.  Follow up with the Bank. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/21/2017 | 0.1 | $10.00 | QA emails and Seattle mail intakes & scanning requests made via email & fax; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | 125.00 | 04/21/2017 | 0.1 | $12.50 | Compliance review; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/24/2017 | 1.2 | $330.00 | Project management and distribution oversight |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/24/2017 | 1.1 | $110.00 | Process Add to File queue; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/24/2017 | 0.6 | $108.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Cabuang, Catalina | Project Supervisor | Inbound/Outbound | 100.00 | 04/24/2017 | 1.5 | $150.00 | Process Add to File; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/24/2017 | 2.7 | $297.00 | COA April updates; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | 100.00 | 04/24/2017 | 1.7 | $170.00 | Processed add to file (1.7); |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/24/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| DiTieri, Karen | Ass't Director, Banking | Banking | 180.00 | 04/24/2017 | 0.2 | $36.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/24/2017 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process.  Work with the bank to set up the investment sweep account requested by the Counsel and Operations. |
| Mendez, Eileen | Project Administrator | Banking | 80.00 | 04/24/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | 150.00 | 04/24/2017 | 0.1 | $15.00 | Mailroom management; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | 125.00 | 04/24/2017 | 0.2 | $25.00 | Compliance review; |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/25/2017 | 3.1 | $852.50 | Project management and distribution oversight |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/25/2017 | 1.6 | $288.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Cabuang, Catalina | Project Supervisor | Inbound/Outbound | 100.00 | 04/25/2017 | 0.5 | $50.00 | Process Add to File; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/25/2017 | 1.3 | $143.00 | COA April updates cont.; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | 100.00 | 04/25/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/25/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/25/2017 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | 80.00 | 04/25/2017 | 2.0 | $160.00 | Provided 29 check copies to K. Waldher |
| Castaneda, Lori | Vice President, Business Development | Marketing & Development | 275.00 | 04/26/2017 | 1.5 | $412.50 | Project management and distribution oversight |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/26/2017 | 1.2 | $132.00 | COA April updates cont.; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | 100.00 | 04/26/2017 | 0.7 | $70.00 | Processed add to file (0.7); |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/26/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/26/2017 | 0.1 | $25.00 | Monitor/oversee the Banking and Distribution process. |



**Period from 4/1/2017 to 4/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|------------|------|------|-------|--------|-------|
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | 180.00 | 04/27/2017 | 0.4 | $72.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/27/2017 | 0.9 | $99.00 | COA April updates cont.; |
| Campbell, Valerie | Project Supervisor | Banking | 100.00 | 04/27/2017 | 0.3 | $30.00 | Update reconciliation. |
| DiTieri, Karen | Ass't Director, Banking | Banking | 180.00 | 04/27/2017 | 0.3 | $54.00 | manual void check at bank and in the database |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/27/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | 100.00 | 04/27/2017 | 0.1 | $10.00 | QA emails and Seattle mail intakes & scanning requests made via email & fax; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | 125.00 | 04/27/2017 | 0.2 | $25.00 | Compliance review; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | 110.00 | 04/28/2017 | 1.4 | $154.00 | COA April updates cont.; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | 100.00 | 04/28/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| DiTieri, Karen | Ass't Director, Banking | Banking | 180.00 | 04/28/2017 | 0.5 | $90.00 | account opening process for investment account |
| Kuveke, Kenneth | Ass't VP Banking | Banking | 250.00 | 04/28/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| | | | **Total Project Management :** | | **113.4** | **$19,311.50** | |



# Exhibit C to Invoice #22178
# Systems Management

**Period from 4/1/2017 to 4/30/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| **Systems Support** | | | | | | | |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/03/2017 | 3.0 | $255.00 | Entitlement review and creation; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/04/2017 | 7.0 | $595.00 | Entitlement creation; entitlement review; check reissue requests; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/05/2017 | 5.5 | $467.50 | Entitlement creation; entitlement review; check reissue requests; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/06/2017 | 4.1 | $348.50 | Entitlement creation; entitlement review; check reissue requests; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/07/2017 | 5.2 | $442.00 | Entitlement creation; entitlement review; reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/10/2017 | 6.0 | $510.00 | Data reporting request; entitlement review/creation; |
| Mariconda, Philip | Data Analyst II | Operations Analysis and Reporting | 100.00 | 04/10/2017 | 0.2 | $20.00 | Planning for data cleansing automation; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/11/2017 | 5.0 | $425.00 | Meeting; production data updates; reporting requests; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/12/2017 | 7.0 | $595.00 | Meeting; production data updates; reporting requests; check reissues; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | 110.00 | 04/13/2017 | 0.4 | $44.00 | Run update script; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/13/2017 | 4.2 | $357.00 | Remainder account sweeps; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support | 200.00 | 04/13/2017 | 1.2 | $240.00 | Create void file. |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/14/2017 | 2.4 | $204.00 | Data reporting requests; training; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support | 200.00 | 04/14/2017 | 0.5 | $100.00 | Mark voided checks in the database. |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/17/2017 | 0.4 | $80.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/17/2017 | 6.1 | $518.50 | Data reporting request; meeting; check reissues; production data updates; entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/18/2017 | 4.3 | $365.50 | Data reporting requests; training meeting; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/19/2017 | 1.0 | $200.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/19/2017 | 1.8 | $153.00 | Data reporting requests; training meeting; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/20/2017 | 1.1 | $220.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/20/2017 | 4.6 | $391.00 | Check reissues; production data updates; entitlements; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/21/2017 | 0.8 | $160.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/21/2017 | 8.1 | $688.50 | Check reissues; entitlements; training; |
| Mariconda, Philip | Data Analyst II | Operations Analysis and Reporting | 100.00 | 04/21/2017 | 0.2 | $20.00 | Planning for project classes; |
| Giltner, William | Data Analyst II | Production Support | 100.00 | 04/24/2017 | 1.3 | $130.00 | Data reporting requests; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/24/2017 | 1.8 | $360.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/24/2017 | 7.0 | $595.00 | Create/review entitlements; data reporting request; |
| Mariconda, Philip | Data Analyst II | Operations Analysis and Reporting | 100.00 | 04/24/2017 | 2.5 | $250.00 | Set up SSRS automation for a regular report; |
| Paine, James | Data Analyst III | Production Support | 110.00 | 04/24/2017 | 1.0 | $110.00 | IIM case background and training; |
| Talbert, Jack | Data Analyst II | Production Support | 100.00 | 04/24/2017 | 0.8 | $80.00 | Train new reporting (0.80); |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analytics | Operations Analysis and Reporting | 250.00 | 04/24/2017 | 1.0 | $250.00 | Review of project documents in advance of reporting requirements meeting |
| Giltner, William | Data Analyst II | Production Support | 100.00 | 04/25/2017 | 1.7 | $170.00 | Case Training; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | 110.00 | 04/25/2017 | 2.0 | $220.00 | Attend case overview training; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/25/2017 | 0.8 | $160.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/25/2017 | 6.3 | $535.50 | Check reissues; entitlement creation/review; production data update; |
| Machnica, Martin | Data Analyst II | Operations Analysis and Reporting | 100.00 | 04/25/2017 | 1.8 | $180.00 | Training; |
| Mariconda, Philip | Data Analyst II | Operations Analysis and Reporting | 100.00 | 04/25/2017 | 2.5 | $250.00 | Project training; study database; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | 125.00 | 04/25/2017 | 2.0 | $250.00 | Project training; |
| Paine, James | Data Analyst III | Production Support | 110.00 | 04/25/2017 | 2.0 | $220.00 | IIM case background and training; |
| Sanders, Adam | Data Analyst II | Operations Analysis and Reporting | 100.00 | 04/25/2017 | 2.0 | $200.00 | IIM Systems Support Training; |
| Talbert, Jack | Data Analyst II | Production Support | 100.00 | 04/25/2017 | 2.0 | $200.00 | Systems training (2.00); |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analytics | Operations Analysis and Reporting | 250.00 | 04/25/2017 | 1.5 | $375.00 | Meeting with C. Lesh and team in re reporting requirements and transition of various tasks |



**Exhibit C to Invoice #22178**
**Systems Management**

**Period from 4/1/2017 to 4/30/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|------|-------|-----------|------|------|-------|--------|-------|
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/26/2017 | 1.1 | $220.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/26/2017 | 7.0 | $595.00 | Create/review entitlements; data reporting request; check reissues; production data update; draft training materials; |
| Paine, James | Data Analyst III | Production Support | 110.00 | 04/26/2017 | 1.5 | $165.00 | IIM training; Review of case protocols and documents; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/27/2017 | 0.8 | $160.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/27/2017 | 7.0 | $595.00 | Production data change; review entitlements; draft training materials; |
| Paine, James | Data Analyst III | Production Support | 110.00 | 04/27/2017 | 4.0 | $440.00 | IIM training; Review of case protocols and documents; |
| Talbert, Jack | Data Analyst II | Production Support | 100.00 | 04/27/2017 | 4.0 | $400.00 | Create one note entry (3.00);Systems meeting (1.00); |
| Giltner, William | Data Analyst II | Production Support | 100.00 | 04/28/2017 | 0.2 | $20.00 | Data reporting requests; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | 200.00 | 04/28/2017 | 0.6 | $120.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | 85.00 | 04/28/2017 | 5.3 | $450.50 | Production data changes; OST returns; draft training materials; |
| Talbert, Jack | Data Analyst II | Production Support | 100.00 | 04/28/2017 | 2.0 | $200.00 | Create custom AAS (2.00); |
| | | **Total Systems Support :** | | | **153.6** | **$15,300.50** | |