# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 6/27/2017 | 22360 |
| **PERIOD START** | **THROUGH DATE** |
| 5/1/2017 | 5/31/2017 |

Cobell v. Salazar Class Counsel

c/o William E. Dorris, Esq.

David C. Smith, Esq.

Kilpatrick Townsend & Stockton LLP

607 14th Street NW, Suite 900

Washington D.C. 20005-2018

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **II. Claim Review Process/Estate Heir Review** | | | |
| A. Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | 188.7 Hrs. | $100.00 Avg. Hourly Rate | $18,870.00 |
| B. Scan Mail | 2,724 | $0.12 each | $326.88 |
| C. Prep Mail | 30.3 Hrs. | $45.00 per hour | $1,363.50 |
| D. Document Storage | | | |
| Paper (includes all retrievals) | 1,215 | $1.50 per box per month | $1,822.50 |
| Electronic | 3,942,351 | $0.008 per image/record per month | $31,520.91 |
| **III. Contact Services** | | | |
| A. IVR Minutes, including long distance and line charges[1] | 13,847 | $0.26 per minute | $3,600.22 |
| B. CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, administrative mail, outreach and e-mails. | 818.1 Hrs. | $45.00 per hour | $36,814.50 |
| **C. Management of Call Center (Exhibit A)** | | | |
| Overall management of the call center including updating scripting, protocols and frequently asked questions. Supervising escalation process. Handling Claimant escalations and follow-up in coordination with Project Management team. Monitoring, analyzing and reporting statistics related to inbound call activity, quality call monitoring, and other call center management activities. | 112.3 Hrs. | $103.83 Avg. Hourly Rate | $11,660.00 |
| **IV. Distribution Services** | | | |
| A. Printing of Checks (with explanatory information) | 3,451 | $0.65 each | $2,243.15 |
| B. Check Reissues | 130 | $0.95 each | $123.50 |

[1]Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $830.82.



# INVOICE

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **V. Project Management (Exhibit B)** | | | |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities. | 233.3 Hrs. | $136.73 Avg. Hourly Rate | $31,898.50 |
| **VI. Systems Support (Exhibit C)** | | | |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | 174.6 Hrs. | $102.30 Avg. Hourly Rate | $17,862.00 |
| **Total Fees** | | | **$158,105.66** |
| **Project Expense Total** | | | **$3,295.38** |
| **Sub Total** | | | **$161,401.04** |
| Outstanding Balance Prior Invoice #22178 | | | $155,538.56 |
| **Grand Total** | | ` | **$316,939.60** |



# EXHIBIT A

| Project Name: Elouise Pepion Cobell, et al. vs. Ken Salazar | |
|---|---|
| **Description** | |
| **Project Expenses**<br>For the period: May 1, 2017 through May 31, 2017 | |
| Printing, Copy, Fax Charges | $1.50 |
| FedEx, Messenger and Shipping | $23.30 |
| P. O. Box Renewal | $1,300.00 |
| Court Document Searches | $69.90 |
| Postage | $1,890.32 |
| Project Supplies & Equipment | $10.36 |
| **Total:** | **$3,295.38** |

| Please remit to: | | |
|---|---|---|
| Garden City Group, LLC<br>1531 Utah Ave South, Ste 600<br>Seattle, WA 98134<br><br>Terms: Net 30 days | – Or – | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |



# Exhibit A to Invoice #22360
# Management of Call Center

**Period from 5/1/2017 to 5/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 05/01/2017 | 0.7 | $70.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/01/2017 | 5.8 | $580.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/01/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Parham, Anthony | Call Center Supervisor | Call Center | $100.00 | 05/02/2017 | 1.0 | $100.00 | Management of Call Center |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/02/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/03/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/04/2017 | 5.0 | $500.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/04/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/05/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/08/2017 | 5.7 | $570.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/08/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/09/2017 | 4.7 | $470.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/09/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/10/2017 | 5.1 | $510.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/10/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/11/2017 | 3.0 | $300.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/12/2017 | 3.7 | $370.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/12/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 05/15/2017 | 0.8 | $80.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/15/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 05/16/2017 | 1.1 | $110.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/16/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 05/17/2017 | 0.5 | $50.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/17/2017 | 0.2 | $40.00 | Management assistance to customer service team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/18/2017 | 6.9 | $690.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/19/2017 | 5.3 | $530.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/22/2017 | 6.6 | $660.00 | Supervisory assistance to call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/22/2017 | 0.4 | $80.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/23/2017 | 5.8 | $580.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 05/23/2017 | 0.9 | $90.00 | Supervisory assistance to contact center team; |



# Exhibit A to Invoice #22360
# Management of Call Center

**Period from 5/1/2017 to 5/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/23/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 05/24/2017 | 2.5 | $250.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/24/2017 | 4.8 | $480.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/25/2017 | 5.6 | $560.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 05/25/2017 | 0.7 | $70.00 | Supervisory assistance to contact center team; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/26/2017 | 5.0 | $500.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 05/26/2017 | 0.9 | $90.00 | Supervisory assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/26/2017 | 0.3 | $60.00 | Management assistance to IIM call center; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 05/30/2017 | 2.5 | $250.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/30/2017 | 4.9 | $490.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 05/30/2017 | 0.8 | $80.00 | Supervisory  assistance to contact center team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 05/30/2017 | 0.2 | $40.00 | Management assistance to IIM call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 05/31/2017 | 5.9 | $590.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 05/31/2017 | 0.4 | $40.00 | Supervisory  assistance to contact center team; |

**Total Management of Call Center :**   **112.3**   **$11,660.00**



# Exibit B to Invoice #22360
# Project Management

**Period from 5/1/2017 to 5/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/01/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/01/2017 | 0.6 | $165.00 | Team oversight; correspondence with FTI; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 05/01/2017 | 0.7 | $77.00 | April / May COA updates; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 05/01/2017 | 0.4 | $40.00 | QA emails and Seattle mail intakes & scanning requests made via email & fax (0.1); QA outgoing mail (0.3); |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/01/2017 | 0.1 | $8.00 | Provided check copy |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/01/2017 | 0.1 | $15.00 | Mailroom management; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/01/2017 | 7.9 | $987.50 | Review information re: Settlement distribution; |
| Cabuang, Catalina | Project Supervisor | Inbound/Outbound | $100.00 | 05/02/2017 | 1.5 | $150.00 | Process add to file; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/02/2017 | 0.3 | $30.00 | Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/02/2017 | 2.3 | $632.50 | Team oversight; correspondence with FTI; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 05/02/2017 | 1.8 | $198.00 | May COA updates; |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 05/02/2017 | 0.4 | $72.00 | correspondence regarding investment account |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/02/2017 | 1.6 | $288.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/02/2017 | 3.1 | $310.00 | Processed add to file (3.1) |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/02/2017 | 7.5 | $937.50 | Review information re: Settlement distribution; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 05/03/2017 | 1.5 | $165.00 | May COA updates; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/03/2017 | 0.6 | $150.00 | Monitor/oversee the Banking and Reissue Payment Process. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/03/2017 | 0.1 | $12.50 | Compliance review; |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/03/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/03/2017 | 3.7 | $370.00 | Organized e-mails (0.2); Call with A. Raas (0.2); Took mail to/from dock/lobby (0.6); FedEx (0.3); Wrote wrapup, reconned services and met with team (0.7); Tenrox (0.3); Monitored for services (1.4); |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 05/03/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/03/2017 | 3.4 | $425.00 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/04/2017 | 1.5 | $187.50 | Worked with Chase regarding outstanding/pending AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/04/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/04/2017 | 7.5 | $937.50 | Review information re: Settlement distribution; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 05/05/2017 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/05/2017 | 1.0 | $125.00 | Worked with Chase regarding outstanding/pending AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/05/2017 | 0.4 | $100.00 | Circulate the bank confirmation of the setup for the investment sweep account.  Monitor/oversee the Banking and Reissue Payment Process. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/05/2017 | 0.1 | $12.50 | Compliance review; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/05/2017 | 0.4 | $72.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/08/2017 | 1.8 | $225.00 | Worked with Chase regarding outstanding/pending AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/08/2017 | 0.4 | $40.00 | Update reconciliation. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/08/2017 | 0.1 | $15.00 | Mailroom management; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/08/2017 | 0.3 | $54.00 | Team oversight; coordinate project tasks; handle questions from team members; |



# Exibit B to Invoice #22360
# Project Management

**Period from 5/1/2017 to 5/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/08/2017 | 1.1 | $110.00 | Processed add to files (1.1); |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/08/2017 | 6.5 | $812.50 | Review information re: Settlement distribution; |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/09/2017 | 1.1 | $302.50 | Team oversight; correspondence with FTI; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/09/2017 | 0.1 | $15.00 | Mailroom management; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/09/2017 | 1.2 | $216.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/09/2017 | 2.2 | $220.00 | Processed add to files (2.2); |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 05/09/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/09/2017 | 8.1 | $1,012.50 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/10/2017 | 1.7 | $212.50 | Worked with Chase regarding outstanding/pending AOFs. |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 05/10/2017 | 0.2 | $30.00 | OFAC review; |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/10/2017 | 0.9 | $247.50 | Team oversight; correspondence with FTI; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 05/10/2017 | 0.5 | $55.00 | May COA updates; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/10/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/10/2017 | 0.1 | $12.50 | Compliance review; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/10/2017 | 0.3 | $54.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/10/2017 | 2.3 | $230.00 | Processed add to files (2.3); |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/10/2017 | 8.1 | $1,012.50 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/11/2017 | 1.7 | $212.50 | Worked with Chase regarding outstanding/pending AOFs. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/11/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/11/2017 | 0.1 | $12.50 | Compliance review; |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/11/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| O'Loughlin, William | Sr. Project Manager | Operational Compliance | $150.00 | 05/11/2017 | 0.5 | $75.00 | Check audit; Mailing audit |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/11/2017 | 7.6 | $950.00 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/12/2017 | 3.0 | $375.00 | Processed new AOFs. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/12/2017 | 1.2 | $330.00 | Team oversight; correspondence with FTI; |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 05/12/2017 | 0.2 | $36.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/12/2017 | 0.3 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/12/2017 | 0.2 | $16.00 | Created and posted positive pay file |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/12/2017 | 0.3 | $54.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/12/2017 | 7.0 | $875.00 | Review information re: Settlement distribution; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/15/2017 | 0.2 | $20.00 | Pull check copies for Operations request. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/15/2017 | 1.2 | $330.00 | Team oversight; correspondence with FTI; Correspondence with counsel on reporting |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/15/2017 | 0.9 | $90.00 | Processed add to file (0.9); |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 05/15/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/15/2017 | 8.0 | $1,000.00 | Review information re: Settlement distribution; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/16/2017 | 0.5 | $50.00 | Confirm positive pay exceptions. Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/16/2017 | 2.0 | $550.00 | Project oversight |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/16/2017 | 0.1 | $15.00 | Mailroom management; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/16/2017 | 1.2 | $216.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 05/16/2017 | 1.4 | $140.00 | Processed add to file (1.4); |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/16/2017 | 7.8 | $975.00 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/17/2017 | 0.3 | $37.50 | Provided account reconciliation details. |



# Exibit B to Invoice #22360
# Project Management

**Period from 5/1/2017 to 5/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/17/2017 | 0.6 | $60.00 | Confirm positive pay exceptions.  Update reconciliation.  Update Banking summary. |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 05/17/2017 | 1.6 | $176.00 | May COA updates; |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/17/2017 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process.  Monitor/review the creation of the account reconciliation report produced for Operations. |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/17/2017 | 6.6 | $825.00 | Review information re: Settlement distribution; |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 05/18/2017 | 0.1 | $15.00 | OFAC review; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/18/2017 | 0.4 | $40.00 | Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/18/2017 | 1.5 | $412.50 | Project Oversight |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/18/2017 | 0.5 | $125.00 | Review, approve, and process the return of stale uncashed funds to the remainder account. |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/18/2017 | 7.7 | $962.50 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/19/2017 | 0.5 | $62.50 | Prepared and executed a wire transfer. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/19/2017 | 0.5 | $50.00 | Confirm positive pay exceptions.  Update reconciliation.  QA wire. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/19/2017 | 0.1 | $12.50 | Compliance review; |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/19/2017 | 0.4 | $32.00 | Created and posted positive pay file; Created and posted void file |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 05/19/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/19/2017 | 7.7 | $962.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/20/2017 | 0.5 | $62.50 | Review information re: Settlement distribution; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 05/22/2017 | 0.5 | $100.00 | Acct research |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/22/2017 | 2.5 | $312.50 | Worked with JPMC regarding outstanding AOFs. |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 05/22/2017 | 0.1 | $15.00 | OFAC review; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/22/2017 | 0.4 | $40.00 | Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/22/2017 | 1.9 | $522.50 | Project Oversight |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/22/2017 | 0.4 | $60.00 | Mailroom management; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/22/2017 | 7.0 | $875.00 | Review information re: Settlement distribution; |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 05/23/2017 | 1.2 | $150.00 | Worked with JPMC regarding outstanding AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/23/2017 | 0.4 | $40.00 | Update reconciliation. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/23/2017 | 0.1 | $12.50 | Compliance review; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/23/2017 | 0.1 | $15.00 | Mailroom management; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/23/2017 | 1.5 | $270.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/23/2017 | 7.6 | $950.00 | Review information re: Settlement distribution; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/24/2017 | 0.4 | $40.00 | Update reconciliation. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/24/2017 | 0.2 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/24/2017 | 0.1 | $12.50 | Compliance review; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/24/2017 | 0.3 | $54.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 05/24/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/24/2017 | 7.6 | $950.00 | Review information re: Settlement distribution; |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 05/25/2017 | 0.5 | $100.00 | Acct research |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/25/2017 | 0.4 | $40.00 | Update reconciliation.  Confirm positive pay exceptions. |
| Cibirka, Matthew | Project Manager II | Operational Compliance | $150.00 | 05/25/2017 | 0.3 | $45.00 | Supervising and reviewing High Dollar Fed Ex and Mail Express Distribution. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/25/2017 | 0.5 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/25/2017 | 0.2 | $16.00 | Created and posted positive pay file |



# Exibit B to Invoice #22360
# Project Management

**Period from 5/1/2017 to 5/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/25/2017 | 0.6 | $108.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/25/2017 | 7.9 | $987.50 | Review information re: Settlement distribution; |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/26/2017 | 0.9 | $247.50 | Project Oversight |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/26/2017 | 0.4 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 05/26/2017 | 0.1 | $12.50 | Compliance review; |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 05/26/2017 | 1.0 | $80.00 | Created and posted positive pay file; Provided various check copies |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/26/2017 | 0.2 | $30.00 | Mailroom management; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/26/2017 | 6.2 | $775.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/27/2017 | 1.5 | $187.50 | Review information re: Settlement distribution; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/30/2017 | 0.7 | $70.00 | Update reconciliation. Stop checks at the bank and void in the database. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/30/2017 | 1.1 | $302.50 | Project Oversight |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 05/30/2017 | 0.1 | $25.00 | Monitor/review the creation and results for the void file/stop payments produced for Operations. |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 05/30/2017 | 0.1 | $15.00 | Mailroom management; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 05/30/2017 | 0.4 | $72.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 05/30/2017 | 0.1 | $10.00 | PACER Docket Monitoring; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/30/2017 | 7.7 | $962.50 | Review information re: Settlement distribution; |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 05/31/2017 | 0.5 | $50.00 | Confirm positive pay exceptions. Update reconciliation. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 05/31/2017 | 0.9 | $247.50 | Project Oversight |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 05/31/2017 | 5.7 | $712.50 | Review information re: Settlement distribution; |
| | | | **Total Project Management :** | | **233.3** | **$31,898.50** | |



# Exhibt C to Invoice #22360
# Systems Support

**Period from 5/1/2017 to 5/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/01/2017 | 2.1 | $231.00 | Perform updates; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/01/2017 | 1.1 | $220.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/01/2017 | 7.0 | $595.00 | Production data changes; data reporting requests; develop training materials; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/01/2017 | 1.0 | $110.00 | Data research; Review of case documentation and materials; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/01/2017 | 1.6 | $160.00 | Training for AAS (1.60); |
| Giltner, William | Data Analyst II | Production Support | $100.00 | 05/02/2017 | 1.0 | $100.00 | IIM Training; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/02/2017 | 4.5 | $495.00 | Perform updates; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/02/2017 | 0.5 | $100.00 | Report Development and Coordination; |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analytics | Operations Analysis and Reporting | $250.00 | 05/02/2017 | 1.4 | $350.00 | Meeting with team on support of routine data requests; review of one note following meeting |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/02/2017 | 5.0 | $425.00 | Entitlements; production data changes; data reporting requests; training; |
| Machnica, Martin | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/02/2017 | 1.1 | $110.00 | Training; |
| Mariconda, Philip | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/02/2017 | 1.0 | $100.00 | Training on data management processes; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 05/02/2017 | 1.0 | $125.00 | Training; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/02/2017 | 2.1 | $210.00 | Data structure training (1.10);Update training material (1.00); |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/03/2017 | 0.5 | $55.00 | Review updates; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/03/2017 | 0.8 | $160.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/03/2017 | 7.5 | $637.50 | Entitlements; production data changes; data reporting requests; training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/03/2017 | 1.5 | $165.00 | Data research; Review of case documentation and materials; |
| Sanders, Adam | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/03/2017 | 1.4 | $140.00 | 1.0 to IIM Training; .4 to IIM password protection training; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/04/2017 | 4.5 | $382.50 | Check reissues; data reporting request; entitlements; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/04/2017 | 0.5 | $55.00 | Data research; Review of case documentation and materials; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/05/2017 | 4.5 | $382.50 | Entitlement review and creation; |
| Giltner, William | Data Analyst II | Production Support | $100.00 | 05/09/2017 | 1.0 | $100.00 | AAS training; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/09/2017 | 1.0 | $110.00 | Attend training on AAS and remainder accounts; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/09/2017 | 1.0 | $200.00 | Report Development and Coordination; |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analytics | Operations Analysis and Reporting | $250.00 | 05/09/2017 | 1.0 | $250.00 | Training on Advanced Address searches and the remainder account |
| Machnica, Martin | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/09/2017 | 0.9 | $90.00 | Training; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 05/09/2017 | 1.0 | $125.00 | Training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/09/2017 | 1.5 | $165.00 | Data research; Review of case documentation and materials; |
| Sanders, Adam | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/09/2017 | 1.0 | $100.00 | IIM Remainder Account and AAS Training; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/09/2017 | 1.1 | $110.00 | Train oncoming systems (1.10); |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/10/2017 | 0.8 | $88.00 | Add claims to queue; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/10/2017 | 1.2 | $240.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/10/2017 | 7.5 | $637.50 | Entitlements; data reporting request; check reissues; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 05/10/2017 | 0.7 | $87.50 | TRU Entitlement 197 search; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/10/2017 | 1.0 | $110.00 | Data research; Review of case documentation and materials; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/11/2017 | 0.7 | $77.00 | Add claims to queue; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/11/2017 | 0.5 | $100.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/11/2017 | 2.4 | $204.00 | Entitlements; data reporting requests; check reissues; |
| Machnica, Martin | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/11/2017 | 0.6 | $60.00 | AAS meeting; |



# Exhibt C to Invoice #22360
# Systems Support

**Period from 5/1/2017 to 5/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/12/2017 | 0.4 | $44.00 | Perform OST updates; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/12/2017 | 0.8 | $160.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/12/2017 | 1.0 | $85.00 | Data reporting request; populate queues; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/12/2017 | 0.5 | $55.00 | Data research; Review of case documentation and materials; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/12/2017 | 0.3 | $30.00 | Train oncoming systems (0.30); |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/15/2017 | 1.0 | $110.00 | Add claims to queue; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/15/2017 | 0.3 | $60.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/15/2017 | 6.5 | $552.50 | Data reporting request; production data change; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/15/2017 | 1.5 | $165.00 | Data research; Review of case documentation and materials; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/15/2017 | 1.0 | $100.00 | Review data pull (1.00); |
| Giltner, William | Data Analyst II | Production Support | $100.00 | 05/16/2017 | 1.3 | $130.00 | Z-Outs; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/16/2017 | 3.5 | $385.00 | Attend IIM training (1); Perform HRA and TRA data updates (2.5); |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analytics | Operations Analysis and Reporting | $250.00 | 05/16/2017 | 1.1 | $275.00 | Training call with C Lesh |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/16/2017 | 5.0 | $425.00 | Data reporting request; training; |
| Mariconda, Philip | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/16/2017 | 1.8 | $180.00 | Read last week's training; Attend training; |
| Sanders, Adam | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/16/2017 | 1.4 | $140.00 | IIM Remainder Fund training; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/17/2017 | 0.8 | $88.00 | Create check reissues; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/17/2017 | 0.5 | $100.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/17/2017 | 7.0 | $595.00 | Data reporting request; training; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support | $200.00 | 05/17/2017 | 1.0 | $200.00 | Create void file for stale checks; Mark those checks as void in the database. |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/18/2017 | 5.0 | $425.00 | Data reporting request; review/create entitlements; data corrections; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/18/2017 | 0.2 | $20.00 | Review data refresh (0.20); |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/19/2017 | 5.5 | $467.50 | Entitlement review/creation; data reporting requests; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/19/2017 | 0.5 | $50.00 | Systems communication (0.20); |
| Giltner, William | Data Analyst II | Production Support | $100.00 | 05/22/2017 | 0.1 | $10.00 | Data updates; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/22/2017 | 0.3 | $33.00 | Perform data updates; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/22/2017 | 0.5 | $100.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/22/2017 | 6.5 | $552.50 | Data reporting requests; create/review entitlements; create training materials; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/22/2017 | 1.5 | $165.00 | Case training and documentation review; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/22/2017 | 0.2 | $20.00 | Systems communication (0.20); |
| Giltner, William | Data Analyst II | Production Support | $100.00 | 05/23/2017 | 1.5 | $150.00 | Check reissues; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/23/2017 | 1.5 | $165.00 | Attend training session; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/23/2017 | 1.0 | $200.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/23/2017 | 5.6 | $476.00 | Production data update; review entitlements; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 05/23/2017 | 1.0 | $125.00 | Training; |
| Sanders, Adam | Data Analyst II | Operations Analysis and Reporting | $100.00 | 05/23/2017 | 1.5 | $150.00 | IIM training in Data Adjustments; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/23/2017 | 4.0 | $400.00 | IIM Systems training (1.00); IIM Systems meeting (0.50); Create custom files AAS activity (1.00); Create custom script (1.50); |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/24/2017 | 0.7 | $77.00 | Perform data append for check move; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 05/24/2017 | 0.4 | $80.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/24/2017 | 7.0 | $595.00 | Data reporting requests; create/review entitlements; create training materials; |



# Exhibt C to Invoice #22360
# Systems Support

**Period from 5/1/2017 to 5/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Paine, James | Data Analyst III | Production Support | $110.00 | 05/24/2017 | 1.0 | $110.00 | Case training and documentation review; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/24/2017 | 1.2 | $120.00 | Create custom file (0.60);Upload files (0.60); |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/25/2017 | 3.9 | $331.50 | Data reporting requests; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/25/2017 | 0.8 | $80.00 | Upload custom files (0.80); |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/26/2017 | 2.5 | $212.50 | Data reporting request; |
| Chan, Derek T. | Sr. Windows Administrator | Network Operations | $175.00 | 05/30/2017 | 0.3 | $52.50 | Copy data received; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/30/2017 | 1.2 | $132.00 | Perform data updates; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 05/30/2017 | 5.5 | $467.50 | Data reporting request; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 05/30/2017 | 0.2 | $20.00 | Review custom data pull (0.20); |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 05/31/2017 | 0.3 | $33.00 | Perform data updates; |
| | | | | **Total Systems Support :** | **174.6** | **$17,862.00** | |