# INVOICE

**gcg** A CRAWFORD COMPANY

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/14/2017 | 22610 |
| **PERIOD START** | **THROUGH DATE** |
| 6/1/2017 | 6/30/2017 |

William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington, DC 20005-2018

| Project Name: | Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Notice Dissemination** | | | | |
| Summary Notice Publication (GCG's commissions, if any, are included in these fees) | | | | $1,449.50 |
| *PR Newswire* | | | | |
| **Registration Process** | | | | |
| Claim Review Process/Estate Heir Review | | 227.6 Hrs. | | $22,715.00 |
| Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | | | | |
| Scan Mail | | 2,405 | $0.12 | $288.60 |
| Prep Mail | | 24.9 Hrs. | | $1,120.50 |
| Document Storage - Paper (per box per month, includes all retrievals) | | 1,216 | $1.50 | $1,824.00 |
| Document Storage - Electronic (per image/record per month) | | 3,950,900 | $0.008 | $31,607.20 |
| **Contact Services** | | | | |
| IVR (per minute)* | | 12,050 | $0.26 | $3,133.00 |
| CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, outreach and e-mails | | 930.4 Hrs. | | $41,868.00 |
| Management of Call Center (Exhibit A) | | 115.1 Hrs. | | $11,845.00 |
| Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | | | | |
| **Distribution Services** | | | | |
| Printing of Checks (with explanatory information) | | 479 | $0.65 | $311.35 |
| Check reissues | | 205 | $0.95 | $194.75 |

*Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $723.00.



# INVOICE

| Project Name: | Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Project Management** | | | | |
| Project Management (Exhibit B) | | 234.9 Hrs. | | $32,774.50 |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities | | | | |
| **Systems Support** | | | | |
| Systems Support (Exhibit D) | | 123.5 Hrs. | | $12,010.50 |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | | | | |
| **Quality Assurance** | | | | |
| Quality Assurance (Exhibit C) | | 1.5 Hrs. | | $207.50 |
| Overall project quality assurance including updates to the Website, maintenance of data, the reporting of data, review of data including analysis and research of Class Member information; review and oversight of preparation of reports regarding Interior Contact Information; | | | | |
| **Class Member Outreach** | | | | |
| Outreach (Exhibit E) | | 2 Hrs. | | $300.00 |
| Overall support of investigative efforts along with specific outreach to locate persons without address information in Interior Contact data; assist in efforts to obtain estate documentation; direct outreach to tribal communities for information on heirs and communications with class members; work in BIA/OST offices to research estate distributions and duplicate records; and other outreach activities. | | | | |
| **Total Fees** | | | | $161,649.40 |
| **Total Project Expenses (See Exhibit A)** | | | | $604.79 |
| **Sub Total** | | | | $162,254.19 |



# INVOICE

| Project Name: | Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| Outstanding Balance Prior Invoice #22178 | | | | $155,538.56 |
| Outstanding Balance Prior Invoice #22360 | | | | $161,401.04 |
| **Grand Total** | | | | **$479,193.79** |



# EXHIBIT A

| Project Name: | Elouise Pepion Cobell, et al., v. Ken Salazar, et al. |
|---|---|

| Description | Amount |
|---|---|
| **Project Expenses** | |
| For the period: Jun 01, 2017 through Jun 30, 2017 | |
| Postage | $489.62 |
| Stationery & Supplies | $7.51 |
| FedEx, Messenger & Shipping | $107.66 |
| **Total** | **$604.79** |

**Please Remit To :**

Garden City Group, LLC
1985 Marcus Avenue, Suite 200        -Or-
Lake Success, NY 11042

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA #  - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33



# Exhibit A to Invoice #22610
# Management of Call Center

**Period from 6/1/2017 to 6/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/01/2017 | 5.10 | $510.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/05/2017 | 6.00 | $600.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/06/2017 | 4.40 | $440.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/08/2017 | 5.00 | $500.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/09/2017 | 5.60 | $560.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/12/2017 | 5.10 | $510.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/13/2017 | 5.80 | $580.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/14/2017 | 5.50 | $550.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/15/2017 | 4.00 | $400.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/16/2017 | 4.80 | $480.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/19/2017 | 4.80 | $480.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/20/2017 | 3.40 | $340.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/21/2017 | 4.50 | $450.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/22/2017 | 4.70 | $470.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/26/2017 | 4.50 | $450.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/27/2017 | 4.20 | $420.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/28/2017 | 4.40 | $440.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/29/2017 | 4.40 | $440.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 06/30/2017 | 5.50 | $550.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/01/2017 | 0.70 | $70.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/02/2017 | 0.60 | $60.00 | Supervisory assistance to contact center team |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/05/2017 | 1.80 | $180.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/06/2017 | 0.90 | $90.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/07/2017 | 0.90 | $90.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/09/2017 | 0.60 | $60.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/12/2017 | 0.90 | $90.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/13/2017 | 0.70 | $70.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/15/2017 | 0.60 | $60.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 06/16/2017 | 0.70 | $70.00 | Supervisory assistance to contact center team; |
| Cardona, Harold | Sr. Project Manager | Call Center | $150.00 | 06/16/2017 | 0.30 | $45.00 | Management of call center |
| Cardona, Harold | Sr. Project Manager | Call Center | $150.00 | 06/21/2017 | 0.10 | $15.00 | Management of call center |



# Exhibit A to Invoice #22610
# Management of Call Center

**Period from 6/1/2017 to 6/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Cardona, Harold | Sr. Project Manager | Call Center | $150.00 | 06/26/2017 | 0.10 | $15.00 | Management of call center |
| Cardona, Harold | Sr. Project Manager | Call Center | $150.00 | 06/30/2017 | 0.20 | $30.00 | Management of call center |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/08/2017 | 1.30 | $130.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/14/2017 | 1.80 | $180.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/15/2017 | 1.30 | $130.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/16/2017 | 1.40 | $140.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/23/2017 | 0.80 | $80.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/26/2017 | 1.00 | $100.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/29/2017 | 2.90 | $290.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 06/30/2017 | 0.80 | $80.00 | Quality call monitoring; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/01/2017 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/14/2017 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/15/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/16/2017 | 0.30 | $60.00 | Management assistance to customer service team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/19/2017 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/20/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/22/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/26/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/27/2017 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/28/2017 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 06/29/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| | | | | **Total Management of Call Center :** | **115.1** | **$11,845.00** | |



# Exibit B to Invoice #22610
# Project Management

**Period from 6/1/2017 to 6/30/2017**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/01/2017 | 1.20 | $330.00 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/02/2017 | 1.90 | $522.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/05/2017 | 2.10 | $577.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/06/2017 | 0.90 | $247.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/07/2017 | 1.10 | $302.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/08/2017 | 0.50 | $137.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/09/2017 | 2.00 | $550.00 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/12/2017 | 1.20 | $330.00 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/13/2017 | 1.40 | $385.00 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/14/2017 | 1.10 | $302.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/15/2017 | 1.30 | $357.50 | Project oversight and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/16/2017 | 0.60 | $165.00 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/19/2017 | 0.90 | $247.50 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/21/2017 | 1.10 | $302.50 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/22/2017 | 0.60 | $165.00 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/26/2017 | 0.50 | $137.50 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/27/2017 | 0.80 | $220.00 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/28/2017 | 0.60 | $165.00 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 06/30/2017 | 0.40 | $110.00 | Project oversight and review; correspondence with counsel; distribution efforts. |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/01/2017 | 1.10 | $198.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/02/2017 | 1.30 | $234.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/05/2017 | 0.70 | $126.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/06/2017 | 1.20 | $216.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/07/2017 | 0.60 | $108.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/15/2017 | 1.00 | $180.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/16/2017 | 1.00 | $180.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 06/26/2017 | 0.40 | $72.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/01/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/02/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/03/2017 | 1.00 | $125.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/05/2017 | 7.80 | $975.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/06/2017 | 6.20 | $775.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/07/2017 | 7.60 | $950.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/08/2017 | 5.20 | $650.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/09/2017 | 7.60 | $950.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/10/2017 | 1.00 | $125.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/12/2017 | 5.20 | $650.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/13/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/14/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/15/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/16/2017 | 7.00 | $875.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/17/2017 | 1.00 | $125.00 | Review information re: Settlement distribution; |



# Exibit B to Invoice #22610
# Project Management

**Period from 6/1/2017 to 6/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/19/2017 | 3.00 | $375.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/20/2017 | 6.50 | $812.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/21/2017 | 7.40 | $925.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/22/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/23/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/26/2017 | 7.30 | $912.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/27/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/28/2017 | 7.40 | $925.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/29/2017 | 7.30 | $912.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 06/30/2017 | 5.70 | $712.50 | Review information re: Settlement distribution; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 06/05/2017 | 0.10 | $15.00 | Mailroom management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 06/12/2017 | 0.10 | $15.00 | Mailroom management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 06/19/2017 | 0.10 | $15.00 | Mailroom management; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 06/26/2017 | 0.10 | $15.00 | Mailroom management; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 06/06/2017 | 1.20 | $132.00 | May COA Address updates; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 06/07/2017 | 1.10 | $121.00 | May COA Address updates; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 06/23/2017 | 1.20 | $132.00 | Address updates for June; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 06/26/2017 | 1.40 | $154.00 | Address updates for June; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 06/27/2017 | 0.80 | $88.00 | Address updates for June; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 06/28/2017 | 0.70 | $77.00 | Address updates for June; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/01/2017 | 0.10 | $10.00 | PACER Docket Monitoring; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/07/2017 | 0.10 | $10.00 | PACER Docket Monitoring; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/13/2017 | 0.10 | $10.00 | PACER Docket Monitoring; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/19/2017 | 0.10 | $10.00 | PACER Docket Monitoring; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/22/2017 | 1.50 | $150.00 | COA review (1.4); PACER Docket Monitoring (.1); |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/23/2017 | 1.50 | $150.00 | COA review; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/26/2017 | 1.50 | $150.00 | COA review; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/27/2017 | 2.80 | $280.00 | COA review (1.2), Duplicate review (1.6); |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 06/28/2017 | 2.00 | $200.00 | Duplicate review (1.9); PACER Docket Monitoring (.1); |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/02/2017 | 1.80 | $225.00 | Worked on AOF log. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/05/2017 | 1.20 | $150.00 | Worked with the bank regarding pending AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/07/2017 | 0.60 | $75.00 | Worked with the bank regarding pending AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/09/2017 | 1.00 | $125.00 | Worked with the bank regarding pending AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/12/2017 | 1.00 | $125.00 | Updated AOF log. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/14/2017 | 1.30 | $162.50 | Worked on AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/16/2017 | 0.20 | $25.00 | Created and uploaded a void file for reissues to the bank. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/19/2017 | 0.40 | $50.00 | Provided updated on the pending/outstanding AOF. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/20/2017 | 1.40 | $175.00 | Worked with the bank regarding outstanding AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/26/2017 | 1.50 | $187.50 | Provided account and AOF details. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/27/2017 | 1.30 | $162.50 | Prepared and executed a wire transfer. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/28/2017 | 0.30 | $37.50 | AOF research. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 06/29/2017 | 3.00 | $375.00 | Processed new AOFs. Provided updated on AOFs. |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analytic | Operations Analysis and Reporting | $250.00 | 06/06/2017 | 1.30 | $325.00 | Work on knowledge transfer with C. Lesh |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/01/2017 | 0.20 | $20.00 | Update reconciliation. |



# Exibit B to Invoice #22610
# Project Management

**Period from 6/1/2017 to 6/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/02/2017 | 0.30 | $30.00 | Update reconciliation. Pull check copies for Operations request. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/05/2017 | 0.20 | $20.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/06/2017 | 0.20 | $20.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/07/2017 | 0.40 | $40.00 | Confirm positive pay exceptions. Update reconciliation. Download end of month statements. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/08/2017 | 0.40 | $40.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/09/2017 | 0.30 | $30.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/12/2017 | 0.30 | $30.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/13/2017 | 0.30 | $30.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/14/2017 | 0.50 | $50.00 | Update reconciliation. Void checks at the bank and in the database. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/15/2017 | 0.40 | $40.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/19/2017 | 0.30 | $30.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/20/2017 | 0.30 | $30.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/21/2017 | 0.40 | $40.00 | Confirm positive pay exceptions. Update reconciliation. Void checks at the bank and in the database. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/22/2017 | 0.30 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/23/2017 | 0.30 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/26/2017 | 0.30 | $30.00 | Update reconciliation. Update Banking summary. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/27/2017 | 0.30 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/28/2017 | 0.30 | $30.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/29/2017 | 0.30 | $30.00 | Confirm positive pay exceptions. Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 06/30/2017 | 0.30 | $30.00 | Update reconciliation. |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 06/05/2017 | 0.40 | $72.00 | create and post void and issue file to bank website |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 06/13/2017 | 0.10 | $18.00 | QA Banking Summary |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 06/14/2017 | 0.20 | $36.00 | recon and interest request |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 06/23/2017 | 0.20 | $36.00 | create and post void file to bank website for reissues |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 06/27/2017 | 0.10 | $18.00 | QA and approve wire |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 06/30/2017 | 0.40 | $72.00 | check copy requests |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/05/2017 | 0.30 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/09/2017 | 0.10 | $25.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/14/2017 | 0.50 | $125.00 | Monitor/oversee the Banking and Distribution process. Monitor/review the creation of the account rec |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/15/2017 | 0.30 | $75.00 | Monitor/oversee the Banking and Distribution process. Monitor/review the creation and results for the |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/16/2017 | 0.40 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/19/2017 | 0.30 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/20/2017 | 0.20 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/22/2017 | 0.20 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/23/2017 | 0.50 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/26/2017 | 0.20 | $50.00 | Monitor/review the creation of the account reconciliation report produced for Operations. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/27/2017 | 1.00 | $250.00 | Monitor/review the creation of the account reconciliation report produced for Operations. Review, app |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/28/2017 | 0.30 | $75.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 06/30/2017 | 0.20 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 06/09/2017 | 0.80 | $64.00 | Provided check copies (7) |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 06/14/2017 | 0.20 | $16.00 | Created and posted positive pay file. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 06/16/2017 | 0.40 | $32.00 | Created and posted positive pay file; Created and posted void file |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 06/23/2017 | 1.00 | $80.00 | Created and posted positive pay file; Provided check copies |
| Swanson, Laurie | Sr. Project Administrator | Class Action - Seattle | $85.00 | 06/23/2017 | 1.30 | $110.50 | COA review; |



# Exibit B to Invoice #22610
# Project Management

**Period from 6/1/2017 to 6/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Swanson, Laurie | Sr. Project Administrator | Class Action - Seattle | $85.00 | 06/26/2017 | 1.20 | $102.00 | COA review; |
| Swanson, Laurie | Sr. Project Administrator | Class Action - Seattle | $85.00 | 06/27/2017 | 1.40 | $119.00 | COA review (.9); Duplicate review (.5); |
| Swanson, Laurie | Sr. Project Administrator | Class Action - Seattle | $85.00 | 06/28/2017 | 1.40 | $119.00 | Duplicate review; |
| Swanson, Laurie | Sr. Project Administrator | Class Action - Seattle | $85.00 | 06/30/2017 | 0.20 | $17.00 | COA review; |
| | | | | **Total Project Management :** | **234.9** | **$32,774.50** | |



# Exhibt C to Invoice #22610
# Quality Assurance

**Period from 6/1/2017 to 6/30/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Quality Assurance** | | | | | | | |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 06/22/2017 | 0.20 | $20.00 | QA outgoing mail; |
| O'Loughlin, William | Sr. Project Manager | Operational Compliance | $150.00 | 06/28/2017 | 0.50 | $75.00 | Check audit; Mailing audit |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 06/01/2017 | 0.10 | $15.00 | OFAC review; |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 06/19/2017 | 0.10 | $15.00 | OFAC review; |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 06/20/2017 | 0.10 | $15.00 | OFAC review; |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 06/22/2017 | 0.20 | $30.00 | OFAC review; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 06/15/2017 | 0.10 | $12.50 | Compliance review; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 06/29/2017 | 0.20 | $25.00 | Compliance review; |
| | | | **Total Quality Assurance :** | | **1.5** | **$207.50** | |



# Exhibt D to Invoice #22610
# Systems Support

**Period from 6/1/2017 to 6/30/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 06/02/2017 | 0.40 | $44.00 | Confirm numbers; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 06/06/2017 | 1.00 | $110.00 | Attend entitlement training session; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 06/13/2017 | 1.00 | $110.00 | Attend entitlement training; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 06/15/2017 | 0.70 | $77.00 | Run check reissue process; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/02/2017 | 0.50 | $100.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/05/2017 | 0.50 | $100.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/06/2017 | 1.00 | $200.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/08/2017 | 0.70 | $140.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/16/2017 | 1.10 | $220.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/20/2017 | 0.50 | $100.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/21/2017 | 0.80 | $160.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/23/2017 | 0.50 | $100.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/26/2017 | 0.80 | $160.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 06/28/2017 | 1.00 | $200.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/01/2017 | 3.00 | $255.00 | Data reporting requests; production data change; check reissues; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/02/2017 | 6.50 | $552.50 | Data reporting requests; production data change; draft training materials; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/05/2017 | 5.50 | $467.50 | Production data update; load images; review/create entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/06/2017 | 4.20 | $357.00 | Training; production data change; data reporting request; review entitlement; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/07/2017 | 7.00 | $595.00 | Training; production data change; data reporting request; review entitlement; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/08/2017 | 6.30 | $535.50 | IIM reissues; IIM image uploads; review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/12/2017 | 6.10 | $518.50 | Data reporting request; develop training materials; create/review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/13/2017 | 4.80 | $408.00 | Data reporting request; develop training materials; create/review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/14/2017 | 5.40 | $459.00 | Data reporting request; develop training materials; create/review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/15/2017 | 4.00 | $340.00 | Data reporting request; create and review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/16/2017 | 1.50 | $127.50 | Review entitlements; data reporting requests; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/19/2017 | 3.40 | $289.00 | Create/review entitlements; data reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/20/2017 | 4.00 | $340.00 | Data reporting requests; create/review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/21/2017 | 2.90 | $246.50 | Data reporting requests; check reissues; entitlement review and creation; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/22/2017 | 5.40 | $459.00 | Data reporting requests; check reissues; entitlement review and creation; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/23/2017 | 2.20 | $187.00 | Create/review entitlements; data reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/26/2017 | 3.50 | $297.50 | Data reporting request; image upload request; data reporting request; data update requests; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/27/2017 | 0.80 | $68.00 | Production data update; data reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/28/2017 | 6.00 | $510.00 | Data reporting request; image upload request; data reporting request; data update requests; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/29/2017 | 6.50 | $552.50 | Create entitlements; review entitlements; data reporting requests; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 06/30/2017 | 2.00 | $170.00 | Create and review entitlements; data reporting requests; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 06/13/2017 | 0.30 | $37.50 | Reporting script training; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support | $200.00 | 06/16/2017 | 1.00 | $200.00 | Create void file; Mark those checks as void in the database. |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/02/2017 | 1.50 | $165.00 | Data research; Overhaul of entitlement sweep scripts; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/05/2017 | 2.00 | $220.00 | Data research; Overhaul of entitlement sweep scripts; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/06/2017 | 1.00 | $110.00 | IIM training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/07/2017 | 2.50 | $275.00 | Data research; Overhaul of entitlement sweep scripts; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/09/2017 | 1.50 | $165.00 | Data research; Overhaul of entitlement sweep scripts; |



# Exhibt D to Invoice #22610
# Systems Support

**Period from 6/1/2017 to 6/30/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/13/2017 | 2.00 | $220.00 | IIM training; Work on entitlement sweep script overhaul; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/14/2017 | 1.00 | $110.00 | IIM training; Work on entitlement sweep script overhaul; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/16/2017 | 1.50 | $165.00 | Data research; Entitlement sweep script overhaul; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/20/2017 | 0.70 | $77.00 | Data research; Entitlement sweep script overhaul; IIM training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 06/26/2017 | 1.00 | $110.00 | Data research; Entitlement sweep script overhaul; |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 06/06/2017 | 1.20 | $120.00 | Entitlement training (1.20); |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 06/13/2017 | 1.00 | $100.00 | Entitlement training (1.00); |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 06/23/2017 | 0.20 | $20.00 | Create custom folder (0.20); |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 06/26/2017 | 3.60 | $360.00 | Create custom script (2.20);Perform custom data pull (1.40); |
| | | | | **Total Systems Support :** | **123.5** | **$12,010.50** | |



# Exhibt E to Invoice #22610
# Class Member Outreach Outreach

**Period from 6/1/2017 to 6/30/2017**

IIM    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Class Member Outreach Outreach** | | | | | | | |
| Ollivier, Tamara J. | Media Buyer | Communications | $150.00 | 06/02/2017 | 0.50 | $75.00 | Redraft of potential press release. |
| Ollivier, Tamara J. | Media Buyer | Communications | $150.00 | 06/20/2017 | 0.50 | $75.00 | Updated press release |
| Ollivier, Tamara J. | Media Buyer | Communications | $150.00 | 06/21/2017 | 0.60 | $90.00 | Press release uploaded and scheduled |
| Ollivier, Tamara J. | Media Buyer | Communications | $150.00 | 06/27/2017 | 0.40 | $60.00 | Pulled and sent to the PM the pick-up report for the release |
| | | | | **Total Class Member Outreach Outreach :** | **2.0** | **$300.00** | |