# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/28/2017 | 22686 |
| **PERIOD START** | **THROUGH DATE** |
| 7/1/2017 | 7/31/2017 |

William E. Dorris, Esq.
David C. Smith, Esq.
Kilpatrick Townsend & Stockton LLP
607 14th Street NW, Suite 900
Washington, DC 20005-2018

| Project Name: Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Registration Process** | | | |
| Claim Review Process/Estate Heir Review | 258.7 Hrs. | | $25,870.00 |
| Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | | | |
| Scan Mail | 2,171 | $0.12 | $260.52 |
| Prep Mail | 26.1 Hrs. | | $1,174.50 |
| Document Storage - Paper (per box per month, includes all retrievals) | 1,217 | $1.50 | $1,825.50 |
| Document Storage - Electronic (per image/record per month) | 3,953,071 | $0.008 | $31,624.57 |
| **Contact Services** | | | |
| IVR (per minute)* | 16,561 | $0.26 | $4,305.86 |
| CSR/Live Operator, for live call option and/or transcriptions of recorded messages, call backs, outreach and e-mails | 747.1 Hrs. | | $33,619.50 |
| Management of Call Center (Exhibit A) | 59.5 Hrs. | | $6,697.50 |
| Review of Probate Orders from OHA and supporting documents from heirs; Determine distribution scheme based on Court approved protocol; Review Estate documentation for distribution; and Record research. | | | |
| **Distribution Services** | | | |
| Printing of Checks (with explanatory information) | 1,266 | $0.65 | $822.90 |
| Check reissues | 96 | $0.95 | $91.20 |

*Due to volume, GCG has discounted IVR minutes from the agreed contract rate of $0.32 per minute to $0.26 per minute, which represents a savings during this invoice period of $993.66.



# INVOICE

| Project Name: | Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | | | |
|---|---|---|---|---|
| **Description** | | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | | |
| **Project Management** | | | | |
| Project Management (Exhibit B) | | 195.9 Hrs. | | $30,276.50 |
| Overall project management including supervision of all data work including the analysis and research of Interior Contact Information; preparing reports regarding Interior Contact Information; conferences with Interior's consultants, Interior, the Special Master and/or counsel regarding data and other settlement implementation activities or inquiries; handle media/reporter; handle escalated Class Member contact; oversight of the Estate review process; oversight of appeal and objection process and coordinate with Special Master; oversight of distribution of settlement funds; handle subpoena/liens; oversight and coordination of additional outreach to BIA and Tribal offices; review of distribution activities including audit and compliance, review of incoming mail, and other project management activities | | | | |
| **Systems Support** | | | | |
| Systems Support (Exhibit D) | | 86.6 Hrs. | | $8,820.00 |
| Overall systems support to project including continued support and maintenance of Cobell project database including images and Class Member information; support of investigative efforts into addresses; extensive analysis of Interior Contact Information and additional data received; compilation and handling of updates to the Interior Contact Information; provided Interior's Consultant with updated data and information for their records, analysis of data, assisting with distribution; development and support of portal access for Special Master, and other systems support activities. | | | | |
| **Quality Assurance** | | | | |
| Quality Assurance (Exhibit C) | | 1.5 Hrs. | | $195.00 |
| Overall project quality assurance including updates to the Website, maintenance of data, the reporting of data, review of data including analysis and research of Class Member information; review and oversight of preparation of reports regarding Interior Contact Information; | | | | |
| **Total Fees** | | | | **$145,583.55** |
| **Total Project Expenses (See Exhibit A)** | | | | **$905.60** |
| **Sub Total** | | | | **$146,489.15** |
| Outstanding Balance Prior Invoice #22178 | | | | $155,538.56 |
| Outstanding Balance Prior Invoice #22360 | | | | $161,401.04 |
| Outstanding Balance Prior Invoice #22610 | | | | $162,254.19 |
| **Grand Total** | | | | **$625,682.94** |



# EXHIBIT A

| Project Name: | Elouise Pepion Cobell, et al., v. Ken Salazar, et al. | |
|---|---|---|
| **Description** | | **Amount** |
| **Project Expenses** | | |
| For the period: Jul 01, 2017 through Jul 31, 2017 | | |
| Postage | | $801.78 |
| Stationery & Supplies | | $6.35 |
| FedEx, Messenger & Shipping | | $97.47 |
| **Total** | | **$905.60** |

### Please Remit To :

Garden City Group, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

Garden City Group, LLC
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A /C # - 1501168781
Tax ID # - 58-0506554
Swift Code - SIGNUS33



# Exhibit A to Invoice #22686
# Management of Call Center

**Period from 7/1/2017 to 7/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Management of Call Center** | | | | | | | |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/05/2017 | 1.00 | $100.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/11/2017 | 2.00 | $200.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/13/2017 | 2.50 | $250.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/21/2017 | 1.00 | $100.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/24/2017 | 0.10 | $10.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/25/2017 | 0.20 | $20.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/26/2017 | 1.00 | $100.00 | Quality call monitoring; |
| Noble, Melissa | Quality Analyst | Class Action - Ohio | $100.00 | 07/27/2017 | 1.00 | $100.00 | Quality call monitoring; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/05/2017 | 4.00 | $400.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/06/2017 | 3.60 | $360.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/07/2017 | 4.20 | $420.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/10/2017 | 1.70 | $170.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/11/2017 | 2.90 | $290.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/12/2017 | 4.80 | $480.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/13/2017 | 3.80 | $380.00 | Supervisory assistance to call center; |
| Swisher, Ben | Call Center Supervisor | Call Center | $100.00 | 07/14/2017 | 5.30 | $530.00 | Supervisory assistance to call center; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/07/2017 | 0.30 | $30.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/13/2017 | 0.40 | $40.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/19/2017 | 0.40 | $40.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/20/2017 | 0.40 | $40.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/21/2017 | 0.60 | $60.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/25/2017 | 0.60 | $60.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/26/2017 | 0.90 | $90.00 | Supervisory assistance to contact center team; |
| Thomas, Sara | Call Center Supervisor | Call Center | $100.00 | 07/31/2017 | 0.70 | $70.00 | Supervisory assistance to contact center team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/17/2017 | 0.80 | $100.00 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/18/2017 | 0.60 | $75.00 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/19/2017 | 0.90 | $112.50 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/20/2017 | 0.80 | $100.00 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/21/2017 | 1.20 | $150.00 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/24/2017 | 0.10 | $12.50 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/25/2017 | 2.30 | $287.50 | Management Assistance to Customer Service Team; |



# Exhibit A to Invoice #22686
# Management of Call Center

**Period from 7/1/2017 to 7/31/2017**

**IIM**  IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/26/2017 | 0.90 | $112.50 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/27/2017 | 1.60 | $200.00 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/28/2017 | 1.20 | $150.00 | Management Assistance to Customer Service Team; |
| Tompkins, Tracy | Project Manager I | Call Center | $125.00 | 07/31/2017 | 1.10 | $137.50 | Management Assistance to Customer Service Team; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/05/2017 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/06/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/10/2017 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/13/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/17/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/18/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/19/2017 | 0.20 | $40.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/20/2017 | 0.10 | $20.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/24/2017 | 0.70 | $140.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/25/2017 | 0.40 | $80.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/26/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/27/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/28/2017 | 0.50 | $100.00 | Management assistance to IIM call center; |
| Weber, Eric | Director, Call Center | Call Center | $200.00 | 07/31/2017 | 0.30 | $60.00 | Management assistance to IIM call center; |

**Total Management of Call Center :**    **59.5**    **$6,697.50**



# Exibit B to Invoice #22686
# Project Management

**Period from 7/1/2017 to 7/31/2017**

IIM    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| **Project Management** | | | | | | | |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/05/2017 | 1.10 | $302.50 | Project oversight |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/06/2017 | 1.00 | $275.00 | Project oversight |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/07/2017 | 1.20 | $330.00 | Project oversight |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/10/2017 | 1.30 | $357.50 | Research and review of questions for FTI.  Project oversight. |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/11/2017 | 1.60 | $440.00 | Project oversight and distribution management.  Call with FTI |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/13/2017 | 1.50 | $412.50 | Project and distribution oversight.  Call with counsel.  Call with FTI |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/18/2017 | 2.10 | $577.50 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/19/2017 | 1.90 | $522.50 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/20/2017 | 4.00 | $1,100.00 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/21/2017 | 3.20 | $880.00 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/23/2017 | 3.00 | $825.00 | Project oversight; research for FTI; work with counsel; and distribution efforts; Declaration |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/24/2017 | 2.50 | $687.50 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/27/2017 | 1.10 | $302.50 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/28/2017 | 2.00 | $550.00 | Project oversight; research for FTI; work with counsel; and distribution efforts |
| Castaneda, Lori | Vice President, Business Development | Office of Client Relations | $275.00 | 07/31/2017 | 1.10 | $302.50 | Review of files from FTI; project oversight; team questions |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 07/05/2017 | 0.50 | $100.00 | Acct maint |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 07/06/2017 | 0.50 | $100.00 | Acct research |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 07/13/2017 | 0.50 | $100.00 | Acct research |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 07/17/2017 | 0.50 | $100.00 | Acct maint - Void file. |
| Aitala, Gaetano S. | Director, Banking | Banking | $200.00 | 07/24/2017 | 0.50 | $100.00 | Acct maint |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 07/06/2017 | 1.20 | $150.00 | Provided account details.  Worked with the AOF log. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 07/07/2017 | 1.50 | $187.50 | Worked with the bank regarding pending AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 07/10/2017 | 0.70 | $87.50 | Worked with the bank regarding pending AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 07/24/2017 | 1.50 | $187.50 | Prepared and executed a wire transfer.  Worked with the bank regarding pending AOFs. |
| Arabov, Anna | Project Manager I | Banking | $125.00 | 07/25/2017 | 1.00 | $125.00 | Worked with the bank regarding pending AOFs. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/03/2017 | 0.50 | $50.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/05/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/11/2017 | 0.20 | $20.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/12/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/13/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/14/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/17/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/18/2017 | 0.40 | $40.00 | Confirm positive pay exceptions.  Update reconciliation.  Update Banking summary. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/19/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/20/2017 | 0.20 | $20.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/21/2017 | 0.30 | $30.00 | Confirm positive pay exceptions.  Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/24/2017 | 0.30 | $30.00 | Update reconciliation.  QA wires. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/25/2017 | 0.30 | $30.00 | Update reconciliation.  Confirm positive pay exceptions. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/26/2017 | 0.20 | $20.00 | Update reconciliation. |



# Exibit B to Invoice #22686
# Project Management

**Period from 7/1/2017 to 7/31/2017**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/27/2017 | 0.20 | $20.00 | Update reconciliation. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/28/2017 | 0.30 | $30.00 | Update reconciliation.  Confirm positive pay exceptions. |
| Campbell, Valerie | Project Supervisor | Banking | $100.00 | 07/31/2017 | 0.30 | $30.00 | Update reconciliation.  Confirm positive pay exceptions. |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 07/07/2017 | 0.20 | $36.00 | create and post void file to bank website for reissues |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 07/21/2017 | 0.20 | $36.00 | create and post void file to bank |
| DiTieri, Karen | Ass't Director, Banking | Banking | $180.00 | 07/28/2017 | 0.20 | $36.00 | create and post void file to bank website for reissues |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/05/2017 | 0.30 | $75.00 | Note the receipt of funds into the account. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/06/2017 | 0.50 | $125.00 | Monitor/review the creation of the account reconciliation report produced for Operations.  Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/07/2017 | 0.50 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/17/2017 | 0.50 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/18/2017 | 0.70 | $175.00 | Monitor/oversee the Banking and Distribution process.  Review, approve, and process the return of funds to the Remainder Account.  Monitor/review the creation of the account reconciliation report produced for Operations. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/19/2017 | 0.20 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/20/2017 | 0.20 | $50.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/21/2017 | 0.60 | $150.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/24/2017 | 0.60 | $150.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/25/2017 | 0.40 | $100.00 | Monitor/oversee the Banking and Distribution process. |
| Kuveke, Kenneth | Ass't VP Banking | Banking | $250.00 | 07/26/2017 | 0.50 | $125.00 | Monitor/oversee the Banking and Distribution process. |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 07/14/2017 | 1.30 | $104.00 | Created and posted positive pay file; Provided numerous check copies |
| Mendez, Eileen | Project Administrator | Banking | $80.00 | 07/28/2017 | 0.70 | $56.00 | Handled check copy request for multiple checks; Created and posted positive pay file |
| Saviano, Antonio | Sr. Project Administrator | Banking | $85.00 | 07/07/2017 | 0.10 | $8.50 | created a positive pay file |
| Saviano, Antonio | Sr. Project Administrator | Banking | $85.00 | 07/10/2017 | 0.20 | $17.00 | created a positive pay file |
| Saviano, Antonio | Sr. Project Administrator | Banking | $85.00 | 07/21/2017 | 0.40 | $34.00 | look up and sent out requested check copies |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/07/2017 | 0.40 | $72.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/18/2017 | 1.60 | $288.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/20/2017 | 0.40 | $72.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/24/2017 | 2.00 | $360.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/25/2017 | 4.20 | $756.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/26/2017 | 0.70 | $126.00 | Team oversight; coordinate project tasks; handle questions from team members; |
| Raisio, Benjamin | Ass't Director, Operations | Class Action - Seattle | $180.00 | 07/28/2017 | 0.60 | $108.00 | Supervision of processing of mail submissions and/or claim documentation submissions; Review EBP Determination letters; review client reports; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/05/2017 | 6.50 | $812.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/06/2017 | 6.30 | $787.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/07/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/10/2017 | 5.70 | $712.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/11/2017 | 2.50 | $312.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/12/2017 | 6.00 | $750.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/13/2017 | 7.00 | $875.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/14/2017 | 6.00 | $750.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/17/2017 | 7.80 | $975.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/18/2017 | 7.00 | $875.00 | Review information re: Settlement distribution; |



# Exibit B to Invoice #22686
# Project Management

**Period from 7/1/2017 to 7/31/2017**

**IIM**   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/19/2017 | 7.30 | $912.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/20/2017 | 7.00 | $875.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/21/2017 | 7.50 | $937.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/24/2017 | 7.20 | $900.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/25/2017 | 6.80 | $850.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/26/2017 | 5.70 | $712.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/27/2017 | 6.50 | $812.50 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/28/2017 | 7.00 | $875.00 | Review information re: Settlement distribution; |
| Waldher, Katherine | Project Manager I | Class Action - Seattle | $125.00 | 07/31/2017 | 7.80 | $975.00 | Review information re: Settlement distribution; |
| Raas, Adam | Sr. Project Manager | Inbound/Outbound | $150.00 | 07/25/2017 | 0.10 | $15.00 | Mailroom management; |
| Dortz, Laurie | Ass't Director, Operations | Operations Analysis and Reporting | $180.00 | 07/26/2017 | 0.50 | $90.00 | Call with B. Raisio, E. Riley & N. Haque regarding status of case and support; |
| Dortz, Laurie | Ass't Director, Operations | Operations Analysis and Reporting | $180.00 | 07/28/2017 | 1.20 | $216.00 | Review of One Notes to document case support; Review data and creating Auditing queries for OAR analysis; |
| Dortz, Laurie | Ass't Director, Operations | Operations Analysis and Reporting | $180.00 | 07/31/2017 | 0.90 | $162.00 | Review data and creating Auditing queries for OAR analysis; |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analyti | Operations Analysis and Reporting | $250.00 | 07/11/2017 | 1.30 | $325.00 | Call in re updates to procedures for reporting and data updates |
| Hanshe, Gerard | Lead Strategist, Securities Research and Analyti | Operations Analysis and Reporting | $250.00 | 07/25/2017 | 1.10 | $275.00 | Call in re reporting and data updates; review of ticket submitted in re new class screen for reporting and update to ticket |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 07/07/2017 | 1.10 | $121.00 | Address research and updates; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 07/11/2017 | 1.20 | $132.00 | COA updates June; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 07/13/2017 | 0.70 | $77.00 | COA updates June; |
| Champoux, Christopher | Sr. Project Supervisor | Class Action - Seattle | $110.00 | 07/14/2017 | 1.40 | $154.00 | COA updates June / July; |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 07/17/2017 | 0.70 | $70.00 | Printed, stuffed and coordinated outgoing admin mail (0.7); |
| Stampfli, Hans | Project Supervisor | Inbound/Outbound | $100.00 | 07/20/2017 | 0.20 | $20.00 | QA'd outgoing mail and created FedEx label per K. Waldher (0.2); |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 07/07/2017 | 0.10 | $10.00 | PACER Docket Monitoring; |
| Strakal, Tammy | Project Supervisor | Class Action - Seattle | $100.00 | 07/21/2017 | 0.10 | $10.00 | PACER Docket Monitoring; |
| | | **Total Project Management :** | | | **195.9** | **$30,276.50** | |



# Exhibt C to Invoice #22686
# Quality Assurance

**Period from 7/1/2017 to 7/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | Notes |
|---|---|---|---|---|---|---|---|
| **Quality Assurance** | | | | | | | |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 07/06/2017 | 0.10 | $15.00 | OFAC review; |
| Armstrong, Amy | Sr. Project Manager | Privacy & Compliance | $150.00 | 07/07/2017 | 0.10 | $15.00 | OFAC review; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 07/05/2017 | 0.20 | $20.00 | QA outgoing mail; |
| Kumar, Anmol Amlesh | Project Supervisor | Inbound/Outbound | $100.00 | 07/24/2017 | 0.20 | $20.00 | QA outgoing mail; |
| O'Loughlin, William | Sr. Project Manager | Operational Compliance | $150.00 | 07/10/2017 | 0.50 | $75.00 | Check audit; Mailing audit |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 07/05/2017 | 0.20 | $25.00 | Compliance review; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 07/20/2017 | 0.10 | $12.50 | Compliance review; |
| McManus, Daniel | Project Manager I | Privacy & Compliance | $125.00 | 07/27/2017 | 0.10 | $12.50 | Compliance review; |
| | | | | **Total Quality Assurance :** | **1.5** | **$195.00** | |



# Exhibt D to Invoice #22686
# Systems Support

**Period from 7/1/2017 to 7/31/2017**

**IIM**    IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| **Systems Support** | | | | | | | |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 07/10/2017 | 0.30 | $33.00 | Post file to ftp site; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 07/11/2017 | 3.30 | $363.00 | Attend training session; Perform sweep process; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 07/13/2017 | 2.60 | $286.00 | Perform data sweeps; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 07/17/2017 | 0.90 | $99.00 | Perform remainder account sweeps; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 07/18/2017 | 1.80 | $198.00 | Attend entitlement QA training; |
| Girard, Melissa | Data Analyst III | Operations Analysis and Reporting | $110.00 | 07/25/2017 | 2.80 | $308.00 | Extract report data and attend training; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 07/18/2017 | 1.10 | $220.00 | Task Coordination and Management; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 07/24/2017 | 0.50 | $100.00 | Report Development and Coordination; |
| Hansen, Christopher | Sr. Systems Project Manager | Operations Analysis and Reporting | $200.00 | 07/28/2017 | 0.80 | $160.00 | Report Development and Coordination; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/05/2017 | 3.70 | $314.50 | Production data changes; entitlement review; check reissues; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/06/2017 | 2.00 | $170.00 | Data reporting requests; check reissues; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/07/2017 | 3.00 | $255.00 | Data reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/10/2017 | 2.30 | $195.50 | Create entitlements; review entitlements; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/11/2017 | 3.00 | $255.00 | Data reporting request; review entitlement; training; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/17/2017 | 2.00 | $170.00 | Data reporting requests; production data updates; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/18/2017 | 6.70 | $569.50 | Data reporting requests; create and review entitlements training; trouble shoot project specific CLASS UI issues; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/19/2017 | 5.50 | $467.50 | Data reporting requests; create and review entitlements training; check reissues; OST returns; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/20/2017 | 1.70 | $144.50 | Reissues; data reporting requests; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/21/2017 | 2.30 | $195.50 | Data reporting requests; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/24/2017 | 1.20 | $102.00 | Data reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/25/2017 | 4.90 | $416.50 | Data reporting request; data reporting request training; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/26/2017 | 7.00 | $595.00 | Check reissues; data reporting requests; data reporting requests; training; meetings; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/27/2017 | 0.70 | $59.50 | Production data change request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/28/2017 | 0.50 | $42.50 | Data reporting request; |
| Lesh, Cassie | Data Analyst I | Production Support | $85.00 | 07/31/2017 | 7.30 | $620.50 | Data reporting requests; production data changes; entitlements; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 07/11/2017 | 1.20 | $150.00 | Training; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 07/18/2017 | 1.20 | $150.00 | Training; |
| Nichols, Jacob | Data Analyst IV | Operations Analysis and Reporting | $125.00 | 07/25/2017 | 1.20 | $150.00 | Training; |
| Nyman, Deborah S. | Sr. Systems Project Manager | Production Support | $200.00 | 07/17/2017 | 0.80 | $160.00 | Create void file for stale checks; Mark those checks as void in the database. |
| Paine, James | Data Analyst III | Production Support | $110.00 | 07/17/2017 | 1.00 | $110.00 | Work on updates to automate and simplify IIM procedures and tasks; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 07/18/2017 | 1.00 | $110.00 | IIM training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 07/24/2017 | 0.50 | $55.00 | IIM training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 07/25/2017 | 1.00 | $110.00 | IIM training; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 07/27/2017 | 1.50 | $165.00 | Work on updates to automate and simplify IIM procedures and tasks; |
| Paine, James | Data Analyst III | Production Support | $110.00 | 07/31/2017 | 1.50 | $165.00 | Work on updates to automate and simplify IIM procedures and tasks; |
| Rentzeperis, Thomas | Ass't VP Systems, Technology | Production Support | $250.00 | 07/28/2017 | 2.00 | $500.00 | New screen development for assisting reporting requirements |
| Rentzeperis, Thomas | Ass't VP Systems, Technology | Production Support | $250.00 | 07/31/2017 | 0.50 | $125.00 | New screen development for assisting reporting requirements |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 07/11/2017 | 1.20 | $120.00 | Train oncoming systems (1.20); |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 07/18/2017 | 2.00 | $200.00 | Train on entitlement review (1.50); Download files (0.50); |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 07/21/2017 | 0.50 | $50.00 | Upload FTI files (0.50); |
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 07/25/2017 | 1.10 | $110.00 | Systems training (1.10); |



**Exhibt D to Invoice #22686**
**Systems Support**

**Period from 7/1/2017 to 7/31/2017**

IIM   IIM - Elouise Pepion Cobell, et al., v. Ken Salazar, et al.

| Name | Title | Department | Rate | Date | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| Talbert, Jack | Data Analyst II | Production Support | $100.00 | 07/26/2017 | 0.50 | $50.00 | Upload files (0.50); |
| | | | | **Total Systems Support :** | **86.6** | **$8,820.00** | |