

*Let this be filed. Hogan, J. 11/9/17*

Reginald D. Johnson
Case Administrator III
333 Constitution Ave, N.W.
Washington, D.C. 20001
United States District Court for the District of Columbia
(202) 354-3042

US DISTICT COURT FOR THE DISTRICT OF COLUMBIA
Case 1:96-cv-01285-TFH-GMH

To Honorable Thomas F Hogan Senior District Court Judge,
To all concerned;

This letter is regarding case; Case 1:96-cv-01285-TFH-GMH Document 4247 Filed 01/25/17, and Case 1:96-cv-01285-TFH-GMH Document 4246 Filed 01/13/17.

 I am writing to object to any deadline for distribution of payments to qualified persons or families for the following reasons.

1. Neither party from both sides of this case reported to your bench about the complaints the Native people including myself have been expressing over many issues with the distribution and qualification rules changing from 2011 to 10/29/2017. This includes the Cobell lawyers saying they have never heard any complaints when they are called and they tell myself that they are no longer a part of this case after settlement and I have never found one person they have asked if there are any complaints. I called Keith Harper the lead attorney for Cobell and he refuses to return calls.

2. I personally proved in 2011 to both OST (Office of Special Trustee ) and GCG (Garden City Group) how to find every last person listed on all 3 WAU (Where Abouts Unknown lists) by using land ownership records (The OST found one of my family listed with her last name mis-spelled and after a full year calling every month about the name being listed and possibly a mistake in spelling and I kept getting the answer it was another person.  I proved to the OST how to find every last name using the land ownership records they have in their office to locate every last person listed, and then within 24 hours they called me back and said it was my family member with wrong spelling.) and since then both head officers in these offices  told me they didn't have time to do such research and the OST has had since 1849 when they started the main OST WAU list.

3. The qualifying rules set in 2011 have been changing when we call as from when I learned back in 2011 from the GCG officer explained to me personally how to qualify. I was told in 2011 that to qualify . Anyone who owned land or should have owned land after 1/1/1985 gets Cobell. If the person had passed at any time it i their Probate Completion date used to qualify and that date had to be after 1/1/1985 to get Cobell. I

NOV 3 2017

have called the GCG many times since 2011 and had this same explanation to qualify until 1/1/2017 I started getting complaints from Natives all over this country that the GCG had changed the date and qualifying rule to the person had to be alive after 1/1/2009 to get Cobell any settlement. I know for a fact my family members received checks that had passed before that date and I have others still waiting for probates to be started and completed that qualify for Cobell. This makes it very confusing to everyone calling.

4. The GCG office has been rude to Natives including myself when we are trying to ask even the smallest questions about qualifying and what does qualifying where they hang up on the people instead of helping get answers to questions. I have spoken many times to the Trouble shooting office for GCG in Seattle Wa. but even getting that contact is like pulling teeth.

5. As to the statement the GCG is 95-98% completed doing this distribution I disagree because on both the OST WAU and GCG WAU lists as of 10/29/2017 there are more than 80,000 names continue to be listed on the OST WAU and on the GCG WAU list for the letter A names 57,934, B names 16,515, C names 24,173, D names 24,793, E names 57,917, F names 7978, G names 14173, H names 27,845, I names 39,331, J names 16,236, K names 13,036, L names 41,308, M names 27,216, N names 43,937, O names 39,392, P names 11,502, Q names 828, R names 47,481, S names 46090, T names 42,271, U names 15,672, V names 7890, W names 14,346, X names 1256, Y names 18,539, Z names 3562 and I personally proved in 2011 how to find every last person listed. How can this statement be true?.... Checks have been issued for 95% of the Historical Accounting Funds and 92% of the Trust Administration Class Funds. GCG, as of October 28, 2016, had obtained through outreach documentation that may permit disbursement to an additional 9,421 Historical Accounting Class Members and 23,183 Trust Administration Class Members. This represents an additional 3% of Historical Accounting Funds and 4% of Trust Administration Funds.... And then after my proving to both OST and GCG how to find every last person this statement was presented to the court ....

Despite the extensive, time-consuming and expensive outreach efforts to date, and based on what it has learned during those efforts, Class Counsel and GCG do not expect to be able to locate many of the individuals shown in Interior's records as living, and that further efforts to do so are unwarranted or economically prohibitive. If the OST found my family member in less than 24 hours how can this statement be truth? I disagree that the OST and GCG have exhausted everything in their power. Why hasn't the OST contacted SSI Social Security Administration about missing people? This statement from court records cannot be true..... Class Counsel and GCG believe they have exhausted most reasonable and cost-effective efforts to further reduce the number of undistributable estates.

6. 98% Natives have no internet access to help get information off these Government websites. Many are elderly and no education for computer knowledge and many have no phone access especially in remote areas.

7. There are some Native accounts getting these Cobell checks put in their IIM Accounts without persons or family knowledge and majority not. Why is this? If a person has to accept such payments why are these chosen for and by whom?

8, I have been finding names being removed that qualify without the person or families contacted. Some people and families have been told it was a mistake they were listed even though they qualified.

9. The US Gov is 100 years behind doing Probates for Native Americans. How are they compensated if the US Gov. is that many years behind? Some families have no idea their family member hasn't been probated. In my family alone I have over 20 people the Probate office cannot produce a probate.

10. One of my own family members listed on the GCG WAU list was born 1917 and came up missing in 1945 and after requesting a probate the Judge in Probate court told the Probate officer to do their job and contact SSA and find out if this person was alive. The Probate officer said in 2015 that this persons account was still active and hung up on the probate officer. This means either this person is paying into the account, Collecting on the account, Children , spouse or both collecting on account, or Identity Theft. I then contacted the SSA and was told they cannot give out any info due to National security and Privacy act, but I could send in a letter forwarding. I did this March 2016 and then I was sent a letter back from SSA saying they did not have a more current address than I had so try again next year. Neither I, My family or the US GOV OST has any address. My question then is ..Who are they sending out money too? I looked on the SSA website this year and they have discontinued the letter forwarding and says you can find everything on Ancestry.com. I totally disagree with that statement as we have been on Ancestry .com since it was started and nothing is on there to help find this family member.

11. I am being told one of my family members that passed in 1977 that our Tribe claimed her Cobell. When did the Tribes have rights to claim any Cobell?

12. Since finding the OST WAU list in 2011 I have helped over 250,000 people and families get names off of these 3 WAU lists and I have heard many stories including verbal abuse of the people including myself calling from all these offices.

13. This is what research I have done as to what I was allowed to get answers for and questions I continue to have as to where all the money is going.
The lawsuit was for $850 Billion and after this fairness hearing it was $3.4 Billion put into 2 separate parts. The First is $1.4 Billion and we were told that you could not opt out, meaning you had to take the first check. What we learned later if you cashed that check you agreed with the settlement and could never file a lawsuit against this gov about these IIM Accounts and land issues. I believe this goes against our First Amendment rights as citizens for being able to file a grievance against this gov. for wrong doing. When this lawsuit was filed in June 1996 it was for over 300,000 Native Americans having these IIM Accounts and Trust land issues. Once the fairness hearing was

completed there were over 500,000 Natives owning these lands and IIM Accounts. Then we were told no one probated before 1985 gets Cobell. I have found Natives that passed and probated in 1964 getting Cobell and both checks. So if the GCG paid the original 300,000 Natives $1000 for the first check that is $300 Million. Then add the Cobell lawyers $100 Million and the Cobell group that filed the lawsuit $4 Million that is $404 Million out of $1.4 Billion. Where is the $1 Billion left over? The GCG refuses to disclose even with a FOIA request saying they don't have to abide by a FOIA because they are a private company and don't have to disclose how they are being paid leaving us to believe the GCG is getting $1 Billion to distribute $304 Million to Natives. I called the Cobell lawyers and I was told they no longer have anything to do with the Cobell case after being settled. I have called and left messages with Keith Harper the lead attorney and he refuses to return calls. For the Cobell lawyers to state they have not heard any complaints is false and they have refused to return calls.


14. When I attended the Fairness heating in June 2011 I was seated next to a gentlemen that told me he was hired by the court to find a way to do the accounting of these IIM Accounts and land issues and he found a way. He also told me he was then not allowed to bring his findings into the hearing.
The main finding that they couldn't come up with an accounting as to your ruling.
Why wasn't he allowed to testify?

15. I have been finding that both the OST and GCG have been removing names without find the people or families.

16. The GCG told me that instead of sending out the Cobell to inheritors of a person that passed to all inheritors they are sending it to one person and letting that person divide the money as they see fit. Isn't that what the probate is used for?


17. I have 3 family members the mother , son and grandson have IIM Account numbers. I am told by the GCG only the grandson gets the Cobell. The rule we were told said anyone that had an IIM Account number gets Cobell. There are only two ways to get an IIM Account. You own Trust land or the US Gov. opened an account to place money until a child turns 18 and then gave all the money to that child then closed the account.


18. We now have the Fiduciary Trust Officers not letting families have the verifying info IIM Account numbers, Death Cert and Probates to help get the family names off these WAU lists.

19. If the US Gov is behind over 100 years years doing probates for Native Americans how can these families get this cleared up or even request a probate?

Gerald L Walkingshield Warner
PO Box 8685
Moscow, Idaho 83843-1185
(H) 208-882-4218
(C) 509-334-0155