11/12/2017

Reginald D Johnson
Case Administrator III
333 Constitution Ave NW
Washington DC 20001
United States District Court fro the District of Columbia
202-354-3042

*Let this be filed.*
*T Hogan, J.*
*11/16/17*

US District Court For The District of Columbia

Case  1:96-cv-01285-TFH-GMH

To the Honorable Thomas F Hogan

To all concerned;

This is a follow up letter for case; Case 1:96cv-01285-RFH-GMH , Document 4247 filed 01/25/17 , and Case 1:96-cv-01285-TFH-GMH  Document Filed 01/13/17.

I received a call from the Cobell lawyer Bill Dorris 1/10/17. He informed me that no one from his office and law firm never was asked by the court if there  were any complaints dealing with the Cobell settlement or Garden City Group. He said there are many complaints. He also said his form has been traveling all over the country helping find missing Natives. I then told him I have not seen him in my area or hearing from other Natives across this country not aware of any lawyer from the Cobell lawyers coming to their areas to search. I again asked  Mr. Dorris if they were using land ownership records to find all of these WAU listed Natives. He didn't answer the question. I then asked him why the Probate office is 100 years behind doing Native probates and what is in this settlement and now deadline for all these people? I didn't get an answer. My family alone have 13 members that no office can find Probates for and are now saying their lands have gone missing. Mr. Dorris asked for a list of all these family members and I have sent them too him. Mr. Dorris asked if my family has filed a claim for Cobell at the GCG office. I told him that when calling to file a claim the GCG asked for Probates and death cert to file for this settlement and until then we cannot file a claim. As for the 2009 cut off date Mr. Dorris said to get Cobell you had to have an active IIM Account and be alive after 1/1/2009 to get Cobell. I know many even as far back as 1964 that had passed and was probated in 64 and the family received both checks. My family has atleast 10 people listed on the GCG WAU list that have passed before 2009 and others that passed before 2009 that received checks. I have had both the OST and GCG tell me the other is making the decisions who gets Cobell and who doesn't and neither takes the responsibility.
I continue to feel that since the US Gov is 100 years behind doing Probates and using the land ownership files all these WAU Natives can be located and this deadline should not apply until all probates are completed and all Natives are found on the WAU lists.

NOV 1 4 2017

Thank you for your time!

Gerald Legarde  Walkingshield Warner
PO BOX 8685
MOSCOW, IDAHO 83843-1185
208-882-4218 (H) 509-334-0155 (C)