11/14/2017

Reginald D Johnson
Case Administrator III
333 Constitution Ave NW
Washington DC 20001
United States District Court fro the District of Columbia
202-354-3042

US District Court For The District of Columbia

Case 1:96-cv-01285-TFH-GMH

To the Honorable Thomas F Hogan

To all concerned;

This is the 2nd follow up letter for case; Case 1:96cv-01285-RFH-GMH , Document 4247 filed 01/25/17 , and Case 1:96-cv-01285-TFH-GMH  Document Filed 01/13/17.

I just received a letter concerning my FOIA request for the probate, Death Cert and IIM Account Numbers that the BIA & Superintendent need 10 more days to do their research. This is my main concern because of the Nov. 27, 2017 deadline. I personally have had problems getting the Fiduciary Trust officers not returning calls or messages for over 2 years having me to call their boss's the RTA Regional Trust Administrators and I have problems those not returning calls or messages. This is a problem getting documents and verifying info needed for Cobell. I have been told by the GCG that we need Probates and Death cert. When I call the FTO they now say then need a court order and family cannot have these documents or IIM Account Numbers for deceased family members. The FTO's are also saying they want the GCG to call them to get this verifying info.
I have received messages from other Natives calling FTO's and they are on vacation.
I had another Native call and he was told he had an IIM Account number that was opened for finds the Gov. owed him and they put it in a Trust account until they turned 18 and then closed that account after sending them the money in the IIM Account and then told he qualified for both Cobell checks and when asked about parents and Grand parents IIM Account numbers , death Cert and Probates. They were they could not have these documents or IIM Account numbers.

I have relatives in Canada that have a couple family members on the WAU lists and we have been trying to find the verifying info at the OST and have been told by the OST that anyone from Canada can fend for themselves and refuse to help this family.
I have now called all the way up the ladder to OST in WA DC and including Mr. Zinke the DOI head officer and getting no response.
The original OST WAU list that the GCG started using to find missing IIM Account holders and land owners there were atleast 2 groups of names that were listed under the letters U for Unknown and H for Heirs and including US Gov as missing all of which

NOV 15 2017

could have been found just like every last name on the list using the land records and finding all the families who could have helped find or inherit from these missing people. The only one I would have question on would be the US Gov being listed.. Does this mean the entire US Citizens inherit and get Cobell?
In the beginning until December 2016 the GCG only asked for 3 verifying info to check on who qualifies for Cobell. The name and IIM Account number counted as 3 verifying because the first part of IIM # was Tribe number and last part was persons number. This year the GCG changed it to needing birth date, Social Security number, enrollment number and Tribe all of which they don't need because this is about the IIM Accounts are like Social Security numbers given to only one person .

This deadline should be stopped and until every last person listed on the WAU lists and all Probates are completed the US Gov. hasn't done the last 100+ years.


Gerald Legarde Walkingshield Warner

PO Box 8685
Moscow, Idaho 83843-1185
208-882-4218
509-334-0155