RECEIVED
NOV 27
CHAMBERS
THOMAS F. HOGAN

11/27/17
Let this be filed.
T. Hogan, J.

11/20/2017

Reginald D Johnson
Case Administrator III
333 Constitution Ave NW
Washington DC 20001
United States District Court fro the District of Columbia
202-354-3042

US District Court For The District of Columbia

Case 1:96-cv-01285-TFH-GMH

To the Honorable Thomas F Hogan

To all concerned;

I am getting reports that the GCG have been not answering phone calls this past 2 weeks and yesterday a person was on hold 4 hours and then he hung up. I am also getting reports the GCG is not returning calls when told they would. The FTO's are also not at their offices and not answering their cell phones or returning phone messages for the last 6 months and in my case 2 years.

If the GCG is now using the 2009 dare that everyone who gets Cobell has to be alive after 1/1/2009 why are they placing the Cobell checks in peoples IIM Accounts without contacting them and many passed away before 2009 and many before 1985?

This deadline needs to be stopped and get all probates completed that haven't been done over 100 years and then using land records to find every last person on all 3 WAU lists.

Thank you for your time!

Gerald L Walkingshield Warner
PO BOX 8685
Moscow, Idaho 83843-1185
208-882-4218



RECEIVED
Mail Room
NOV 22 2017
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia