11/28/2017

Reginald D Johnson
Case Administrator III
333 Constitution Ave NW
Washington DC 20001
United States District Court for the District of Columbia
202-354-3042
US District Court For The District of Columbia
Case 1:96-cv-01285-TFH-GMH
To the Honorable Thomas F Hogan
To all concerned;

Monday 27th, 2017 being the courts final day for claims of Cobell became a vacation day for all the records offices across this country. How were the Natives supposed to get help to get the records to make claims? Who allowed these gov offices to close doors? I personally called these offices as well as thousands across this country trying to get names off these WAU lists and the OST offices were closed or refused to answer calls or phone lines disconnected.

Gerald L Walkingshield Warner
PO BOX 8685
Moscow, Idaho 83843-1185
208-882-4218

