IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOUISE PEPION COBELL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. ) 1:96CV01285 (TFH) |
| RYAN ZINKE, Secretary of the Interior, et al., | ) ) |
| Defendants. | ) ) |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO AUTHORIZE A SECOND INTERIM PAYMENT TO THE INDIAN EDUCATION SCHOLARSHIP FUND

Upon consideration of Plaintiffs' unopposed motion to authorize a second interim distribution to the Indian Education Scholarship Fund, it is hereby ordered that the sum of $15,000,000.00 shall be paid from Plaintiffs' Settlement Account to the Scholarship Fund subject to the Agreement between Plaintiffs and the Scholarship Fund that those funds will be transferred back to the Plaintiffs' Settlement Account if Plaintiffs determine those funds are needed in accordance with the Settlement Agreement.

SO ORDERED,

This the 3rd day of January 2018

_____
Honorable Thomas F. Hogan
Senior District Court Judge