THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOUISE PEPION COBELL, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No.
) 1:96 CV 01285 (TFH)
RYAN ZINKE, Secretary of the Interior, et al., ) Before the Special Master
)
Defendants. )
)

### Special Master Order # 17

Pending before the Special Master is *Plaintiffs' Unopposed Fifth Motion for the Special Master's Approval to Transfer Funds from the Remainder Account to Distribute to Class Members or their Heirs*. Upon consideration of that Motion, the Special Master hereby approves the Qualifying Bank's transfer of $2,699,753.09 from the Remainder Account to the Distribution Account so that the Claims Administrator can reissue and distribute the funds to the Class Members or their heirs.

This the 13th day of March 2018.

Hon. Richard A. Levie (Ret.)
Special Master