UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS MAULSON, *et al.*,                )  |   |
|                                                                  )  |   |
|     Plaintiffs,                           )  |   |
|                                                                  )  |   |
|     v.                                    )  | Case No. 1:96cv01285 (TFH) |
|                                                                  )  |   |
| RYAN ZINKE, Secretary of the Interior, *et al.*,  )  |   |
|                                                                  )  |   |
|     Defendants.                      )  |   |
|                                                                  )  |   |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME IN WHICH TO RESPOND TO
<u>PLAINTIFFS' MEMORANDUM ON REQUESTED THIRD PARTY EXPENSES</u>**

On June 29, 2018, plaintiffs submitted Plaintiffs' Memorandum Response to Court's Order on Third Party Expenses [ECF No. 4342]. Defendants are presently ordered to file a response by September 14, 2018, addressing the reasonableness and/or permissibility of plaintiffs' requests for reimbursement of third-party expenses, with any reply from plaintiffs due by October 15, 2018. Minute Order of July 27, 2018.[1] Defendants have completed their review of plaintiffs' documentation of the identified expenses and the parties are conferring about possibly resolving any objections by agreement, thereby narrowing, or possibly eliminating, the issues the Court would need to address when considering plaintiffs' reimbursement request. But such consultation will require more time than the current briefing schedule allows.

Defendants, therefore, make this second unopposed motion for an enlargement of time of fourteen days, until September 28, 2018, for defendants to file their response, and a corresponding extension of the due date for a reply by plaintiffs to October 29, 2018. As

---

[1] The Court granted Defendants' unopposed motion for an enlargement of time, filed on July 25, 2018 [ECF No. 4348].

required by L.Civ.R. 7(m), defendants' counsel discussed this motion with plaintiffs' counsel, and plaintiffs do not oppose this request for an enlargement of time.  Accordingly, defendants respectfully request that the Court grant this motion.

| | |
|---|---|
| Dated:  September 13, 2018 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>RUTH A. HARVEY<br>Director<br><br>*/s/ Phillip M. Seligman*<br>MICHAEL J. QUINN<br>(D.C. Bar No. 401376)<br>Senior Litigation Counsel<br>JOHN R. KRESSE<br>PHILLIP M. SELIGMAN<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>P.O. Box 875, Ben Franklin Station<br>Washington, D.C. 20044-0875<br>Telephone: (202) 616-0328<br><br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Defendants' Second Unopposed Motion for an Enlargement of Time in Which to Respond to Plaintiffs' Memorandum on Requested Third Party Expenses, was served by ECF on counsel of record and on the following via facsimile, pursuant to agreement, on this 13th day of September, 2018.

       Earl Old Person (*Pro se*)
       Blackfeet Tribe
       P.O. Box 850
       Browning, MT 59417
       406.338.7530 (fax)

       /s/ Phillip M. Seligman