THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS MAULSON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, in his official capacity as )<br>Secretary of the Interior, et al., )<br>Defendants. )<br>) | Civil Action No.<br>1:96 CV 01285 (TFH) |

**PLAINTIFFS' THIRD UNOPPOSED MOTION FOR AN ORDER AUTHORIZING TRANSFER OF UNCLAIMED SETTLEMENT FUNDS FROM THE CLAIMS ADMINISTRATORS TO THE INDIAN EDUCATION SCHOLARSHIP FUND**

Plaintiffs, without opposition from defendants, move this Court for an Order authorizing the transfer of unclaimed settlement funds from the Claims Administrator Garden City Group (GCG) to the Indian Education Scholarship Fund (the Scholarship Fund) in the amount of $99,778.61. In support of this Motion, plaintiffs submit:

1. In accordance with the Settlement Agreement, and as authorized, ratified and confirmed by the Claims Resolution Act of 2010, Public Law 111-291 (Dec. 8, 2010; 124 Stat. 3064), any unclaimed settlement proceeds are to be paid to the Scholarship Fund. Dkt 3660-2, ¶ G.2.a.

2. Based on the current report of GCG, it has $99,778.61 in settlement funds which, following all reasonable efforts to distribute those funds and no one having come forward to claim them, GCG deems are not capable of being distributed to Class Members or their heirs. *See* Declaration of Benjamin Raisio, ¶ 4 (Exhibit 1 to the Joint Status Report being filed contemporaneously with this Motion).

3. Plaintiffs have conferred with counsel for the defendants and understand that defendants have no opposition to this Motion.

WHEREFORE, plaintiffs respectfully move this Court for an Order authorizing the transfer of unclaimed settlement funds to the Scholarship Fund of $99,778.61 from GCG.

Respectfully submitted this 2nd day of December, 2019.

/s/ Keith M. Harper
KEITH M. HARPER
D.C. Bar No. 451956
KILPATRICK TOWNSEND & STOCKTON, LLP
607 14th Street, N.W., Suite 900
Washington, D.C. 20005
kharper@kilpatricktownsend.com
Telephone: (202) 508-5844

/s/ William E. Dorris
WILLIAM E. DORRIS
Georgia Bar No. 225987
Admitted *Pro Hac Vice*
KILPATRICK TOWNSEND & STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *PLAINTIFFS' THIRD UNOPPOSED MOTION FOR AN ORDER AUTHORIZING TRANSFER OF UNCLAIMED SETTLEMENT FUNDS FROM THE CLAIMS ADMINISTRATORS TO THE INDIAN EDUCATION SCHOLARSHIP FUND* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF users.  In addition, a true and correct copy was served on the following via facsimile, pursuant to agreement, on this 2nd day of December, 2019.

>Earl Old Person (Pro se)
>Blackfeet Tribe
>P.O. Box 850
>Browning, MT  59417
>406.338.7530 (fax)

>>/s/ William E. Dorris
>>WILLIAM E. DORRIS